No. 22-1324

IN THE
# United States Court of Appeals for the Federal Circuit

APPLE INC.,

*Appellant,*

*v.*

COREPHOTONICS, LTD.,

*Appellee.*

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board No. IPR2020-00877

## JOINT APPENDIX

Marc A. Fenster
Neil A. Rubin
James S. Tsuei
RUSS AUGUST & KABAT LLP
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025
(310) 826-7474

*Counsel for Appellee*

James Anglin Flynn
Mark S. Davies
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400

*Counsel for Appellant*

# TABLE OF CONTENTS

Final Written Decision,
    Paper No. 26, filed November 2, 2021 ..................................... Appx1-66

Certified List of the Prosecution History of IPR2020-00877 .... Appx67-68

Ex. 1001, U.S. Patent No. 10,288,840, filed April 30, 2021 ...... Appx69-98

Petition for Inter Partes Review,
    Paper No. 2, filed April 30, 2020 ........................................ Appx99-210

Decision - Institution of Inter Partes Review Proceeding,
    Paper No. 7, filed November 3, 2020 ................................ Appx233-285

Patent Owner's Response,
    Paper No. 12, filed February 12, 2021
    (excerpts) ......................................... Appx307, 310, 312, 315, 318, 320

Petitioner's Reply,
    Paper No. 13, filed April 30, 2021
    (excerpts) ........................................................ Appx324, 331, 339-340

Patent Owner's Sur-Reply,
    Paper No. 18, filed June 11, 2021
    (excerpts) ................................................................. Appx370, 378-381

Oral Hearing Transcript,
    Paper No. 25, filed September 2, 2021
    (excerpts) ........................... Appx471, 488, 490-491, 501, 506, 520, 523

Petitioner's Notice of Appeal,
    Paper No. 27, filed January 4, 2022
    (excerpts) ........................................................................ Appx526-530

Ex. 1003, Declaration of José Sasián, Ph.D, under 37
    C.F.R. § 1.68, filed April 30, 2021
    (excerpts) ........................................ Appx1183, 1188-1192, 1203, 1207,
                                          1216-1217, 1269-1270, 1272-1274

Ex. 1005, U.S. Patent No. 7,859,588 to Parulski et al., filed April 30, 2021.........................................................Appx1318-1366

Ex. 1006, U.S. Patent No. 9,726,858 to Huang, filed April 30, 2021 ...............................................................Appx1367-1410

Ex. 1007, U.S. Patent No. 7,918,398 to Li et al., filed April 30, 2021 ...............................................................Appx1411-1435

Ex. 1009, U.S. Patent No. 8,363,337 to Tang et al., filed April 30, 2021 ...............................................................Appx1459-1494

Ex. 1011, U.S. Patent No. 7,561,191 to May et al., filed April 30, 2021 ...............................................................Appx1540-1577

Ex. 1012, U.S. Patent No. 7,556,504 to Ryu et al., filed April 30, 2021 ...............................................................Appx1578-1590

Ex. 1020, U.S. Patent No. 7,206,136 to Labaziewicz et al., filed April 30, 2021....................................................Appx2332-2371

Ex. 1022, Declaration of José Sasián, Ph.D. in support of Petitioner's Reply, filed April 30, 2021 (excerpts) ..................................Appx2466, 2474-2475, 2477, 2479-2483

Trials@uspto.gov                                    Paper 26
571-272-7822                          Entered: November 2, 2021

UNITED STATES PATENT AND TRADEMARK OFFICE

———————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————

APPLE INC.,
Petitioner,

v.

COREPHOTONICS, LTD.,
Patent Owner.

———————

IPR2020-00877
Patent 10,288,840 B2

———————

Before BRYAN F. MOORE, MONICA S. ULLAGADDI, and
JOHN R. KENNY, *Administrative Patent Judges.*

ULLAGADDI, *Administrative Patent Judge.*


JUDGMENT
Final Written Decision
Determining Some Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*

## I.    INTRODUCTION

Apple Inc. ("Petitioner") filed a Petition to institute an *inter partes* review of claims 1–7, 11–13, 15, 16, 18, 20, and 21 ("the challenged claims") of U.S. Patent No. 10,288,840 B2 (Ex. 1001, "the '840 patent"). Paper 2 ("Petition" or "Pet."). Patent Owner did not file a preliminary response. We instituted trial on all challenged claims and on all grounds set forth in the Petition. Paper 7 ("Institution Decision" or "Inst. Dec.").

After institution, Patent Owner filed a Patent Owner Response (Paper 12, "PO Resp."), Petitioner filed a Reply to Patent Owner's Response (Paper 13, "Pet. Reply"), and Patent Owner filed a Sur-reply (Paper 18, "PO Sur-reply"). An oral hearing was held on August 3, 2021, and a copy of the transcript was entered in the record. Paper 25 ("Tr.").

We have jurisdiction pursuant to 35 U.S.C. § 6. This Decision is a Final Written Decision under 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73 as to the patentability of the claims on which we instituted trial. Petitioner bears the burden of proving unpatentability of the challenged claims, and the burden of persuasion never shifts to Patent Owner. *Dynamic Drinkware, LLC v. Nat'l Graphics, Inc.*, 800 F.3d 1375, 1378 (Fed. Cir. 2015). To prevail, Petitioner must prove unpatentability by a preponderance of the evidence. *See* 35 U.S.C. § 316(e) (2018); 37 C.F.R. § 42.1(d) (2019). Having reviewed the arguments and the supporting evidence, we determine that Petitioner has shown, by a preponderance of the evidence, that 1, 2, 5–7, 11–13, 15, 16, 18, 20, and 21 of the '840 patent are unpatentable. We further determine that Petitioner has not shown, by a preponderance of the evidence, that claims 3 and 4 of the '840 patent are unpatentable.

2

## II.     BACKGROUND

### A.     Related Proceedings

Petitioner and Patent Owner identify the following corresponding district court proceeding: *Corephotonics, Ltd. v. Apple Inc.*, No. 5:19-cv-04809-LHK (N.D. Cal.).  Pet. 1; Paper 6, 1.[1]  Pending U.S. Application No. 16/276,034 claims priority to the application underlying the '840 patent.

### B.     The '840 Patent

The '840 patent concerns a mobile electronic device having an integrated camera.  Ex. 1001, code (57).  The camera includes a wide camera unit having a wide lens unit, and a telephoto camera unit having a telephoto lens unit.  *Id.* at 5:28–30.  The telephoto lens unit has a total track length (TTL) to effective focal length (EFL) ratio smaller than 1 and the wide lens unit larger has a TTL/EFL ratio of larger than 1.  *Id.* at 5:31–32.  The wide and telephoto lens units provide respectively main and auxiliary optical/imaging paths.  *Id.* at 17:46–47.  Figure 1C, reproduced below, illustrates a telephoto lens unit.  *Id.* at 7:1–2; 8:22–23.

---

[1] Patent Owner cites *Corephotonics, Ltd. v. Apple Inc.*, No. 3:19-cv-04809-LHK (N.D. Cal.) (Paper 6, 1), but this case number appears to reflect a typographical error.  A PACER search of Case No. 5:19-cv-04809 reveals that Patent Owner's complaint in that case was erroneously identified as "Civil Action No. 3:19-cv-4809" on its cover page.



FIG. 1C

Figure 1C shows a telephoto lens unit. *Id.*

Telephoto lens unit 20 includes "multiple lens elements made of different polymer materials, i.e., materials having different Abbe numbers." *Id.* at 8:22–26. The multiple lens elements define a telephoto lens assembly 22A and field lens assembly 22B on optical axis OA with gap G between assemblies, as shown in Figure 1C. *Id.* at 8:26–31. Gap G is larger than 1/5[th] of the TTL of telephoto lens unit 22A, which corrects for "field curvature of telephoto lens assembly 22A by the field lens assembly 22B." *Id.* at 8:43–47.

Telephoto lens assembly 22A has at least three lenses, L1, L2, and L3, in which lens L1 has positive optical power and lenses L2 and L3, combined, have negative optical power. *Id.* at 8:48–52. Lenses L2 and L3 are made of polymer materials having Abbe numbers selected to reduce chromatic aberrations of telephoto lens assembly 22A. *Id.* at 8:52–55. Field lens assembly 22B has at least two lenses L4 and L5 which are made of different polymer materials having different Abbe numbers. *Id.* at 8:55–58. Lenses L4 and L5 compensate for *residual* chromatic aberrations of telephoto lens assembly 22A that are dispersed when light passes through

4

gap G between telephoto lens assembly 22A and field lens assembly 22B. *Id.* at 8:58–61.

## C.    *Challenged Claims*

Petitioner challenges claims 1–7, 11–13, 15, 16, 18, 20, and 21 of the '840 patent. Sole independent claim 1 is illustrative and reproduced below.

1. *[1.0]* A mobile electronic device comprising an integrated camera,

*[1.1]* wherein the camera comprises a Wide camera unit comprising a Wide lens unit and a Telephoto camera unit comprising a Telephoto lens unit,

*[1.2]* the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and

*[1.3]* defining separate Telephoto and Wide optical paths,

*[1.4]* wherein the Telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers,

*[1.5]* wherein the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly and a second group of at least two lens elements,

*[1.6]* the second group of at least two lens elements spaced apart from the first group of at least three lens elements by a predetermined effective gap equal to or larger than 1/5 of the TTL of the Telephoto lens unit,

*[1.7]* wherein the first group of at least three lens elements comprises, in order from an object plane to an image plane along an optical axis of the Telephoto lens unit, a first lens element having positive optical power and

*[1.8]* a pair of second and third lens elements having together negative optical power such that the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit and

5

IPR2020-00877
Patent 10,288,840 B2

*[1.9]* such that the second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number for reducing chromatic aberrations of the Telephoto lens,

*[1.10]* wherein the second group of lens elements includes a fourth lens element and a fifth lens element made of the different polymer materials having different Abbe numbers and

*[1.11]* is configured to correct a field curvature and to compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements, and

*[1.12]* wherein the first, third and fifth lens elements have each an Abbe number greater than 50 and

*[1.13]* the second and fourth lens elements have each an Abbe number smaller than 30.[2]

Ex. 1001, 19:45–20:15.

### D. *Asserted Grounds of Unpatentability*

Petitioner challenges claims 1–7, 11–13, 15, 16, 18, 20, and 21 as follows. *See* Pet. 10–11. In support, Petitioner relies on the First and Second Declarations of Dr. José Sasián (Ex. 1003, Ex. 1022).[3]

---

[2] Spacing and bracketed numbering are added for ease of readability.

[3] Petitioner alternatively references pages and paragraphs when citing Dr. Sasián's Declaration. We refer to pages or paragraphs, as appropriate.

6

IPR2020-00877
Patent 10,288,840 B2

| Claim(s) Challenged | 35 U.S.C. §[4] | Reference(s)/Basis |
|---|---|---|
| 1, 2, 5, 7, 11–13, 15, 16, 18, 20, 21 | 103 | Parulski[5], Huang[6], Tang[7] |
| 3, 4 | 103 | Parulski, Huang, Tang, May[8] |
| 6 | 103 | Parulski, Huang, Tang, Li II[9] |

III.    ANALYSIS

A.    *Principles of Law*

A claim is unpatentable under 35 U.S.C. § 103 if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007). The question of obviousness is resolved on the basis of underlying factual determinations, including: (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of skill in the art; and (4) when available, objective evidence of

---

[4] The Leahy-Smith America Invents Act, Pub. L. No. 112-29, 125 Stat. 284 (September 16, 2011) ("AIA"), included revisions to 35 U.S.C. § 103 that became effective on March 16, 2013. Because the '840 patent issued from an application filed after March 16, 2013, we apply the AIA version of the statutory basis for unpatentability. *See* Ex. 1001, codes (22), (86).
[5] U.S. Patent No. 7,859,588 B2, issued Dec. 28, 2010 (Ex. 1005, Parulski").
[6] U.S. Patent No. 9,726,858 B2, issued Aug. 8, 2017 (Ex. 1006, "Huang"). Petitioner asserts that Huang is entitled to an effective filing date of December 30, 2014, the filing date of the Taiwanese application from which Huang claims foreign priority, because the U.S. application underlying the Huang patent was filed in English and a certified copy of the Taiwanese application was received by the Patent Office. Pet. 10.
[7] U.S. Patent No. 8,363,337 B2, issued Jan. 29, 2013 (Ex. 1009, "Tang").
[8] U.S. Patent No. 7,561,191 B2, issued July 14, 2009 (Ex. 1011, "May").
[9] U.S. Patent No. 8,189,100 B2, issued May 29, 2012 (Ex. 1018, "Li II").

7

IPR2020-00877
Patent 10,288,840 B2

nonobviousness, i.e., secondary considerations. *See Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).

"In an [*inter partes* review], the petitioner has the burden from the onset to show with particularity why the patent it challenges is unpatentable." *Harmonic Inc. v. Avid Tech., Inc.*, 815 F.3d 1356, 1363 (Fed. Cir. 2016) (citing 35 U.S.C. § 312(a)(3) (requiring *inter partes* review petitions to identify "with particularity . . . the evidence that supports the grounds for the challenge to each claim")). The burden of persuasion never shifts to Patent Owner. *See Dynamic Drinkware*, 800 F.3d at 1378 (citing *Tech. Licensing Corp. Videotek, Inc.*, 545 F.3d 1316, 1326–27 (Fed. Cir. 2008)) (discussing the burden of proof in an *inter partes* review). Furthermore, Petitioner cannot satisfy its burden of proving obviousness by employing "mere conclusory statements." *Magnum*, 829 F.3d at 1380.

Thus, to prevail in an *inter partes* review, Petitioner must explain how the proposed combinations of prior art render the challenged claims unpatentable.

We analyze the challenges presented in the Petition in accordance with the above-stated principles.

### B.    *Level of Ordinary Skill in the Art*

Petitioner contends

[A] person of ordinary skill in the art ("POSITA") would include someone who had, as of the priority date of the '840 Patent (i) a Bachelor's degree in Physics, Optical Sciences, or equivalent training, as well as (ii) approximately three years of experience in designing miniature lens systems for mobile device applications. . . . Such a person would have had experience in analyzing, tolerancing, adjusting, and optimizing multi-lens systems, and would have been familiar with the specifications of lens systems, especially lenses configured for use in mobile

8

> devices, such as cell phones. . . . In addition, a POSITA would
> have known how to use lens design software such as Code V,
> Oslo, or Zemax, and would have taken a lens design course. . . .
> Such a POSITA would have been familiar with photographic
> lenses and with mechanical and electronic devices. Lack of work
> experience can be remedied by additional education, and vice
> versa.

Pet. 6–7 (citing Ex. 1003, 10).  Patent Owner "applies the level of ordinary skill in the art set forth in the petition and used by the Board in its Institution Decision."  PO Resp. 3 (Inst. Dec. 8).

We determine that the level of ordinary skill in the art proposed by Petitioner is consistent with the '840 patent and the asserted prior art.  We apply Petitioner's definition in making the findings and conclusions rendered in this Decision.

### C.    Claim Construction

For *inter partes* reviews filed on or after November 13, 2018, we apply the same claim construction standard used by Article III federal courts and the ITC, both of which follow *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc), and its progeny.  37 C.F.R. § 42.100(b) (2019).  Accordingly, we construe each challenged claim of the '840 patent to generally have "the ordinary and customary meaning of such claim as understood by one of ordinary skill in the art and the prosecution history pertaining to the patent."  *Id.*

We construe claim terms to the extent necessary for our analysis on whether to institute a trial.  *See, e.g.*, *Nidec Motor Corp. Zhongshan Broad Ocean Motor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) ("[W]e need only construe terms 'that are in controversy, and only to the extent necessary to

IPR2020-00877
Patent 10,288,840 B2

resolve the controversy.'" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

Independent claim 1 recites "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and defining separate Telephoto and Wide optical paths." Ex. 1001, 19:48–52. Petitioner asserts that "a POSITA would find, in light of the specification, the term 'total track length (TTL)' to include 'the length of the optical axis spacing between the object-side surface of the first lens element and the image plane.'" Pet. 8 (citing Ex. 1003, 20) (emphasis omitted). Petitioner further asserts that, although the Specification of the '840 patent does not expressly define EFL, "its meaning is well known in the art, as exemplified in Li ([Ex.] 1007), which states that '[t]he focal length of a lens assembly [is] also referred to as the effective focal length[.]'" Pet. 8–9 (quoting Ex. 1007, 2:59–61) (alterations in the original). Patent Owner "does not believe that any terms require construction to resolve the disputes addressed in this response." PO Resp. 3.

We do not discern a dispute as to the claim terms TTL and EFL in this proceeding and as such, we need not expressly construe these terms. *Nidec Motor Corp.*, 868 F.3d at 1017. .

### D. *Obviousness over Parulski, Huang, and Tang*

Petitioner contends that claims 1, 2, 5, 7, 11–13, 15, 16, 18, 20, and 21 are unpatentable as obvious under 35 U.S.C. § 103 over Parulski, Huang, and Tang. Patent Owner did not dispute Petitioner's challenge to these claims. *See* PO Resp. 1 (explaining that Patent Owner "limits this response to rebutting" only the ground for claims 3 and 4). For the reasons that follow, we determine that Petitioner's showing establishes unpatentability by

10

IPR2020-00877
Patent 10,288,840 B2

a preponderance of the evidence with respect to the challenge to claims 1, 2, 5, 7, 11–13, 15, 16, 18, 20, and 21.

### 1.    Overview of Parulski

Parulski concerns "a digital camera that uses multiple lenses and image sensors to provide an improved imaging capability." *See, e.g.*, Ex. 1005, 1:7–10.  In one embodiment, an image capture assembly includes two image capture stages. *Id.* at 12:36–45.  For example, the image capture assembly can include a fixed focal length wide angle lens and a fixed focal length telephoto lens. *Id.* at 23:28–40.  The two image capture stages can be contained within a single stage for a mobile phone camera, as seen in Figures 16A and 16B, reproduced below.



**FIG. 16A**

**FIG. 16B**

Figure 16A of Parulski is a top view of integrated capture assembly 610 taken along lines 24B-24B in Figure 16B. *Id.* at 23:29–30.

In both Figures 16A and 16B, integrated capture assembly 610 includes an integrated packaging of optical and imaging components on

common substrate 620. *Id.* at 23:31–32. Integrated capture assembly 610 includes first fixed focal length lens 612 and first image sensor 614, as well as second fixed focal length lens 616 and second image sensor 618. *Id.* at 23:33–36. First lens 612 is preferably a fixed focal length wide angle lens that forms an image on first image sensor 614, and second lens 616 is preferably a fixed focal length telephoto lens that forms an image on the second image sensor 618. *Id.* at 23:36–40. Lenses 612 and 616 are both "oriented in the same direction in order to form images of the same portion of the overall scene in front of them, albeit with different fields of view." *Id.* at 23:40–43.

## 2. *Overview of Huang*

Huang concerns a compact photographing optical lens assembly and image capturing device. Ex. 1006, 1:16–17. Huang discloses a lens assembly that corrects astigmatism and balances refractive power to correct aberrations. *Id.* at 5:38–52. An exemplary lens assembly is depicted in Figure 1, reproduced below.

12

IPR2020-00877
Patent 10,288,840 B2



Fig. 1

Figure 1 of Huang is a schematic view of an image capturing
device according to a first embodiment. *Id.* at 9:19–20.

The lens assembly includes, from an object side to an image side,
aperture stop 100, first though sixth lens elements 110, 120, 130, 140, 150,
160, IR-cut filter 170, image surface 180, and image sensor 190. *Id.* at 9:26–
31.  The optical data for the first embodiment is shown in Table 1,
reproduced below.

TABLE 1

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

13

IPR2020-00877
Patent 10,288,840 B2

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

Table 1 depicts optical parameters for the lens arrangement of Huang's first embodiment. *Id.* at 12:53–54.

Table 1 depicts, among other things, lens thicknesses, distances between lenses, Abbe numbers, and focal lengths. *Id.*

### 3.    Overview of Tang

Tang concerns a compact imaging lens assembly. Ex. 1009, 1:7. An exemplary lens assembly is depicted in Figure 1A, reproduced below.

14

IPR2020-00877
Patent 10,288,840 B2



## Fig. 1A

Figure 1A of Tang shows an imaging lens assembly in
accordance with a first embodiment. *Id.* at 7:66–67.

The imaging lens assembly includes, from an object side to an image
side, first though fifth lens elements 100, 110, 120, 130, 140, IR filter 160,
and image plane 170. *Id.* at 8:2–29. The optical data of the first
embodiment are depicted in Table 1 of Figure 7, reproduced below.

15

IPR2020-00877
Patent 10,288,840 B2

| TABLE 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 1) | | | | | | | |
| f = 4.34 mm, Fno = 2.85, HFOV = 33.2 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.424400 (ASP) | 0.562 | Plastic | 1.544 | 55.9 | 2.55 |
| 2 | | -43.791100 (ASP) | -0.010 | | | | |
| 3 | Ape. Stop | Plano | 0.096 | | | | |
| 4 | Lens 2 | -15.543700 (ASP) | 0.351 | Plastic | 1.632 | 23.4 | -5.28 |
| 5 | | 4.287000 (ASP) | 0.559 | | | | |
| 6 | Lens 3 | -3.112200 (ASP) | 0.302 | Plastic | 1.632 | 23.4 | -26.30 |
| 7 | | -3.973100 (ASP) | 0.274 | | | | |
| 8 | Lens 4 | -3.011300 (ASP) | 0.790 | Plastic | 1.544 | 55.9 | 2.03 |
| 9 | | -0.881520 (ASP) | 0.250 | | | | |
| 10 | Lens 5 | -2.171820 (ASP) | 0.360 | Plastic | 1.530 | 55.8 | -1.73 |
| 11 | | 1.674970 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.334 | | | | |
| 14 | Image | Plano | | | | | |

# Fig.7

Figure 7 depicts the optical parameters for the lens arrangement of Tang's first embodiment. *Id.* at 4:5–6.

Figure 7 depicts, among other things, lens thicknesses, distances between lenses, Abbe numbers, and focal lengths.

### 4.    *Independent Claim 1*

*[1.0] "A mobile electronic device comprising an integrated camera"*

Petitioner contends that Parulski discloses a "mobile phone camera with two image capture stages." Pet. 26 (quoting Ex. 1005, 9:5–6). According to Petitioner, an ordinarily skilled artisan would have understood

16

this disclosure to be a mobile electronic device that includes an integrated camera. *Id.* at 27–28 (citing Ex. 1003, 38; Ex. 1005, 23:4–20).

Parulski discloses that "[t]he concept of multiple lenses and multiple sensors, and the use of an integrated image capture assembly, may be adapted for use in a cell phone of the type having a picture taking capability." Ex. 1005, 23:4–7.

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that Petitioner has shown that the cited portions of Parulski teach the preamble of independent claim 1.[10]

> [1.1] *"wherein the camera comprises a Wide camera unit comprising a Wide lens unit and a Telephoto camera unit comprising a Telephoto lens unit"*

Petitioner contends that Parulski's "integrated capture assembly 610 includes 'a fixed focal length wide angle lens' (612) and 'fixed focal length telephoto lens' (610)."[11] Pet. 28 (citing Ex. 1005, 23:28–43) (emphasis omitted). Petitioner further contends that "Parulski's first lens 612 is a telephoto camera unit comprising a telephoto lens unit and Parulski's second lens 614 is a wide camera unit comprising a wide lens unit." *Id.* at 29 (citing Ex. 1005, 23:28–43; Ex. 1003, 40); *see also* n.11 (noting that Petitioner's cites to element numbers are incorrect). Petitioner's annotated Figures 16A and 16B, however, appear to point to wide angle lens 612 and first image

---

[10] In light of this determination, the panel need not decide whether the preamble is limiting.

[11] In its discussion, Petitioner references the cited elements with inaccurate reference numbers. *See* Pet. 28–29.

sensor 614 as teaching the claimed wide camera unit, and telephoto lens 616 and second image sensor 618 as teaching the claimed telephoto camera unit.[12]

> The cited portion of Parulski discloses, in relevant part,

> [T]he assembly 610 includes a first fixed focal length lens 612 and a first image sensor 614, and a second fixed focal length lens 616 and a second image sensor 618. The first lens 612, preferably a fixed focal length wide angle lens (such as a 40 mm equiv. lens), forms an image on the first image sensor 614, and the second lens 616, preferably fixed focal length telephoto lens (such as 100 mm equiv. lens), forms an image on the second image sensor 618.

Ex. 1005, 23:33–40.

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that Petitioner's annotated Figures 16A and 16B and the cited portion in column 23 of Parulski sufficiently support Petitioner's contentions that Parulski teaches the claimed camera.

> *[1.2] "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and"*

Petitioner contends that the combination of Parulski's wide angle lens 612 and Tang's optical parameters for a specific wide angle lens assembly renders obvious the claimed TTL to EFL ratio greater than one. *See* Pet. 29–34. Likewise, Petitioner contends that the combination of Parulski's

---

[12] We note that Parulski uses different names for elements identified by the same reference number throughout its specification. *See* Ex. 1005. We similarly use Parulski's element names as appropriate.

telephoto lens 616 and Huang's optical parameters for a specific telephoto lens assembly renders obvious the claimed TTL to EFL ratio smaller than one. *Id.* at 29, 34–39.

In particular, Petitioner contends that in Huang's Example 1, the TTL is 5.348 mm, which Petitioner calculates by "summing the distances between the object-side surface of the first lens 100 and the image surface 180 . . . " which are shown in the thickness column of Huang's Table 1. *Id.* at 30–32 (citing Ex. 1006, Table 1 (spanning columns 12–13); Ex. 1003, 43). Petitioner points to Huang's first embodiment focal length (f) of the lens assembly, 6.60 mm, and contends an ordinarily skilled artisan would have understood this to be the EFL of Huang's lens assembly. *Id.* at 33 (citing Ex. 1006, Table 1). Petitioner calculates Huang's ratio of TTL to EFL as 5.384/6.60 = 0.81. *Id.* at 33–34. We presume Petitioner's calculation of the ratio includes a typographical error and should be a ratio of 5.3*48* to 6.60, which equates to 0.81 and is smaller than one. *See id.* at 32 (discussing 5.348 mm as the TTL).[13]

Petitioner further contends that in Tang's Embodiment 1, the "wide angle lens unit has a TTL of 4.878 mm and an EFL of 4.34 mm, thus yielding a ratio of 4.878/4.34 which is larger than one." *Id.* at 35. According to Petitioner, the TTL of Tang's Embodiment 1 lens can be determined by "summing the distances between the object-side surface of the first lens 100 and the image plane 170 . . . " using Tang's Table 1, and dividing by Tang's focal length (f), 4.34 mm, which Petitioner contends is the EFL. *Id.* at 35–37 (citing Ex. 1009, Figs. 1A, 7, 8:51). Petitioner

---

[13] The ratio of 5.384 to 6.60 is also less than 1.

IPR2020-00877
Patent 10,288,840 B2

calculates the Tang's first embodiment to have a ratio of 4.878 to 4.34, which is 1.12. *Id.* at 38 (citing Ex. 1003, 47). Petitioner's calculations are undisputed. *See generally* PO Resp.

*(1)    Petitioner's Rationale for Combining*

Petitioner presents the following reasons in support of combining the teachings of Parulski and Huang.

*First*, that Parulski generally teaches a wide angle lens and a telephoto lens, but "does not provide lens prescription data for either the wide or telephoto fixed-focal length lens in image assembly 610." Pet. 20. According to Petitioner, "[s]ince Parulski offers nothing more, a POSITA looking to implement this embodiment would have sought a suitable telephoto lens unit to incorporate in the cell phone camera, like Huang's embodiment." *Id.* (citing Ex. 1003, 31). *Second*, that Huang's lenses are "just one possible option" because they are applicable to mobile devices in general and smart phones in particular. *Id.* at 21 (citing Ex. 1003, 32; Ex. 1006, 8:44–51, 35:53–60). *Third*, that Parulski seeks to use lenses to reduce cell phone thickness, and Huang's telephoto lens "has the benefits of reducing both the manufacturing costs and the track length of the lens assembly (*i.e.*, thickness)." *Id.* at 22 (citing Ex. 1005, 24:20–27; Ex. 1006, 7:56–8:3). *Fourth*, that an ordinary skilled artisan would have had a reasonable expectation of success in making the combination, based on the similarity between the fields of view of Parulski and Huang's lenses. *Id.* at 23–24 (citing Ex. 1003, 35; Ex. 1006, Table 1; Ex. 1019, 9–10).

Petitioner presents the following reasons in support of combining the teachings of Parulski and Tang.

20

*Fifth,* that "Parulski does not provide lens prescription data for either the wide or telephoto fixed-focal length lens unit in image assembly 610," and "[t]o create a working lens image assembly 610," the ordinarily skilled artisan would have looked to Tang, "which provides not only a similar fixed-focal length wide-angle lens, but also provides lens data that specifies the properties and configuration . . . ." *Id.* at 24–25 (citing Ex. 1003, 35; Ex. 1009, Fig. 7). *Sixth*, that "Tang describes the use of its lens in 'portable electronic devices' such as smart phones and PDAs." *Id.* at 25 (citing Ex. 1003, 35; Ex. 1009, 1:6–8, 1:37–38). *Seventh*, that "Tang further states that its lens 'features better image quality, maintains a moderate total track length and is applicable to compact portable electronic products,' thus satisfying Parulski's desire for selecting lenses that offer reduced thickness compatible with a mobile device." *Id.* at 25 (citing Ex. 1005, 24:20–27; Ex. 1009, 1:47–50).[14]

---

[14] Petitioner also argues that that a "POSITA would have understood Tang's wide-angle lens with a similar HFOV [half field of view] of 33.2 degrees to be essentially equivalent to Parulski's wide-angle lens, based on the similarity between the fields of view of the lenses." *Id.* (citing Ex. 1003, 36; Ex. 1005, 23:23–43; Ex. 1009, Fig. 7; Ex. 1019, 9–10 ("A wide-angle lens will cover an angular semifield of about 30° to 35°")). Petitioner calculates Parulski's HFOV as 28.40 degrees for a 35 mm lens. *Id.* (citing Ex. 1016, 107). Petitioner misquotes Kingslake (Ex. 1019) and cites the wrong pages of Kingslake—we cite to the original page numbers of the Kingslake text. We do not address this eighth reason in light of Petitioner's seven other reasons that we find persuasive and in light of the fact that Patent Owner does not dispute this reason, nor any of the seven reasons set forth in this section and discussed in the following section.

21

### (2)    *Discussion of Rationale for Combining*

We have reviewed the record developed at trial including the cited portions of Parulski, Huang, and Tang. We determine that Petitioner has supported its seven reasons for combining Parulski, Huang, and Tang with sufficient rational underpinning evidenced by the exhibits cited above.

Patent Owner does not dispute Petitioner's rationale for combining. *See generally* PO Resp. We determine that Petitioner has shown that an ordinarily skilled artisan would have been motivated to combine Parulski, Huang, and Tang, and that such motivation is supported by sufficient rational underpinning.

Based on the complete record developed at trial, we determine that cited portions of Parulski, Huang, and Tang sufficiently support Petitioner's contentions with respect to the telephoto lens unit and the wide lens unit as claimed.

### *[1.3] "defining separate Telephoto and Wide optical paths"*

Petitioner provides annotated versions of Figures 16A and 16B of Parulski that add a dashed blue line through each of wide-angle lens unit 612 and telephoto lens unit 616 and contends "[a] POSITA would have understood that light passing through the Wide camera unit to the first sensor 614 defines a Wide optical path and the light passing through the Telephoto camera unit to the second sensor 618 defines a separate Telephoto optical path." Pet. 40 (citing Ex. 1005, Figs. 16A, 16B; Ex. 1003, 50–51).

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that the cited portions of Parulski sufficiently support Petitioner's contentions that Parulski teaches the claimed optical paths.

> *[1.4] "wherein the Telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers"*

Petitioner contends that "Huang's Example 1 lens is listed as plastic, which a POSITA would understand to be a polymer material." Pet. 44 (citing Ex. 1006, Table 1; Ex. 1003, 53). As identified by Petitioner, Huang's plastic lenses comprising its lens assembly are disclosed as having different Abbe numbers, ranging from 21.4 to 55.9. *Id.* at 44–45 (citing Ex. 1006, Table 1); *see* Ex. 1001, 8:25–27 ("lens elements made of different polymer materials, i.e., materials having different Abbe numbers.").

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that the cited portions in Huang's Table 1 sufficiently support Petitioner's contentions that Huang teaches lenses of different polymer materials having different Abbe numbers.

> *[1.5] "wherein the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly and a second group of at least two lens elements"*

Petitioner contends that Figure 1 of Huang depicts a first group of lenses 110, 120, 130 and second group of lenses 140, 150, and 160. Pet. 45–46. According to Petitioner's first interpretation, the first group of lenses "'form a telephoto lens assembly' because its TTL is less than its EFL (5.348 mm<6.60 mm)." *Id.* at 46 (citing Ex. 1006, Table 1). Under this

IPR2020-00877
Patent 10,288,840 B2

theory, Petitioner appears to take the position that the *entire* telephoto lens unit, including the first group *and* the second group, forms a telephoto lens assembly.

Under an alternative theory, Petitioner contends that if the claim limitation is interpreted such that the first group of lenses *together* form a telephoto lens assembly with TTL<EFL, Huang also meets this limitation. *Id.* at 46–49. According to Petitioner, the TTL of the first group equals "[t]hicknesses of lenses and spaces for L1-L3 (1.893 mm) + Distance to image plane for L1-L3." *Id.* at 47 (citing Ex. 1006, Table 1). Petitioner explains that

> This value [1.893 mm] is then added to *the distance to the image plane* for a total TTL of 4.57583 mm, as calculated below in Zemax. . . . The EFL of Huang's Example 1 first lens group was determined by Zemax to be 5.61 mm. Therefore, the TTL of Huang's Example 1 first lens group (4.57583 mm) is smaller than the EFL (5.61 mm) . . . .

*Id.* at 48 (citing Ex. 1003, Appendix, Fig. 1) (emphasis added).[15]

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that, Huang sufficiently supports Petitioner's contentions that Huang teaches the first group and the second group as claimed under either Petitioner's primary theory or its alternative theory.

> *[1.6] "the second group of at least two lens elements spaced apart from the first group of at least three lens elements by a*

---

[15] Petitioner characterizes Zemax as a lens design software. *Supra* § III.B (citing Pet. 6–7).

> *predetermined effective gap equal to or larger than 1/5 of the*
> *TTL of the Telephoto lens unit"*

Petitioner contends that Huang's Table 1 discloses the distance between the image side of lens 3 and object side of lens 4 is 1.345 mm, and as discussed above, that the TTL is 5.348. Pet. 51. Based on these values, Petitioner calculates 5.348/5 as 1.0696, and thus, asserts that Huang's gap of 1.345 mm is larger than 1/5 of the TTL. *Id.* at 49–51 (citing Ex. 1006, Fig. 1; Ex. 1003, 56, 57).

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that the gap and thicknesses disclosed in Table 1 of Huang sufficiently support Petitioner's contentions that Huang teaches the claimed predetermined effective gap and the claimed relation to the TTL of the telephoto lens unit.

> *[1.7] "wherein the first group of at least three lens elements*
> *comprises, in order from an object plane to an image plane along*
> *an optical axis of the Telephoto lens unit, a first lens element*
> *having positive optical power and"*

Petitioner contends that lenses 110, 120, 130 are depicted in Figure 1 of Huang along an optical axis and provides an annotated version of this figure in the Petition. Pet. 53 (citing Ex. 1006, Fig. 1). Petitioner also contends that first lens element 110 has a positive optical power. *Id.* at 55 (citing Ex. 1006, 9:23–33, 42) ("The first lens element 110 with positive refractive power . . . ."). According to Petitioner, "[a] POSITA would have understood 'positive refractive power' as stated by Huang to be equivalent to 'positive optical power' as recited in the claim." *Id.* (citing Ex. 1003, 60).

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that Figure 1 of Huang sufficiently supports Petitioner's contention that Huang teaches the lenses in the claimed arrangement, and the cited portion in column 9 of Huang sufficiently supports Petitioner's contention that Huang's first lens has positive optical power as claimed.

> *[1.8] "a pair of second and third lens elements having together negative optical power such that the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit and"*

Petitioner contends that "the second and third lens elements in Huang's first group both have negative optical power." Pet. 55 (citing Ex. 1006, 9:51–52 ("[t]he second lens element 120 with negative refractive power"); 9:58 ("[t]he third lens element 130 with negative refractive power")). According to Petitioner, an ordinarily skilled artisan would have understood that these lens elements together also have a negative optical power. *Id.* at 55–56 (citing Ex. 1003, 60). Petitioner also points to the negative focal lengths for Lens 2 and Lens 3 (i.e., –3.57 and –8.42, respectively) in Huang's Table 1. *Id.* at 57. Petitioner supports its assertion that these lens elements together also have a negative optical power by substituting the negative focal lengths into a formula that evaluates to the combined focal length of two or more lenses, in this case, –0.3998.[16] *Id.* at 56–58.

---

[16] Petitioner calculates the combined power of lenses 2 and 3 as –0.3998, but also notes that the "negative optical power of the combined second and third lens elements is confirmed by Zemax, which calculates $1/f = -0.42$." Pet. 58

IPR2020-00877
Patent 10,288,840 B2

Under a first theory, Petitioner again contends that if the claim limitation is interpreted such that the first group of lenses *together* form the claimed telephoto lens assembly, then that assembly provides a telephoto optical effect as evidenced by a calculation from Zemax discussed above with respect to limitation 1.5. *Id.* at 58 (citing Ex. 1003, Appendix, Figs. 2 and 3). Specifically, "the optical data for Huang's Example 1 lens assembly provides for a focal length of 4.57583 mm and a track length of 5.163 mm for lenses L1-L3 combined, as calculated by Zemax." *Id.* According to Petitioner, "since the TTL is longer than the EFL for these lenses, the first lens group of Huang is a 'Telephoto lens assembly [that] provides a Telephoto optical effect of the Telephoto lens unit' as recited by the claim." *Id.* at 58–59 (citing Ex. 1003, 62). We presume this is a typographical error on the part of Petitioner. The optical data that Petitioner presented above with respect to limitation 1.5 included a TTL of 4.57583 mm and an EFL of 5.61 mm, as calculated above by Zemax—with this correction, the TTL is still *less* than the EFL, and Huang meets this limitation.

Under a second theory, Petitioner further contends that "a POSITA would have understood that a Telephoto lens assembly would necessarily provide a Telephoto optical effect." Pet. 59 (citing Ex. 1003, 62). According to the cited testimony of Dr. Sasián, "[a] POSITA would have also understood that telephoto lenses, such as those referenced by Huang, generally include a first positive lens followed by a second negative lens,

---

(citing Ex. 1003, 63, Appendix, Fig. 2) (emphasis omitted). Petitioner explains neither the reason for the difference between the value determined from the formula and the value calculated by Zemax, nor why these two values would have been considered equivalent.

providing a telephoto effect." Ex. 1003, 62–63 (citing Ex. 1016, 155–156).[17]

Petitioner also points to portions of Huang that describe a "telephoto ability" with respect to "the arrangement of lens elements." Pet. 59 (citing Ex. 1006, 5:58–60, 6:7–12) (emphasis omitted).

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that the lenses in the lens assembly of Huang's first embodiment sufficiently support Petitioner's contentions that Huang teaches the second and third lenses with negative optical power as claimed under either Petitioner's first theory or its second theory.

> *[1.9] "such that the second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number for reducing chromatic aberrations of the Telephoto lens"*

Petitioner contends that the second and third lens elements in Huang's Table 1 are "made of plastic (polymer)" with different Abbe numbers and "different polymer materials (based on their being plastic and having different refractive indices)." Pet. 60–61 (citing Ex. 1003, 63). According to Petitioner, "[a] POSITA would have understood that the combination of two consecutive lenses with different Abbe numbers would help to correct

---

[17] The cited reference, Katz (Ex. 1016), does not contain pages 155 and 156, and does not appear to relate to the subject matter for which it was cited.

chromatic aberration . . . ." *Id.* at 61 (citing Ex. 1017, 3:1–5 (Sverdrup patent); Ex. 1003, 63–64; Ex. 1019, 37).[18]

Petitioner's annotated version of Huang's Table 1 points out that the Abbe number of Lens 2 is 23.3 and the Abbe number of Lens 3 is 55.8. *Id.* at 60. Dr. Sasián testifies that "[a] POSITA would understand that both L2 and L3 are made of at least two different polymer materials (based on their being plastic and having different refractive indices)." Ex. 1003, 64. Based on the cited portions of Huang and Dr. Sasián's testimony, we are persuaded that Huang's Lens 2 and Lens 3 teach "second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number."

With respect to reducing chromatic aberrations, Petitioner's cited portion in Sverdrup (Ex. 1017) discloses not only that "[c]hromatic aberration can be addressed in lenses by combining two different materials with differing Abbe numbers," as quoted by Petitioner, but also that "[o]ne of the materials is made into a positive lens, and the other into a negative lens," and that "[t]he powers are not equal, so that the overall power is non-zero." Ex. 1017, 3:1–5. Dr. Sasián testifies that "a POSITA would have understood that L1 of Huang's Example 1 lens system introduces positive chromatic aberration and L2 reduces this chromatic aberration as is well known in the art." Ex. 1003, 65 (citing Ex. 1017, 3:1–5; Ex. 1019, 37); *see* n.13. We understand Petitioner's position to be that Huang's Lens 1 teaches

---

[18] Dr. Sasián's testimony (Ex. 1003, 65) cites page 37 of Kingslake. The cited portion, page 37, of Kingslake (Ex. 1019) does not appear to exist.

IPR2020-00877
Patent 10,288,840 B2

the positive lens and Huang's Lens 2 teaches the negative lens to reduce chromatic aberrations.

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that Huang's Lenses 2 and 3, as evidenced by Sverdrup, sufficiently support Petitioner's contentions that Huang teaches the second and third lenses reducing chromatic aberrations as claimed in this limitation.

> *[1.10] "wherein the second group of lens elements includes a fourth lens element and a fifth lens element made of the different polymer materials having different Abbe numbers and"*
>
> *[1.11] "is configured to correct a field curvature and to compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements, and"*

According to Petitioner, although Huang's lenses in the second group are numbered Lens 4 through Lens 6,

> Huang's Lens 5 may be a "fourth lens element" and Lens 6 may be a "fifth lens element" because the claim language does not include any restriction requiring identification of each lens along the optical axis for lenses in the second group, and also indicates that the second group can have more than two lens elements.

Pet. 64 (citing Ex. 1003, 67–68). Huang's Lens 5, cited as teaching the claimed fourth lens element, has an Abbe number of 21.4. *Id.* at 63 (citing Ex. 1006, Table 1). Huang's Lens 6, cited as teaching the claimed fifth lens element, has an Abbe number of 55.7. *Id.*

Petitioner contends that "the field curvature of Huang's Example 1 lens assembly is corrected by the second group of lenses." *Id.* at 64.

30

IPR2020-00877
Patent 10,288,840 B2

Petitioner supports its contention with Zemax plots, which are reproduced below. *Id.* at 65.



**Group 1 (L1-L3)**          **Groups 1 & 2 (L1-L6)**

Petitioner's Zemax plots depicting a reduction in field curvature
in Groups 1 and 2 as compared with Group 1 alone, with
respect to Huang's Example 1.[19]  *Id.* at 65.

In particular, Petitioner contends that

> [T]he standard field curves show that lenses L1-L3 in the first
> group have some residual field curvature with a maximum of
> about -0.22 mm for the light beam at 16.3°, and that the field
> curves are curved.  The field curves for the complete objective,
> L1-L6, show that the second group of lenses L4-L6 corrects for
> the residual field curvature of the first lens group L1-L3 as the

---

[19] Petitioner's Zemax plots are reproduced with as much clarity as possible from the Petition and/or the Appendix of Dr. Sasián's Declaration.

field curves have a maximum of about 0.1 mm and are nearly straight.

*Id.* (citing Ex. 1003, 68). We determine that the Zemax plots reproduced above depict some change along the x-axis, which we understand to represent millimeters of field curvature. *See* Ex. 1003, Appendix (Figs. 1–8).

We accept as sufficient Dr. Sasián's testimony that Figure 4 depicts the field curvature of Huang's Example 1 lens assembly. Ex. 1003, 68.

Petitioner further contends that "a POSITA would have understood that lateral and longitudinal chromatic aberration can be shown by optical path difference meridional plots and chromatic focal shift curves." Pet. 66. Petitioner contends that its Zemax plots, reproduced below, are representative of Huang's Example 1 lens assembly. *Id.*



Zemax plots purportedly depicting optical path difference meridional plots. *Id.* (citing Ex. 1003, Appendix (Fig. 5)); *see supra* n.18.

IPR2020-00877
Patent 10,288,840 B2

According to Petitioner,

[T]he optical path difference meridional plot for the light beam at 16.3° shows lateral and longitudinal chromatic aberration for the first group of lenses L1-L3 as the plots for the F and C wavelengths are tilted and curved with respect to each other. The same plots for the complete lens assembly L1-L6 shows no tilt or curvature for the F and C wavelengths, indicating that the second group compensates for residual chromatic aberration from the first group.

Pet. 66–67 (citing Ex. 1003, 70).

We accept as sufficient Dr. Sasián's testimony that "lateral and longitudinal chromatic aberration can be shown by optical path difference meridional plots . . . for *Huang's Example 1 lens assembly* as generated by Zemax . . . ." with respect to Figure 5. Ex. 1003, 69 (emphasis added). We determine that the Zemax plot for the complete lens assembly, Lens 1 through Lens 6, depicts a flattening as well as a reduction in tilt for the depicted curves, as Petitioner contends.

Lastly, Petitioner contends that

[T]he chromatic focal shift curve for the first group of lenses (L1-L3) shows longitudinal chromatic aberration, while the same curve for the complete lens assembly (L1-L6) shows that residual longitudinal chromatic aberration has been compensated as at least two wavelengths focused at the same focal distance. Thus, a POSITA would have known that the second group of lens elements is configured to "compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements."

Pet. 67–68 (citing Ex. 1003, 70). Reproduced below are Petitioner's Zemax plots depicting chromatic focal shift curves representative of Huang's Example 1 lens assembly.

33

IPR2020-00877
Patent 10,288,840 B2

## Chromatic Focal Shift Curves

 

<div align="center">

**Group 1 (L1-L3)**     **Groups 1 & 2 (L1-L6)**

</div>

Zemax plots depicting chromatic focal shift curves comparing
Group 1 alone and Groups 1 and 2 together. *Id.* at 67 (citing
Ex. 1003, Appendix (Fig. 6)); *see supra* n.18.

The Zemax plots reproduced above depict a focal shift that is more
significant at lower wavelengths.

Patent Owner does not dispute Petitioner's showing as to this
limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find Dr.
Sasián's testimony that "lateral and longitudinal chromatic aberration can be
shown by . . . chromatic focal shift curves for *Huang's Example 1 lens
assembly* as generated by Zemax . . . ." with respect to Figure 6 (Ex. 1003,
69 (emphasis added)) and text in Figure 6 that states "Huang example 1,
configuration 1 of 1" (*id.*, Appendix) is sufficient.

We are also persuaded that Petitioner's Zemax plots and the cited
portions of Huang sufficiently support Petitioner's contentions that Huang

<div align="center">

34

</div>

teaches a second group that corrects a field curvature and compensates for residual chromatic aberrations as claimed.

> [1.12] *"wherein the first, third and fifth lens elements have each an Abbe number greater than 50"*

> [1.13] *"and the second and fourth lens elements have each an Abbe number smaller than 30."*

Petitioner contends that Huang's lenses have Abbe numbers greater than 50 because Huang's Table 1 includes "lens elements annotated as L1, L3, and L5 hav[ing] Abbe numbers of 55.9, 55.8, and 55.7, respectively." Pet. 69 (citing Ex. 1006, Table 1). Petitioner further contends that Huang's lenses have Abbe numbers smaller than 30 because Huang's Table 1 includes "lens elements annotated as L2 and L4 hav[ing] Abbe numbers of 23.3 and 21.4, respectively." *Id.* at 71 (citing Ex. 1006, Table 1).

Patent Owner does not dispute Petitioner's showing as to this limitation. *See generally* PO Resp.

We have reviewed the record developed during trial, and find that Huang's disclosure of the Abbe numbers corresponding to Lenses 1 through 5 sufficiently supports Petitioner's contentions that Huang teaches lenses with the claimed Abbe numbers.

For the foregoing reasons, and based on the entire record developed during trial, and find that the cited evidence sufficiently supports Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to independent claim 1 over the combination Parulski, Huang, and Tang.

### 5.    *Dependent Claim 2*

Claim 2 recites, "wherein light receiving outer surfaces of the Wide and Telephoto lens units are located substantially in the same plane, thereby

reducing shadowing and light blocking effects therebetween." Ex. 1001, 20:17–20.  Claim 2 depends from claim 1.

Petitioner annotates Figures 16A and 16B of Parulski to point out how "Telephoto and Wide camera units include light receiving outer surfaces (opposite image sensors 614 and 618) that lie along a same plane." Pet. 73 (citing Ex. 1006, Figs. 16A, 16B).

Patent Owner does not dispute Petitioner's showing as to this claim. *See generally* PO Resp.

We have reviewed Petitioner's annotated versions of Parulski's Figures 16A and 16B and are persuaded that they sufficiently support Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claim 2 over the combination Parulski, Huang, and Tang.

### 6. *Dependent Claim 5*

Claim 5 recites, "wherein the Wide and Telephoto camera units are mounted directly on a single printed circuit board." Ex. 1001, 20:27–29. Claim 5 depends from claim 1.

According to Petitioner, "Parulski's cell phone camera includes an integrated capture assembly that includes a Wide camera with a Wide lens unit and a Telephoto camera unit with a Telephoto lens unit." Pet. 74 (citing Ex. 1005, 23:28–43).  Petitioner contends that "[t]he Wide and Telephoto camera units of this integrated capture assembly are mounted directly on *a common substrate 620* as shown in Figs. 16A and 16B." *Id.* (citing Ex. 1006, Figs. 16A and 16B) (emphasis added).

Patent Owner does not dispute Petitioner's showing as to this claim. *See generally* PO Resp.

We have reviewed Parulski's Figures 16A and 16B and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate unpatentability by a preponderance of the evidence with respect to the challenge to dependent claim 5 over the combination Parulski, Huang, and Tang.

### 7.     Dependent Claims 7, 12, and 18

Claim 7 recites, "wherein the Telephoto lens unit has a TTL less than 6.5 mm." Ex. 1001, 20:33–34. Claim 12, "wherein the Telephoto lens unit TTL is less than 5.5 mm." *Id.* at 20:51–52. Claim 18 recites "wherein the Telephoto lens unit has an F# smaller than 3.2 and a TTL smaller than 6.2 mm." *Id.* at 20:65–67. Each of claims 7, 12, and 18 depends from claim 1.

With respect to the TTL requirements of claims 7, 12, and 18, Petitioner relies on Huang's Table 1 and calculates the TTL of Huang's first embodiment as 5.348 mm, as it did with respect to independent claim 1. Pet. 76–78, 81. Huang's Table 1 further indicates that the F# of Huang's first embodiment is 2.85. *Id.* at 81

Patent Owner does not dispute Petitioner's showing as to these claims. *See generally* PO Resp.

We have reviewed Huang's Table 1 and Petitioner's calculation and are persuaded that they sufficiently support Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claims 7, 12, and 18 over the combination Parulski, Huang, and Tang.

### 8.     Dependent Claims 11, 13, and 16

Claim 11 recites "wherein the Telephoto lens unit TTL/EFL ratio is smaller than 0.9." Ex. 1001, 20:49–50. Claim 11 depends from claim 1.

37

According to Petitioner "Huang's Example 1 lens system is a Telephoto lens unit with TTL = 5.348 mm and EFL = 6.6 mm," and therefore, discloses a "ratio of TTL/EFL = 5.348/6.6 = 0.81, which is smaller than 0.9." Pet. 78 (citing Ex. 1003, 78).

Claims 13 and 16 recite "wherein the Telephoto lens unit EFL is greater than 5.9 mm." Ex. 1001, 20:53–54, 61–62. Claim 13 depends from claim 1. Claim 16 depends from claim 11, which in turn, depends from claim 1.

As discussed above, Petitioner contends "Huang's Example 1 lens system is a Telephoto lens unit with EFL = 6.6 mm, which is greater than 5.9 mm." Pet. 78.

Patent Owner does not dispute Petitioner's showing as to these claims. *See generally* PO Resp.

We have reviewed Huang's Table 1 and Petitioner's calculation and are persuaded that they sufficiently support Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claims 11, 13, and 16 over the combination Parulski, Huang, and Tang.

### 9.    *Dependent Claim 15*

Claim 15 recites "wherein the Telephoto camera unit includes an image sensor and wherein an image captured by the Telephoto camera unit has a field of view that is no larger than 44 degrees." Ex. 1001, 20:57–60. Claim 15 depends from claim 1.

Petitioner points to Huang's image sensor 190 as teaching the claimed image sensor. Pet. 79. Petitioner also points out that Huang's first embodiment has a half field of view (HFOV) that is depicted in Table 1 as

16.3 degrees, and contends that a "POSITA would have thus understood that the full Field of View of Example 1 lens assembly is twice the HFOV, or 32.6 degrees, which is FOV = 2*HFOV = 32.6 degrees, which is 'no larger than 44 degrees' as claimed." *Id.* at 80–81 (citing Ex. 1003, 79–80).

Patent Owner does not dispute Petitioner's showing as to this claim. *See generally* PO Resp.

We have reviewed Huang's Table 1 and Petitioner's calculation and are persuaded that they sufficiently support Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claim 15 over the combination Parulski, Huang, and Tang.

### 10.    *Dependent Claim 20*

Claim 20 recites "wherein the first, second and third lens elements have respective focal lengths f1, f2 and f3, and wherein the respective focal lengths satisfy the condition $1.2|f3|>|f2|> 1.5|f1|$ and wherein the Telephoto lens unit has an F# smaller than 3.2, wherein the Telephoto lens unit TTL is smaller than 6.2 mm." Ex. 1001, 21:4–9. Claim 20 depends from claim 1.

According to Petitioner, "in Table 1, Huang's Example 1 lens system includes lenses L1, L2, and L3 having focal lengths of f1=2.26 mm, f2=-3.57 mm, and f3=-8.42 mm, respectively." Pet. 82–83. Petitioner sufficiently demonstrates that the focal lengths disclosed in Huang meet the condition recited in claim 20: $1.2|-8.42|>|-3.57|>1.5(2.26) = 10.104>3.57>3.39$. *Id.* The second and third wherein clauses of claim 20 are the same as the limitations recited in claim 18. Petitioner points to its showing for claim 18 to meet the second and third wherein clauses, which

we consider persuasive for the same reasons as set forth above with respect to claim 18.

Patent Owner does not dispute Petitioner's showing as to this claim. *See generally* PO Resp.

We have reviewed Huang's Table 1 and Petitioner's calculations and are persuaded that they sufficiently support Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claim 20 over the combination Parulski, Huang, and Tang.

### 11.    *Dependent Claim 21*

Claim 21 recites "wherein the Telephoto camera unit includes an image sensor with an image sensor size ¼" or ⅓"." Ex. 1001, 21:10–12. According to Petitioner,

> Huang's Example 1 telephoto lens and Tang's Embodiment 1 wide-angle lens produce image heights of 2.0 mm and 2.86 mm, respectively. Using the formula provided by Smith as discussed above, Huang's Example 1 lens has a 4 mm diagonal and Tang's Embodiment 1 wide-angle lens has a 5.72 mm diagonal. A POSITA would have understood these diagonals to be compatible with sensor diagonals for ¼" and ⅓" sensors, with diagonals of about 4.4 mm and 6 mm. Furthermore, a POSITA would have understood that the use of the lens assemblies of Huang and Tang with ¼" and ⅓" sensors would avoid clipping the lens image, or providing many more unnecessary pixels as a ½" sensor would provide.

> Furthermore, a POSITA would have understood that the lens assemblies of Huang and Tang are designed for electronic sensors such as a CCD or CMOS, and would therefore be motivated to provide a suitable sensor with these lenses. A POSITA would have been motivated to provide Huang's telephoto lens with an image sensor having a ¼" or ⅓" format to

40

meet cost, size, and other design requirements of modern cell phones.

Pet. 84–85 (citing Ex. 1005, 7:28–31, 24:20–31; Ex. 1006, 1:20–30, Fig. 2; Ex. 1009, 1:10–19, Fig. 1B; Ex. 1015, 26; Ex. 1003, 84–85).[20]

Patent Owner does not dispute Petitioner's showing as to this claim. *See generally* PO Resp.

Although Huang does not explicitly disclose the size of its sensor, we have reviewed the cited portions and determine that they sufficiently support Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claim 21 over the combination Parulski, Huang, and Tang.

### E.    *Obviousness over Parulski, Huang, Tang, and May*

Petitioner contends that claims 3 and 4 are unpatentable as obvious under 35 U.S.C. § 103 over Parulski, Huang, Tang, and May. For the reasons that follow, we determine that Petitioner's showing is not sufficiently supported so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to claims 3 and 4.

### 1.    *Overview of May*

May concerns "a digital camera that uses multiple lenses and image sensors to provide an extended zoom range." Ex. 1011, 1:8–10. By providing a plurality of optical image capture modalities, each having a lens-sensor combination with a different focal length or combination of focal lengths (i.e., a zoom factor), "a large zoom ratio, e.g., 10:1, can be accomplished in a smaller scale space at lower cost with higher quality optical results than heretofore achieved." *Id.* at 4:45–54.

---

[20] Smith (Ex. 1015) does not have a page 26 as cited by Petitioner.

IPR2020-00877
Patent 10,288,840 B2

An exemplary embodiment, a "folded lens assembly configuration," is depicted in Figure 10D, reproduced below.



FIG. 10D

Figure 10A is an optical layout of an embodiment of image capture assembly 1. *Id.* at 7:4–8.

According to May,

in FIG. 10A, an image capture assembly 1 includes the first lens 2 and the first image sensor 12 mounted at opposing ends of a first optical relay subassembly la having a folded optical path arranged between the first image sensor 12 and the lens 2. The first lens 2, which preferably is a fixed focal length wide angle lens, forms a first image of a scene on the first image sensor 12. The image capture assembly 1 also includes the zoom lens 3 and the second image sensor 14 mounted at opposing ends of a second optical relay subassembly lb having a folded optical path arranged between the second image sensor 14 and the zoom lens 3. The zoom lens 3, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a second image of the scene on the second image sensor 14. In this embodiment, the first lens 2 is a wide angle lens having a focal length less, and preferably substantially less, than the minimum focal length of the zoom lens 3.

*Id.* at 7:19–35.

Another exemplary embodiment, a "non-folded lens assembly configuration" is depicted in Figure 24A, reproduced below.



FIG. 24A

Figure 24A is a schematic sectional view of an image capturing assembly for a cell phone. *Id.* at 23:32–36.

"[A]ssembly 610 contains an integrated packaging of optical and imaging components on common substrate 620," and includes first fixed focal length lens 612 and first image sensor 614, and second fixed focal length lens 616 and second image sensor 618. *Id.* at 23:35–40. The sensors in the image capture assembly may be positioned next to each other on a common circuit board assembly, or may be packaged in a common integrated circuit package. *Id.* at 10:14–17.

## 2.    *Dependent Claims 3 and 4*

Claim 3 recites "wherein the Wide and Telephoto camera units are mounted on separate printed circuit boards." Ex. 1001, 20:21–26.

Petitioner intermingles its contentions about how a POSITA would have understood May to teach the limitation of claim 3 and its rationale for combining May with Parulski, Huang, and Tang. We address these issues separately.

IPR2020-00877
Patent 10,288,840 B2

*Petitioner's Initial Contentions Regarding May's Teachings*

Petitioner cites elements from both May's folded configuration (*see, e.g.,* Ex. 1011, Figs. 10D–10F) and its non-folded configuration (*see, e.g., id.* at Fig. 24A).

Petitioner contends that "a POSITA would understand that each camera of the image capture assembly includes a sensor (i.e., 12a, 12b, 14, 16) mounted on a different printed circuit board," as disclosed in May. Pet. 86 (citing Ex. 1011, Figs. 10D–10F, ¶¶ 48, 58), 91–92 (citing Ex. 1003, 92; Ex. 1011, Figs. 10D–10F, 7:4–15).[21]  Petitioner further contends that

> May specifically describes embodiments with a telephoto lens and a wide-angle lens in reference to Fig. 10D: "[i]n a fourth embodiment, the digital camera employs a first fixed focal length lens 2a with a first image sensor 12a, and a second fixed focal length lens 2b with a second image sensor 12b . . . In this embodiment, the first fixed focal length lens 2a is preferably a wide angle lens and second fixed focal lens 2b is a telephoto lens."

*Id.* at 87–88 (quoting Ex. 1011, 8:15–30).  Petitioner also contends that "May additionally teaches that the cameras, including a wide-angle and telephoto lens, are mounted on different subassemblies 1a, 2a and 'positioned next to each other on *a common circuit board assembly*.'" *Id.* at 89 (Ex. 1011, Figs. 10D-10F, 7:4–15, 10:14–17) (emphasis added).

Petitioner further contends

---

[21] We understand Dr. Sasián's testimony to reference paragraph numbers in the pre-grant publication of the May patent (U.S. Patent Application Pub. 2006/0187338 A1).  We have reviewed column 7, lines 4–15 and column 10, lines 6–23 in the May patent—the subject matter disclosed therein corresponds to the subject matter in paragraphs 48 and 58 of the pre-grant publication.

44

A POSITA would have also understood that each sensor is disposed on a printed circuit board extending along a plane (such as sensor 618 on substrate 620 above). For example, each of the camera subassemblies of May is mounted on a substrate that also carries other electronic components (e.g., an autofocus mechanism), including a flex connector (626) and therefore is understood to be a printed circuit board as claimed.

*Id.* at 87 (citing Ex. 1005, 23:28–40, Figs. 16A–16B; Ex. 1011, Figs. 24A–24B, 23:48–57). Petitioner points to "camera subassemblies including a lens, a lens barrel, and IR [infrared] filter, and an image sensor" and "flex connector 626" in both Parulski and May to support its contention that "a POSITA would have understood that both Parulski and May teach mounting Wide and Telephoto camera units on separate printed circuit boards." *Id.* at 92–93 (citing Ex. 1005, Figs. 1, 16A–16B, 12:42–54, 23:28–40, 23:44–50, 23:48–54; Ex. 1011, Figs. 1, 24A–24B, 10:60–67, 23:48–57; Ex. 1003, 91–92).

To support its contentions, Petitioner asserts that "[t]he inclusion of a camera module on a printed circuit board in this fashion was well-known in the art, as evidenced by Ryu (APPL-1012)." *Id.* at 90 (citing Ex. 1003 ¶ 74; Ex. 1012, code (57), Fig. 8, 1:30–50).

*Petitioner's Initial Contentions Regarding a Rationale for Combining*

*First* and *second*, Petitioner contends that one of ordinary skill in the art would have combined May with Parulski, Huang, and Tang because May and Parulski share an inventor in common, "are in the same technical field," "are analogous prior art," and "are in the same field of endeavor." Pet. 88–89 (citing Ex. 1003 ¶ 71; Ex. 1005, 9:8–10; Ex. 1006, 8:44–51; Ex. 1009, 1:6–8; Ex. 1011, 4:27–28).

*Third*, Petitioner contends that "a POSITA would have understood that Huang's Example 1 lens assembly and Tang's Embodiment 1 lens assembly have different track lengths, so the image sensors would naturally be placed at different planes." *Id.* at 90 (citing Ex. 1003 ¶ 75; Ex. 1006, Table 1; Ex. 1009, Table 1).

*Fourth*, Petitioner contends that

> a POSITA would have understood that placing the wide and telephoto lens units of Parulski on different substrates with the ability to vary their layout would provide a greater range of optical performance and more economically produce camera lenses . . . [and] provide a cost savings as compared to a single zoom lens camera.

*Id.* at 93 (citing Ex. 1003, 93; Ex. 1005, 6:20–44, 8:15–30, 10:37–59; Ex. 1011, 4:6–15, 45–54); *see also id.* at 90 (citing Ex. 1003 ¶¶ 76, 77) (collectively reiterating that the combination would "provide a greater range of optical performance and more economically produce camera lenses" and "would provide cost savings as compared to a single zoom lens camera").

With respect to this reason, Petitioner elaborates that a POSITA would have been motivated to make the combination because: "May's image capture assembly layout [] provide[s] additional flexibility for optical performance and camera lens arrangement" (Pet. 89 (citing Ex. 1003 ¶ 73; Ex. 1011, 4:19–24)); "May's mounting, arrangement, and modularity of the camera subassemblies is desirable in designing and implementing a photographic camera" (*id.* (citing Ex. 1003 ¶ 74)); and "May states that the various embodiments of its image capture assembly with multiple cameras 'can reduce the cost and size of the camera, and improve its optical performance'" (*id.* at 88 (citing Ex. 1011, 6:20–24)); *see also id.* at 90 (citing Ex. 1011, 4:6–15, 6:20–44, 10:37–59) (reiterating that "May's

various image capture assemblies offer the additional benefit of reduction of size and cost of the camera and improvement of its optical performance").

*Patent Owner's Contentions*

Patent Owner contends that "Apple's petition does not explain how it proposes using the Huang and Tang lenses in May's layout for folded lenses." PO Resp. 7. Patent Owner further contends that "[t]he description of the folded lens layouts that Apple quotes describes 'a common circuit board assembly'" and "the non-folded Figure 24A layout is described as having a single 'substrate 620' with electronic circuit components 'such as resistors, capacitors and power management components' mounted on it." *Id.* at 9 (citing Ex. 1011, 10:14–17, 23:48–57; Pet. 88–90).

Patent Owner also contends that the "cost and size benefits cited in May are not tied to the use of separate circuit boards." *Id.* at 10. Patent Owner contends that "[t]he claims of reduced cost from using separate circuit boards also defy common sense," and that, instead, "combin[ing] multiple components onto a single board [is] a way to reduce costs." *Id.* at 11.

Patent Owner still further contends that "Dr. Sasián's declaration and CV suggest that he is a highly experienced designer of lenses and teacher of lens design," but that Petitioner "provide[s] no reason to believe that Dr. Sasián has any expertise in circuit board assembly or costs [thereof] that would be useful to this Board." *Id.* at 12 (citing Ex. 1003 ¶¶ 6–17; Ex. 1004).

*Petitioner's Responsive Contentions*

Pointing to May's Fig. 24A with substrate 620 as teaching a printed circuit board, Petitioner contends that a "POSITA would have recognized

May's other optical assemblies would also include image sensors mounted on a PCB [printed circuit board]." Pet. Reply 8 (citing Pet. 90; Ex. 1003 ¶ 67; Ex. 1011, Fig. 17; Ex. 1022 ¶ 13). Petitioner more particularly contends that "a POSITA would have understood that the image sensors being in different planes in May's embodiments shows that the image sensor on each subassembly is mounted on its own PCB." *Id.* at 9 (citing Pet. 91–92; Ex. 1003 ¶¶ 66–67, 86; Ex. 1022 ¶ 15; Ex. 1005, Figs. 15A–15C, 16A–16B, 23:28–40; Ex. 1011, Figs. 10D–10F); *see id.* at 8–9 (citing Ex. 1003 ¶¶ 66, 74; Pet. 89–90; Ex. 1022 ¶ 14). Petitioner explains that "[s]ince each subassembly has a sensor mounted in a different orientation, a POSITA would have understood each sensor to be mounted on a different PCB due to the image sensors not being parallel and in the same plane." *Id.* at 11 (citing Ex. 1022 ¶ 18).

Petitioner explains that "a POSITA would have understood May's modular camera subassemblies (e.g., as shown in Figs. 10D-10F) to apply to both folded and non-folded fixed-lens configurations" and as such, "[a] POSITA would have been motivated to apply the teachings of May in a non-folded configuration to the wide-angle lens of Tang and the telephoto lens of Huang, at least because these lenses have nonfolded layouts." *Id.* at 20 (citing Pet 95; Ex. 1003, 96; Ex. 1006, Table 1; Ex. 1009, Table 1; Ex. 1011, 23:8–11; Ex. 1022 ¶ 30).

Petitioner further explains that "May's teachings that these camera subassemblies are modular would have indicated to a POSITA that the camera subassemblies in these embodiments use multiple printed circuit boards." *Id.* at 11 (citing Pet. 87, 92; Ex. 1022 ¶ 19). Petitioner asserts that "[b]ecause May shows that each of these camera subassemblies as separate

and oriented in different configurations, a POSITA would have understood that May teaches that its camera subassemblies are modular, and thus teaches the use of different circuit boards, distinct, and spaced apart." *Id.* at 11–12 (citing Pet. 89–90; Ex. 1003 ¶¶ 66, 74, p. 93; Ex. 1011, Figs. 10A–15C, 9:54–59; Ex. 1022 ¶ 20); *see also id.* at 12 (citing Pet. 89–90; Ex. 1003 ¶¶ 66, 73–74; Ex. 1022 ¶ 21) ("May teaches independent, modular optical assemblies . . . [a] POSITA would have understood May to teach that the camera subassemblies are mounted on separate PCBs to maintain their modular nature.").

Petitioner further contends that "May's modular subassemblies would have made it easier to rearrange lenses to accommodate other components such as electronics, screens, and batteries within the 'confined space of the digital camera.'" Pet. Reply 17 (citing Ex. 1011, 9:19–26; Ex. 1022 ¶ 26). Petitioner also contends that "[t]he use of modular subassemblies on different boards would also allow the use of wide-angle and telephoto lenses optimized for their specific purposes, without trying to align them on the same plane so that they are mounted on the same PCB [printed circuit board]." *Id.* (citing Pet. 90).

Petitioner contends that "[i]n a camera incorporating the lens designs of Huang and Tang (each with a different track length), sensors would be placed at different distances from the lens, as in the May examples" and that "[a] POSITA would look to May's teachings of alternative ways of assembling those camera modules, including having them on the same plane or separate planes," and further that "[i]n the case that the camera modules are on separate planes, they would also be on different PCBs [printed circuit boards]." *Id.* at 19 (citing Ex. 1022 ¶ 29).

*Overview of Analysis of Dependent Claims 3 and 4*

As to whether Petitioner is relying on May's embodiments individually, in the alternative, or in combination with each other, during the hearing, Petitioner clarified its position as follows:

> MR. MAUCOTEL: Our combination combines May with the telephoto assemblies or the telephoto lens of Huang and the wide-angle lens of Tang. These are non-folded lenses and they have different track lengths. So, given this art that a POSITA would have in front of them, they would look to the *instructions of May that have to do with imaging assemblies that have different track lengths and can be placed at different orientations. So, that's why we rely on Figures 10D through F* of May.

Tr. 16:8–14 (emphasis added). Petitioner further clarified that:

> MR. MAUCOTEL: And a POSITA would -- and May, in Figure 24A, showing non-folded lenses, it works in this case for two lenses mounted on a single PCB because the track length is the same for those imaging assemblies.
>
> *     *     *
>
> . . . what we're relying on for May, again, kind of going back to Figures 10E through F, we're not relying on the actual lenses of May. *In fact, we're relying on the lenses of Huang and Tang instead, which are non-folded lenses.* They are linear lenses that would extend straight down the page. We're using those imaging assemblies; however, what we're using for May is the teachings *that imaging assemblies are mounted on printed circuit boards and each imaging assembly would have its own printed circuit boards.* That's what we're using for May.

*Id.* at 15:4–6, 22:11–19 (emphases added). During the hearing, Petitioner further asserted that

> MR. MAUCTOEL: We'd also like to point out that both May and Parulski include both folded and non-folded lens designs and use them interchangeably. So, there's no problem with jumping

50

> between the folded and non-folded lens designs. They stand for
> the same proposition.

*Id.* at 24:4–8; *see also id.* at 15:1–3 (Mr. Maucotel arguing that "a POSITA
would understand -- so, an interesting aspect of May is it uses folded and
non-folded configurations interchangeably").

Based on the Petition, Petitioner's Reply, and arguments presented
during the hearing, we understand Petitioner to rely on May's non-folded
configuration—because Huang and Tang have non-folded lens assemblies—
to teach non-folded camera subassemblies on a printed circuit board, and
May's folded configuration to teach that there is a separate printed circuit
board for each of the non-folded camera subassemblies.

Contrary to Petitioner's assertion, whether May's invention can
interchangeably rely on its folded or non-folded configurations is not the
relevant inquiry. Instead, we consider whether (1) given the teachings of
May a POSITA would have understood that image sensors 12a through 12d
of May's Figures 10D–10F each have their own, separate printed circuit
board and whether (2) a POSITA would have understood May or Parulski's
flex connectors to teach or suggest connecting one printed circuit board to
another printed circuit board.

*Analysis of Whether a POSITA Would Have Understood
May to Teach or Suggest "separate printed circuit boards"
in Figures 10D through 10F*

We are not persuaded by Petitioner's argument that, because May's
Figures 10D–10F depict image sensors 12a through 12d on different planes,
each image sensor would have been understood by a POSITA to be
connected to its own, separate printed circuit board and in a planar fashion.
Initially, we find that Petitioner has not shown sufficient evidence that May

discloses separate printed circuit boards. Pet 91–92 (citing Ex. 1003, 92; Ex. 1011, 7:4–15, Figs. 10D–10F). The portions of May cited in the Petition do not teach or suggest more than one printed circuit board, let alone placing each different type of lens unit (i.e., the claimed Wide and Telephoto lens units) on separate printed circuit boards as claimed. *See* Ex. 1011, Figs. 10D–10F, Fig. 24A, 7:4–15. We have considered all of Dr. Sasián's testimony (Ex. 1003 ¶¶ 65–73; Ex. 1022 ¶¶ 8–35; Ex. 2003) and supporting evidence, and it is not persuasive that May teaches or suggests placing different lens units on separate printed circuit boards. Although Dr. Sasián cites to evidence, we find that evidence does not support his position and thus is unavailing, for the reasons discussed below.

As Patent Owner observes, "[n]othing in May's description of these figures says that there are printed circuit boards for each image sensor, as opposed to a single board that could be located behind the image capture assemblies shown in Figures 10A–10F that all of the image capture assembles could be mounted on." PO Sur-Reply 4; *id.* at 3 (Patent Owner disputing Petitioner's contention 'that the elements 12a–12d in these figures are 'image sensors mounted on different printed circuit boards'" and arguing that May "expressly describes elements 12a–12d, as well as elements 14 and 16 as 'image sensors.'"). There is insufficient evidence of record that would tend to support a finding that a POSITA would have understood May's image sensors 12a through 12d to be *mounted in a planar fashion* to separate printed circuit boards. At most, Petitioner explains that "a POSITA would have understood that *the image sensors being in different planes* in May's embodiments shows that the image sensor on each subassembly is mounted on its own PCB." Pet. Reply 9 (citing Ex. 1003 ¶¶ 66–67, 86; Ex. 1005,

52

Figs. 15A–15C, 16A–16B, 23:28–40; Ex. 1011, Figs. 10D-10F) (emphasis added). Dr. Sasián does not explain why image sensors situated in different planes would have been understood to have a particular, e.g., planar, alignment with respect to a printed circuit board. *See, e.g.,* Ex. 1003, p. 93 (citing Ex. 1005, 23:44–50); *id.* ¶¶ 67, 74 (citing Ex. 1005, Figs. 16A–16B, 23:28–40; Ex. 1011, Figs. 24A–24B, 23:48–57).

With respect to May's disclosure that "[w]hile not in an exactly coaxial arrangement with respect to each other, the multiple lenses *and sensors are generally aligned* with respect to each other so as to be viewing substantially the same object, albeit with different fields of view," Petitioner has not sufficiently explained why May's "generally aligned" lens assemblies, including image sensors, would have been understood to involve mounting the multiple lenses and sensors in a *planar* fashion which, in turn, would have been understood to lead to separate printed circuit boards. Ex. 1011, 6:26–30 (emphasis added); *see e.g.,* Tr. 13:11–16, 25:7–10.

> *Analysis of Whether a POSITA Would Have Understood
> May or Parulski's flex connectors to Teach or Suggest
> Connecting One Printed Circuit Board to Another*

Dr. Sasián testifies that, like May, "Parulski includes a flex connector 626 and a POSITA would have understood that this may be used to similarly connect different boards with lens units together" and thus, "a POSITA would have understood that both Parulski and May teach mounting Wide and Telephoto camera units on separate printed circuit boards." Ex. 1003, 93 (Ex. 1005, 23:44–50). Dr. Sasián also testifies that "each of the camera subassemblies of May is mounted on a substrate that also carries other electronic components (*e.g.*, an autofocus mechanism), including a flex connector (626) and *therefore is understood to be a printed circuit board as*

*claimed.*"  Ex. 1003 ¶¶ 67, 74 (Ex. 1005, Figs. 16A–16B, 23:28–40; Ex.
1011, Figs. 24A–24B, 23:48–57) (emphasis added).  But we are not
persuaded that Parulski's flex connector or May's flex connector would have
been understood to connect to another printed circuit board with the other
type (Wide or Tele) of lens unit.

There is nothing in May or Dr. Sasián's testimony that indicates why
a POSITA would have understood either Parulski's or May's flex connector
to connect to another printed circuit board instead of, for example, "some
other electronics." *Cf.* Tr. 21:15–18.  Neither does May or Dr. Sasián's
testimony explain why a POSITA would not have, instead, understood
image sensors 12a through 12d could be connected, e.g., *in a non-planar
fashion*, to a single printed circuit board that is parallel to fixed focal length
lenses 2a through 2d via, for example, wires, "flex connectors or by some
other electronics." *Id.* at 20:18–21:2 (Petitioner's counsel arguing that
separate printed circuit boards would be connected by flex connectors or
other electronics).  Petitioner's citation to Ryu does not support Petitioner's
position any further because the cited disclosure teaches "[a]n image sensor
(not shown) is connected to one end of the upper surface of the PCB [printed
circuit board] 12 by wire, and the header connector 14." Ex. 1012, 1:34–36.

We are also not persuaded by Petitioner's citation to May's Figure 17
because that figure shows only one image sensor and does not explain how
and why any component of the figure would have been understood to teach
or suggest a printed circuit board.  *See* PO Sur-Reply 6 (arguing that "May
never says what these unlabeled structures [in Figure 17] are, and there is
nothing in May to indicate that these are printed circuit boards, as opposed
to some sort of connector, cable, or structural component").

54

For the reasons discussed above, we determine that Petitioner fails to establish unpatentability of claim 3, and claim 4 which depends therefrom, by a preponderance of the evidence because Petitioner's challenge does not sufficiently show that the combination of Parulski, Huang, Tang, and May, as evidenced by Ryu, teaches or suggests that "the Wide and Telephoto camera units are mounted on separate printed circuit boards."

Petitioner's challenge does not succeed for an *additional* reason—its rationale for combining May with Parulski, Huang, and Tang is not supported by sufficient rational underpinning, as discussed in detail below.

### Analysis of Rationale for Combining May with Parulski, Huang, and Tang

Petitioner's reasons for combining May with Parulski, Huang, and Tang are too generic and factually unsupported. *See ActiveVideo Networks, Inc. v. Verizon Communications, Inc.* 694 F.3d 1312, 1328 (finding expert testimony about the "modular" nature of references "generic and bear[ing] no relation to any specific combination of prior art elements"). As discussed in further detail below, Petitioner's reasoning "say[s] no more than that a skilled artisan, once presented with the two references, would have understood that they could be combined. And that is not enough; it does not imply a motivation to pick out those two references and combine them to arrive at the claimed invention." *Pers. Web Techs., LLC v. Apple, Inc.*, 848 F.3d 987, 993–94 (Fed. Cir. 2017). "[O]bviousness concerns whether a skilled artisan not only *could have made* but *would have been motivated to make* the combinations or modifications of prior art to arrive at the claimed invention." *Belden Inc. v. Berk–Tek LLC*, 805 F.3d 1064, 1073 (Fed. Cir. 2015); *see In re Nuvasive*, 842 F.3d at 1383 (holding conclusory statements

IPR2020-00877
Patent 10,288,840 B2

insufficient if not supported by a reasoned explanation) (citing *In re Lee*, 277 F.3d 1338, 1342 (Fed. Cir. 2002) ("The factual inquiry whether to combine references must be thorough and searching.")).

Petitioner cites Tang's optical parameters to specify the dimensions of a wide angle lens assembly. *See* Pet. 29–34. Likewise, Petitioner cites Huang's optical parameters to specify the dimensions of a telephoto lens assembly. *Id.* at 29, 34–39. Petitioner contends that Tang's wide optical parameters specify a lens assembly having a track length that differs from a lens assembly specified by Huang's Tele optical parameters. *Id.* at 90 (arguing that a POSITA would have understood Tang's Embodiment 1 lens assembly and Huang's Example 1 lens assembly to have different track lengths and thus, "the image sensors would naturally be placed at different planes").

Petitioner's combination turns to May to determine how to mount lens units of differing track lengths. Pet. Reply 19 ("[I]n a camera incorporating the lens designs of Huang and Tang (each with a different track length), sensors would be placed at different distances from the lens," a "POSITA would look to May's teachings of . . . having them on the *same plane or separate planes*.") (emphasis added). As Parulski, Huang, and Tang show wide lens assemblies and tele lens in non-folded configurations, Petitioner argues that "[a] POSITA would have been motivated to apply the teachings of May in a non-folded configuration [Fig. 24A] . . . at least because these lenses have non-folded layouts." *Id.* at 20 (citing Ex. 1006, Table 1; Ex. 1009, Table 1; Ex. 1022 ¶ 30). Petitioner *also* relies on May's folded configurations from Figures 10D–10F because, as it asserts, "May's modular camera subassemblies (e.g., as shown in Figs. 10D-10F) to apply to both

56

IPR2020-00877
Patent 10,288,840 B2

folded and non-folded fixed-lens configurations." *Id.* (citing Pet. 95; Ex. 1003, 96; Ex. 1022 ¶ 30; Ex. 1011, 23:8–11).

We are not persuaded that a POSITA would have looked to May's folded configuration embodiments, given that May also discloses a non-folded configuration embodiment and each of Parulski, Tang, and Huang disclose non-folded configurations for their lens assemblies. Further, in May's non-folded embodiment depicted in Figure 24A, reproduced below, May shows both a wide angle lens and telephoto lens on a single substrate 620.



FIG. 24A

IPR2020-00877
Patent 10,288,840 B2

*Petitioner's Reasons Related to Modularity and Improvements
in Cost, Size, and Optical Performance*

We further determine that the record does not indicate that May is any more "modular" than any other lens assembly in the cited references. *See ActiveVideo Networks*, 694 F.3d at 1328. None of the lens assemblies in the cited references appear to share any elements with other lens assemblies and appear to be able to perform imaging independently of other lens assemblies and as such, are modular to the same extent May can be considered to be modular. Even if May does describe modularity in connection with its invention, that does not imply a POSITA would have understood its components to be interchangeable or any more capable of being rearranged than any other lens assembly in the cited references. Also, there is insufficient evidence of record to support a finding that May teaches the *desirability* of rearranging its camera subassemblies—particularly in light of May's teaching, and Petitioner's recognition, that "May gives specific reasons for the alignment of its subassemblies (as shown in the above figures), teaching that 'multiple lenses and sensors are generally aligned with respect to each other so as to be viewing substantially the same object, albeit with different fields of view.'" Pet. Reply 23 (citing Ex. 1011, 6:28–30). We find that Patent Owner has the better position—that "[t]he Petition has no discussion of camera subassemblies that can be 'reconfigured,' 'rearranged' or swapped as if they were LEGO bricks." PO Sur-Reply 9 (citing Pet. Reply 12, 17). At best, May states that "the spatial relationship of the components has been rearranged" in the examples shown in Figures 14A–14C. In other words, May states that it discloses different arrangements of subassemblies, but May does not indicate that camera

58

subassemblies can be readily 'rearranged' in a modular fashion during design or in a finished device or that such "modular" rearrangement would be desirable or any easier to do for May's subassembly than it would be with the lens assemblies in the cited references.  Ex. 1011, 9:54–59.

Even assuming, *arguendo*, that May teaches rearranging electronic components, there is insufficient evidence supporting Petitioner's assertion that it is due to any "modular" quality of May's invention.  We disagree that camera assemblies that are modular, a term that could be used to describe any camera assembly and not just May's, would have conveyed to a POSITA anything about a camera assembly's mounting and connection to a printed circuit board, either a shared printed circuit board or its own, separate printed circuit board.  The record does not contain specific evidence that would support a finding that placing image sensors on separate printed circuit boards would make May's camera assemblies more able to be rearranged or interchanged as compared with mounting them, in some non-planar fashion, on a shared printed circuit board.

There is insufficient evidence of record that would tend to support a finding that placing wide-angle and telephoto lenses on separate printed circuit boards would "optimize" them for their specific purposes any more than aligning them on the same plane on a shared printed circuit board, contrary to Petitioner's contentions.  Pet. Reply 17 (citing Pet. 90).  In this regard, Petitioner cites multiple portions of May in columns 4, 6, 9, and 10. In the cited portions, May states its objective to reduce the size and cost of its camera and produce higher-quality optical results.  In a cited portion in column 6, May even states that the improvements in the cost, size, and optical performance of its dual-lens camera are relative to a camera having a

IPR2020-00877
Patent 10,288,840 B2

single sensor, and a large zoom lens.  *See* Ex. 1011, 6:20–26.  None of the statements in May suggest that any improvements in cost, size, or optical performance result from having a separate printed circuit board for each camera subassembly, which is what Petitioner relies on May to teach in its combination.  *See also* Ex. 1005, 10:17–25 (Parulski generally describing a desire to reduce cost and size of a camera assembly).  Also, there is insufficient evidence of record that would tend to support a finding that placing May's different camera subassemblies on separate printed circuit boards would improve or increase the range of optical performance of its camera assemblies, as Petitioner contends.  *See* Pet. 88–90, 93.

As such, we are not persuaded that "[a] POSITA would look to May's teachings of alternative ways of assembling those camera modules, including having them on the same plane or separate planes."  *See* Pet. Reply (Ex. 1022 ¶ 29) (emphasis omitted).

As discussed above, Dr. Sasián's testimony in his First and Second Declarations largely reiterates Petitioner's contentions and cites to substantially similar portions of the references.  *See e.g.*, Ex. 1003 ¶¶ 70–77; Ex. 1024 ¶¶ 26–31.  As such, we find his testimony similarly unpersuasive.

For the foregoing reasons, we are not persuaded that Petitioner's rationale for combining May with Parulski, Huang, and Tang is supported by sufficient rational underpinning.  Accordingly, for this *additional* reason, we conclude that Petitioner does not establish unpatentability of claim 3 or claim 4, which depends from claim 3, by a preponderance of the evidence.

F.    *Obviousness over Parulski, Huang, Tang, and Li II*

Petitioner contends that claim 6, which depends directly from claim 1, is unpatentable as obvious under 35 U.S.C. § 103 over Parulski, Huang,

60

IPR2020-00877
Patent 10,288,840 B2

Tang, and Li II. Patent Owner did not dispute Petitioner's challenge to claim 6. *See* PO Resp. 1. For the reasons that follow, we determine that Petitioner's showing is sufficiently supported so as establish unpatentability of claim 6 by a preponderance of the evidence.

*1.    Overview of Li II*

Li II concerns a mobile device with dual digital camera sensors. Ex. 1018, 1:7–8. Sensor position controller of the mobile device 106 "may adjust locations and/or positions of the two sensors 102, 104, such as [by] rotating, shifting or sliding the sensors 102,104 in one or more directions." *Id.* at 3:9–12. A mobile device with sensors is depicted in Figure 1, reproduced below.

61

IPR2020-00877
Patent 10,288,840 B2



FIG. 1

Figure 1 of Li II illustrates a mobile device with two or more
camera sensors.  *Id.* at 1:36–37.

Li II explains "[a]djustable sensors 102, 104 may enable a number of
advanced features, such as image quality improvement, 3-D image and video
visualization, and 360-degree panoramic video generation."  *Id.* at 3:16–19.

### 2.    *Dependent Claim 6*

Dependent claim 6 recites, "wherein the Wide and Telephoto camera
units are spaced from one another a distance d of about 1 mm."  Ex. 1001,
20:30–32.

62

Petitioner contends that Li II discloses "a mobile device with dual digital camera sensors [102, 104]" that "are adjustable by 'rotating, shifting or sliding the sensors 102, 104 in one or more directions.'" Pet. 100 (citing Ex. 1018, 1:7–8, 3:7–12, Fig. 1). According to Petitioner, "Li II states that the sensors may be adjusted to a range including 6 cm apart as well as closer together, such that 'the distance between the two sensors 102, 104 approaches zero.'" *Id.* at 101 (citing Ex. 1018, 4:2–5, 4:56–57). Petitioner further contends that "[a] POSITA would have understood that this range includes 'a distance d of about 1 mm' as claimed, especially in the context of Li II's discussion of sensors 'positioned very close to each other,' and considering the sizes of camera units." *Id.* (citing Ex. 1018, 3:66–4:13).

As rationale for combining the teachings of Parulski, Huang, Tang, and Li II, Petitioner contends

> [A] POSITA would have been motivated to modify Parulski's mobile device with Li II's method of varying the distance between imaging lenses to provide additional control over the imaging capabilities of the mobile device including increasing image dynamic range. For example, Parulski includes various embodiments with different spacing between lenses including a first embodiment that includes a first zoom imaging stage and a second imaging stage "for the purpose of autofocus of the first imaging stage." In a second embodiment, "two image capture stages are used together to form a high resolution rangefinder similar to a dual lens rangefinder but with higher resolution, which is provided by the two high resolution image capture stages and a larger separation distance between the two lenses in the two image capture stages."

*Id.* at 98 (citing Ex. 1003, 99, Ex. 1005, 10:26–37, 59–64; Ex. 1018, 4:12–36).

63

IPR2020-00877
Patent 10,288,840 B2

Patent Owner does not dispute Petitioner's showing as to this claim. *See generally* PO Resp.

We have reviewed Petitioner's cited evidence and are persuaded that the rationale for combining is supported by sufficient rational underpinning and that the cited evidence sufficiently supports Petitioner's contentions so as to establish unpatentability by a preponderance of the evidence with respect to the challenge to dependent claim 6 over the combination of Parulski, Huang, Tang, and Li II. *See* Pet. 95–104.

## IV.   CONCLUSION

We conclude that Petitioner has established unpatentability by a preponderance of the evidence with respect to its challenge to claims 1, 2, 5–7, 11–13, 15, 16, 18, 20, and 21 over Parulski, Huang, and Tang and with respect to its challenge to claim 6 over Parulski, Huang, Tang, and Li II.  We further conclude that Petitioner has not established unpatentability by a preponderance of the evidence with respect to its challenge to claims 3 and 4 over Parulski, Huang, Tang, and May.

Our conclusions regarding the challenged claims are summarized below:

| Claims Challenged | 35 U.S.C. § | References/ Basis | Claims Shown Unpatentable | Claims Not Shown Unpatentable |
|---|---|---|---|---|
| 1, 2, 5, 7, 11–13, 15, 16, 18, 20, 21 | 103(a) | Parulski, Huang, Tang | 1, 2, 5, 7, 11–13, 15, 16, 18, 20, 21 | |
| 6 | 103(a) | Parulski, Huang, Tang, Li II | 6 | |

IPR2020-00877
Patent 10,288,840 B2

| Claims Challenged | 35 U.S.C. § | References/ Basis | Claims Shown Unpatentable | Claims Not Shown Unpatentable |
|---|---|---|---|---|
| 3, 4 | 103(a) | Parulski, Huang, Tang, May | | 3, 4 |
| **Overall Outcome** | | | 1, 2, 5–7, 11–13, 15, 16, 18, 20, 21 | 3, 4 |

## V.    ORDER

In consideration of the foregoing, it is hereby:

ORDERED that claims 1, 2, 5–7, 11–13, 15, 16, 18, 20, and 21 are determined to be unpatentable;

ORDERED that claims 3 and 4 are determined to be not unpatentable; and

FURTHER ORDERED that, because this a Final Written Decision, parties to this proceeding seeking judicial review of this Decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

65

IPR2020-00877
Patent 10,288,840 B2


For PETITIONER:

Michael Parsons
Andrew Ehmke
Jordan Maucotel
HAYNES AND BOONE, LLP
michael.parsons.ipr@haynesboone.com
andy.ehmke.ipr@haynesboone.com
jordan.maucotel@haynesboone.com

For PATENT OWNER:

Neil Rubin
C. Jay Chung
RUSS AUGUST & KABAT
nrubin@raklaw.com
jchung@raklaw.com

66

**U.S. DEPARTMENT OF COMMERCE**
**UNITED STATES PATENT AND TRADEMARK OFFICE**

<u>February 14, 2022</u>

**THIS IS TO CERTIFY** that the attached document is a list of the papers that comprise the record before the Patent Trial and Appeal Board (PTAB) for the *Inter Partes* Review proceeding identified below.

**APPLE INC.,**

*Petitioner,*

*v.*

**COREPHOTONICS, LTD.,**

*Patent Owner.*

Case No.: IPR2020-00877
United States Patent No.: 10,288,840 B2

By authority of the
**DIRECTOR OF THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

*/s/ Mekbib Solomon*
*Certifying Officer*



PROSECUTION HISTORY FOR *INTER PARTES* REVIEW NO.: IPR2020-00877

| DATE | DESCRIPTION |
|---|---|
| 04/30/2020 | Petition for *Inter Partes Review* |
| 04/30/2020 | Petitioner's Power of Attorney |
| 05/01/2020 | Petitioner's Corrected Certificate of Service |
| 05/06/2020 | Notice of Filing Date Accorded |
| 05/08/2020 | Patent Owner's Power of Attorney |
| 05/08/2020 | Patent Owner's Mandatory Notices |
| 11/03/2020 | Decision - Institution of *Inter Partes* Review Proceeding |
| 11/03/2020 | Scheduling Order |
| 01/04/2021 | Patent Owner's Notice of Deposition - Sasian |
| 01/22/2021 | Petitioner's Updated Mandatory Notices |
| 01/26/2021 | Stipulation Modifying Due Dates |
| 02/12/2021 | Patent Owner's Response |
| 04/30/2021 | Petitioner's Reply |
| 05/18/2021 | Patent Owner's Notice Deposition - Sasian |
| 06/01/2021 | Stipulation Modifying Due Dates |
| 06/02/2021 | Patent Owner's Unopposed Motions for *Pro Hac Vice* Admission - Fenster and Tsuei |
| 06/10/2021 | Order Granting Motions for *Pro Hac Vice* Admission - Fenster and Tsuei |
| 06/11/2021 | Patent Owner's Sur-Reply |
| 06/22/2021 | Petitioner's Request for Oral Argument |
| 06/22/2021 | Patent Owner's Request for Oral Argument |
| 07/23/2021 | Order Setting Oral Argument |
| 07/30/2021 | Patent Owner's Updated Mandatory Notices |
| 07/30/2021 | Petitioner's Oral Argument Demonstratives |
| 07/30/2021 | Patent Owner's Oral Argument Demonstratives |
| 09/02/2021 | Oral Hearing Transcript |
| 11/02/2021 | Final Written Decision |
| 01/04/2022 | Petitioner's Notice of Appeal |



US010288840B2

(12) **United States Patent**
Shabtay et al.

(10) Patent No.: **US 10,288,840 B2**
(45) Date of Patent: **May 14, 2019**

(54) **MINIATURE TELEPHOTO LENS MODULE AND A CAMERA UTILIZING SUCH A LENS MODULE**

(71) Applicant: **Corephotonics Ltd.**, Tel-Aviv (IL)

(72) Inventors: **Gal Shabtay**, Tel-Aviv (IL); **Ephraim Goldenberg**, Ashdod (IL)

(73) Assignee: **Corephotonics Ltd**, Tel Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/540,676**

(22) PCT Filed: **Jan. 3, 2015**

(86) PCT No.: **PCT/IB2015/050044**
§ 371 (c)(1),
(2) Date: **Jun. 29, 2017**

(87) PCT Pub. No.: **WO2016/108093**
PCT Pub. Date: **Jul. 7, 2016**

(65) **Prior Publication Data**
US 2017/0353645 A1    Dec. 7, 2017

(51) **Int. Cl.**
*G02B 13/00* (2006.01)
*G02B 9/60* (2006.01)
*H04N 5/225* (2006.01)
*G02B 7/02* (2006.01)
*G02B 13/06* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... *G02B 13/001* (2013.01); *G02B 7/021* (2013.01); *G02B 9/60* (2013.01); *G02B 13/0045* (2013.01); *G02B 13/02* (2013.01); *G02B 13/06* (2013.01); *G03B 17/00* (2013.01); *H04N 5/2253* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .. G02B 13/001; G02B 13/0015; G02B 13/02; G02B 13/0025; G02B 13/003; G02B 13/0035; G02B 13/004; G02B 13/0045; G02B 13/04; G02B 9/06; G02B 9/12;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,354,503 A    7/1944  Cox
2,378,170 A    6/1945  Aklin
(Continued)

FOREIGN PATENT DOCUMENTS

CN    102739949 A    10/2012
CN    103024272 A    4/2013
(Continued)

OTHER PUBLICATIONS

A compact and cost effective design for cell phone zoom lens, Chang et al., Sep. 2007, 8 pages.
(Continued)

*Primary Examiner* — Jordan M Schwartz
(74) *Attorney, Agent, or Firm* — Nathan & Associates; Menachem Nathan

(57) **ABSTRACT**

The presently disclosed subject matter includes a mobile electronic comprising an integrated camera, comprising a Wide camera unit comprising a Wide lens unit, and a Telephoto camera unit comprising a telephoto lens unit, the telephoto lens unit and the wide lens unit having respectively TTL/EFL ratios smaller and larger than 1 and defining separate telephoto and wide optical paths.

**22 Claims, 15 Drawing Sheets**



**US 10,288,840 B2**

Page 2

(51) **Int. Cl.**
    *G03B 17/00*    (2006.01)
    *G02B 13/02*    (2006.01)
    *G02B 1/04*    (2006.01)

(52) **U.S. Cl.**
    CPC ......... *H04N 5/2254* (2013.01); *H04N 5/2258*
               (2013.01); *G02B 1/041* (2013.01)

(58) **Field of Classification Search**
    CPC .......... G02B 9/34; G02B 9/60; H04N 5/2258;
                  H04N 5/2253; H04N 5/2254

    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,441,093 A | 5/1948 | Aklin | |
| 3,388,956 A | 6/1968 | Eggert et al. | |
| 3,524,700 A | 8/1970 | Eggert et al. | |
| 3,864,027 A | 2/1975 | Harada | |
| 3,942,876 A | 3/1976 | Betensky | |
| 4,134,645 A | 1/1979 | Sugiyama et al. | |
| 4,139,264 A * | 2/1979 | Takahashi | G02B 13/02 |
| | | | 359/746 |
| 4,199,785 A | 4/1980 | McCullough et al. | |
| 4,338,001 A | 7/1982 | Matsui | |
| 4,465,345 A | 8/1984 | Yazawa | |
| 5,000,551 A | 3/1991 | Shibayama | |
| 5,005,083 A | 4/1991 | Grage et al. | |
| 5,032,917 A | 7/1991 | Aschwanden | |
| 5,051,830 A | 9/1991 | von Hoessle | |
| 5,172,235 A | 12/1992 | Wilm et al. | |
| 5,248,971 A | 9/1993 | Mandl | |
| 5,287,093 A | 2/1994 | Amano et al. | |
| 5,436,660 A | 7/1995 | Sakamoto | |
| 5,444,478 A | 8/1995 | Lelong et al. | |
| 5,459,520 A | 10/1995 | Sasaki | |
| 5,657,402 A | 8/1997 | Bender et al. | |
| 5,682,198 A | 10/1997 | Katayama et al. | |
| 5,768,443 A | 6/1998 | Michael et al. | |
| 5,926,190 A | 7/1999 | Turkowski et al. | |
| 5,940,641 A | 8/1999 | McIntyre et al. | |
| 5,982,951 A | 11/1999 | Katayama et al. | |
| 6,101,334 A | 8/2000 | Fantone | |
| 6,128,416 A | 10/2000 | Oura | |
| 6,148,120 A | 11/2000 | Sussman | |
| 6,208,765 B1 | 3/2001 | Bergen | |
| 6,268,611 B1 | 7/2001 | Pettersson et al. | |
| 6,549,215 B2 | 4/2003 | Jouppi | |
| 6,611,289 B1 | 8/2003 | Yu et al. | |
| 6,643,416 B1 | 11/2003 | Daniels et al. | |
| 6,650,368 B1 | 11/2003 | Doron | |
| 6,654,180 B2 | 11/2003 | Ori | |
| 6,680,748 B1 | 1/2004 | Monti | |
| 6,714,665 B1 | 3/2004 | Hanna et al. | |
| 6,724,421 B1 | 4/2004 | Glatt | |
| 6,738,073 B2 | 5/2004 | Park et al. | |
| 6,741,250 B1 | 5/2004 | Furlan et al. | |
| 6,750,903 B1 | 6/2004 | Miyatake et al. | |
| 6,778,207 B1 | 8/2004 | Lee et al. | |
| 7,002,583 B2 | 2/2006 | Rabb, III | |
| 7,015,954 B1 | 3/2006 | Foote et al. | |
| 7,038,716 B2 | 5/2006 | Klein et al. | |
| 7,187,504 B2 | 3/2007 | Horiuchi | |
| 7,199,348 B2 | 4/2007 | Olsen et al. | |
| 7,206,136 B2 | 4/2007 | Labaziewicz et al. | |
| 7,248,294 B2 | 7/2007 | Slatter | |
| 7,256,944 B2 | 8/2007 | Labaziewicz et al. | |
| 7,305,180 B2 | 12/2007 | Labaziewicz et al. | |
| 7,339,621 B2 | 3/2008 | Fortier | |
| 7,346,217 B1 | 3/2008 | Gold, Jr. | |
| 7,365,793 B2 | 4/2008 | Cheatle et al. | |
| 7,411,610 B2 | 8/2008 | Doyle | |
| 7,424,218 B2 | 9/2008 | Baudisch et al. | |
| 7,509,041 B2 | 3/2009 | Hosono | |
| 7,515,351 B2 | 4/2009 | Chen et al. | |
| 7,533,819 B2 | 5/2009 | Barkan et al. | |
| 7,564,635 B1 | 7/2009 | Tang | |
| 7,619,683 B2 | 11/2009 | Davis | |
| 7,643,225 B1 | 1/2010 | Tsai | |
| 7,660,049 B2 | 2/2010 | Tang | |
| 7,684,128 B2 | 3/2010 | Tang | |
| 7,688,523 B2 | 3/2010 | Sano | |
| 7,692,877 B2 | 4/2010 | Tang et al. | |
| 7,697,220 B2 | 4/2010 | Iyama | |
| 7,738,016 B2 | 6/2010 | Toyofuku | |
| 7,738,186 B2 | 6/2010 | Chen et al. | |
| 7,773,121 B1 | 8/2010 | Huntsberger et al. | |
| 7,777,972 B1 | 8/2010 | Chen et al. | |
| 7,813,057 B2 | 10/2010 | Lin | |
| 7,821,724 B2 | 10/2010 | Tang et al. | |
| 7,826,149 B2 | 11/2010 | Tang et al. | |
| 7,826,151 B2 | 11/2010 | Tsai | |
| 7,869,142 B2 | 1/2011 | Chen et al. | |
| 7,880,776 B2 | 2/2011 | LeGall et al. | |
| 7,898,747 B2 | 3/2011 | Tang | |
| 7,916,401 B2 | 3/2011 | Chen et al. | |
| 7,918,398 B2 | 4/2011 | Li et al. | |
| 7,957,075 B2 | 6/2011 | Tang | |
| 7,957,076 B2 | 6/2011 | Tang | |
| 7,957,079 B2 | 6/2011 | Tang | |
| 7,961,406 B2 | 6/2011 | Tang et al. | |
| 7,964,835 B2 | 6/2011 | Olsen et al. | |
| 7,978,239 B2 | 7/2011 | Deever et al. | |
| 8,000,031 B1 | 8/2011 | Tsai | |
| 8,004,777 B2 | 8/2011 | Souma | |
| 8,046,026 B2 | 10/2011 | Koh | |
| 8,077,400 B2 | 12/2011 | Tang | |
| 8,115,825 B2 | 2/2012 | Culbert et al. | |
| 8,149,327 B2 | 4/2012 | Lin et al. | |
| 8,149,523 B2 | 4/2012 | Ozaki | |
| 8,154,610 B2 | 4/2012 | Jo et al. | |
| 8,218,253 B2 | 7/2012 | Tang | |
| 8,228,622 B2 | 7/2012 | Tang | |
| 8,233,224 B2 | 7/2012 | Chen | |
| 8,238,695 B1 | 8/2012 | Davey et al. | |
| 8,253,843 B2 | 8/2012 | Lin | |
| 8,274,552 B2 | 9/2012 | Dahi et al. | |
| 8,279,537 B2 | 10/2012 | Sato | |
| 8,363,337 B2 | 1/2013 | Tang et al. | |
| 8,390,729 B2 | 3/2013 | Long et al. | |
| 8,391,697 B2 | 3/2013 | Cho et al. | |
| 8,395,851 B2 | 3/2013 | Tang et al. | |
| 8,400,555 B1 | 3/2013 | Georgiev et al. | |
| 8,400,717 B2 | 3/2013 | Chen et al. | |
| 8,439,265 B2 | 5/2013 | Ferren et al. | |
| 8,446,484 B2 | 5/2013 | Muukki et al. | |
| 8,451,549 B2 | 5/2013 | Yamanaka et al. | |
| 8,483,452 B2 | 7/2013 | Ueda et al. | |
| 8,503,107 B2 | 8/2013 | Chen et al. | |
| 8,514,491 B2 | 8/2013 | Duparre | |
| 8,514,502 B2 | 8/2013 | Chen | |
| 8,547,389 B2 | 10/2013 | Hoppe et al. | |
| 8,553,106 B2 | 10/2013 | Scarff | |
| 8,587,691 B2 | 11/2013 | Takane | |
| 8,619,148 B1 | 12/2013 | Watts et al. | |
| 8,780,465 B2 | 7/2014 | Chae | |
| 8,803,990 B2 | 8/2014 | Smith | |
| 8,810,923 B2 | 8/2014 | Shinohara | |
| 8,854,745 B1 | 10/2014 | Chen | |
| 8,958,164 B2 | 2/2015 | Kwon et al. | |
| 8,976,255 B2 | 3/2015 | Matsuoto et al. | |
| 9,019,387 B2 | 4/2015 | Nakano | |
| 9,025,073 B2 | 5/2015 | Attar et al. | |
| 9,025,077 B2 | 5/2015 | Attar et al. | |
| 9,041,835 B2 | 5/2015 | Honda | |
| 9,137,447 B2 | 9/2015 | Shibuno | |
| 9,185,291 B1 | 11/2015 | Shabtay et al. | |
| 9,215,377 B2 | 12/2015 | Sokeila et al. | |
| 9,215,385 B2 | 12/2015 | Luo | |
| 9,229,194 B2 | 1/2016 | Yoneyama et al. | |
| 9,235,036 B2 | 1/2016 | Kato et al. | |
| 9,270,875 B2 | 2/2016 | Brisedoux et al. | |
| 9,279,957 B2 | 3/2016 | Kanda et al. | |
| 9,286,680 B1 | 3/2016 | Jiang et al. | |

APPLE INC. v. COREPHOTONICS LTD.

Appx70

**US 10,288,840 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,344,626 | B2 | 5/2016 | Silverstein et al. |
| 9,360,671 | B1 | 6/2016 | Zhou |
| 9,369,621 | B2 | 6/2016 | Malone et al. |
| 9,413,930 | B2 | 8/2016 | Geerds |
| 9,413,984 | B2 | 8/2016 | Attar et al. |
| 9,420,180 | B2 | 8/2016 | Jin |
| 9,438,792 | B2 | 9/2016 | Nakada et al. |
| 9,485,432 | B1 | 11/2016 | Medasani et al. |
| 9,488,802 | B2 | 11/2016 | Chen et al. |
| 9,568,712 | B2 | 2/2017 | Dror et al. |
| 9,578,257 | B2 | 2/2017 | Attar et al. |
| 9,618,748 | B2 | 4/2017 | Munger et al. |
| 9,678,310 | B2 | 6/2017 | Iwasaki et al. |
| 9,681,057 | B2 | 6/2017 | Attar et al. |
| 9,723,220 | B2 | 8/2017 | Sugie |
| 9,736,365 | B2 | 8/2017 | Laroia |
| 9,736,391 | B2 | 8/2017 | Du et al. |
| 9,768,310 | B2 | 9/2017 | Ahn et al. |
| 9,800,798 | B2 | 10/2017 | Ravirala et al. |
| 9,817,213 | B2 | 11/2017 | Mercado |
| 9,851,803 | B2 | 12/2017 | Fisher et al. |
| 9,894,287 | B2 | 2/2018 | Qian et al. |
| 9,900,522 | B2 | 2/2018 | Lu |
| 9,927,600 | B2 | 3/2018 | Goldenberg et al. |
| 2002/0005902 | A1 | 1/2002 | Yuen |
| 2002/0006371 | A1 | 5/2002 | Park et al. |
| 2002/0075258 | A1 | 6/2002 | Park et al. |
| 2002/0122113 | A1 | 9/2002 | Foote |
| 2003/0030729 | A1 | 2/2003 | Prentice et al. |
| 2003/0093805 | A1 | 5/2003 | Gin |
| 2003/0160886 | A1 | 8/2003 | Misawa et al. |
| 2003/0202113 | A1 | 10/2003 | Yoshikawa |
| 2004/0008773 | A1 | 1/2004 | Itokawa |
| 2004/0017386 | A1 | 1/2004 | Liu et al. |
| 2004/0027367 | A1 | 2/2004 | Pilu |
| 2004/0061788 | A1 | 4/2004 | Bateman |
| 2004/0240052 | A1 | 12/2004 | Minefuji et al. |
| 2005/0013509 | A1 | 1/2005 | Samadani |
| 2005/0046740 | A1 | 3/2005 | Davis |
| 2005/0141103 | A1 | 6/2005 | Nishina |
| 2005/0157184 | A1 | 7/2005 | Nakanishi et al. |
| 2005/0168840 | A1 | 8/2005 | Kobayashi et al. |
| 2005/0200718 | A1 | 9/2005 | Lee |
| 2006/0054782 | A1 | 3/2006 | Olsen et al. |
| 2006/0056056 | A1 | 3/2006 | Ahiska et al. |
| 2006/0125937 | A1 | 6/2006 | LeGall et al. |
| 2006/0170793 | A1 | 8/2006 | Pasquarette et al. |
| 2006/0175549 | A1 | 8/2006 | Miller et al. |
| 2006/0187310 | A1 | 8/2006 | Janson et al. |
| 2006/0187312 | A1* | 8/2006 | Labaziewicz .......... H04N 5/225 |
| | | | 348/218.1 |
| 2006/0187322 | A1 | 8/2006 | Janson et al. |
| 2006/0187338 | A1 | 8/2006 | May et al. |
| 2007/0024737 | A1 | 2/2007 | Nakamura et al. |
| 2007/0177025 | A1 | 8/2007 | Kopet et al. |
| 2007/0188653 | A1 | 8/2007 | Pollock et al. |
| 2007/0189386 | A1 | 8/2007 | Imagawa et al. |
| 2007/0229983 | A1 | 10/2007 | Saori |
| 2007/0257184 | A1 | 11/2007 | Olsen et al. |
| 2007/0285550 | A1 | 12/2007 | Son |
| 2008/0017557 | A1 | 1/2008 | Witdouck |
| 2008/0024614 | A1 | 1/2008 | Li et al. |
| 2008/0025634 | A1 | 1/2008 | Border et al. |
| 2008/0030592 | A1 | 2/2008 | Border et al. |
| 2008/0030611 | A1 | 2/2008 | Jenkins |
| 2008/0084484 | A1 | 4/2008 | Ochi et al. |
| 2008/0117316 | A1 | 5/2008 | Orimoto |
| 2008/0166115 | A1 | 7/2008 | Sachs et al. |
| 2008/0218611 | A1 | 9/2008 | Parulski et al. |
| 2008/0218612 | A1 | 9/2008 | Border et al. |
| 2008/0218613 | A1 | 9/2008 | Janson et al. |
| 2008/0219654 | A1 | 9/2008 | Border et al. |
| 2008/0247055 | A1 | 10/2008 | Chang |
| 2008/0304161 | A1 | 12/2008 | Souma |
| 2009/0086074 | A1 | 4/2009 | Li et al. |

| | | | |
|---|---|---|---|
| 2009/0122195 | A1 | 5/2009 | Van Baar et al. |
| 2009/0122406 | A1 | 5/2009 | Rouvinen et al. |
| 2009/0122423 | A1 | 5/2009 | Park et al. |
| 2009/0128644 | A1 | 5/2009 | Camp et al. |
| 2009/0219547 | A1 | 9/2009 | Kauhanen et al. |
| 2009/0252484 | A1 | 10/2009 | Hasuda et al. |
| 2009/0295949 | A1 | 12/2009 | Ojala |
| 2010/0013906 | A1 | 1/2010 | Border et al. |
| 2010/0020221 | A1 | 1/2010 | Tupman et al. |
| 2010/0060746 | A9 | 3/2010 | Olsen et al. |
| 2010/0103194 | A1 | 4/2010 | Chen et al. |
| 2010/0238327 | A1 | 9/2010 | Griffith et al. |
| 2010/0283842 | A1 | 11/2010 | Guissin et al. |
| 2010/0302060 | A1* | 12/2010 | Take .................... G02B 15/173 |
| | | | 359/557 |
| 2010/0328471 | A1 | 12/2010 | Boland et al. |
| 2011/0001838 | A1 | 1/2011 | Lee |
| 2011/0064327 | A1 | 3/2011 | Dagher et al. |
| 2011/0080487 | A1 | 4/2011 | Venkataraman et al. |
| 2011/0115965 | A1 | 5/2011 | Engelhardt et al. |
| 2011/0128288 | A1 | 6/2011 | Petrou et al. |
| 2011/0164172 | A1 | 7/2011 | Shintani et al. |
| 2011/0229054 | A1 | 9/2011 | Weston et al. |
| 2011/0234853 | A1 | 9/2011 | Hayashi et al. |
| 2011/0234881 | A1 | 9/2011 | Wakabayashi et al. |
| 2011/0242286 | A1 | 10/2011 | Pace et al. |
| 2011/0242355 | A1 | 10/2011 | Goma et al. |
| 2012/0026366 | A1 | 2/2012 | Golan et al. |
| 2012/0062780 | A1 | 3/2012 | Morihisa |
| 2012/0069235 | A1 | 3/2012 | Imai |
| 2012/0075489 | A1 | 3/2012 | Nishihara |
| 2012/0092777 | A1 | 4/2012 | Tochigi et al. |
| 2012/0105579 | A1 | 5/2012 | Jeon et al. |
| 2012/0105708 | A1 | 5/2012 | Hagiwara |
| 2012/0113515 | A1 | 5/2012 | Karn et al. |
| 2012/0154929 | A1 | 6/2012 | Tsai et al. |
| 2012/0196648 | A1 | 8/2012 | Havens et al. |
| 2012/0229663 | A1 | 9/2012 | Nelson et al. |
| 2012/0249815 | A1 | 10/2012 | Bohn et al. |
| 2012/0287315 | A1 | 11/2012 | Huang et al. |
| 2012/0320467 | A1 | 12/2012 | Baik et al. |
| 2013/0002928 | A1 | 1/2013 | Imai |
| 2013/0093842 | A1 | 4/2013 | Yahata |
| 2013/0135445 | A1 | 5/2013 | Dahi et al. |
| 2013/0182150 | A1 | 7/2013 | Asakura |
| 2013/0201360 | A1 | 8/2013 | Song |
| 2013/0202273 | A1 | 8/2013 | Ouedraogo et al. |
| 2013/0208178 | A1 | 8/2013 | Park |
| 2013/0235224 | A1 | 9/2013 | Park et al. |
| 2013/0250150 | A1 | 9/2013 | Malone et al. |
| 2013/0258044 | A1 | 10/2013 | Betts-LaCroix |
| 2013/0286488 | A1 | 10/2013 | Chae |
| 2013/0321668 | A1 | 12/2013 | Kamath |
| 2014/0022436 | A1 | 1/2014 | Kim et al. |
| 2014/0049615 | A1 | 2/2014 | Uwagawa |
| 2014/0118584 | A1 | 5/2014 | Lee et al. |
| 2014/0192238 | A1 | 7/2014 | Attar et al. |
| 2014/0192253 | A1 | 7/2014 | Laroia |
| 2014/0204480 | A1 | 7/2014 | Jo et al. |
| 2014/0285907 | A1 | 9/2014 | Tang et al. |
| 2014/0293453 | A1 | 10/2014 | Ogino et al. |
| 2014/0313316 | A1 | 10/2014 | Olsson et al. |
| 2014/0362242 | A1 | 12/2014 | Takizawa |
| 2014/0362274 | A1 | 12/2014 | Christie et al. |
| 2015/0002683 | A1 | 1/2015 | Hu et al. |
| 2015/0042870 | A1 | 2/2015 | Chan et al. |
| 2015/0092066 | A1 | 4/2015 | Geiss et al. |
| 2015/0116569 | A1 | 4/2015 | Mercado |
| 2015/0154776 | A1 | 6/2015 | Zhang et al. |
| 2015/0162048 | A1 | 6/2015 | Hirata et al. |
| 2015/0195458 | A1 | 7/2015 | Nakayama et al. |
| 2015/0215516 | A1 | 7/2015 | Dolgin |
| 2015/0237280 | A1 | 8/2015 | Choi et al. |
| 2015/0242994 | A1 | 8/2015 | Shen |
| 2015/0253647 | A1 | 9/2015 | Mercado |
| 2015/0271471 | A1 | 9/2015 | Hsieh et al. |
| 2015/0316744 | A1 | 11/2015 | Chen |
| 2015/0334309 | A1 | 11/2015 | Peng et al. |

**US 10,288,840 B2**

Page 4

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0370039 A1* | 12/2015 | Bone | G02B 13/004 |
| | | | 359/715 |
| 2016/0044250 A1 | 2/2016 | Shabtay et al. | |
| 2016/0070088 A1 | 3/2016 | Koguchi | |
| 2016/0085089 A1 | 3/2016 | Mercado | |
| 2016/0154202 A1 | 6/2016 | Wippermann et al. | |
| 2016/0154204 A1 | 6/2016 | Lim et al. | |
| 2016/0187630 A1* | 6/2016 | Choi | G02B 17/086 |
| | | | 359/729 |
| 2016/0187631 A1 | 6/2016 | Choi et al. | |
| 2016/0212358 A1 | 7/2016 | Shikata | |
| 2016/0301840 A1 | 10/2016 | Du et al. | |
| 2016/0313537 A1 | 10/2016 | Mercado | |
| 2016/0353012 A1 | 12/2016 | Kao et al. | |
| 2017/0019616 A1 | 1/2017 | Zhu et al. | |
| 2017/0102522 A1 | 4/2017 | Jo | |
| 2017/0115471 A1 | 4/2017 | Shinohara | |
| 2017/0214846 A1 | 7/2017 | Du et al. | |
| 2017/0214866 A1 | 7/2017 | Zhu et al. | |
| 2017/0289458 A1 | 10/2017 | Song et al. | |
| 2018/0120674 A1 | 5/2018 | Avivi et al. | |
| 2018/0150973 A1 | 5/2018 | Tang et al. | |
| 2018/0224630 A1 | 8/2018 | Lee et al. | |
| 2018/0241922 A1 | 8/2018 | Baldwin et al. | |
| 2018/0295292 A1 | 10/2018 | Lee et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104297906 A | 1/2015 |
| EP | 1536633 A1 | 6/2005 |
| EP | 2523450 A1 | 11/2012 |
| JP | S54157620 A | 12/1979 |
| JP | S59121015 A | 7/1984 |
| JP | H07318864 A | 12/1995 |
| JP | 2004133054 A | 4/2004 |
| JP | 2007228006 A | 9/2007 |
| JP | 2007306282 A | 11/2007 |
| JP | 2008076485 A | 4/2008 |
| JP | 2012203234 A | 10/2012 |
| JP | 2013106289 A | 5/2013 |
| KR | 20140014787 A | 2/2014 |
| KR | 20140023552 A | 2/2014 |
| WO | 2013058111 A1 | 4/2013 |
| WO | 2013063097 A1 | 5/2013 |
| WO | 2014/199338 A2 | 12/2014 |
| WO | 2014/083489 A2 | 6/2015 |

OTHER PUBLICATIONS

Consumer Electronic Optics: How small a lens can be? The case of panomorph lenses, Thibault et al., Sep. 2014, 7 pages.
Optical design of camera optics for mobile phones, Steinich et al., 2012, pp. 51-58 (8 pages).
The Optics of Miniature Digital Camera Modules, Bareau et al., 2006, 11 pages.
Modeling and measuring liquid crystal tunable lenses, Peter P. Clark, 2014, 7 pages.
Mobile Platform Optical Design, Peter P. Clark, 2014, 7 pages.
Statistical Modeling and Performance Characterization of a Real-Time Dual Camera Surveillance System, Greienhagen et al., Publisher: IEEE, 2000, 8 pages.
Dual camera intelligent sensor for high definition 360 degrees surveillance, Scotti et al., Publisher: IET, May 9, 2000, 8 pages.
Dual-sensor foveated imaging system, Hua et al., Publisher: Optical Society of America, Jan. 14, 2008, 11 pages.
Defocus Video Matting, McGuire et al., Publisher: ACM SIG-GRAPH, Jul. 31, 2005, 11 pages.
Compact multi-aperture imaging with high angular resolution, Santacana et al., Publisher: Optical Society of America, 2015, 10 pages.
Multi-Aperture Photography, Green et al., Publisher: Mitsubishi Electric Research Laboratories, Inc., Jul. 2007, 10 pages.
Multispectral Bilateral Video Fusion, Bennett et al., Publisher: IEEE, May 2007, 10 pages.
Super-resolution imaging using a camera array, Santacana et al., Publisher: Optical Society of America, 2014, 6 pages.
Optical Splitting Trees for High-Precision Monocular Imaging, McGuire et al., Publisher: IEEE, 2007, 11 pages.
High Performance Imaging Using Large Camera Arrays, Wilburn et al., Publisher: Association for Computing Machinery, Inc., 2005, 12 pages.
Superimposed multi-resolution imaging, Carles et al., Publisher: Optical Society of America, 2017, 13 pages.
Viewfinder Alignment, Adams et al., Publisher: Eurographics, 2008, 10 pages.
Dual-Camera System for Multi-Level Activity Recognition, Bodor et al., Publisher: IEEE, Oct. 2014, 6 pages.
Engineered to the task: Why camera-phone cameras are different, Giles Humpston, Publisher: Solid State Technology, Jun. 2009, 3 pages.
International Search Report and Written Opinion issued in related PCT patent application PCT/IB2015/050044 dated Jul. 7, 2015. 8 pages.

* cited by examiner



Wide lens    Tele lens

KNOWN ART

FIG. 1A

APPL-1001 / Page 5 of 30
APPLE INC. v. COREPHOTONICS LTD.



FIG. 1B



FIG. 1C



FIG. 2A

Case: 22-1324     Document: 20     Page: 79     Filed: 10/21/2022



FIG. 2B

APPL-1001 / Page 8 of 30
APPLE INC. v. COREPHOTONICS LTD.
Appx76



FIG. 2C



FIG. 3A

Case: 22-1324 Document: 20 Page: 82 Filed: 10/21/2022



FIG. 3B

APPL-1001 / Page 11 of 30
APPLE INC. v. COREPHOTONICS LTD.
Appx79



FIG. 3C

distortion (centroid)

Case: 22-1324    Document: 20    Page: 84    Filed: 10/21/2022



FIG. 4A

APPL-1001 / Page 13 of 30
APPLE INC. v. COREPHOTONICS LTD.
Appx81

Case: 22-1324    Document: 20    Page: 85    Filed: 10/21/2022



FIG. 4B



FIG. 4C



FIG. 5



APPL-1001 / Page 16 of 30
APPLE INC. v. COREPHOTONICS LTD.



FIG. 6A

FIG. 6B



FIG. 7

FIG. 8



FIG. 9

US 10,288,840 B2

**1**

## MINIATURE TELEPHOTO LENS MODULE AND A CAMERA UTILIZING SUCH A LENS MODULE

### TECHNOLOGICAL FIELD

The present invention is generally in the field of imaging techniques, and relates to a camera and mobile electronic devices utilizing such a camera.

### BACKGROUND

Digital camera modules are currently being incorporated into a variety of portable electronic devices. Such devices include for example mobile phones (e.g. smartphones), personal data assistants (PDAs), computers, and so forth. Digital camera modules for use in portable devices have to meet certain requirements such as good quality imaging, small footprint, as well as low weight.

Several techniques for small digital camera modules providing good quality imaging are described in WO14083489 and WO14199338, both assigned to the assignee of the present application.

According to the technique described in WO14083489, a multi-aperture imaging system comprises a first camera with a first sensor that captures a first image and a second camera with a second sensor that captures a second image. The two cameras have either identical or different FOVs. Either image may be chosen to be a primary or an auxiliary image, based on a zoom factor. An output image with a point of view determined by the primary image is obtained by registering the auxiliary image to the primary image.

The technique described in WO14199338 relates to a dual-aperture zoom digital camera operable in both still and video modes. The camera includes Wide and Tele imaging sections with respective lens/sensor combinations and image signal processors and a camera controller operatively coupled to the Wide and Tele imaging sections. The controller is configured to combine in still mode at least some of the Wide and Tele image data to provide a fused output image from a particular point of view, and to provide, without fusion, continuous zoom video mode output images, each output image having a given output resolution. The video mode output images are provided with a smooth transition when switching between a lower zoom factor (ZF) value and a higher ZF value or vice versa. At the lower ZF the output resolution is determined by the Wide sensor, while at the higher ZF value the output resolution is determined by the Tele sensor.

General Description

There is a need in the art for a novel camera module for use in modern portable electronic devices, such as smart phones, laptops, notepads, etc.

As noted above, the requirements for the camera modules for use in such devices are related to the size, weight and image quality of the camera. Moreover, these requirements become more essential when the camera module is to be installed within the portable device, unlike other external camera units attachable to the portable device. In the case of an internal (integral) camera unit, the dimensions of the camera optics should be as small as possible in order to be suitable to operate with commonly used detectors and to fit the thickness of the device in which the camera is installed (preferably without protruding from the device's casing), while the trend in such devices is to reduce the thickness as much as possible.

**2**

This problem is even more crucial when using, in a portable device, a lens with a long length with a fixed and relatively high zooming effect. Considering for example the dual-aperture zoom digital camera described in above-indicated publications WO014083489 and WO014199338 mentioned above, it utilizes Wide and Tele imaging channels which provide advanced imaging capabilities such as zoom and image quality by image fusion between the two channels.

One of the problems with dual-aperture zoom cameras relates to the dimensions (heights) of Wide and Tele cameras along the optical axis. Such dimensions depend on total track lengths (TTLs) of the Tele and Wide lenses used in the respective imaging channels.

As schematically illustrated in FIG. **1**B, the TTL is typically defined as the maximal distance between the object-side surface of the lens module and an image plane IP defined by such a lens module (where the sensing surface of a camera detector is placed). In most miniature lenses, the TTL is larger than the effective focal length (EFL) of the lens module, which is equal to the distance between the effective principal plane of the lens and its focal plane (which substantially coincides with image plane IP).

With regard to the term effective principal plane, the following should be understood. Generally, the lens (or lens module) has front and rear principal planes, which have the property that a ray emerging from the lens appears to have crossed the rear principal plane at the same distance from the axis that that ray appeared to cross the front principal plane, as viewed from the front of the lens. This means that the lens can be treated as if all of the refraction occurred at the principal planes. The principal planes are crucial in defining the optical properties of the system, since it is the distance of the object and image from the front and rear principal planes that determine the magnification of the system. The principal points are the points where the principal planes cross the optical axis.

Considering dual-aperture optical zoom in a mobile phone (e.g. a smartphone) with the typically used lenses, i.e. typical TTL/EFL ratio of about 1.3, the Wide and Tele lenses would have TTLs of about 4.55 mm and 9.1 mm, respectively. This will result in undesirably long camera modules for use in such a smartphone device.

Further, the difference in the TTLs of the Wide and Tele lens modules can cause shadowing and light-blocking problems. Reference is made to FIG. **1**A schematically illustrating that part of incoming light incident on the "higher" lens does not reach the "shorter" lens. In this connection, one should keep in mind that a distance between the Tele and Wide lens modules should be as small as possible to meet the overlapping/common FOVs as well as footprint requirements for the camera unit in a portable device.

Another part of the presently disclosed subject matter is associated with the implementation of standard optical image stabilization (OIS) in a dual-aperture zoom camera. Standard OIS compensates for camera tilt ("CT") by a parallel-to-the image sensor (exemplarily in the X-Y plane) lens movement ("LMV"). Camera tilt causes image blur. The amount of LMV (in mm) needed to counter a given camera tilt depends on the cameras lens EFL, according to the relation LMV=CT*EFL where "CT" is in radians and EFL is in mm. Since, as shown above, a dual-aperture zoom camera may include two lenses with significantly different EFLs, it is impossible to move both lenses together and achieve optimal tilt compensation for both Tele and Wide cameras. That is, since the tilt is the same for both cameras, a movement that will cancel the tilt for the Wide camera will

APPL-1001 / Page 20 of 30
APPLE INC. v. COREPHOTONICS LTD.

Appx88

US 10,288,840 B2

**3**

be insufficient to cancel the tilt for the Tele camera. Similarly, a movement that will cancel the tilt for the Tele camera will over-compensate the tilt cancellation for the Wide camera. Assigning a separate OIS actuator to each camera can achieve simultaneous tilt compensation, but at the expense of a complicated and costly camera system.

Thus, for both a single-aperture or multi-aperture (dual) camera unit, the use of a telephoto lens would be advantageous, as such a telephoto lens provides reduced TTL while enabling to maintain the relatively high EFL required for the Tele lens, i.e. for telephoto lens TTL<EFL. However, the dimensions of conventional lenses in which the telephoto condition is satisfied do not allow them to be used as integral lenses fully embedded in a thin portable device. The telephoto lens module, in order to be used as an integral lens in a modern portable device, has to satisfy the telephoto condition (i.e. TTL<EFL) while the lens module is to be as short as possible (along the optical path of light passing through it) allowing it to be fully fitted within the portable device casing.

Accordingly, a miniature telephoto lens module is disclosed which is designed with the desired dimensions to enable its integration within a portable device. According to some examples of the presently disclosed subject matter, the miniature telephoto lens module (or telephoto lens unit) is designed to be completely integrated within the casing of a conventional Smartphone, i.e. without protruding therefrom. The disclosed telephoto lens module has a total track length (TTL) smaller than an effective focal lens (EFL) thereof, and is configured such that its dimension along the optical axis is desirably small, i.e. about 4-15 mm or less (e.g. suitable to be fitted in a portable device having a casing as small as 4 mm).

The telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers. The multiple lens elements comprise a first group of at least three lens elements being a telephoto lens assembly, and a second group of at least two lens elements being a field lens assembly.

The first group of lens elements comprises, in order from the object plane to the image plane along an optical axis of the telephoto lens unit: a first lens having positive optical power and a pair of second and third lenses having together negative optical power such that said telephoto lens assembly provides a telephoto optical effect of said telephoto lens unit and wherein said second and third lenses are each made of one of said at least two different polymer materials having a different Abbe number, for reducing chromatic aberrations of said telephoto lens. The second group of lens elements is configured to correct field curvature of said telephoto lens assembly, and said field lens module comprises two or more of said lens elements made of the different polymer materials respectively having different Abbe numbers, and configured to compensate for residual chromatic aberrations of said telephoto lens assembly dispersed during light passage through an effective gap located between the telephoto and field lens assemblies. The effective gap is larger than ⅓ of the TTL of the telephoto lens unit, thereby allowing sufficient field separation for reducing chromatic aberration.

Various examples disclosed herein include an optical lens unit comprising, in order from an object side to an image side: a first lens element with positive refractive power having a convex object-side surface, a second lens element with negative refractive power having a thickness $d_2$ on an optical axis and separated from the first lens element by a first air gap, a third lens element with negative refractive power and separated from the second lens element by a

**4**

second air gap, a fourth lens element having a positive refractive power and separated from the third lens element by an effective third air gap, and a fifth lens element having negative refractive power, separated from the fourth lens element by an effective fourth air gap, the fifth lens element having a thickness $d_5$ on the optical axis.

An optical lens unit may further include a stop, positioned before the first lens element, a glass window disposed between the image-side surface of the fifth lens element and an image sensor with an image plane on which an image of the object is formed.

Each lens element has two surfaces, each surface having a respective diameter. The largest diameter among all lens elements is defined as an "optical diameter" of the lens assembly.

As disclosed herein, TTL is defined as the distance on an optical axis between the object-side surface of the first lens element and an image plane where the image sensor is placed. "EFL" has its regular meaning, as mentioned above. In all embodiments, TTL is smaller than the EFL, i.e. the TTL/EFL ratio is smaller than 1.0. In some embodiments, the TTL/EFL ratio is smaller than 0.9. In an embodiment, the TTL/EFL ratio is about 0.85. According to some examples the lens assembly has an F number F#<3.2.

According to an example disclosed herein, the focal length of the first lens element f1 is smaller than TTL/2, the first, third and fifth lens elements have each an Abbe number ("Vd") greater than 50, the second and fourth lens elements have each an Abbe number smaller than 30, the first air gap is smaller than $d_2/2$, the effective third air gap is greater than TTL/5 and the effective fourth air gap is smaller than 1.5$d_5$TTL/50. In some embodiments, the surfaces of the lens elements may be aspheric.

In the optical lens unit mentioned above, the first lens element with positive refractive power allows the TTL of the lens unit to be favorably reduced. The combined design of the first, second and third lens elements plus the relative short distances between them enable a long EFL and a short TTL. The same combination, together with the high dispersion (low Vd) for the second lens element and low dispersion (high Vd) for the first and third lens elements, also helps to reduce chromatic aberration. In particular, the ratio TTL/EFL<1.0 and minimal chromatic aberration are obtained by fulfilling the relationship $1.2\times|f3|>|f2|>1.5\times f1$, where "f" indicates the lens element effective focal length and the numerals 1, 2, 3, 4, 5 indicate the lens element number.

The relatively large effective gap between the third and the fourth lens elements plus the combined design of the fourth and fifth lens elements assist in bringing all fields' focal points to the image plane. Also, because the fourth and fifth lens elements have different dispersions and have respectively positive and negative power, they help in minimizing chromatic aberration.

The telephoto lens module disclosed herein may be advantageously adapted to be incorporated in a mobile phone camera that uses a typical ¼' or ⅓' image sensor. For example, to be competitive with known mobile phone cameras with ¼' image sensors, it would be advantageous for the TTL of the telephoto lens module to be smaller than 5.5 mm and the largest lens diameter to be smaller than 4 mm. To be competitive with known mobile phone cameras with ⅓' image sensors, it would be advantageous for the TTL of the telephoto lens module to be smaller than 6.5 mm and the largest lens diameter to be smaller than 5 mm.

Accordingly to an example of the presently disclosed subject matter there is provided an optical lens unit configured to provide an image on an entire area of a ¼" image

US 10,288,840 B2

5

sensor, the lens unit comprising five lens elements and having a TTL smaller than 5.5 mm, an EFL larger than 5.9 mm, and an optical diameter smaller than 4 mm.

Accordingly in another example of the presently disclosed subject matter there is provided an optical lens unit operative to provide an image on an entire area of a ⅓" image sensor, the lens unit comprising five lens elements and having a TTL smaller than 6.2 mm, an EFL larger than 6.8 mm, and an optical diameter smaller than 5 mm.

Also, as mentioned above, according to the presently disclosed subject matter it is suggested to have all lens elements made of polymer material such as plastic. While lenses made of polymer material are advantageous for reducing the price tag of the telephoto lens module as well as its weight, there are very few polymer materials which are suitable for this purpose. This is different to glass lenses which can be made of a variety of different glass materials, each characterized by a different Abbe number. The scarcity in polymer materials presents a challenge when designing lenses for a telephoto lens module. This challenge is at least partly due to the limitation in possible combinations of different lenses with different Abbe numbers which can be used for the purpose of correcting field curvature and compensating for chromatic aberrations.

Thus, according to one aspect of the presently disclosed subject matter there is provided a mobile electronic device comprising an integrated camera, wherein the camera comprises a Wide camera unit comprising a Wide lens unit, and a Telephoto camera unit comprising a telephoto lens unit, the telephoto lens unit and the wide lens unit having respectively TTL/EFL ratios smaller and larger than 1 and defining separate telephoto and wide optical paths.

In addition to the above features, the mobile electronic device according to this aspect of the presently disclosed subject matter can optionally comprise one or more of features (i) to (xvi) below, in any desired combination or permutation:

(i). wherein light receiving outer surfaces of the Wide and Telephoto lens units are located substantially in the same plane, thereby reducing shadowing and light blocking effects therebetween.

(ii). wherein the Wide and Telephoto camera units are mounted on separate printed circuit boards.

(iii). wherein the printed circuit boards are located in different spaced-apart substantially parallel planes.

(iv). wherein the Wide and Telephoto camera units are mounted directly on a single printed circuit board.

(v). wherein the Wide and Telephoto camera units are spaced from one another a distance d of 1 mm.

(vi). wherein the telephoto lens unit is made of at least two polymer materials.

(vii). wherein the telephoto lens has a total track length (TTL) not exceeding 15 mm.

(viii). wherein the telephoto lens has TTL less than 10 mm.

(ix). wherein the telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers, the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly, and a second group of at least two lens elements configured to form a field lens assembly, wherein the field lens assembly is spaced from the telephoto lens assembly by a predetermined effective gap.

6

(x). wherein said at least two different polymer materials comprise at least one plastic material with the Abbe number larger than 50, and at least one plastic material with the Abbe number smaller than 30.

(xi). wherein the first group of lens elements comprises, in order from an object plane to an image plane along an optical axis of the telephoto lens unit: a first lens having positive optical power and a pair of second and third lenses having together negative optical power such that said telephoto lens unit, and said second and third lenses are each made of one of said at least two different polymer materials having a different Abbe number, for reducing chromatic aberrations of said telephoto lens; and

the second group of lens elements is configured to correct field curvature of said telephoto lens assembly, and comprises two or more of said lens elements made of the different polymer materials respectively having different Abbe numbers, and configured to compensate for residual chromatic aberrations of said telephoto lens assembly dispersed during light passage through said effective gap between the telephoto and field lens assemblies.

(xii). wherein the first, third and fifth lens elements have each an Abbe number greater than 50, and the second and fourth lens elements have each an Abbe number smaller than 30.

(xiii). wherein the predetermined effective gap is equal to or larger than ⅓ of the TTL of the telephoto lens unit.

(xiv). wherein the lens elements of the field lens assembly are spaced from one another an effective air gap smaller than ¹⁄₅₀ of the TTL of the telephoto lens unit.

(xv). wherein the telephoto lens unit has a TTL smaller than 5.5 mm, an effective focal length (EFL) larger than 5.9 mm, and an optical diameter smaller than 4 mm, thereby enabling to provide an image on an entire area of a ¼" image sensor.

(xvi). wherein the telephoto lens unit has a TTL smaller than 6.2 mm, an effective focal length (EFL) larger than 6.8 mm, and an optical diameter smaller than 5 mm, thereby enabling to provide an image on an entire area of a ⅓" image sensor.

According to another aspect of the presently disclosed subject matter there is provided a camera for integrating in a mobile electronic device, the camera comprising a Wide camera unit and a Telephoto camera unit comprising respectively a wide lens unit and a telephoto lens unit having TTL/EFL ratios larger and smaller than 1, respectively, and defining wide and telephoto optical paths.

Wherein according to some examples the lens elements of at least the telephoto lens unit are made of one or more polymer materials.

BRIEF DESCRIPTION OF THE DRAWINGS

In order to better understand the subject matter that is disclosed herein and to exemplify how it may be carried out in practice, embodiments will now be described, by way of non-limiting example only, with reference to the accompanying drawings, in which:

FIG. 1A is a schematic illustration demonstrating shadowing and light-blocking problems caused by height differences between Wide and Tele cameras in a dual-aperture camera;

FIG. 1B is a schematic illustration of a mobile phone device (constituting a portable electronic device) utilizing a camera unit as disclosed herein which is fully integrated inside the smartphone device;

US 10,288,840 B2

7

FIG. **1**C is a schematic illustration of a telephoto lens unit according to the presently disclosed subject matter;

FIG. **2**A is a schematic illustration of a specific configuration of the telephoto lens unit, according to a first example of the presently disclosed subject matter;

FIG. **2**B shows a graph plotting the modulus of the optical transfer function (MTF) vs. focus shift of the entire optical lens unit of FIG. **2**A for various fields;

FIG. **2**C shows a graph plotting the distortion vs. field angle (+Y direction) for the lens unit of FIG. **2**A;

FIG. **3**A is a schematic illustration of another possible configuration of the telephoto lens unit, according to a first example of the presently disclosed subject matter;

FIG. **3**B shows a graph plotting the MTF vs. focus shift of the entire optical lens assembly for various fields in the lens unit of FIG. **3**B, according to the second example of the presently disclosed subject matter;

FIG. **3**C shows a graph plotting the distortion +Y in percent for the lens unit of FIG. **3**A;

FIG. **4**A is a schematic illustration of a specific configuration of the telephoto lens unit, according to a first example of the presently disclosed subject matter;

FIG. **4**B shows a graph plotting the MTF vs. focus shift of the entire optical lens system for various fields in the lens unit of FIG. **4**A;

FIG. **4**C shows a graph plotting the distortion +Y in percent for the lens unit of FIG. **4**A;

FIG. **5** is a schematic illustration showing the concept of an effective air gap between adjacent lenses in an optical lens unit, according to the presently disclosed subject matter;

FIG. **6**A is a schematic illustration, in perspective cross section, of an example of a dual-aperture zoom camera, with each camera on a separate printed circuit board (PCB), according to the presently disclosed subject matter;

FIG. **6**B is a schematic illustration, in perspective cross section, of another example of a dual-aperture zoom camera, with each camera on a separate PCB, according to the presently disclosed subject matter;

FIG. **7** is a schematic illustration, in perspective cross section, of yet another example of a dual-aperture zoom camera, where both cameras are mounted on a single PCB, according to the presently disclosed subject matter;

FIG. **8** is a schematic illustration of an example of a dual-aperture zoom camera that includes an OIS mechanism, according to the presently disclosed subject matter; and

FIG. **9** shows schematically a functional block diagram of the camera example of FIG. **8**, according to the presently disclosed subject matter.

DETAILED DESCRIPTION OF EMBODIMENTS

The present invention includes novel configuration of a lens unit in a portable camera, advantageously applicable in a portable electronic device. This is schematically illustrated in FIG. **1**B. In this example, such a portable electronic device **10** is constituted by a mobile phone device (e.g. smartphone). The mobile device is typically a few millimeters thick, e.g. 4 mm-15 mm.

However, as explained above and exemplified further below, the problems solved by the technique disclosed herein are relevant for any modern electronic device equipped with a camera **15** and suitable to be implemented in any such device. This is so since any modern electronic device of the kind specified (i.e. a device including an integral camera unit) is to be as slim as possible, as light as possible, and is to acquire pictures with as good quality as possible.

8

Modern cameras typically require zooming functions. When such a camera is used in an electronic device, such as a mobile phone device, the zooming function is often implemented with static optics. The problems which may arise when trying to incorporate Wide and Tele lenses into a common housing due to the difference in their heights are described above with reference to FIG. **1**A.

As mentioned above, the presently disclosed subject matter includes a novel mobile electronic device **10** which includes an integrated camera unit **15** which is mounted inside the device casing **14**. The camera **15** includes at least one telephoto lens unit (not shown here) which is made of polymer materials. The telephoto lens unit is configured such that its total track lens (TTL) is less than 15 mm and even less than 10 mm, e.g. less than 6 mm or even less than 4 mm. Thus, enabling the camera to be fully integrated in the portable device (substantially not protruding from the device casing).

Reference is made to FIG. **1**C showing schematically the configuration of a telephoto lens unit **20** of the present invention. The telephoto lens unit **20** is composed of multiple lens elements made of different polymer materials, i.e. materials having different Abbe numbers. The multiple lens elements are configured and arranged to define a telephoto lens assembly **22**A and a field lens assembly **22**B arranged along an optical axis OA with a predetermined effective gap G between them (as will be described more specifically further below). The telephoto lens assembly **22**A is configured to provide the telephoto optical effect of the telephoto lens unit **20**. The field lens assembly **22**B spaced from the telephoto lens assembly **22**A by the predetermined effective gap G is configured for correcting field curvature of the telephoto lens assembly **22**A and to compensate for residual chromatic aberrations of the telephoto lens assembly dispersed during light passage through the effective gap G.

The telephoto lens unit **20** is characterized by a total track lens (TTL) and an effective focal lens (EFL) such that TTL<EFL. This will be exemplified further below. According to the invention, the effective gap G between assemblies **22**A and **22**B is selected to be larger than TTL/5 of the telephoto lens unit **22**A, thereby enabling correction of field curvature of telephoto lens assembly **22**A by the field lens assembly **22**B.

The telephoto lens assembly **22**A includes three lens elements (generally three or more) L1, L2, L3 (which are shown here schematically and not to scale), where lens L1 has positive optical power and lenses L2 and L3 have together negative optical power. Lenses L2 and L3 are made of the first polymer material having a first Abbe number selected for reducing chromatic aberrations of the telephoto lens assembly **22**A. The field lens assembly **22**B includes two (or more) lens elements L4 and L5 which are made of different polymer materials respectively having different Abbe numbers. These lenses are configured to compensate for residual chromatic aberrations of the telephoto lens assembly **22**A dispersed during light passage through the effective gap G between the **22**A and **22**B.

Lenses L1-L5 can be made for example of two plastic materials, one having an Abbe number greater than 50 and the other—smaller than 30. For example, Lenses L1, L3 and L5 are made of plastic with an Abbe number greater than 50, and lenses L2 and L4 are made of plastic having an Abbe number smaller than 30.

APPL-1001 / Page 23 of 30
APPLE INC. v. COREPHOTONICS LTD.

US 10,288,840 B2

**9**

The following are several specific, but non-limiting, examples of the implementation and operation of the telephoto lens unit of the invention described above with reference to FIG. 1C. In the following description, the shape (convex or concave) of a lens element surface is defined as viewed from the respective side (i.e. from an object side or from an image side).

FIG. 2A shows a schematic illustration of an optical lens unit **100**, according to a first example of the presently disclosed subject matter. FIG. 2B shows the MTF vs. focus shift of the entire optical lens unit for various fields in the lens unit configuration **100**. FIG. 2C shows the distortion +Y in percent vs. field.

According to the example illustrated in FIG. 2A, lens unit **100** includes, in order from an object side to an image side, a first plastic lens element **102** (also referred to as "L1") with positive refractive power having a convex object-side surface **102a** and a convex or concave image-side surface **102b**; a second plastic lens element **104** (also referred to as "L2") with negative refractive power and having a meniscus convex object-side surface **104a**, with an image side surface marked **104b**; a third plastic lens element **106** (also referred to as "L3") with negative refractive power having a concave object-side surface **106a** with an inflection point and a concave image-side surface **106b**. These lens elements define together the telephoto lens assembly (**22A** in FIG. 1C). Further provided in lens unit **100** is a fourth plastic lens element **108** (also referred to as "L4") with positive refractive power having a positive meniscus, with a concave object-side surface marked **108a** and an image-side surface marked **108b**; and a fifth plastic lens element **110** (also referred to as "L5") with negative refractive power having a negative meniscus, with a concave object-side surface marked **110a** and an image-side surface marked **110b**. These two lenses define together the field lens assembly (**22B** in FIG. 1C). The optical lens unit **100** may further optionally include a stop element **101**. The telephoto lens unit **100** defines an image plane **114** in which image sensor(s) is/are located, which is not shown here. Also, as exemplified in the figure, an optional glass window **112** is disposed between the image-side surface **110b** of fifth lens element **110** and the image plane **114**.

In the example of the telephoto lens unit **100**, all lens element surfaces are aspheric. Detailed optical data is shown in Table 1, and aspheric surface data is shown in Table 2, wherein the units of the radius of curvature (R), lens element thickness and/or distances between elements along the optical axis and diameter are expressed in mm. "Nd" is the refraction index. The equation of the aspheric surface profiles is expressed by:

**10**

$$z = \frac{cr^2}{1 + \sqrt{1 - (1+k)c^2 r^2}} + \alpha_1 r^2 +$$
$$\alpha_2 r^4 + \alpha_3 r^6 + \alpha_4 r^8 + \alpha_5 r^{10} + \alpha_6 r^{12} + \alpha_7 r^{14}$$

where r is the distance from (and is perpendicular to) the optical axis, k is the conic coefficient, c=1/R where R is the radius of curvature, and α are coefficients given in Table 2.

In the equation above as applied to the telephoto lens unit, coefficients $\alpha_1$ and $\alpha_7$ are zero. It should be noted that the maximum value of r "max r"=Diameter/2. It should also be noted that in Table 1 (and in Tables 3 and 5 below), the distances between various elements (and/or surfaces) are marked "Lmn" (where m refers to the lens element number, n=1 refers to the element thickness and n=2 refers to the air gap to the next element) and are measured on the optical axis z, wherein the stop is at z=0. Each number is measured from the previous surface. Thus, the first distance—0.466 mm is measured from the stop to surface **102a**, the distance L11 from surface **102a** to surface **102b** (i.e. the thickness of first lens element **102**) is 0.894 mm, the air gap L12 between surfaces **102b** and **104a** is 0.020 mm, the distance L21 between surfaces **104a** and **104b** (i.e. thickness d2 of second lens element **104**) is 0.246 mm, etc. Also, L21=d₂ and L51=d₅. The lens elements in Tables 1 and 2 (as well as in Tables 3-6) are designed to provide an image on an entire ⅓" sensor having

TABLE 1

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.466 | | 2.4 |
| 2 | L11 | 1.5800 | 0.894 | 1.5345/57.095 | 2.5 |
| 3 | L12 | −11.2003 | 0.020 | | 2.4 |
| 4 | L21 | 33.8670 | 0.246 | 1.63549/23.91 | 2.2 |
| 5 | L22 | 3.2281 | 0.449 | | 1.9 |
| 6 | L31 | −12.2843 | 0.290 | 1.5345/57.095 | 1.9 |
| 7 | L32 | 7.7138 | 2.020 | | 1.8 |
| 8 | L41 | −2.3755 | 0.597 | 1.63549/23.91 | 3.3 |
| 9 | L42 | −1.8801 | 0.068 | | 3.6 |
| 10 | L51 | −1.8100 | 0.293 | 1.5345/57.095 | 3.9 |
| 11 | L52 | −5.2768 | 0.617 | | 4.3 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 3.0 |
| 13 | | Infinite | 0.200 | | 3.0 |

dimensions of approximately 4.7×3.52 mm. The optical diameter in all of these lens assemblies is the diameter of the second surface of the fifth lens element.

TABLE 2

| # | Conic coefficient k | $\alpha_2$ | $\alpha_3$ | $\alpha_4$ | $\alpha_5$ | $\alpha_6$ |
|---|---------------------|-----------|-----------|-----------|-----------|-----------|
| 2 | −0.4668 | 7.9218E−03 | 2.3146E−02 | −3.3436E−02 | 2.3650E−02 | −9.2437E−03 |
| 3 | −9.8525 | 2.0102E−02 | 2.0647E−04 | 7.4394E−03 | −1.7529E−02 | 4.5206E−03 |
| 4 | 10.7569 | −1.9248E−03 | 8.6003E−02 | 1.1676E−02 | −4.0607E−02 | 1.3545E−02 |
| 5 | 1.4395 | 5.1029E−03 | 2.4578E−01 | −1.7734E−01 | 2.9848E−01 | −1.3320E−01 |
| 6 | 0.0000 | 2.1629E−01 | 4.0134E−02 | 1.3615E−02 | 2.5914E−03 | −1.2292E−02 |
| 7 | −9.8953 | 2.3297E−01 | 8.2917E−02 | −1.2725E−01 | 1.5691E−01 | −5.9624E−02 |
| 8 | 0.9938 | −1.3522E−02 | −7.0395E−03 | 1.4569E−02 | −1.5336E−02 | 4.3707E−03 |
| 9 | −6.8097 | −1.0654E−01 | 1.2933E−02 | 2.9548E−04 | −1.8317E−03 | 5.0111E−04 |
| 10 | −7.3161 | −1.8636E−01 | 8.3105E−02 | −1.8632E−02 | 2.4012E−03 | −1.2816E−04 |
| 11 | 0.0000 | −1.1927E−01 | 7.0245E−02 | −2.0735E−02 | 2.6418E−03 | −1.1576E−04 |

US 10,288,840 B2

11

Lens unit **100** provides a field of view (FOV) of 44 degrees, with EFL=6.90 mm, F#=2.80 and TTL of 5.904 mm. Thus and advantageously, the ratio TTL/EFL=0.855. Advantageously, the Abbe number of the first, third and fifth lens element is 57.095. Advantageously, the first air gap between lens elements **102** and **104** (the gap between surfaces **102**b and **104**a) has a thickness (0.020 mm) which is less than a tenth of thickness $d_2$ (0.246 mm). Advantageously, the Abbe number of the second and fourth lens elements is 23.91. Advantageously, an effective third air gap G (see below with reference to Table 9) between lens elements **106** and **108** (i.e. the telephoto and field lens assemblies) is greater than TTL/5. Advantageously, an effective fourth air gap (see below with reference to Table 9) between lens elements **108** and **110** is smaller than TTL/50.

The focal length (in mm) of each lens element in lens unit **100** is as follows: f1=2.645, f2=−5.578, f3=−8.784, f4=9.550 and f5=−5.290. The condition 1.2×|f3|>|f2|>1.5× f1 is clearly satisfied, as 1.2×8.787>5.578>1.5×2.645. f1 also fulfills the condition f1<TTL/2, as 2.645<2.952.

FIG. 3A shows a schematic illustration of an optical lens unit **200**, according to another example of the presently disclosed subject matter. FIG. 3B shows the MTF vs. focus shift of the entire optical lens system for various fields in embodiment **200**. FIG. 3C shows the distortion +Y in percent vs. field.

According to the example illustrated in FIG. 3A, lens unit **200** comprises, in order from an object side to an image side: an optional stop **201**; a telephoto lens assembly including a

12

In the lens unit **200**, all lens element surfaces are aspheric. Detailed optical data is given in Table 3, and the aspheric surface data is given in Table 4, wherein the markings and units are the same as in, respectively, Tables 1 and 2. The equation of the aspheric surface profiles is the same as for lens unit **100** described above.

TABLE 3

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.592 | | 2.5 |
| 2 | L11 | 1.5457 | 0.898 | 1.53463/56.18 | 2.6 |
| 3 | L12 | −127.7249 | 0.129 | | 2.6 |
| 4 | L21 | 6.6065 | 0.251 | 1.91266/20.65 | 2.1 |
| 5 | L22 | 2.8090 | 0.443 | | 1.8 |
| 6 | L31 | 9.6183 | 0.293 | 1.53463/56.18 | 1.8 |
| 7 | L32 | 3.4694 | 1.766 | | 1.7 |
| 8 | L41 | −2.6432 | 0.696 | 1.632445/23.35 | 3.2 |
| 9 | L42 | −1.8663 | 0.106 | | 3.6 |
| 10 | L51 | −1.4933 | 0.330 | 1.53463/56.18 | 3.9 |
| 11 | L52 | −4.1588 | 0.649 | | 4.3 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 5.4 |
| 13 | | Infinite | 0.130 | | 5.5 |

TABLE 4

| # | Conic coefficient k | $\alpha_2$ | $\alpha_3$ | $\alpha_4$ | $\alpha_5$ | $\alpha_6$ |
|---|---------------------|-----------|-----------|-----------|-----------|-----------|
| 2 | 0.0000 | −2.7367E−03 | 2.8779E−04 | −4.3661E−03 | 3.0069E−03 | −1.2282E−03 |
| 3 | −10.0119 | 4.0790E−02 | −1.8379E−02 | 2.2562E−02 | −1.7706E−02 | 4.9640E−03 |
| 4 | 10.0220 | 4.6151E−02 | 5.8320E−02 | −2.0919E−02 | −1.2846E−02 | 8.8283E−03 |
| 5 | 7.2902 | 3.6028E−02 | 1.1436E−01 | −1.9022E−02 | 4.7992E−03 | −3.4079E−03 |
| 6 | 0.0000 | 1.6639E−01 | 5.6754E−02 | −1.2238E−02 | −1.8648E−02 | 1.9292E−02 |
| 7 | 8.1261 | 1.5353E−01 | 8.1427E−02 | −1.5773E−01 | 1.5303E−01 | −4.6064E−02 |
| 8 | 0.0000 | −3.2628E−02 | 1.9535E−02 | −1.6716E−02 | −2.0132E−03 | 2.0112E−03 |
| 9 | 0.0000 | 1.5173E−02 | −1.2252E−02 | 3.3611E−03 | −2.5303E−03 | 8.4038E−04 |
| 10 | −4.7688 | −1.4736E−01 | 7.6335E−02 | −2.5539E−02 | 5.5897E−03 | −5.0290E−04 |
| 11 | 0.00E+00 | −8.3741E−02 | 4.2660E−02 | −8.4866E−03 | 1.2183E−04 | 7.2785E−05 |

first plastic lens element **202** with positive refractive power having a convex object-side surface **202**a and a convex or concave image-side surface **202**b, a second plastic lens element **204** with negative refractive power, having a meniscus convex object-side surface **204**a, with an image side surface marked **204**b, and a third plastic lens element **206** with negative refractive power having a concave object-side surface **206**a with an inflection point and a concave image-side surface **206**b, and a field lens assembly including a fourth plastic lens element **208** with positive refractive power having a positive meniscus, with a concave object-side surface marked **208**a and an image-side surface marked **208**b, and a fifth plastic lens element **210** with negative refractive power having a negative meniscus, with a concave object-side surface marked **110**a and an image-side surface marked **210**b. The optical lens unit **200** further optionally includes a glass window **212** disposed between the image-side surface **210**b of fifth lens element **210** and an image plane **214**.

Lens unit **200** provides a FOV of 43.48 degrees, with EFL=7 mm, F#=2.86 and TTL=5.90 mm. Thus, advantageously, the ratio TTL/EFL=0.843. Advantageously, the Abbe number of the first, third and fifth lens elements is 56.18. The first air gap between lens elements **202** and **204** has a thickness (0.129 mm) which is about half the thickness $d_2$ (0.251 mm). Advantageously, the Abbe number of the second lens element is 20.65 and of the fourth lens element is 23.35. Advantageously, the effective third air gap G between lens elements **206** and **208** is greater than TTL/5. Advantageously, the effective fourth air gap between lens elements **208** and **210** is smaller than TTL/50.

The focal length (in mm) of each lens element in lens unit **200** is as follows: f1=2.851, f2=−5.468, f3=−10.279, f4=7.368 and f5=−4.536. The condition 1.2×|f3|>|f2|>1.5× f1 is clearly satisfied, as 1.2×10.279>5.468>1.5×2.851. f1 also fulfills the condition f1<TTL/2, as 2.851<2.950.

FIG. 4A shows a schematic illustration of an optical lens unit **300**, according to yet a further example of the presently

APPL-1001 / Page 25 of 30
APPLE INC. v. COREPHOTONICS LTD.

US 10,288,840 B2

**13**

disclosed subject matter. FIG. 4B shows the MTF vs. focus shift of the entire optical lens system for various fields in embodiment **300**. FIG. **4C** shows the distortion +Y in percent vs. field.

Lens unit **300** comprises, in order from an object side to an image side, an optional stop **301**; a telephoto lens assembly including a first plastic lens element **302** with positive refractive power having a convex object-side surface **302**a and a convex or concave image-side surface **302**b, a second plastic lens element **204** with negative refractive power, having a meniscus convex object-side surface **304**a, with an image side surface marked **304**b, a third plastic lens element **306** with negative refractive power having a concave object-side surface **306**a with an inflection point and a concave image-side surface **306**b; and a field lens assembly including a fourth plastic lens element **308** with positive refractive power having a positive meniscus, with a concave object-side surface marked **308**a and an image-side surface marked **308**b, and a fifth plastic lens element **310** with negative refractive power having a negative meniscus, with a concave object-side surface marked **310**a and an image-side surface marked **310**b. Also, an optional glass window **312** may be disposed between the image side **310**b of fifth lens element **310** and an image plane **314**.

According to the present example of lens unit **300**, all lens element surfaces are aspheric. Detailed optical data is given in Table 5, and the aspheric surface data is given in Table 6, wherein the markings and units are the same as in, respectively, Tables 1 and 2. The equation of the aspheric surface profiles is the same as for lens units **100** and **200**.

**14**

Lens unit **300** provides a FOV of 44 degrees, EFL=6.84 mm, F#=2.80 and TTL=5.904 mm. Thus, advantageously, the ratio TTL/EFL=0.863. Advantageously, the Abbe number of the first lens element is 63.1, and of the third and fifth lens elements is 57.09. The first air gap between lens elements **302** and **304** has a thickness (0.029 mm) which is about $\frac{1}{10}$th the thickness $d_2$ (0.254 mm). Advantageously, the Abbe number of the second and fourth lens elements is 23.91. Advantageously, the effective third air gap G between lens elements **306** and **308** is greater than TTL/5. Advantageously, the effective fourth air gap between lens elements **308** and **310** is smaller than TTL/50.

The focal length (in mm) of each lens element in embodiment **300** is as follows: f1=2.687, f2=−6.016, f3=−6.777, f4=8.026 and f5=−5.090. The condition 1.2×|f3|>|f2|>1.5× f1 is clearly satisfied, as 1.2×6.777>6.016>1.5×2.687. f1 also fulfills the condition f1<TTL/2, as 2.687<2.952.

Tables 7 and 8 provide respectively detailed optical data and aspheric surface data for a fourth embodiment of an optical lens system disclosed herein. The markings and units are the same as in, respectively, Tables 1 and 2. The equation of the aspheric surface profiles is the same as for lens systems **100**, **200** and **300**. The lens elements in Tables 7 and 8 are designed to provide an image on an entire ¼" sensor having dimensions of approximately 3.66×2.75 mm.

TABLE 5

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.38 | | 2.4 |
| 2 | L11 | 1.5127 | 0.919 | 1.5148/63.1 | 2.5 |
| 3 | L12 | −13.3831 | 0.029 | | 2.3 |
| 4 | L21 | 8.4411 | 0.254 | 1.63549/23.91 | 2.1 |
| 5 | L22 | 2.6181 | 0.426 | | 1.8 |
| 6 | L31 | −17.9618 | 0.265 | 1.5345/57.09 | 1.8 |
| 7 | L32 | 4.5841 | 1.998 | | 1.7 |
| 8 | L41 | −2.8827 | 0.514 | 1.63549/23.91 | 3.4 |
| 9 | L42 | −1.9771 | 0.121 | | 3.7 |
| 10 | L51 | −1.8665 | 0.431 | 1.5345/57.09 | 4.0 |
| 11 | L52 | −6.3670 | 0.538 | | 4.4 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 3.0 |
| 13 | | Infinite | 0.200 | | 3.0 |

TABLE 6

| # | Conic coefficient k | $\alpha_2$ | $\alpha_3$ | $\alpha_4$ | $\alpha_5$ | $\alpha_6$ |
|---|---------------------|-----------|-----------|-----------|-----------|-----------|
| 2 | −0.534 | 1.3253E−02 | 2.3699E−02 | −2.8501E−02 | 1.7853E−02 | −4.0314E−03 |
| 3 | −13.473 | 3.0077E−02 | 4.7972E−03 | 1.4475E−02 | −1.8490E−02 | 4.3565E−03 |
| 4 | −10.132 | 7.0372E−04 | 1.1328E−01 | 1.2346E−03 | −4.2655E−02 | 8.8625E−03 |
| 5 | 5.180 | −1.9210E−03 | 2.3799E−01 | −8.8055E−02 | 2.1447E−01 | −1.2702E−01 |
| 6 | 0.000 | 2.6780E−01 | 1.8129E−02 | −1.7323E−02 | 3.7372E−02 | −2.1356E−02 |
| 7 | 10.037 | 2.7660E−01 | −1.0291E−02 | −6.0955E−02 | 7.5235E−02 | −1.6521E−02 |
| 8 | 1.703 | 2.6462E−02 | −1.2633E−02 | −4.7724E−04 | −3.2762E−03 | 1.6551E−03 |
| 9 | −1.456 | 5.7704E−03 | −1.8826E−02 | 5.1593E−03 | −2.9999E−03 | 8.0685E−04 |
| 10 | −6.511 | −2.1699E−01 | 1.3692E−01 | −4.2629E−02 | 6.8371E−03 | −4.1415E−04 |
| 11 | 0.000 | −1.5120E−01 | 8.6614E−02 | −2.3324E−02 | 2.7361E−03 | −1.1236E−04 |

TABLE 7

| # | Comment | Radius R [mm] | Distances [mm] | Nd/Vd | Diameter [mm] |
|---|---------|---------------|----------------|-------|---------------|
| 1 | Stop | Infinite | −0.427 | | 2.1 |
| 2 | L11 | 1.3860 | 0.847 | 1.534809/55.66 | 2.2 |
| 3 | L12 | −8.5270 | 0.073 | | 2.1 |
| 4 | L21 | 11.1443 | 0.239 | 1.639078/23.253 | 1.9 |
| 5 | L22 | 1.8641 | 0.504 | | 1.7 |
| 6 | L31 | 19.7342 | 0.239 | 1.534809/55.66 | 1.7 |
| 7 | L32 | 3.9787 | 1.298 | | 1.7 |
| 8 | L41 | −3.3312 | 0.522 | 1.639078/23.253 | 2.8 |
| 9 | L42 | −1.7156 | 0.079 | | 3.1 |
| 10 | L51 | −1.7788 | 0.298 | 1.534809/55.66 | 3.5 |
| 11 | L52 | −12.6104 | 0.792 | | 3.7 |
| 12 | Window | Infinite | 0.210 | 1.5168/64.17 | 4.5 |
| 13 | | Infinite | 0.177 | | 4.6 |

US 10,288,840 B2

15

16

TABLE 8

| # | Conic coefficient k | α2 | α3 | α4 | α5 | α 6 |
|---|---|---|---|---|---|---|
| 2 | −0.326 | 8.776E−03 | 2.987E−02 | −6.001E−02 | 6.700E−02 | −2.849E−02 |
| 3 | −10.358 | 4.266E−02 | −2.240E−02 | 2.914E−02 | −3.025E−02 | 3.108E−03 |
| 4 | 11.447 | −3.257E−02 | 9.780E−02 | −1.143E−02 | −3.844E−02 | 1.005E−02 |
| 5 | −0.026 | −3.631E−02 | 2.928E−01 | −2.338E−01 | 3.334E−01 | −2.760E−02 |
| 6 | 0.000 | 1.578E−01 | −2.229E−02 | −4.991E−02 | 1.663E−01 | −1.298E−01 |
| 7 | 3.860 | 2.044E−01 | 5.451E−02 | −3.199E−01 | 5.619E−01 | −3.663E−01 |
| 8 | 4.094 | 3.706E−02 | −5.931E−02 | 4.662E−02 | −4.654E−02 | 1.606E−02 |
| 9 | −9.119 | −7.980E−02 | −1.376E−01 | 5.622E−03 | −6.715E−03 | 2.127E−03 |
| 10 | −12.777 | −2.695E−01 | 1.894E−01 | −5.690E−02 | 8.689E−03 | −5.269E−04 |
| 11 | 0.000 | −1.807E−01 | 1.278E−01 | −4.504E−02 | 6.593E−03 | −2.357E−04 |

The focal length (in mm) of each lens element according to this example is as follows: f1=2.298, f2=−3.503, f3=−9.368, f4=4.846 and f5=−3.910. The condition $1.2 \times |f3| > |f2| > 1.5 \times f1$ is clearly satisfied, as $1.2 \times 9.368 > 3.503 > 1.5 \times 2.298$. f1 also fulfills the condition f1<TTL/2, as 2.298<2.64.

Generally, with regard to the effective air gap between the adjacent lens elements, the following should be noted.

In each one of the lens units exemplified above, the first three lens elements (L1, L2 and L3) achieve essentially a telephoto effect for all fields (angles of object orientation relative to the optical axis), i.e. achieve a strong concentration (by L1) followed by partial collimation (mainly by L2 but also by L3). The fact that all fields need to have essentially the same telephoto effect leads to relatively small distances (small air gaps) between the three lens elements, e.g. especially between L1 and L2 (air gap 1). L4 and L5 are mainly field lens elements for reducing field curvature, i.e. their main effect is to cause the focal point for all fields (where the object distance is approximately infinity) to reside on the sensor plane. To achieve this, it is advantageous that for every field, the corresponding rays hit L4 and L5 at different locations, thus enabling separate adjustment for every field ("field separation").

The inventors have found that the desired fields' separation is obtainable in a lens unit design characterized by an "effective air gap" G between lenses L3 and L4 (between the telephoto and field lens assemblies, where a larger G leads to larger separation between the fields).

FIG. 5 illustrates the concept of the effective air gap between the two adjacent lens elements. First, an "air gap per field" $D_{f-n}$ is defined as the length of the $n^{th}$ field's chief ray along the respective chief ray between adjacent lens elements. Effective gap $D_{L eff}$ is then defined as the average of N air gaps per field for field angles α separated evenly between α=0 (for ray 1, air gap $D_{f-1}$) to α=α$_{max}$ (for ray N, air gap $D_{f-n}$), where ray N hits the end pixel on the image sensor diagonal. In other words, between each pair of adjacent lens elements (e.g. between L3 and L4 and between L4 and L5):

$$D_{L eff} = (\Sigma_{n=1}{}^{N} D_{f-n})/N$$

In essence, the effective air gap between adjacent lens elements reflects an average effective distance between the two surfaces bounding the air gap between the two adjacent lens elements. Exemplarily, in FIG. 5 there are N=9 chief rays (and 9 related field air gaps) and the chief rays are distributed angularly evenly between α=0 for ray 1 and α$_{max}$ for ray 9. At α$_{max}$, ray 9 hits the end pixel on the image sensor diagonal.

Table 9 shows data on TTL, $D_{L eff-3}$, $D_{L eff-4}$, and ratios between the TTL and the effective air gaps for each of lens units 100, 200 and 300 above. $D_{L eff-3}$ and $D_{L eff-4}$ were calculated using 9 chief rays, as shown in FIG. 4.

TABLE 9

| Embodiment | TTL | $D_{L eff-3}$ = G | $D_{L eff-4}$ | $D_{L eff-3}$/TTL | $D_{L eff-4}$/TTL |
|---|---|---|---|---|---|
| 100 | 5.903 | 1.880 | 0.086 | 0.319 | 0.015 |
| 200 | 5.901 | 1.719 | 0.071 | 0.291 | 0.012 |
| 300 | 5.904 | 1.925 | 0.094 | 0.326 | 0.016 |
| 400 | 5.279 | 1.263 | 0.080 | 0.246 | 0.015 |

Using $D_{L eff-3}$=G instead of the commonly used distance along the optical axis between L3 and L4 ensures better operation (for the purpose of reduction of field curvature) of lens elements L4 and L5 for all the fields. As seen in Table 9, good field separation may exemplarily be achieved if $D_{L eff-3}$=G>TTL/5.

A compact optical design requires that the diameter of L5 be as small as possible while providing the required performance. Since the lens and camera footprint is determined by L5 diameter, a small effective air gap, $D_{L eff-4}$, between lenses L4 and L5 is advantageous in that it allows a small diameter of lens L5 without degrading the optical performance Effective air gap $D_{L eff-4}$ is a better indicator of the L5 diameter than the commonly used air gap along the optical axis between L4 and L5. An adequately small L5 diameter may exemplarily be achieved if the effective air gap between the field lenses L4 and L5 is $D_{L eff-4}$<TTL/50.

It should be noted that an effective air gap $D_{L eff}$ can be calculated in principle using any combination of two or more chief rays (for example ray 1 and ray 9 in FIG. 4). However, the "quality" of $D_{L eff}$ calculation improves while considering an increased number of chief rays.

The miniature telephoto lens units described above with reference to FIGS. 1C and 2 to 5 are designed with a TTL shorter than EFL. Accordingly, due to shorter TTL, such lens units have a smaller field of view, as compared to standard mobile phone lens units. Therefore, it would be particularly useful to use such a telephoto lens unit as a Tele sub-camera lens unit in a dual aperture zoom camera. Such a dual aperture zoom camera is described in the above-mentioned WO14199338 of the same assignee as the present application.

As mentioned above, a problem associated with the use of conventional Wide and Tele lens modules in a camera is associated with the different lengths/heights of the lenses which can cause shadowing and light blocking effects. According to the presently disclosed subject matter it is suggested to eliminate or at least significantly reduce these shadowing and light blocking effects by replacing the conventional Tele lens module by the miniature telephoto lens unit described above in the dual aperture camera.

APPL-1001 / Page 27 of 30
APPLE INC. v. COREPHOTONICS LTD.

US 10,288,840 B2

17      18

Thus, according to the presently disclosed subject matter, the problem discussed above posed by a difference in the TTL/EFL ratios of the conventional Tele and Wide lenses may be solved through use of a standard lens for the Wide camera ($TTL_W/EFL_W > 1.1$, typically 1.3) and of a special Telephoto lens design for the Tele camera ($TTL_T/EFL_T < 1$, e.g. 0.87), where the telephoto lens unit is configured as described above, providing the miniature telephoto lens unit.

Using the above described miniature telephoto lens unit enables to reduce the $TTL_T$ (according to one non-limiting example down to $7 \times 0.87 = 6.09$ mm) leading to a camera height of less than 7 mm (which is an acceptable height for a smartphone or any other mobile electronic device). The height difference between the telephoto lens unit and the Wide lens unit is also reduced to approximately 1.65 mm, thus reducing shadowing and light blocking problems.

According to some examples of a dual-aperture camera disclosed herein, the ratio "e"=$EFL_T/EFL_W$, is in the range 1.3-2.0. In some embodiments, the ratio $TTL_T/TTL_W < 0.8e$. In some embodiments, $TTL_T/TTL_W$ is in the range 1.0-1.25. According to some examples disclosed herein, $EFL_W$ may be in the range 2.5-6 mm and $EFL_T$ may be in the range 5-12 mm.

Referring now to the figures, FIG. **6A** shows schematically in perspective cross section an example of a dual-aperture zoom camera device **600**. Camera device **600** includes two camera unit **602** and **604**. It should be understood that the two camera units may be associated with common or separate detectors (pixel matrix and their associated read out circuits). Thus, the two camera units are actually different in their optics, i.e. in the imaging channels defined by the wide and telephoto lens units. Each camera unit may be mounted on a separate PCB (respectively **605a** and **605b**) including the read out circuit, and includes a lens unit (respectively **606** and **608**), and an image sensor including a pixel matrix (respectively **614** and **616**), and an actuator (respectively **610** and **612**) associated with a focusing mechanism. In this embodiment, the two PCBs lie in the same plane. It should be understood that in the embodiment where the readout circuits of the two imaging channels are in the same plane, a common PCB can be used, as will be described further below. The two camera units are connected by a case **618**. For example, camera **602** includes a Wide lens unit and camera **604** includes a Telephoto lens unit, the $TTL_T$ of the lens unit defining the respective camera height H. For example, the Wide and Telephoto lens units provide respectively main and auxiliary optical/imaging paths, enabling to use the main image for interpreting the auxiliary image data.

FIG. **6B** shows schematically, in perspective cross, another example of a dual-aperture zoom camera **600'** utilizing the principles of the invention. Camera **600'** is generally similar to the above-described camera **600**, and the common components are shown in the figure in a self-explanatory manner and thus are not indicated by reference numbers. As in camera **600**, in the camera **600'**, the camera unit **602** (e.g. a Wide lens camera) and camera unit **604** (e.g. a Telephoto lens camera) are mounted on separate PCBs (respectively **605a** and **605b**). However, in contrast with camera **600**, in camera **600'** the two PCBs lie in different planes. This enables the object side principal planes of the Wide and Telephoto lens units to be close one to the other, thus reducing the dependency of magnification factor in the two units on the object distance.

For example, camera dimensions for the cameras shown in FIGS. **6A** and **6B** may be as follows: a length L of the camera (in the Y direction) may vary between 13-25 mm, a width W of the camera (in the X direction) may vary between 6-12 mm, and a height H of the camera (in the Z direction, perpendicular to the X-Y plane) may vary between 4-12 mm. More specifically, considering a smartphone camera example disclosed herein, L=18 mm, W=8.5 mm and H=7 mm.

FIG. **7** shows schematically, in perspective cross section, yet another example of a dual-aperture zoom camera **700**. Camera **700** is similar to cameras **600** and **600'** in that it includes two camera units **702** and **704** with respective lens units **706** and **708**, respective actuators **710** and **712** and respective image sensors **714** and **716**. However, in camera **700**, the two camera units **702** and **704** are mounted on a single (common) PCB **705**. The mounting on a single PCB and the minimizing of a distance "d" between the two camera units minimizes and may even completely avoid camera movement (e.g. associated with mishaps such as drop impact). In general, the dimensions of camera **700** may be in the same range as those of cameras **600** and **600'**. However, for the same sensors and optics, the footprint W×L and the weight of camera **700** are smaller than that of cameras **600** and **600'**. Mishaps such as drop impact may cause a relative movement between the two cameras after system calibration, changing the pixel matching between the Tele and Wide images and thus preventing fast reliable fusion of the Tele and Wide images. Therefore, such effects should preferably be eliminated.

As described above, the high-quality imaging is also associated with the implementation of standard optical image stabilization (OIS) in such a dual-aperture zoom camera. Standard OIS compensates for camera tilt ("CT"), i.e., image blur, by a parallel-to-the image sensor (exemplarily in the X-Y plane) lens movement ("LMV"). The amount of LMV (in millimeters) needed to counter a given camera tilt depends on the camera lens EFL, according to the relation:

$$LMV = CT \cdot EFL,$$

where "CT" is in radians and EFL is in mm.

Since the Wide and telephoto lens units have significantly different EFLs, both lenses cannot move together and achieve optimal tilt compensation for both of the respective camera units. More specifically, since the tilt is the same for both camera units, a movement that will compensate for the tilt for the Wide camera unit will be insufficient to compensate for the tilt for the Telephoto camera unit, and vice versa. Using separate OIS actuators for the two camera units respectively can achieve simultaneous tilt compensation for both of them, but the entire system would be complex and costly, which is undesirable for portable electronic devices.

In this connection, reference is made to FIG. **8** which shows an example of a dual-aperture zoom camera **800** (similar to the above-described camera **700**) that includes two camera units **802** and **804** mounted either on a single PCB **805** (as shown in this example) or on separate PCBs. Each camera unit includes a lens unit (respectively **806** and **808**), an actuator (respectively **810** and **812**) and an image sensor (respectively **814** and **816**). The two actuators are rigidly mounted on a rigid base **818** that is flexibly connected to the PCB (or PCBs) through flexible elements **820**. Base **818** is movable by an OIS mechanism (not shown) controlled by an OIS controller **902** (shown in FIG. **9**). The OIS controller **902** is coupled to, and receives camera tilt information from a tilt sensor (e.g. a gyroscope) **904** (FIG. **9**). More details of an example of an OIS procedure as disclosed herein are given below with reference to FIG. **9**. The two camera units are separated by a small distance "d",

APPL-1001 / Page 28 of 30
APPLE INC. v. COREPHOTONICS LTD.

Appx96

US 10,288,840 B2

**19**

e.g. 1 mm. This small distance between camera units also reduces the perspective effect enabling smoother zoom transition between the camera units.

As indicated above, the two image sensors **814** and **816** may be mounted on separate PCBs that are rigidly connected, thereby enabling adaptation of an OIS mechanism to other system configurations, for example those described above with reference to FIGS. **6**A and **6**B.

In some embodiments, and optionally, a magnetic shield plate may be used, e.g. as described in co-owned U.S. patent application Ser. No. 14/365,718 titled "Magnetic shielding between voice coil motors in a dual-aperture camera", which is incorporated herein by reference in its entirety. Such a magnetic shield plate may be inserted in the gap (with width d) between the Wide and Tele camera units.

In general, the dimensions of camera **800** may be in the same range as those of cameras **600**, **600'** and **700**.

Reference is made to FIG. **9**, which exemplifies the camera operation, utilizing a tilt sensor **904** which dynamically measures the camera tilt (which is the same for both the Wide and Tele camera units). As shown, an OIS controller **902** (electronic circuit including hardware/software components) is provided, which is coupled to the actuators of both camera units (e.g. through base **818**), and receives a CT input from the tilt sensor **904** and a user-defined zoom factor, and controls the lens movement of the two camera units to compensate for the tilt. The LMV is for example in the X-Y plane. The OIS controller **902** is configured to provide a LMV equal to CT*EFL$_{ZF}$, where "EFL$_{ZF}$" is chosen according to the user-defined zoom factor, ZF. According to one example of an OIS procedure, when ZF=1, LMV is determined by the Wide camera unit's EFL$_W$ (i.e. EFL$_{ZF}$=EFL$_W$ and LMV=CT*EFL$_W$). Further, when ZF>e (i.e. ZF>EFL$_T$/EFL$_W$), LMV is determined by the telephoto camera unit's EFL$_T$ (i.e. EFL$_{ZF}$=EFL$_T$ and LMV=CT*EFL$_T$). Further yet, for a ZF between 1 and e, the EFL$_{ZF}$ may shift gradually from EFL$_W$ to EFL$_T$ according to EFL$_{ZF}$=ZF*EFL$_W$.

Thus, the present invention provides a novel approach for configuring a camera device suitable for use in portable electronic devices, in particular smart phones. The present invention solves various problems associated with the requirements for physical parameters of such devices (weight, size), high image quality and zooming effects.

The invention claimed is:

**1**. A mobile electronic device comprising an integrated camera, wherein the camera comprises a Wide camera unit comprising a Wide lens unit and a Telephoto camera unit comprising a Telephoto lens unit, the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and defining separate Telephoto and Wide optical paths, wherein the Telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers, wherein the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly and a second group of at least two lens elements, the second group of at least two lens elements spaced apart from the first group of at least three lens elements by a predetermined effective gap equal to or larger than 1/3 of the TTL of the Telephoto lens unit, wherein the first group of at least three lens elements comprises, in order from an object plane to an image plane along an optical axis of the Telephoto lens unit, a first lens element having positive optical power and a pair of second and third lens elements having together negative optical power such that the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit

**20**

and such that the second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number for reducing chromatic aberrations of the Telephoto lens, wherein the second group of lens elements includes a fourth lens element and a fifth lens element made of the different polymer materials having different Abbe numbers and is configured to correct a field curvature and to compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements, and wherein the first, third and fifth lens elements have each an Abbe number greater than 50 and the second and fourth lens elements have each an Abbe number smaller than 30.

**2**. The mobile electronic device of claim **1**, wherein light receiving outer surfaces of the Wide and Telephoto lens units are located substantially in the same plane, thereby reducing shadowing and light blocking effects therebetween.

**3**. The mobile electronic device of claim **1**, wherein the Wide and Telephoto camera units are mounted on separate printed circuit boards.

**4**. The mobile electronic device of claim **3**, wherein the printed circuit boards are located in different spaced-apart substantially parallel planes.

**5**. The mobile electronic device of claim **1**, wherein the Wide and Telephoto camera units are mounted directly on a single printed circuit board.

**6**. The mobile electronic device of claim **1**, wherein the Wide and Telephoto camera units are spaced from one another a distance d of about 1 mm.

**7**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit has a TTL less than 6.5 mm.

**8**. The mobile electronic device of claim **1**, wherein the lens elements of the second group of lens elements are spaced from one another an effective air gap smaller than 1/30 of the TTL of the Telephoto lens unit.

**9**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit has a TTL smaller than 5.5 mm, an EFL larger than 5.9 mm, and an optical diameter smaller than 4 mm, enabling to provide an image on an entire area of a 1/4" to 1/3" image sensor.

**10**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit has a TTL smaller than 6.2 mm, an EFL larger than 6.8 mm, and an optical diameter smaller than 5 mm, enabling to provide an image on an entire area of a 1/4" to 1/3" image sensor.

**11**. The mobile electronic device of claim **1**, wherein Telephoto lens unit TTL/EFL ratio is smaller than 0.9.

**12**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit TTL is less than 5.5 mm.

**13**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit EFL is greater than 5.9 mm.

**14**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit EFL is greater than 6.8 mm.

**15**. The mobile electronic device of claim **1**, wherein the Telephoto camera unit includes an image sensor and wherein an image captured by the Telephoto camera unit has a field of view that is no larger than 44 degrees.

**16**. The mobile electronic device of claim **11**, wherein the Telephoto lens unit EFL is greater than 5.9 mm.

**17**. The mobile electronic device of claim **11**, wherein the Telephoto lens unit EFL is greater than 6.8 mm.

**18**. The mobile electronic device of claim **1**, wherein the Telephoto lens unit has an F# smaller than 3.2 and a TTL smaller than 6.2 mm.

US 10,288,840 B2

21

**19**. The mobile electronic device of claim **1**, wherein the first lens element of the Telephoto lens unit has a focal length f**1** smaller than TTL/2.

**20**. The mobile electronic device of claim **1**, wherein the first, second and third lens elements have respective focal lengths f**1**, f**2** and f**3**, and wherein the respective focal lengths satisfy the condition 1.2|f**3**|>|f**2**|>1.5f**1** and wherein the Telephoto lens unit has an F# smaller than 3.2, wherein the Telephoto lens unit TTL is smaller than 6.2 mm.

**21**. The mobile electronic device of claim **1**, wherein the Telephoto camera unit includes an image sensor with an image sensor size ¼" or ⅓".

**22**. The mobile electronic device of claim **18**, wherein the first lens element of the Telephoto lens unit has a focal length f**1** smaller than TTL/2.

\*  \*  \*  \*  \*

22

UNITED STATES PATENT AND TRADEMARK OFFICE

————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————

APPLE INC.,

Petitioner,

v.

COREPHOTONICS LTD.,

Patent Owner

————————

IPR2020-00877
U.S. Patent No. 10,288,840

————————

**PETITION FOR *INTER PARTES* REVIEW
UNDER 35 U.S.C. § 312 AND 37 C.F.R. § 42.104**

## **<u>TABLE OF CONTENTS</u>**

I.     INTRODUCTION ........................................................1

II.    MANDATORY NOTICES ..........................................1

       A.    Real Party-in-Interest ............................................ 1

       B.    Related Matters ..................................................... 1

       C.    Lead and Back-up Counsel and Service Information ......................... 1

III.   GROUNDS FOR STANDING ......................................2

IV.    NOTE REGARDING PAGE CITATIONS AND EMPHASIS ..................2

V.     OVERVIEW OF THE '840 PATENT ............................3

       A.    Summary of the '840 Patent ................................. 3

       B.    Prosecution History ............................................. 5

VI.    LEVEL OF ORDINARY SKILL IN THE ART ...............6

VII.   CLAIM CONSTRUCTION ..........................................7

       A.    "Total Track Length (TTL)" ................................ 7

       B.    "Effective Focal Length (EFL)" .......................... 8

VIII.  RELIEF REQUESTED AND THE REASONS FOR THE
       REQUESTED RELIEF ...............................................9

IX.    IDENTIFICATION OF HOW THE CLAIMS ARE UNPATENTABLE ......9

       A.    Challenged Claims ............................................... 9

       B.    Statutory Grounds for Challenge ......................... 10

       C.    Claims 1, 2, 5, 7, 11-13, 15, 16, 18, 20, and 21 are obvious under
             AIA 35 U.S.C. § 103 over Parulski in view of Huang and Tang ....... 11

1.   Summary of Parulski ................................................................ 11

2.   Summary of Huang ................................................................. 14

3.   Summary of Tang ................................................................... 17

4.   Reasons to Combine Parulski and Huang ............................... 20

5.   Reasons to Combine Parulski and Tang ................................. 24

6.   Claim 1 .................................................................................. 26

7.   Claim 2 .................................................................................. 72

8.   Claim 5 .................................................................................. 74

9.   Claim 7 .................................................................................. 76

10.  Claim 11 ................................................................................ 78

11.  Claim 12 ................................................................................ 78

12.  Claim 13 ................................................................................ 78

13.  Claim 15 ................................................................................ 79

14.  Claim 16 ................................................................................ 81

15.  Claim 18 ................................................................................ 81

16.  Claim 20 ................................................................................ 82

17.  Claim 21 ................................................................................ 84

D.   Claims 3 and 4 are obvious under AIA 35 U.S.C. § 103 over
     Parulski in view of Huang and Tang, further in view of May. .......... 85

1.   Summary of May ................................................................... 85

2.   Reasons to Combine Parulski, Huang, Tang, and May ........... 88

3.   Claim 3 .................................................................................. 91

4.    Claim 4 ................................................................... 93

E.    Claim 6 is obvious under AIA 35 U.S.C. § 103 over Parulski in view of Huang and Tang, further in view of Li II............................. 95

1.    Summary of Li II....................................................... 95

2.    Reasons to Combine Parulski, Huang, Tang, and Li II ........... 97

3.    Claim 6 ................................................................... 100

X.    CONCLUSION............................................................104

CERTIFICATE OF WORD COUNT....................................105

CERTIFICATE OF SERVICE .............................................106

# PETITIONER'S EXHIBIT LIST

April 30, 2020

| APPL-1001 | U.S. Patent No. 10,288,840 |
|-----------|----------------------------|
| APPL-1002 | Prosecution history of U.S. Patent No. 10,288,840 |
| APPL-1003 | Declaration of José Sasián, Ph.D, under 37 C.F.R. § 1.68 |
| APPL-1004 | Curriculum Vitae of José Sasián |
| APPL-1005 | U.S. Patent No. 7,859,588 to Parulski et al. ("Parulski") |
| APPL-1006 | U.S. Patent No. 9,726,858 to Huang ("Huang") |
| APPL-1007 | U.S. Patent No. 7,918,398 to Li et al. ("Li") |
| APPL-1008 | U.S. Patent No. 7,777,972 to Chen et al. ("Chen") |
| APPL-1009 | U.S. Patent No. 8,363,337 to Tang et al. ("Tang") |
| APPL-1010 | Max Born et al., PRINCIPLES OF OPTICS, 6th Ed. (1980) ("Born") |
| APPL-1011 | U.S. Patent No. 7,561,191 to May et al. ("May") |
| APPL-1012 | U.S. Patent No. 7,556,504 to Ryu et al. ("Ryu") |
| APPL-1013 | Prosecution history of U.S. Patent No. 9,726,858 to Huang |
| APPL-1014 | Jane Bareau et al., "The optics of miniature digital camera modules," SPIE Proceedings Volume 6342, International Optical Design Conference 2006; 63421F (2006) https://doi.org/10.1117/12.692291 ("Bareau") |
| APPL-1015 | Gregory Hallock Smith, CAMERA LENSES FROM BOX CAMERA TO DIGITAL (2006) ("Smith") |

| APPL-1016 | Milton Katz, INTRODUCTION TO GEOMETRICAL OPTICS (2002) ("Katz") |
|---|---|
| APPL-1017 | U.S. Patent No. 7,918,555 to Sverdrup et al. ("Sverdrup") |
| APPL-1018 | U.S. Patent No. 8,189,100 to Li et al. ("Li II") |
| APPL-1019 | Rudolf Kingslake, OPTICS IN PHOTOGRAPHY (1992) ("Kingslake") |

## I.     INTRODUCTION

U.S. Patent No. 10,288,840 ("the '840 Patent," APPL-1001) is directed to a mobile device with an integrated camera having "a Wide camera unit comprising a Wide lens unit, and a Telephoto camera unit comprising a telephoto lens unit." *Id*, Abstract. As shown in this Petition, such devices were known in the art before the priority date of the '840 Patent. This Petition, along with the cited evidence, demonstrates that claims 1-7, 11-13, 15, 16, 18, 20, and 21 of the '840 Patent are obvious under 35 U.S.C. § 103. Apple Inc. ("Petitioner") respectfully requests that these claims be found unpatentable and cancelled.

## II.     MANDATORY NOTICES

### A.     Real Party-in-Interest

The real party-in-interest is Apple Inc.

### B.     Related Matters

As of the filing date of this Petition and to the best knowledge of the Petitioner, the '840 Patent has been asserted in *Corephotonics, Ltd. v. Apple Inc.*, Case No. 5-19-cv-04809 (N.D. Cal. filed Aug. 14, 2019).

### C.     Lead and Back-up Counsel and Service Information

<u>Lead Counsel</u>
Michael S. Parsons                         Phone: (972) 739-8611
HAYNES AND BOONE, LLP          Fax: (214) 200-0853
2323 Victory Ave. Suite 700           michael.parsons.ipr@haynesboone.com
Dallas, TX 75219                          USPTO Reg. No. 58,767

1

Back-up Counsel
Andrew S. Ehmke                     Phone: (214) 651-5116
HAYNES AND BOONE, LLP               Fax: (214) 200-0853
2323 Victory Ave. Suite 700         andy.ehmke.ipr@haynesboone.com
Dallas, TX 75219                    USPTO Reg. No. 50,271

Jordan Maucotel                     Phone: (972) 739-8621
HAYNES AND BOONE, LLP               Fax: (214) 200-0853
2323 Victory Ave. Suite 700         jordan.maucotel.ipr@haynesboone.com
Dallas, TX 75219                    USPTO Reg. No. 69,438

Please address all correspondence to lead and back-up counsel. Petitioner

consents to electronic service via email.

## III.    GROUNDS FOR STANDING

Petitioner certifies that the '840 Patent is eligible for *inter partes* review and

that Petitioner is not barred or estopped from requesting *inter partes* review

challenging the patent claims on the grounds identified in this Petition. Petitioner

has not filed a civil action challenging the validity of any claim of the '840 Patent.

## IV.    NOTE REGARDING PAGE CITATIONS AND EMPHASIS

Petitioner's citations to APPL-1002 use the page numbers added for

compliance with 37 C.F.R. § 42.63(d)(2)(ii). Petitioner's citations to the remaining

exhibits use the page numbers in their original publication. All **bold** or **<u>bold</u>**

**<u>underline</u>** emphasis in any quoted material has been added.

## V.     OVERVIEW OF THE '840 PATENT

### A.     Summary of the '840 Patent

The '840 Patent is directed to "a mobile electronic [device] comprising an integrated camera," where the integrated camera includes "a Wide camera unit comprising a Wide lens unit, and a Telephoto camera unit comprising a telephoto lens unit." APPL-1001, Abstract. As admitted in the '840 Patent, it was and still is common to incorporate digital cameras including wide and telephoto lenses, into a variety of devices including cellular telephones, personal digital assistants, and other portable electronic devices. *See id.*, 1:13-20, 2:38-43. The mobile phone camera in the '840 Patent includes Wide and Telephoto units, and states that "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and defining separate Telephoto and Wide optical paths ...." *Id.*, 19:45-52.

Examples of the mobile device from Fig. 1B and the Telephoto lens unit from Fig. 1C are provided below for reference:

3

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840



*Id.*, Fig. 1B.



*Id.*, Fig. 1C.

Prior to January 3, 2015 (the priority date of the '840 Patent), mobile devices with an integrated camera having Telephoto and Wide lenses were well known,

4

including the specific features claimed in the '840 Patent. *See* APPL-1003, pp.15-16 (citing APPL-1001, 17:1-5; APPL-1006, Abstract, Table 1; APPL-1010, Table 1); APPL-1005, 9:5-7, 23:28-43, Figs. 15A-16B; APPL-1006, Table 1, Figs. 21-22. For example, Huang (APPL-1006) renders obvious the claimed Telephoto camera unit (*see* APPL-1003, p.18 (citing APPL-1006, Table 1)) and Tang (APPL-1009) renders obvious the claimed Wide camera unit (*see* APPL-1003, p.19 (citing APPL-1009, Fig. 1)). Consequently, the disclosure provided in Parulski, Huang, Tang, and the other prior art discussed below renders the challenged claims obvious.

## B.    Prosecution History

The '840 Patent issued on May 14, 2019 from U.S. Patent Application No. 15/540,676 ("the '676 application") which claims priority to International Application No. PCT/IB2015/050044 ("the '044 application") filed on January 3, 2015. *See* APPL-1001. The '044 application was originally filed with 19 claims. APPL-1002, pp.47-49. On June 29, 2017, the Applicant filed an Information Disclosure Statement (IDS) listing several references including Parulski and May *See* APPL-1002, p.273. But, there is no indication that the Examiner considered any of the references listed because the IDS was not signed and the Examiner did not apply either Parulski or May (both listed in the IDS) against any claim limitation. *See id.*, p.285.

As observed by the prosecution history, the prior art presented in this Petition that renders the challenged claims obvious was not substantively cited or relied on by the Examiner and thus was not used as a basis for allowing the claims. *See* APPL-1002, p.442-53. This Petition therefore raises new grounds not previously considered during examination and is not redundant.

## VI.   LEVEL OF ORDINARY SKILL IN THE ART

The level of ordinary skill in the art may be reflected by the prior art of record. *See Okajima v. Bourdeau*, 261 F.3d 1350, 1355 (Fed. Cir. 2001); *In re GPAC Inc.*, 57 F.3d 1573, 1579 (Fed. Cir. 1995). Here, a person of ordinary skill in the art ("POSITA") would include someone who had, as of the priority date of the '840 Patent (i) a Bachelor's degree in Physics, Optical Sciences, or equivalent training, as well as (ii) approximately three years of experience in designing miniature lens systems for mobile device applications. APPL-1003, p.10. Such a person would have had experience in analyzing, tolerancing, adjusting, and optimizing multi-lens systems, and would have been familiar with the specifications of lens systems, especially lenses configured for use in mobile devices, such as cell phones. *Id*. In addition, a POSITA would have known how to use lens design software such as Code V, Oslo, or Zemax, and would have taken a lens design course. *Id*. Such a POSITA would have been familiar with

6

photographic lenses and with mechanical and electronic devices. Lack of work experience can be remedied by additional education, and vice versa. *Id.*

## VII.  CLAIM CONSTRUCTION

This Petition presents claim analysis in a manner that is consistent with a claim term's plain and ordinary meaning in light of the specification. *See* 37 C.F.R. § 42.100(b). Accordingly, claim terms are given their ordinary and accustomed meaning as would be understood by a person of ordinary skill in the art in the context of the entire disclosure. *In re Translogic Tech., Inc.,* 504 F.3d 1249, 1257 (Fed. Cir. 2007) (citing *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc)). For terms not addressed below, Petitioner submits that no specific construction is necessary for this proceeding.[1]

### A.      "Total Track Length (TTL)"

This term is used in claim 1 which recites "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1." APPL-1001, 19:48-51. The specification of the '840 Patent states that "the TTL is typically defined as the maximal distance between the object-side surface of the lens module and an image plane IP defined

---

[1] Petitioner does not concede that any term not construed herein meets the statutory requirements of 35 U.S.C. § 112.

by such a lens module (where the sensing surface of a camera detector is placed)." *Id.*, 2:15-19. This is consistent with other examples in the art. For instance, Chen (APPL-1008) states that "TTL is defined as the on-axis spacing between the object-side surface of the first lens element and the image plane when the first lens element is positioned closest to the imaged object." APPL-1008, 3:24-27.

In the specification of the '840 Patent, the TTL of each lens system embodiment can be determined by summing the widths of lens elements and spacing between lens elements of the lens system from the object side of the first lens to the image plane. *See, e.g.*, APPL-1001, Table 1, Table 3, Table 5, Table 7; *see also* APPL-1003, p.20.

Accordingly, a POSITA would find, in light of the specification, the term "total track length (TTL)" to include "*the length of the optical axis spacing between the object-side surface of the first lens element and the image plane*." *Id.*

## B.    "Effective Focal Length (EFL)"

This term is used in claim 1 which recites "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1." APPL-1001, 19:48-51. While the specification of the '840 Patent does not offer an express definition for this term, its meaning is well known in the art, as exemplified in Li (APPL-1007), which states that "[t]he focal length of a lens assembly [is] also referred to as the effective

8

focal length (EFL)." APPL-1007, 2:59-61. This definition of EFL is also consistent with how lens design software such as Zemax computes the EFL and focal length of a lens system. APPL-1003, p.21.

Accordingly, a POSITA would find, in light of the specification, the term "effective focal length (EFL)" to include "*the focal length of a lens assembly*." *Id.*

## VIII.  RELIEF REQUESTED AND THE REASONS FOR THE REQUESTED RELIEF

Petitioner respectfully requests that the Board review the accompanying prior art and analysis, institute a trial for *inter partes* review of claims 1-7, 11-13, 15, 16, 18, 20, and 21 of the '840 Patent, and cancel these claims as unpatentable.

As explained below and in the declaration of Petitioner's expert, Dr. José Sasián, the concepts described and claimed in the '840 Patent were not new. This Petition explains where each element of the challenged claims is found in the prior art and why the claims would have been obvious to a POSITA before the '840 Patent's priority date.

## IX.     IDENTIFICATION OF HOW THE CLAIMS ARE UNPATENTABLE

### A.     Challenged Claims

Claims 1-7, 11-13, 15, 16, 18, 20, and 21 of the '840 Patent are challenged in this petition.

### B.    Statutory Grounds for Challenge

Claims 1, 2, 5, 7, 11-13, 15, 16, 18, 20, and 21 are obvious under 35 U.S.C §

103 over U.S. Patent No. 7,859,588 to Parulski et al. (APPL-1005, "Parulski") in

view of U.S. Patent No. 9,726,858 to Huang (APPL-1006, "Huang"), further in

view of U.S. Patent No. 8,363,337 to Tang et al. (APPL-1009, "Tang"). Parulski

issued on December 28, 2010 and Tang issued on January 29, 2013. Both are prior

art under 35 U.S.C. § 102(a)(1).

Huang was filed on April 13, 2015 and claims priority to Taiwanese

Application No. 103146329 filed on December 30, 2014. As observed in Huang's

file history (APPL-1013), the application was filed in English (*see* pp.86-175) and

a certified copy of the Taiwanese application was received by the Patent Office

(*see id.*, p.176). Accordingly, Huang's effective filing date is the date that the

Taiwanese application was filed on December 30, 2014 and is prior art under 35

U.S.C. § 102(a)(2).

Claims 3 and 4 are obvious under 35 U.S.C. § 103 over Parulski in view of

Huang and Tang, further in view of U.S. Patent No. 7,561,191 to May et al.

(APPL-1011, "May"). May issued on July 14, 2009 and is prior art under 35

U.S.C. § 102(a)(2).

Claim 6 is obvious under 35 U.S.C. § 103 over Parulski in view of Huang

and Tang, further in view of U.S. Patent No. 8,189,100 to Li et al. (APPL-1018,

"Li II"). Li II issued on May 29, 2012 and is prior art under 35 U.S.C. § 102(a)(2).

### C.   Claims 1, 2, 5, 7, 11-13, 15, 16, 18, 20, and 21 are obvious under AIA 35 U.S.C. § 103 over Parulski in view of Huang and Tang

#### 1.   *Summary of Parulski*

Similar to the mobile device in the '840 Patent, Parulski discloses a mobile

phone with an integrated image capture assembly. *See* APPL-1005, Abstract, 9:5-

7. Parulski's mobile phone camera includes wide and telephoto lens units (*see id.*,

23:28-43) and is similarly designed "to provide an improved imaging capability in

a multi-lens digital camera utilizing both (or more) images to provide an improved

output image, without unduly increasing the size or cost of the camera." *Id.*, 7:28-

31. An example of Parulski's mobile phone camera is offered in Figs. 15A and

15B reproduced below:



*FIG. 15A*          *FIG. 15B*

*Id.*, Figs. 15A & 15B.

The integrated image capture assembly 610 included in Parulski's mobile

phone camera (shown in 15B above) is represented in detail in Figs. 16A and 16B

reproduced below:



**FIG. 16A**

**FIG. 16B**

*Id.*, Figs. 16A & 16B.

As shown in the above examples, Parulski's image assembly 610 includes a first lens 612 ("preferably a fixed focal length **wide angle lens**") and a second lens 616 ("preferably a fixed focal length **telephoto angle lens**"). *Id.*, 23:28-43. Although Parulski does not include lens specifications for the wide and telephoto lens units, Parulski does offer examples of "a 40 mm equiv. lens" and "a 100 mm equiv. lens," respectively. *Id.*, 23:28-43. Thus, Parulski teaches a cellular telephone that includes a camera assembly with both Wide and Telephoto lenses similar to that recited in the challenged claims.

13

## 2.    *Summary of Huang*[2]

Similar to the '840 Patent's telephoto lens unit, Huang discloses a miniature telephoto lens unit that is intended to meet "an increasing demand for compact optical systems featuring better image quality." APPL-1006, Abstract, 1:29-30, 5:54-60. Huang's lens unit is designed for applications such as "digital cameras, mobile devices, digital tablets, smart TV, internet monitoring device, game consoles with motion sensing function, driving recording systems, rear view camera systems, and wearable devices." *Id.*, 8:47:51. Huang's Example 1 is shown in Fig. 1 below:

---

[2] Huang is directed to a six-lens system while the specification of the '840 Patent only discloses embodiments of five-lens designs. While the specification does not provide sufficient written description to support a six-lens system, the claims are rendered obvious by such prior-art designs. *See Lockwood v. American Airlines, Inc.*, 107 F.3d 1565, 1571-72 (Fed. Cir. 1997) ("Entitlement to a filing date does not extend to subject matter which is not disclosed, but would be obvious over what is expressly disclosed.").

14

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840



Fig. 1

*Id.*, Fig. 1.

Example 1 includes lens elements arranged along the optical axis and labeled 110, 120, 130, 140, 150, and 160 (referred to herein as "L1-L6"). *Id.*, 9:19-41. Example 1 also includes an IR-cut filter 170 disposed between the last lens and the image surface 180 (i.e., image plane). *Id.*, 9:31-33. Example 1 is further described with reference to Table 1 (below) which includes the curvature radius of each surface, the thickness and spacing of each element, and the focal length in millimeters (mm), with surfaces 0-16 representing the surfaces sequentially arranged from the object-side to the image-side along the optical axis. *Id.*, 13:45-48.

15

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

Note:
Reference wavelength is 587.6 nm (d-line).

*Id.*, Table 1.

The total track length (TTL) of Example 1 is 5.348 mm and can be calculated by adding together the "Thickness" column between surfaces 2 to 15. *Id.* Also included in Table 1 is the focal length ("f") of the lens assembly ("f=6.60 mm"); the f-number ("Fno=2.85"); and half of a maximal field of view of the lens

16

assembly ("HFOV=16.3 deg"). *See* APPL-1006, 10:45-46, 10:47-49, 12:35-36. By comparing the values of TTL and EFL, Huang's Example 1 lens assembly is shown to satisfy the condition TTL<EFL and is therefore a telephoto lens. APPL-1003, p.28.

### 3.     *Summary of Tang*

Similar to the '840 Patent's wide-angle lens unit, Tang discloses a wide-angle lens unit that meets a demand for "an imaging lens assembly that features better image quality, maintains a moderate total track length and is applicable to compact portable electronic products." *See* APPL-1009, Abstract, 1:37-50, 3:33-44. Tang's lens unit is designed for "high standard mobile devices such as smart phones and PDAs." *Id.*, 1:37-42. Tang's Embodiment 1 is shown in Fig. 1A:

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840



*Id.*, Fig. 1A. In Embodiment 1, lens elements are arranged along the optical axis and labeled 100, 110, 120, 130, and 140 (referred to herein as "L1-L5"). *Id.*, 8:5-31. Embodiment 1 further includes an IR filter 160 disposed between the last lens element and the image plane 170. *Id.*, 8:27-31.

Embodiment 1 is described with reference to Table 1 where "the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view." *Id.*, 9:41-46.

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

| TABLE 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 1) | | | | | | | |
| f = 4.34 mm, Fno = 2.85, HFOV = 33.2 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.424400 (ASP) | 0.562 | Plastic | 1.544 | 55.9 | 2.55 |
| 2 | | -43.791100 (ASP) | -0.010 | | | | |
| 3 | Ape. Stop | Plano | 0.096 | | | | |
| 4 | Lens 2 | -15.543700 (ASP) | 0.351 | Plastic | 1.632 | 23.4 | -5.28 |
| 5 | | 4.287000 (ASP) | 0.559 | | | | |
| 6 | Lens 3 | -3.112200 (ASP) | 0.302 | Plastic | 1.632 | 23.4 | -26.30 |
| 7 | | -3.973100 (ASP) | 0.274 | | | | |
| 8 | Lens 4 | -3.011300 (ASP) | 0.790 | Plastic | 1.544 | 55.9 | 2.03 |
| 9 | | -0.881520 (ASP) | 0.250 | | | | |
| 10 | Lens 5 | -2.171820 (ASP) | 0.360 | Plastic | 1.530 | 55.8 | -1.73 |
| 11 | | 1.674970 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.334 | | | | |
| 14 | Image | Plano | | | | | |

*Id.*, Fig. 7.

The column labeled "Thickness" corresponds to the on-axis thickness of and

spacing between each lens element. APPL-1003, p.30. The total track length (TTL)

of Embodiment 1 is TTL = 4.878 mm and can be calculated by adding the values

in the "Thickness" column from surfaces 1 and 3-13. *See* APPL-1003, p.30; APPL-

1009, Fig. 7. Also included in Table 1 is the focal length ("f") of the lens unit

("f=4.34 mm," which is equivalent to the "Effective Focal Length (EFL)"), an f-

number of the lens assembly ("Fno=2.85"); and half of a maximal field of view of

the lens assembly ("HFOV=33.2 deg"). *See* APPL-1009, Fig. 7. A POSITA would

19

have understood Tang's Embodiment 1 to be a wide-angle lens based on its field of

view. *See* APPL-1003, p.31; APPL-1019, p.8 ("A wide-field lens will cover an

angular semifield of about 30° to 35°").

### 4.      *Reasons to Combine Parulski and Huang*

A POSITA would have combined Huang's telephoto lens assembly with

Parulski's cell phone camera since such a combination would have been nothing

more than using known methods to incorporate Huang's lens assembly as the

telephoto portion of Parulski's integrated lens unit to obtain the same predictable

result, as described in Parulski, of a fixed-focal length telephoto lens assembly in

Parulski's cell phone device. APPL-1003, p.31. A POSITA would have been

motivated to incorporate Huang's telephoto lens assembly in Parulski's cell phone

for several reasons.

First, Parulski does not provide lens prescription data for either the wide or

telephoto fixed-focal length lens in image assembly 610. Instead, Parulski simply

states that "[t]he first lens 612, preferably a fixed focal length wide angle lens

(such as a 40 mm equiv. lens)" and "the second lens 616, preferably fixed focal

length telephoto lens (such as 100 mm equiv. lens) …." APPL-1005, 23:36-41.

Since Parulski offers nothing more, a POSITA looking to implement this

embodiment would have sought a suitable telephoto lens unit to incorporate in the

cell phone camera, like Huang's embodiment. APPL-1003, p.31. For this reason

alone, a POSITA would have looked to telephoto lens units like Huang's, which provides not only a fixed-focal length telephoto lens as indicated by Parulski, but also provides lens data that specifies the properties and configuration that teaches a POSITA how to construct a telephoto lens unit. APPL-1003, p.32. While Parulski offers 40 mm and 100 mm as optional equivalent focal lengths, a POSITA would have recognized that the preceding language as indicating that the two have differing fields of view and the "such as" means that these are examples of this difference and not requirements. *Id*.

Moreover, a POSITA would have recognized that Huang's telephoto lens assembly is just one possible option to implement the telephoto side of Parulski's image assembly 610 since Huang's Example 1 telephoto lens assembly is designed for use in mobile devices such as a smart phone. *See* APPL-1003, p.32; APPL-1006, 8:44-51 ("[T]he photographing optical lens assembly can be applied to 3D (three-dimensional) image capturing applications, in products such as **digital cameras, mobile devices, digital tablets** …."); *id.*, 35:53-60 ("The electronic device 10 of the 9th embodiment is a **smart phone**, wherein the electronic device 10 includes an image capturing device 11.").

Second, Parulski states the importance of keeping the "z" dimension of image assembly 610 (i.e., thickness of the lens assembly) small and notes the importance of selecting lenses that would reduce cell phone thickness:

> An important constraint in this embodiment is the "z"
> dimension 630, which must be held to a very small figure
> consistent with a cell phone layout and architecture. This
> may be obtained by careful choice of the telephoto focal
> length and the size of the sensor.

APPL-1005, 24:20-27. Based on this, a POSITA looking to implement Parulski's
teachings would have been motivated to utilize Huang's telephoto lens which has
the benefits of reducing both the manufacturing costs and the track length of the
lens assembly (*i.e.*, thickness):

> When the lens elements are made of plastic material, the
> **manufacturing cost can be effectively reduced**.
> Furthermore, surfaces of each lens element can be
> arranged to be aspheric, since the aspheric surface of the
> lens element is easy to form a shape other than spherical
> surface so as to have more controllable variables for
> eliminating the aberration thereof, and to further decrease
> the required number of the lens elements. Therefore, **the
> total track length of the photographing optical lens
> assembly can also be reduced**.

APPL-1006, 7:56-8:3.

Further, a POSITA would have understood that Parulski's discussion on
focal length is in the context of lenses for 35 mm photography, wherein a telephoto
lens with 100 mm focal length would have a HFOV of about 12 degrees. APPL-

1003, p.33. This value can be calculated by first determining the diagonal

measurement for the 35 mm format. A POSITA would have understood that the 35

mm camera format has standard dimensions of 24 mm×36 mm, as evidenced by

Smith. APPL-1015, p.26. Therefore, the diagonal of a 35 mm camera can be

calculated:

$$diagonal = \sqrt{(24*24)+(36*36)} = 43.27 \ mm$$

The diagonal value is used to find the HFOV with the following equation

that can be derived from the equations given by Katz (APPL-1016), p.107:

$$HFOV = \arctan(\frac{diagonal}{2}/(focal \ length)$$

APPL-1016, p.107; *see also* APPL-1011, 11:44-54. With a diagonal of 43.27 mm

and a focal length of 100 mm, **<u>HFOV = 12.21 degrees</u>** for a 35 mm lens. APPL-

1003, p.35. A POSITA would have understood Huang's telephoto lens with a

similar HFOV of 16.3 degrees to be essentially equivalent to Parulski's telephoto

lens, based on the similarity between the fields of view of the lenses. *See* APPL-

1003, p.35; APPL-1006, Table 1; see also APPL-1019, pp.9-10 (teaching that

"normal" measurements for a HFOV for a long-focus 35 mm camera are about 14

degrees).

Thus, a POSITA would have been motivated to incorporate Huang's

telephoto lens assembly in Parulski's cell phone embodiment and would have

reasonably expected success in doing so since both Parulski and Huang specify fixed-focal length telephoto lenses and Huang meets Parulski's need for lenses compatible with mobile device cameras having reduced thickness. APPL-1003, p.35. Such a combination would have beneficially met Parulski's stated need for a thin dual-lens assembly appropriate for a cell phone but at a reduced cost, as stated in Huang. *Id*.

### 5.    *Reasons to Combine Parulski and Tang*

Similar to the reasons for the combination of Parulski and Huang, a POSITA also would have incorporated a lens design like Tang's wide-angle lens assembly as the wide-angle lens unit in Parulski's cell phone camera. APPL-1003, p.36. Such a combination would have been nothing more than using known methods to incorporate Tang's lens unit as the wide-angle portion of Parulski's integrated lens unit to obtain the same predictable result, as described in Parulski, of a fixed-focal length wide-angle lens assembly in Parulski's cell phone device. *Id*. A POSITA would have been motivated make this combination for several reasons.

First, as discussed above, Parulski does not provide lens prescription data for either the wide or telephoto fixed-focal length lens unit in image assembly 610. To create a working lens image assembly 610, a POSITA would have needed to look to a wide-angle lens unit like Tang's, which provides not only a similar fixed-focal length wide-angle lens, but also provides lens data that specifies the properties and

configuration that teaches a POSITA how to construct a wide-angle lens unit. APPL-1003, p.35; APPL-1009, Fig. 7. A POSITA would have recognized that Tang's wide-angle lens assembly is just one possible option to implement Parulski's image assembly 610 since Tang describes the use of its lens in "portable electronic devices" such as smart phones and PDAs. APPL-1003, p.35; APPL-1009, 1:6-8, 37-38. Tang further states that its lens "features better image quality, maintains a moderate total track length and is applicable to compact portable electronic products," thus satisfying Parulski's desire for selecting lenses that offer reduced thickness compatible with a mobile device. *See* APPL-1005, 24:20-27; APPL-1009, 1:47-50.

Further, a POSITA would have understood that Parulski's discussion on focal length is in the context of lenses for 35 mm photography, wherein a wide-angle lens with 40 mm focal length would have a HFOV of about 28 degrees.

As discussed above, this value can be calculated using the formula:

$$HFOV = \arctan\left(\frac{diagonal}{2}/(focal\ length)\right)$$

With a diagonal of 43.27 mm and a focal length of 40 mm, **HFOV = 28.40 degrees** for a 35 mm lens. See APPL-1016, p.107. A POSITA would have understood Tang's wide-angle lens with a similar HFOV of 33.2 degrees to be essentially equivalent to Parulski's wide-angle lens, based on the similarity between the fields of view of the lenses. *See* APPL-1003, p.36; APPL-1005, 23:23-

25

43; APPL-1009, Fig. 7; *see also* APPL-1019, pp.9-10 ("A wide-angle lens will cover an angular semifield of about 30° to 35°").

Thus, a POSITA would have been motivated to incorporate Tang's wide-angle lens unit in Parulski's cell phone embodiment and would have reasonably expected success in doing so since both Parulski and Tang specify fixed-focal length wide-angle lens units and Tang meets Parulski's need for lenses with reduced thickness. APPL-1003, p.36. Such a combination would have beneficially met Parulski's stated need for a thin dual-lens assembly appropriate for compact portable electronic devices that provide improved image quality, as stated in Tang. APPL-1003, p.36; APPL-1009, 1:47-50.

The following analysis describes how the combination of Parulski, Huang, and Tang renders obvious claims 1, 2, 5, 7, 11-13, 15, 16, 18, and 20 of the '840 Patent. A corresponding claim chart is included in Dr. Sasián's expert declaration. *See* APPL-1003, p.37.

### 6.    *Claim 1*

**[1.0] *A mobile electronic device comprising an integrated camera,***

Parulski renders this limitation obvious because it teaches a "mobile phone camera with two image capture stages" APPL-1005, 9:5-7. This embodiment is shown below in Figs. 15A & 15B:



*FIG. 15A*          *FIG. 15B*

*Id.*, Figs 15A &15B.

As described by Parulski, this embodiment utilizes "an **integrated image capture assembly** [that] may be adapted for use in a cell phone of the type having a picture taking capability." *Id.*, 23:4-20. A POSITA would have understood Parulski's "mobile phone camera" including "related electronics" to be a "*mobile electronic device*" as claimed. *See* APPL-1003, p.38; APPL-1005, 23:4-20. Furthermore, as shown above in Figs. 15A and 15B above, a POSITA would have understood Parulski's "integrated image capture assembly" for capturing images to

27

be an "*integrated camera*" included in the mobile phone embodiment as claimed. APPL-1003, p.38.

Therefore, Parulski teaches this limitation. *See* APPL-1003, p.38.

**[1.1] *wherein the camera comprises a Wide camera unit comprising a Wide lens unit and a Telephoto camera unit comprising a Telephoto lens unit,***

Parulski renders this limitation obvious. As discussed above in [1.0], Parulski's mobile phone embodiment includes an integrated capture assembly. *See* APPL-1005, 23:4-20. This integrated capture assembly 610 includes "**a fixed focal length wide angle lens**" (612) and "**fixed focal length telephoto lens**" (610). *Id.*, 23:28-43 "Both of the lenses are oriented in the same direction in order to form images of the same portion of the overall scene in front of them, albeit with different fields of view." *Id.*

Figs. 16A and 16B, showing an example of Parulski's image capture assembly 610:



*Id.*, Figs. 16A and 16B (annotated).

Therefore, Parulski's first lens 612 is a telephoto camera unit comprising a telephoto lens unit and Parulski's second lens 614 is a wide camera unit comprising a wide lens unit. *Id.*, 23:28-43. Thus, Parulski teaches this limitation. APPL-1003, p.40.

**[1.2] the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and**

The combination of Parulski, Huang, and Tang renders this limitation obvious. First, as discussed in [1.1], Parulski teaches a wide first lens 612 and a telephoto second lens 614. APPL-1005, Figs. 16A-16B, 23:28-43. As discussed

29

above, it would have been obvious for a POSITA to incorporate Huang's Example 1 telephoto lens and Tang's Embodiment 1 wide-angle lens as Parulski's telephoto and wide-angle lens units, respectively.

Second, Huang teaches a telephoto lens unit in, for example, Example 1 that has a TTL/EFL smaller than one. *See* APPL-1003, p.41 (citing APPL-1006, Abstract, Fig. 1, Table 1). More specifically, Huang's Example 1 lens has a TTL of 5.348 mm and an EFL of 6.6 mm, thus yielding the ratio of 5.348/6.6, which is less than one. APPL-1003, p.41.

With regard to the TTL measurement in Huang's Example 1, the Claim Construction section shows that a POSITA would have understood TTL to describe the on-axis spacing between the object-side surface of the first lens element and the image plane. *See* APPL-1003, p.41; APPL-1008, 3:24-26. The TTL of Huang's Example 1 lens can therefore be determined by summing the distances between the object-side surface of the first lens 100 and the image surface 180, as shown below:



Fig. 1

**Total Track Length (TTL)**

**Object-side surface of first lens element**

**Image surface**

APPL-1006, Fig. 1 (annotated). The distance of each lens and space along the optical axis in addition to the EFL of the Example 1 lens are provided in Table 1 below:

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

TABLE 1

| EFL | 1st Embodiment | | | | | | |
|---|---|---|---|---|---|---|---|
| | f = 6.60 mm | Fno = 2.85, HFOV = 16.3 deg. | | | | | |

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

| 1st Embodiment | | | | | | | |
|---|---|---|---|---|---|---|---|
| f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | | |

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

**TTL = Thicknesses of lenses and spaces = 5.348 mm**

*Id.*, Table 1 (annotated).

Summing the distances in the "Thickness" column results in a TTL of 5.348

mm. APPL-1003, p.43. This was confirmed when the lens prescription of Huang's

Example 1 was entered in the lens design program Zemax, as shown below:

32



APPL-1003, Appendix, Fig. 1 (annotated).

Huang also teaches providing "**a focal length of the photographing optical lens assembly is f**," which in the Example 1 embodiment, as shown in Table 1, is "**f = 6.60 mm**." *See* APPL-1006, 2:1-2, Table 1. A POSITA would have understood this to be the effective focal length (EFL) of the Example 1 lens unit since the Claim Construction section above shows that a POSITA would have understood EFL to describe the focal length of the entire lens system. Accordingly, Huang's Example 1 lens assembly has a TTL = 5.348 mm and an EFL = 6.6 mm,

thereby **yielding a TTL/EFL (5.384/6.60) ratio of 0.81 which is smaller than one**. APPL-1003, p.44.

As discussed above, a POSITA would have found it obvious to include Huang's Example 1 lens assembly in Parulski's cell phone embodiment because Parulski teaches using a generic fixed-focal length telephoto lens system in a cell phone embodiment and Huang teaches that its Example 1 fixed-focal length telephoto lens unit is designed to be used in mobile devices like a cell phone camera. *See* APPL-1003, p.44; APPL-1006, Fig. 20 (showing a smart phone embodiment), 8:44-51 ("[T]he photographing optical lens assembly can be applied to 3D (three-dimensional) image capturing applications, in products such as digital cameras, mobile devices, digital tablets, …."), 35:53-60 ("The electronic device 10 of the 9th embodiment is a **smart phone**, wherein the electronic device 10 includes an image capturing device 11.").

As further discussed above, a POSITA would have further understood that Huang's Example 1 lens assembly fits Parulski's description of a "100 mm equiv. lens" based on their similar half fields of view (16.3 degrees and 12.21 degrees, respectively). *See* APPL-1003, p.45; APPL-1005, 23:38-40; APPL-1006, Table 1.

Third, Tang teaches a wide-angle lens with a TTL/EFL ratio larger than one. For example, Tang provides a half of a maximal field of view of the lens assembly of 33.2 degrees. APPL-1009, Fig. 7. A POSITA would have understood Tang's

Embodiment 1 to be a wide-angle lens based on its field of view. S*ee e.g.*, APPL-1019, p.8 ("A wide-field lens will cover an angular semifield of about 30° to 35°.").

Tang's Embodiment 1 wide angle lens unit also has a TTL of 4.878 mm and an EFL of 4.34 mm, thus yielding a ratio of 4.878/4.34 which is larger than one. Similar to the method discussed above, the TTL of Tang's Embodiment 1 lens can be determined by summing the distances between the object-side surface of the first lens 100 and the image plane 170, as shown below:



Fig. 1A

APPL-1009, Fig. 1A (annotated). The distance of each lens and space along the optical axis in addition to the EFL of Tang's Embodiment 1 lens are provided in Table 1 below:

| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
|---|---|---|---|---|---|---|---|
| | | TABLE 1 | | | | | |
| | | (Embodiment 1) | | | | | |
| | | f = 4.34 mm, Fno = 2.85, HFOV = 33.2 deg. | | | | | |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.424400 (ASP) | 0.562 | Plastic | 1.544 | 55.9 | 2.55 |
| 2 | | -43.791100 (ASP) | -0.010 | | | | |
| 3 | Ape. Stop | Plano | 0.096 | | | | |
| 4 | Lens 2 | -15.543700 (ASP) | 0.351 | Plastic | 1.632 | 23.4 | -5.28 |
| 5 | | 4.287000 (ASP) | 0.559 | | | | |
| 6 | Lens 3 | -3.112200 (ASP) | 0.302 | Plastic | 1.632 | 23.4 | -26.30 |
| 7 | | -3.973100 (ASP) | 0.274 | | | | |
| 8 | Lens 4 | -3.011300 (ASP) | 0.790 | Plastic | 1.544 | 55.9 | 2.03 |
| 9 | | -0.881520 (ASP) | 0.250 | | | | |
| 10 | Lens 5 | -2.171820 (ASP) | 0.360 | Plastic | 1.530 | 55.8 | -1.73 |
| 11 | | 1.674970 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.334 | | | | |
| 14 | Image | Plano | | | | | |

**EFL**

# Fig.7

**TTL = Thicknesses of lenses and spaces = 4.878 mm**

*Id.*, Fig. 7 (annotated).

Summing the distances in the "Thickness" column results in a TTL of **4.878 mm** (disregarding the negative value of Surface # 2 which does not affect the TTL). *Id*. This measurement was confirmed by Zemax. *See* APPL-1003, Appendix, Fig. 7. Tang also provides an effective focal length (EFL) for its Embodiment 1 lens system, as shown in Table 1 as "**f = 4.34 mm**." *See id.*, Table 1, 8:51.

Accordingly, Tang's Embodiment 1 lens assembly has a **TTL/EFL (4.878/4.34) ratio of 1.12 which is greater than one**. APPL-1003, p.47.

As discussed above, a POSITA would have found it obvious to include Tang's Embodiment 1 lens assembly in Parulski's cell phone embodiment because Parulski teaches using a generic fixed-focal length wide-angle lens system in a cell phone embodiment and Tang teaches that its Embodiment 1 wide-angle lens unit is designed to be used in portable electronic devices such as smart phones. *See* APPL-1003, p.47; APPL-1009, 1:6-8, 37-38 ("The present invention relates to an imaging lens assembly, and more particularly, to a compact imaging lens assembly used in portable electronic devices").

As further discussed above, a POSITA would have further understood that Tang's Embodiment 1 lens assembly fits Parulski's description of a "40 mm equiv. lens" based on their similar half fields of view (33.2 degrees and 28.40 degrees, respectively). *See* APPL-1003, p.48; APPL-1005, 23:36-37; APPL-1009, Table 1.

A POSITA thus would have been motivated to combine Tang's wide-angle lens with a TTL/EFL of greater than one and Huang's telephoto lens with a TTL/EFL of less than one with Parulski's cell phone camera to achieve the same benefits of reduced thickness and high image quality over a wide power region. *See* APPL-1003, pp.48-49; APPL-1009, p.9.

Accordingly, the Parulski's image capture assembly combined with Huang's telephoto lens unit and Tang's wide-angle lens unit renders this limitation obvious. *Id.*, p.49.

### *[1.3]* [the Telephoto lens unit and the Wide lens unit ...] *defining separate Telephoto and Wide optical paths,*

The combination of Parulski, Huang, and Tang renders this limitation obvious.  First, as discussed in [1.0], Parulski's image capture assembly 610 includes a wide first lens 612 (which is a telephoto camera unit comprising a telephoto lens unit) and a telephoto second lens 614 (which is a wide camera unit comprising a wide lens unit). APPL-1005, 23:28-43. The first and second lenses 612, 614 include different optical paths, as shown in FIG 16B annotated below:



*Id.*, FIGS. 16A, 16B (annotated). A POSITA would have understood that light passing through the Wide camera unit to the first sensor 614 defines a Wide optical path and the light passing through the Telephoto camera unit to the second sensor 618 defines a separate Telephoto optical path. APPL-1003, pp.50-51.



**Tele Camera Unit Optical Path (Huang Example 1)**

**Wide Camera Unit Optical Path (Tang Embodiment 1)**

APPL-1006, Fig. 1, APPL-1009, Fig. 1A (annotated)

41

Second, as discussed above and in [1.2], it would have been obvious to combine Huang's Example 1 telephoto lens assembly and Tang's wide-angle lens assembly with Parulski's image capture assembly 610, and in particular, to incorporate the specifications of Huang's and Tang's lens units with Parulski's image capture assembly. This combination would have maintained the same optical path of light passing through the combined lens assembly, and in particular, would have maintained a separate optical path for each lens unit. *Id.*, pp.51-52.

Thus, the combination of Parulski, Huang, and Tang teaches a Telephoto lens unit and a Wide lens unit "*defining separate Telephoto and Wide optical paths.*" *Id.*, p.52.

**[1.4] *wherein the Telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers,***

Parulski and Huang render this limitation obvious. First, as discussed above and in [1.2], Huang's Example 1 lens assembly is a Telephoto lens unit that a POSITA would have found obvious to combine with Parulski's cell phone camera. APPL-1003, p.52. As shown in Fig. 1 below, Huang's Example 1 lens assembly "comprises multiple lens elements" (i.e., lens elements L1-L6):



Fig. 1

APPL-1006, Fig. 1 (annotated).

Second, Huang teaches that the multiple lens elements L1-L6 are made of at least two different polymer materials having different Abbe numbers. The lens data including materials and abbe numbers for each of Huang's Example 1 lenses L1-L6 is given in Table 1 below.

TABLE 1

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.464 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.740 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

**Lens Material**

**Lens Abbe #**

APPL-1006, Table 1 (annotated).

As shown in Table 1, the material of each of the lens elements L1-L6 of Huang's Example 1 lens is listed as plastic, which a POSITA would understand to be a polymer material. APPL-1003, p.53. Furthermore, the lens elements L1-L6

44

have different Abbe numbers ranging from 21.4 to 55.9 as listed in the column of Table 1. APPL-1006, Table 1.

Thus, Huang's Example 1 teaches this limitation. APPL-1003, pp.52-53.

*[1.5] wherein the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly and a second group of at least two lens elements,*

Parulski and Huang render this limitation obvious. First, as discussed in [1.4], Huang's Example 1 lens system includes multiple lens elements. These lens elements comprise a first group of at least three lens elements and a second group of at least two elements as shown below in Fig. 1:

45



Fig. 1

APPL-1006, Fig. 1 (annotated).

As discussed in [1.1], a telephoto lens assembly satisfies the condition TTL<EFL. Huang teaches that the "multiple lens elements" of its Example 1 lens assembly "form a telephoto lens assembly" because its TTL is less than its EFL (5.348 mm<6.60 mm). *See* APPL-1006, Table 1.

Second, inasmuch as the claim limitation is interpreted to mean that the "first group of at least three lens elements" are together "configured to form a telephoto lens assembly," the first group of lenses L1-L3 in Huang's Example 1

46

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

lens assembly also meet the condition TTL < EFL. To determine the value of TTL

for the first group of lenses of Huang's Example 1 lens assembly, the thicknesses

of the lens elements and spaces can be added together with the distance to the

image plane, as shown below with reference to Table 1.

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

**TTL of Group 1 = Thicknesses of lenses and spaces for L1-L3 (1.893 mm) + Distance to image plane for L1-L3**

47

APPL-1006, Table 1 (annotated). The sum of the thicknesses of lenses and spaces as shown in the "Thickness" column for lenses L1-L3 in the first group is 1.893 mm. This value is then added to the distance to the image plane for a total TTL of 4.57583 mm, as calculated below in Zemax.



APPL-1003, Appendix, Fig. 2.

The EFL of Huang's Example 1 first lens group was determined by Zemax to be 5.61 mm. *See* APPL-1003, Appendix, Fig. 1. Therefore, the TTL of Huang's Example 1 first lens group (4.57583 mm) is smaller than the EFL (5.61 mm), thereby satisfying the telephoto criteria of TTL<EFL such that the "first group of at

least three lens elements [is] configured to form a telephoto lens assembly" as recited.

Thus, the combination of Parulski and Huang renders this limitation obvious. APPL-1003, p.55.

**[1.6] the second group of at least two lens elements spaced apart from the first group of at least three lens elements by a predetermined effective gap equal to or larger than ⅓ of the TTL of the Telephoto lens unit,**

The combination of Parulski and Huang renders this limitation obvious. First, as discussed in [1.5], Huang's Example 1 lens assembly includes a first group of at least three lens elements and a second group of at least two lens elements, as shown in Fig. 1.

49



APPL-1006, Fig. 1 (annotated).

Second, as shown in Fig. 1 above, the second group in Huang is spaced apart from the first group "*by a predetermined effective gap equal to or larger than ⅓ of the TTL of the Telephoto lens unit*" as claimed. APPL-1003, p.56. Specifically, the distance of the gap between the first group and the second group is shown below in Huang's Table 1, and is 1.345 mm:

TABLE 1-continued

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

**Gap Between First Group and Second Group**

APPL-1006, Table 1 (annotated).

As shown in Table 1, the gap measures 1.345 mm across. As discussed in [1.1], the TTL of Huang's telephoto Example 1 lens assembly is 5.348 mm. Therefore 1/5th of the TTL is 5.348/5 = 1.0696 mm.

Since the gap between the first and second groups of Huang's Example 1 lens assembly is 1.345 mm (which is greater than 1.0696 mm), Huang teaches the second group is spaced apart from the first group "*by a predetermined effective gap equal to or larger than ⅕ of the TTL of the Telephoto lens unit.*" APPL-1003, p.57.

***[1.7] wherein the first group of at least three lens elements comprises, in order from an object plane to an image plane along an optical axis of the Telephoto lens unit, a first lens element having positive optical power and***

The combination of Parulski and Huang renders this limitation obvious.

First, as discussed in [1.5], Huang's Example 1 lens assembly includes a first group of at least three lens elements L1-L3 arranged in order from an object plane to an image plane along an optical axis of the Telephoto lens unit as shown in Fig. 1 below:

52



APPL-1006, Fig. 1 (annotated).

Second, as shown in Fig. 1, Huang specifically teaches that the lenses of its Example 1 lens assembly are arranged from the object-side to the image-side **along an optical axis**.

> In Table 1, the curvature radius, the thickness and the focal length are shown in millimeters (mm). Surface numbers 0-16 represent the **surfaces sequentially arranged from the object-side to the image-side along the optical axis**.

53

*Id.*, 13:45-48. A POSITA would have understood that lenses arranged along an optical axis (e.g., as shown in FIG. 1) are necessarily in order from "an object plane to an image plane." APPL-1003, p.59. Huang's Example 1 lens assembly includes image surface 180 in FIG. 1, which a POSITA would have understood to be an "image plane." *See id.*, APPL-1006, 13:45-48.

Third, a POSITA would have understood that Huang's lens assembly, as well as other lens assemblies, include an "object plane." For example, "Introduction to Geometrical Optics" by Katz (APPL-1016) show typical ray tracings of a lens on an optical axis, where "[t]he arrow MQ lies in the object plane" and the arrow M'Q' lies in the image plane. APPL-1016, pp.97-98.



Figure 7.7 Construction of the image of an off-axis object point.

*Id.*, p.98.

Further, a POSITA would have known that light rays are traced and originate from an object plane. APPL-1003, p.59. The object plane and the image plane are optically conjugated, such that one is an image of the other. *See* APPL-

1003, p.59; APPL-1016, pp.97-98. In a photographic lens, the object plane would have been understood to be to the left of the lens assembly (similar to Figure 7.7 above). *See id.*

Therefore, the first lens group of Huang's Example 1 lens comprises lenses L1-L3 "*in order from an object plane to an image plane along an optical axis of the Telephoto lens unit.*"

Fourth, Huang teaches that the Example 1 first lens group includes "a first lens element having positive optical power." APPL-1006, 9:23-33, 42 ("**The first lens element 110 with positive refractive power** ....").  A POSITA would have understood "positive refractive power" as stated by Huang to be equivalent to "positive optical power" as recited in the claim. APPL-1003, p.60.

Thus, Huang's Example 1 lens system teaches this limitation. *Id.*

**[1.8] *a pair of second and third lens elements having together negative optical power such that the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit and***

The combination of Parulski and Huang renders this limitation obvious. First, the second and third lens elements in Huang's first group both have negative optical power. *See* APPL-1006, 9:51 ("[t]he second lens element 120 with negative refractive power"); 9:58 ("[t]he third lens element 130 with negative refractive power"). A POSITA would have understood that two consecutive lens elements

55

with negative optical power have together negative optical power. APPL-1003, p.60.

More specifically, the combined optical power of L2 and L3 of Huang can be calculated with the values provided in Table 1. As shown below, the focal length of L2 is -3.57 mm (f2) and the focal length of L3 is -8.42 mm (f3).

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment<br>f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment<br>f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

**f2**

**f3**

**Distance Between L2 and L3**

APPL-1006, Table 1 (annotated).

As discussed above, a POSITA would have known that the combined power of two lenses is equal to the inverse of their combined focal length as given by the formula:

$$\frac{1}{f} = \frac{1}{f_1} + \frac{1}{f_2} - \frac{l}{f_1 f_2}$$

Where $f$ is the combined focal length of the two lenses, $f_1$ and $f_2$ are the focal lengths of the lenses, and $l$ is the distance between the lenses.

APPL-1010, p.23. Substituting in the focal lengths for L2 and L3 and the distance between L2 and L3 from Table 1 provides a negative value:

$$\frac{1}{f} = \frac{1}{-3.75} + \frac{1}{-8.42} - \frac{0.454}{(-3.75)(-8.42)} = -0.3998$$

Because the result is negative, a POSITA would have understood Huang's Example 1 lens unit to yield "*a pair of second and third lens elements having together negative optical power*" as claimed. APPL-1003, p.63. The negative optical power of the combined second and third lens elements is confirmed by Zemax, which calculates $1/f =$ **–0.42**. APPL-1003, p.63, Appendix, Fig. 2.

To the extent that this claim limitation is interpreted to refer to "the first group of at least three lens elements," Huang further teaches that the first three elements together function as a telephoto lens. *Id*. For example, the optical data for Huang's Example 1 lens assembly provides for a focal length of 4.57583 mm and a track length of 5.163 mm for lenses L1-L3 combined, as calculated by Zemax. *See* APPL-1003, Appendix, Figs. 2-3. As discussed in the Claim Construction section, since the TTL is longer than the EFL for these lenses, the first lens group of Huang

is a "Telephoto lens assembly [that] provides a Telephoto optical effect of the Telephoto lens unit" as recited by the claim. APPL-1003, p.62.

Second, Huang renders obvious that "the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit." In particular, a POSITA would have understood that a Telephoto lens assembly would necessarily provide a Telephoto optical effect. *Id.* Further, Huang references its "telephoto abilities," therefore indicating a telephoto effect. APPL-1006, 5:58-60 ("It is favorable for controlling the arrangement of the lens elements effectively, and improving the **telephoto ability**."); APPL-1006, 6:7-12 ("Therefore, it is favorable for enhancing the image capturing ability on a specific region and obtaining the **excellent telephoto ability** ….").

Accordingly, a POSITA would have understood the "telephoto abilities" of Huang's lens assembly to render obvious "a Telephoto optical effect of the Telephoto lens unit" as recited. APPL-1003, p.63. Thus, Huang's Example 1 teaches this limitation. *Id.*

**[1.9] such that the second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number for reducing chromatic aberrations of the Telephoto lens,**

The combination of Parulski and Huang renders this limitation obvious. Specifically, the L2 and L3 lenses in Huang's Example 1 lens system are of different materials having different Abbe numbers, as shown in Table 1 below:

59

## TABLE 1

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

## TABLE 1-continued

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

APPL-1006, Table 1 (annotated).

As shown in Table 1, L2 is made of plastic (polymer) with a refractive index of 1.640 and an Abbe number of 23.3. L3 is also made out of plastic (polymer) with a refractive index of 1.530 and an Abbe number of 55.8. A POSITA would understand that both L2 and L3 are made of at least two different polymer

materials (based on their being plastic and having different refractive indices).

APPL-1003, p.63. A POSITA also would have understood L2 and L3 to each have

"a different Abbe number for reducing chromatic aberrations of the Telephoto

lens" based on L2's Abbe number of 23.3 and L3's Abbe number of 55.8. *Id*. A

POSITA would have understood that the combination of two consecutive lenses

with different Abbe numbers would help to correct chromatic aberration, as

evidenced by Sverdrup (APPL-1017) which states "[c]hromatic aberration can be

addressed in lenses by combining two different materials with differing Abbe

numbers." APPL-1003, pp.63-64; *see also* APPL-1017, 3:1-5; APPL-1019, p.37.

Thus, Huang's Example 1 teaches this limitation. APPL-1003, p.64.

**[1.10] *wherein the second group of lens elements includes a fourth lens element and a fifth lens element made of the different polymer materials having different Abbe numbers and***

The combination of Parulski and Huang renders this limitation obvious. As

discussed in [1.5], Huang's Example 1 lens assembly includes a second group of

lens elements as shown in FIG. 1 below:



Fig. 1

APPL-1006, Fig. 1 (annotated).

The material, refractive index, and Abbe number of the lenses of the second group of Huang's Example 1 lens assembly are shown in Table 1 below:

62

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment | | | | | | |
| | | f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment | | | | | | |
| | | f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

**L4**

**L5**

Note:

Reference wavelength is 587.6 nm (d-line).

APPL-1006, Table 1 (annotated).

As shown in the table, the lens annotated as L4 is made of plastic (polymer)
with a refractive index of 1.650 and an Abbe number of 21.4 and the lens
annotated as L5 is also made of plastic (polymer) with a refractive index of 1.530
and an Abbe number of 55.8. *Id.*, Table 1. A POSITA would have thus understood

63

that both L4 and L5 are made of at least two different polymer materials because

they are both plastic but with different refractive indices and Abbe numbers.

APPL-1003, p.67. Huang's Lens 5 may be a "fourth lens element" and Lens 6 may

be a "fifth lens element" because the claim language does not include any

restriction requiring identification of each lens along the optical axis for lenses in

the second group, and also indicates that the second group can have more than two

lens elements. *Id.*, pp.67-68.

Thus, Huang's Example 1 teaches this limitation. APPL-1003, p.68.

**[1.11] [wherein the second group of lens elements ...]** *is configured to correct a field curvature and to compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements, and*

The combination of Parulski and Huang renders this limitation obvious. As

discussed in [1.5], Huang's Example 1 lens assembly includes a second group of

lens elements including three lens elements. A POSITA would have understood

these lenses to teach the above limitation. APPL-1003, p.68.

First, the field curvature of Huang's Example 1 lens assembly is corrected

by the second group of lenses. In the figures below, the field curvature of the lens

group 1 (L1-L3) and the lens groups 1 and 2 (L1-L6) are shown, as rendered by

Zemax:



**Group 1 (L1-L3)**          **Groups 1 & 2 (L1-L6)**

APPL-1003, p.68 (Fig. 4, Appendix).

As shown above, the standard field curves show that lenses L1-L3 in the first group have some residual field curvature with a maximum of about -0.22 mm for the light beam at 16.3°, and that the field curves are curved. APPL-1003, p.68. The field curves for the complete objective, L1-L6, show that the second group of lenses L4-L6 corrects for the residual field curvature of the first lens group L1-L3 as the field curves have a maximum of about 0.1 mm and are nearly straight. *Id*. Accordingly, a POSITA would have known that the second group of lens elements "is configured to correct a field curvature" of the Telephoto lens assembly. *Id*.

65

Second, a POSITA would have known that that the second group of lens elements is configured to "compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements" as recited. *Id*., p.69. Specifically, a POSITA would have understood that lateral and longitudinal chromatic aberration can be shown by optical path difference meridional plots and chromatic focal shift curves for Huang's Example 1 lens assembly as generated by Zemax:

**Optical Path Difference Meridional Plots**



**Group 1 (L1-L3)**          **Groups 1 & 2 (L1-L6)**

*Id.* (Fig. 5, Appendix).

The optical path difference meridional plot for the light beam at 16.3° shows lateral and longitudinal chromatic aberration for the first group of lenses L1-L3 as

the plots for the F and C wavelengths are tilted and curved with respect to each other. APPL-1003, p.70. The same plots for the complete lens assembly L1-L6 shows no tilt or curvature for the F and C wavelengths, indicating that the second group compensates for residual chromatic aberration from the first group. *Id.*

### Chromatic Focal Shift Curves

 

Group 1 (L1-L3)        Groups 1 & 2 (L1-L6)

*Id.* (Fig. 6, Appendix).

Further, the chromatic focal shift curve for the first group of lenses (L1-L3) shows longitudinal chromatic aberration, while the same curve for the complete lens assembly (L1-L6) shows that residual longitudinal chromatic aberration has been compensated as at least two wavelengths focused at the same focal distance. Thus, a POSITA would have known that the second group of lens elements is configured to "compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the

Telephoto lens assembly and the second group of at least two lens elements." *Id.*,

p.70.

Accordingly, a POSITA would have understood that Huang's second group

of lens elements "*is configured to correct a field curvature and to compensate for*

*residual chromatic aberrations of the Telephoto lens assembly dispersed during*

*light passage through the effective gap between the Telephoto lens assembly and*

*the second group of at least two lens elements.*" *Id.*, pp.70-71.

**[1.12] wherein the first, third and fifth lens elements have each an Abbe number**
**greater than 50**

The combination of Parulski and Huang renders this limitation obvious. As

discussed in [1.9]-[1.10], Huang discloses lens data including the Abbe number of

each of its lens element in Table 1:

## TABLE 1

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

**L1**

## TABLE 1-continued

**L3**

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

**L5**

Note:
Reference wavelength is 587.6 nm (d-line).

APPL-1006, Table 1 (annotated).

As shown in the table, the lens elements annotated as L1, L3, and L5 have Abbe numbers of 55.9, 55.8, and 55.7, respectively. Petitioners note that Huang's Lens 6 is interpreted as "the fifth lens" (L5) because the claim language does not include any restriction that require the fifth lens element to be in order along the

69

optical axis for lenses in the second group. APPL-1003, pp.71-72. Thus, Huang's Example 1 teaches this limitation. *Id*.

**[1.13] the second and fourth lens elements have each an Abbe number smaller than 30.**

The combination of Parulski and Huang renders this limitation obvious. As discussed in [1.9]-[1.10], Huang discloses lens data including the Abbe number of each of its lens element in Table 1:

70

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

TABLE 1-continued

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

**L2**

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.? | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

**L4**

Note:
Reference wavelength is 587.6 nm (d-line).

APPL-1006, Table 1 (annotated).

As shown in the table, the lens elements annotated as L2 and L4 have Abbe numbers of 23.3 and 21.4, respectively. Petitioners note that Huang's Lens 5 is interpreted as "the fourth lens" (L4) because the claim language does not require

that the fourth lens be in order along the optical axis for lenses in the second group. APPL-1003, pp.72-73. Thus, Huang's Example 1 teaches this limitation. *Id*.

### 7. *Claim 2*

**[2.0] The mobile electronic device of claim 1, wherein light receiving outer surfaces of the Wide and Telephoto lens units are located substantially in the same plane, thereby reducing shadowing and light blocking effects therebetween.**

The combination of Parulski, Huang, and Tang renders this limitation obvious. As discussed in [1.0], Parulski's cell phone camera utilizes an integrated capture assembly that includes a "a fixed focal length wide angle lens" a "fixed focal length telephoto lens" that a POSITA would understand to be Wide and Telephoto lenses, respectively. APPL-1005, 23:28-43.

Figs. 16A and 16B showing an example of Parulski's image capture assembly 610 with the Telephoto and Wide lens assembly is shown below:



*Id.*, Figs. 16A, 16B (annotated).

As shown in the above figures, Parulski's Telephoto and Wide camera units include light receiving outer surfaces (opposite image sensors 614 and 618) that lie along a same plane. *Id.*, Figs. 16A, 16B. Therefore, a POSITA would have understood that Parulski's image capture assembly 610 teaches "*wherein light receiving outer surfaces of the Wide and Telephoto lens units are located substantially in the same plane*" as recited. APPL-1003, p.74.

Furthermore, a POSITA would have recognized that Parulski's Telephoto and Wide camera units shown in Figs. 16A and 16B do not include features extending upwards further than the light receiving outer surfaces (and associated

plane upon which they lie) that would cause shadowing or light blocking effects. *Id.*

Additionally, as discussed above in [1.2], the TTL of the telephoto lens assembly of Huang is 5.348 mm, and the TTL of the wide-angle lens assembly of Tang is 4.878 mm. Since there is not substantial difference with respect to the thickness of a mobile phone, a POSITA would have understood that the front receiving surfaces of these lens assemblies would be located substantially in the same plane. *See* APPL-1003, p.75. Moreover, a POSITA would have understood that a difference between the TTLs of 5.348mm and 4.878mm is not substantial in terms of causing shadowing or light blocking effects between the lenses.

Thus, Parulski's image capture assembly 610 teaches this limitation. *Id*.

### 8.    *Claim 5*

**[5.0] The mobile electronic device of claim 1, wherein the Wide and Telephoto camera units are mounted directly on a single printed circuit board.**

Parulski, Huang, and Tang render this limitation obvious. As discussed in [1.0], Parulski's cell phone camera includes an integrated capture assembly that includes a Wide camera with a Wide lens unit and a Telephoto camera unit with a Telephoto lens unit. APPL-1005, 23:28-43. The Wide and Telephoto camera units of this integrated capture assembly are mounted directly on a common substrate 620 as shown in Figs. 16A and 16B.

74



*Id.*, Figs. 16A, 16B (annotated).

> As the cellular image capture assembly 610 is shown in
> FIGS. 16A and 16B, where FIG. 16A is a top view of the
> assembly 610 taken along the lines 24B-24B in FIG.16B,
> **the assembly 610 comprises an integrated packaging of**
> **the optical and imaging components on a common**
> **substrate 620**.

*Id.*, 23:28-32.

Since both of Parulski's Telephoto and Wide camera units are included in

"integrated packaging" on a common substrate 620 (which a POSITA would

understand is part of a circuit board), Parulski teaches this limitation. APPL-1003,

p.76.

### 9. *Claim 7*

**[7.0] The mobile electronic device of claim 1, wherein the Telephoto lens unit has a TTL less than 6.5 mm.**

The combination of Parulski and Huang renders this limitation obvious. As

discussed in [1.1], the TTL of Huang's Telephoto lens unit can be calculated to be

5.348 mm as shown in Table 1 below:

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | | 1st Embodiment | | | | | |
| | | f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | | 1st Embodiment | | | | | |
| | | f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

**TTL = Thicknesses of lenses and spaces = 5.348 mm**

APPL-1006, Table 1 (annotated).

Thus, Huang's Example 1 with a TTL of 5.348 teaches this limitation.

APPL-1003, p.77.

### 10.    Claim 11

**[11.0] The mobile electronic device of claim 1, wherein the Telephoto lens unit TTL/EFL ratio is smaller than 0.9.**

As discussed in [1.2], Huang's Example 1 lens system is a Telephoto lens unit with TTL = 5.348 mm and EFL = 6.6 mm. Therefore, the ratio of TTL/EFL = 5.348/6.6 = 0.81, which is smaller than 0.9. Thus, Huang teaches this limitation. APPL-1003, p.78.

### 11.    Claim 12

**[12.0] The mobile electronic device of claim 1, wherein the Telephoto lens unit TTL is less than 5.5 mm.**

As discussed in [1.2], Huang's Example 1 lens system is a Telephoto lens unit with TTL = 5.348 mm, which is less than 5.5 mm. Thus, Huang teaches this limitation *Id.*

### 12.    Claim 13

**[13.0] The mobile electronic device of claim 1, wherein the Telephoto lens unit EFL is greater than 5.9 mm.**

As discussed in [1.2], Huang's Example 1 lens system is a Telephoto lens unit with EFL = 6.6 mm, which is greater than 5.9 mm. Thus, Huang teaches this limitation. *Id.*

### 13.    Claim 15

**[15.0] The mobile electronic device of claim 1, wherein the Telephoto camera unit includes an image sensor and wherein an image captured by the Telephoto camera unit has a field of view that is no larger than 44 degrees.**

The combination of Parulski and Huang renders this limitation obvious.

First, Huang's Example 1 telephoto lens assembly includes an image sensor 190 as shown in FIG. 1:



APPL-1006, Fig. 1 (annotated), 9:23-33 ("In FIG. 1, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an **image sensor 190**.").

Second, Huang's Example 1 lens assembly fulfills the criteria of "an image captured by the Telephoto camera unit has a field of view that is no larger than 44

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

degrees" as recited. As shown below in Table 1, Huang's lens assembly has a Half

Field of View (HFOV) of 16.3 degrees:

**FOV = 2*HFOV = 32.6 deg.**

TABLE 1

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

APPL-1006, Table 1 (annotated).

A POSITA would have thus understood that the full Field of View of

Huang's Example 1 lens assembly is twice the HFOV, or 32.6 degrees, which is

"no larger than 44 degrees" as claimed. APPL-1003, pp.79-80. Accordingly,

Parulski and Huang renders this limitation obvious. *Id.*

### 14. Claim 16

**[16.0] The mobile electronic device of claim 11, wherein the Telephoto lens unit EFL is greater than 5.9 mm.**

This limitation is the same as the limitation discussed at [13.0] and is

rendered obvious by the combination of Parulski, Huang, and Tang for the same

reasons. *Id.*, p.81.

### 15. Claim 18

**[18.0] The mobile electronic device of claim 1, wherein the Telephoto lens unit has an F# smaller than 3.2 and**

The combination of Parulski and Huang renders this limitation obvious

because Huang's Telephoto lens assembly has an F# (Fno) of 2.85, which is

smaller than 3.2:

TABLE 1

| 1st Embodiment | | | | | | |
|---|---|---|---|---|---|---|
| f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal Length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Ape. Stop | Plano | −0.616 | | | | |
| 2 | Lens 1 | 1.401 ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 ASP | 0.074 | | | | |

APPL-1006, Table 1 (annotated). Thus, Huang teaches this limitation. APPL-1003,

pp.81-82.

***[18.1] a TTL smaller than 6.2 mm.***

As discussed in [1.2], Huang's Example 1 lens system is a Telephoto lens unit with TTL=5.348 mm, which is less than 6.2 mm. Thus, Huang teaches this limitation. *Id.*, p.82.

### 16. Claim 20

***[20.0] The mobile electronic device of claim 1, wherein the first, second and third lens elements have respective focal lengths f1, f2 and f3, and wherein the respective focal lengths satisfy the condition 1.2|f3|>|f2|>1.5f1 and***

The combination of Parulski and Huang renders this limitation obvious. First, as shown below in Table 1, Huang's Example 1 lens system includes lenses L1, L2, and L3 having focal lengths of f1=2.26 mm, f2=-3.57 mm, and f3=-8.42 mm, respectively.

TABLE 1

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length | |
|---|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 | **f1** |
| 3 | | −7.705 | ASP | 0.074 | | | | | |

TABLE 1-continued

1st Embodiment
f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 | **f2** |
| 5 | | 2.042 | ASP | 0.454 | | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 | **f3** |
| 7 | | 4.126 | ASP | 1.345 | | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 | |
| 9 | | −1.444 | ASP | 0.264 | | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 | |
| 11 | | −4.895 | ASP | 0.131 | | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 | |
| 13 | | −7.189 | ASP | 0.200 | | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — | |
| 15 | | Plano | | 0.254 | | | | | |
| 16 | Image | Plano | | — | | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

APPL-1006, Table 1 (annotated).

When these focal length values are substituted in, they satisfy the condition

1.2|f3|>|f2|>1.5f1:

$$1.2|-8.42|>|-3.57|>1.5(2.26) = \mathbf{10.104 > 3.57 > 3.39}$$

Thus, Huang teaches this limitation. APPL-1003, pp.82-83.

83

**[20.1] *wherein the Telephoto lens unit has an F# smaller than 3.2,***

This limitation is the same as the limitation discussed at [18.0] and is rendered obvious by the combination of Parulski, Huang, and Tang for the same reasons. APPL-1003, pp.83-84.

**[20.2] *wherein the Telephoto lens unit TTL is smaller than 6.2 mm.***

This limitation is the same as the limitation discussed at [18.1] and is rendered obvious by the combination of Parulski, Huang, and Tang for the same reasons. *Id.*, p.84.

### 17.    Claim 21

**[21.0] *The mobile electronic device of claim 1, wherein the Telephoto camera unit includes an image sensor with an image sensor size ¼" or ⅓".***

The combination of Parulski, Huang, and Tang renders this limitation obvious. Huang's Example 1 telephoto lens and Tang's Embodiment 1 wide-angle lens produce image heights of 2.0 mm and 2.86 mm, respectively. *See* APPL-1006, Fig. 2; APPL-1009, Fig. 1B. Using the formula provided by Smith as discussed above, Huang's Example 1 lens has a 4 mm diagonal and Tang's Embodiment 1 wide-angle lens has a 5.72 mm diagonal. *See* APPL-1015, p.26. A POSITA would have understood these diagonals to be compatible with sensor diagonals for ¼" and ⅓" sensors, with diagonals of about 4.4 mm and 6 mm. *See* APPL-1003, p.84; APPL-1015, p. 26. Furthermore, a POSITA would have understood that the use of the lens assemblies of Huang and Tang with ¼" and ⅓" sensors would avoid

clipping the lens image, or providing many more unnecessary pixels as a ½" sensor would provide. APPL-1003, p.84.

Furthermore, a POSITA would have understood that the lens assemblies of Huang and Tang are designed for electronic sensors such as a CCD or CMOS, and would therefore be motivated to provide a suitable sensor with these lenses. *See* APPL-1003, p.84; APPL-1006, 1:20-30; APPL-1009, 1:10-19. A POSITA would have been motivated to provide Huang's telephoto lens with an image sensor having a ¼″ or ⅓″ format to meet cost, size, and other design requirements of modern cell phones. *See e.g*., APPL-1003, p.84; APPL-1005, 7:28-31, 24:20-31. Thus, the combination of Parulski, Huang, and Tang renders this limitation obvious. APPL-1003, pp.84-85.

D.    **Claims 3 and 4 are obvious under AIA 35 U.S.C. § 103 over Parulski in view of Huang and Tang, further in view of May.**

1.    ***Summary of May***

Similar to the mobile device integrated cameras described in the '840 Patent and Parulski, May provides a "camera phone for processing voice signals and producing output image signals of a scene." APPL-1011, 4:27-28. May further states "[e]ach embodiment of the present invention includes an image capture assembly having multiple lenses and multiple image sensors mounted within a digital camera in order to provide an extended zoom range." *Id*., 6:20-23. Various

embodiments of May's image capture assembly are shown in Figs. 10D-10F

below.



Id., Figs. 10D-10F. In these embodiments, May teaches various combinations of

camera lens units that are positioned and spaced in different layouts of the image

capture assembly. *Id.* In these embodiments, a POSITA would understand that

each camera of the image capture assembly includes a sensor (i.e., 12a, 12b, 14,

16) mounted on a different printed circuit board. *Id.*, Figs. 10D-10F, ¶ 48, 58.

A POSITA would also have understood that both Parulski and May teach

camera subassemblies including a lens, a lens barrel, an IR filter, and an image

filter (*e.g.*, as shown in Fig. 24A of May below). *See* APPL-1005, Figs. 16A-16B,

23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57.



FIG. 24A

APPL-1011, Fig. 24A. A POSITA would have also understood that each sensor is

disposed on a printed circuit board extending along a plane (such as sensor 618 on

substrate 620 above). For example, each of the camera subassemblies of May is

mounted on a substrate that also carries other electronic components (*e.g.*, an

autofocus mechanism), including a flex connector (626) and therefore is

understood to be a printed circuit board as claimed. *See* APPL-1005, Figs. 16A-

16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57.

Further, May specifically describes embodiments with a telephoto lens and a

wide-angle lens in reference to Fig. 10D: "[i]n a fourth embodiment, the digital

camera employs a first fixed focal length lens 2a with a first image sensor 12a, and

87

a second fixed focal length lens 2b with a second image sensor 12b ... In this embodiment, the first fixed focal length lens 2a is preferably a wide angle lens and the second fixed focal lens 2b is a telephoto lens." *Id*., 8:15-30.

May states that the various embodiments of its image capture assembly with multiple cameras "can reduce the cost and size of the camera, and improve its optical performance." *Id*., 6:20-24.

### 2.    *Reasons to Combine Parulski, Huang, Tang, and May*

A POSITA would have combined Parulski's cell phone camera as modified by the addition of Huang's telephoto lens and Tang's wide-angle lens with May's image capture assembly layout as such a combination would have yielded the same predictable result of a compact and easily manufacturable mobile device. APPL-1003, ¶70.

First, a POSITA would have been aware that Kenneth Parulski appears as an inventor on both the Parulski and May patents which, as discussed below, are in the same technical field. *See* APPL-1003, ¶71; APPL-1005; APPL-1011. This would have motivated a POSITA to rely on both patents in implementing or designing a multi-lens photographic camera. APPL-1003, ¶71.

Second, the references are analogous prior art and are in the same field of endeavor pertaining to camera systems for compact mobile devices. S*ee* APPL-1005, 9:8-10 (discussing "a mobile phone camera" embodiment); APPL-1006,

8:44-51 (discussing an "optical lens assembly" for "digital cameras, mobile devices, ... and wearable devices"); APPL-1009, 1:6-8 ("a compact imaging lens assembly used in portable electronic devices"); APPL-1011, 4:27-28 ("the invention comprises a camera phone").

Third, a POSITA would have been motivated to modify Parulski's mobile device with May's image capture assembly layout to provide additional flexibility for optical performance and camera lens arrangement. *See* APPL-1003, ¶73; APPL-1011, 4:19-24. For example, Parulski's fixed focal length lenses 612, 616 are mounted on a common substrate 620 in the examples of Fig. 16A and 16B next to each other. APPL-1003, ¶73

May additionally teaches that the cameras, including a wide-angle and telephoto lens, are mounted on different subassemblies 1a, 2a and "positioned next to each other on a common circuit board assembly." *Id.*, Figs. 10D-10F, 7:4-15, 10:14-17. A POSITA would have understood that May's mounting, arrangement, and modularity of the camera subassemblies is desirable in designing and implementing a photographic camera. APPL-1003, ¶74. A POSITA would have also understood that both Parulski and May teach camera subassemblies including a lens, a lens barrel, an IR filter, and an image sensor. *See Id.*; APPL-1005, Fig. 1, 12:42-54; APPL-1011, Fig. 1, 10:60-67. Each of these camera subassemblies is mounted on a substrate that also carries other electronic components (*e.g.*, an

autofocus mechanism or flex connector), and therefore is understood to be a printed circuit board as claimed. *See* APPL-1005, Figs. 16A-16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57. The inclusion of a camera module on a printed circuit board in this fashion was well-known in the art, as evidenced by Ryu (APPL-1012). *See* APPL-1003, ¶74; APPL-1012, abstract, Fig. 8, 1:30-50.

Additionally, a POSITA would have understood that Huang's Example 1 lens assembly and Tang's Embodiment 1 lens assembly have different track lengths, so the image sensors would naturally be placed at different planes. *See* APPL-1003, ¶75; APPL-1006, Table 1; APPL-1009, Table 1.

Further, a POSITA would have understood that mounting camera lenses on separate boards would provide cost savings as compared to a single zoom lens camera. *See id.*, ¶76; APPL-1011, 4:6-15, 45-54. May's various image capture assemblies offer the additional benefit of reduction of size and cost of the camera and improvement of its optical performance. *See* APPL-1011, 4:6-15, 6:20-44, 10:37-59.

Based on this, it is my opinion that a POSITA looking to implement Parulski's cell phone camera with Huang's and Tang's teachings would have been motivated to utilize May's flexible image capture assemblies to provide a greater range of optical performance and more economically produce camera lenses. APPL-1003, ¶77.

### 3.    Claim 3

**[3.0] The mobile electronic device of claim 1, wherein the Wide and Telephoto camera units are mounted on separate printed circuit boards.**

The combination of Parulski, Huang, and May render this limitation

obvious. May teaches various combinations of camera lens units that are

positioned and spaced in different layouts of the image capture assembly as shown

in Figs. 10D-10F below:



APPL-1011, Figs. 10D-10F. In these embodiments, a POSITA would understand

that each camera of the image capture assembly includes a sensor (i.e., 12a, 12b,

14, 16) mounted on a different printed circuit board. *See* APPL-1003, p.92; APPL-1011, Figs. 10D-10F, 7:4-15.

A POSITA would have also understood that both Parulski and May teach camera subassemblies including a lens, a lens barrel, an IR filter, and an image sensor (*e.g.*, as shown in Fig. 24A of May below). *See* APPL-1003, p.92; APPL-1005, Fig. 1, 12:42-54; APPL-1011, Fig. 1, 10:60-67.



FIG. 24A

APPL-1011, Fig. 24A. Each of these camera subassemblies is mounted on a substrate that also carries other electronic components such as an autofocus mechanism or flex connector. *See* APPL-1005, Figs. 16A-16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57. In the example shown in Fig. 24A above, the flex connector 626 is designed to connect a printed circuit board (substrate 620) to another printed circuit board. APPL-1011, Fig. 24A, 23:48-54. Parulski also includes a flex connector 626 and similar language showing a multi-board configuration for camera assemblies. APPL-1005, 23:44-50.

Therefore, a POSITA would have understood that both Parulski and May teach mounting Wide and Telephoto camera units on separate printed circuit boards. APPL-1003, p.91. Further, as discussed above, a POSITA would have understood that placing the wide and telephoto lens units of Parulski on different substrates with the ability to vary their layout would provide a greater range of optical performance and more economically produce camera lenses. *See* APPL-1003, p.93, APPL-1005, 6:20-44, 8:15-30, 10:37-59. A POSITA would have understood that mounting camera lenses on separate boards would provide cost savings as compared to a single zoom lens camera. *See* APPL-1003, p.93; APPL-1011, 4:6-15, 45-54.

Therefore, a POSITA would have combined Parulski's cell phone camera as modified by the addition of Huang's telephoto lens and Tang's wide-angle lens with May's various image capture assembly layouts as such a combination would have obtained the same predictable result of flexible imaging performance with an economical and easily manufacturable mobile device. *See* APPL-1003, pp.93-94; APPL-1011, *Id*., Figs. 10D-10F, 6:20-44.

Thus, the combination of Parulski, Huang, Tang, and May renders this limitation obvious. APPL-1003, p.94.

### 4.    *Claim 4*

**[4.0] The mobile electronic device of claim 3, wherein the printed circuit boards are located in different spaced-apart substantially parallel planes.**

The combination of Parulski, Huang, Tang, and May render this limitation obvious. As discussed in [3.0], May teaches various camera lens units that are positioned and spaced in different layouts of the image capture assembly. *See* APPL-1011, Figs. 10D-10F, 8:22-45. A POSITA would understand that each of these lenses includes a sensor, which would be mounted on a separate printed circuit board. *See* Figs. 10D-10F, 8:22-45. These printed circuit boards would be "located in different spaced-apart substantially parallel planes" as shown below in the example of Fig. 10F:



*Id.*, Fig. 10F (annotated). As shown above, the printed circuit boards with the various sensors extend in two sets of substantially parallel planes. *Id*.

A POSITA would have also understood that both Parulski and May teach camera subassemblies including a lens, a lens barrel, an IR filter, and an image

sensor. *See* APPL-1003, pp.95-96; APPL-1005, Fig. 1, 12:42-54; APPL-1011, Fig. 1, 10:60-67. Each of these camera subassemblies is mounted on a substrate that also carries other electronic components (*e.g.*, an autofocus mechanism or flex connector), and therefore is understood to be a printed circuit board as claimed. *See* APPL-1005, Figs. 16A-16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57. Although May refers to some folded lens designs, it also refers to non-folded lens designs for both wide-angle and telephoto lenses. APPL-1011, 6:37-45.

As discussed above, May and Parulski also teach that flex connectors 626 may be used to connect different printed circuit boards together. *See id.*, 23:48-57. Therefore, a POSITA would have understood that May teaches sensors mounted on printed circuit boards extending along different parallel planes as shown above. From the above figures, a POSITA would have understood that May provides examples with lenses having printed circuit boards extending in different parallel planes. APPL-1003, p.96.

Thus, the combination of Parulski, Huang, Tang, and May renders this limitation obvious. *Id.*

**E.    Claim 6 is obvious under AIA 35 U.S.C. § 103 over Parulski in view of Huang and Tang, further in view of Li II.**

   ***1.    Summary of Li II***

Similar to the mobile device integrated cameras described in the '840 Patent and Parulski, Li II provides "a mobile device with dual digital camera sensors." *Id.*,

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

1:7-8. Li II states that its mobile device may be implemented in "a mobile phone, a

cellular phone, a satellite telephone, a camera phone." *Id*., 2:17-22. The mobile

device of Li II also includes a sensor position controller which "may adjust

locations and/or positions of the two sensors 102, 104, such as rotating, shifting or

sliding the sensors 102,104 in one or more directions." *Id*., 3:7-12. Fig. 1 of Li II

shows the mobile device and sensors 102, 104, below.



FIG. 1

*Id.*, Fig. 1.

Li II further explains that the position and angle of the sensors 102, 104 (and

associated digital cameras) may be adjusted to "provide flexibility and enable

advanced features." *Id*., 3:63-65. In particular, Li II states that "[t]he two sensors 102, 104 may be placed close together." *Id*., 4:10-11. In fact, Li II provides an example of placing the sensors 102, 104 at a distance of 6 cm apart, as well as adjusting the mobile device at so that the sensors are placed at other distances, including where "the distance between the two sensors 102, 104 approaches zero." *Id.*, 4:2-5, 56-57.

Li II states that the adjustment of the sensors 102, 104 provides many benefits, including to "reduce a difference between captured scenes of the two sensors 102, 104" (4:12-13), provide independent "sensor noise distribution" (4:13-14), "increase image dynamic range" (4:35-36), and reduce camera sensor costs (4:35-36).

## 2. *Reasons to Combine Parulski, Huang, Tang, and Li II*

A POSITA would have combined Parulski's cell phone camera as modified by the addition of Huang's telephoto lens and Tang's wide-angle with Li II's method of varying distance between the lenses as such a combination would have yielded the same predictable result of a compact mobile device with enhanced imaging quality. APPL-1003, p.98.

First, Li II in the same field of endeavor pertaining to camera systems for compact mobile devices. *See* APPL-1005, 9:8-10; APPL-1006, 8:44-51; APPL-1009, 1:6-8; APPL-1018, 2:17-22 (stating that mobile device may be implemented

in "a mobile phone, a cellular phone, a satellite telephone, a camera phone"). In

fact, Parulski is entitled "Method and Apparatus for Operating a Dual Lens Camera

to **Augment an Image**" and thus a POSITA would have been motivated to use Li

II's methods in combination with the teachings of Parulski to provide enhanced

imaging. APPL-1003, p.99; APPL-1005, title.

Second, a POSITA would have been motivated to modify Parulski's mobile

device with Li II's method of varying the distance between imaging lenses to

provide additional control over the imaging capabilities of the mobile device

including increasing image dynamic range. *See* APPL-1003, p.99; APPL-1018,

4:12-36. For example, Parulski includes various embodiments with different

spacing between lenses including a first embodiment that includes a first zoom

imaging stage and a second imaging stage "for the purpose of autofocus of the first

imaging stage." APPL-1005, 10:26-37. In a second embodiment, "two image

capture stages are used together to form a high resolution rangefinder similar to a

dual lens rangefinder but with higher resolution, which is provided by the two high

resolution image capture stages and **a larger separation distance between the**

**two lenses** in the two image capture stages." APPL-1005, 10:59-64.

Additionally, a POSITA would have understood that varying the layout of

imaging elements in an image capture unit would produce different optical effects,

therefore increasing the flexibility of imaging performance was well-known in the

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

art. APPL-1003, p.100. For example, May shows various image capture assemblies

with different spacing between lens units in Figs. 10D-10F below:



APPL-1011, Figs. 10D-10F.

A POSITA would have understood that these various embodiments with

different spacing between lens units produces different visual effects. *See* APPL-

1003, p.100; APPL-1011, ¶ 60; APPL-1018, 4:12-36. Therefore, a POSITA would

have understood that varying the distance between the lenses (*e.g.*, by using techniques taught by Li II and shown by the embodiments of May) creates different visual effects. APPL-1003, p.101.

A POSITA would have further understood that a mobile device combining a telephoto lens (as taught by Huang) and a wide-angle lens (as taught by Tang) would benefit from a comparatively smaller distance between lenses, as taught by Li II and shown in Parulski's first embodiment, that includes a distance on the order of about 1 mm given the actual physical dimensions for lenses for mobile phones and the overall size of a mobile phone. *See* APPL-1003, p.101; APPL-1005, 10:26-37.

### 3. Claim 6

**[6.0] The mobile electronic device of claim 1, wherein the Wide and Telephoto camera units are spaced from one another a distance d of about 1 mm.**

The combination of Parulski, Huang, Tang, and Li II renders this limitation obvious. Li II provides "a mobile device with dual digital camera sensors." APPL-1018, 1:7-8. The camera sensors 102, 104 are adjustable by "rotating, shifting or sliding the sensors 102, 104 in one or more directions." *Id.*, 3:7-12. Fig. 1 of Li II below shows possible adjustments to the sensors 102, 104 within the mobile device:



FIG. 1

*Id.*, Fig. 1. In particular, Li II states that the sensors may be adjusted to a range including 6 cm apart as well as closer together, such that "the distance between the two sensors 102, 104 approaches zero." *Id.*, 4:2-5, 56-57. A POSITA would have understood that this range includes "a distance d of about 1 mm" as claimed, especially in the context of Li II's discussion of sensors "positioned very close to each other," and considering the sizes of camera units. *See id.*, 3:66-4:13.

101

Li II further states that the adjustment of the distance between sensors 102, 104 provides benefits such as to "reduce a difference between captured scenes of the two sensors 102, 104" (4:12-13), provide independent "sensor noise distribution" (4:13-14), "increase image dynamic range" (4:35-36), and reduce camera sensor costs (4:35-36).

A POSITA would have been motivated to apply Li II's teachings of varying the distance between lenses to Parulski's mobile device to provide additional control over image dynamic range as well as the other benefits stated by Li II. *See* APPL-1003, p.104; APPL-1005, 10:26-37, 10:59-64; APPL-1018, 4:12-36. As discussed above, disposing lens units at different spacings to achieve various visual effects was known in the art, as evidenced by Figs. 10D-10F of May, below:

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840



*Id.*, Figs. 10D-10F, ¶ 60. In consideration of the dimensions of camera units for mobile devices, the various arrangements of May show spacings between camera units ranging from virtually no space between camera units to spacings that are substantially similar to 1 mm. APPL-1003, pp.104-05. Therefore, a POSITA would have understood that varying the distance between the lenses (e.g., by using techniques taught by Li II and shown by the embodiments of May) creates different visual effects.

103

Since the distance between lenses is therefore variable, a POSITA would have understood that Parulski's mobile device as modified by the teachings of Li II renders this limitation obvious. *Id.*, p.105.

## X.   CONCLUSION

For the reasons set forth above, Petitioner has established that it is more likely than not that claims 1-7, 11-13, 15, 16, 18, 20, and 21 of the '840 Patent are unpatentable. Petitioner requests institution of an *inter partes* review and cancelation of the challenged claims.

Respectfully submitted,

Dated: April 30, 2020            /Michael S. Parsons/
HAYNES AND BOONE, LLP       Michael S. Parsons
2323 Victory Avenue, Suite 700   Lead Counsel for Petitioner
Dallas, Texas 75219          Registration No. 58,767
Customer No. 27683
Telephone: 972-739-8611
Facsimile: 214-200-0853

104

Petition for *Inter Partes* Review of U.S. Patent No. 10,288,840

## **<u>CERTIFICATE OF WORD COUNT</u>**

Pursuant to 37 C.F.R. §42.24(d), Petitioner hereby certifies, in accordance with and reliance on the word count provided by the word-processing system used to prepare this petition, that the number of words in this paper is 13,766. Pursuant to 37 C.F.R. §42.24(d), this word count excludes the table of contents, table of authorities, mandatory notices under §42.8, certificate of service, certificate of word count, appendix of exhibits, and any claim listing.

Dated: <u>April 30, 2020</u>       <u>/Michael S. Parsons/</u>
                                      Michael S. Parsons
                                      Lead Counsel for Petitioner
                                      Registration No. 58,767

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, in accordance with 37 C.F.R. § 42.6(e) and

37 C.F.R. § 42.105, service was made on Patent Owner as detailed below.

| | |
|---|---|
| *Date of service* | April 30, 2020 |
| *Manner of service* | USPS Priority Mail Express International |
| *Documents served* | Petition for *Inter Partes* Review of U.S. Patent No. 9,857,840; Petitioner's Exhibit List; Exhibits 1001–1019. |
| *Persons served* | Nathan & Associates Patent Agents Ltd P.O. Box 10178 Tel Aviv 6110101 Israel |

/Michael S. Parsons/
Michael S. Parsons
Lead Counsel for Petitioner
Registration No. 58,767

Trials@uspto.gov                                              Paper 7
571-272-7822                                      Date: November 3, 2020

UNITED STATES PATENT AND TRADEMARK OFFICE

———————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————

APPLE INC.,
Petitioner,

v.

COREPHOTONICS, LTD.,
Patent Owner.

———————

IPR2020-00877
Patent 10,288,840 B2

———————

Before BRYAN F. MOORE, MONICA S. ULLAGADDI, and
JOHN R. KENNY, *Administrative Patent Judges.*

ULLAGADDI, *Administrative Patent Judge.*

DECISION
Granting Institution of *Inter Partes* Review
*35 U.S.C. § 314, 37 C.F.R. § 42.4*

## I.    INTRODUCTION

Apple Inc. ("Petitioner") filed a Petition to institute an *inter partes* review of claims 1–7, 11–13, 15, 16, 18, 20, and 21 ("the challenged claims") of U.S. Patent No. 10,288,840 B2 (Ex. 1001, "the '840 patent"). Paper 2 ("Petition" or "Pet."). Corephotonics, Ltd. ("Patent Owner") did not file a Preliminary Response and as such, does not rebut Petitioner's contentions. We note, however, that the burden of persuasion remains on Petitioner. *In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1376 (Fed. Cir. 2016).

We have authority under 35 U.S.C. § 314, which provides that an *inter partes* review may not be instituted unless the information presented in the Petition shows "there is a reasonable likelihood that the petitioner would prevail with respect to at least 1 of the claims challenged in the petition." 35 U.S.C. § 314(a); *see* 37 C.F.R. § 42.4(a). Based on the information presented in the Petition and the supporting evidence, we determine that there is a reasonable likelihood Petitioner would prevail with respect to at least one of the challenged claims. Accordingly, we institute an *inter partes* review of claims 1–7, 11–13, 15, 16, 18, 20, and 21 on all grounds set forth in the Petition.

Our factual findings and conclusions at this stage of the proceeding are based on the evidentiary record developed thus far. This is not a final decision as to patentability of the challenged claims.

## II.    BACKGROUND

### A.    Related Proceedings

Petitioner and Patent Owner identify the following corresponding district court proceeding: *Corephotonics, Ltd. v. Apple Inc.*, No. 5:19-cv-

IPR2020-00877
Patent 10,288,840 B2

04809-LHK (N.D. Cal.).  Pet. 1; Paper 6, 1.[1]  Pending U.S. Application No. 16/276,034 claims priority to the application underlying the '840 patent.

## B.    The '840 Patent

The '840 patent concerns a mobile electronic device having an integrated camera.  Ex. 1001, code (57).  The camera includes a wide camera unit having a wide lens unit, and a telephoto camera unit having a telephoto lens unit.  *Id.* at 5:28–30.  The telephoto lens unit has a total track length (TTL) to effective focal length (EFL) ratio smaller than 1 and the wide lens unit larger has a TTL/EFL ratio of larger than 1.  *Id.* at 5:31–32.  The wide and telephoto lens units provide respectively main and auxiliary optical/imaging paths.  *Id.* at 17:46–47.  Figure 1C, reproduced below, illustrates a telephoto lens unit.  *Id.* at 7:1–2; 8:22–23.



FIG. 1C

Figure 1C shows a telephoto lens unit.  *Id.*

---

[1] Patent Owner cites *Corephotonics, Ltd. v. Apple Inc.*, No. 3:19-cv-04809-LHK (N.D. Cal.) (Paper 6, 1), but this case number appears to reflect a typographical error.  A PACER search of Case No. 5:19-cv-04809 reveals that Patent Owner's complaint in that case was erroneously identified as "Civil Action No. 3:19-cv-4809" on its cover page.

Telephoto lens unit 20 includes "multiple lens elements made of different polymer materials, i.e., materials having different Abbe numbers." *Id.* at 8:22–26. The multiple lens elements define a telephoto lens assembly 22A and field lens assembly 22B on optical axis OA with gap G between assemblies, as shown in Figure 1C. *Id.* at 8:26–31. Gap G is larger than 1/5[th] of the TTL of telephoto lens unit 22A, which corrects for "field curvature of telephoto lens assembly 22A by the field lens assembly 22B." *Id.* at 8:43–47.

Telephoto lens assembly 22A has at least three lenses, L1, L2, and L3, in which lens L1 has positive optical power and lenses L2 and L3, combined, have negative optical power. *Id.* at 8:48–52. Lenses L2 and L3 are made of polymer materials having Abbe numbers selected to reduce chromatic aberrations of telephoto lens assembly 22A. *Id.* at 8:52–55. Field lens assembly 22B has at least two lenses L4 and L5 which are made of different polymer materials having different Abbe numbers. *Id.* at 8:55–58. Lenses L4 and L5 compensate for *residual* chromatic aberrations of telephoto lens assembly 22A that are dispersed when light passes through gap G between telephoto lens assembly 22A and field lens assembly 22B. *Id.* at 8:58–61.

## C.    Challenged Claims

Petitioner challenges claims 1–7, 11–13, 15, 16, 18, 20, and 21 of the '840 patent. Sole independent claim 1 is illustrative and reproduced below.

1. *[1.0]* A mobile electronic device comprising an integrated camera,

*[1.1]* wherein the camera comprises a Wide camera unit comprising a Wide lens unit and a Telephoto camera unit comprising a Telephoto lens unit,

4

*[1.2]* the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and

*[1.3]* defining separate Telephoto and Wide optical paths,

*[1.4]* wherein the Telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers,

*[1.5]* wherein the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly and a second group of at least two lens elements,

*[1.6]* the second group of at least two lens elements spaced apart from the first group of at least three lens elements by a predetermined effective gap equal to or larger than 1/5 of the TTL of the Telephoto lens unit,

*[1.7]* wherein the first group of at least three lens elements comprises, in order from an object plane to an image plane along an optical axis of the Telephoto lens unit, a first lens element having positive optical power and

*[1.8]* a pair of second and third lens elements having together negative optical power such that the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit and

*[1.9]* such that the second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number for reducing chromatic aberrations of the Telephoto lens,

*[1.10]* wherein the second group of lens elements includes a fourth lens element and a fifth lens element made of the different polymer materials having different Abbe numbers and

*[1.11]* is configured to correct a field curvature and to compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements, and

5

IPR2020-00877
Patent 10,288,840 B2

> *[1.12]* wherein the first, third and fifth lens elements have each an Abbe number greater than 50 and

> *[1.13]* the second and fourth lens elements have each an Abbe number smaller than 30.[2]

Ex. 1001, 19:45–20:15.

## D.    Asserted Grounds of Unpatentability

Petitioner challenges claims 1–7, 11–13, 15, 16, 18, 20, and 21 as follows. *See* Pet. 10–11. In support, Petitioner relies on the Declaration of Dr. José Sasián (Ex. 1003).[3]

| Claim(s) Challenged | 35 U.S.C. §[4] | Reference(s)/Basis |
|---|---|---|
| 1, 2, 5, 7, 11–13, 15, 16, 18, 20, 21 | 103 | Parulski[5], Huang[6], Tang[7] |
| 3, 4 | 103 | Parulski, Huang, Tang, May[8] |
| 6 | 103 | Parulski, Huang, Tang, Li II[9] |

---

[2] Spacing and bracketed numbering are added for ease of readability.

[3] Petitioner alternatively references pages and paragraphs when citing Dr. Sasián's Declaration. We refer to pages or paragraphs, as appropriate.

[4] The Leahy-Smith America Invents Act, Pub. L. No. 112-29, 125 Stat. 284 (September 16, 2011) ("AIA"), included revisions to 35 U.S.C. § 103 that became effective on March 16, 2013. Because the '840 patent issued from an application filed after March 16, 2013, we apply the AIA version of the statutory basis for unpatentability. *See* Ex. 1001, codes (22), (86).

[5] U.S. Patent No. 7,859,588 B2, issued Dec. 28, 2010 (Ex. 1005, Parulski").

[6] U.S. Patent No. 9,726,858 B2, issued Aug. 8, 2017 (Ex. 1006, "Huang"). Petitioner asserts that Huang is entitled to an effective filing date of December 30, 2014, the filing date of the Taiwanese application from which Huang claims foreign priority, because the U.S. application underlying the Huang patent was filed in English and a certified copy of the Taiwanese application was received by the Patent Office. Pet. 10.

[7] U.S. Patent No. 8,363,337 B2, issued Jan. 29, 2013 (Ex. 1009, "Tang").

[8] U.S. Patent No. 7,561,191 B2, issued July 14, 2009 (Ex. 1011, "May").

[9] U.S. Patent No. 8,189,100 B2, issued May 29, 2012 (Ex. 1018, "Li II").

6

### III.    ANALYSIS

#### A.    *Principles of Law*

A claim is unpatentable under 35 U.S.C. § 103 if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007). The question of obviousness is resolved on the basis of underlying factual determinations, including: (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of skill in the art; and (4) objective evidence of nonobviousness, i.e., secondary considerations. *See Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).

"In an [*inter partes* review], the petitioner has the burden from the onset to show with particularity why the patent it challenges is unpatentable." *Harmonic Inc. v. Avid Tech., Inc.*, 815 F.3d 1356, 1363 (Fed. Cir. 2016) (citing 35 U.S.C. § 312(a)(3) (requiring *inter partes* review petitions to identify "with particularity . . . the evidence that supports the grounds for the challenge to each claim")). The burden of persuasion never shifts to Patent Owner. *See Dynamic Drinkware, LLC v. Nat'l Graphics, Inc.*, 800 F.3d 1375, 1378 (Fed. Cir. 2015) (citing *Tech. Licensing Corp. Videotek, Inc.*, 545 F.3d 1316, 1326–27 (Fed. Cir. 2008)) (discussing the burden of proof in an *inter partes* review). Furthermore, Petitioner cannot satisfy its burden of proving obviousness by employing "mere conclusory statements." *Magnum*, 829 F.3d at 1380.

IPR2020-00877
Patent 10,288,840 B2

Thus, to prevail in an *inter partes* review, Petitioner must explain how the prior art discloses the challenged claims or how the proposed combinations of prior art would have rendered the challenged claims unpatentable.  At this preliminary stage, we determine whether the information presented in the Petition shows there is a reasonable likelihood that Petitioner would prevail in establishing that at least one of the challenged claims would have been obvious over the proposed combinations of prior art.

We analyze the challenges presented in the Petition in accordance with the above-stated principles.

## B.    *Level of Ordinary Skill in the Art*

Petitioner contends

> [A] person of ordinary skill in the art ("POSITA") would include someone who had, as of the priority date of the '840 Patent (i) a Bachelor's degree in Physics, Optical Sciences, or equivalent training, as well as (ii) approximately three years of experience in designing miniature lens systems for mobile device applications. . . . Such a person would have had experience in analyzing, tolerancing, adjusting, and optimizing multi-lens systems, and would have been familiar with the specifications of lens systems, especially lenses configured for use in mobile devices, such as cell phones. . . . In addition, a POSITA would have known how to use lens design software such as Code V, Oslo, or Zemax, and would have taken a lens design course. . . . Such a POSITA would have been familiar with photographic lenses and with mechanical and electronic devices. Lack of work experience can be remedied by additional education, and vice versa.

Pet. 6–7 (citing Ex. 1003, 10).  Patent Owner did not file a preliminary response, and thus, does not comment on Petitioner's proposal.

8

IPR2020-00877
Patent 10,288,840 B2

We determine, on the current record, that the level of ordinary skill in the art proposed by Petitioner is consistent with the '840 patent and the asserted prior art. We adopt that level in deciding whether to institute trial.

## C. Claim Construction

For *inter partes* reviews filed on or after November 13, 2018, we apply the same claim construction standard used by Article III federal courts and the ITC, both of which follow *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc), and its progeny. 37 C.F.R. § 42.100(b) (2019). Accordingly, we construe each challenged claim of the '840 patent to generally have "the ordinary and customary meaning of such claim as understood by one of ordinary skill in the art and the prosecution history pertaining to the patent." *Id.*

We construe claim terms to the extent necessary for our analysis on whether to institute a trial. *See, e.g., Nidec Motor Corp. Zhongshan Broad Ocean Motor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) ("[W]e need only construe terms 'that are in controversy, and only to the extent necessary to resolve the controversy.' " (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

Independent claim 1 recites "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and defining separate Telephoto and Wide optical paths." Ex. 1001, 19:48–52. Petitioner asserts that "a POSITA would find, in light of the specification, the term 'total track length (TTL)' to include 'the length of the optical axis spacing between the object-side surface of the first lens element and the image plane.'" *Id.* (citing Ex. 1003, 20) (emphasis omitted). Petitioner further asserts that, although the

9

Specification of the '840 patent does not expressly define EFL, "its meaning is well known in the art, as exemplified in Li ([Ex.] 1007), which states that '[t]he focal length of a lens assembly [is] also referred to as the effective focal length[.]'" Pet. 8–9 (quoting Ex. 1007, 2:59–61) (alterations in the original).

We do not discern a dispute as to the claim terms TTL and EFL and therefore we need not construe these terms at this stage of the proceeding. *See Nidec*, 868 F.3d at 1017. We note, however, that Petitioner proposes a different construction for TTL in IPR2020-00878 ("the '878IPR"), a proceeding that concerns the same parties and similar subject matter. During trial, the parties should address whether and why, if TTL is to be construed in this proceeding and in the '878IPR, the construction in the two proceedings should differ. *Compare* Ex. 1003 ¶¶ 38–40 (Dr. Sasián's testimony from the present proceeding as to how the ordinarily skilled artisan would have understood TTL), *with* '878IPR Ex. 1003 ¶¶ 38–39 (Dr. Sasián's testimony from IPR2020-00878 relying on the Board's constructions of EFL and TTL in the IPR2018-01140 and IPR2018-01146 proceedings and finding them "sufficient for showing how the claims are either anticipated or rendered obvious.").

### D.    Obviousness over Parulski, Huang, and Tang

Petitioner contends that claims 1, 2, 5, 7, 11–13, 15, 16, 18, 20, 21 are unpatentable as obvious under 35 U.S.C. § 103 over Parulski, Huang, and Tang. Patent Owner did not file a preliminary response. For the reasons that follow, we determine that Petitioner's showing is sufficiently supported so as to demonstrate a reasonable likelihood of prevailing with respect to the

challenge to claims 1, 2, 5, 7, 11–13, 15, 16, 18, 20, 21 at this stage of the proceeding.

### 1. Overview of Parulski

Parulski concerns "a digital camera that uses multiple lenses and image sensors to provide an improved imaging capability." *See, e.g.*, Ex. 1005, 1:7–10. In one embodiment, an image capture assembly includes two image capture stages. *Id.* at 12:36–45. For example, the image capture assembly can include a fixed focal length wide angle lens and a fixed focal length telephoto lens. *Id.* at 23:28–40. The two image capture stages can be contained within a single stage for a mobile phone camera, as seen in Figures 16A and 16B, reproduced below.



**FIG. 16A**

**FIG. 16B**

Figure 16A of Parulski is a top view of integrated capture
assembly 610 taken along lines 24B-24B in Figure 16B. *Id.* at
23:29–30.

In both Figures 16A and 16B, integrated capture assembly 610 includes an integrated packaging of optical and imaging components on

11

IPR2020-00877
Patent 10,288,840 B2

common substrate 620. *Id.* at 23:31–32. Integrated capture assembly 610 includes first fixed focal length lens 612 and first image sensor 614, as well as second fixed focal length lens 616 and second image sensor 618. *Id.* at 23:33–36. First lens 612 is preferably a fixed focal length wide angle lens that forms an image on first image sensor 614, and second lens 616 is preferably a fixed focal length telephoto lens that forms an image on the second image sensor 618. *Id.* at 23:36–40. Lenses 612 and 616 are both "oriented in the same direction in order to form images of the same portion of the overall scene in front of them, albeit with different fields of view." *Id.* at 23:40–43.

## 2.    *Overview of Huang*

Huang concerns a compact photographing optical lens assembly and image capturing device. Ex. 1006, 1:16–17. Huang discloses a lens assembly that corrects astigmatism and balances refractive power to correct aberrations. *Id.* at 5:38–52. An exemplary lens assembly is depicted in Figure 1, reproduced below.

12

IPR2020-00877
Patent 10,288,840 B2



Fig. 1

Figure 1 of Huang is a schematic view of an image capturing
device according to a first embodiment. *Id.* at 9:19–20.

The lens assembly includes, from an object side to an image side,
aperture stop 100, first though sixth lens elements 110, 120, 130, 140, 150,
160, IR-cut filter 170, image surface 180, and image sensor 190. *Id.* at 9:26–
31. The optical data for the first embodiment is shown in Table 1,
reproduced below.

13

IPR2020-00877
Patent 10,288,840 B2

TABLE 1

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.616 | | | | |
| 2 | Lens 1 | 1.401 | ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 | ASP | 0.074 | | | | |

TABLE 1-continued

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| | | 1st Embodiment f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

Table 1 depicts optical parameters for the lens arrangement of Huang's first embodiment. *Id.* at 12:53–54.

Table 1 depicts, among other things, lens thicknesses, distances between lenses, Abbe numbers, and focal lengths. *Id.*

### 3.    *Overview of Tang*

Tang concerns a compact imaging lens assembly. Ex. 1009, 1:7. An exemplary lens assembly is depicted in Figure 1A, reproduced below.

14

IPR2020-00877
Patent 10,288,840 B2



## Fig. 1A

Figure 1A of Tang shows an imaging lens assembly in
accordance with a first embodiment. *Id.* at 7:66–67.

The imaging lens assembly includes from an object side to an image
side, first though fifth lens elements 100, 110, 120, 130, 140, IR filter 160,
and image plane 170. *Id.* at 8:2–29. The optical data of the first
embodiment are depicted in Table 1 of Figure 7, reproduced below.

15

IPR2020-00877
Patent 10,288,840 B2

| TABLE 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 1) | | | | | | | |
| f = 4.34 mm, Fno = 2.85, HFOV = 33.2 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.424400 (ASP) | 0.562 | Plastic | 1.544 | 55.9 | 2.55 |
| 2 | | -43.791100 (ASP) | -0.010 | | | | |
| 3 | Ape. Stop | Plano | 0.096 | | | | |
| 4 | Lens 2 | -15.543700 (ASP) | 0.351 | Plastic | 1.632 | 23.4 | -5.28 |
| 5 | | 4.287000 (ASP) | 0.559 | | | | |
| 6 | Lens 3 | -3.112200 (ASP) | 0.302 | Plastic | 1.632 | 23.4 | -26.30 |
| 7 | | -3.973100 (ASP) | 0.274 | | | | |
| 8 | Lens 4 | -3.011300 (ASP) | 0.790 | Plastic | 1.544 | 55.9 | 2.03 |
| 9 | | -0.881520 (ASP) | 0.250 | | | | |
| 10 | Lens 5 | -2.171820 (ASP) | 0.360 | Plastic | 1.530 | 55.8 | -1.73 |
| 11 | | 1.674970 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.334 | | | | |
| 14 | Image | Plano | | | | | |

# Fig.7

Figure 7 depicts the optical parameters for the lens arrangement
of Tang's first embodiment. *Id.* at 4:5–6.

Figure 7 depicts, among other things, lens thicknesses, distances
between lenses, Abbe numbers, and focal lengths.

### 4.    *Independent Claim 1*

[1.0] *"A mobile electronic device comprising an integrated
camera"*

Petitioner contends that Parulski discloses a "mobile phone camera
with two image capture stages." Pet. 26 (quoting Ex. 1005, 9:5–6).
According to Petitioner, an ordinarily skilled artisan would have understood

16

Appx248

this disclosure to be a mobile electronic device that includes an integrated camera. *Id.* at 27–28 (citing Ex. 1003, 38; Ex. 1005, 23:4–20).

Parulski discloses that "[t]he concept of multiple lenses and multiple sensors, and the use of an integrated image capture assembly, may be adapted for use in a cell phone of the type having a picture taking capability." Ex. 1005, 23:4–7.

At this stage of the proceeding, the cited portions of Parulski sufficiently support Petitioner's contention that Parulski teaches the preamble of independent claim 1.[10]

> *[1.1] "wherein the camera comprises a Wide camera unit comprising a Wide lens unit and a Telephoto camera unit comprising a Telephoto lens unit"*

Petitioner contends that Parulski's "integrated capture assembly 610 includes 'a fixed focal length wide angle lens' (612) and 'fixed focal length telephoto lens' (610)."[11] Pet. 28 (citing Ex. 1005, 23:28–43) (emphasis omitted). Petitioner further contends that "Parulski's first lens 612 is a telephoto camera unit comprising a telephoto lens unit and Parulski's second lens 614 is a wide camera unit comprising a wide lens unit." *Id.* at 29 (citing Ex. 1005, 23:28–43; Ex. 1003, 40); *see also* n.11 (Petitioner's reference numbers are incorrect). Petitioner's annotated Figures 16A and 16B, however, appear to point to wide angle lens 612 and first image sensor 614

---

[10] In light of this determination, the panel need not decide whether the preamble is limiting.

[11] In its discussion, Petitioner references the cited elements with inaccurate reference numbers. *See* Pet. 28–29.

17

IPR2020-00877
Patent 10,288,840 B2

as teaching the claimed wide camera unit, and telephoto lens 616 and second image sensor 618 as teaching the claimed telephoto camera unit.[12]

> The cited portion of Parulski discloses, in relevant part,

> [T]he assembly 610 includes a first fixed focal length lens 612 and a first image sensor 614, and a second fixed focal length lens 616 and a second image sensor 618. The first lens 612, preferably a fixed focal length wide angle lens (such as a 40 mm equiv. lens), forms an image on the first image sensor 614, and the second lens 616, preferably fixed focal length telephoto lens (such as 100 mm equiv. lens), forms an image on the second image sensor 618.

Ex. 1006, 23:33–40.

At this stage of the proceeding, Petitioner's annotated Figures 16A and 16B and the cited portion in column 23 of Parulski sufficiently support Petitioner's contentions that Parulski teaches the claimed camera.

> *[1.2] "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1 and"*

Petitioner contends that the combination of Parulski's wide angle lens 612 and Tang's optical parameters for a specific wide angle lens assembly renders obvious the claimed TTL to EFL ratio greater than one. *See* Pet. 29–34. Likewise, Petitioner contends that the combination of Parulski's telephoto lens 616 and Huang's optical parameters for a specific telephoto lens assembly renders obvious the claimed TTL to EFL ratio smaller than one. *Id.* at 29, 34–39.

---

[12] We note that Parulski uses different names for elements identified by the same reference number throughout its specification. *See* Ex. 1006. We similarly use Parulski's element names as appropriate.

18

In particular, Petitioner contends that in Huang's Example 1, the TTL is 5.348 mm, which Petitioner calculates by "summing the distances between the object-side surface of the first lens 100 and the image surface 180 . . . " which are shown in the thickness column of Huang's Table 1. *Id.* at 30–32 (citing Ex. 1006, Table 1 (spanning columns 12–13); Ex. 1003, 43). Petitioner points to Huang's first embodiment focal length (f) of the lens assembly, 6.60 mm, and contends an ordinarily skilled artisan would have understood this to be the EFL of Huang's lens assembly. *Id.* at 33 (citing Ex. 1006, Table 1). Petitioner calculates Huang's ratio of TTL to EFL as 5.384/6.60 = 0.81. *Id.* at 33–34. We presume Petitioner's calculation of the ratio includes a typographical error and should be a ratio of 5.348 to 6.60, which equates to 0.81 and is smaller than one. *See id.* at 32 (discussing 5.348 mm as the TTL).

Petitioner further contends that in Tang's Embodiment 1, the "wide angle lens unit has a TTL of 4.878 mm and an EFL of 4.34 mm, thus yielding a ratio of 4.878/4.34 which is larger than one." *Id.* at 35. According to Petitioner, the TTL of Tang's Embodiment 1 lens can be determined by "summing the distances between the object-side surface of the first lens 100 and the image plane 170 . . . " using Tang's Table 1, and dividing by Tang's focal length (f), 4.34 mm, which Petitioner contends is the EFL. *Id.* at 35–37 (citing Ex. 1009, Figs. 1A, 7, 8:51). Petitioner calculates the Tang's first embodiment to have a ratio of 4.878 to 4.34, which is 1.12. *Id.* at 38 (citing Ex. 1003, 47). Petitioner's calculations are undisputed.

*(1)    Petitioner's Rationale for Combining*

Petitioner presents the following reasons in support of combining the teachings of Parulski and Huang.

*First*, that Parulski generally teaches a wide angle lens and a telephoto lens, but "does not provide lens prescription data for either the wide or telephoto fixed-focal length lens in image assembly 610." Pet. 20. According to Petitioner, "[s]ince Parulski offers nothing more, a POSITA looking to implement this embodiment would have sought a suitable telephoto lens unit to incorporate in the cell phone camera, like Huang's embodiment." *Id.* (citing Ex. 1003, 31). *Second*, that Huang's lenses are "just one possible option" because they are applicable to mobile devices in general and smart phones in particular. *Id.* at 21 (citing Ex. 1003, 32; Ex. 1006, 8:44–51, 35:53–60). *Third*, that Parulski seeks to use lenses to reduce cell phone thickness, and Huang's telephoto lens "has the benefits of reducing both the manufacturing costs and the track length of the lens assembly (*i.e.*, thickness)." *Id.* at 22 (citing Ex. 1005, 24:20–27; Ex. 1006, 7:56–8:3). *Fourth*, that an ordinary skilled artisan would have had a reasonable expectation of success in making the combination, based on the similarity between the fields of view of Parulski and Huang's lenses. *Id.* at 23–24 (citing Ex. 1003, 35; Ex. 1006, Table 1; Ex. 1019, 9–10).

Petitioner presents the following reasons in support of combining the teachings of Parulski and Tang.

*Fifth,* that "Parulski does not provide lens prescription data for either the wide or telephoto fixed-focal length lens unit in image assembly 610," and "[t]o create a working lens image assembly 610," the ordinarily skilled artisan would have looked to Tang, "which provides not only a similar fixed-

20

focal length wide-angle lens, but also provides lens data that specifies the properties and configuration . . . ." *Id.* at 24–25 (citing Ex. 1003, 35; Ex. 1009, Fig. 7). *Sixth*, that "Tang describes the use of its lens in 'portable electronic devices' such as smart phones and PDAs." *Id.* at 25 (citing Ex. 1003, 35; Ex. 1009, 1:6–8, 1:37–38). *Seventh*, that "Tang further states that its lens 'features better image quality, maintains a moderate total track length and is applicable to compact portable electronic products,' thus satisfying Parulski's desire for selecting lenses that offer reduced thickness compatible with a mobile device." *Id.* at 25 (citing Ex. 1005, 24:20–27; Ex. 1009, 1:47–50). *Eighth*, that a "POSITA would have understood Tang's wide-angle lens with a similar HFOV [half field of view] of 33.2 degrees to be essentially equivalent to Parulski's wide-angle lens, based on the similarity between the fields of view of the lenses." *Id.* (citing Ex. 1003, 36; Ex. 1005, 23:23–43; Ex. 1009, Fig. 7; Ex. 1019, 9–10 ("A wide-angle lens will cover an angular semifield of about 30° to 35°")).[13] Petitioner calculates Parulski's HFOV as 28.40 degrees for a 35 mm lens. *Id.* (citing Ex. 1016, 107).

(2)    *Discussion of Rationale for Combining*

With respect to Petitioner's *eighth* contention, Petitioner does not explain why Parulski's HFOV of 33.2 degrees is essentially equivalent to 28.40 degrees, nor does Kingslake disclose what Petitioner has quoted. Kingslake discloses that "[a] wide-*field* lens will cover an angular semifield of about 30° to 35° and a true wide-*angle* lens will cover a semifield of 45° to 50° (see Fig. 1)." Ex. 1019, 8 (emphasis ours).

[13] Petitioner misquotes Kingslake (Ex. 1019) and cites the wrong pages of Kingslake. We cite to the original page numbers of the Kingslake text.

We have reviewed the cited portions of Parulski, Huang, and Tang. Even absent Petitioner's eighth contention, we determine that Petitioner has supported its rationale for combining Parulski, Huang, and Tang with sufficient rational underpinning, on the current record. At this stage of the proceeding, we further determine that the cited portions of Parulski, Huang, and Tang sufficiently support Petitioner's contentions with respect to the telephoto lens unit and the wide lens unit as claimed.

*[1.3] "defining separate Telephoto and Wide optical paths"*

Petitioner provides annotated versions of Figures 16A and 16B of Parulski that add a dashed blue line through each of wide-angle lens unit 612 and telephoto lens unit 616 and contends "[a] POSITA would have understood that light passing through the Wide camera unit to the first sensor 614 defines a Wide optical path and the light passing through the Telephoto camera unit to the second sensor 618 defines a separate Telephoto optical path." Pet. 40 (citing Ex. 1005, Figs. 16A, 16B; Ex. 1003, 50–51).

At this stage of the proceeding, the cited portions of Parulski sufficiently support Petitioner's contentions that Parulski teaches the claimed optical paths.

*[1.4] "wherein the Telephoto lens unit comprises multiple lens elements made of at least two different polymer materials having different Abbe numbers"*

Petitioner contends that "Huang's Example 1 lens is listed as plastic, which a POSITA would understand to be a polymer material." Pet. 44 (citing Ex. 1006, Table 1; Ex. 1003, 53). As identified by Petitioner, Huang's plastic lenses comprising its lens assembly are disclosed as having different Abbe numbers, ranging from 21.4 to 55.9. *Id.* at 44–45 (citing Ex.

IPR2020-00877
Patent 10,288,840 B2

1006, Table 1); *see* Ex. 1001, 8:25–27 ("lens elements made of different polymer materials, i.e., materials having different Abbe numbers.").

At this stage of the proceeding, the cited portions in Huang's Table 1 sufficiently support Petitioner's contentions that Huang teaches lenses of different polymer materials having different Abbe numbers.

> [1.5] *"wherein the multiple lens elements comprise a first group of at least three lens elements configured to form a telephoto lens assembly and a second group of at least two lens elements"*

Petitioner contends that Figure 1 of Huang depicts a first group of lenses 110, 120, 130 and second group of lenses 140, 150, and 160. Pet. 45–46. According to Petitioner's first interpretation, the first group of lenses "'form a telephoto lens assembly' because its TTL is less than its EFL (5.348 mm<6.60 mm)." *Id.* at 46 (citing Ex. 1006, Table 1). Under this theory, Petitioner appears to take the position that the *entire* telephoto lens unit, including the first group *and* the second group, forms a telephoto lens assembly.

Under an alternative theory, Petitioner contends that if the claim limitation is interpreted such that the first group of lenses *together* form a telephoto lens assembly with TTL<EFL, Huang also meets this limitation. *Id.* at 46–49. According to Petitioner, the TTL of the first group equals "[t]hicknesses of lenses and spaces for L1-L3 (1.893 mm) + Distance to image plane for L1-L3." *Id.* at 47 (citing Ex. 1006, Table 1). Petitioner explains that

> This value [1.893 mm] is then added to *the distance to the image plane* for a total TTL of 4.57583 mm, as calculated below in Zemax. . . . The EFL of Huang's Example 1 first lens group was determined by Zemax to be 5.61 mm. Therefore, the TTL of

23

IPR2020-00877
Patent 10,288,840 B2

> Huang's Example 1 first lens group (4.57583 mm) is smaller than
> the EFL (5.61 mm) . . . .

*Id.* at 48 (citing Ex. 1003, Appendix, Fig. 1) (emphasis added).[14]  On the

current record, it is not clear how Petitioner calculates the "Distance to

image plane for L1-L3," and whether this distance is calculated by Zemax.

Nor is it clear how, if this distance is calculated by Zemax, how Zemax

could also concurrently calculate the EFL, 5.61 mm, for the first lens group.

Despite the issues we have noted, at this stage of the proceeding,

Petitioner's contentions are undisputed, and based on those undisputed

contentions, Huang sufficiently supports Petitioner's contentions that Huang

teaches the first group and the second group as claimed.

> *[1.6]  "the second group of at least two lens elements spaced
> apart from the first group of at least three lens elements by a
> predetermined effective gap equal to or larger than 1/5 of the
> TTL of the Telephoto lens unit"*

Petitioner contends that Huang's Table 1 discloses the distance

between the image side of lens 3 and object side of lens 4 is 1.345 mm, and

as discussed above, that the TTL is 5.348.  Pet. 51.  Based on these values,

Petitioner calculates 5.348/5 as 1.0696, and thus, asserts that Huang's gap of

1.345 mm is larger than 1/5 of the TTL.  *Id.* at 49–51 (citing Ex. 1006,

Fig. 1; Ex. 1003, 56, 57).

At this stage of the proceeding, the gap and thicknesses disclosed in

Table 1 of Huang sufficiently support Petitioner's contentions that Huang

teaches the claimed predetermined effective gap and the claimed relation to

the TTL of the telephoto lens unit.

---

[14] Petitioner characterizes Zemax as a lens design software.  *Supra* § III.B
(citing Pet. 6–7).

IPR2020-00877
Patent 10,288,840 B2

> *[1.7] "wherein the first group of at least three lens elements comprises, in order from an object plane to an image plane along an optical axis of the Telephoto lens unit, a first lens element having positive optical power and"*

Petitioner contends that lenses 110, 120, 130 are depicted in Figure 1 of Huang along an optical axis and provides an annotated version of this figure in the Petition. Pet. 53 (citing Ex. 1006, Fig. 1). Petitioner also contends that first lens element 110 has a positive optical power. *Id.* at 55 (citing Ex. 1006, 9:23–33, 42) ("The first lens element 110 with positive refractive power . . . ."). According to Petitioner, "[a] POSITA would have understood 'positive refractive power' as stated by Huang to be equivalent to 'positive optical power' as recited in the claim." *Id.* (citing Ex. 1003, 60).

At this stage of the proceeding, Figure 1 of Huang sufficiently supports Petitioner's contention that Huang teaches the lenses in the claimed arrangement, and the cited portion in column 9 of Huang sufficiently supports Petitioner's contention that Huang's first lens has positive optical power as claimed.

> *[1.8] "a pair of second and third lens elements having together negative optical power such that the Telephoto lens assembly provides a Telephoto optical effect of the Telephoto lens unit and"*

Petitioner contends that "the second and third lens elements in Huang's first group both have negative optical power." Pet. 55 (citing Ex. 1006, 9:51–52 ("[t]he second lens element 120 with negative refractive power"); 9:58 ("[t]he third lens element 130 with negative refractive power")). According to Petitioner, an ordinarily skilled artisan would have understood that these lens elements together also have a negative optical power. *Id.* at 55–56 (citing Ex. 1003, 60). Petitioner also points to the

negative focal lengths for Lens 2 and Lens 3 (i.e., –3.57 and –8.42, respectively) in Huang's Table 1. *Id.* at 57. Petitioner supports its assertion that these lens elements together also have a negative optical power by substituting the negative focal lengths into a formula that evaluates to the combined focal length of two or more lenses, in this case, –0.3998.[15] *Id.* at 56–58.

Under a first theory, Petitioner again contends that if the claim limitation is interpreted such that the first group of lenses *together* form the claimed telephoto lens assembly, then that assembly provides a telephoto optical effect as evidenced by a calculation from Zemax discussed above with respect to limitation 1.5. *Id.* at 58 (citing Ex. 1003, Appendix, Figs. 2 and 3). Specifically, "the optical data for Huang's Example 1 lens assembly provides for a focal length of 4.57583 mm and a track length of 5.163 mm for lenses L1-L3 combined, as calculated by Zemax." *Id.* According to Petitioner, "since the TTL is longer than the EFL for these lenses, the first lens group of Huang is a 'Telephoto lens assembly [that] provides a Telephoto optical effect of the Telephoto lens unit' as recited by the claim." *Id.* at 58–59 (citing Ex. 1003, 62). We presume this is a typographical error on the part of Petitioner. The optical data that Petitioner presented above with respect to limitation 1.5 included a TTL of 4.57583 mm and an EFL of

---

[15] Petitioner calculates the combined power of lenses 2 and 3 as –0.3998, but also notes that the "negative optical power of the combined second and third lens elements is confirmed by Zemax, which calculates $1/f = -0.42$." Pet. 58 (citing Ex. 1003, 63, Appendix, Fig. 2) (emphasis omitted). Petitioner explains neither the reason for the difference between the value determined from the formula and the value calculated by Zemax, nor why these two values would have been considered equivalent.

26

IPR2020-00877
Patent 10,288,840 B2

5.61 mm, as calculated above by Zemax—the TTL is *less* than the EFL, and Huang meets this limitation.

Our concerns with respect to Petitioner's showing for limitation 1.5 *supra* are substantially applicable to limitation 1.8.

Under a second theory, Petitioner further contends that "a POSITA would have understood that a Telephoto lens assembly would necessarily provide a Telephoto optical effect." Pet. 59 (citing Ex. 1003, 62). According to the cited testimony of Dr. Sasián, "[a] POSITA would have also understood that telephoto lenses, such as those referenced by Huang, generally include a first positive lens followed by a second negative lens, providing a telephoto effect." Ex. 1003, 62–63 (citing Ex. 1016, 155–156).[16]

Petitioner also points to portions of Huang that describe a "telephoto ability" with respect to "the arrangement of lens elements." Pet. 59 (citing Ex. 1006, 5:58–60, 6:7–12) (emphasis omitted). It is not clear from the cited portions of Huang whether it is the first group of three lens elements that provides a telephoto optical effect of the telephoto lens assembly, as contrasted with the entire lens assembly.

Despite the issues we have noted, at this stage of the proceeding, Petitioner's contentions are undisputed, and based on those undisputed contentions, the lenses in the lens assembly of Huang's first embodiment sufficiently support Petitioner's contentions that Huang teaches the second and third lenses with negative optical power as claimed.

---

[16] The cited reference, Katz (Ex. 1016), does not contain pages 155 and 156, and does not appear to relate to the subject matter for which it was cited.

IPR2020-00877
Patent 10,288,840 B2

*[1.9] "such that the second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number for reducing chromatic aberrations of the Telephoto lens"*

Petitioner contends that the second and third lens elements in Huang's Table 1 are "made of plastic (polymer)" with different Abbe numbers and "different polymer materials (based on their being plastic and having different refractive indices)." Pet. 60–61 (citing Ex. 1003, 63). According to Petitioner, "[a] POSITA would have understood that the combination of two consecutive lenses with different Abbe numbers would help to correct chromatic aberration . . . ." *Id.* at 61 (citing Ex. 1017, 3:1–5 (Sverdrup patent); Ex. 1003, 63–64; Ex. 1019, 37).[17]

Petitioner's annotated version of Huang's Table 1 points out that the Abbe number of Lens 2 is 23.3 and the Abbe number of Lens 3 is 55.8. *Id.* at 60. Dr. Sasián testifies that "[a] POSITA would understand that both L2 and L3 are made of at least two different polymer materials (based on their being plastic and having different refractive indices)." Ex. 1003, 64. Based on the cited portions of Huang and Dr. Sasián's testimony, we are persuaded, at this stage of the proceeding, that Huang's Lens 2 and Lens 3 teach "second and third lens elements are each made of one of the at least two different polymer materials having a different Abbe number."

With respect to reducing chromatic aberrations, Petitioner's cited portion in Sverdrup (Ex. 1017) discloses not only that "[c]hromatic aberration can be addressed in lenses by combining two different materials

---

[17] The cited portion, page 37, of Kingslake (Ex. 1019) does not appear to exist. Dr. Sasián's testimony (Ex. 1003, 65) cites page 37 of Kingslake.

28

with differing Abbe numbers," as quoted by Petitioner, but also that "[o]ne of the materials is made into a positive lens, and the other into a negative lens," and that "[t]he powers are not equal, so that the overall power is non-zero." Ex. 1017, 3:1–5. Dr. Sasián testifies that "a POSITA would have understood that L1 of Huang's Example 1 lens system introduces positive chromatic aberration and L2 reduces this chromatic aberration as is well known in the art." Ex. 1003, 65 (citing Ex. 1017, 3:1–5; Ex. 1019, 37); *see* n.13. We understand Petitioner's position to be that Huang's Lens 1 teaches the positive lens and Huang's Lens 2 teaches the negative lens to reduce chromatic aberrations.

At this stage of the proceeding, Huang's Lenses 2 and 3, as evidenced by Sverdrup, sufficiently support Petitioner's contentions that Huang teaches the second and third lenses reducing chromatic aberrations as claimed in this limitation.

> [1.10] *"wherein the second group of lens elements includes a fourth lens element and a fifth lens element made of the different polymer materials having different Abbe numbers and"*

> [1.11] *"is configured to correct a field curvature and to compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements, and"*

According to Petitioner, although Huang's lenses in the second group are numbered Lens 4 through Lens 6,

> Huang's Lens 5 may be a "fourth lens element" and Lens 6 may be a "fifth lens element" because the claim language does not include any restriction requiring identification of each lens along the optical axis for lenses in the second group, and also indicates that the second group can have more than two lens elements.

IPR2020-00877
Patent 10,288,840 B2

Pet. 64 (citing Ex. 1003, 67–68). Huang's Lens 5, cited as teaching the claimed fourth lens element, has an Abbe number of 21.4. *Id.* at 63 (citing Ex. 1006, Table 1). Huang's Lens 6, cited as teaching the claimed fifth lens element, has an Abbe number of 55.7. *Id.*

Petitioner contends that "the field curvature of Huang's Example 1 lens assembly is corrected by the second group of lenses." *Id.* at 64. Petitioner supports its contention with Zemax plots, which are reproduced below. *Id.* at 65.



Group 1 (L1-L3)          Groups 1 & 2 (L1-L6)

30

> Petitioner's Zemax plots purporting to show reducing field
> curvature in Groups 1 and 2 as compared with Group 1 alone,
> with respect to Huang's Example 1.[18] *Id.* at 65.

In particular, Petitioner contends that

> [T]he standard field curves show that lenses L1-L3 in the first
> group have some residual field curvature with a maximum of
> about -0.22 mm for the light beam at 16.3°, and that the field
> curves are curved. The field curves for the complete objective,
> L1-L6, show that the second group of lenses L4-L6 corrects for
> the residual field curvature of the first lens group L1-L3 as the
> field curves have a maximum of about 0.1 mm and are nearly
> straight.

*Id.* (citing Ex. 1003, 68). Although we determine, at this stage of the

proceeding, that the Zemax plots reproduced above depict some change

along the x-axis, which we understand to represent millimeters of field

curvature, it is not clear what inputs Petitioner provides to Zemax to obtain

these outputs. *See* Ex. 1003, Appendix (Figs. 1–8). In the Appendix of Dr.

Sasián's Declaration, Figure 4—corresponding to the Zemax plots

reproduced above and purportedly depicting a comparative reduction of field

curvature—does not appear to indicate which data was input to obtain the

cited output data (i.e., field curvature in millimeters). *Id.*

At present, Dr. Sasián's opinions regarding these plots are undisputed

and as such, we do not have to determine whether Dr. Sasián has provided

enough testimonial or other evidence regarding these plots and their

generation to support those opinions if contested. For our consideration,

even if the testimony is not disputed at trial, it would be helpful to receive

more detailed information and explanation about these plots, their meaning

---

[18] Petitioner's Zemax plots are reproduced with as much clarity as possible
from the Petition and/or the Appendix of Dr. Sasián's Declaration.

IPR2020-00877
Patent 10,288,840 B2

(e.g., what the axes represent), and how they were generated.  We note this without prejudicing any possible arguments by Patent Owner that such information should have been provided with the Petition.

At this stage of the proceeding, we accept as sufficient Dr. Sasián's testimony that Figure 4 depicts the field curvature of *Huang's Example 1 lens assembly*.  Ex. 1003, 68.

Petitioner further contends that "a POSITA would have understood that lateral and longitudinal chromatic aberration can be shown by optical path difference meridional plots and chromatic focal shift curves."  Pet.  66. Petitioner contends that its Zemax plots, reproduced below, are representative of Huang's Example 1 lens assembly.  *Id.*

32

IPR2020-00877
Patent 10,288,840 B2



Zemax plots purportedly depicting optical path difference
meridional plots. *Id.* (citing Ex. 1003, Appendix (Fig. 5)); *see
supra* n.18.

According to Petitioner,

> [T]he optical path difference meridional plot for the light beam
> at 16.3° shows lateral and longitudinal chromatic aberration for
> the first group of lenses L1–L3 as the plots for the F and C
> wavelengths are tilted and curved with respect to each other. The
> same plots for the complete lens assembly L1–L6 shows no tilt
> or curvature for the F and C wavelengths, indicating that the
> second group compensates for residual chromatic aberration
> from the first group.

Pet. 66–67 (citing Ex. 1003, 70). As discussed above, it is not clear from the

Zemax plots which input data was provided to the Zemax program, nor does

Dr. Sasián explain what the x-axis and y-axis represent in the "Optical Path

Difference Meridional Plots" reproduced above. *See* 37 C.F.R. § 42.65.

33

Nevertheless, at this stage of the proceeding, we accept as sufficient Dr. Sasián's testimony that "lateral and longitudinal chromatic aberration can be shown by optical path difference meridional plots . . . for *Huang's Example 1 lens assembly* as generated by Zemax . . . ." with respect to Figure 5. Ex. 1003, 69 (emphasis added). As discussed above regarding the Zemax plots purportedly showing field curvature, we invite the parties to address this issue at trial. We also determine at this stage of the proceeding that the Zemax plot for the complete lens assembly, Lens 1 through Lens 6, appears to depict a flattening as well as a reduction in tilt for the depicted curves, as Petitioner contends.

Lastly, Petitioner contends that

> [T]he chromatic focal shift curve for the first group of lenses (L1-L3) shows longitudinal chromatic aberration, while the same curve for the complete lens assembly (L1-L6) shows that residual longitudinal chromatic aberration has been compensated as at least two wavelengths focused at the same focal distance. Thus, a POSITA would have known that the second group of lens elements is configured to "compensate for residual chromatic aberrations of the Telephoto lens assembly dispersed during light passage through the effective gap between the Telephoto lens assembly and the second group of at least two lens elements."

Pet. 67–68 (citing Ex. 1003, 70). Reproduced below are Petitioner's Zemax plots purportedly depicting chromatic focal shift curves representative of Huang's Example 1 lens assembly.

34

IPR2020-00877
Patent 10,288,840 B2

## Chromatic Focal Shift Curves

 

**Group 1 (L1-L3)**          **Groups 1 & 2 (L1-L6)**

Zemax plots purportedly depicting chromatic focal shift curves
comparing Group 1 alone and Groups 1 and 2 together. *Id.* at
67 (citing Ex. 1003, Appendix (Fig. 6)); *see supra* n.18.

Although it is not clear which input data was supplied to the Zemax
program to generate these Zemax plots as we noted above, these Zemax
plots reproduced above appear to depict a focal shift that is more significant
at lower wavelengths, at this stage of the proceeding.

At this stage of the proceeding, we accept as sufficient Dr. Sasián's
testimony that "lateral and longitudinal chromatic aberration can be shown
by . . . chromatic focal shift curves for *Huang's Example 1 lens assembly* as
generated by Zemax . . . . " with respect to Figure 6 (Ex. 1003, 69 (emphasis
added)) and text in Figure 6 that states "Huang example 1, configuration 1 of
1" (*id.*, Appendix). As discussed above for the Zemax plots purportedly

35

IPR2020-00877
Patent 10,288,840 B2

showing field curvature, we invite the parties to further address this issue at trial.

We are also persuaded that Petitioner's Zemax plots and the cited portions of Huang sufficiently support Petitioner's contentions that Huang teaches a second group that corrects a field curvature and compensates for residual chromatic aberrations as claimed, at this stage of the proceeding.

> [1.12] *"wherein the first, third and fifth lens elements have each an Abbe number greater than 50"*

> [1.13] *"and the second and fourth lens elements have each an Abbe number smaller than 30."*

Petitioner contends that Huang's lenses have Abbe numbers greater than 50 because Huang's Table 1 includes "lens elements annotated as L1, L3, and L5 hav[ing] Abbe numbers of 55.9, 55.8, and 55.7, respectively." Pet. 69 (citing Ex. 1006, Table 1). Petitioner further contends that Huang's lenses have Abbe numbers smaller than 30 because Huang's Table 1 includes "lens elements annotated as L2 and L4 hav[ing] Abbe numbers of 23.3 and 21.4, respectively." *Id.* at 71 (citing Ex. 1006, Table 1).

At this stage of the proceeding, Huang's disclosure of the Abbe numbers corresponding to Lenses 1 through 5 sufficiently support Petitioner's contentions that Huang teaches lenses with the claimed Abbe numbers.

For the foregoing reasons, we are persuaded that the cited evidence sufficiently supports Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to independent claim 1 over the combination Parulski, Huang, and Tang.

IPR2020-00877
Patent 10,288,840 B2

### 5. *Dependent Claim 2*

Claim 2 recites, "wherein light receiving outer surfaces of the Wide and Telephoto lens units are located substantially in the same plane, thereby reducing shadowing and light blocking effects therebetween." Ex. 1001, 20:17–20.

Petitioner annotates Figures 16A and 16B of Parulski to point out how "Telephoto and Wide camera units include light receiving outer surfaces (opposite image sensors 614 and 618) that lie along a same plane." Pet. 73 (citing Ex. 1006, Figs. 16A, 16B).

We have reviewed Petitioner's annotated versions of Parulski's Figures 16A and 16B and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claim 2 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

### 6. *Dependent Claim 5*

Claim 5 recites, "wherein the Wide and Telephoto camera units are mounted directly on a single printed circuit board." Ex. 1001, 20:27–29.

According to Petitioner, "Parulski's cell phone camera includes an integrated capture assembly that includes a Wide camera with a Wide lens unit and a Telephoto camera unit with a Telephoto lens unit." Pet. 74 (citing Ex. 1005, 23:28–43). Petitioner contends that "[t]he Wide and Telephoto camera units of this integrated capture assembly are mounted directly on *a common substrate 620* as shown in Figs. 16A and 16B." *Id.* (citing Ex. 1006, Figs. 16A and 16B) (emphasis added).

We have reviewed Parulski's Figures 16A and 16B and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate a

37

reasonable likelihood of prevailing with respect to the challenge to dependent claim 5 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

### 7. *Dependent Claims 7, 12, and 18*

Claim 7 recites, "wherein the Telephoto lens unit has a TTL less than 6.5 mm." Ex. 1001, 20:33–34. Claim 12, "wherein the Telephoto lens unit TTL is less than 5.5 mm." *Id.* at 20:51–52. Claim 18 recites "wherein the Telephoto lens unit has an F# smaller than 3.2 and a TTL smaller than 6.2 mm." *Id.* at 20:65–67.

With respect to the TTL requirements of claims 7, 12, and 18, Petitioner relies on Huang's Table 1 and calculates the TTL of Huang's first embodiment as 5.348 mm, as it did with respect to independent claim 1. Pet. 76–78, 81. Huang's Table 1 further indicates that the F# of Huang's first embodiment is 2.85. *Id.* at 81.

We have reviewed Huang's Table 1 and Petitioner's calculation and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claims 7, 12, and 18 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

### 8. *Dependent Claims 11, 13, and 16*

Claim 11 recites "wherein the Telephoto lens unit TTL/EFL ratio is smaller than 0.9." Ex. 1001, 20:49–50.

According to Petitioner "Huang's Example 1 lens system is a Telephoto lens unit with TTL = 5.348 mm and EFL = 6.6 mm," and therefore, discloses a "ratio of TTL/EFL = 5.348/6.6 = 0.81, which is smaller than 0.9." Pet. 78 (citing Ex. 1003, 78).

IPR2020-00877
Patent 10,288,840 B2

Claims 13 and 16 recite "wherein the Telephoto lens unit EFL is greater than 5.9 mm." Ex. 1001, 20:53–54, 61–62.

As discussed above, Petitioner contends "Huang's Example 1 lens system is a Telephoto lens unit with EFL = 6.6 mm, which is greater than 5.9 mm." Pet. 78.

We have reviewed Huang's Table 1 and Petitioner's calculation and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claims 11, 13, and 16 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

### 9. *Dependent Claim 15*

Claim 15 recites "wherein the Telephoto camera unit includes an image sensor and wherein an image captured by the Telephoto camera unit has a field of view that is no larger than 44 degrees." Ex. 1001, 20:57–60.

Petitioner points to Huang's image sensor 190 as teaching the claimed image sensor. Pet. 79. Petitioner also points out that Huang's first embodiment has a half field of view (HFOV) that is depicted in Table 1 as 16.3 degrees, and contends that a "POSITA would have thus understood that the full Field of View of Example 1 lens assembly is twice the HFOV, or 32.6 degrees, which is FOV = 2*HFOV = 32.6 degrees, which is 'no larger than 44 degrees' as claimed." *Id.* at 80–81 (citing Ex. 1003, 79–80).

We have reviewed Huang's Table 1 and Petitioner's calculation and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claim 15 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

IPR2020-00877
Patent 10,288,840 B2

### 10. Dependent Claim 20

Claim 20 recites "wherein the first, second and third lens elements have respective focal lengths f1, f2 and f3, and wherein the respective focal lengths satisfy the condition 1.2|f3|>|f2|> 1.5|f1| and wherein the Telephoto lens unit has an F# smaller than 3.2, wherein the Telephoto lens unit TTL is smaller than 6.2 mm." Ex. 1001, 21:4–9.

According to Petitioner, "in Table 1, Huang's Example 1 lens system includes lenses L1, L2, and L3 having focal lengths of f1=2.26 mm, f2= -3.57 mm, and f3=-8.42 mm, respectively." Pet. 82–83. Petitioner sufficiently demonstrates that the focal lengths disclosed in Huang meet the inequality recited in claim 20: 1.2|-8.42|>|-3.57|>1.5(2.26) = 10.104>3.57>3.39. *Id.* The second and third wherein clauses of claim 20 are the same as the limitations recited in claim 18. Petitioner points to its showing for claim 18 to meet the second and third wherein clauses, which we consider persuasive for the same reasons as set forth above with respect to claim 18.

We have reviewed Huang's Table 1 and Petitioner's calculations and are persuaded that they sufficiently support Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claim 20 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

### 11. Dependent Claim 21

Claim 21 recites "wherein the Telephoto camera unit includes an image sensor with an image sensor size ¼" or ⅓"." Ex. 1001, 21:10–12. According to Petitioner,

40

Huang's Example 1 telephoto lens and Tang's Embodiment 1 wide-angle lens produce image heights of 2.0 mm and 2.86 mm, respectively. Using the formula provided by Smith as discussed above, Huang's Example 1 lens has a 4 mm diagonal and Tang's Embodiment 1 wide-angle lens has a 5.72 mm diagonal. A POSITA would have understood these diagonals to be compatible with sensor diagonals for ¼" and ⅓" sensors, with diagonals of about 4.4 mm and 6 mm. Furthermore, a POSITA would have understood that the use of the lens assemblies of Huang and Tang with ¼" and ⅓" sensors would avoid clipping the lens image, or providing many more unnecessary pixels as a ½" sensor would provide.

Furthermore, a POSITA would have understood that the lens assemblies of Huang and Tang are designed for electronic sensors such as a CCD or CMOS, and would therefore be motivated to provide a suitable sensor with these lenses. A POSITA would have been motivated to provide Huang's telephoto lens with an image sensor having a ¼" or ⅓" format to meet cost, size, and other design requirements of modern cell phones.

Pet. 84–85 (citing Ex. 1005, 7:28–31, 24:20–31; Ex. 1006, 1:20–30, Fig. 2; Ex. 1009, 1:10–19, Fig. 1B; Ex. 1015, 26; Ex. 1003, 84–85).[19]

Although Huang does not explicitly disclose the size of its sensor, we have reviewed the cited portions and determine that they sufficiently support Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claim 21 over the combination Parulski, Huang, and Tang at this stage of the proceeding.

E.    *Obviousness over Parulski, Huang, Tang, and May*

Petitioner contends that claims 3 and 4 are unpatentable as obvious under 35 U.S.C. § 103 over Parulski, Huang, Tang, and May. Patent Owner

---

[19] Smith (Ex. 1015) does not have a page 26 as cited by Petitioner.

41

did not file a preliminary response.  For the reasons that follow, we determine that Petitioner's showing is not sufficiently supported so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to claims 3 and 4 at this stage of the proceeding.

### 1.    Overview of May

May concerns "a digital camera that uses multiple lenses and image sensors to provide an extended zoom range." Ex. 1011, 1:8–10.  By providing a plurality of optical image capture modalities, each having a lens-sensor combination with a different focal length or combination of focal lengths (i.e., a zoom factor), "a large zoom ratio, e.g., 10:1, can be accomplished in a smaller scale space at lower cost with higher quality optical results than heretofore achieved." *Id.* at 4:45–54.  An exemplary embodiment is depicted in Figure 24A, reproduced below.



FIG. 24A

Figure 24A is a schematic sectional view of an image capturing assembly for a cell phone. *Id.* at 23:32–36.

"[A]ssembly 610 contains an integrated packaging of optical and imaging components on common substrate 620," and includes first fixed focal length lens 612 and first image sensor 614, and second fixed focal length lens 616 and second image sensor 618. *Id.* at 23:35–40.  The sensors in the image

42

capture assembly may be positioned next to each other on a common circuit board assembly, or may be packaged in a common integrated circuit package. *Id.* at 10:14–17.

### 2. Dependent Claims 3 and 4

Claim 3 recites "wherein the Wide and Telephoto camera units are mounted on separate printed circuit boards." Ex. 1001, 20:21–26.

Petitioner presents the following contentions. *First*, that "a POSITA would understand that each camera of the image capture assembly includes a sensor (i.e., 12a, 12b, 14, 16) mounted on a different printed circuit board," as disclosed in May. Pet. 91 (citing Ex. 1003, 92; Ex. 1011, Figs. 10D–10F, 7:4–15). *Second*, that "[i]n the example shown in Fig. 24A above, the flex connector 626 is designed to connect a printed circuit board (substrate 620) to another printed circuit board." *Id.* at 92 (citing Ex. 1011, Fig. 24A, 23:48–54; Ex. 1005, 23:44–50). *Third*, that "a POSITA would have understood that placing the wide and telephoto lens units of Parulski on different substrates with the ability to vary their layout would provide a greater range of optical performance and more economically produce camera lenses," as well as provide a cost savings as compared to a single zoom lens camera. *Id.* at 93 (citing Ex. 1003, 93; Ex. 1005, 6:20–44, 8:15–30, 10:37–59; Ex. 1011, 4:6–15, 45–54).

With respect to Petitioner's first contention, the cited portions of May do not teach or suggest more than one printed circuit board, let alone placing each different type of camera unit on a separate printed circuit board as claimed. *See* Ex. 1011, Figs. 10D–10F, 7:4–15. Similarly, with respect to Petitioner's second contention, column 23 does not mention "another printed circuit board" as Petitioner asserts, and in fact, "[e]ach lens 612 and 616 and

each associated image sensor 614 and 618 [is] mounted *to the substrate 620*," as depicted in Figure 24A of May. *See* Ex. 1011, 23:48–49 (emphasis added). With respect to Petitioner's third contention, the cited portions of May disclose a cost and size savings between an image capture assembly having multiple lenses and multiple image sensors as compared with a camera having a single sensor and a large range zoom lens. *See id.* at 6:20–25.

Dr. Sasián's testimony largely mirrors Petitioner's contentions. *See* Ex. 1003, 92–93. In relevant part, Dr. Sasián testifies that "a POSITA would understand that each camera of the image capture assembly includes a sensor (i.e., 12a, 12b, 14, 16) mounted on a different printed circuit board." *See id.* at 92 (citing Ex. 1011, Figs. 10D–10F, ¶¶ 48, 58).[20] It is not clear how May's Figures 10D through 10F support this testimony, and it is not clear how the other cited portions of May support Dr. Sasián's testimony.

Accordingly, we question whether the cited evidence sufficiently supports Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect dependent claim 3 at this stage of the proceeding. For substantially the same reasons, we also question whether Petitioner has demonstrated a reasonable likelihood of prevailing with respect to dependent claim 4, which depends from claim 3.

---

[20] We understand Dr. Sasián's testimony to reference paragraph numbers in the pre-grant publication of the May patent (U.S. Patent Application Pub. 2006/0187338 A1). We have reviewed column 7, lines 4–15 and column 10, lines 6–23 in the May patent—the subject matter disclosed therein corresponds to the subject matter in paragraphs 48 and 58 of the pre-grant publication.

>     *F.     Obviousness over Parulski, Huang, Tang, and Li II*

Petitioner contends that claim 6 is unpatentable as obvious under 35 U.S.C. § 103 over Parulski, Huang, Tang, and Li II.  Patent Owner did not file a preliminary response.  For the reasons that follow, we determine that Petitioner's showing is sufficiently supported so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to claim 6 at this stage of the proceeding.

>     *1.     Overview of Li II*

Li II concerns a mobile device with dual digital camera sensors.  Ex. 1018, 1:7–8.  Sensor position controller of the mobile device 106 "may adjust locations and/or positions of the two sensors 102, 104, such as [by] rotating, shifting or sliding the sensors 102,104 in one or more directions." *Id.* at 3:9–12.  A mobile device with sensors is depicted in Figure 1, reproduced below.

45

IPR2020-00877
Patent 10,288,840 B2



FIG. 1

Figure 1 of Li II illustrates a mobile device with two or more
camera sensors.  *Id.* at 1:36–37.

Li II explains "[a]djustable sensors 102, 104 may enable a number of
advanced features, such as image quality improvement, 3-D image and video
visualization, and 360-degree panoramic video generation."  *Id.* at 3:16–19.

## 2.    *Dependent Claim 6*

Dependent claim 6 recites, "wherein the Wide and Telephoto camera
units are spaced from one another a distance d of about 1 mm."  Ex. 1001,
20:30–32.

46

Petitioner contends that Li II discloses "a mobile device with dual digital camera sensors [102, 104]" that "are adjustable by 'rotating, shifting or sliding the sensors 102, 104 in one or more directions.'" Pet. 100 (citing Ex. 1018, 1:7–8, 3:7–12, Fig. 1). According to Petitioner, "Li II states that the sensors may be adjusted to a range including 6 cm apart as well as closer together, such that 'the distance between the two sensors 102, 104 approaches zero.'" *Id.* at 101 (citing Ex. 1018, 4:2–5, 4:56–57). Petitioner further contends that "[a] POSITA would have understood that this range includes 'a distance d of about 1 mm' as claimed, especially in the context of Li II's discussion of sensors 'positioned very close to each other,' and considering the sizes of camera units." *Id.* (citing Ex. 1018, 3:66–4:13).

As rationale for combining the teachings of Parulski, Huang, Tang, and Li II, Petitioner contends

> [A] POSITA would have been motivated to modify Parulski's mobile device with Li II's method of varying the distance between imaging lenses to provide additional control over the imaging capabilities of the mobile device including increasing image dynamic range. For example, Parulski includes various embodiments with different spacing between lenses including a first embodiment that includes a first zoom imaging stage and a second imaging stage "for the purpose of autofocus of the first imaging stage." In a second embodiment, "two image capture stages are used together to form a high resolution rangefinder similar to a dual lens rangefinder but with higher resolution, which is provided by the two high resolution image capture stages and a larger separation distance between the two lenses in the two image capture stages."

*Id.* at 98 (citing Ex. 1003, 99, Ex. 1005, 10:26–37, 59–64; Ex. 1018, 4:12–36). We have reviewed Petitioner's cited evidence and are persuaded, at this stage of the proceeding, that the rationale for combining is supported by

47

IPR2020-00877
Patent 10,288,840 B2

sufficient rational underpinning and that the cited evidence sufficiently supports Petitioner's contentions so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to dependent claim 6 over the combination of Parulski, Huang, Tang, and Li II at this stage of the proceeding. *See* Pet. 95–104.

## IV.    DISCRETIONARY DENIAL

Institution of *inter partes* review is discretionary. *See Harmonic Inc. v. Avid Tech, Inc.*, 815 F.3d 1356, 1367 (Fed. Cir. 2016) ("[T]he PTO is permitted, but never compelled, to institute an IPR proceeding."); 35 U.S.C. § 314(a) (2018).  Pursuant to 35 U.S.C. § 325(d), in determining whether to institute an *inter partes* review, "the Director may take into account whether, and reject the petition or request because, the same or substantially the same prior art or arguments previously were presented to the Office."  In evaluating arguments under § 325(d), we use

> [a] two-part framework:  (1) whether the same or substantially the same art previously was presented to the Office or whether the same or substantially the same arguments previously were presented to the Office; and (2) if either condition of first part of the framework is satisfied, whether the petitioner has demonstrated that the Office erred in a manner material to the patentability of challenged claims.

*Advanced Bionics, LLC v. MED-EL Elektromedizinische Geräte GmbH*, IPR2019-01469, Paper 6 at 8 (PTAB Feb. 13, 2020) (precedential); *see also Becton, Dickinson & Co. v. B. Braun Melsungen AG*, IPR2017–01586, Paper 8 at 17–18 (PTAB Dec. 15, 2017) (precedential as to Section III.C.5, first paragraph) (listing factors to consider in evaluating the applicability of § 325(d)).  Because we determine that the same or substantially same art or

IPR2020-00877
Patent 10,288,840 B2

arguments were not previously presented to the Office, we need not reach the second part of the *Advanced Bionics* framework.

We begin our analysis with the first part of the *Advanced Bionics* framework. In the first part of the framework, we look to *Becton, Dickinson* factors (a), (b), and (d) to evaluate "the similarities and material differences between the asserted art and the prior art" previously presented to the Office during a proceeding pertaining to the challenged patent (factor (a)), "the cumulative nature of the asserted art and the prior art evaluated" previously (factor (b)), and "the extent of the overlap between the arguments" previously presented "and the manner in which petitioner relies on the prior art" (factor (d)). *Advanced Bionics*, Paper 6 at 9 n.10 (citing *Becton, Dickinson*, Paper 8 at 17–18); *see id.* at 9–10.

The Petition asserts three grounds of unpatentability against the challenged claims—obviousness over the combination of Parulski, Huang, and Tang; obviousness over the combination of Parulski, Huang, Tang, and May; and obviousness over the combination of Parulski, Huang, Tang, May, and Li II. Pet. 10–11.

Petitioner argues that "Applicant filed an Information Disclosure Statement (IDS) listing several references including Parulski and May" but that "there is no indication that the Examiner considered any of the references listed because the IDS was not signed and the Examiner did not apply either Parulski or May (both listed in the IDS) against any claim limitation." *Id.* at 5 (citing Ex. 1002, 273, 285). The face of the '840 patent lists not only the pre-grant publications preceding issuance of the Parulski and May patents, but also the Tang patent and the pre-grant publication of Li II (*see* Ex. 1001, code (56)). Although these references were not applied in a

49

IPR2020-00877
Patent 10,288,840 B2

rejection (*see generally* Ex. 1002), our review of the prosecution history of the '840 patent indicates that the Examiner expressly considered the Tang patent and the pre-grant publications of Parulski, May, and Li II.

Because the Tang patent and the pre-grant publications of Parulski, May, and Li II were cited in an IDS during prosecution and later listed on the face of the '840 patent, these references were previously presented to the Office. *See Advanced Bionics*, Paper 6 at 7–8. However, Huang was never cited or considered during the prosecution of the '840 patent and the teachings of Huang set forth in the Petition are not cumulative to the teachings of the art evaluated by the Examiner during prosecution. Because each of the challenges set forth in the Petition are in combination with Huang, which was not considered by the Examiner, we find that consideration of the references and arguments based thereon to be materially different than the Examiner's previous consideration of the Tang patent and the pre-grant publications of Parulski, May, Tang, and Li II in an IDS during prosecution.

With respect to the Petition, the prosecution of the '840 patent, and the arguments applied in each, we find salient differences. Petitioner relies on different prior art, combined in different ways. In an Office Action dated October 3, 2018, the Examiner indicated the allowability of dependent claim 13, if rewritten in independent form including all of the limitations of the base claim and any intervening claims. Ex. 1002, 454. In a Response to the Office Action, Applicant rewrote dependent claim 13 in independent form, which corresponds to independent claim 1 of the '840 patent. In a Notice of Allowability dated January 15, 2019, the Examiner indicated the combination of features recited in rewritten claim 13 in the *Reasons for*

IPR2020-00877
Patent 10,288,840 B2

*Allowance* section.  Dependent claim 13 originally recited "wherein the first, third and fifth lens elements have each an Abbe number greater than 50 and the second and fourth lens elements have each an Abbe number smaller than 30."  Huang is not cumulative to the references considered and applied during prosecution of the '840 because it is applied to teach these limitations, i.e., corresponding to limitations [1.12] and [1.13] in the present proceeding, that were among the reasons for allowance.  We further note that Huang is applied to a majority of the limitations of independent claim 1 (*i.e.*, limitations [1.4] through [1.13]) and several of the dependent claims.

Accordingly, we do not find that *Becton Dickinson* factors (a), (b), and (d) are met for Petitioner's three challenges based on Huang, and we find that those grounds of unpatentability do not rely upon the same or substantially the same prior art or arguments considered during examination of the '840 patent.  *See Oticon Medical AB v. Cochlear Ltd.*, IPR2019-00975, Paper 15 at 20 (PTAB Oct. 16, 2019) (precedential) (declining to exercise discretion when new, noncumulative prior art was asserted in the Petition).  Having failed the first part of the *Advanced Bionics* framework, we need not determine whether Petitioner has demonstrated that the Office erred in a manner material to the patentability of the challenged claims.  After careful consideration of the record before us, we determine that, on balance, the totality of the evidence favors declining to exercise our discretion under 35 U.S.C. § 325(d) to deny institution.

## V.    CONCLUSION

We determine that Petitioner has demonstrated a reasonable likelihood of prevailing on its challenge to claims 1, 2, 5–7, 11–13, 15, 16, 18, 20, and 21 over Parulski, Huang, and Tang and on its challenge to claim 6 over

51

IPR2020-00877
Patent 10,288,840 B2

Parulski, Huang, Tang, and Li II. We further determine that Petitioner has not demonstrated a reasonable likelihood of prevailing on its challenge to claims 3 and 4 over Parulski, Huang, Tang, and May.

At this preliminary stage, we have not made a final determination as to the patentability of claims 1–7, 11–13, 15, 16, 18, 20, and 21, or any underlying factual and legal issues.

## VI.    ORDER

In consideration of the foregoing, it is hereby:

ORDERED, pursuant to 35 U.S.C. § 314(a), that an *inter partes* review of claims 1–7, 11–13, 15, 16, 18, 20, and 21 is instituted with respect to the grounds set forth in the Petition; and

FURTHER ORDERED, pursuant to 35 U.S.C. § 314(c) and 37 C.F.R. § 42.4(b), that the *inter partes* review of the '840 patent shall commence on the entry date of this Order, and notice is hereby given of the institution of a trial.

IPR2020-00877
Patent 10,288,840 B2

For PETITIONER:

Michael Parsons
Michael.parsons.ipr@haynesboone.com

Andrew Ehmke
Andy.ehmke.ipr@haynesboone.com

Jordan Maucotel
Jordan.maucotel@haynesboone.com

For PATENT OWNER:

Neil Rubin
nrubin@raklaw.com

C. Jay Chung
jchung@raklaw.com

53

# UNITED STATES PATENT AND TRADEMARK OFFICE

————————

# BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————

## APPLE INC.,
Petitioner,

v.

## COREPHOTONICS, LTD.,
Patent Owner.

————————

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

————————

## PATENT OWNER'S RESPONSE

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

## I.    INTRODUCTION

Patent Owner Corephotonics, Ltd. submits this response to the Petition (Paper 2) filed by Apple Inc., requesting *inter partes* review of U.S. Patent No. 10,288,840. Corephotonics has reviewed the detailed decision of the Board granting institution of this IPR (Paper 7) and it appreciates the guidance provided by the Board in that decision. Mindful of the Board's time and seeking to limit the further costs of this proceeding to the parties, Corephotonics limits this response to rebutting Apple's second ground, alleging that claims 3 and 4 are obvious over Parulski in view of Huang, Tang, and May. (*See* Paper 2 at 85–95.)

In the Institution Decision, the Board stated: "we determine that Petitioner's showing is not sufficiently supported so as to demonstrate a reasonable likelihood of prevailing with respect to the challenge to claims 3 and 4 at this stage of the proceeding." (Paper 7 at 42.) A petition that does not demonstrate even a reasonable likelihood of prevailing cannot be sufficient to meet the petitioner's burden of establishing obviousness by a preponderance of the evidence. Corephotonics respectfully submits that the Board's analysis of the challenge to claims 3 and 4 in the Institution Decision was correct and asks

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

## III.   LEVEL OF ORDINARY SKILL IN THE ART

Corephotonics does not believe that there are errors in Patent Owner's identification of the level of ordinary skill in the art that are material to the arguments set forth in this response. Accordingly, it applies the level of ordinary skill in the art set forth in the petition and used by the Board in its Institution Decision. (Paper 7 at 8.)

## IV.   CLAIM CONSTRUCTION

Corephotonics does not believe that any terms require construction to resolve the disputes addressed in this response. In particular, Corephotonics does not believe there is any need for the Board to construe TTL or EFL in this proceeding.

## V.    ARGUMENT

As an initial matter, the petition does not clearly explain what structure Apple believes would result from a combination of Parulski, Huang, Tang, and May. The petition states that "[a] POSITA would have combined Parulski's cell phone camera as modified by the addition of Huang's telephoto lens and Tang's wide-angle lens with ***May's image capture assembly layout***," Petition at 88, but the petition points to two very different types of layout in May, exemplified by Figures 10D–10F and by Figure 24A:

3

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

(Ex. 1011, May at 10:60–11:15.)

The Huang and Tang lenses that Apple proposes combining with May are both conventional, non-folded lenses, with a straight optical path, no mirror prism, and with sensors parallel to the entrance lens:



Fig. 1

(Ex. 1006, Huang, Figure 1.)

6

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

Indeed, the Petition relies on this layout from Parulski for Apple's first ground. (Paper 2 at 13.) How a POSITA would modify Parulski based on a layout in May, which is identical to a layout that is already in Parulski, is something the reader is left to guess.

In short, Apple points to separate references that it alleges contain the various elements of claims 3 and 4, but it fails to explain how they could actually be combined. This is fatal to Apple's challenge.

Apple's challenge to claims 3 and 4 also fails for the two reasons identified in the Institution Decision. First, nothing cited in the petition from May mentions more than one circuit board. (*See* Paper 7 at 43 ("The cited portions of May do not teach or suggest more than one printed circuit board . . . .").) The description of the folded lens layouts that Apple quotes describes "a common circuit board assembly." (Ex. 1011, May at 10:14–17; Paper 2 at 89.) Likewise, the non-folded Figure 24A layout is described as having a single "substrate 620" with electronic circuit components "such as resistors, capacitors and power management components" mounted on it. (Ex. 1011, May at 23:48–57; Paper 2 at 90.)

Second, the petition fails to present a plausible, non-conclusory motivation to combine May with the other references (whatever combination it is

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

The claims of reduced cost from using separate circuit boards also defy common sense. If a patron orders an entrée and side from an ordinary restaurant, the server will most likely bring them on one plate, not two, as using one plate is cheaper. Likewise, the members of the Board will be aware that computer manufacturers seek to combine multiple components onto a single board as a way to reduce costs. That is why Apple's products going back to the Apple I contain boards with dozens of components on them, not dozens of separate boards with dozens of flex connectors between them as Dr. Sasián's reasoning suggests[1]:



---

[1] https://en.wikipedia.org/wiki/Apple_I

11

Paper No._____

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————————

APPLE INC.,
Petitioner,

v.

COREPHOTONICS, LTD.,
Patent Owner

————————————————

IPR2020-00877
Patent No. 10,288,840

————————————————

**PETITIONER'S REPLY**

terms, these terms need not have the same constructions.[1]

However, given the limited disputed issues remaining in this case after Patent Owner's Response, Petitioner agrees with Patent Owner that the Board need not construe any terms in this proceeding to resolve the remaining issues. *See* Response, p.3. Petitioner therefore respectfully submits that for the purposes of this proceeding, no specific construction of any claim term is necessary.

### III.    Claims 1, 2, 5, 7, 11-13, 15, 16, 18, 20, and 21 are obvious over Parulski in view of Huang and Tang.

Patent Owner does not dispute that the combination of Parulski, Huang, and Tang renders obvious claims 1, 2, 5, 7, 11-13, 15, 16, 18, 20, and 21. Petitioner respectfully requests that these claims be found unpatentable and cancelled.

### IV.    Claim 6 is obvious over Parulski in view of Huang and Tang and further in view of Li II.

Patent Owner does not dispute that the combination of Parulski, Huang, Tang, and Li II renders obvious claim 6. Petitioner respectfully requests that this claim be found unpatentable and cancelled.

---

[1] *See Trs. of Columbia Univ. v. Symantec Corp.*, 811 F.3d 1359, 1369 (Fed. Cir. 2016) (finding that that similar claim terms do not need to be construed similarly if the patents are from different families).

4

distinct, and spaced apart. *See* Petition, pp.89-90, APPL-1003, ¶¶66, 74, p.93;

APPL-1011, Figs. 10A-15C (showing modular subassemblies), 9:54-59

(discussing subassemblies and components "rearranged" in various layouts);

APPL-1022, ¶20.

Thus, a POSITA would have understood that May teaches independent,

modular optical assemblies that may be reconfigured as needed within a camera

system. *See* Petition, p.89, APPL-1003 ¶¶73-74; APPL-1022, ¶21. A POSITA

would have understood May to teach that the camera subassemblies are mounted

on separate PCBs to maintain their modular nature. *See* Petition, pp.89-90; APPL-

1003, ¶¶66, 74.

***Fifth***, the inclusion of independent camera subassemblies mounted on PCBs

in this fashion was well-known in the art, as evidenced by U.S. Patent No.

7,556,504 to Ryu (APPL-1012) which shows a camera module 10 including a lens

unit 18 and **image sensor mounted on a printed circuit board 12**. *See* Petition,

p.90; APPL-1003, ¶74; APPL-1012, Fig. 1 (showing the camera module 10 and

PCB 12), Fig. 6 (showing a side view of the camera module including image

sensor 120).

***Finally***, Patent Owner cites only the statement in May that "in some

embodiments the sensors in the image capture assembly may be positioned next to

each other on a common circuit board assembly, … ," and the Figure 24A layout as

12

teaching only a single circuit board, and implies that May cannot therefore teach multiple PCBs.  (Response at 9.)  However, as the passage above explains, it is only "***in some embodiments***" that the subassemblies may be placed on a common circuit board.  In these embodiments (including May's Fig. 24A), image sensors may be on a common plane, meaning that they could also be placed on a common board.

However, in ***other*** embodiments as discussed above in which the subassemblies are ***not*** on a common plane (such as Figs. 10D-10F), a POSITA would understand that the camera subassemblies in May would not be mounted on a common circuit board. APPL-1022, ¶24.  Patent Owner does not rebut these cited disclosures and expert testimony.

## B. A POSITA would have been motivated to apply May's teachings to Parulski, Huang, and Tang.

Patent Owner argues that Petitioner failed to sufficiently show a motivation to combine May with Parulski, Huang, and Tang. *See* Response at 9-10. These arguments are not based on the relevance of the teachings between the various references, but instead on an argument that it would be improper to physically combine May's lens with the lens assemblies in the other references. As shown below, however, a POSITA would have been motivated by May's ***teachings*** of mounting each camera unit on a separate printed circuit board in implementing the

13

UNITED STATES PATENT AND TRADEMARK OFFICE

———————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————

APPLE INC.,
Petitioner,

v.

COREPHOTONICS, LTD.,
Patent Owner.

———————

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

———————

PATENT OWNER'S SUR-REPLY

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

The only disclosures in May cited by Apple that *do* show any circuit board, show a *single* circuit board that *all* of the camera assemblies and associated electronic components are mounted on:



FIG. 24A

Printed Circuit Board

Image Sensors mounted to the Printed Circuit Board

(Ex. 1011 Figure 24A (with Apple's annotations from Paper 13 at 8); *id.* at 10:14–17 ("In addition, in some embodiments the sensors in the image capture assembly may be positioned next to each other on *a common circuit board assembly*, or may be packaged in *a common integrated circuit package*, and the lenses in the image capture assembly may be provided in a common lens assembly that mounts onto *the circuit board or the integrated circuit package*." (emphasis added)); *id.* at 23:48–57 ("Each lens 612 and 616 and each associated image sensor 614 and 618 are mounted to *the substrate 620* . . . Electronic components 624, such as resistors, capacitors and power management components, are also mounted *on the substrate 620*. . . ." (emphasis added)).

5

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

Apple's reply suggests for the first time that there is a figure in May that contains an image sensor mounted on its own printed circuit board, namely May Figure 17 (*see* Paper 13 at 8):



FIG. 17

(Ex. 1011, Figure 17.) Apple appears to contend that one of the unlabeled structures to the right of sensor 14 is a printed circuit board. But May never says what these unlabeled structures are, and there is nothing in May to indicate that these are printed circuit boards, as opposed to some sort of connector, cable, or structural component.

Regardless of what this structure or structures are, waiting until reply to cite new arguments for a *prima facie* case of obviousness, resting on new disclosures in the prior art references, which Corephotonics cannot introduce evidence to rebut, is both prejudicial to Corephotonics and contrary to the rules

6

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

governing this proceeding. *Intelligent Bio-Sys., Inc. v. Illumina Cambridge Ltd.*, 821 F.3d 1359, 1369 (Fed. Cir. 2016) ("It is of the utmost importance that petitioners in the IPR proceedings adhere to the requirement that the initial petition identify 'with particularity' the 'evidence that supports the grounds for the challenge to each claim.' 35 U.S.C. § 312(a)(3). 'All arguments for the relief requested in a motion must be made in the motion. A reply may only respond to arguments raised in the corresponding opposition or patent owner response.' 37 C.F.R. § 42.23(b)."); *Wasica Fin. GmbH v. Contl. Automotive Sys., Inc.*, 853 F.3d 1272, 1286 (Fed. Cir. 2017) (rejecting reply arguments based upon new passages in the prior art reference and explaining: "Rather than explaining how its original petition was correct, Continental's subsequent arguments amount to an entirely new theory of prima facie obviousness absent from the petition. Shifting arguments in this fashion is foreclosed by statute, our precedent, and Board guidelines.").

## B.     May Does Not Teach or Provide Any Motivation for Using Separate Printed Circuit Boards with Non-Folded Lenses

The reply makes clear something that was unclear from the petition, namely that the combination of Parulski with Tang, Huang, and May that Apple proposes is one with non-folded lenses. (Paper 13 at 20.) But this confirms that May does not suggest using separate printed circuit boards in the

7

Case No. IPR2020-00877
U.S. Patent No. 10,288,840

combination at issue, because May's non-folded embodiment, shown in Figure 24 (which is the only embodiment that shows a circuit board) is indistinguishable from Parulski's Figure 16B embodiment, with both using a single circuit board common to the two camera subassemblies. (Ex. 1005, Fig. 16B; Ex. 1011, Fig. 24A.)

Apple argues for the first time that May's figures are incorporated by reference into Parulski, by virtue of the newly cited Labaziewicz patent. (Ex. 1020, *see* Paper 13 at 14.) But, even if May could be considered incorporated by reference into Parulski, that does not solve Apple's problem. May does not disclose *any* embodiment where there are separate circuit boards for the different cameras, and the only non-folded embodiment shows the sensors 614 and 618 in the same plane, mounted to a single circuit board. (Ex. 1011, Fig. 24A, 23:32–47.) If anything, May (or Labaziewicz) teaches the superiority of placing the sensors in the same plane and on the same circuit board, when non-folded lenses are used. It is only when it uses folded lenses that May suggests putting even the image sensors in different planes.

### C.  Apple's New "Modularity" Theory of Motivation to Modify May's Teaches Is Both Untimely and Unpersuasive

The body of Apple's reply uses the word "modular" 23 times (Paper 13 at 5, 11–12, 16–18, 20–21, 23), apparently arguing that each camera

8

Appx381

Trials@uspto.gov                                          Paper 25
571-272-7822                              Entered: September 2, 2021

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

APPLE INC.,
Petitioner

v.

COREPHOTONICS LTD.,
Patent Owner.

_____

IPR2020-00877
Patent 10,288,840 B2

_____

Record of Oral Hearing
Held: August 3, 2021

_____

Before BRYAN F. MOORE, MONICA S. ULLAGADDI, and
JOHN R. KENNY, *Administrative Patent Judges.*

IPR2020-00877
Patent 10,288,840 B2

1    module have the same plane.    So, that's shown in Figure 6.    So, the image

2    sensor is 110, I believe, and that lays on top of the PCB.

3             JUDGE ULLAGADDI: Counsel, isn't the printed circuit board always

4    going to be planar with the image sensor irrespective of whether it's coming

5    out in the z direction or it's lying flat in the x/y direction?    Isn't that always

6    true?

7             MR. MAUCOTEL: Yes, Your Honor.    In this case, everything on the

8    record shows that that is true.

9             JUDGE ULLAGADDI: Thank you.

10           MR. MAUCOTEL: Any other clarification required for the -- I know

11    it's kind of a -- it's not a great depiction of these camera modules.    It does

12    look confusing due to the non-folded and folded configuration.    So, okay,

13    we'll move on to --

14           JUDGE ULLAGADDI: I have a few more questions on this one.

15           MR. MAUCOTEL: Go ahead.

16           JUDGE ULLAGADDI: Can you comment on patent owner's

17    argument in its sur-reply where they say nothing in May's description of these

18    figures, says that there are printed circuit boards for each image sensor as

19    opposed to a single board that could be located behind the image capture

20    assemblies that would be planar with the dashed circle?

18

IPR2020-00877
Patent 10,288,840 B2

1  PCB.    So, not only does that -- it just doesn't make sense with what we have
2  here.

3        And this is why --

4        JUDGE KENNY: Counsel, can you explain that a little more?    Why
5  does the fact that they would be at different levels require there be more than
6  one PCB?

7        MR. MAUCOTEL: So, a PCB -- and given the PCBs that we have in
8  the record -- extend along a single plane.    So, each -- everything that's on a
9  different plane requires its own PCB and PCBs cannot, you know, go to
10  different angles or cannot be placed -- well, they can be placed however you
11  want, but a PCB is planar.

12        So, everything that's on a separate plane requires its own PCB in the
13  record and there are numerous different planes -- sorry, I'm still on slide 18 -
14  - that are shown in Figure 10F.

15        There is a plane that would align with the image sensor 12d that runs
16  vertically across the top.    There's a line that shows image sensor 12c that runs
17  along the bottom.    And there are vertical lines that align with image sensors
18  12a and 12b along the right-hand side.    So, there's no possible way that one
19  single plane for a PCB could match up with all of those different image
20  sensors.

21        JUDGE KENNY: Where are you saying the different printed circuit
22  boards would be in this figure?

20

1    MR. MAUCOTEL: So, if you look --

2    JUDGE KENNY: You're saying this figure, and that's what I say, it's

3    several printed circuit boards, where would they exist based on this drawing?

4    MR. MAUCOTEL: So, a POSITA would understand those printed

5    circuit boards to be located right next to each of those different image sensors.

6    So, you can imagine a separate tiny box drawn on top of 12d, a

7    separate tiny box that we have PCB drawn on 12c, and the same for 12a and

8    12b.

9    So, it would be essentially the same -- that same rectangular box

10    except slightly further out because the image sensor lies flush on the PCB.

11    JUDGE KENNY:    So, then where would the printed circuit board be

12    affixed with respect to this drawing?    For example, let's take 12b.    Where

13    would its printed circuit board be?

14    MR. MAUCOTEL: So, in Figure 12b you would have two separate

15    printed circuit boards.    One would be located just to the right of image sensor

16    12a, and there would be a second one affixed just to the right of image sensor

17    12, and they would be connected together with flex connectors or by some

18    other electronics.

19    JUDGE KENNY: So, there would be two.    One would have 12a and

20    12b, and the other one would have 12b and 12c?

21

IPR2020-00877
Patent 10,288,840 B2

1    motivated in a non-folded lens to locate the sensors anywhere but the same

2    plane and put them on separate printed circuit boards.

3    Okay.   So, turning to slide 12, I'd like to discuss the non-folded

4    May/Parulski design.   Turning to slide 13, I think it's undisputed that there

5    is just one printed circuit board here that both the sensors are mounted on.

6    That's how it's described in the specification, as we can see in slide 14

7    where it refers to a common substrate that the optical and imaging components

8    are mounted to.

9    And in slide 15, we see that that substrate is described as having other

10    electrical components on it as a printed circuit board would.   So, that's what

11    May and Parulski say about printed circuit boards in non-folded designs.

12    Now, if I could have you turn to slide 17, I'll talk about the folded

13    designs.   Now, in slide 18, we have the portion of Figure 10 that Apple relies

14    on in its petition with the three examples of folded lens designs.

15    And I think that perhaps the central question in deciding the IPR on

16    this ground is, what do those drawings show?   In particular, what are the

17    rectangles that are labeled 12a, 12b, 14 and 18 -- I'm sorry, 14 and 16.

18    Apple says that these rectangles are a sensor plus a printed circuit

19    board.   Their expert says, in a conclusory statement, that that's how a person

20    of ordinary skill in the art would understand these figures, but what does May

21    say they are?   Well, we see that on the right-hand side of the slide in column

22    8, lines 55 through 60.

31

IPR2020-00877
Patent 10,288,840 B2

1    And -- so that they disclose the claim element and that -- and then they

2    argue that because they show that, one skilled in the art would have been

3    motivated to do the same in the non-folded deign.

4    JUDGE MOORE: Right.

5    MR. RUBIN: And so, we dispute both sets of that.    We don't think

6    they show a printed circuit board, and we don't think that their presence would

7    be sufficient to motivate one to deviate from May and Parulski's design for

8    non-folded cameras because the reasons for the sensors being where they are

9    in the folded designs are because of unique geometrical characteristics of

10   those folded lenses.

11   JUDGE MOORE: Right.    Thank you.

12   MR. RUBIN: Alright.    So, I won't belabor the point that the Board

13   has already made the factual determination or favor here.    I'll turn now to Dr.

14   Sasián, his qualifications and the weight that should be given to his opinions.

15   So, if we could turn to Apple's slide 9 and we can see what Apple says

16   Dr. Sasián's qualifications are, so, Dr. Sasián is a longtime professor of optics.

17   He teaches lens design.    He writes textbooks in lens design.    He has surely

18   forgotten more about lens design than I will ever know.

19   Now, even in questions of lens design he is not infallible.    Just last

20   week in the final written decision in IPR 2020-00489 the Board rejected his

21   opinions on lens design and found that they had been impeached by statements

22   in his own textbook, but at least in questions of optics and lens design his

36

IPR2020-00877
Patent 10,288,840 B2

1    Well, first of all, the first thing he said in that answer is that he agreed
2    it's not -- he's not saying it's impossible to use a semiconductor chip without
3    mounting it on a printed circuit board and that is without mounting it all.    So,
4    even he accepts that it's possible to use the sensor without any printed circuit
5    board.    Alright.

6    Also, his answer with respect to the examples that he's seen, doesn't
7    say anything about whether those sensors were flat on the printed circuit board
8    as opposed to mounted in some other way.

9    Now, we accept that there are sensors in the world that are mounted
10    flat on printed circuit boards and there's evidence of record that shows that in
11    May and in Ryu, and we don't need Dr. Sasián to say that.    That is Apple
12    doesn't -- nobody needs to rely on Dr. Sasián for that point.

13    But what Apple needs Dr. Sasián to show is that that's the only way
14    that you can connect a sensor to a printed circuit board by mounting it flat on
15    the printed circuit board.

16    That's their argument here today, that's what they need Dr. Sasián to
17    establish, and the testimony that counsel just pointed to doesn't say anything
18    of the sort.

19    There was discussion of the level of skill in the art and the question is
20    not whether Dr. Sasián meets the level of ordinary skill in the art, the question
21    is whether he's qualified as an expert.    The question is whether his opinions
22    offered in this case are supported by sufficient qualifications and sufficient

50

IPR2020-00877
Patent 10,288,840 B2

1    the only way that you could possibly construct embodiments in Figure 10 of

2    May.

3           Now, I said in my original argument that I thought that was a new

4    argument.   That is the argument that it's impossible to do it any other way.

5    And Counsel did not, in their rebuttal argument, point to any place in the

6    record where they have made that argument before.

7           So, I think the record is clear, actually, that they haven't -- that the

8    impossibility argument, the argument that is impossible to do it some other

9    way is new.

10          And if they had made the argument, we would have developed a

11    record on that issue in our papers, but as far as the possibility question -- so,

12    the sensors in May Figure 10 are mechanically adjacent to and supported by

13    the lens barrels.   So, they have mechanical support.

14          And so, if you assume that they would have to be connected to a

15    printed circuit board, the printed circuit board is not providing mechanical

16    support.   That mechanical support is coming from elsewhere, actually, as

17    described further in Figure 17.

18          So, all that you need for the printed circuit board is an electrical

19    connection and I submit that the world is full of things that are electrically

20    connected without being mounted flat against one another.

53

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

APPLE INC.
Petitioner,

v.

COREPHOTONICS, LTD.,
Patent Owner.

———————————

IPR2020-00877
U.S. Patent No. 10,288,840 B2

———————————

**PETITIONER APPLE INC.'S NOTICE OF APPEAL**

via E2E
Patent Trial and Appeal Board

via Hand Delivery
Director of the United States Patent and Trademark Office
c/o Office of the General Counsel, 10B20
Madison Building East
600 Dulany Street
Alexandria, VA 22314

via CM/ECF
United States Court of Appeals for the Federal Circuit

Pursuant to 28 U.S.C. § 1295(a)(4)(A), 35 U.S.C. §§ 141(c), 142, and 319, and 37 C.F.R. §§ 90.2(a), 90.3, and Federal Circuit Rule 15(a)(1), Petitioner Apple Inc. ("Petitioner") provides notice that it appeals to the United States Court of Appeals for the Federal Circuit from the Final Written Decision of the Patent Trial and Appeal Board ("Board") entered November 2, 2021 (Paper 26), and from all underlying and related orders, decisions, rulings, and opinions regarding U.S. Patent No. 10,288,840 B2 ("the '840 patent") in *Inter Partes* Review IPR2020-00877.

In accordance with 37 C.F.R. § 90.2(a)(3)(ii), the expected issues on appeal include, but are not limited to: the Board's error(s) in determining that claims 3 and 4 of the '840 patent are not unpatentable, and all other issues decided adversely to Petitioner in any orders, decisions, rulings, or opinions.

Pursuant to 35 U.S.C. § 142 and 37 C.F.R. § 90.2(a), a copy of this Notice is being filed with the Director of the United States Patent and Trademark Office and with the Patent Trial and Appeal Board. In addition, a copy of this Notice and the required docketing fees are being filed with the Clerk's Office for the United States Court of Appeals for the Federal Circuit via CM/ECF.

1

Respectfully submitted,

Dated: January 4, 2022                        /Michael S. Parsons/
                                              Michael S. Parsons
                                              Reg. No. 58,767

HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
Telephone: (972) 739-8611
Facsimile: (214) 200-0853
michael.parsons.ipr@haynesboone.com

2

## CERTIFICATE OF FILING

The undersigned hereby certifies that, in addition to being electronically filed through PTAB E2E, a true and correct copy of the above-captioned PETITIONER APPLE INC.'S NOTICE OF APPEAL is being filed by hand with the Director on January 4, 2022, at the following address:

> Director of the United States Patent and Trademark Office
> c/o Office of the General Counsel, 10B20
> Madison Building East
> 600 Dulany Street
> Alexandria, VA 22314

The undersigned also hereby certifies that a true and correct copy of the above-captioned PETITIONER APPLE INC.'S NOTICE OF APPEAL and the filing fee is being filed via CM/ECF with the Clerk's Office of the United States Court of Appeals for the Federal Circuit on January 4, 2022.

Respectfully submitted,

Dated: January 4, 2022                    /Michael S. Parsons/
                                          Michael S. Parsons
                                          Reg. No. 58,767
                                          Attorney for Petitioner Apple Inc.

3

# CERTIFICATE OF SERVICE

Pursuant to 37 C.F.R. § 42.6, this is to certify that a true and correct copy of

the foregoing "Petitioner Apple Inc.'s Notice of Appeal" was served on the Patent

Owner Corephotonics, Ltd. as detailed below:

| | |
|---|---|
| *Date of service* | January 4, 2022 |
| *Manner of service* | Electronic Service by E-mail:<br>– nrubin@raklaw.com<br>– jchung@raklaw.com<br>– mfenster@raklaw.com<br>– jtsuei@raklaw.com |
| *Documents served* | **Petitioner Apple Inc.'s Notice of Appeal** |
| *Persons served* | Neil A. Rubin (nrubin@raklaw.com)<br>C. Jay Chung (jchung@raklaw.com)<br>Marc A. Fenster (mfenster@raklaw.com)<br>James S. Tsuei (jtsuei@raklaw.com)<br>Russ August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 |

Respectfully submitted,

/Michael S. Parsons/
Michael S. Parsons
Reg. No. 58,767
Attorney for Petitioner Apple Inc.

4

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

APPLE INC.,
Petitioner,

v.

COREPHOTONICS LTD.,
Patent Owner

———————————

U.S. Patent No. 10,288,840

**Declaration of José Sasián, Ph.D.
under 37 C.F.R. § 1.68**

- Rudolf Kingslake, OPTICS IN PHOTOGRAPHY (1992) ("Kingslake"), APPL-1019.

5.      In forming the opinions expressed below, I have considered:

a)      The documents listed above;

b)      My own knowledge and experience based upon my work in the fields of optics and lens designs, as described below; and

c)      The level of skill of a POSITA at the time of the alleged invention of the '840 patent.

## II.     QUALIFICATIONS AND PROFESSIONAL EXPERIENCE

6.      My complete qualifications and professional experience are described in my *Curriculum Vitae*, a copy of which can be found in APPL-1004. The following is a brief summary of my relevant qualifications and professional experience.

7.      As shown in my *curriculum vitae* (APPL-1004), I have extensive academic and industry experience with optical engineering. Specifically, I have over thirty years of academic and industry experience in the field of optical sciences and optical engineering in general, including optical instrumentation, optical design, and optical fabrication and testing.

8.      I am currently a full-time, tenured Professor of Optical Sciences at the James C. Wyant College of Optical Sciences at the University of Arizona in

Tucson, Arizona, a position I have held since 2002. As a professor, I teach and

perform research in the field of optical design. For example, I teach my students

how to design lenses and mirrors and how to think about light so that they can

design useful optical systems.

9.      As part of my academic and research responsibilities I am frequently

involved with the design, fabrication, and testing of optical devices. Prior to

receiving tenure, I was an Associate Professor of Optical Sciences at the University

of Arizona from 1995 to 2001. Prior to joining the University of Arizona faculty, I

was a member of the technical staff of AT&T Bell Laboratories from 1990 to

1995. From 1984 to 1987, I was a Research Assistant, and from 1988 to 1990, I

was a Research Associate, in the Optical Sciences Center at the University of

Arizona. From 1976 to 1984, I was an optician at the Institute of Astronomy at the

University of Mexico.

10.      I received a Bachelor of Science degree in Physics from the

University of Mexico in 1982, a Master of Science degree in Optical Sciences from

the University of Arizona in 1987, and a Ph.D. degree in Optical Sciences from the

University of Arizona in 1988. My research areas include optical design,

fabrication, and testing of optical instruments, astronomical optics, diffractive

optics, opto-mechanical design, light in gemstones, lithography optics, and light

propagation.

11.    At the University of Arizona, I have taught the courses Lens Design OPTI 517 (1997-present), Introduction to Aberrations OPTI 518 (2005-present), Advanced Lens Design OPTI 696A (2008, 2012, 2017, 2019), Illumination Optics Seminar (1997-2000), Introduction to Opto-mechanics OPTI 690 (1998, 2001, 2003, 2004, 2005) and Optical Shop Practices OPTI 597A (1996-present). I teach students how to design lens systems, how to grind, polish, and test aspheric surfaces, how to mount lenses properly so that their physical integrity is preserved, and how to align lens systems.

12.    I have directed several student reports, theses, and dissertations in the areas of lens and mirror design. I have lectured regarding my work, and have published, along with students and colleagues, over one hundred scientific papers in the area of optics. These include technical papers, student reports and theses done under my direction, related to miniature lenses. For example:

- Yufeng Yan, Jose Sasian, "Miniature camera lens design with a freeform surface," Proc. SPIE 10590, International Optical Design Conference 2017, 1059012 (27 November 2017); doi: 10.1117/12.2292653

- Dmitry Reshidko, Jose Sasian, "Optical analysis of miniature lenses with curved imaging surfaces," Appl. Opt. Oct. 54(28):E216-23, 2015.

- Sukmock Lee, Byongoh Kim, Jiyeon Lee, and Jose Sasian, "Accurate determination of distortion for smart phone cameras," Applied Optics, Vol. 53, Issue 29, pp.H1-H6 (2014).

- Ying Ting Liu, "Review and Design of a Mobile Phone Camera Lens for 21.4 Mega-Pixels Image Sensor," M. Sc. Report, University of Arizona, 2017.

- Luxin Nie, "Patent Review of Miniature Camera Lenses," M. Sc. Report, University of Arizona, 2017.

- Cheng Kuei-Yeh, "Cell phone zoom lens design and patent research," M. Sc. Report, University of Arizona, 2010.

- Rob Bates, "Design for Fabrication: Miniature Camera Lens Case Study," M. Sc. Report, University of Arizona, 2008.

13.    Since 1995, I have been a consultant and have provided to industry solutions to a variety of projects that include lenses for cell-phones, lenses for microscopes, and lenses for fast speed photography. I also have consulted in the area of plastic optics. I hold patents and patent applications related to lens systems.

14.    I have been a topical editor and reviewer for the peer-reviewed journals Applied Optics and Optical Engineering. I am a fellow of the International Society for Optics and Photonics (SPIE), a fellow of the Optical Society of America (OSA), and a lifetime member of the Optical Society of India.

15.    I have served as a co-chair for the conferences "Novel Optical Systems: Design and Optimization" (1997-2006), "Optical systems alignment, tolerancing, and verification" (2007-2020), and "International Optical Design Conference," (2002). I have taught in Japan (2014, 2016, and 2017) the course: Advanced Lens Design: Art and Science.

16.    I have been a co-editor of approximately 21 published conference proceedings from SPIE. I am the author of the book, "Introduction to Aberrations in Optical Imaging Systems," by Cambridge University Press, 2013, and of the book "Introduction to lens design," by Cambridge University Press, 2019. I am named as an inventor on approximately 13 U.S. patents.

17.    My *curriculum vitae* (APPL-1004), includes a more detailed summary of my background, experience, and publications.

## III.    LEVEL OF ORDINARY SKILL IN THE ART

18.    I understand there are multiple factors relevant to determining the level of ordinary skill in the pertinent art, including (1) the levels of education and experience of persons working in the field at the time of the invention; (2) the sophistication of the technology; (3) the types of problems encountered in the field; and (4) the prior art solutions to those problems.

19.    I am familiar with camera systems and multi-lens optical systems (including those found in portable devices such as mobile phones). I am also aware

38.     This term is used in claim 1 which recites "the Telephoto lens unit and the Wide lens unit having, respectively, total track length (TTL)/effective focal length (EFL) ratios smaller and larger than 1." APPL-1001, 19:48-51. In reference to this term, the specification of the '840 patent states that "the TTL is typically defined as the maximal distance between the object-side surface of the lens module and an image plane IP defined by such a lens module (where the sensing surface of a camera detector is placed)." Id., 2:15-19. This is consistent with other examples in the art. For instance, Chen (APPL-1008) states that "TTL is defined as the on-axis spacing between the object-side surface of the first lens element and the image plane when the first lens element is positioned closest to the imaged object." APPL-1008, 3:24-27.

39.     In the specification of the '840 patent, the TTL of each lens system embodiment can be determined by summing the widths of lens elements and spacing between lens elements of the lens system from the object side of the first lens to the image plane. *See e.g*., APPL-1001, Table 1, Table 3, Table 5, Table 7.

40.     Accordingly, a POSITA would find the term "total track length (TTL)" to include "the length of the optical axis spacing between the object-side surface of the first lens element and the image plane."

**B.     "Effective Focal Length (EFL)"**

Sasián Decl.                                    *Inter Partes* Review of U.S. 10,288,840



**FIG. 16A**

**FIG. 16B**

*Id.*, Figs. 16A and 16B.

45.    As shown in the above examples, Parulski's image assembly 610 includes a first lens 612 ("preferably a fixed focal length **wide angle lens**") and a second lens 616 ("preferably a fixed focal length **telephoto lens**"). *Id.*, 23:28-43. Although Parulski does not include lens prescription tables for the wide and telephoto lens units, Parulski does offer examples of the lenses as "a 40 mm equiv. lens" and "a 100 mm equiv. lens," respectively. *Id.*, 23:28-43. Thus, Parulski teaches a cellular telephone that includes a camera assembly with both Wide and Telephoto lenses similar to the device recited in the challenged claims.

### 2.    *Summary of Huang*

> An important constraint in this embodiment is the "z" dimension 630, which must be held to a very small figure consistent with a cell phone layout and architecture. This may be obtained by careful choice of the telephoto focal length and the size of the sensor.

APPL-1005, 24:20-27. Based on this, a POSITA looking to implement Parulski's teachings would have been motivated to utilize Huang's telephoto lens which has the benefits of reducing both the manufacturing costs and the track length of the lens assembly (*i.e.*, thickness):

> When the lens elements are made of plastic material, the **manufacturing cost can be effectively reduced**. Furthermore, surfaces of each lens element can be arranged to be aspheric, since the aspheric surface of the lens element is easy to form a shape other than spherical surface so as to have more controllable variables for eliminating the aberration thereof, and to further decrease the required number of the lens elements. Therefore, **the total track length of the photographing optical lens assembly can also be reduced**.

APPL-1006, 7:56-8:3.

58.     Further, a POSITA would have understood that Parulski's discussion on focal length is in the context of lenses for 35 mm photography, wherein a telephoto lens with 100 mm focal length would have a HFOV of about 12 degrees. This value can be calculated by first determining the diagonal measurement for the 35 mm format. A POSITA would have understood that the 35 mm camera format

Sasián Decl. _____ _Inter Partes_ Review of U.S. 10,288,840

has standard dimensions of 24 mm × 36 mm, as evidenced by Smith. APPL-1015,

p.26. Therefore, the diagonal of a 35 mm camera can be calculated:

$$diagonal = \sqrt{(24*24) + (36*36)} = 43.27 \, mm$$

The diagonal value is used to find the HFOV with the following equation that can

be derived from the equations given by Katz (APPL-1016), p.107:

$$HVOF = arctan\left(\frac{diagonal}{2}/(focal \; length)\right)$$

APPL-1016, p.107; _see also_ APPL-1011, 11:44-54. With a diagonal of 43.27 mm

and a focal length of 100 mm, **HFOV = 12.21 degrees** for a 35 mm lens. A

POSITA would have understood Huang's telephoto lens with a similar HFOV of

16.3 degrees to be essentially equivalent to Parulski's telephoto lens, based on the

similarity between the fields of view of the lenses. _See_ APPL-1006, Table 1; _see_

_also_ APPL-1019, pp.9-10 (teaching that "normal" measurements for a HFOV for a

long-focus 35 mm camera are about 14 degrees).

59.    Thus, a POSITA would have been motivated to incorporate Huang's

telephoto lens assembly in Parulski's cell phone embodiment and would have

reasonably expected success in doing so since both Parulski and Huang specify

fixed-focal length telephoto lenses and Huang meets Parulski's need for lenses

compatible with mobile device cameras having reduced thickness. Such a

APPLE INC. v. COREPHOTONICS LTD.      34                      APPL-1003



FIG. 10D

FIG. 10E

FIG. 10F

*Id*., Figs. 10D-10F.

66.     In these embodiments, May teaches various combinations of camera

lens units that are positioned and spaced in different layouts of the image capture

assembly. *Id*. In these embodiments, a POSITA would understand that each camera

Sasián Decl.                    *Inter Partes* Review of U.S. 10,288,840

of the image capture assembly includes a sensor (i.e., 12a, 12b, 14, 16) mounted on

a different printed circuit board. *Id*., Figs. 10D-10F, ¶ 48, 58.

67.   A POSITA would also have understood that both Parulski and May

teach camera subassemblies including a lens, a lens barrel, an IR filter, and an

image filter (*e.g*., as shown in Fig. 24A of May below). *See* APPL-1005, Figs.

16A-16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57.



FIG. 24A

APPL-1011, Fig. 24A. A POSITA would have also understood that each sensor is

disposed on a printed circuit board extending along a plane (such as sensor 618 on

substrate 620 above). For example, each of the camera subassemblies of May is

mounted on a substrate that also carries other electronic components (*e.g*., an

autofocus mechanism), including a flex connector (626) and therefore is

understood to be a printed circuit board as claimed. *See* APPL-1005, Figs. 16A-

16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57.

APPLE INC. v. COREPHOTONICS LTD.      87                    APPL-1003

72.     Second, the references are analogous prior art and are in the same field of endeavor pertaining to camera systems for compact mobile devices. S*ee* APPL-1005, 9:8-10 (discussing "a mobile phone camera" embodiment); APPL-1006, 8:44-51 (discussing an "optical lens assembly" for "digital cameras, mobile devices, ... and wearable devices"); APPL-1009, 1:6-8 ("a compact imaging lens assembly used in portable electronic devices"); APPL-1011, 4:27-28 ("the invention comprises a camera phone").

73.     Third, a POSITA would have been motivated to modify Parulski's mobile device with May's image capture assembly layout to provide additional flexibility for optical performance and camera lens arrangement. *See* APPL-1011, 4:19-24. For example, Parulski's fixed focal length lenses 612, 616 are mounted on a common substrate 620 in the examples of Fig. 16A and 16B next to each other.

74.     May additionally teaches that the cameras, including a wide-angle and telephoto lens, are mounted on different subassemblies 1a, 2a and "positioned next to each other on a common circuit board assembly." *Id*., Figs. 10D-10F, 7:4-15, 10:14-17. A POSITA would have understood that May's mounting, arrangement, and modularity of the camera subassemblies is desirable in designing and implementing a photographic camera. *See id*. A POSITA would have also understood that both Parulski and May teach camera subassemblies including a lens, a lens barrel, an IR filter, and an image sensor. *See* APPL-1005, Fig. 1, 12:42-

54; APPL-1011, Fig. 1, 10:60-67. Each of these camera subassemblies is mounted on a substrate that also carries other electronic components (*e.g.*, an autofocus mechanism or flex connector), and therefore is understood to be a printed circuit board as claimed. *See* APPL-1005, Figs. 16A-16B, 23:28-40; APPL-1011, Figs. 24A-24B, 23:48-57. The inclusion of a camera module on a printed circuit board in this fashion was well-known in the art, as evidenced by Ryu (APPL-1012). *See* APPL-1012, abstract, Fig. 8, 1:30-50.

75.    Additionally, a POSITA would have understood that Huang's Example 1 lens assembly and Tang's Embodiment 1 lens assembly have different track lengths, so the image sensors would naturally be placed at different planes. *See* APPL-1006, Table 1; APPL-1009, Table 1.

76.    Further, a POSITA would have understood that mounting camera lenses on separate boards would provide cost savings as compared to a single zoom lens camera, and would be much more compact. *See* APPL-1011, 4:6-15, 45-54. A POSITA would have understood that Parulski's mobile device would benefit from the various image capture assembly layouts taught by May and also provides similar hardware such as flex connectors 626 which may be used with such a multi-board assembly. *See e.g.,* APPL-1005, Fig. 24A, 23:44-50. May's various image capture assemblies offer the additional benefit of reduction of size and cost

Sasián Decl.                    *Inter Partes* Review of U.S. 10,288,840

of the camera and improvement of its optical performance. *See* APPL-1011, 4:6-

15, 6:20-44, 10:37-59.

77.    Based on this, it is my opinion that a POSITA looking to implement

Parulski's cell phone camera with Huang's and Tang's teachings would have been

motivated to utilize May's flexible image capture assemblies to provide a greater

range of optical performance and more economically produce camera lenses.

### *3.    Detailed Analysis*

78.    In my opinion, the combination of Parulski, Huang, Tang, and May

renders obvious each and every element of claims 3 and 4 of the '840 patent, as

shown in the chart below. The analysis with regard to Parulski, Huang, Tang, and

May relies on the analysis as set forth above.

| U.S. 10,288,840 | Parulski, Huang, Tang, and May |
|---|---|
| **Claim 3** | |
| [3.0] The mobile electronic device of claim 1, wherein the Wide and Telephoto camera units are mounted on separate printed circuit boards. | The combination of Parulski, Huang, and May render this limitation obvious. May teaches various combinations of camera lens units that are positioned and spaced in different layouts of the image capture assembly as shown in Figs. 10D-10F below: |

APPLE INC. v. COREPHOTONICS LTD.        91                    APPL-1003



US007859588B2

(12) **United States Patent**
Parulski et al.

(10) Patent No.: **US 7,859,588 B2**
(45) Date of Patent:  *Dec. 28, 2010

(54) **METHOD AND APPARATUS FOR OPERATING A DUAL LENS CAMERA TO AUGMENT AN IMAGE**

(75) Inventors: **Kenneth A. Parulski**, Rochester, NY (US); **Wilbert F. Janson, Jr.**, Shortsville, NY (US); **John N. Border**, Walworth, NY (US); **John R. Fredlund**, Rochester, NY (US); **Joseph A. Manico**, Rochester, NY (US); **Robert J. Parada, Jr.**, Rochester, NY (US)

(73) Assignee: **Eastman Kodak Company**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 882 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/684,025**

(22) Filed: **Mar. 9, 2007**

(65) **Prior Publication Data**

US 2008/0218611 A1    Sep. 11, 2008

(51) **Int. Cl.**
*H04N 5/232* (2006.01)
*G03B 13/00* (2006.01)
*G03B 17/00* (2006.01)
(52) **U.S. Cl.** ........................................ **348/349**; 396/79
(58) **Field of Classification Search** ................. 348/349; 396/72, 79, 100
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,606,630 | A | 8/1986 | Haruki et al. |
| 5,668,597 | A | 9/1997 | Parulski et al. |
| 5,874,994 | A | 2/1999 | Xie et al. |
| 6,441,855 | B1 | 8/2002 | Omata et al. |
| 6,611,289 | B1 | 8/2003 | Yu et al. |
| 6,864,474 | B2 | 3/2005 | Misawa |
| 7,676,146 | B2 * | 3/2010 | Border et al. ................. 396/80 |
| 2003/0020814 | A1 | 1/2003 | Ono |
| 2003/0160886 | A1 | 8/2003 | Misawa et al. |
| 2005/0046738 | A1 | 3/2005 | Sato |
| 2005/0275747 | A1 | 12/2005 | Nayar et al. |
| 2006/0187312 | A1 | 8/2006 | Labaziewicz et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0 858 208 | 8/1998 |
|---|---|---|

(Continued)

*Primary Examiner*—Kelly L Jerabek
(74) *Attorney, Agent, or Firm*—Thomas J. Strouse; Peyton C. Watkins

(57) **ABSTRACT**

An electronic camera for producing an output image of a scene from a captured image signal includes a first imaging stage comprising a first image sensor for generating a first sensor output and a first lens for forming a first image of the scene on the first image sensor, and a second imaging stage comprising a second image sensor for generating a second sensor output and a second lens for forming a second image of the scene on the second image sensor. The sensor output from the first imaging stage is used as a primary output image for forming the captured image signal and the sensor output from the second imaging stage is used as a secondary output image for modifying the primary output image, thereby generating an enhanced, captured image signal.

**22 Claims, 29 Drawing Sheets**



**US 7,859,588 B2**

Page 2

<table>
<tr><td colspan="4">U.S. PATENT DOCUMENTS</td></tr>
<tr><td>2006/0193509</td><td>A1</td><td>8/2006</td><td>Criminisi et al.</td></tr>
<tr><td>2008/0013941</td><td>A1*</td><td>1/2008</td><td>Daley ........................ 396/121</td></tr>
<tr><td>2008/0218612</td><td>A1*</td><td>9/2008</td><td>Border et al. .............. 348/262</td></tr>
<tr><td>2008/0218613</td><td>A1*</td><td>9/2008</td><td>Janson et al. .............. 348/262</td></tr>
</table>

FOREIGN PATENT DOCUMENTS

<table>
<tr><td>JP</td><td>2005045511</td><td>2/2005</td></tr>
<tr><td>WO</td><td>01/06449</td><td>1/2001</td></tr>
<tr><td>WO</td><td>2005/057278</td><td>6/2005</td></tr>
</table>

* cited by examiner

APPL-1005 / Page 2 of 49
APPLE INC. v. COREPHOTONICS LTD.



*FIG. 1*

APPL-1005 / Page 3 of 49
APPLE INC. v. COREPHOTONICS LTD.



*FIG. 2B*



*FIG. 2A*

APPL-1005 / Page 4 of 49
APPLE INC. v. COREPHOTONICS LTD.



ZOOM POSITION SET TO DEFAULT POSITION WHEN CAMERA IS POWERED ON
100
USER INPUT ZOOM POSITION
101
102
ZOOM POSITION >X ?
YES
NO
SET FIRST IMAGE CAPTURE STAGE TO CAPTURE IMAGES & SECOND IMAGE CAPTURE STAGE FOR AUTO FOCUS
104
124
SET SECOND IMAGE CAPTURE STAGE TO CAPTURE IMAGES & FIRST IMAGE CAPTURE STAGE FOR AUTO FOCUS
CAPTURE AUTOFOCUS IMAGES WITH SECOND IMAGE CAPTURE STAGE
106
126
CAPTURE AUTOFOCUS IMAGES WITH FIRST IMAGE CAPTURE STAGE
FOCUS FIRST IMAGE CAPTURE STAGE
108
128
FOCUS SECOND IMAGE CAPTURE STAGE
CAPTURE PREVIEW IMAGES WITH FIRST IMAGE CAPTURE STAGE AND DISPLAY
110
130
CAPTURE PREVIEW IMAGES WITH SECOND IMAGE CAPTURE STAGE AND DISPLAY
YES
ZOOM BUTTON PRESSED ?
112
132
ZOOM BUTTON PRESSED ?
YES
NO
NO
NO
CAPTURE BUTTON PRESSED ?
114
134
CAPTURE BUTTON PRESSED ?
NO
YES
YES
CAPTURE DIGITAL STILL IMAGE WITH FIRST IMAGE CAPTURE STAGE
116
136
CAPTURE DIGITAL STILL IMAGE WITH SECOND IMAGE CAPTURE STAGE

*FIG. 3*



**FIG. 4**

262 — THE AUTOFOCUS IMAGE FROM THE IMAGE STAGE IN THE LOWER ZOOM POSITION IS CROPPED AND UPSAMPLED SO THAT CORRESPONDING FEATURES IN THE TWO AUTOFOCUS IMAGES SPAN THE SAME NUMBER OF PIXELS

264 — THE CROPPED AND UPSAMPLED AUTOFOCUS IMAGE IS CORRELATED TO THE AUTOFOCUS IMAGE FROM THE OTHER IMAGE STAGE TO IDENTIFY THE PIXEL OFFSET BETWEEN THE TWO AUTOFOCUS IMAGES FOR CORRESPONDING PORTIONS OF THE IMAGES

266 — USE THE AUTOFOCUS RANGEFINDER CALIBRATION CURVE AND THE IDENTIFIED PIXEL OFFSET TO DETERMINE THE MOVEMENT OF THE FOCUS LENS NEEDED TO BEST FOCUS THE IMAGE CAPTURE STAGE

268 — THE FOCUS LENS IS MOVED TO THE DETERMINED POSITION FOR BEST FOCUS

270 — WHEN THE USER PUSHES THE CAPTURE BUTTON FROM S1 TO S2, THE FINAL IMAGE IS CAPTURED

250 — USER SELECTS ZOOM POSITION

252 — ZOOM POSITION DETERMINES WHICH IMAGE STAGE IS USED FOR CAPTURE

254 — THE IMAGE STAGE NOT USED FOR CAPTURE IS ZOOMED TO THE POINT CLOSEST TO THE USER SELECTED ZOOM POSITION

256 — FOCUS LENSES IN BOTH IMAGE STAGES ARE SET TO THEIR HYPERFOCAL POSITIONS

258 — USER PUSHES CAPTURE BUTTON FROM S0 TO S1 TO INITIATE AUTOFOCUS SEQUENCE

260 — AUTOFOCUS IMAGES ARE CAPTURED WITH BOTH IMAGE STAGES

APPL-1005 / Page 6 of 49
APPLE INC. v. COREPHOTONICS LTD.



*FIG. 5*

276 CONTINUOUSLY CAPTURE VIDEO WITH THE CAPTURE STAGE

278 CONTINUOUSLY CHECK FOCUS WITH THE IMAGE CAPTURE STAGE BEING USED FOR CAPTURE USING THE "HILL CLIMB METHOD"

280 IS THE FOCUS GOOD ? — YES / NO

282 IDENTIFY THE FOCUS LENS ADJUSTMENT NEEDED TO PRODUCE BEST FOCUS ON THE IMAGE CAPTURE STAGE NOT BEING USED FOR CAPTURE

284 USE THE AUTOFOCUS "HILL CLIMB METHOD" CALIBRATION CURVE AND THE IDENTIFIED FOCUS LENS ADJUSTMENT TO DETERMINE THE MOVEMENT OF THE FOCUS LENS NEEDED IN THE CAPTURE STAGE TO PRODUCE BEST FOCUS

286 MOVE THE FOCUS LENS IN THE CAPTURE STAGE TO THE NEW BEST FOCUS POSITION

250 USER SELECTS ZOOM POSITION

252 ZOOM POSITION DETERMINES WHICH IMAGE CAPTURE STAGE IS THE CAPTURE STAGE

254 THE IMAGE STAGE NOT USED FOR CAPTURE IS ZOOMED TO THE POINT CLOSEST TO THE USER SELECTED ZOOM POSITION

258 USER PUSHES CAPTURE BUTTON FROM S0 TO S1 TO INITIATE AUTOFOCUS SEQUENCE

272 AUTOFOCUS BOTH IMAGE CAPTURE STAGES BY THE "HILL CLIMB METHOD"

274 USER PUSHES THE CAPTURE BUTTON FROM S1 TO S2

APPL-1005 / Page 7 of 49
APPLE INC. v. COREPHOTONICS LTD.

CAPTURE A SERIES OF IMAGE SETS WITH OBJECTS AT KNOWN DISTANCES WITH THE SHORTER FOCAL LENGTH FIRST IMAGE CAPTURE STAGE AND THE LONGER FOCAL LENGTH SECOND IMAGE CAPTURE STAGE AND A SERIES OF FOCUS LENS POSITIONS —300

THE AUTOFOCUS IMAGE FROM THE LOWER FOCAL LENGTH FIRST IMAGE STAGE IS CROPPED AND UPSAMPLED SO THAT CORRESPONDING FEATURES IN THE TWO AUTOFOCUS IMAGES SPAN THE SAME NUMBER OF PIXELS —302

CORRELATE THE IMAGES FROM THE SECOND IMAGE CAPTURE STAGE TO CORRESPONDING PORTIONS OF THE IMAGES FROM THE CROPPED AND UPSAMPLED IMAGE FROM THE FIRST IMAGE CAPTURE STAGE TO DETERMINE THE PIXEL OFFSET BETWEEN THE IMAGES IN EACH IMAGE SET —304

STORE THE DATA OF PIXEL OFFSET BETWEEN IMAGES IN EACH IMAGE SET VERSUS KNOWN DISTANCE TO OBJECTS AS AN AUTOFOCUS RANGEFINDER CALIBRATION CURVE —306

## *FIG. 6*

APPL-1005 / Page 8 of 49
APPLE INC. v. COREPHOTONICS LTD.

CAPTURE A SERIES OF IMAGE SETS WITH OBJECTS AT KNOWN DISTANCES WITH THE FIRST IMAGE CAPTURE STAGE AND THE SECOND IMAGE CAPTURE STAGE WHEREIN AUTOFOCUS IS DONE BY THE "HILL CLIMB METHOD" FOR EACH IMAGE — 400

COMPARE THE FOCUS LENS POSITIONS FOR THE TWO IMAGE CAPTURE STAGES VERSUS THE DISTANCE TO THE FOCUSED OBJECTS IN THE IMAGE SETS — 402

STORE THE DATA OF FOCUS LENS POSITIONS OF THE FIRST IMAGE CAPTURE STAGE VERSUS THE FOCUS LENS POSITIONS OF THE SECOND IMAGE CAPTURE STAGE FOR THE SAME DISTANCE TO FOCUSED OBJECTS IN THE IMAGES AS AN AUTOFOCUS "HILL CLIMB METHOD" CALIBRATION CURVE — 404

## FIG. 7

APPL-1005 / Page 9 of 49
APPLE INC. v. COREPHOTONICS LTD.



ZOOM POSITION SET TO DEFAULT POSITION WHEN CAMERA IS POWERED ON
100
USER INPUT ZOOM POSITION
101
102
ZOOM POSITION >X ?
YES
NO
SET FIRST IMAGE CAPTURE MODULE TO CAPTURE IMAGES & SECOND IMAGE CAPTURE MODULE FOR AUTO FOCUS
104
124
SET SECOND IMAGE CAPTURE MODULE TO CAPTURE IMAGES & FIRST IMAGE CAPTURE MODULE FOR AUTO FOCUS
CAPTURE AUTOFOCUS IMAGES
106
126
CAPTURE AUTOFOCUS IMAGES
AUTOFOCUS FIRST IMAGE CAPTURE MODULE
108
128
AUTOFOCUS SECOND IMAGE CAPTURE MODULE
CAPTURE PREVIEW IMAGES WITH FIRST IMAGE CAPTURE MODULE AND DISPLAY
110
130
CAPTURE PREVIEW IMAGES WITH SECOND IMAGE CAPTURE MODULE AND DISPLAY
YES
ZOOM BUTTON PRESSED ?
112
132
ZOOM BUTTON PRESSED ?
YES
NO
NO
NO
CAPTURE BUTTON PRESSED ?
114
134
CAPTURE BUTTON PRESSED ?
NO
YES
YES
CAPTURE VIDEO IMAGE WITH FIRST IMAGE CAPTURE MODULE
118
138
CAPTURE VIDEO IMAGES WITH SECOND IMAGE CAPTURE MODULE
CHECK IMAGE FOR FOCUS QUALITY
119
139
CHECK IMAGE FOR FOCUS QUALITY
120
140
NO
NEED TO REFOCUS ?
YES
YES
NEED TO REFOCUS ?
NO

FIG. 8



CAPTURE A SECOND AUTOFOCUS IMAGE WITH THE LONGER FOCAL LENGTH IMAGE CAPTURE STAGE — 448

CAPTURE A FIRST AUTOFOCUS IMAGE WITH THE LOWER FOCAL LENGTH IMAGE CAPTURE STAGE — 440

THE AUTOFOCUS IMAGE FROM THE IMAGE STAGE IN THE LOWER FOCAL LENGTH IS CROPPED AND UPSAMPLED SO THAT CORRESPONDING FEATURES IN THE TWO AUTOFOCUS IMAGES SPAN THE SAME NUMBER OF PIXELS — 442

CORRELATE THE SECOND AUTOFOCUS IMAGE WITH THE CROPPED AND UPSAMPLED IMAGE TO DETERMINE THE PIXEL OFFSET BETWEEN THE IMAGES FOR DIFFERENT PORTIONS OF THE IMAGES — 444

DETERMINE THE FOCUS CORRECTION NEEDED FROM THE OFFSET AND THE AUTOFOCUS RANGEFINDER CALIBRATION CURVE — 446

*FIG. 9*



466 — CAPTURE A SECOND IMAGE WITH THE SECOND IMAGE CAPTURE STAGE WHEREIN THE AUTOFOCUS IS DONE BY THE "HILL CLIMB METHOD"

468 — CAPTURE ANOTHER IMAGE WITH THE SECOND IMAGE CAPTURE STAGE WHEREIN THE AUTOFOCUS IS DONE BY THE "HILL CLIMB METHOD"

470 — COMPARE THE FOCUS CONDITIONS FOR THE SECOND IMAGE TO THOSE OF THE ANOTHER IMAGE

472 — FOCUS CONDITIONS CHANGED ?    NO    YES

460 — CAPTURE A FIRST IMAGE WITH THE FIRST IMAGE CAPTURE STAGE WHEREIN THE AUTOFOCUS IS DONE BY THE "HILL CLIMB METHOD"

462 — PROVIDE THE IMAGE FROM THE FIRST IMAGE CAPTURE STAGE AS A PREVIEW IMAGE ON THE DISPLAY

464 — CHANGE THE FOCUS CONDITIONS FOR THE FIRST IMAGE CAPTURE STAGE BASED ON THE CHANGE OF THE FOCUS CONDITIONS FOR THE SECOND IMAGE CAPTURE STAGE AND THE AUTOFOCUS "HILL CLIMB METHOD" CALIBRATION CURVE

*FIG. 10*



*FIG. 11*

448 — CAPTURE A SECOND AUTOFOCUS IMAGE WITH THE HIGHER FOCAL LENGTH IMAGE CAPTURE STAGE

440 — CAPTURE A FIRST AUTOFOCUS IMAGE WITH THE LOWER FOCAL LENGTH IMAGE CAPTURE STAGE

442 — THE AUTOFOCUS IMAGE FROM THE IMAGE STAGE IN THE LOWER ZOOM POSITION IS CROPPED AND UPSAMPLED SO THAT CORRESPONDING FEATURES IN THE TWO AUTOFOCUS IMAGES SPAN THE SAME NUMBER OF PIXELS

480 — CORRELATE THE SECOND AUTOFOCUS IMAGE WITH THE CROPPED AND UPSAMPLED IMAGE TO DETERMINE THE PIXEL OFFSET BETWEEN THE IMAGES FOR DIFFERENT PORTIONS OF THE IMAGES

482 — CONVERT THE PIXEL OFFSETS TO DISTANCES FROM THE IMAGE CAPTURE DEVICE USING THE AUTOFOCUS RANGEFINDER CALIBRATION CURVE

484 — PRODUCE A MAP SHOWING THE DISTANCES TO DIFFERENT PORTIONS OF THE IMAGES

APPL-1005 / Page 13 of 49
APPLE INC. v. COREPHOTONICS LTD.



*FIG. 12*

APPL-1005 / Page 14 of 49
APPLE INC. v. COREPHOTONICS LTD.

Appx1331



*FIG. 13*

APPL-1005 / Page 15 of 49
APPLE INC. v. COREPHOTONICS LTD.



ZOOM POSITION SET TO DEFAULT POSITION WHEN CAMERA IS POWERED ON
500
502
ZOOM POSITION >X ?
YES
NO
SET FIRST IMAGE CAPTURE MODULE TO CAPTURE IMAGES & SECOND IMAGE CAPTURE MODULE FOR AUTO FOCUS
504
524
SET SECOND IMAGE CAPTURE MODULE TO CAPTURE IMAGES & FIRST IMAGE CAPTURE MODULE FOR AUTO-FOCUS
CAPTURE AND DISPLAY PREVIEW IMAGES WHILE PERFORMING CONTINUOUS AUTO-FOCUS USING SECOND IMAGE CAPTURE MODULE
506
526
CAPTURE AND DISPLAY PREVIEW IMAGES WHILE PERFORMING CONTINUOUS AUTOFOCUS USING FIRST IMAGE CAPTURE MODULE
YES
ZOOM BUTTON PRESSED ?
508
528
ZOOM BUTTON PRESSED ?
YES
NO
NO
WHEN SHUTTER BUTTON IS PRESSED, CAPTURE A PRIMARY STILL IMAGE USING FIRST IMAGE CAPTURE MODULE SET TO PRIMARY FOCUS POSITION
510
530
WHEN SHUTTER BUTTON IS PRESSED, CAPTURE A PRIMARY STILL IMAGE USING SECOND IMAGE CAPTURE MODULE SET TO PRIMARY FOCUS POSITION
CAPTURE A SECONDARY STILL IMAGE USING SECOND IMAGE CAPTURE MODULE SET TO SECONDARY FOCUS POSITION
512
532
CAPTURE A SECONDARY STILL IMAGE USING FIRST IMAGE CAPTURE MODULE SET TO SECONDARY FOCUS POSITION
USE SECONDARY STILL IMAGE TO ENHANCE THE DEPTH OF FIELD OF THE PRIMARY IMAGE
514
534
USE SECONDARY STILL IMAGE TO ENHANCE THE DEPTH OF FIELD OF THE PRIMARY IMAGE

*FIG. 14*



*FIG. 15B*

*FIG. 15A*



*FIG. 16A*

*FIG. 16B*

APPL-1005 / Page 18 of 49
APPLE INC. v. COREPHOTONICS LTD.



~350

*FIG. 17A*



~352

*FIG. 17B*

APPL-1005 / Page 19 of 49
APPLE INC. v. COREPHOTONICS LTD.



GPS LOCATION OF THE CAMERA PROVIDED BY THE GPS IN THE CAMERA — 750

CAMERA POINTING DIRECTION PROVIDED BY THE ELECTRONIC COMPASS IN THE CAMERA — 752

DISTANCE OFFSETS FROM THE CAMERA TO PORTIONS OF THE SCENE PROVIDED BY THE RANGEMAP — 754

ANGULAR OFFSET FROM THE CAMERA PROVIDED FROM THE LOCATION IN THE FIELD OF VIEW — 756

GPS LOCATIONS FOR PORTIONS OF THE SCENE ARE DETERMINED BY ADDING DISTANCE OFFSETS AND THE ANGULAR OFFSETS TO THE GPS LOCATION AND POINTING DIRECTION OF THE CAMERA — 758

A GPS LOCATIONS FOR THE OBJECTS IN THE SCENE ARE STORED IN METADATA OR DISPLAYED AS LABELS IN A GPS LOCATION MAP — 760

*FIG. 18*

APPL-1005 / Page 20 of 49
APPLE INC. v. COREPHOTONICS LTD.



START UP
CAMERA POWER ON INITIALIZATION
1100
SET FIRST AND SECOND CAPTURE UNITS TO DEFAULT ZOOM POSITIONS
1102
CAPTURE AND DISPLAY FIRST AND SECOND PREVIEW IMAGES USING FIRST AND SECOND CAPTURE UNITS
1104
SELECT FIRST OR SECOND PREVIEW IMAGE
1106
YES
SET SELECTED CAPTURE UNIT AS PRIMARY CAPTURE UNIT
1124
NO
IS S1 SHUTTER BUTTON PRESSED
1108
YES
NO
DISPLAY TIME>X
1110
NO
YES
SET DEFAULT CAPTURE UNIT AS PRIMARY CAPTURE UNIT
1112
SET NON-PRIMARY CAPTURE UNIT AS SCENE ANALYSIS CAPTURE UNIT
1114
PREVIEW MODE

*FIG. 19*



**FIG. 20**

APPL-1005 / Page 22 of 49
APPLE INC. v. COREPHOTONICS LTD.

Appx1339



**FIG. 21**

APPL-1005 / Page 23 of 49
APPLE INC. v. COREPHOTONICS LTD.



ENHANCED PREVIEW MODE
1400
SET SCENE ANALYSIS CAPTURE UNIT ZOOM POSITION RELATIVE TO PRIMARY CAPTURE UNIT ZOOM POSITION
1402
CAPTURE IMAGE FROM SCENE ANALYSIS CAPTURE UNIT
1404
SET PRIMARY CAPTURE UNIT PARAMETERS UTILIZING SCENE ANALYSIS CAPTURE UNIT DATA
1406
CAPTURE PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1408
ANALYZE SCENE UTILIZING CAPTURED PREVIEW AND SCENE ANALYSIS DATA
1410
SET PRIMARY CAPTURE UNIT PARAMETERS UTILIZING RESULTS OF THE SCENE ANALYSIS
1412
CAPTURE AND DISPLAY PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1414
CAPTURE IMAGE FROM SCENE ANALYSIS CAPTURE UNIT
1416
ANALYZE SCENE UTILIZING CAPTURED PREVIEW AND SCENE ANALYSIS DATA
1418
SCENE CONDITION CHANGE>X OR STABLE
NO
YES

*FIG. 22*



**FIG. 23**

APPL-1005 / Page 25 of 49
APPLE INC. v. COREPHOTONICS LTD.

Appx1342



CAPTURE
1600
IS S1 SHUTTER BUTTON PRESSED
NO
RETURN TO PREVIEW
YES
1602
CAPTURE PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1604
ANALYZE SCENE UTILIZING CAPTURED PREVIEW IMAGE
1606
ANALYSIS COMPLETE
NO
YES
1608
SET PRIMARY CAPTURE UNIT PARAMETERS UTILIZING RESULTS OF THE ANALYSIS
1610
CAPTURE AND DISPLAY PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1612
IS S2 SHUTTER BUTTON PRESSED
NO
1616
IS FOCUS/ EXPOSURE LOCK SET
YES
NO
YES
1614
CAPTURE PRIMARY IMAGE FROM PRIMARY CAPTURE UNIT
RETURN TO PREVIEW

*FIG. 24*



CAPTURE
1700
IS S1 SHUTTER BUTTON PRESSED
NO
RETURN TO PREVIEW
YES
1702
CAPTURE PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1704
CAPTURE IMAGE FROM SCENE ANALYSIS CAPTURE UNIT
1706
ANALYZE SCENE UTILIZING CAPTURED PREVIEW AND SCENE ANALYSIS IMAGES
1708
SET PRIMARY CAPTURE UNIT PARAMETERS UTILIZING RESULTS OF THE SCENE ANALYSIS
1710
CAPTURE AND DISPLAY PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1712
IS S2 SHUTTER BUTTON PRESSED
NO
1716
IS FOCUS/ EXPOSURE LOCK SET
YES
NO
YES
1714
CAPTURE PRIMARY IMAGE FROM PRIMARY CAPTURE UNIT
RETURN TO PREVIEW

*FIG. 25*





CAPTURE
1800
IS S1 SHUTTER BUTTON PRESSED
NO
RETURN TO PREVIEW
YES
1802
CAPTURE PREVIEW IMAGE FROM PRIMARY CAPTURE UNIT
1804
CAPTURE IMAGE FROM SCENE ANALYSIS CAPTURE UNIT
1806
ANALYZE SCENE UTILIZING CAPTURED PREVIEW AND SCENE ANALYSIS IMAGES
1808
SET PRIMARY CAPTURE UNIT PARAMETERS UTILIZING RESULTS OF THE SCENE ANALYSIS
1810
SET SCENE ANALYSIS CAPTURE UNIT AS A SECONDARY CAPTURE UNIT
1812
SET SECONDARY CAPTURE UNIT PARAMETERS UTILIZING RESULTS OF THE SCENE ANALYSIS
1814
IS S2 SHUTTER BUTTON PRESSED
NO
YES
1816
CAPTURE PRIMARY IMAGE FROM PRIMARY CAPTURE UNIT
1818
CAPTURE AN AUGMENTATION IMAGE FROM SCENE ANALYSIS CAPTURE UNIT
1820
PRODUCE AN ENHANCED IMAGE FROM THE PRIMARY AND AUGMENTATION IMAGES
RETURN TO PREVIEW

*FIG. 26*



## FIG. 27
### (PRIOR ART)

APPL-1005 / Page 29 of 49
APPLE INC. v. COREPHOTONICS LTD.



**FIG. 28**
**(PRIOR ART)**





*FIG. 29*
*(PRIOR ART)*

APPL-1005 / Page 31 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

**1**

## METHOD AND APPARATUS FOR OPERATING A DUAL LENS CAMERA TO AUGMENT AN IMAGE

### FIELD OF THE INVENTION

The present invention relates to a digital camera that produces digital image files and, more particularly, to a digital camera that uses multiple lenses and image sensors to provide an improved imaging capability.

### BACKGROUND OF THE INVENTION

Currently, most digital cameras use a zoom taking lens and a single color image sensor to capture still and motion images. The captured images are then processed to produce digital image files, which are stored in a digital memory in the camera. The digital image files can then be transferred to a computer, displayed, printed, and shared via the Internet.

In order to capture sharp images of moving subjects, a digital camera needs to provide a precise automatic lens focusing system (i.e., an autofocus system). The autofocus system must be capable of quickly obtaining the correct focus in order to minimize the "shutter delay" between the time the shutter button is pressed and the still image is captured. The autofocus system must also work in a continuous image capture mode wherein video images are captured. For instance, in a video mode the focus should be adjusted in real-time while video images are being continuously captured.

Many digital cameras and scanners capture images using an image sensor and a taking lens system with an adjustable focus. Typically, the focus distance of such an adjustable focus taking lens system can automatically be set to one of a plurality of different settings by sensing, control, and drive systems, which are adapted to provide optimal focus of what is determined to be a subject area in a scene. Lens systems that provide automatically adjustable focus settings based on a focus measurement and an adjustable focus lens are referred to herein as autofocus systems. Digital cameras typically use one of two types of autofocus systems: a rangefinder system and a "through-the-lens" focus system.

A rangefinder system uses rangefinding sensors such as a sonic rangefinder or a dual lens rangefinder to determine the distance from a camera to one or more portions of a scene within a field of view of the rangefinder system. A sonic rangefinder measures the phase offset between a projected sonic signal and a reflected sonic signal to infer the distance to objects in the scene. Dual lens rangefinders contain two lenses that are separated by a distance along with two matching sensor areas that capture matched pairs of images. Dual lens rangefinders are commonly used on digital cameras in the form of dual lens rangefinder modules which contain two lenses separated by a distance along with two matching sensor areas that capture matched pairs of low resolution images.

Common dual lens rangefinder-based autofocus systems include active and passive systems. Active systems actively project light onto the scene, while passive systems work with the available light from the scene. Dual lens rangefinder modules can be purchased from Fuji Electric in several models such as the FM6260W. A dual lens rangefinder module for optical apparatus such as a camera is described in U.S. Pat. No. 4,606,630, which was issued to Haruki et al. on Aug. 19, 1986 (and assigned to Fuji Electric). According to the description of the prior art in this patent, matched pairs of low resolution images are analyzed for correlation between the two images to determine the offset between the two images caused by the separation between the two lenses.

**2**

A diagram illustrative of the principle of the operation of a conventional rangefinder is shown herein in FIG. 27. In that diagram, light from an object **151** is incident on two small lenses **152** and **153** which have a sufficiently short focal length f that light rays received from the object through different spaced paths **154** and **155** produce corresponding spaced images **157** and **158** in a focal plane **156** which is common to the lenses **152** and **153**. When the object **151** is at an infinite distance, the centers of the images **157** and **158** are located at reference positions **170** and **180** in FIG. 27, but when the object **151** is located at a closer distance, the centers of the images are shifted apart to positions **171** and **181**. If the distance by which the images **157** and **158** are shifted from the reference positions **170** and **180** are designated $x_1$ and $x_2$, respectively, then the total shift x may be expressed as follows:

$$x = x_1 + x_2 = b \cdot f/d$$

Thus, the distance d to the object **151** can be measured by $d = b \cdot f/x$. In this case, b is the distance between the optical axes of the small lenses, that is, the base length. To obtain the shifted amounts $x_1$ and $x_2$, or the sum x of both, two optical sensor arrays **190** and **191** are provided in the focal plane **156** as shown in FIG. 27. These optical sensor arrays each comprise a plurality of optical sensors, for instance CCD devices, and an analog photoelectric signal is generated by each optical sensor corresponding to the light intensity at the portion of the image which is incident on the sensor. Haruki et al. shows a conventional circuit, as well as a higher speed rangefinding circuit according to the patent, for obtaining the sum x of the shifted distances by comparing two image signal trains comprising the digital image signals from the left and right optical sensor arrays.

Basically, the offset information x is used along with the lens separation distance b and the focal length f to calculate the distance to the scene by triangulation. The calculated distance d to the scene is used to guide the positioning of an adjustable focus lens to produce the best image quality. As known in the prior art, this adjustment may be based on a calibration curve established between the distance to the scene as measured by the dual lens rangefinder module and a series of best focused images as produced by a "through the lens" autofocus system. The calibration curve is stored as an equation or a look-up table in a microprocessor in the camera.

Rangefinder-based autofocus systems have the advantage of being very fast, some having a response time that can be in the range of 0.01-0.05 second. However, the focus quality produced by some rangefinder-based autofocus systems can vary when they are used in different operating conditions. For example, sonic autofocus systems cannot focus through a glass window as the glass stops the projected sonic signal, thereby causing the autofocus system to focus onto the glass. In the case of a dual lens rangefinder autofocus system, the accuracy of dual lens rangefinders are typically influenced by changes in environmental conditions such as temperature and/or humidity. The problem with dual lens rangefinder modules is that the calibration between the dual lens rangefinder module and the adjustable focus lens position is not stable within the normal operating environment for digital cameras. Environmental conditions such as changes in temperature and humidity can cause the distance to the portion of the scene as measured by the dual lens rangefinder module to change by over 10%. In addition, the measured position of the adjustable focus taking lens in the adjustable focus taking lens system is prone to environmentally induced changes as well so that inaccuracies are produced in the control system

APPL-1005 / Page 32 of 49
APPLE INC. v. COREPHOTONICS LTD.

Appx1349

US 7,859,588 B2

**3**

for the adjustable focus lens. Consequently, dual lens rangefinder modules are not typically used independently for autofocus in digital cameras but instead are used as a rough focus adjustment that is supplemented by a "through the lens" autofocus system.

Alternatively, the "through-the-lens" autofocus system determines a focus state through an analysis of a series of autofocus images captured with the adjustable focus lens system positioned at a plurality of different focus distances. For example, in a typical "through-the-lens" autofocus system a plurality of autofocus images (e.g., 5-20) are captured with the adjustable focus lens in a series of different positions in a so-called "hill climb" method. This type of autofocus is known as "hill climbing" autofocus because it generates a sequence of values that increase in level until they pass over a peak, i.e., a "hill". In other words, the lens focus position is adjusted automatically until the contrast of the edge detail in the image, or a particular area of the image, is maximized. For instance, the contrast present in each of the autofocus images is compared and the autofocus image with the greatest contrast is deemed to have been captured with the best focus conditions (often the best focus lens position is further refined by interpolating the contrast values between images).

In order to decrease focusing response time without sacrificing focusing precision, it is common to use filters to separate not only the higher frequency component of the video signal, but also the lower frequency component. For example, a lens may be quickly driven in coarse adjustment steps in a low frequency range furthest from the maximum focus, and then driven in finer adjustment steps in a high frequency range nearer to the maximum focus. A flow diagram of a conventional "hill climbing" contrast autofocus algorithm is shown in FIG. **28**. This algorithm uses the "hill climbing" contrast autofocus method discussed above and shown in the diagram of FIG. **29**, which illustrates the relationship between the focus value obtained from the filters and the lens position. In FIG. **29**, the abscissa indicates the focusing position of a lens along a distance axis, the ordinate indicates the focusing evaluation value, and the curves A and B indicate the focusing evaluation values for high and low frequency components, respectively, relative to a particular in-focus position P.

Referring to the flow diagram of FIG. **28**, the best starting point for the algorithm depends on the hyperfocal distance of the current lens setting, which is a function of the focal length setting and the f-number. A distance of about 2 meters is typically a good starting point. Then a low frequency bandpass filter is loaded (stage **197**) and the focus values are read out. The algorithm employs a comparison stage **198** to set the direction of lens adjustment toward increasing focus values, and to determine when the lens is stepped over the "hill". The depth of field, which depends on the present focal length and f-number, sets the number of steps, i.e., the next near focus position, which should be taken before capturing the next frame when using the low frequency bandpass filter. Once the peak of the hill is passed (curve B in FIG. **29**), a high frequency bandpass filter is loaded (stage **199**), and the lens is moved in the opposite direction until the peak of the higher "hill" is found (curve A in FIG. **29**). The peak focus value may use either the weighted average or peak value from numerous pixels.

"Through-the-lens" autofocus systems are very accurate since they measure focus quality directly from autofocus images captured with the high quality taking lens. Unfortunately, "through-the-lens" autofocus systems can be relatively slow in determining a focus setting due to the large number of autofocus images that must be captured and com-

**4**

pared. For example, "through-the-lens" autofocus systems can take as long as 0.5-2.0 seconds to determine focus conditions.

Accordingly, in some digital cameras, the two types of autofocus systems are used together in a hybrid system in which the rangefinder based autofocus system is used to provide a fast estimation of the adjustable focus lens location that is then followed by the use of the "through-the-lens" autofocus system to refine the focus setting. For example, U.S. Pat. No. 6,864,474, entitled "Focusing Apparatus for Adjusting Focus of an Optical Instrument" and which issued Mar. 8, 2005 in the name of Misawa, describes the coordinated use of a rangefinder-based autofocus system with a "through-the-lens" autofocus system. In Misawa, the focus position of the adjustable focus taking lens is determined by both the rangefinder-based autofocus system and the "through-the-lens" autofocus system. The difference between the adjustable focus taking lens position determined by the rangefinder-based autofocus system and the adjustable focus taking lens position determined by the "through-the-lens" autofocus system is stored for future reference. In subsequent image capture episodes, the stored difference information is used to refine the number of autofocus images captured and analyzed by the "through-the-lens" autofocus system in the "hill climb" method to determine the adjustable focus lens position for best focus, thereby reducing the number of autofocus images captured and processed in cases where the rangefinder system is accurate and increasing the number of autofocus images captured and processed in cases where the rangefinder is inaccurate. However, the method described by Misawa assumes that the performance of the rangefinder, adjustable focus taking lens system and control system are consistent over time, do not fluctuate with variations in environmental conditions, and do not otherwise change or drift over time.

Once an image is in focus, the "hill climb" method typically operates over incremental distances near the subject presently focused upon. Then, in refocusing an image, the "hill climb" method typically determines whether any lens movement is stepping "up or down the hill" and resets the lens for a new maximum. In practice, this means that, if the lens movement is stepping "down the hill", the lens motion is immediately reversed so as to seek the new maximum for the existing subject. This is a particular problem in video focusing, where a new subject at some distance away from the present subject may come into the image and never be detected by the "hill climb" method—even where the new subject may present a greater "hill" in terms of contrast values. One way of responding to this problem is referred to as "whole way" autofocusing, where the auto focus module looks over all the distances discernible by the taking lens before deciding upon a focus position.

Commonly assigned U.S. Pat. No. 6,441,855 describes a "whole-way" autofocusing method, where a focusing device includes a movable focusing lens adapted to be moved to different positions across the entire focusing range, a conversion element for converting light incident on and transmitted through the focusing lens into a signal, and a lens driving mechanism for moving the focusing lens. The focusing device further includes a focus evaluation value calculation unit for calculating a focus evaluation value for each position of the focusing lens based on the signal from the conversion element. The focus evaluation value calculation unit extracts only the signals corresponding to the pixels in a focus area defined, e.g., at the center of an image, which is further divided into nine "tiles", that is, blocks that are obtained by

US 7,859,588 B2

5

dividing the focus area into a small number of rows and columns used as observation areas.

In calculating the focus evaluation values, a determination is first made as to whether or not the calculation of the focus evaluation values has been repeated a certain number of times, e.g., ten times, for different distance settings. When the determination is negative, the focusing lens is moved by a preset step width, and the calculation is repeated. Thus, the focusing lens is always moved stepwise from an infinite far position to a nearest position, and for each step of movement, a focus evaluation value is calculated for each tile. These calculations are performed for the respective tiles, to thereby obtain the focus evaluation values for ten lens positions for each of the nine tiles, including all of the peaks that are found across the total distance. Using the ten total sums obtained for the respective lens positions as the focus evaluation values, the focusing lens position producing the maximum peak is determined as the in-focus lens position. A lens driving output is then applied to the lens driving mechanism so that the lens moves to the determined in-focus position.

In order to provide a small size digital camera with a large "optical zoom range", a digital camera can use multiple image sensors with different focal length lenses, as described in commonly assigned U.S. patent application Ser. No. 11/062,174, entitled "Digital Camera Using Multiple Lenses and Image Sensors to Provide an Improved Zoom Range", which was filed Feb. 18, 2005 in the names of Labaziewicz et al., the disclosure of which is incorporated herein by reference. For example, the Kodak Easyshare V610 dual lens digital camera includes a 38-114 mm (35 mm equiv.) f/3.9-f/ 4.4 lens and a 130-380 mm (35 mm equiv.) f/4.8 lens, in order to provide a 10× optical zoom range. However, in both this patent application and product, only one of the two image sensors is used at a time. The two image sensors do not simultaneously capture images.

U.S. Patent Application Publication No. US 2003/ 0020814, which was published Jan. 30, 2003, discloses an image capturing apparatus having a plurality of capturing optical systems, each coupled to a CCD image sensor, including a first system having a shorter focal length and a second system having a longer focal length. In the various embodiments described in this disclosure, the two lenses can provide different focal lengths ranges, including one system with a fixed-focus lens and the other system with a zoom lens, or they can both be fixed focus lenses set to two different focus distance settings. In each case, rather than obtaining user input, a selection unit automatically selects the capture signals from one of the capturing optical systems based on capture conditions, such as measured distance or luminance, determined by a capture condition acquiring unit. The autofocus for these systems is provided using a separate distance sensor. Neither of the two CCD image sensors are used for the autofocusing operation.

U.S. Patent Application Publication No. US 2003/ 0160886, which was published Aug. 23, 2003, discloses a digital camera having two photographing systems that are independent of each other. One embodiment shows one system including a monofocal "ordinary mode" lens and the other system including a zoom "telescopic mode" lens, each generating an image. An operator-actuated change over switch determines which image is to be recorded. Autofocus is also disclosed in connection with the separate photographing systems, where a "hill-climb" contrast comparison technique used in one system complements a "hill-climb" contrast comparison technique used in the other system. When it is desired to capture an image from the telescopic mode optical system, a rough autofocus search (where a stepping

6

motor may be driven at intervals of several steps) is made by the ordinary mode optical system (where the focal depth is relatively large). This rough search results in a reduced focal distance range that includes the focusing position. Using the focal distance range information provided by the ordinary mode optical system, the telescopic mode optical system is driven to an autofocus search start position at one end of the reduced focal distance range. Then, a fine autofocus search is performed by the telescopic mode optical system (where the focal depth is relatively shorter), but only in the reduced focal distance range determined by the ordinary mode autofocus search. (When it is desired to capture an image from the ordinary mode optical system, the autofocus search is made solely by the ordinary mode optical system, with the telescopic mode optical system playing no part in the autofocus search.)

In another embodiment in U.S. Patent Application Publication No. US 2003/0160886, which does not depend on the rough vs. fine search mentioned above, a "hill climb" contrast comparison search is performed while the focusing lens of a first optical system is driven stepwise so as to move from an infinite distance setting toward a closest distance position, and a second "hill climb" contrast comparison search is performed while the focusing lens of a second optical system is driven stepwise from the closest position toward the infinite setting. This procedure continues until a maximum contrast position is located, although neither system ordinarily needs to move through its entire range. This tends to reduce the time period for detecting a focusing position. In this embodiment, each of the optical systems could be used for capturing an image and for focus adjustment, or one optical system could be employed for capturing an image and focus adjustment and the other optical system could be devoted only to focus adjustment of the image-capturing optical system. In another embodiment, in the case where the non-capturing optical system determines the focusing position first, the capturing optical system is driven to that position and a fine adjustment is then made by the capturing optical system.

A problem with these prior art systems is that either a separate autofocus sensor must be used (thus increasing the cost) or else there is typically a significant "shutter delay" as the autofocus is performed using the same sensor that is used to capture the image. Moreover, the separate autofocus sensor is usually a rangefinder and, as mentioned above, the calibration between the dual lens rangefinder module and the adjustable focus lens position is not stable within the normal operating environment for digital cameras. Where the autofocus is performed with the "through-the-lens" taking system, the process can be relatively slow in determining a focus setting due to the large number of autofocus images that must be captured and compared. The problem can be somewhat alleviated according to the aforementioned U.S. Patent Application Publication No. US 2003/0160886, but difficulties remain in rapidly achieving focus as the subject changes or moves, or in rapidly interchanging the focusing requirements of the optical systems when the operator elects to change the capture function from one photographing system to the other.

A special problem arises during video capture, where the autofocus images are derived from the same series of still images or frames that compose the video images. Consequently, the process of autofocusing may cause 5-20 or more out of focus video images to be produced in the video each time the scene changes. As a result, during video capture with pan movements of the camera where the scene changes continuously, large portions of the video are actually out of focus as the autofocus system hunts for proper focus. A further

APPL-1005 / Page 34 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

**7**

problem is that during video capture, many of the frames are out of focus due to the use of an autofocus system that uses the "hill climb method" to focus.

In copending, commonly-assigned U.S. patent application Ser. No. 11/684,025, entitled "Camera Using Multiple Lenses and Image Sensors to Provide Improved Focusing Capability" and filed on even date herewith in the names of John Border et al., the aforementioned problems are addressed in a multi-lens digital camera in which two (or more) image capture stages are used to separately capture images of the same scene so that one image capture stage can be used for autofocus while the other(s) is used for capturing a still image or a video. This provides precise, rapid autofocus in both still and video modes without unduly increasing the size or cost of the digital camera.

Besides the autofocus advantages, such a camera provides two separate image capture stages yielding separate high resolution images of basically the same scene, or the same portion(s) of the same scene. This offers a number of possibilities for using one of the images to modify or otherwise augment the other image. What is therefore needed is a digital camera with dual capture systems that provides an improved imaging capability by utilizing both images to provide an improved output image.

### SUMMARY OF THE INVENTION

The object of this invention is to provide an improved imaging capability in a multi-lens digital camera utilizing both (or more) images to provide an improved output image. without unduly increasing the size or cost of the camera.

A further object of the invention is to utilize one of the images from a dual-lens camera as a secondary image that can be used to modify the other, primary image and thereby generate an enhanced primary image.

The present invention, which is directed to overcoming one or more of the problems set forth above, pertains to an electronic camera for producing an output image of a scene from a captured image signal. Briefly summarized, the invention comprises, according to a first embodiment of the invention:

a first imaging stage comprising a first image sensor for generating a first sensor output and a first lens for forming a first image of the scene on the first image sensor;

a second imaging stage comprising a second image sensor for generating a second sensor output and a second lens for forming a second image of the scene on the second image sensor; and

a processing stage for using the sensor output from the first imaging stage as a primary output image for forming the captured image signal and using the sensor output from the second imaging stage as a secondary output image for modifying the primary output image, thereby generating an enhanced, captured image signal.

The secondary output image may be used by the processing stage for a number of purposes, including without limitation: to sharpen portions of the primary image (e.g., to extend the depth of field of the primary still image or to selectively sharpen portions of the primary still image and defocus other portions of the image, particularly where the secondary output image is captured by the second imaging stage at a different focus position than used by the first imaging stage to capture the primary output image); to modify the dynamic range of the primary image (e.g., where the secondary output image is captured by the second imaging stage at a different exposure level than used by the first imaging stage to capture the primary output image); to provide scene analysis data for setting the capture parameters for the primary image; or to

**8**

replace portions of the primary image (areas of lower noise but with some motion blur) with corresponding portions of the secondary image (areas of higher noise but little or no motion blur) to obtain a modified image with relatively low noise and good sharpness.

Briefly summarized, the invention generally comprises the use of two (or more) image capture stages, wherein an image capture stage is composed of a sensor, a lens and a lens focus adjuster, in a multi-lens digital camera in which the two (or more) image capture stages can be used to separately capture images of the same scene so that one image capture stage can be used for autofocus and other purposes while the other(s) is used for capturing an image. In thus utilizing the invention, a digital camera advantageously provides an improved imaging capability without unduly increasing the size or cost of the digital camera. More specifically, the non-capturing image stage may advantageously be used to provide a secondary image that can be used to modify or otherwise augment, e.g., the focus or dynamic range of the primary image.

These and other aspects, objects, features and advantages of the present invention will be more clearly understood and appreciated from a review of the following detailed description of the preferred embodiments and appended claims, and by reference to the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a block diagram of a first embodiment of a digital camera using a first zoom lens with a first image sensor, and a second zoom lens with a second image sensor according to the invention.

FIGS. **2A** and **2B** are two perspective views of the digital camera shown in FIG. **1**.

FIG. **3** depicts a flow diagram showing a method for performing autofocus and for capturing digital still images according to a first embodiment of the digital camera shown in FIG. **1**.

FIG. **4** depicts a flow diagram showing a method for performing autofocus using a rangefinder method with two image capture stages.

FIG. **5** depicts a flow diagram showing a method for performing autofocus using a "hill climb method" with two image capture stages.

FIG. **6** depicts a flow diagram showing a method for producing an autofocus rangefinder calibration curve.

FIG. **7** depicts a flow diagram showing a method for producing an autofocus "hill climb method" calibration curve.

FIG. **8** depicts a flow diagram showing a method for performing autofocus and for capturing digital video images according to a second embodiment of the digital camera shown in FIG. **1**.

FIG. **9** depicts a flow diagram showing a method for performing autofocus with a rangefinder method with two image capture stages.

FIG. **10** depicts a flow diagram showing a method for performing autofocus with a "hill climb method" with two image capture stages.

FIG. **11** depicts a method for producing a range map with two image capture stages.

FIG. **12** depicts a block diagram of another embodiment of a digital camera using a first fixed focal length lens with a first image sensor, and a second (zoom) lens with a second image sensor.

FIG. **13** depicts a block diagram of another embodiment of a digital camera using a first fixed focal length lens with a first image sensor, a second (zoom) lens with a second image sensor, and a third (zoom) lens with a third image sensor.

APPL-1005 / Page 35 of 49
APPLE INC. v. COREPHOTONICS LTD.

Appx1352

US 7,859,588 B2

9
10

FIG. **14** depicts a flow diagram showing a method for enhancing the depth of field of an image by using images from both image capture stages according to an embodiment of the invention.

FIG. **15**A and FIG. **15**B depict a diagram of a mobile phone camera with two image capture stages according to another embodiment of the digital camera.

FIG. **16**A and FIG. **16**B depict a diagram of a stage containing two image capture stages in a single stage for a mobile phone camera.

FIG. **17**A and FIG. **17**B are representations of images captured with two image capture stages showing the offset between the two images that is used to determine the distance to portions of the scene.

FIG. **18** depicts a flow diagram of a method for determining GPS locations of portions of the scene.

FIG. **19** depicts a flow diagram for selecting one of the imaging stages in a dual lens camera system as the primary capture unit, while relegating the other imaging stage to other functions, such as scene analysis, according to another embodiment of the invention.

FIG. **20** depicts a flow diagram illustrating the usage of the non-primary capture unit for scene analysis, according to another embodiment of the invention.

FIG. **21** depicts a flow diagram illustrating the usage of the non-primary capture unit for scene analysis whenever the change in scene conditions exceeds a threshold, according to another embodiment of the invention.

FIG. **22** depicts a flow diagram illustrating the usage of both the primary capture unit and the non-primary capture unit for scene analysis, according to another embodiment of the invention.

FIG. **23** depicts a flow diagram illustrating the reversal of the functions of the capture units, that is, the current scene analysis and primary capture units are reset to be the primary capture unit and scene analysis capture unit, respectively, according to another embodiment of the invention.

FIG. **24** depicts a flow diagram illustrating the usage of a preview image taken by the primary capture stage to set the capture unit parameters for the primary capture stage, specifically during the capture process, according to another embodiment of the invention.

FIG. **25** depicts a flow diagram illustrating the usage of a preview image taken by the primary capture stage and a scene analysis image taken by the non-capture stage to set the capture unit parameters for the primary capture stage, specifically during the capture process, according to another embodiment of the invention.

FIG. **26** depicts a flow diagram illustrating the usage of a primary image taken by the primary capture stage and an augmentation image taken by the non-capture stage to produce an enhanced image, according to another embodiment of the invention.

FIG. **27** depicts a diagram illustrative of the operation of a conventional dual lens rangefinder.

FIG. **28** depicts a flow diagram of a conventional "hill climbing" contrast autofocus algorithm.

FIG. **29** illustrates the relationship between the focus value obtained from the filters used to isolate components of the image and the lens position for a "hill climbing" autofocus method.

## DETAILED DESCRIPTION OF THE INVENTION

Because digital cameras employing imaging devices and related circuitry for signal processing are well known, the present description will be directed in particular to elements forming part of, or cooperating more directly with, apparatus in accordance with the present invention. Elements not specifically shown or described herein may be selected from those known in the art. Certain aspects of the embodiments to be described may be provided in software. Given the system as shown and described according to the invention in the following materials, software not specifically shown, described or suggested herein that is useful for implementation of the invention is conventional and within the ordinary skill in such arts.

Each of the several embodiments described herein include an image capture assembly, such as a digital camera—still or video—or a digital scanner, having multiple image capture stages, each composed of a lens and an image sensor, wherein the lenses of the multiple image capture stages have different focal lengths to provide an extended optical zoom range for the image capture assembly. The present invention contemplates the use of the multiple image capture stages to provide an enhanced imaging capability, in addition to an enhanced autofocus capability. By using the image capture stages for image capture and autofocus, dedicated autofocus modules can be eliminated thereby reducing the cost and size of the image capture assembly while improving the sharpness of the captured still and video images, as well as increasing the speed of response of the autofocus system.

There are several embodiments by which one image capture stage may be used to capture digital still images or video images while another image capture stage is simultaneously being used for another purpose, such as enhanced autofocus, generation of a secondary image, production of a range map, and the like. In a first embodiment described herein, when a user has set a zoom position to be within a first optical zoom range, a first imaging stage containing a first (e.g., zoom) lens is used to capture a still image or a series of images as in a video sequence, while a second imaging stage simultaneously provides the images for the purpose of autofocus of the first imaging stage. Since the second imaging stage is not used to capture the images, the focus conditions of the lens in the second imaging stage can be adjusted over a wider range, e.g., around a peak contrast position (e.g., "hill climb" autofocus) or from the near focus position to the infinity focus position (e.g., "whole way" autofocus) to determine the new best focus setting for the lens in the first imaging stage without detrimentally affecting the focus quality of the images captured by the first imaging stage. When the new best focus condition has been determined using the second imaging stage, the focus condition of the first imaging stage is changed from the previous best focus condition to the new best focus condition.

When the user adjusts the zoom position on the image capture assembly to a second optical zoom range, the camera automatically switches to use the second imaging stage (containing, e.g., a second zoom lens) to capture the images, and begins using the first imaging stage for autofocus of the second imaging stage. Because the two lenses have different focal lengths, they have different magnifications. Therefore, the digital filters used to determine the autofocus may be adjusted, as a function of this difference in magnification, in order to compensate for the differences in magnification.

In a variation of this embodiment, two image capture stages are used together to form a high resolution rangefinder similar to a dual lens rangefinder but with higher resolution, which is provided by the two high resolution image capture stages and a larger separation distance between the two lenses in the two image capture stages. In this variation, the first image capture stage may be used to provide an initial accurate autofocus using a "hill climb" contrast comparison method; subsequently, the first image capture stage is used in conjunction

APPL-1005 / Page 36 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

11

with the second image capture stage as a high resolution rangefinder operating in a differential mode to detect any changes in the distance to the scene that require refocusing prior to capture of a digital still image or prior to or during a video capture. By using the rangefinder in a differential mode, that is, to discern a change in distance from an already focused position to a nearby changed focus position, the impact of environmental changes on the accuracy of the rangefinder is diminished.

In another embodiment described herein, the two image capture stages are both autofocused at the same time using a "hill climb" contrast comparison method prior to capture of a digital still image or capture of a video image by the first image capture stage. The second image capture stage then continues to check the focus by measuring the contrast in the image; when a change in contrast is detected, a second autofocus operation using the "hill climb" contrast comparison method is performed using the second image capture stage to determine the change in focus condition. The focus of the first image capture stage is then changed by an amount proportional to the change in focus determined by using the second image capture stage. Again, a differential focus change measurement is performed from a position established by a "hill climb" autofocus to improve the accuracy of the autofocusing process.

As mentioned in the background of the invention section, a special problem arises during video capture, where the autofocus images are derived from the same series of still images or frames that compose the video images. For instance, during video capture with pan movements of the camera where the scene changes continuously, large portions of the video are actually out of focus as the autofocus system hunts for proper focus. Moreover, many of the frames may be out of focus due to the use of an autofocus system that uses the "hill climb method" to focus, which as mentioned earlier may be unable to discern changing focus under certain conditions where the subject of interest has suddenly shifted in the scene.

Accordingly. in a variation of the foregoing embodiment, when the user has set the zoom position to be within the first optical zoom range, the first imaging stage, including the first zoom lens and its associated image sensor, is used to set the initial focus for taking an image, such as a video image, while the second imaging stage, including the second zoom lens and its associated image sensor, simultaneously provides a continuous "whole-way" autofocus input image to determine if the focus of the first zoom lens should be adjusted as a result of subject motion. Since the second zoom lens and its associated image sensor are not used to capture the motion images, the focus distance can be adjusted from the near focus to the infinity position, in order to determine the best focus setting without affecting the captured motion images. When the user adjusts the zoom position to be outside the first zoom range, the camera automatically switches to the second imaging stage, using the second zoom lens and its associated sensor to capture the motion sequence, and begins using the first imaging stage, with its first lens and associated image sensor, to simultaneously determine if the focus of the second zoom lens should be adjusted as a result of subject motion.

In another embodiment described herein, the two image capture stages are configured as a high resolution rangefinder in order to determine the distances to different portions of the scene in the form of a range map. The range map is then used to modify the captured image signal or the output image for a variety of purposes, such as (without limitation): to improve image processing and enable improved image quality; to improve object identification within the image; to enable object extraction from an image; to enable motion tracking of

12

objects within multiple images; to enable reduced depth of field images by blurring of objects outside of the desired depth of field; to improve the dynamic range within images; to reduce exposure issues introduced by use of a flash; and to improve scene balance within the image.

In another embodiment described herein, and in accordance with the present invention, a first imaging stage, including a first zoom lens and a first image sensor, is used to capture a first (i.e., primary) still image at a first (i.e., primary) focus distance, while a second imaging stage, including a second zoom lens and a second image sensor, is used to simultaneously capture a second (i.e., secondary) still image at a second (i.e., secondary) focus distance. The sensor output from the second imaging stage is used as a secondary output image for modifying the primary output image, thereby generating an enhanced primary image signal. For instance, the secondary still image is used to provide an enhancement signal that may, e.g., sharpen portions of the primary still image that are positioned near the secondary focus distance or may modify the dynamic range of the primary still image.

As mentioned above, the images from both imaging stages may be used to generate a range map identifying the distances to the different portions of the scene. In another embodiment described herein, the camera further includes a GPS unit for providing GPS coordinates for the location of the camera and an electronic compass for providing the pointing direction of the camera. Thereupon, the GPS coordinates for the location of the camera, the pointing direction of the camera, and distance offsets from the range map may be used in order to generate GPS coordinates for portions of the scene.

FIG. 1 depicts a block diagram of an image capture assembly 10A according to the first embodiment of the present invention. Though not an essential aspect of the invention, the image capture assembly 10A is preferably a portable battery operated device, small enough to be easily handheld by a user when capturing and reviewing images. In the preferred embodiment, the image capture assembly 10A is a digital camera that produces both still images and motion video images that are stored on a removable memory card 54. Alternatively, the digital camera may produce and store only motion images or only still images.

The image capture assembly 10A includes two imaging stages 1 and 2, both with zoom lenses 3 and 4. (These stages will hereinafter be referred to in the specification as image capture stages, although in most cases only one stage—at a time—is capturing an image that is stored on the removable memory card 54.) The first zoom lens 3 is controlled by a first lens focus adjuster, e.g., zoom and focus motors 5a, and provides an image to a first image sensor 12. The second zoom lens 4 is controlled by a second lens focus adjuster, e.g., zoom and focus motors 5b, and provides an image to a second image sensor 14. An adjustable aperture and shutter assembly in each zoom lens (not shown) is used to control the exposure to image sensors 12 and 14.

FIGS. 2A and 2B show perspective views of the image capture assembly 10A described in relation to FIG. 1. FIG. 2A is a frontal view of the image capture assembly 10A, showing the first zoom lens 3, the second zoom lens 4 and a flash 48. FIG. 2B is a rear view of the camera 10A, showing a color LCD image display 70 and a number of user controls 42, including a shutter button 42a for enabling an image capture sequence, a zoom button 42c for enabling a selection of a zoom setting, and a multi-position selector 42d for navigating through images, menu choices and the like that are displayed on the color LCD image display 70.

The image capture stages 1 and 2 comprise the zoom lenses 3 and 4 and the image sensors 12 and 14, as shown in FIG. 1.

APPL-1005 / Page 37 of 49

APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

13

While zoom lenses 3 and 4 are offset vertically, as shown in FIG. 2a, the zoom lenses 3 and 4 could be offset in other directions, such as horizontally. In addition, according to another embodiment of the invention, one (or both) of the zoom lenses 3 and 4 could be replaced with a fixed focal length lens. In all cases, the optical axes of the zoom lenses 3 and 4 and the sensors 12 and 14 are generally aligned with respect to each other so as to be viewing substantially the same scene, albeit typically with different fields of view. The configuration of the optical components are further described in the aforementioned, commonly assigned U.S. patent application Ser. No. 11/062,174, the disclosure of which is incorporated herein by reference, which includes several embodiments in which more than two image capture stages are used. The configuration of the zoom lenses 3 and 4 in the image capture stages 1 and 2 can include folded optical paths to change the overall dimensions of the image capture stages 1 and 2; however, folded optical paths are not necessary for practice of the present invention.

In a preferred embodiment, the image sensors 12 and 14 are single-chip color megapixel CCD sensors, using the well-known Bayer color filter pattern in order to capture color images, although other sensors, such as CMOS sensors, and other color filter arrays, such as stripe filters, may be used equally well without limitation according to the invention. The image sensors 12 and 14 may have a variety of aspect ratios, for example, a 4:3 image aspect ratio and a variety of resolutions, for example, a total of 6.1 MP effective megapixels (million pixels), with, in this particular case, 2848 active columns of pixels×2144 active rows of pixels. It should also be understood that the image sensors 12 and 14 do not have to have the same specifications. For instance, in some embodiments disclosed in the aforementioned, commonly assigned U.S. patent application Ser. No. 11/062,174, the size, resolution, color filter array, spectral sensitivity and aspect ratio of the image sensors 12 and 14 can be different.

A control processor and timing generator 40 controls the first image sensor 12 by supplying signals to clock drivers 13, and controls the second image sensor 14 by supplying signals to clock drivers 15. The control processor and timing generator 40 also controls the zoom and focus motors 5a and 5b, an auto exposure detector 46, user controls 42, first and second digital multiplexer control elements 34 and 36, and the flash 48 for emitting light to illuminate the scene. The user controls 42 are used to control the operation of the digital camera 10A, as also described earlier in reference to FIG. 2B.

An analog output signal 12e from the first image sensor 12 is amplified and converted to a first digital image signal by a first analog signal processor 22. The digitized first digital image signal is provided to a first input of the first digital multiplexer control element 34 and to a first input of the second digital multiplexer control element 36. An analog output signal 14e from the second image sensor 14 is amplified and converted to a second digital image signal by a second analog signal processor 24. The digitized second digital image signal is provided to a second input of the digital multiplexer control element 34 and a second input of a second digital multiplexer control element 36. The function of the first multiplexer 34 is to select either the first sensor output 12e from the first image sensor 12, or the second sensor output 14e from the second image sensor 14 as the image capture signal. The function of the second multiplexer 36 is to select either the second sensor output 14e from the second image sensor 14 or the first sensor output 12e from the first image sensor 12 as the autofocus image signal, which is provided to an image processor 50.

14

The control processor and timing generator 40 controls the digital multiplexers 34 and 36 in order to select one of the sensor outputs (12e or 14e) as the captured image signal, and to select the other sensor output (14e or 12e) as the autofocus image signal. The digital data provided by the first digital multiplexer control element 34 is temporarily stored in a DRAM buffer memory 38 and subsequently processed by the image processor 50 to produce a processed digital image file, which may contain a still digital image or a video image. The digital data provided by the second digital multiplexer control element 36 is provided to the image processor 50, which performs autofocus calculations as will be described later in reference to FIGS. 4, 5, 6 and 7.

Briefly summarized, the image processor 50 produces the focus detection signals that drive the first and second focus adjusters, that is, the zoom and focus motors 5a and 5b. The control processor and timing generator 40, in combination with the image processor 50, either (a) selects the sensor output 12e from the first imaging stage 1 as the captured image signal and uses the sensor output 14e from the second imaging stage 2 to generate the focus detection signal for the selected imaging stage 1 or (b) selects the sensor output 14e from the second imaging stage 2 as the captured image signal and uses the sensor output 12e from the first imaging stage 1 to generate the focus detection signal for the selected imaging stage 2. In such a manner, the focus detection signal is applied to the zoom and focus motors 5a and 5b of the selected imaging stage in order to adjust the focus of the image providing the sensor output for the captured image signal.

The processing performed by the image processor 50 is controlled by firmware stored in a firmware memory 58, which may be flash EPROM memory or any other form of appropriate memory. The processor 50 processes the digital input image from the DRAM buffer memory 38, using a RAM memory 56 to store intermediate results during the processing stage. The processed digital image file is provided to a memory card interface 52, which stores the digital image file on the removable memory card 54. Removable memory cards 54 are one type of removable digital image storage medium, and are available in several different physical formats. For example, the removable memory card 54 can include (without limitation) memory cards adapted to well-known formats, such as the Compact Flash, SmartMedia, MemoryStick, MMC, SD, or XD memory card formats. Other types of removable digital image storage media, such as magnetic hard drives, magnetic tape, or optical disks, can alternatively be used to store the still and motion digital images. Alternatively, the digital camera 10A can use internal non-volatile memory (not shown), such as internal Flash EPROM memory to store the processed digital image files. In such an embodiment, the memory card interface 52 and the removable memory card 54 are not needed.

The image processor 50 also receives input from a global positioning system (GPS) unit 57, which enables the image processor 50 to determine the GPS coordinates (i.e., location) of the camera at any appropriate time, e.g., when an image is captured. The image processor also receives directional input from an electronic compass 59, which enables the image processor 50 to determine which direction the camera is pointed, e.g., when an image is captured. The image processor 50 performs various other image processing functions, including color interpolation followed by color and tone correction, in order to produce rendered sRGB image data. The rendered sRGB image data is then JPEG compressed and stored as a JPEG image file on the removable memory card 54. The rendered sRGB image data may also be provided to a host PC 66 via a host interface 62 communicating over a

APPL-1005 / Page 38 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

15

suitable interconnection **64**, such as a SCSI connection, a USB connection or a Firewire connection. The JPEG file preferably uses the so-called "Exif" image format defined in "Digital Still Camera Image File Format (Exif)" version 2.2 by the Japan Electronics and Information Technology Industries Association (JEITA), Tokyo, Japan. This format includes an Exif application segment that stores particular image metadata, including the date/time the image was captured, as well as the lens f/number, GPS location and pointing direction when the image was captured and other camera settings.

It should be noted that the image processor **50**, while typically a programmable image processor, can alternatively be, for example, a hard-wired custom integrated circuit (IC) processor, a general purpose microprocessor, or a combination of hard-wired custom IC and programmable processors. Furthermore, one or more of the functions shown as separate blocks in FIG. **1**, such as the digital multiplexer control elements **34** and **36**, the DRAM buffer memory **38**, and the RAM memory **58**, can be incorporated in an IC containing the image processor **50**. It should also be noted that the functions of at least certain portions of the control processor **40** and the image processor **50** may be merged as needed for purposes of certain applications and discussions, such as in the reference to a processing stage in this description and in certain of the claims, where, e.g., selection of a sensor output (as by the control processor **40**) and generation of a focus signal (as by the image processor **50**) are referred to. In other words, the recitation of a processing stage is intended to encompass the recited functions, whether they are to be found in one or more actual processing elements, circuits, or the like.

In a further embodiment of the present invention, the digital camera **10**A is included as part of a camera phone. In such an embodiment, the image processor **50** also interfaces to a cellular processor **90**, which uses a cellular modem **92** to transmit digital images to a cellular network (not shown) using radio frequency transmissions via an antenna **94**. In some embodiments of the present invention, the two image capture stages **1** and **2**, and the zoom and focus motors **5a** and **5b** may be part of an integrated assembly. In addition, the clock drivers **13** and **15**, as well as the analog signal processors **22** and **24** and the analog/digital converters included therewith, may be part of the integrated assembly.

FIG. **3** depicts a flow diagram showing a method for capturing digital images using the image capture assembly of FIG. **1**. In block **100**, when the camera **10**A is turned ON using a power switch (not shown), the zoom lenses **3** and **4** are set to their default positions, which is preferably a wide angle position where the output of the first image sensor **12** is used to capture images in a preview mode for display on the color LCD image display **70** to enable the user to compose the images to be captured. As part of composing the images, in block **102** the user typically presses the zoom button **42c** in order to set a desired field of view for the digital camera **10**A.

In block **102**, the zoom position setting is compared to a value X at which the image capture function switches from the first image capture stage to the second image capture stage. In block **104**, if the zoom position setting is less than X (a negative response to block **102**), then the first image capture stage **1** is used to capture images in the preview mode, while the second image capture stage **2** is used to capture autofocus images. The first image capture stage **1** continues to capture images for preview on the display **70** (block **110**) while, in block **106**, the second image capture stage **2** is used to capture autofocus images for autofocus of the first image capture stage **1**, which are processed by the image processor **50** and used in block **108** to focus the first image capture stage **1**.

16

In block **112**, if the zoom button **42c** is not pressed, and in block **114** if the capture button is pressed, a digital image is captured in block **116** with the first image capture stage **1**. Alternatively, if the zoom button is pressed in block **112**, control is returned to block **102**, and if the capture button is not pressed in block **114**, control is returned to block **106**.

In block **124**, if the zoom position setting is greater than X (a positive response to block **102**), then the second image capture stage **2** is used to capture images in the preview mode, while the first image capture stage **1** is used to capture autofocus images. The second image capture stage **2** continues to capture images for preview on the display **70** (block **130**) while, in block **126**, the first image capture stage **1** is used to capture autofocus images for autofocus of the second image capture stage **2**, which are processed by the image processor **50** to generate a focus detection signal that is used in block **128** to focus the second image capture stage **2**.

In block **132**, if the zoom button **42c** is not pressed, and in block **134** if the capture button is pressed, a digital image is captured in block **136** with the second image capture stage **2**. Alternatively, if the zoom button is pressed in block **132**, control is returned to block **102**, and if the capture button is not pressed in block **134**, control is returned to block **126**.

A flow chart of an autofocus process using the two image capture stages shown in FIG. **3** in a rangefinder configuration is shown in FIG. **4**, where the rangefinder method is used in blocks **108** and **128** of FIG. **3** to autofocus the images from the first and second image capture stages. In block **250**, the user determines the zoom position by adjusting the zoom control **42c** on the camera, which in turn dictates, as described above, which image capture stage will be used to capture the final image and which image capture stage will be used only for autofocus images (block **252**). The image capture stage that will not be used for capture of the final image is zoomed to a position closest to the transition zoom position between the two zoom lens systems in the two image capture stages (block **254**). The focus lenses of the two image stages are moved to their respective hyperfocal positions, wherein the greatest focus range is produced (block **256**). In block **258**, the user presses the capture button **42** a from a position S**0** to a position S**1** to initiate the autofocus sequence (and the autoexposure sequence). (The capture button has **3** positions: S**0** is the neutral position that the button maintains prior to the operator touching the capture button; S**1** is the intermediate position in which the camera performs autofocus and autoexposure; S**2** is the final position in which the camera performs a final autoexposure and captures the final image.)

Autofocus images are then captured by both image stages (block **260**) with their zoom lenses at their respective zoom positions. The autofocus image from the image stage in the lower zoom position, i.e., where the zoom position is less than X (see block **102** in FIG. **3**), is then cropped and upsampled so that corresponding features in the two autofocus images span the same number of pixels (block **262**). The cropped and upsampled autofocus image is then correlated with the other autofocus image to identify the pixel shift between the two autofocus images (block **264**) and thereby produce the focus detection signal. FIG. **17**A shows a representation of the autofocus image **350** as captured from the higher zoom position image stage. FIG. **17**B shows a representation of a cropped and upsampled autofocus image **352** from the image stage in the lower zoom position. These representations show the offset between the two images that is used to determine the distance to portions of the scene. In block **266**, a calibration factor is then applied to the focus detection signal to determine the distance that the focus lens must be moved to produce a best focus condition for the image capture. In block

APPL-1005 / Page 39 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

17

268, the focus detection signal is applied to the zoom and focus motor 5a and the focus lens is then moved the determined distance in the image capture stage that will be used for the final image capture to produce the condition for best focus 268. When the user pushes the capture button from S1 to S2, the image capture stage capture the final image.

A flow chart of an autofocus process using the two image capture stages shown in FIG. 3 in a well known "hill climb" contrast comparison method is shown in FIG. 5, where the "hill climb" contrast comparison method is used in blocks 108 and 128 of FIG. 3 to autofocus the images from the first and second image capture stages. In block 250, the user selects a zoom position. The zoom position determines which imaging stage will be used as the capture stage (block 252). Then, in block 254, the image capture stage not used for capture is zoomed to the point closest to the user selected zoom position from block 250. In block 258, the user pushes the capture button 42a from the S0 position to the S1 position to initiate an autofocus sequence. Then, in block 272, both image capture stages are autofocused by the "hill climb" method. When the user pushes the capture button from the S1 position to the S2 position (block 274), video images are continuously captured by the capture stage (block 276).

In order to maintain focus with a minimal amount of hunting, focus is continually checked in block 278 with the image capture stage not being used for capture using the "hill climb" contrast comparison method. Then, in the decision block 280, if the focus is good, control is returned to block 276 and video images are continuously captured by the capture stage. If, in the decision block 280, if the focus is not good, then the focus lens adjustment is identified (block 282) that is needed to produce best focus on the image capture stage not being used for capture. In block 284, the autofocus "hill climb" method calibration curve and the identified focus lens adjustment is used to determine the movement of the focus lens needed in the capture stage to produce best focus, thereby producing a focus change detection signal. Finally, in block 286, the focus change detection signal is applied to the zoom and focus motor 5a or 5b and the focus lens in the capture stage is moved to the new best focus position, and control is returned to block 276 and video images are continuously captured by the capture stage.

Alternatively, and also in order to maintain focus with a minimal amount of hunting, focus is continually checked in block 278 with the image capture stage not being used for capture using the "whole way" autofocus method. Accordingly, in block 284, an autofocus "whole way" method calibration curve and the identified focus lens adjustment is used to determine the movement of the focus lens needed in the capture stage to produce best focus, thereby producing a focus change detection signal. Finally, in block 286, the focus change detection signal is applied to the zoom and focus motor 5a or 5b and the focus lens in the capture stage is moved to the new best focus position, and control is returned to block 276 and video images are continuously captured by the capture stage.

Calibration curves are used in both FIGS. 4 and 5 to determine the movement of the focus lens needed in the capture stage to produce best focus. FIGS. 6 and 7 depict flow diagrams for calculating these curves. More specifically, FIG. 6 depicts calculation of the autofocus rangefinder calibration curve used in block 266 of FIG. 4. In block 300 of FIG. 6, a series of image sets are captured with objects at known distances, using the shorter focal length first image capture stage and the longer focal length second image capture stage at a series of focus lens positions. Then, in block 302, the autofocus image from the lower focal length first image stage is

18

cropped and upsampled so that corresponding features in the two autofocus images span the same number of pixels as shown in FIGS. 17A and 17B. In block 304, the images from the second image capture stage are correlated to corresponding portions of the images from the cropped and upsampled image from the first image capture stage to determine the pixel offset between the images in each image set. Thereupon, in block 306, the data of pixel offset between images in each image set versus known distance to objects is stored as the autofocus rangefinder calibration curve for use in block 266 of FIG. 4.

FIG. 7 depicts calculation of the "hill climb" calibration curve used in block 284 of FIG. 5. In block 400 of FIG. 7, a series of image sets are captured with objects at known distances, using the first image capture stage and the second image capture stage—wherein autofocus is done by the "hill climb" method for each image. Then, in block 402, the focus lens positions is compared for the two image capture stages versus the distance to the focused objects in the image sets. Then, the data of focus lens positions of the first image capture stage versus the focus lens positions of the second image capture stage for the same distance to focused objects in the images is stored as an autofocus "hill climb" method calibration curve for use in block 284 of FIG. 5.

FIG. 8 depicts a flow diagram showing a method for capturing video images using the image capture assembly of FIG. 1. Much of the flow diagram duplicates the functional elements shown in FIG. 3, and will not be repeated here where the same functions and reference characters are indicated. If the zoom position setting is less than X (a negative response to block 102), then the first image capture stage 1 is used to capture video images, while the second image capture stage 2 is used to capture autofocus images. The focus of the first image capture stage is performed as described in FIG. 3, except it is now for a video image. Subsequently, in block 112 in FIG. 8, if the zoom button 42c is not pressed, and in block 114 if the capture button is pressed, a video image is captured in block 118 by the first image capture stage 1. The video image is checked for focus quality in block 119, and if there is a need to refocus, control is returned to block 106 and the focus change detection signal is generated, which is used in block 108 to drive the focus motor 5a for the first image capture stage 1. If there is no need to refocus, then control is returned to block 112.

If the zoom position setting is greater than X (a positive response to block 102), then the second image capture stage 2 is used to capture video images, while the first image capture stage 1 is used to capture autofocus images. The focus of the second image capture stage is performed as described in FIG. 3, except it is now for a video image. Subsequently, in block 132, if the zoom button 42c is not pressed, and if in block 134 if the capture button is pressed, a video image is captured in block 138 with the second image capture stage 2. The video image is checked for focus quality in block 139, and if there is a need to refocus, control is returned to block 126 and the focus change detection signal is generated, which is used in block 128 to drive the focus motor 5b for the second image capture stage 2. If there is no need to refocus, then control is returned to block 132.

A flow chart of an autofocus process using the two image capture stages shown in FIG. 8 in a rangefinder configuration is shown in FIG. 9, where the rangefinder method is used in blocks 108 and 128 of FIG. 8 to autofocus the images from the first and second image capture stages. In block 440 of FIG. 9, a first autofocus image is captured with the lower focal length image capture stage. Then, in block 442, the autofocus image from the image stage in the lower focal length is cropped and

APPL-1005 / Page 40 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

19 | 20

upsampled so that corresponding features in the two autofocus images span the same number of pixels. Meanwhile, in block **448**, a second autofocus image is captured with the longer focal length image capture stage. The second autofocus image is correlated in block **444** with the cropped and upsampled image to determine the pixel offset between the images for different portions of the images. Then, in block **446**, the focus correction needed is determined from the offset and the autofocus rangefinder calibration curve (which was calculated in FIG. **6**).

A flow chart of an autofocus process using the two image capture stages shown in FIG. **8** in a "hill climb" contrast comparison method is shown in FIG. **10**, where the "hill climb" contrast comparison method is used in blocks **108** and **128** of FIG. **8** to autofocus the images from the first and second image capture stages. In block **460** of FIG. **10**, a first image is captured with the first image capture stage, wherein the autofocus is done by the "hill climb" method. Then, in block **462**, the image from the first image capture stage is provided as a preview image on the display. Meanwhile, in block **466**, a second image is captured with the second image capture stage, wherein the autofocus is done by the "hill climb" method. Then, in block **468**, another, subsequent image is captured with the second image capture stage, wherein the autofocus is also done by the "hill climb" method. In block **470**, the focus conditions for the second image are compared to those of the subsequent image. Then, if the focus conditions have changed (positive response to block **472**), the focus conditions are changed for the first image capture stage based on the change of the focus conditions for the second image capture stage and the autofocus "hill climb" method calibration curve (which was calculated in FIG. **7**). If the focus conditions have not changed (negative response to block **472**), control is returned to block **468** and another image is captured with the second image capture stage.

Alternatively, and in order to maintain focus with a minimal amount of hunting, focus is continually checked in block **470** with the second image capture stage using the "whole way" autofocus method. Accordingly, if the focus conditions have changed (positive response to block **472**), the focus conditions are changed for the first image capture stage based on the change of the focus conditions for the second image capture stage and an autofocus "whole way" method calibration curve. If the focus conditions have not changed (negative response to block **472**), control is returned to block **468** and another image is captured with the second image capture stage.

FIG. **11** depicts a flow diagram showing a method for processing images captured using the image capture assemblies of FIG. **3** or **8**, wherein a range map is produced. (Certain parts of the diagram bear the same functions and reference characters as used in FIG. **9**.) Methods to produce a rangemap are well known to those skilled in the art; for example, a description of a method for producing a rangemap or depth map from a disparity map produced from the pixel offset information for a set of images captured by multiple cameras with similar fields of view is described in United States Patent Application Publication Number 2006/0193509 (published Aug. 31, 2006 in the names of Antonio Criminisi et al., and entitled "Stereo-based Image Processing"), which is incorporated herein by reference. In the case described in the present patent application, two or more image capture devices are included in a single electronic camera. Since the two or more image capture devices have different focal lengths, at least one of the images must be modified to make the two or more images comparable to enable the pixel offsets to be determined. Referring now to FIG. **11**, in block **440** a first autofocus image is captured with the lower focal length image capture stage and, in block **442**, the autofocus image from the image capture stage in the lower zoom position is cropped and upsampled so that corresponding features in the two autofocus images span the same numbers of pixels. Meanwhile, in block **448**, a second autofocus image is captured with the higher focal length image capture stage. Then, in block **480**, the second autofocus image is correlated with the cropped and upsampled image to determine the pixel offset between the images for different portions of the images. The pixel offsets are then converted in block **482** to distances from the image capture device using the autofocus rangefinder calibration curve. A map is then produced in block **484** showing the distances to different portions of the images.

The distance from the image capture device to portions of the scene can be calculated from the measured pixel offsets between corresponding portions of the first and second autofocus images, that is, between corresponding portions of the cropped and upsampled image obtained in block **442** from the first autofocus image and the second autofocus image obtained from block **448**. The relationship between the pixel offset as experienced on the image sensors p, the pixel size m, the spacing between lenses s, the effective focal length of the lens f and the distance d to the portion of the scene is given as

$$d = s \cdot f / (p \cdot m)$$

Table 1 shows typical pixel offsets for an image capture device as described. In a preferred embodiment, the relationship between pixel offset and distance to portions of the scene is calibrated against objects in a scene with known distances to compensate for any unexpected variations in dimensions and any angular tilt between the two lens assemblies.

TABLE 1

| Pixel size (mm) | | 0.002 |
| Separation between lenses (mm) | | 20 |
| Focal Length (mm) | | 6 |
| Distance (ft) | Distance (mm) | Offset (pixels) |
|---|---|---|
| 0.5 | 152.4 | 393.7 |
| 1 | 304.8 | 196.9 |
| 2 | 609.6 | 98.4 |
| 4 | 1219.2 | 49.2 |
| 8 | 2438.4 | 24.6 |
| 16 | 4876.8 | 12.3 |
| 32 | 9753.6 | 6.2 |
| 64 | 19507.2 | 3.1 |
| 128 | 39014.4 | 1.5 |

As mentioned earlier, The range map is then used to modify the captured image signal or the output image for a variety of purposes, such as (without limitation):

a) to improve object identification within the image by identifying the continuous boundaries of the object so the shape of the object can be defined;

b) to enable object extraction from an image by identifying the continuous boundaries of the object so it can be segmented within the image;

c) to enable motion tracking of objects within multiple images by identifying objects so they can be tracked as the same object between images;

d) to enable dynamic depth of field images by blurring of portions of the image that correspond to areas of the scene that lie outside of the desired depth of field;

e) to improve the dynamic range within images by applying gain adjustments to objects as a whole;

APPL-1005 / Page 41 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

21

f) to reduce exposure issues introduced by use of a flash by reducing the gain on the portions of the image that correspond to objects in the foreground and increasing the gain on objects in the background;

g) to improve scene balance within the image by enabling objects in the foreground to be emphasized.

In order to understand the use of a range map for purposes such as noted above, it is helpful to consider an example. Assume that a user/photographer has a great picture of the Alaskan mountains—beautiful clouded sky and white-capped mountains in the most distant ranges, flowers carpeting the fields in the mid range, and a black dog sitting in the foreground about 5 feet away. However, the clouds are blown out (over-exposed), as are the white-capped mountains. The black dog is too dark (underexposed) and out of focus (because, e.g., the camera was set on landscape mode). Using the range data, several features of the image can be modified. The exposure for various locations can be improved by applying gain adjustments to selected object portions of the image: in particular, e.g., to the cloud detail, the snow detail, and the fur on the black dog. More generally, the range map can be used to improve dynamic range within the output image by applying gain adjustments to objects as a whole within the output image, and independently of their position in the range map. Moreover, the depth of field can be adjusted so that, e.g., the dog is in focus, the mountains are in focus and so are those great flowers. Or, if the user really wants to emphasize the dog more than the beautiful scenery, the range data can be used to isolate the mountains and the flowers, which can then be blurred, and leave to isolate the dog, which is sharpened to obtain a nice sharp image. As can be understood, given the availability of a range map according to the invention, there are numerous other uses that would be available for artistically optimizing the image. For instance, the user can make a dynamic depth of field, that is, with mixed regions of the ranges in focus. More generally, the range map can be used to enable dynamic depth of field images by blurring portions of the output image, independently of their position in the range map, that correspond to areas of the scene that lie outside of a desired depth of field for a featured portion of the image. For example, the dog and mountains, albeit they are at opposite range extremes, could be brought in focus because they are the regions of interest and the flowers in the mid range can be blurred smoothly.

FIGS. 12 and 13 show block diagrams of digital cameras using different variations of the optical image capture stages. Most components subsequent to the image capture stages are the same as those described in connection with FIG. 1, and will not be further described here. FIG. 12 depicts a block diagram of a digital camera having a first image capture stage 71 and a second image capture stage 2. The first stage 71 includes a first fixed focal length lens 73 and the first image sensor 12, and the second stage 2 includes the second (zoom) lens 4 and second image sensor 14. The focusing is carried out between the focus adjustments of the first and second image capture stages 71 and 2.

Because the focal length of the fixed focal length lens typically generates an ultra-wide angle field of view, e.g., 22 mm equiv., it may have a fixed focus set to a distance near the lens hyperfocal distance of, e.g., 8 feet, so that objects from 4 feet to infinity are in focus. Therefore, the fixed focal length lens does not need to include a focus adjustment. The fixed focal length lens includes an adjustable aperture and shutter assembly (not shown) to control the exposure of the image sensor.

FIG. 13 depicts a block diagram of a digital camera having a first image capture stage 71, a second image capture stage 2,

22

and a third image capture stage 74. The first stage 71 includes a first fixed focal length lens 73 with a first image sensor 12, the second stage 2 includes a second (zoom) lens 4 with a second image sensor 14, and the third image capture stage 74 includes a third (zoom) lens 75 with a third image sensor 16. According to this configuration, the first lens 73 is typically a ultra-wide angle lens, the second (zoom) lens 4 is typically a wide angle zoom lens, and the third (zoom) lens 75 is typically a telephoto zoom lens. Since, as mentioned in the preceding paragraph, the first fixed focal length lens 73, being an ultra-wide angle lens, is typically not focused, the focusing is carried out between the second and third image capture stages 2 and 74.

FIG. 14 depicts a flow diagram showing a method for enhancing the depth of field of an image by using images from both image capture stages from FIG. 1, in accordance with the present invention. In block 500 of FIG. 14, the zoom position is set to a default position when the camera is powered on. In block 502, the zoom position setting is compared to a value X at which the image capture function switches from the first image capture stage to the second image capture stage. In block 504, if the zoom position setting is less than X (a negative response to block 502), then the first image capture stage 1 is used to capture images in the preview mode, while the second image capture stage 2 is used to capture autofocus images. The first image capture stage 1 continues to capture images for preview on the display 70 (block 506) while the second image capture stage 2 is used to capture autofocus images for autofocus of the first image capture stage 1, which are processed by the image processor 50 and used to focus the first image capture stage 1. Should the zoom button not be pressed (negative response to block 508), and when the shutter button 42a is pressed, a primary still image is captured in block 510 using the first image capture stage set to a primary focus position. Then, in block 512, a secondary still image is captured using the second image capture stage set to a secondary focus position. Then, in block 514, the secondary still image is used to enhance the depth of field of the primary image, for instance, where the secondary still image is used to provide an enhancement signal that can be used to sharpen portions of the primary still image that are positioned near the secondary focus distance.

In block 524, if the zoom position setting is greater than X (a positive response to block 502), then the second image capture stage 2 is used to capture images in the preview mode, while the first image capture stage 1 is used to capture autofocus images. The second image capture stage 2 continues to capture images for preview on the display 70 (block 526) while the first image capture stage 1 is used to capture autofocus images for autofocus of the second image capture stage 2, which are processed by the image processor 50 and used to focus the second image capture stage 2. Should the zoom button be pressed (positive response to block 528), and when the shutter button 42a is pressed, a primary still image is captured in block 530 using the second image capture stage set to a primary focus position. Then, in block 532, a secondary still image is captured using the first image capture stage set to a secondary focus position. Then, in block 534, the secondary still image is used to enhance the depth of field of the primary image, for instance, where the secondary still image is used to sharpen portions of the primary still image that are positioned near the secondary focus distance.

As shown above, the enhancement signal is generated by the camera to sharpen portions of the primary still image that are positioned near the secondary focus distance. However, the primary and secondary still images may submitted to an external processor, such as the host PC 66 illustrated in FIG.

APPL-1005 / Page 42 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

23                                                    24

**1**, and the enhancement signal is generated by the external processor to sharpen portions of the primary still image that are positioned near the secondary focus distance.

The concept of multiple lenses and multiple sensors, and the use of an integrated image capture assembly, may be adapted for use in a cell phone of the type having a picture taking capability. Accordingly, and as shown in FIG. **15**A, a cell phone **600** includes a phone stage comprising a microphone **602** for capturing the voice of a caller, related electronics (not shown) for processing the voice signals of the caller and the person called, and a speaker **604** for reproducing the voice of the one called. A keypad **606** is provided for entering phone numbers and image capture commands, and a (LCD) display **608** for showing phone-related data and for reproducing images captured by the phone or received over the cellular network. The rear view of the cell phone **600** shown in FIG. **15**B identifies some of the internal components, including a cellular image capture assembly **610** connected via the image processor **50** (as shown in FIG. 1) to a cellular processing stage comprising the cellular processor **90** and the modem **92**. The cellular processor **90** receives and processes the image data from the image processor **50** and the voice data captured by the microphone **602**, and transfers the image and voice data to the cellular modem **92**. The cellular modem **92** converts the digital image and voice data into the appropriate format for transmission by the antenna **94** to a cellular network.

As the cellular image capture assembly **610** is shown in FIGS. **16**A and **16**B, where FIG. **16**A is a top view of the assembly **610** taken along the lines **24**B-**24**B in FIG. **16**B, the assembly **610** comprises an integrated packaging of the optical and imaging components on a common substrate **620**. More specifically, the assembly **610** includes a first fixed focal length lens **612** and a first image sensor **614**, and a second fixed focal length lens **616** and a second image sensor **618**. The first lens **612**, preferably a fixed focal length wide angle lens (such as a 40 mm equiv. lens), forms an image on the first image sensor **614**, and the second lens **616**, preferably a fixed focal length telephoto lens (such as 100 mm equiv. lens), forms an image on the second image sensor **618**. Both of the lenses are oriented in the same direction in order to form images of the same portion of the overall scene in front of them, albeit with different fields of view.

Each lens **612** and **616** and each associated image sensor **614** and **618** are mounted to the substrate **620** with an IR cut filter **622** in between to reduce the incidence of IR radiation on the image pixels. Electronic components **624**, such as resistors, capacitors and power management components, are also mounted on the substrate **620**. The image signals are taken from the substrate **620** via a flex connector **626**. The data taken from the assembly **610** may be raw image data, or if suitable processors (not shown) are on board the substrate **620**, the data could be YUV image data or JPEG image data. Moreover, the image processor **50** may provide digital zooming between the wide angle and the telephoto focal lengths; the user may initiate such zooming via a user interface displayed on the (LCD) display **608** and by keying appropriate buttons on the keypad **606**. Furthermore, the wide angle image sensor **614** may have high resolution, e.g., higher than that of the telephoto image sensor **618**, in order to provide a higher quality source image for the digital zooming.

In an embodiment according to the present invention, where both lenses **612** and **616** are adjustable focus lenses, the image processor **50** either (a) selects the sensor output from the wide angle lens **612** as the captured image signal and uses the sensor output from the telephoto lens **616** to generate a focus detection signal for the wide angle lens **612** or (b) selects the sensor output from the telephoto lens **616** as the captured image signal and uses the sensor output from the wide angle lens **612** to generate the focus detection signal for the telephoto lens **616**. The focus detection signal is then applied to the autofocus subsystem **628** of the telephoto lens **616** in order to adjust the focus of the image providing the sensor output for the captured image signal. In this embodiment, the wide angle lens **612** could instead be a zoom lens, such as a wide angle to normal angle zoom lens.

In another embodiment, the wide angle lens **612** is set to its hyperfocal distance, which means it is in focus from a few feet to infinity without need for any focus adjustment by the user. The telephoto lens **616** is automatically focused by an auto focus subsystem **628**. This is required because the hyperfocal distance increases as the focal length increases, and so the focus needs to be adjusted in order to obtain proper focus for objects at typical (e.g. 4' to 12') distances. By using only one focusing subsystem **628** for the telephoto lens **616**, the cost and size can be reduced.

An important constraint in this embodiment is the "z" dimension **630**, which must be held to a very small figure consistent with a cell phone layout and architecture. This may be obtained by careful choice of the telephoto focal length and the size of the sensor. For example, the size of the sensor **616**, and consequently the size of the image that must be produced to fill the sensor, may be made small enough to reduce the focal length to an acceptable z dimension **630**.

In a further embodiment, the two lenses may have approximately identical focal lengths, with the imaging arrays being of different sizes. With the differently sized imaging arrays, each lens is designed to fill the area of the imaging array and each lens-array combination will have substantially the same actual focal length, i.e., the same lens to array distance. However, the 35 mm equiv. of each lens will be different; consequently, each lens will have a different field of view.

While not shown in detail in FIGS. **16**A and **16**B, but similarly as was explained in connection with FIG. **1**, an analog output signal from the first image sensor **614** is amplified by a first analog signal processor and provided to a first input of a control element, e.g., an analog multiplexer control element provided as one of the electronic components **624** on the substrate **620**. The analog output signal from the second image sensor **618** is amplified by a second analog signal processor and provided to a second input of the control element. The function of the control element is to select either the first sensor output from the first image sensor **614** or the second sensor output from the second image sensor **618**, depending on user input from the keypad **606** as to zoom selection, thereby providing a selected sensor output from the cellular image capture assembly **600** to the image processor **50**.

In a further embodiment using the range map (generated according to FIG. **11**), the GPS location and the pointing direction of the camera, which is provided by the GPS unit **57** and the electronic compass **59** in the camera, are combined with distances and directions from the camera to portions of the scene to determine the GPS locations for portions of the scene. FIG. **18** depicts a flow chart for a method to determine GPS locations for portions of the scene. In block **750**, the GPS location of the camera is determined by the GPS unit **57** in the camera. The pointing direction of the camera is determined in block **752** by the electronic compass **59** in the camera. Distance offsets from the camera to portions of the scene are provided by the range map, which is obtained in block **754** from a procedure such as depicted in FIG. **11**. Angular offsets from the pointing direction of the camera (provided by the electronic compass **59**) are determined in block **756** from the

APPL-1005 / Page 43 of 49
APPLE INC. v. COREPHOTONICS LTD.

Appx1360

US 7,859,588 B2

25      26

location of a portion of the scene in the field of view in the image. GPS locations for portions of the scene are determined in block **758** by adding the distance offsets and the angular offsets to the GPS location and pointing direction of the camera. The GPS locations for portions of the scene are then stored in block **760** in the metadata for the image or displayed as labels on the image in the form of a GPS location map. Alternately, the GPS location for a portion of the image can be displayed on the electronic camera.

Those skilled in the art will recognize that GPS locations of portions of the scene can be used for a variety of purposes, including without limitation: determining the identity of an object; providing navigational directions to a location in a scene; identifying the field of view of a camera relative to a map or other geographical database, etc.

FIG. **19** depicts a flow diagram illustrating a process for selecting one of the imaging stages in a dual lens camera system as the primary capture unit, while relegating the other imaging stage to certain other functions, such as scene analysis, according to the present invention. More specifically, the power to the camera is turned on and the initialization process begins (block **1100**). After the initialization process is completed, the first and second imaging stages **1** and **2** are set to their default zoom positions (block **1102**), which are predetermined initial zoom positions that determine the images that are initially captured and displayed. Thereupon, the first and second imaging stages capture and display first and second preview images (block **1104**) on the image display **70**. These images could be displayed in several ways, for instance, side by side on the display as thumbnails or the like, one within the other, sequentially, etc. Next, the camera operator is asked to decide whether the first or second preview image should be the primary image (block **1106**), where the primary image will be the one that is captured and stored. The operator is given a display time interval x in which to make this decision (block **1110**). If the shutter button is pressed during this interval (block **1108**), or if the operator fails to make a decision during this interval (yes to block **1110**), a predetermined one of the imaging stages (the default imaging stage) is automatically set to be the primary capture unit (block **1112**). (The default imaging stage could be pre-selected for a variety of reasons, one being to provide a comprehensive, wider angle view of the scene as the initial image.) Otherwise, if the operator picks one of the stages (yes to block **1106**), the selected imaging stage is set to be the primary capture unit (block **1124**). For either situation, the other (non-selected) imaging stage is designated as the scene analysis capture unit (block **1114**). Thereupon, the primary capture unit is operated in the preview mode, as subsequently explained in connection with FIGS. **20-22**.

FIGS. **20-22** and **24-26** depict flow diagrams illustrating the usage or analysis of the image from one imaging stage in a dual (or more) lens camera system to modify the image produced by another imaging stage according to the present invention, that is, to influence, analyze, augment or otherwise change the image produced by the other imaging stage. For instance, in FIG. **20**, once the primary capture unit is put in the preview mode (as shown in FIG. **19**), the scene analysis capture unit analyzes the scene (block **1200**) and the image processor **50** sets the primary capture unit parameters utilizing the scene analysis data obtained by the scene analysis capture unit (block **1202**). Such scene analysis data could include without limitation exposure data, dynamic range data, depth of field data, color balance, identification of different aspects of the scene including faces, grass, sunset, snow, etc, and the capture unit parameters could include without limitation aperture value, exposure time, focus position,

white balance, ISO setting, etc. The preview image is then captured by the primary capture unit and displayed on the display **70** (block **1204**). The scene analysis capture unit then continues to analyze the scene (block **1206**), and if the scene conditions have not changed (no to block **1208**) the process loops back to block **1204** and a preview image is again captured by the primary capture unit and displayed on the display **70** (without changing the capture parameters). If the scene conditions have changed (yes to block **1208**), the process loops back to block **1202** and the image processor **50** resets the primary capture unit parameters utilizing the scene analysis data obtained by the scene analysis capture unit, and the subsequent process is repeated as before.

In FIG. **21**, the primary capture unit parameters are only changed if the change in scene conditions exceed a threshold value x. Thus, in utilizing the preview mode with a threshold, the scene analysis capture unit captures an image and analyzes the scene (block **1300**). Then, the image processor **50** sets the primary capture unit parameters utilizing the scene analysis data obtained by the scene analysis capture unit (block **1302**). A preview image is then captured by the primary capture unit and displayed on the display **70** (block **1304**). Then, another image is captured from the scene analysis capture unit (block **1306**). If the scene conditions of this later image fail to change by a threshold equal to x (no to block **1308**), that is, the scene conditions are considered to be stable from image to image, the process loops back to block **1304** and another preview image is captured by the primary capture unit and displayed on the display **70** (without changing the capture parameters). Then, another image is captured from the scene analysis capture unit (block **1306**). Otherwise, when the scene condition change is greater than the threshold x and the situation is considered to be unstable (yes to block **1308**), the process loops back to block **1302** and the image processor **50** resets the primary capture unit parameters utilizing the scene analysis data obtained by the scene analysis capture unit. Then, the process is repeated as before.

In FIG. **22**, the consideration of the threshold scene conditions is enhanced by considering the relative zoom positions of the capture units and utilizing scene information from the images captured by both of the capture units. In utilizing this enhanced preview mode, the zoom position of the scene analysis capture unit is set relative to the zoom position of the primary capture unit (block **1400**). Then, the scene analysis capture unit captures an image (block **1402**) and the image processor **50** sets the primary capture unit parameters utilizing the scene analysis data obtained by the scene analysis capture unit (block **1404**). A preview image is then captured by the primary capture unit (block **1406**) and the scene is analyzed utilizing the captured preview image and the scene analysis data (block **1408**). Then, the image processor **50** sets the primary capture unit parameters utilizing the results of the preceding scene analysis (block **1410**), that is, results obtained by analyzing images from both capture units. Next, the preview image is captured by the primary capture unit and displayed on the display **70** (block **1412**) and another image is captured from the scene analysis capture unit (block **1414**). The scene is then analyzed by utilizing the captured preview image data and the scene analysis data (block **1416**). If the scene conditions fail to change by a threshold equal to x (no to block **1418**), that is, the scene conditions are considered to be stable, the process loops back to block **1412** and another preview image and scene analysis image are captured by the primary capture unit and the scene analysis capture unit, respectively (blocks **1412** and **1414**) and the aforementioned process continues. Otherwise, where the scene condition change is greater than the threshold (yes to block **1400**) and

APPL-1005 / Page 44 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

27     28

the situation is considered to be unstable, the process loops back to block **1410** and the image processor **50** resets the primary capture unit parameters utilizing the results of new scene analysis data (obtained by the scene analysis capture unit in block **1416**), and the process is repeated.

During the operations shown in the preceding FIGS. **19-22**, the preview process is continued as shown unless either the shutter button **42a** or the zoom button **42c** is pressed. As shown in FIG. **23**, if the zoom button **42c** is pressed (block **1500**), and if the requested zoom position is not within the zoom range of the primary capture unit (yes to block **1502**), the functions of the capture units are reversed, that is, the current scene analysis and primary capture units are reset to be the primary capture unit and scene analysis capture unit, respectively. Then, the zoom position of the primary capture unit is set to the selected zoom position (block **1506**) and the process returns to the preview mode, as illustrated by FIGS. **20-23**. However, if the zoom button **42c** is pressed (yes to block **1500**), and if the requested zoom position is within the zoom range of the primary capture unit (no to block **1502**), the functions of the respective capture units are maintained the same as before and the zoom position of the primary capture unit is set to the selected zoom position (block **1506**) and the process returns to the preview mode.

FIGS. **24-26** depict flow diagrams illustrating the usage or analysis of the image from one imaging stage in a dual (or more) lens camera system to modify the image produced by another imaging stage according to the present invention, that is, to influence, analyze, augment or otherwise change the image produced by the other imaging stage, specifically during the capture process. Referring to FIG. **24**, to enter the capture mode (block **1600**) according to a first capture embodiment, the shutter button **42a** is pressed half-way (S1)—otherwise, the process returns to the preview mode. In the capture mode, a preview image is captured from the primary capture unit (block **1602**). The scene is next analyzed utilizing the captured preview image (block **1604**). When the analysis is complete (yes to block **1606**), the image processor **50** sets the primary capture unit parameters utilizing the results of the scene analysis (block **1608**). Then, using the set parameters, a preview image is captured and displayed from the primary capture unit (block **1610**). When the shutter button **42a** is fully pressed (S2) so as to initiate image capture (yes to block **1612**), a primary image is captured from the primary capture unit using the set parameters (block **1614**), and the process returns to the preview mode. If the shutter button **42a** was not fully depressed (no to block **1612**), the camera checks to see if the focus or exposure lock is set (block **1616**). If it is (yes to block **1616**), the process loops back to block **1610** and another preview image is captured and displayed from the primary capture unit, the condition of the shutter button **42a** is again checked (block **1612**), and the process continues as before. If the focus or exposure lock is not set (no to block **1616**), the process loops back to the block **1602** and a preview image is captured from the primary capture unit and the scene is analyzed utilizing the captured preview image (block **1604**). Then, the process continues as before.

Referring to FIG. **25**, to enter the capture mode (block **1700**) according to a second capture embodiment, the shutter button **42a** is pressed (S1) half-way. Then, a preview image is captured from the primary capture unit (block **1702**). Next, an image is captured by the scene analysis capture unit (block **1704**), and the scene is analyzed utilizing both the captured preview image and the captured scene analysis image (block **1706**). The image processor **50** next sets the primary capture unit parameters utilizing the results of the combined scene analysis (block **1708**). Then, using the set parameters, a preview image is captured and displayed from the primary capture unit (block **1710**). Next, and as shown before in FIG. **24**, when the shutter button **42a** is fully (S2) pressed (yes to block **1712**), a primary image is captured from the primary capture unit using the set parameters (block **1714**), and the process returns to the preview mode. If the shutter button **42a** was not fully depressed, the camera checks to see if the focus or exposure lock is set (block **1716**). If it is, the process loops back to block **1710** and another preview image is captured and displayed from the primary capture unit (block **1710**), the condition of the shutter button **42a** is checked (block **1712**), and the process continues as before. If the focus or exposure lock is not set (no to block **1716**), the process loops back to block **1702**, and a preview image is captured from the primary capture unit (block **1702**) and the scene is analyzed utilizing the captured preview image (block **1704**). Then, the process continues as before.

Referring to FIG. **26**, to enter the capture mode according to a third capture embodiment, the shutter button **42a** is pressed (S1) half-way (block **1800**). Then, a preview image is captured from the primary capture unit (block **1802**) and an image is captured from the scene analysis capture unit (block **1804**). The scene is next analyzed utilizing both the captured preview image and the captured scene analysis image (block **1806**), and the image processor **50** sets the primary capture unit parameters utilizing the results of the combined scene analysis (block **1808**). The scene analysis capture unit is next designated as a secondary capture unit (block **1810**), and the image processor **50** sets the secondary capture unit parameters utilizing the results of the combined scene analysis (block **1812**). Next, when the shutter button **42a** is fully (S2) pressed (yes to block **1814**), a primary image is captured from the primary capture unit using the set parameters (block **1816**) and an augmentation image is captured from the scene analysis capture unit (block **1818**), which is now designated the secondary capture unit. Then an enhanced image is produced by the image processor **50** from the primary and augmentation images (block **1820**), and the process returns to the preview mode. If the shutter button **42a** was not fully pressed (block **1814**), the process loops back to block **1802** and the process is resumed by again capturing images from the primary capture unit and the scene analysis capture unit (blocks **1802** and **1804**).

In accordance with the invention, different types of augmentation or modification are contemplated in relation to FIG. **26**. In a first type of augmentation or modification, and as was depicted in connection with FIG. **14**, an image is captured from the primary capture unit at one focus position and another image is captured from the scene analysis capture unit (the secondary image capture unit) at another focus position. Then, the two images are combined into a modified image with a broadened depth of field. The advantage is that this can be done without having to stop down the aperture of the primary lens to obtain the greater depth of field, which is particularly useful for low light capture where a large aperture is preferred.

In another type of augmentation or modification according to the present invention, the image could be examined by the image processor **50** for its dynamic range. When the dynamic range exceeds a predetermined threshold, the scene analysis capture unit is used to produce a secondary image with different dynamic range than the primary image. For example, the primary image could be captured at a normal exposure, while the secondary image could be captured at more of an extreme exposure, i.e., either under- or over-exposed. Then, if for example, highlights are blown out in the primary expo-

APPL-1005 / Page 45 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

| 29 | 30 |

sure, the secondary exposure could be underexposed to capture detail in the highlights. Alternatively, if shadows are darkened in the primary exposure, the secondary exposure could be overexposed to capture detail in the shadows. Then, a modified image is created with a broadened dynamic range by replacing portions of the primary image with portions of the secondary image.

It should be understood that the images captured by the primary and secondary capture units could be a still image or a video image, and in the case of a video image could be a series of images. In either case, the still image or the series of images constituting the video signal may be modified in accordance with the particular form of augmentation described, according to the present invention. For instance, an electronic camera incorporating the capture units may produce a video image signal and the secondary output image is used to modify at least, e.g., the depth of field and/or the dynamic range of the series of images constituting the video image signal.

The flow diagram shown in FIG. **14** can be modified to obtain a primary image that is enhanced specifically for dynamic range according to the present invention. For instance, referring to FIG. **14**, when the shutter button **42***a* is pressed, a primary still image is captured (similar to blocks **510** or **530**) using the first (or second) image capture stage set to a primary exposure level. Then, (similar to blocks **512** or **532**) a secondary still image is captured using the second (or first image) capture stage set to a secondary exposure level. Then, (similar to blocks **514** or **534**) the secondary still image is used to enhance the dynamic range of the primary image, for instance, where the secondary exposure, which is underexposed to capture detail in the highlights, is combined with the primary image to obtain an extended dynamic range primary image.

In a preferred method for producing the modified image, a sliding scale is used to create the modified image in which the pixel values are determined by considering the pixel values of both the primary and secondary images, as described in commonly-assigned, copending U.S. patent application Ser. No. 11/460,364 (which was filed Jul. 27, 2006 in the names of John Border and Efrain Morales, and entitled "Producing an Extended Dynamic Range Digital Image"), which is incorporated herein by reference. It should be noted that having two exposure levels is to enable a correction for dynamic range is particularly important when using a flash, wherein overexposure conditions are often produced. Consequently, the exposure time of one of the capture stages will be set to a very short exposure or the timing of the exposure will be shifted to be either just before the flash or just after the flash.

The augmentation process can also be applied in connection with image pairs having different resolutions. For instance, in commonly-assigned, copending U.S. patent application Ser. No. 11/461,574 (which was filed Aug. 1, 2006 in the names of John Border, Scott Cahall and John Griffith, and entitled "Producing Digital Image with Different Resolution Portions"), which is incorporated herein by reference, a first wide angle digital image of a scene and a second telephoto digital image of a portion of substantially the same scene are captured by two capture stages. A composite image is then formed by combining a portion of the first wide angle digital image and a portion of the telephoto digital image, to produce a digital image with improved resolution during digital zooming. More specifically, digital zooming of the composite image produces a zoomed image with high resolution throughout the zoom range with improved image quality.

In a further embodiment of the invention, the primary capture stage and secondary capture stage are set for different exposure times so that different levels of noise and motion blur are present in the respective images. For example: the primary capture stage is set for a relatively long exposure so that the digital noise in the image is low, but any motion present either from movement of the camera or from movement of objects in the scene results in motion blur. Simultaneously, the secondary capture stage is set for a relatively fast exposure so that digital noise in the image is higher, but the motion blur is less. The primary image and the secondary image are then compared to one another to identify motion blur. The gain of the secondary image is increased so the average pixel values in the secondary image match those of the primary image. A modified image is then created by replacing portions of the primary image with portions of the secondary image. In effect, portions of the primary image (areas of lower noise but with some motion blur) are replaced with corresponding portions of the secondary image (areas of higher noise but little or no motion blur) to obtain a modified image with relatively low noise and good sharpness.

The invention has been described in detail with particular reference to certain preferred embodiments thereof, but it will be understood that variations and modifications can be effected within the spirit and scope of the invention.

PARTS LIST

**1** first imaging stage
**2** second imaging stage
**3** first zoom lens
**4** second zoom lens
**5***a* zoom and focus motors
**5***b* zoom and focus motors
**10**A digital camera
**12** first image sensor
**12***e* first sensor output
**13** clock drivers
**14** second image sensor
**14***e* second image output
**15** clock drivers
**16** third image sensor
**17** clock drivers
**22** first analog signal processor (ASP**1**) & A/D converter
**24** second analog signal processor (ASP**2**) & A/D converter
**25** third analog signal processor (ASP**2**) & A/D converter
**34** first digital multiplexer control element
**36** second digital multiplexer control element
**37** third digital multiplexer control element
**38** DRAM buffer memory
**40** control processor and timing generator
**42** user controls
**42***a* shutter button
**42***c* zoom button
**42***d* multi-position selector
**46** automatic exposure detector
**48** electronic flash
**50** image processor
**52** memory card interface
**54** removable memory card
**56** RAM memory
**57** GPS unit
**58** firmware memory
**59** electronic compass
**62** host interface
**64** interconnection
**66** host PC

APPL-1005 / Page 46 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

**31**

70 color LCD image display
71 first image capture stage
73 first fixed focal length lens
74 third image capture stage
75 third (zoom) lens
90 cellular processor
92 cellular modem
94 antenna
100 zoom lens setting block
101 input zoom position block
102 zoom position check block
104 capture stage setting block
106 second stage autofocus image capture block
108 first stage focus block
110 first stage preview capture and display block
112 zoom button check block
114 capture button check block
116 first stage capture block
118 first stage video capture block
119 focus quality check block
120 refocus check block
124 capture stage setting block
126 first stage autofocus image capture block
128 second stage focus block
130 second stage preview capture and display block
132 zoom button check block
134 capture button check block
136 second stage capture block
138 second stage video capture block
139 focus quality check block
140 refocus check block
151 object
152 first lens
153 second lens
154 first path
155 second path
156 focal plane
157 first image
158 second image
170 first reference position
171 first shifted position
180 second reference position
181 second shifted position
190 first sensor array
191 second sensor array
197 low frequency bandpass filter loading stage
198 comparison stage
199 high frequency bandpass filter loading stage
250 zoom position selection block
252 image capture stage determination block
254 non-capture stage zoom block
256 hyperfocal setting block
258 initiate autofocus sequence block
260 capture autofocus images block
262 crop and upsample block
264 image correlation block
266 best focus determination block
268 focus lens movement block
270 capture image block
272 "hill climb" autofocus block
274 capture button actuation block
276 capture video block
278 continuous "hill climb" focus check block
280 focus check block
282 best focus determination block
284 focus lens movement block
286 capture stage refocus block

**32**

300 image sets capture block
302 crop and upsample block
304 correlate images block
306 autofocus rangefinder calibration curve generation block
350 representation of an autofocus image
352 representation of a zoomed and cropped autofocus image
400 image sets capture block
402 position vs. distance comparison block
404 autofocus "hill climb" calibration curve generation block
440 lower focal length capture block
442 crop and upsample lower focal length image block
444 correlate images block
446 determine focus correction block
448 longer focal length capture block
460 first stage "hill climb" first image capture block
462 first stage preview image block
464 refocus first stage block
466 second stage "hill climb" second image capture block
468 second stage another image capture block
470 second stage focus conditions comparison block
472 focus change check block
480 correlate images block, determining pixel offsets
482 pixel offset conversion block, using rangefinder calibration curve
484 range map production block
500 default zoom position block
502 zoom position check block
504 capture stage setting block
506 second stage preview capture, display and autofocus block
508 zoom button check block
510 first stage primary image capture at primary focus block
512 second stage secondary image capture at secondary focus block
514 primary image enhancement block, using secondary image
524 capture stage setting block
526 first stage preview capture, display and autofocus block
528 zoom button check block
530 second stage primary image capture at primary focus block
532 first stage secondary image capture at secondary focus block
534 primary image enhancement block, using secondary image
600 cell phone
602 microphone
604 speaker
606 keypad
608 (LCD) display
610 cellular image capture assembly
612 first fixed focal length lens
614 first image sensor
616 second fixed focal length lens
618 second image sensor
620 substrate
622 IR cut filter
624 electronic components
626 flex connector
628 auto focus subsystem
630 z dimension
750 camera GPS location block
752 camera pointing direction block
754 distance offsets block
756 angular offsets block
758 scene GPS locations block
760 GPS location storage block

APPL-1005 / Page 47 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

33

**1100** power on block
**1102** default setting block
**1104** capture and display block
**1106** preview selection block
**1108** shutter check block
**1110** display time check block
**1112** set default capture unit block
**1114** set scene analysis capture unit block
**1124** set selected primary capture unit block
**1200** scene analysis block
**1202** set capture parameters block
**1204** capture and display preview image block
**1206** scene analysis block
**1208** scene condition check block
**1300** capture scene analysis image block
**1302** set capture parameters block
**1304** capture and display preview image block
**1306** scene analysis block
**1308** scene condition threshold check block
**1400** zoom position setting block
**1402** capture scene analysis image block
**1404** set capture parameters block
**1406** capture preview image block
**1408** scene analysis block, using preview and scene analysis data
**1410** set primary capture parameters block
**1412** capture and display preview image block
**1414** capture scene analysis image block
**1416** scene analysis block, using preview and scene analysis data
**1418** scene condition threshold check block
**1500** zoom button check block
**1502** zoom position check block
**1504** reverse capture unit assignment block
**1506** set primary capture unit zoom position block
**1600** shutter button check block
**1602** capture preview image block
**1604** scene analysis using preview image block
**1606** analysis complete check block
**1608** set primary capture parameters block
**1610** capture and display preview image block
**1612** shutter button check block
**1614** capture primary image block
**1616** focus/exposure lock check block
**1700** shutter button check block
**1702** capture preview image block
**1704** capture scene analysis image block
**1706** scene analysis using preview and scene image block
**1708** set primary capture parameters block
**1710** capture and display preview image block
**1712** shutter button check block
**1714** capture primary image block7
**1716** focus/exposure lock check block
**1800** shutter button check block
**1802** capture preview image block
**1804** capture scene analysis image block
**1806** scene analysis using preview and scene image block
**1808** set primary capture parameters block
**1810** set scene analysis capture unit as secondary capture unit block
**1812** set secondary capture parameters block
**1814** shutter button check block
**1816** capture primary image block
**1818** capture augmentation image block
**1820** produce enhanced image block

34

What is claimed is:

**1**. An electronic camera for producing an output image of a scene from a captured image signal, said electronic camera comprising:

a first imaging stage comprising a first lens for capturing a first image of the scene on a first image sensor;

a second imaging stage comprising a second lens for capturing second image of the scene on a second image sensor;

a processing stage for analyzing the first and second images to determine one or more capture parameters; and

wherein the first imaging stage utilizes a first setting of at least one of the capture parameters to capture a third image and the second imaging stage utilizes a second, different setting of said at least one of the capture parameters to capture a fourth image substantially simultaneously with the third image, and wherein the processor produces an augmented image from at least a portion of both the third and fourth images.

**2**. The electronic camera as claimed in claim **1** wherein at least a portion of the augmented image is sharpened.

**3**. The electronic camera as claimed in claim **2** wherein at least a portion of the augmented image has an extended depth of field.

**4**. The electronic camera as claimed in claim **2** wherein the augmented image includes sharpened and blurred portions.

**5**. The electronic camera as claimed in claim **1** wherein the third image is captured with a different focus setting than the fourth image.

**6**. The electronic camera as claimed in claim **1** wherein the secondary output image is used by the processing stage to modify the dynamic range of the primary image.

**7**. The electronic camera as claimed in claim **1** wherein the secondary output image is captured by the second imaging stage at a different exposure level than used by the first imaging stage to capture the primary output image.

**8**. The electronic camera as claimed in claim **1** wherein the captured image signal is a still image signal and the secondary output image modifies at least one of the depth of field and the dynamic range of the still image signal.

**9**. The electronic camera as claimed in claim **1** wherein the captured image signal is a video image signal and the secondary output image modifies at least one of the depth of field and the dynamic range of the video image signal.

**10**. The electronic camera as claimed in claim **1** wherein the imaging stages are set for different exposure times so that different levels of noise and motion blur are present in the respective primary and secondary output images, whereby a modified primary image is then formed by replacing portions of the primary image with portions of the secondary image such that the level of motion blur is reduced while minimizing an increase in the noise level.

**11**. The electronic camera as claimed in claim **1** wherein the third image is captured with a different exposure level than the fourth image.

**12**. A method for operating a digital camera having first and second imaging stages for forming separate images of a scene, said method comprising the steps of:

using the first imaging stage for capturing a first image;

using the second imaging stage for capturing a second image;

analyzing the first and second images to determine data indicative of capture conditions;

capturing third and fourth images substantially simultaneously with the first and second imaging stages, respectively, by processing the data to determine capture

APPL-1005 / Page 48 of 49
APPLE INC. v. COREPHOTONICS LTD.

US 7,859,588 B2

35

parameters, wherein one of the stages uses a setting of at least one of the capture parameters that is different from the setting used by the other stage; and

producing an augmented image from at least a portion of both the third and fourth images.

**13**. The method as claimed in claim **12** wherein at least a portion of the augmented image is sharpened.

**14**. The method as claimed in claim **13** wherein at least a portion of the augmented image has an extended depth of field.

**15**. The method as claimed in claim **13** wherein the augmented image includes sharpened and blurred portions.

**16**. The method as claimed in claim **12** wherein the third image, is captured with a different focus setting than the fourth image.

**17**. The method as claimed in claim **12** wherein the secondary output image is used to modify the dynamic range of the primary image.

**18**. The method as claimed in claim **12** wherein the secondary output image is captured by the second imaging stage at a different exposure level than used by the first imaging stage to capture the primary output image.

36

**19**. The method as claimed in claim **12** wherein the captured image signal is a still image signal and the secondary output image modifies at least one of the depth of field and the dynamic range of the still image signal.

**20**. The method as claimed in claim **12** wherein the captured image signal is a video image signal and the secondary output image modifies at least one of the depth of field and the dynamic range of the video image signal.

**21**. The electronic camera as claimed in claim **12** wherein the imaging stages are set for different exposure times so that different levels of noise and motion blur are present in the respective primary and secondary output images, whereby a modified primary image is then formed by replacing portions of the primary image with portions of the secondary image such that the level of motion blur is reduced while minimizing an increase in the noise level.

**22**. The method as claimed in claim **12** wherein the third image is captured with a different exposure level than the fourth image.

* * * * *



US009726858B2

(12) **United States Patent**     (10) **Patent No.:** **US 9,726,858 B2**

Huang                           (45) **Date of Patent:**        **Aug. 8, 2017**

(54) **PHOTOGRAPHING OPTICAL LENS ASSEMBLY, IMAGE CAPTURING DEVICE AND ELECTRONIC DEVICE**

(71) Applicant: **LARGAN PRECISION CO., LTD.**, Taichung (TW)

(72) Inventor: **Hsin-Hsuan Huang**, Taichung (TW)

(73) Assignee: **LARGAN PRECISION CO., LTD.**, Taichung (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 91 days.

(21) Appl. No.: **14/684,590**

(22) Filed: **Apr. 13, 2015**

(65) **Prior Publication Data**

US 2016/0187622 A1     Jun. 30, 2016

(30) **Foreign Application Priority Data**

Dec. 30, 2014   (TW) ................................. 103146329

(51) **Int. Cl.**
| | |
|---|---|
| *G02B 3/02* | (2006.01) |
| *G02B 13/18* | (2006.01) |
| *G02B 9/62* | (2006.01) |
| *G02B 13/00* | (2006.01) |
| *H04N 5/225* | (2006.01) |
| *H04N 5/232* | (2006.01) |
| *G02B 15/17* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *G02B 13/0045* (2013.01); *G02B 9/62* (2013.01); *G02B 13/0015* (2013.01); *G02B 13/18* (2013.01); *G02B 15/17* (2013.01); *H04N 5/2254* (2013.01); *H04N 5/232* (2013.01)

(58) **Field of Classification Search**
CPC ...... G02B 9/62; G02B 13/0045; G02B 13/18; G02B 13/0015; G02B 15/17; H04N 5/2254; H04N 5/232
USPC ................ 359/708, 713, 756, 757, 758, 760
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,502,543 A | 4/1950 | Warmisham |
| 5,642,229 A | 6/1997 | Kaneko et al. |
| 7,787,196 B2 | 8/2010 | Asami et al. |
| 7,889,442 B2 | 2/2011 | Suzuki et al. |
| 8,379,323 B2 | 2/2013 | Huang et al. |
| 8,861,095 B2 | 10/2014 | Kubota et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 48043328 | 6/1973 |
| JP | 53129629 | 11/1978 |

(Continued)

*Primary Examiner* — Bumsuk Won
*Assistant Examiner* — Collin X Beatty
(74) *Attorney, Agent, or Firm* — McClure, Qualey & Rodack, LLP

(57) **ABSTRACT**

A photographing optical lens assembly includes, in order from an object side to an image side, a first lens element, a second lens element, a third lens element, a fourth lens element, a fifth lens element and a sixth lens element. The first lens element with positive refractive power has an object-side surface being convex in a paraxial region thereof. The second lens element has refractive power. Each of the third through sixth lens elements has refractive power and an object-side surface and an image-side surface being both aspheric. The photographing optical lens assembly has a total of six lens elements with refractive power.

**32 Claims, 21 Drawing Sheets**



**US 9,726,858 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0085378 A1 | 3/2015 | Jung et al. | |
| 2015/0109685 A1 * | 4/2015 | Shinohara ................ G02B 9/60 | |
| | | | 359/714 |
| 2015/0146086 A1 | 5/2015 | Liao | |
| 2015/0247989 A1 | 9/2015 | Sakai | |
| 2015/0248016 A1 | 9/2015 | Sakai | |
| 2015/0277085 A1 | 10/2015 | Noda | |
| 2016/0170182 A1 | 6/2016 | Tanaka | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 54044554 A | 4/1979 | |
| JP | 58215619 A | 12/1983 | |
| JP | 1986-067814 | 4/1986 | |
| JP | S61-67814 A | 4/1986 | |
| JP | H02-59735 A | 2/1990 | |
| JP | H07-84183 A | 3/1995 | |
| JP | 07181380 A | 7/1995 | |
| JP | 10325921 A | 12/1997 | |
| JP | 10307254 A | 11/1998 | |
| JP | 2009069369 A | 4/2009 | |
| JP | 2013-242449 A | 12/2013 | |
| JP | 2014-010399 A | 1/2014 | |
| JP | 2014092583 A | 5/2014 | |
| TW | 201415070 A | 4/2014 | |
| WO | 2014-155468 A1 | 10/2014 | |

* cited by examiner

APPL-1006 / Page 2 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 1

APPL-1006 / Page 3 of 44
APPLE INC. v. COREPHOTONICS LTD.

Appx1369



Fig. 2



Fig. 3

APPL-1006 / Page 5 of 44
APPLE INC. v. COREPHOTONICS LTD.

Appx1371



Fig. 4

APPL-1006 / Page 6 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 5



Fig. 6

APPL-1006 / Page 8 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 7

APPL-1006 / Page 9 of 44
APPLE INC. v. COREPHOTONICS LTD.

Appx1375



Fig. 8

APPL-1006 / Page 10 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14

APPL-1006 / Page 16 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 15

APPL-1006 / Page 17 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 16



Fig. 17



Fig. 18

Fig. 19

APPL-1006 / Page 20 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 20

APPL-1006 / Page 21 of 44
APPLE INC. v. COREPHOTONICS LTD.



Fig. 21



Fig. 22

APPL-1006 / Page 23 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

**1**

# PHOTOGRAPHING OPTICAL LENS ASSEMBLY, IMAGE CAPTURING DEVICE AND ELECTRONIC DEVICE

## RELATED APPLICATIONS

This application claims priority to Taiwan Application Serial Number 103146329, filed Dec. 30, 2014, which is herein incorporated by reference.

## BACKGROUND

### Technical Field

The present disclosure relates to a photographing optical lens assembly and an image capturing device. More particularly, the present disclosure relates to a compact photographing optical lens assembly and image capturing device applicable to electronic devices.

### Description of Related Art

In recent years, with the popularity of mobile terminals having camera functionalities, the demand of miniaturized optical systems has been increasing. The sensor of a conventional optical system is typically a CCD (Charge-Coupled Device) or a CMOS (Complementary Metal-Oxide-Semiconductor) sensor. As the advanced semiconductor manufacturing technologies have allowed the pixel size of sensors to be reduced and compact optical systems have gradually evolved toward the field of higher megapixels, there is an increasing demand for compact optical systems featuring better image quality.

A conventional optical system employed in a portable electronic product mainly adopts a four-element lens structure or a five-element lens structure. Due to the popularity of mobile terminals with high-end specifications, such as smart phones, tablet personal computers and wearable apparatus, the requirements for high resolution and image quality of present compact optical systems increase significantly. However, the conventional optical systems cannot satisfy these requirements of the compact optical systems.

Other conventional compact optical systems with six-element lens structure enhance image quality and resolution. However, the arrangement of the refractive power of the first lens element of the conventional compact optical system cannot provide the light focusing ability on the object side thereof. Therefore, the volume and the total track length would be excessive.

## SUMMARY

According to one aspect of the present disclosure, a photographing optical lens assembly includes, in order from an object side to an image side, a first lens element, a second lens element, a third lens element, a fourth lens element, a fifth lens element, and a sixth lens element. The first lens element with positive refractive power has an object-side surface being convex in a paraxial region thereof. The second lens element has refractive power. The third lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The fourth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The fifth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The sixth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The photographing optical lens assembly has a total of six lens elements with refractive power, and there is no relative displacement

**2**

among the lens elements with refractive power. When a focal length of the photographing optical lens assembly is f, an axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, an axial distance between the image-side surface of the sixth lens element and an image surface is BL, and a maximum image height of the photographing optical lens assembly is ImgH, the following conditions are satisfied:

$$0.30 < TD/f < 0.90;$$

$$0 < BL/f < 0.25; \text{ and}$$

$$2.0 < f/ImgH < 5.0.$$

According to another aspect of the present disclosure, an image capturing device includes the photographing optical lens assembly according to the aforementioned aspect and an image sensor, wherein the image sensor is disposed on the image surface of the photographing optical lens assembly.

According to further another aspect of the present disclosure, an electronic device includes the image capturing device according to the aforementioned aspect.

According to yet another aspect of the present disclosure, a photographing optical lens assembly includes, in order from an object side to an image side, a first lens element, a second lens element, a third lens element, a fourth lens element, a fifth lens element, and a sixth lens element. The first lens element with positive refractive power has an object-side surface being convex in a paraxial region thereof. The second lens element has refractive power. The third lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The fourth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The fifth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The sixth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The photographing optical lens assembly has a total of six lens elements with refractive power, there is an air space between any two lens elements of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element that are adjacent to each other, and there is no relative displacement among the lens elements with refractive power. The photographing optical lens assembly further includes an aperture stop, there is no lens element with refractive power between the aperture stop and the first lens element. When a focal length of the photographing optical lens assembly is f, an axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, and a maximum image height of the photographing optical lens assembly is ImgH, the following conditions are satisfied:

$$0.30 < TD/f < 0.90; \text{ and}$$

$$2.0 < f/ImgH < 5.0.$$

According to still another aspect of the present disclosure, an image capturing device includes the photographing optical lens assembly according to the aforementioned aspect, a prism and an image sensor, wherein the prism is disposed on an optical path between an imaged object and the photographing optical lens assembly, and the image sensor is disposed on the image surface of the photographing optical lens assembly.

APPL-1006 / Page 24 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

**3**

According to further another aspect of the present disclosure, a photographing optical lens assembly includes, in order from an object side to an image side, a first lens element, a second lens element, a third lens element, a fourth lens element, a fifth lens element, and a sixth lens element. The first lens element with positive refractive power has an object-side surface being convex in a paraxial region thereof. The second lens element has negative refractive power. The third lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The fourth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The fifth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The sixth lens element with refractive power has an object-side surface and an image-side surface being both aspheric. The photographing optical lens assembly has a total of six lens elements with refractive power, and there is no relative displacement among the lens elements with refractive power. When a focal length of the photographing optical lens assembly is f, an axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, and an axial distance between the image-side surface of the sixth lens element and an image surface is BL, the following conditions are satisfied:

$$0.30 < TD/f < 0.85; \text{ and}$$

$$0 < BL/f < 0.25.$$

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be more fully understood by reading the following detailed description of the embodiment, with reference made to the accompanying drawings as follows:

FIG. **1** is a schematic view of an image capturing device according to the 1st embodiment of the present disclosure;

FIG. **2** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 1st embodiment;

FIG. **3** is a schematic view of an image capturing device according to the 2nd embodiment of the present disclosure;

FIG. **4** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 2nd embodiment;

FIG. **5** is a schematic view of an image capturing device according to the 3rd embodiment of the present disclosure;

FIG. **6** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 3rd embodiment;

FIG. **7** is a schematic view of an image capturing device according to the 4th embodiment of the present disclosure;

FIG. **8** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 4th embodiment;

FIG. **9** is a schematic view of an image capturing device according to the 5th embodiment of the present disclosure;

FIG. **10** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 5th embodiment;

FIG. **11** is a schematic view of an image capturing device according to the 6th embodiment of the present disclosure;

FIG. **12** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 6th embodiment;

FIG. **13** is a schematic view of an image capturing device according to the 7th embodiment of the present disclosure;

**4**

FIG. **14** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 7th embodiment;

FIG. **15** is a schematic view of an image capturing device according to the 8th embodiment of the present disclosure;

FIG. **16** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 8th embodiment;

FIG. **17** shows a schematic view of the parameters Dsr1 and Dsr2 according to the 1st embodiment of FIG. **1**;

FIG. **18** shows a schematic view of one arrangement of the photographing optical lens assembly, an object and the image surface according to the 1st embodiment of FIG. **1**;

FIG. **19** shows a schematic view of another arrangement of the photographing optical lens assembly, a prism, an object and the image surface according to the 1st embodiment of FIG. **1**;

FIG. **20** is a schematic view of an electronic device according to the 9th embodiment of the present disclosure;

FIG. **21** is a schematic view of an electronic device according to the 10th embodiment of the present disclosure; and

FIG. **22** is a schematic view of an electronic device according to the 11th embodiment of the present disclosure.

## DETAILED DESCRIPTION

A photographing optical lens assembly includes, in order from an object side to an image side, a first lens element, a second lens element, a third lens element, a fourth lens element, a fifth lens element and a sixth lens element, wherein the photographing optical lens assembly has a total of six lens elements with refractive power, and there is no relative displacement among the lens elements with refractive power. The photographing optical lens assembly further includes a stop, such as an aperture stop, wherein there is no lens element with refractive power between the stop and the first lens element.

There is an air space between any two lens elements of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element that are adjacent to each other. That is, each of the first through sixth lens elements is a single and non-cemented lens element, and any two lens elements adjacent to each other are not cemented, and there is a space between the two lens elements. Moreover, the manufacturing process of the cemented lenses is more complex than the non-cemented lenses. In other words, of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element of the photographing optical lens assembly, there is a space in a paraxial region between every pair of lens elements that are adjacent to each other. In particular, a second surface of one lens element and a first surface of the following lens element need to have accurate curvature to ensure these two lens elements will be highly cemented. However, during the cementing process, those two lens elements might not be highly cemented due to displacement and it is thereby not favorable for the image quality of the photographing optical lens assembly. Therefore, according to the photographing optical lens assembly of the present disclosure, an air space in a paraxial region between any two of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element that are adjacent to each other of the present disclosure improves the problem generated by the cemented lens elements.

APPL-1006 / Page 25 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

The first lens element with positive refractive power has an object-side surface being convex in a paraxial region thereof. Therefore, it is favorable for restricting the volume of the photographing optical lens assembly so as to obtain the compact size thereof by providing the light focusing ability on the object side thereof. Furthermore, the first lens element can have an image-side surface being convex in a paraxial region thereof and including at least one concave shape in an off-axial region thereof, so that the aberration of the off-axis field can be corrected.

The second lens element can have negative refractive power, and can have an image-side surface being concave in a paraxial region thereof. Therefore, the aberration of the photographing optical lens assembly can be corrected for enhancing the image quality.

The third lens element can have negative refractive power, and can have an image-side surface being concave in a paraxial region thereof. Therefore, the aberration of the photographing optical lens assembly can be corrected for enhancing the image quality.

The fifth lens element can have positive refractive power, and can have an object-side surface being concave in a paraxial region thereof and an image-side surface being convex in a paraxial region thereof. Therefore, the astigmatism of the photographing optical lens assembly can be reduced effectively.

The sixth lens element can have negative refractive power, and can have an object-side surface being concave in a paraxial region thereof and an image-side surface being convex in a paraxial region thereof, wherein the object-side surface of the sixth lens element can include at least one convex shape in an off-axial region thereof. Therefore, the principal point can be positioned away from the image surface of the photographing optical lens assembly so as to reduce the back focal length for keeping a compact size. Further, it is also favorable for reducing the incident angle of the off-axis field onto the image sensor so as to increase the responding efficiency of the image sensor.

According to the foregoing photographing optical lens assembly, at least two lens elements of the first lens element, the second lens element and the third lens element has an object-side surface being convex in a paraxial region thereof and an image-side surface being concave in a paraxial region thereof. Therefore, the astigmatism of the photographing optical lens assembly can be corrected.

According to the foregoing photographing optical lens assembly, each of the fourth lens element, the fifth lens element and the sixth lens element has a surface being concave in a paraxial region thereof and the other surface being convex in a paraxial region thereof. Therefore, the refractive power of the photographing optical lens assembly can be balanced and then the aberration thereof can be also corrected.

When a focal length of the photographing optical lens assembly is f, and an axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, the following condition is satisfied: $0.30 < TD/f < 0.90$. It is favorable for controlling the arrangement of the lens elements effectively, and improving the telephoto ability. Preferably, the following condition can be satisfied: $0.30 < TD/f < 0.85$. More preferably, the following condition can be satisfied: $0.50 < TD/f < 0.85$.

When the focal length of the photographing optical lens assembly is f, and an axial distance between the image-side surface of the sixth lens element and an image surface is BL, and the following condition is satisfied: $0 < BL/f < 0.25$. Therefore, the back focal length of the photographing opti-

cal lens assembly can be reduced so as to avoid the excessive volume thereof which can thereby be favorable to be applied to the compact electronic device.

When the focal length of the photographing optical lens assembly is f, and a maximum image height of the photographing optical lens assembly is ImgH, the following condition is satisfied: $2.0 < f/ImgH < 5.0$. Therefore, it is favorable for enhancing the image capturing ability on a specific region and obtaining the excellent telephoto ability by controlling the incident light of the photographing optical lens assembly which can be focused on the specific region in the distance. Preferably, the following condition can be satisfied: $2.35 < f/ImgH < 4.5$.

When a refractive index of the first lens element is N1, a refractive index of the second lens element is N2, a refractive index of the third lens element is N3, a refractive index of the fourth lens element is N4, a refractive index of the fifth lens element is N5, a refractive index of the sixth lens element is N6, and a maximum of N1, N2, N3, N4, N5 and N6 is Nmax, the following condition is satisfied: $Nmax < 1.70$. Therefore, the aberration of the photographing optical lens assembly can be reduced.

When an Abbe number of the fifth lens element is V5, the following condition is satisfied: $V5 < 30$. Therefore, the chromatic aberration of the optical photographing lens assembly can be corrected.

The optical photographing lens assembly can further include an aperture stop, wherein there is no lens element with refractive power between the aperture stop and the first lens element. When an axial distance between the aperture stop and the image-side surface of the sixth lens element is SD, and the axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, the following condition is satisfied: $0.75 < SD/TD < 1.0$. Therefore, it is favorable for obtaining a balance between telecentricity and the functionality of wide viewing angle.

When a distance in parallel with an optical axis from an axial vertex on the image-side surface of the sixth lens element to a maximum effective radius position on the image-side surface of the sixth lens element is SAG62, and a central thickness of the sixth lens element is CT6, the following condition is satisfied: $SAG62+CT6 < 0$ mm. Therefore, the shape of the lens element is favorable for manufacturing and molding the lens elements.

When a curvature radius of the image-side surface of the fifth lens element is R10, a curvature radius of the object-side surface of the sixth lens element is R11, and the following condition is satisfied: $1.0 < (R10+R11)/(R10-R11) < 8.0$. Therefore, the astigmatism can be reduced.

When the focal length of the photographing optical lens assembly is f, a focal length of the first lens element is f1, a focal length of the second lens element is f2, and a focal length of the sixth lens element is f6, the following condition is satisfied: $5.0 < |f/f1| + |f/f2| + |f/f6|$. Therefore, the total track length of the photographing optical lens assembly can be reduced by the distribution of the refractive power so as to maintain the compact size thereof.

When an entrance pupil diameter of the photographing optical lens assembly is EPD, and the maximum image height of the photographing optical lens assembly is ImgH, the following condition is satisfied: $0.8 < EPD/ImgH < 2.0$. Therefore, the sufficient light of the photographing optical lens assembly can be obtained.

When half of a maximal field of view of the photographing optical lens assembly is HFOV, the following condition is satisfied: $7.5$ degrees $< HFOV < 23.5$ degrees. Therefore,

APPL-1006 / Page 26 of 44
APPLE INC. v. COREPHOTONICS LTD.

7
8

the proper field of view and the proper image capturing range can be obtained for avoiding the stray light.

When a curvature radius of the object-side surface of the fourth lens element is R7, and a curvature radius of the image-side surface of the fourth lens element is R8, the following condition is satisfied: $-0.3<(R7-R8)/(R7+R8)<0.6$. Therefore, the astigmatism of the photographing optical lens assembly can be corrected.

When an axial distance between the aperture stop and the object-side surface of the first lens element is Dsr1, and an axial distance between the aperture stop and an image-side surface of the first lens element is Dsr2, the following condition is satisfied: $1.40<|Dsr1/Dsr2|$. Therefore, the light focusing ability of the first lens element can be enhanced.

When an axial distance between the object-side surface of the first lens element and the image surface is TL, and a maximum image height of the photographing optical lens assembly is ImgH, the following condition is satisfied: $2.0<TL/ImgH<3.0$. Therefore, the total track length of the photographing optical lens assembly can be reduced so as to maintain the compact size thereof.

When the axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, and an axial distance between the image-side surface of the third lens element and the object-side surface of the fifth lens element is Dr6r9, the following condition is satisfied: $TD/Dr6r9<3.1$. Therefore, the total track length of the photographing optical lens assembly can be reduced so as to maintain the compact size thereof.

When a curvature radius of the object-side surface of the sixth lens element is R11, and a curvature radius of the image-side surface of the sixth lens element is R12, the following condition is satisfied: $(R11+R12)/(R11-R12)<-1.0$. Therefore, the photosensitivity of the photographing optical lens assembly can be reduced effectively.

When a sum of axial distances between each two lens elements of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element which are adjacent to each other is $\Sigma AT$, and the axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, the following condition is satisfied: $0.40<\Sigma AT/TD$. Therefore, the total track length of the photographing optical lens assembly can be reduced so as to maintain the compact size thereof.

When the focal length of the photographing optical lens assembly is f, a curvature radius of the object-side surface of the first lens element is R1, and a curvature radius of the image-side surface of the sixth lens element is R12, the following condition is satisfied: $4.0<f/R1-f/R12<8.5$. Therefore, the back focal length of the photographing optical lens assembly can be reduced for maintaining the compact size thereof.

According to the photographing optical lens assembly of the present disclosure, the lens elements thereof can be made of glass or plastic material. When the lens elements are made of glass material, the distribution of the refractive powers of the photographing optical lens assembly may be more flexible to design. When the lens elements are made of plastic material, the manufacturing cost can be effectively reduced. Furthermore, surfaces of each lens element can be arranged to be aspheric, since the aspheric surface of the lens element is easy to form a shape other than spherical surface so as to have more controllable variables for eliminating the aberration thereof, and to further decrease the required number of the lens elements. Therefore, the total track length of the photographing optical lens assembly can also be reduced.

According to the photographing optical lens assembly of the present disclosure, each of an object-side surface and an image-side surface has a paraxial region and an off-axis region. The paraxial region refers to the region of the surface where light rays travel close to the optical axis, and the off-axis region refers to the region of the surface away from the paraxial region. Particularly, when the lens element has a convex surface, it indicates that the surface is convex in the paraxial region thereof; when the lens element has a concave surface, it indicates that the surface is concave in the paraxial region thereof.

According to the photographing optical lens assembly of the present disclosure, the positive refractive power or the negative refractive power of a lens element or the focal length of the lens element, that is, refers to the refractive power or the focal length in a paraxial region of the lens element.

According to the photographing optical lens assembly of the present disclosure, the photographing optical lens assembly can include at least one stop, such as an aperture stop, a glare stop or a field stop. Said glare stop or said field stop is for eliminating the stray light and thereby improving the image resolution thereof.

According to the photographing optical lens assembly of the present disclosure, an image surface of the photographing optical lens assembly, based on the corresponding image sensor, can be flat or curved. In particular, the image surface can be a curved surface being concave facing towards the object side.

According to the photographing optical lens assembly of the present disclosure, an aperture stop can be configured as a front stop or a middle stop. A front stop disposed between an imaged object and the first lens element can provide a longer distance between an exit pupil of the photographing optical lens assembly and the image surface and thereby improves the image-sensing efficiency of an image sensor. A middle stop disposed between the first lens element and the image surface is favorable for enlarging the field of view of the photographing optical lens assembly and thereby provides a wider field of view for the same.

According to the photographing optical lens assembly of the present disclosure, the photographing optical lens assembly can be applied to 3D (three-dimensional) image capturing applications, in products such as digital cameras, mobile devices, digital tablets, smart TV, internet monitoring device, game consoles with motion sensing function, driving recording systems, rear view camera systems, and wearable devices.

According to the present disclosure, an image capturing device is provided. The image capturing device includes the aforementioned photographing optical lens assembly and an image sensor, wherein the image sensor is disposed on the image side of the aforementioned photographing optical lens assembly, that is, the image sensor can be disposed on or near an image surface of the aforementioned photographing lens system. In the image capturing device, the first lens element has positive refractive power, so that the volume of the photographing optical lens assembly can be restricted so as to obtain the compact size thereof by providing the light focusing ability on the object side thereof. Furthermore, the image capturing device can include a prism disposed on an optical path between an object and the photographing optical lens assembly. Therefore, the direction of the optical path can be changed by the prism so as to reduce the demanded

APPL-1006 / Page 27 of 44
APPLE INC. v. COREPHOTONICS LTD.

Appx1393

US 9,726,858 B2

9      10

height of the photographing optical lens assembly for obtaining the compact size of the image capturing device. Preferably, the image capturing device can further include a barrel member, a holding member or a combination thereof.

According to the present disclosure, an electronic device is provided. The electronic device includes the aforementioned image capturing device. Therefore, the image quality of the electronic device can be increased. Preferably, the electronic device can further include but not limited to a control unit, a display, a storage unit, a random access memory unit (RAM), a read only memory unit (ROM) or a combination thereof.

According to the above description of the present disclosure, the following 1st-11th specific embodiments are provided for further explanation.

### 1st Embodiment

FIG. 1 is a schematic view of an image capturing device according to the 1st embodiment of the present disclosure. FIG. 2 shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 1st embodiment. In FIG. 1, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor 190. The photographing optical lens assembly includes, in order from an object side to an image side, an aperture stop 100, a first lens element 110, a second lens element 120, a third lens element 130, a fourth lens element 140, a fifth lens element 150, a sixth lens element 160, an IR-cut filter 170 and an image surface 180, wherein the image sensor 190 is disposed on the image surface 180 of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (110-160) with refractive power. There is an air space in a paraxial region between any two of the first lens element 110, the second lens element 120, the third lens element 130, the fourth lens element 140, the fifth lens element 150, and the sixth lens element 160 that are adjacent to each other, and there is no relative displacement among the lens elements (110-160) with refractive power.

The first lens element 110 with positive refractive power has an object-side surface 111 being convex in a paraxial region thereof and an image-side surface 112 being convex in a paraxial region thereof. The first lens element 110 is made of plastic material, and has the object-side surface 111 and the image-side surface 112 being both aspheric. Furthermore, the image-side surface 112 of the first lens element 110 includes at least one concave shape in an off-axial region thereof.

The second lens element 120 with negative refractive power has an object-side surface 121 being convex in a paraxial region thereof and an image-side surface 122 being concave in a paraxial region thereof. The second lens element 120 is made of plastic material, and has the object-side surface 121 and the image-side surface 122 being both aspheric.

The third lens element 130 with negative refractive power has an object-side surface 131 being convex in a paraxial region thereof and an image-side surface 132 being concave in a paraxial region thereof. The third lens element 130 is made of plastic material, and has the object-side surface 131 and the image-side surface 132 being both aspheric.

The fourth lens element 140 with positive refractive power has an object-side surface 141 being concave in a paraxial region thereof and an image-side surface 142 being convex in a paraxial region thereof. The fourth lens element 140 is made of plastic material, and has the object-side surface 141 and the image-side surface 142 being both aspheric.

The fifth lens element 150 with positive refractive power has an object-side surface 151 being concave in a paraxial region thereof and an image-side surface 152 being convex in a paraxial region thereof. The fifth lens element 150 is made of plastic material, and has the object-side surface 151 and the image-side surface 152 being both aspheric.

The sixth lens element 160 with negative refractive power has an object-side surface 161 being concave in a paraxial region thereof and an image-side surface 162 being convex in a paraxial region thereof. The sixth lens element 150 is made of plastic material, and has the object-side surface 161 and the image-side surface 162 being both aspheric. Furthermore, the object-side surface 161 of the sixth lens element 160 includes at least one convex shape in an off-axial region thereof.

The IR-cut filter 170 is made of glass material and located between the sixth lens element 160 and the image surface 180, and will not affect a focal length of the photographing optical lens assembly.

The equation of the aspheric surface profiles of the aforementioned lens elements of the 1st embodiment is expressed as follows:

$$X(Y) = (Y^2/R)/(1 + sqrt(1 - (1+k) \times (Y/R)^2)) + \sum_i (Ai) \times (Y^i),$$

where,

X is the relative distance between a point on the aspheric surface spaced at a distance Y from the optical axis and the tangential plane at the aspheric surface vertex on the optical axis;

Y is the vertical distance from the point on the aspheric surface to the optical axis;

R is the curvature radius;

k is the conic coefficient; and

Ai is the i-th aspheric coefficient.

In the photographing optical lens assembly according to the 1st embodiment, when a focal length of the photographing optical lens assembly is f, an f-number of the photographing optical lens assembly is Fno, and half of a maximal field of view of the photographing optical lens assembly is HFOV, these parameters have the following values: f=6.60 mm; Fno=2.85; and HFOV=16.3 degrees.

In the photographing optical lens assembly according to the 1st embodiment, when an Abbe number of the fifth lens element 150 is V5, the following condition is satisfied: V5=21.4.

In the photographing optical lens assembly according to the 1st embodiment, when a refractive index of the first lens element 110 is N1, a refractive index of the second lens element 120 is N2, a refractive index of the third lens element 130 is N3, a refractive index of the fourth lens element 140 is N4, a refractive index of the fifth lens element 150 is N5, a refractive index of the sixth lens element 160 is N6, and a maximum of N1, N2, N3, N4, N5 and N6 is Nmax, and the following condition is satisfied: Nmax=1.650.

In the photographing optical lens assembly according to the 1st embodiment, when a curvature radius of the object-side surface 141 of the fourth lens element 140 is R7, and a

APPL-1006 / Page 28 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

11

curvature radius of the image-side surface 142 of the fourth lens element 140 is R8, the following condition is satisfied: (R7−R8)/(R7+R8)=0.03.

In the photographing optical lens assembly according to the 1st embodiment, when a curvature radius of the image-side surface 152 of the fifth lens element 150 is R10, a curvature radius of the object-side surface 161 of the sixth lens element 160 is R11, and a curvature radius of the image-side surface 162 of the sixth lens element 160 is R12, the following conditions are satisfied: (R10+R11)/(R10−R11)=1.62; and (R11+R12)/(R11−R12)=−1.38.

In the photographing optical lens assembly according to the 1st embodiment, when the focal length of the photographing optical lens assembly is f, a curvature radius of the object-side surface 111 of the first lens element 110 is R1, and the curvature radius of the image-side surface 162 of the sixth lens element 160 is R12, the following condition is satisfied: f/R1−f/R12=5.63.

In the photographing optical lens assembly according to the 1st embodiment, when the focal length of the photographing optical lens assembly is f, a focal length of the first lens element 110 is f1, a focal length of the second lens element 120 is f2, and a focal length of the sixth lens element 160 is f6, the following condition is satisfied: |f/f1|+|f/f2|+|f/f6|=7.30.

In the photographing optical lens assembly according to the 1st embodiment, when an axial distance between the aperture stop 100 and the image-side surface 162 of the sixth lens element 160 is SD, and an axial distance between the object-side surface 111 of the first lens element 110 and the image-side surface 162 of the sixth lens element 160 is TD, the following condition is satisfied: SD/TD=0.87.

In the photographing optical lens assembly according to the 1st embodiment, when an axial distance between the first lens element 110 and the second lens element 120 is T12, an axial distance between the second lens element 120 and the third lens element 130 is T23, an axial distance between the third lens element 130 and the fourth lens element 140 is T34, an axial distance between the fourth lens element 140 and the fifth lens element 150 is T45, an axial distance between the fifth lens element 150 and the sixth lens element 160 is T56, a sum of axial distances between each two lens elements of the first lens element 110, the second lens element 120, the third lens element 130, the fourth lens element 140, the fifth lens element 150 and the sixth lens element 160 which are adjacent to each other is ΣAT (ΣAT=T12+T23+T34+T45+T56), and the axial distance between the object-side surface 111 of the first lens element 110 and the image-side surface 162 of the sixth lens element 160 is TD, the following condition is satisfied: ΣAT/TD=0.48.

In the photographing optical lens assembly according to the 1st embodiment, when the axial distance between the object-side surface 111 of the first lens element 110 and the image-side surface 162 of the sixth lens element 160 is TD,

12

and an axial distance between the image-side surface 132 of the third lens element 130 and the object-side surface 151 of the fifth lens element 150 is Dr6r9, the following condition is satisfied: TD/Dr6r9=2.49.

In the photographing optical lens assembly according to the 1st embodiment, when the focal length of the photographing optical lens assembly is f, and the axial distance between the object-side surface 111 of the first lens element 110 and the image-side surface 162 of the sixth lens element 160 is TD, the following condition is satisfied: TD/f=0.71.

In the photographing optical lens assembly according to the 1st embodiment, when the focal length of the photographing optical lens assembly is f, and an axial distance between the image-side surface 162 of the sixth lens element 160 and the image surface 180 is BL, the following condition is satisfied: BL/f=0.10.

FIG. 17 shows a schematic view of the parameters Dsr1 and Dsr2 according to the 1st embodiment of FIG. 1. In FIG. 17, when an axial distance between the aperture stop 100 and the object-side surface 111 of the first lens element 110 is Dsr1, and an axial distance between the aperture stop 100 and the object-side surface 112 of the first lens element 110 is Dsr2, the following condition is satisfied: |Dsr1/Dsr2|=2.29.

In the photographing optical lens assembly according to the 1st embodiment, when a distance in parallel with the optical axis from an axial vertex on the image-side surface 162 of the sixth lens element 160 to a maximum effective radius position on the image-side surface 162 of the sixth lens element 160 is SAG62, and a central thickness of the sixth lens element 160 is CT6, the following condition is satisfied: SAG62+CT6=−0.19 mm.

In the photographing optical lens assembly according to the 1st embodiment, when the focal length of the photographing optical lens assembly is f, and a maximum image height of the photographing optical lens assembly is ImgH (half of a diagonal length of an effective photosensitive area of the image sensor 190), and the following condition is satisfied: f/ImgH=3.30.

In the photographing optical lens assembly according to the 1st embodiment, when an entrance pupil diameter of the photographing optical lens assembly is EPD, and the maximum image height of the photographing optical lens assembly is ImgH, the following condition is satisfied: EPD/ImgH=1.16.

In the photographing optical lens assembly according to the 1st embodiment, when an axial distance between the object-side surface 111 of the first lens element 110 and the image surface 180 is TL, and the maximum image height of the photographing optical lens assembly is ImgH, the following condition is satisfied: TL/ImgH=2.67.

The detailed optical data of the 1st embodiment are shown in Table 1 and the aspheric surface data are shown in Table 2 below.

TABLE 1

| 1st Embodiment | | | | | | |
|---|---|---|---|---|---|---|
| f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg. | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal Length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Ape. Stop | Plano | −0.616 | | | | |
| 2 | Lens 1 | 1.401 ASP | 0.885 | Plastic | 1.544 | 55.9 | 2.26 |
| 3 | | −7.705 ASP | 0.074 | | | | |

APPL-1006 / Page 29 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

| 13 | | 14 |

TABLE 1-continued

1st Embodiment

f = 6.60 mm, Fno = 2.85, HFOV = 16.3 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 4 | Lens 2 | 19.967 | ASP | 0.240 | Plastic | 1.640 | 23.3 | −3.57 |
| 5 | | 2.042 | ASP | 0.454 | | | | |
| 6 | Lens 3 | 55.581 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −8.42 |
| 7 | | 4.126 | ASP | 1.345 | | | | |
| 8 | Lens 4 | −1.523 | ASP | 0.270 | Plastic | 1.530 | 55.8 | 24.02 |
| 9 | | −1.444 | ASP | 0.264 | | | | |
| 10 | Lens 5 | −7.396 | ASP | 0.581 | Plastic | 1.650 | 21.4 | 20.42 |
| 11 | | −4.895 | ASP | 0.131 | | | | |
| 12 | Lens 6 | −1.157 | ASP | 0.200 | Plastic | 1.535 | 55.7 | −2.61 |
| 13 | | −7.189 | ASP | 0.200 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.254 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 2

Aspheric Coefficients

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | −1.4062E−01 | −2.4597E+01 | −9.0000E+01 | 1.4728E+00 | 9.0000E+01 | 1.6510E+01 |
| A4 = | 1.2898E−02 | −1.2643E−03 | −1.1763E−01 | −1.1112E−01 | 1.0369E−01 | 1.1413E−01 |
| A6 = | −1.1888E−02 | 1.0847E−01 | 3.2621E−01 | 4.6820E−01 | 1.3229E−01 | 1.5192E−01 |
| A8 = | 4.3094E−02 | −1.9256E−01 | −3.4642E−01 | −5.0545E−01 | 2.0065E−02 | −3.0298E−01 |
| A10 = | −5.0838E−02 | 1.9036E−01 | 3.2732E−01 | 1.0867E+00 | 2.5143E−02 | 4.6286E−01 |
| A12 = | 2.2376E−02 | −6.9492E−02 | −1.6521E−01 | −6.4991E−01 | −1.0907E−01 | −3.7086E−01 |

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | −2.5852E+01 | −6.7595E+01 | 1.9876E+01 | −3.0145E+00 | −5.2456E+01 | 6.2812E−01 |
| A4 = | −6.8541E−02 | 3.3200E−02 | 4.6773E−02 | 1.3718E−02 | −3.3785E−01 | −2.4058E−01 |
| A6 = | 2.1741E−02 | 8.9354E−03 | −1.0866E−01 | −1.2520E−01 | 3.4680E−01 | 2.6195E−01 |
| A8 = | 2.7936E−03 | 2.4797E−03 | 8.4133E−02 | 9.5116E−02 | −1.7013E−01 | −1.3165E−01 |
| A10 = | −8.0163E−04 | −1.1932E−03 | −2.9780E−02 | −3.5972E−02 | 4.1184E−02 | 3.6076E−02 |
| A12 = | −1.2918E−03 | −3.5593E−04 | 5.5338E−03 | 5.7571E−03 | −3.8257E−03 | −5.3941E−03 |
| A14 = | | | −2.9943E−04 | 1.8593E−05 | −4.3870E−07 | 3.3997E−04 |

In Table 1, the curvature radius, the thickness and the focal length are shown in millimeters (mm). Surface numbers 0-16 represent the surfaces sequentially arranged from the object-side to the image-side along the optical axis. In Table 2, k represents the conic coefficient of the equation of the aspheric surface profiles. A4-A14 represent the aspheric coefficients ranging from the 4th order to the 14th order. The tables presented below for each embodiment are the corresponding schematic parameter and aberration curves, and the definitions of the tables are the same as Table 1 and Table 2 of the 1st embodiment. Therefore, an explanation in this regard will not be provided again.

FIG. **18** shows a schematic view of one arrangement of the photographing optical lens assembly L, an imaged object O and the image surface **180** according to the 1st embodiment of FIG. **1**. In FIG. **18**, the incident light straightly passes into the photographing optical lens assembly L from the imaged object O, and images on the image surface **180**.

FIG. **19** shows a schematic view of another arrangement of the photographing optical lens assembly L, a prism P, an imaged object O and the image surface **180** according to the 1st embodiment of FIG. **1**. In FIG. **19**, the image capturing device further include a prism P disposed on the optical path between the imaged object O and the photographing optical lens assembly L. The arrangement of the prism P can change the direction of the incident light, so that the demanded height of the photographing optical lens assembly L can be reduced so as to obtain a more compact size of the image capturing device or the electronic device which is applied.

The following embodiments can be applied to the arrangement of FIGS. **18** and **19**, and will not describe again herein.

2nd Embodiment

FIG. **3** is a schematic view of an image capturing device according to the 2nd embodiment of the present disclosure. FIG. **4** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 2nd embodiment. In FIG. **3**, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor **290**. The photographing optical lens assembly includes, in order from an object side to an image side, an

APPL-1006 / Page 30 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

15

aperture stop **200**, a first lens element **210**, a second lens element **220**, a third lens element **230**, a fourth lens element **240**, a fifth lens element **250**, a sixth lens element **260**, an IR-cut filter **270** and an image surface **280**, wherein the image sensor **290** is disposed on the image surface **280** of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (**210-260**) with refractive power. There is an air space in a paraxial region between any two of the first lens element **210**, the second lens element **220**, the third lens element **230**, the fourth lens element **240**, the fifth lens element **250**, and the sixth lens element **260** that are adjacent to each other, and there is no relative displacement among the lens elements (**210-260**) with refractive power.

The first lens element **210** with positive refractive power has an object-side surface **211** being convex in a paraxial region thereof and an image-side surface **212** being convex in a paraxial region thereof. The first lens element **210** is made of plastic material, and has the object-side surface **211** and the image-side surface **212** being both aspheric. Furthermore, the image-side surface **212** of the first lens element **210** includes at least one concave shape in an off-axial region thereof.

The second lens element **220** with negative refractive power has an object-side surface **221** being convex in a paraxial region thereof and an image-side surface **222** being concave in a paraxial region thereof. The second lens element **220** is made of plastic material, and has the object-side surface **221** and the image-side surface **222** being both aspheric.

The third lens element **230** with negative refractive power has an object-side surface **231** being convex in a paraxial

16

region thereof and an image-side surface **232** being concave in a paraxial region thereof. The third lens element **230** is made of plastic material, and has the object-side surface **231** and the image-side surface **232** being both aspheric.

The fourth lens element **240** with negative refractive power has an object-side surface **241** being convex in a paraxial region thereof and an image-side surface **242** being concave in a paraxial region thereof. The fourth lens element **240** is made of plastic material, and has the object-side surface **241** and the image-side surface **242** being both aspheric.

The fifth lens element **250** with positive refractive power has an object-side surface **251** being concave in a paraxial region thereof and an image-side surface **252** being convex in a paraxial region thereof. The fifth lens element **250** is made of plastic material, and has the object-side surface **251** and the image-side surface **252** being both aspheric.

The sixth lens element **260** with negative refractive power has an object-side surface **261** being concave in a paraxial region thereof and an image-side surface **262** being convex in a paraxial region thereof. The sixth lens element **260** is made of plastic material, and has the object-side surface **261** and the image-side surface **262** being both aspheric. Furthermore, the object-side surface **261** of the sixth lens element **260** includes at least one convex shape in an off-axial region thereof.

The IR-cut filter **270** is made of glass material and located between the sixth lens element **260** and the image surface **280**, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 2nd embodiment are shown in Table 3 and the aspheric surface data are shown in Table 4 below.

TABLE 3

2nd Embodiment
f = 6.08 mm, Fno = 2.84, HFOV = 20.2 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.536 | | | | |
| 2 | Lens 1 | 1.361 | ASP | 0.784 | Plastic | 1.544 | 55.9 | 2.28 |
| 3 | | −11.386 | ASP | 0.046 | | | | |
| 4 | Lens 2 | 9.181 | ASP | 0.240 | Plastic | 1.639 | 23.5 | −3.92 |
| 5 | | 1.948 | ASP | 0.397 | | | | |
| 6 | Lens 3 | 102.146 | ASP | 0.240 | Plastic | 1.544 | 55.9 | −8.11 |
| 7 | | 4.228 | ASP | 0.287 | | | | |
| 8 | Lens 4 | 4.458 | ASP | 0.230 | Plastic | 1.639 | 23.5 | −30.59 |
| 9 | | 3.557 | ASP | 0.984 | | | | |
| 10 | Lens 5 | −7.525 | ASP | 0.551 | Plastic | 1.639 | 23.5 | 5.46 |
| 11 | | −2.453 | ASP | 0.177 | | | | |
| 12 | Lens 6 | −1.583 | ASP | 0.261 | Plastic | 1.544 | 55.9 | −3.99 |
| 13 | | −6.198 | ASP | 0.400 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.486 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 4

Aspheric Coefficients

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | −1.2171E−01 | −1.8953E+01 | −4.1584E+01 | 1.2058E+00 | 5.5422E−13 | 1.7369E+01 |
| A4 = | 1.5322E−02 | 8.2010E−04 | −1.2010E−01 | −1.1796E−01 | 9.2303E−02 | 1.2289E−01 |

APPL-1006 / Page 31 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

17

18

TABLE 4-continued

| | | Aspheric Coefficients | | | |
|---|---|---|---|---|---|
| A6 = | −1.0098E−02 | 1.0959E−01 | 3.3875E−01 | 4.7479E−01 | 1.7618E−01 |
| A8 = | 4.0678E−02 | −1.7580E−01 | −3.3622E−01 | −4.5950E−01 | 3.5288E−02 | −2.9343E−01 |
| A10 = | −4.9307E−02 | 1.9500E−01 | 3.1476E−01 | 1.0178E+00 | 2.1752E−02 | 4.6628E−01 |
| A12 = | 2.6221E−02 | −8.9096E−02 | −1.8498E−01 | −6.3710E−01 | −1.2060E−01 | −3.7229E−01 |

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | 8.0249E+00 | 5.0826E+00 | 2.2816E+01 | −2.0210E+01 | −1.2672E+01 | 2.4593E+00 |
| A4 = | 7.5720E−03 | 4.8864E−03 | 5.2455E−02 | 6.5782E−03 | −3.4674E−01 | −2.4388E−01 |
| A6 = | 3.9418E−03 | 2.2836E−03 | −1.2326E−01 | −1.2744E−01 | 3.4643E−01 | 2.5869E−01 |
| A8 = | −6.6134E−04 | −2.2344E−03 | 8.0491E−02 | 9.4986E−02 | −1.6999E−01 | −1.3152E−01 |
| A10 = | −3.8605E−04 | −4.6105E−03 | −2.9850E−02 | −3.5963E−02 | 4.1233E−02 | 3.6169E−02 |
| A12 = | −4.2392E−04 | | 5.8933E−03 | 5.7529E−03 | −3.8048E−03 | −5.3744E−03 |
| A14 = | | | −1.0186E−04 | 3.9104E−06 | 7.3339E−06 | 3.4372E−04 |

In the 2nd embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 2nd embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 3 and Table 4 as the following values and satisfy the following conditions:

| 2nd Embodiment | | | |
|---|---|---|---|
| f [mm] | 6.08 | SD/TD | 0.87 |
| Fno | 2.84 | ΣAT/TD | 0.45 |
| HFOV [deg.] | 20.2 | TD/Dr6r9 | 2.80 |
| V5 | 23.5 | TD/f | 0.69 |
| Nmax | 1.639 | BL/f | 0.18 |
| (R7 − R8)/(R7 + R8) | 0.11 | |Dsr1/Dsr2| | 2.16 |
| (R10 + R11)/(R10 − R11) | 4.64 | SAG62 + CT6 [mm] | −0.27 |
| (R11 + R12)/(R11 − R12) | −1.69 | f/ImgH | 2.66 |
| f/R1 − f/R12 | 5.45 | EPD/ImgH | 0.94 |
| |f/f1| + |f/f2| + |f/f6| | 5.74 | TL/ImgH | 2.32 |

3rd Embodiment

FIG. 5 is a schematic view of an image capturing device according to the 3rd embodiment of the present disclosure. FIG. 6 shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 3rd embodiment. In FIG. 5, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor 390. The photographing optical lens assembly includes, in order from an object side to an image side, an aperture stop 300, a first lens element 310, a second lens element 320, a third lens element 330, a fourth lens element 340, a fifth lens element 350, a sixth lens element 360, an IR-cut filter 370 and an image surface 380, wherein the image sensor 390 is disposed on the image surface 380 of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (310-360) with refractive power. There is an air space in a paraxial region between any two of the first lens element 310, the second lens element 320, the third lens element 330, the fourth lens element 340, the fifth lens element 350, and the sixth lens element 360 that are adjacent to each other, and there is no relative displacement among the lens elements (310-360) with refractive power.

The first lens element 310 with positive refractive power has an object-side surface 311 being convex in a paraxial region thereof and an image-side surface 312 being convex in a paraxial region thereof. The first lens element 310 is made of plastic material, and has the object-side surface 311 and the image-side surface 312 being both aspheric. Furthermore, the image-side surface 312 of the first lens element 310 includes at least one concave shape in an off-axial region thereof.

The second lens element 320 with negative refractive power has an object-side surface 321 being concave in a paraxial region thereof and an image-side surface 322 being concave in a paraxial region thereof. The second lens element 320 is made of plastic material, and has the object-side surface 321 and the image-side surface 322 being both aspheric.

The third lens element 330 with negative refractive power has an object-side surface 331 being concave in a paraxial region thereof and an image-side surface 332 being concave in a paraxial region thereof. The third lens element 330 is made of plastic material, and has the object-side surface 331 and the image-side surface 332 being both aspheric.

The fourth lens element 340 with negative refractive power has an object-side surface 341 being convex in a paraxial region thereof and an image-side surface 342 being concave in a paraxial region thereof. The fourth lens element 340 is made of plastic material, and has the object-side surface 341 and the image-side surface 342 being both aspheric.

The fifth lens element 350 with positive refractive power has an object-side surface 351 being concave in a paraxial region thereof and an image-side surface 352 being convex in a paraxial region thereof. The fifth lens element 350 is made of plastic material, and has the object-side surface 351 and the image-side surface 352 being both aspheric.

The sixth lens element 360 with negative refractive power has an object-side surface 361 being concave in a paraxial region thereof and an image-side surface 362 being convex in a paraxial region thereof. The sixth lens element 360 is made of plastic material, and has the object-side surface 361 and the image-side surface 362 being both aspheric. Furthermore, the object-side surface 361 of the sixth lens element 360 includes at least one convex shape in an off-axial region thereof.

The IR-cut filter 370 is made of glass material and located between the sixth lens element 360 and the image surface 380, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 3rd embodiment are shown in Table 5 and the aspheric surface data are shown in Table 6 below.

APPL-1006 / Page 32 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

**19**　　　**20**

TABLE 5

| | | 3rd Embodiment | | | | |
|---|---|---|---|---|---|---|
| | | f = 7.01 mm, Fno = 2.80, HFOV = 17.5 deg. | | | | |

| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | Infinity | | | | |
| 1 | Ape. Stop | Plano | −0.562 | | | | |
| 2 | Lens 1 | 1.693 ASP | 0.934 | Plastic | 1.544 | 55.9 | 2.41 |
| 3 | | −4.689 ASP | 0.059 | | | | |
| 4 | Lens 2 | −13.477 ASP | 0.308 | Plastic | 1.639 | 23.5 | −4.86 |
| 5 | | 4.074 ASP | 0.498 | | | | |
| 6 | Lens 3 | −8.504 ASP | 0.240 | Plastic | 1.544 | 55.9 | −5.22 |
| 7 | | 4.310 ASP | 0.838 | | | | |
| 8 | Lens 4 | 3.085 ASP | 0.280 | Plastic | 1.650 | 21.4 | −29.54 |
| 9 | | 2.563 ASP | 0.790 | | | | |
| 10 | Lens 5 | −9.830 ASP | 0.772 | Plastic | 1.650 | 21.4 | 3.57 |
| 11 | | −1.932 ASP | 0.199 | | | | |
| 12 | Lens 6 | −1.016 ASP | 0.300 | Plastic | 1.583 | 30.2 | −2.92 |
| 13 | | −2.798 ASP | 0.300 | | | | |
| 14 | IR-cut filter | Plano | 0.238 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | 0.308 | | | | |
| 16 | Image | Plano | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 6

| | | | Aspheric Coefficients | | | |
|---|---|---|---|---|---|---|
| | | | Surface # | | | |
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | −1.3782E−01 | −1.8378E+01 | −9.0000E+01 | 8.8154E−01 | −3.6895E+01 | 1.4676E+01 |
| A4 = | 1.1137E−02 | −5.5895E−04 | −7.3809E−02 | −8.1994E−02 | 7.1702E−02 | 7.1109E−02 |
| A6 = | −8.0834E−03 | 6.1599E−02 | 1.7163E−01 | 2.4860E−01 | 6.2575E−02 | 6.6739E−02 |
| A8 = | 1.9059E−02 | −7.9476E−02 | −1.4547E−01 | −2.4903E−01 | 5.1898E−03 | −1.2188E−01 |
| A10 = | −1.6088E−02 | 6.2299E−02 | 1.0308E−01 | 3.2442E−01 | 7.5371E−03 | 1.5978E−01 |
| A12 = | 5.7825E−03 | −1.8987E−02 | −3.8693E−02 | −1.6464E−01 | −2.6301E−02 | −9.7680E−02 |
| A14 = | | | | 6.9474E−03 | | |

| | | | Surface # | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | −2.6168E+01 | −1.7283E+01 | 4.1904E+01 | −2.9068E+01 | −9.0207E+00 | −9.3538E−01 |
| A4 = | −7.5326E−03 | 7.2144E−03 | −1.1153E−02 | −3.6939E−02 | −2.3330E−01 | −1.5854E−01 |
| A6 = | −3.2116E−03 | 6.8522E−03 | −6.1060E−02 | −5.8077E−02 | 1.8240E−01 | 1.3931E−01 |
| A8 = | −3.1266E−03 | 1.3383E−03 | 3.3709E−02 | 3.7283E−02 | −7.0186E−02 | −5.4561E−02 |
| A10 = | −7.1286E−04 | −1.6455E−03 | −9.7092E−03 | −1.1937E−02 | 1.3185E−02 | 1.1524E−02 |
| A12 = | | | 1.5049E−03 | 1.4140E−03 | −9.4510E−04 | −1.3406E−03 |
| A14 = | | | 1.0040E−04 | 1.4015E−05 | 2.0956E−06 | 6.4370E−05 |

In the 3rd embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 3rd embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 5 and Table 6 as the following values and satisfy the following conditions:

| | 3rd Embodiment | | |
|---|---|---|---|
| f [mm] | 7.01 | SD/TD | 0.89 |
| Fno | 2.80 | ΣAT/TD | 0.46 |
| HFOV [deg.] | 17.5 | TD/Dr6r9 | 2.73 |
| V5 | 21.4 | TD/f | 0.74 |
| Nmax | 1.650 | BL/f | 0.12 |
| (R7 − R8)/(R7 + R8) | 0.09 | \|Dsr1/Dsr2\| | 1.51 |
| (R10 + R11)/(R10 − R11) | 3.22 | SAG62 + CT6 [mm] | −0.53 |

-continued

| | 3rd Embodiment | | |
|---|---|---|---|
| (R11 + R12)/(R11 − R12) | −2.14 | f/ImgH | 3.12 |
| f/R1 − f/R12 | 6.64 | EPD/ImgH | 1.11 |
| \|f/f1\| + \|f/f2\| + \|f/f6\| | 6.75 | TL/ImgH | 2.70 |

**4th Embodiment**

FIG. **7** is a schematic view of an image capturing device according to the 4th embodiment of the present disclosure. FIG. **8** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 4th embodiment. In FIG. **7**, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor **490**. The photographing optical lens assembly includes, in order from an object side to an image side, an

APPL-1006 / Page 33 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

21 / 22

aperture stop **400**, a first lens element **410**, a second lens element **420**, a third lens element **430**, a fourth lens element **440**, a fifth lens element **450**, a sixth lens element **460**, an IR-cut filter **470** and an image surface **480**, wherein the image sensor **490** is disposed on the image surface **480** of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (**410-460**) with refractive power. There is an air space in a paraxial region between any two of the first lens element **410**, the second lens element **420**, the third lens element **430**, the fourth lens element **440**, the fifth lens element **450**, and the sixth lens element **460** that are adjacent to each other, and there is no relative displacement among the lens elements (**410-460**) with refractive power.

The first lens element **410** with positive refractive power has an object-side surface **411** being convex in a paraxial region thereof and an image-side surface **412** being convex in a paraxial region thereof. The first lens element **410** is made of plastic material, and has the object-side surface **411** and the image-side surface **412** being both aspheric. Furthermore, the image-side surface **412** of the first lens element **410** includes at least one concave shape in an off-axial region thereof.

The second lens element **420** with negative refractive power has an object-side surface **421** being convex in a paraxial region thereof and an image-side surface **422** being concave in a paraxial region thereof. The second lens element **420** is made of plastic material, and has the object-side surface **421** and the image-side surface **422** being both aspheric.

The third lens element **430** with negative refractive power has an object-side surface **431** being concave in a paraxial region thereof and an image-side surface **432** being concave in a paraxial region thereof. The third lens element **430** is made of plastic material, and has the object-side surface **431** and the image-side surface **432** being both aspheric.

The fourth lens element **440** with positive refractive power has an object-side surface **441** being concave in a paraxial region thereof and an image-side surface **442** being convex in a paraxial region thereof. The fourth lens element **440** is made of plastic material, and has the object-side surface **441** and the image-side surface **442** being both aspheric.

The fifth lens element **450** with negative refractive power has an object-side surface **451** being concave in a paraxial region thereof and an image-side surface **452** being convex in a paraxial region thereof. The fifth lens element **450** is made of plastic material, and has the object-side surface **451** and the image-side surface **452** being both aspheric.

The sixth lens element **460** with negative refractive power has an object-side surface **461** being concave in a paraxial region thereof and an image-side surface **462** being convex in a paraxial region thereof. The sixth lens element **460** is made of plastic material, and has the object-side surface **461** and the image-side surface **462** being both aspheric. Furthermore, the object-side surface **461** of the sixth lens element **460** includes at least one convex shape in an off-axial region thereof.

The IR-cut filter **470** is made of glass material and located between the sixth lens element **460** and the image surface **480**, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 4th embodiment are shown in Table 7 and the aspheric surface data are shown in Table 8 below.

TABLE 7

4th Embodiment
f = 6.38 mm, Fno = 2.85, HFOV = 16.8 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | -0.559 | | | | |
| 2 | Lens 1 | 1.414 | ASP | 0.841 | Plastic | 1.544 | 55.9 | 2.20 |
| 3 | | -6.097 | ASP | 0.058 | | | | |
| 4 | Lens 2 | 38.283 | ASP | 0.274 | Plastic | 1.640 | 23.3 | -3.80 |
| 5 | | 2.278 | ASP | 0.506 | | | | |
| 6 | Lens 3 | -24.411 | ASP | 0.240 | Plastic | 1.530 | 55.8 | -6.20 |
| 7 | | 3.810 | ASP | 1.097 | | | | |
| 8 | Lens 4 | -2.060 | ASP | 0.270 | Plastic | 1.614 | 25.6 | 24.68 |
| 9 | | -1.904 | ASP | 0.268 | | | | |
| 10 | Lens 5 | -7.118 | ASP | 0.712 | Plastic | 1.634 | 23.8 | -45.02 |
| 11 | | -9.851 | ASP | 0.168 | | | | |
| 12 | Lens 6 | -1.519 | ASP | 0.250 | Plastic | 1.535 | 55.7 | -4.92 |
| 13 | | -3.802 | ASP | 0.250 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.194 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 8

Aspheric Coefficients

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | -1.3133E-01 | -2.5133E+01 | -9.0000E+01 | 1.3083E+00 | 1.3003E+01 | 1.4709E+01 |
| A4 = | 1.3169E-02 | -1.0013E-03 | -1.1890E-01 | -1.0944E-01 | 1.0662E-01 | 1.2441E-01 |

APPL-1006 / Page 34 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

23                                                            24

TABLE 8-continued

| Aspheric Coefficients | | | | | |
|---|---|---|---|---|---|
| A6 = | −9.3443E−03 | 1.0976E−01 | 3.2327E−01 | 4.4820E−01 | 1.4936E−01 |
| A8 = | 4.2152E−02 | −1.8963E−01 | −3.5207E−01 | −5.2139E−01 | 2.0243E−02 | −2.8007E−01 |
| A10 = | −5.1706E−02 | 1.8647E−01 | 3.3698E−01 | 1.0735E+00 | 2.3310E−02 | 4.8632E−01 |
| A12 = | 2.3322E−02 | −6.8709E−02 | −1.6222E−01 | −5.9598E−01 | −9.6274E−02 | −3.9461E−01 |

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | −3.4192E+01 | −3.8337E+01 | 1.9029E+01 | 2.5433E+01 | −3.4196E+01 | −4.6231E+00 |
| A4 = | −3.7788E−02 | 3.4273E−02 | 6.4857E−02 | −1.2481E−02 | −3.3460E−01 | −2.0434E−01 |
| A6 = | 2.0221E−02 | 1.2377E−02 | −1.1021E−01 | −1.2544E−01 | 3.4229E−01 | 2.6160E−01 |
| A8 = | 2.8095E−04 | 3.5032E−03 | 8.3555E−02 | 9.5064E−02 | −1.7073E−01 | −1.3282E−01 |
| A10 = | −1.5557E−04 | −1.2182E−03 | −2.9892E−02 | −1.2616E−02 | 4.1094E−02 | 3.5989E−02 |
| A12 = | 1.2232E−03 | −6.1840E−04 | 5.5305E−03 | 5.7438E−03 | −3.8226E−03 | −5.3851E−03 |
| A14 = | | | −2.9012E−04 | 9.0034E−06 | 1.2674E−05 | 3.4624E−04 |

In the 4th embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 4th embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 7 and Table 8 as the following values and satisfy the following conditions:

| 4th Embodiment | | | |
|---|---|---|---|
| f [mm] | 6.38 | SD/TD | 0.88 |
| Fno | 2.85 | ΣAT/TD | 0.45 |
| HFOV [deg.] | 16.8 | TD/Dr6r9 | 2.86 |
| V5 | 23.8 | TD/f | 0.73 |
| Nmax | 1.640 | BL/f | 0.10 |
| (R7 − R8)/(R7 + R8) | 0.04 | |Dsr1/Dsr2| | 1.98 |
| (R10 + R11)/(R10 − R11) | 1.36 | SAG62 + CT6 [mm] | −0.05 |
| (R11 + R12)/(R11 − R12) | −2.33 | f/ImgH | 3.22 |
| f/R1 − f/R12 | 6.19 | EPD/ImgH | 1.13 |
| |f/f1| + |f/f2| + |f/f6| | 5.89 | TL/ImgH | 2.69 |

### 5th Embodiment

FIG. 9 is a schematic view of an image capturing device according to the 5th embodiment of the present disclosure. FIG. 10 shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 5th embodiment. In FIG. 9, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor 590. The photographing optical lens assembly includes, in order from an object side to an image side, an aperture stop 500, a first lens element 510, a second lens element 520, a third lens element 530, a fourth lens element 540, a fifth lens element 550, a sixth lens element 560, an IR-cut filter 570 and an image surface 580, wherein the image sensor 590 is disposed on the image surface 580 of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (510-560) with refractive power. There is an air space in a paraxial region between any two of the first lens element 510, the second lens element 520, the third lens element 530, the fourth lens element 540, the fifth lens element 550, and the sixth lens element 560 that are adjacent to each other,

and there is no relative displacement among the lens elements (510-560) with refractive power.

The first lens element 510 with positive refractive power has an object-side surface 511 being convex in a paraxial region thereof and an image-side surface 512 being concave in a paraxial region thereof. The first lens element 510 is made of plastic material, and has the object-side surface 511 and the image-side surface 512 being both aspheric.

The second lens element 520 with negative refractive power has an object-side surface 521 being convex in a paraxial region thereof and an image-side surface 522 being concave in a paraxial region thereof. The second lens element 520 is made of plastic material, and has the object-side surface 521 and the image-side surface 522 being both aspheric.

The third lens element 530 with positive refractive power has an object-side surface 531 being convex in a paraxial region thereof and an image-side surface 532 being concave in a paraxial region thereof. The third lens element 530 is made of plastic material, and has the object-side surface 531 and the image-side surface 532 being both aspheric.

The fourth lens element 540 with positive refractive power has an object-side surface 541 being concave in a paraxial region thereof and an image-side surface 542 being convex in a paraxial region thereof. The fourth lens element 540 is made of plastic material, and has the object-side surface 541 and the image-side surface 542 being both aspheric.

The fifth lens element 550 with positive refractive power has an object-side surface 551 being concave in a paraxial region thereof and an image-side surface 552 being convex in a paraxial region thereof. The fifth lens element 550 is made of plastic material, and has the object-side surface 551 and the image-side surface 552 being both aspheric.

The sixth lens element 560 with negative refractive power has an object-side surface 561 being concave in a paraxial region thereof and an image-side surface 562 being convex in a paraxial region thereof. The sixth lens element 560 is made of plastic material, and has the object-side surface 561 and the image-side surface 562 being both aspheric. Furthermore, the object-side surface 561 of the sixth lens element 560 includes at least one convex shape in an off-axial region thereof.

The IR-cut filter 570 is made of glass material and located between the sixth lens element 560 and the image surface 580, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 5th embodiment are shown in Table 9 and the aspheric surface data are shown in Table 10 below.

APPL-1006 / Page 35 of 44
APPLE INC. v. COREPHOTONICS LTD.

25
26

TABLE 9

5th Embodiment
f = 6.00 mm, Fno = 2.84, HFOV = 21.7 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.492 | | | | |
| 2 | Lens 1 | 1.404 | ASP | 0.699 | Plastic | 1.544 | 55.9 | 2.69 |
| 3 | | 27.876 | ASP | 0.130 | | | | |
| 4 | Lens 2 | 6.345 | ASP | 0.251 | Plastic | 1.639 | 23.5 | −3.68 |
| 5 | | 1.690 | ASP | 0.283 | | | | |
| 6 | Lens 3 | 5.684 | ASP | 0.258 | Plastic | 1.544 | 55.9 | 43.18 |
| 7 | | 7.378 | ASP | 0.969 | | | | |
| 8 | Lens 4 | −6.582 | ASP | 0.252 | Plastic | 1.530 | 55.8 | 66.87 |
| 9 | | −5.625 | ASP | 0.332 | | | | |
| 10 | Lens 5 | −7.435 | ASP | 0.493 | Plastic | 1.639 | 23.5 | 11.28 |
| 11 | | −3.755 | ASP | 0.233 | | | | |
| 12 | Lens 6 | −1.643 | ASP | 0.444 | Plastic | 1.535 | 55.7 | −4.61 |
| 13 | | −5.378 | ASP | 0.500 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.375 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 10

Aspheric Coefficients

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | −1.5024E−01 | −1.6404E+01 | 1.4492E+01 | 5.6982E−01 | −5.8935E+01 | −1.1845E+01 |
| A4 = | 1.4630E−02 | −1.3050E−03 | −1.1482E−01 | −1.4235E−01 | 6.6970E−02 | 9.3915E−02 |
| A6 = | −1.5720E−02 | 1.1545E−01 | 3.1060E−01 | 4.6064E−01 | 1.0747E−01 | 1.8300E−01 |
| A8 = | 4.7826E−02 | −1.8745E−01 | −3.5867E−01 | −5.3633E−01 | 5.7740E−02 | −3.0964E−01 |
| A10 = | −4.4836E−02 | 1.9734E−01 | 3.2504E−01 | 9.4413E−01 | 7.7884E−02 | 4.7705E−01 |
| A12 = | 2.2079E−02 | −8.5462E−02 | −1.7621E−01 | −6.1113E−01 | −1.2053E−01 | −2.6276E−01 |
| A14 = | | | | −2.0381E−07 | −4.2640E−04 | −6.9105E−04 |

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | −2.2576E+01 | 7.9104E+00 | 2.5900E+01 | −4.8261E+00 | −5.9433E+01 | −5.0579E+01 |
| A4 = | 1.6295E−02 | 1.8688E−02 | 2.7951E−02 | 1.1156E−03 | −3.4855E−01 | −2.4558E−01 |
| A6 = | 8.8372E−03 | 4.3719E−03 | −1.1655E−01 | −1.2706E−01 | 3.4511E−01 | 2.5839E−01 |
| A8 = | −1.1810E−03 | 3.4961E−03 | 8.0476E−02 | 9.5862E−02 | −1.7005E−01 | −1.3106E−01 |
| A10 = | 8.1622E−04 | −2.6288E−05 | −3.0142E−02 | −3.5747E−02 | 4.1380E−02 | 3.6249E−02 |
| A12 = | | | 5.8673E−03 | 5.7699E−03 | −3.7298E−03 | −5.3750E−03 |
| A14 = | | | −3.7050E−05 | −5.6938E−06 | 4.5157E−05 | 3.3703E−04 |

In the 5th embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 5th embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 9 and Table 10 as the following values and satisfy the following conditions:

| 5th Embodiment | | | |
|---|---|---|---|
| f [mm] | 6.00 | SD/TD | 0.89 |
| Fno | 2.84 | ΣAT/TD | 0.45 |
| HFOV [deg.] | 21.7 | TD/Dr6r9 | 2.80 |
| V5 | 23.5 | TD/f | 0.72 |
| Nmax | 1.639 | BL/f | 0.18 |

-continued

| 5th Embodiment | | | |
|---|---|---|---|
| (R7 − R8)/(R7 + R8) | 0.08 | |Dsr1/Dsr2| | 2.38 |
| (R10 + R11)/(R10 − R11) | 2.56 | SAG62 + CT6 [mm] | −0.01 |
| (R11 + R12)/(R11 − R12) | −1.88 | f/ImgH | 2.51 |
| f/R1 − f/R12 | 5.39 | EPD/ImgH | 0.89 |
| |f/f1| + |f/f2| + |f/f6| | 5.16 | TL/ImgH | 2.28 |

6th Embodiment

FIG. 11 is a schematic view of an image capturing device according to the 6th embodiment of the present disclosure. FIG. 12 shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 6th embodiment. In FIG. 11, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image

APPL-1006 / Page 36 of 44
APPLE INC. v. COREPHOTONICS LTD.

Appx1402

US 9,726,858 B2

**27**

sensor **690**. The photographing optical lens assembly includes, in order from an object side to an image side, an aperture stop **600**, a first lens element **610**, a second lens element **620**, a third lens element **630**, a fourth lens element **640**, a fifth lens element **650**, a sixth lens element **660**, an IR-cut filter **670** and an image surface **680**, wherein the image sensor **690** is disposed on the image surface **680** of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (**610-660**) with refractive power. There is an air space in a paraxial region between any two of the first lens element **610**, the second lens element **620**, the third lens element **630**, the fourth lens element **640**, the fifth lens element **650**, and the sixth lens element **660** that are adjacent to each other, and there is no relative displacement among the lens elements (**610-660**) with refractive power.

The first lens element **610** with positive refractive power has an object-side surface **611** being convex in a paraxial region thereof and an image-side surface **612** being convex in a paraxial region thereof. The first lens element **610** is made of plastic material, and has the object-side surface **611** and the image-side surface **612** being both aspheric. Furthermore, the image-side surface **612** of the first lens element **610** includes at in an off-axial region thereof.

The second lens element **620** with negative refractive power has an object-side surface **621** being convex in a paraxial region thereof and an image-side surface **622** being concave in a paraxial region thereof. The second lens element **620** is made of plastic material, and has the object-side surface **621** and the image-side surface **622** being both aspheric.

The third lens element **630** with negative refractive power has an object-side surface **631** being convex in a paraxial

**28**

region thereof and an image-side surface **632** being concave in a paraxial region thereof. The third lens element **630** is made of plastic material, and has the object-side surface **631** and the image-side surface **632** being both aspheric.

The fourth lens element **640** with negative refractive power has an object-side surface **641** being convex in a paraxial region thereof and an image-side surface **642** being concave in a paraxial region thereof. The fourth lens element **640** is made of plastic material, and has the object-side surface **641** and the image-side surface **642** being both aspheric.

The fifth lens element **650** with positive refractive power has an object-side surface **651** being convex in a paraxial region thereof and an image-side surface **652** being convex in a paraxial region thereof. The fifth lens element **650** is made of plastic material, and has the object-side surface **651** and the image-side surface **652** being both aspheric.

The sixth lens element **660** with negative refractive power has an object-side surface **661** being concave in a paraxial region thereof and an image-side surface **662** being convex in a paraxial region thereof. The sixth lens element **660** is made of plastic material, and has the object-side surface **661** and the image-side surface **662** being both aspheric. Furthermore, the object-side surface **661** of the sixth lens element **660** includes at least one convex shape in an off-axial region thereof.

The IR-cut filter **670** is made of glass material and located between the sixth lens element **660** and the image surface **680**, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 6th embodiment are shown in Table 11 and the aspheric surface data are shown in Table 12 below.

TABLE 11

6th Embodiment
f = 6.10 mm, Fno = 2.80, HFOV = 20.0 deg.

| Surface # | | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Ape. Stop | Plano | | −0.511 | | | | |
| 2 | Lens 1 | 1.443 | ASP | 0.755 | Plastic | 1.544 | 55.9 | 2.43 |
| 3 | | −12.990 | ASP | 0.035 | | | | |
| 4 | Lens 2 | 8.114 | ASP | 0.246 | Plastic | 1.639 | 23.5 | −4.21 |
| 5 | | 1.995 | ASP | 0.225 | | | | |
| 6 | Lens 3 | 65.131 | ASP | 0.240 | Plastic | 1.530 | 55.8 | −12.52 |
| 7 | | 6.015 | ASP | 0.231 | | | | |
| 8 | Lens 4 | 9.462 | ASP | 1.193 | Plastic | 1.530 | 55.8 | −9.09 |
| 9 | | 3.053 | ASP | 0.431 | | | | |
| 10 | Lens 5 | 34.515 | ASP | 0.354 | Plastic | 1.544 | 55.9 | 5.60 |
| 11 | | −3.328 | ASP | 0.713 | | | | |
| 12 | Lens 6 | −1.153 | ASP | 0.562 | Plastic | 1.583 | 30.2 | −8.76 |
| 13 | | −1.757 | ASP | 0.300 | | | | |
| 14 | IR-cut filter | Plano | | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | | 0.338 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 12

Aspheric Coefficients

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | −1.6893E−01 | −8.4771E+01 | 3.3006E+01 | 3.1298E−01 | −9.0000E+01 | 3.8719E+01 |
| A4 = | 1.1604E−02 | 7.2658E−03 | −1.1384E−01 | −1.3817E−01 | 5.5111E−02 | 1.1133E−01 |

US 9,726,858 B2

29    30

TABLE 12-continued

| Aspheric Coefficients | | | | | |
|---|---|---|---|---|---|
| A6 = | −5.4101E−03 | 1.2022E−01 | 3.1013E−01 | 4.0136E−01 | 1.3082E−01 |
| A8 = | 3.7435E−02 | −2.0016E−01 | −3.6324E−01 | −4.9512E−01 | −3.6660E−01 |
| A10 = | −4.4881E−02 | 1.9638E−01 | 3.2472E−01 | 1.0291E+00 | 8.8664E−01 |
| A12 = | 2.3439E−02 | −8.0749E−02 | −1.6310E−01 | −6.9173E−01 | −2.2648E−01 |
| A14 = | | | | 7.8203E−09 | −1.7753E−01 | −1.4794E−08 |

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | −5.1077E+01 | −8.6335E+00 | −1.0000E+00 | −1.3153E+00 | −2.6671E+00 | −4.6271E+00 |
| A4 = | −1.2920E−02 | −1.2607E−02 | −1.4802E−02 | 4.1599E−02 | −2.7281E−01 | −3.0965E−01 |
| A6 = | 1.4081E−02 | −1.0240E−02 | −1.1592E−01 | −1.0045E−01 | 3.4374E−01 | 2.8242E−01 |
| A8 = | −3.6309E−02 | 7.2976E−04 | 7.9716E−02 | 9.6415E−02 | −1.7026E−01 | −1.3277E−01 |
| A10 = | −1.6925E−02 | −3.4278E−03 | −3.2911E−02 | −3.6752E−02 | 4.1086E−02 | 3.5383E−02 |
| A12 = | | | 3.6746E−03 | 5.2620E−03 | −3.9531E−03 | −5.4164E−03 |
| A14 = | | | −1.1429E−03 | −2.4013E−04 | −3.8430E−05 | 3.8560E−04 |

In the 6th embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 6th embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 11 and Table 12 as the following values and satisfy the following conditions:

| 6th Embodiment | | | |
|---|---|---|---|
| f [mm] | 6.10 | SD/TD | 0.90 |
| Fno | 2.80 | ΣAT/TD | 0.33 |
| HFOV [deg.] | 20.0 | TD/Dr6r9 | 2.69 |
| V5 | 55.9 | TD/f | 0.82 |
| Nmax | 1.639 | BL/f | 0.14 |
| (R7 − R8)/(R7 + R8) | 0.51 | |Dsr1/Dsr2| | 2.09 |
| (R10 + R11)/(R10 − R11) | 2.06 | SAG62 + CT6 [mm] | −0.41 |
| (R11 + R12)/(R11 − R12) | −4.82 | f/ImgH | 2.67 |
| f/R1 − f/R12 | 7.70 | EPD/ImgH | 0.95 |
| |f/f1| + |f/f2| + |f/f6| | 4.65 | TL/ImgH | 2.55 |

## 7th Embodiment

FIG. 13 is a schematic view of an image capturing device according to the 7th embodiment of the present disclosure. FIG. 14 shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 7th embodiment. In FIG. 13, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor 790. The photographing optical lens assembly includes, in order from an object side to an image side, an aperture stop 700, a first lens element 710, a second lens element 720, a third lens element 730, a fourth lens element 740, a fifth lens element 750, a sixth lens element 760, an IR-cut filter 770 and an image surface 780, wherein the image sensor 790 is disposed on the image surface 780 of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (710-760) with refractive power. There is an air space in a paraxial region between any two of the first lens element 710, the second lens element 720, the third lens element 730, the fourth lens element 740, the fifth lens element 750, and the sixth lens element 760 that are adjacent to each other,

and there is no relative displacement among the lens elements (710-760) with refractive power.

The first lens element 710 with positive refractive power has an object-side surface 711 being convex in a paraxial region thereof and an image-side surface 712 being convex in a paraxial region thereof. The first lens element 710 is made of glass material, and has the object-side surface 711 and the image-side surface 712 being both aspheric. Furthermore, the image-side surface 712 of the first lens element 710 includes at least one concave shape in an off-axial region thereof.

The second lens element 720 with negative refractive power has an object-side surface 721 being convex in a paraxial region thereof and an image-side surface 722 being concave in a paraxial region thereof. The second lens element 720 is made of plastic material, and has the object-side surface 721 and the image-side surface 722 being both aspheric.

The third lens element 730 with negative refractive power has an object-side surface 731 being convex in a paraxial region thereof and an image-side surface 732 being concave in a paraxial region thereof. The third lens element 730 is made of plastic material, and has the object-side surface 731 and the image-side surface 732 being both aspheric.

The fourth lens element 740 with positive refractive power has an object-side surface 741 being convex in a paraxial region thereof and an image-side surface 742 being convex in a paraxial region thereof. The fourth lens element 740 is made of plastic material, and has the object-side surface 741 and the image-side surface 742 being both aspheric.

The fifth lens element 750 with positive refractive power has an object-side surface 751 being concave in a paraxial region thereof and an image-side surface 752 being convex in a paraxial region thereof. The fifth lens element 750 is made of plastic material, and has the object-side surface 751 and the image-side surface 752 being both aspheric.

The sixth lens element 760 with negative refractive power has an object-side surface 761 being concave in a paraxial region thereof and an image-side surface 762 being convex in a paraxial region thereof. The sixth lens element 760 is made of plastic material, and has the object-side surface 761 and the image-side surface 762 being both aspheric. Furthermore, the object-side surface 761 of the sixth lens element 760 includes at least one convex shape in an off-axial region thereof.

APPL-1006 / Page 38 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

31

The IR-cut filter **770** is made of glass material and located between the sixth lens element **760** and the image surface **780**, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 7th embodiment are shown in Table 13 and the aspheric surface data are shown in Table 14 below.

TABLE 13

| | 7th Embodiment | | | | | |
|---|---|---|---|---|---|---|
| | f = 6.01 mm, Fno = 2.84, HFOV = 21.0 deg. | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal Length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Ape. Stop | Plano | −0.502 | | | | |
| 2 | Lens 1 | 1.399 ASP | 0.740 | Glass | 1.540 | 59.7 | 2.44 |
| 3 | | −18.691 ASP | 0.068 | | | | |
| 4 | Lens 2 | 7.179 ASP | 0.240 | Plastic | 1.639 | 23.5 | −4.68 |
| 5 | | 2.084 ASP | 0.377 | | | | |
| 6 | Lens 3 | −89.477 ASP | 0.240 | Plastic | 1.544 | 55.9 | −7.54 |
| 7 | | 4.302 ASP | 0.748 | | | | |
| 8 | Lens 4 | 32.121 ASP | 0.348 | Plastic | 1.530 | 55.8 | 22.42 |
| 9 | | −18.792 ASP | 0.480 | | | | |
| 10 | Lens 5 | −6.251 ASP | 0.515 | Plastic | 1.650 | 21.4 | 7.80 |
| 11 | | −2.889 ASP | 0.182 | | | | |
| 12 | Lens 6 | −1.624 ASP | 0.303 | Plastic | 1.535 | 55.7 | −3.63 |
| 13 | | −10.519 ASP | 0.400 | | | | |
| 14 | IR-cut filter | Plano | 0.210 | Glass | 1.517 | 64.2 | — |
| 15 | | Plano | 0.441 | | | | |
| 16 | Image | Plano | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

TABLE 14

| Aspheric Coefficients | | | | | |
|---|---|---|---|---|---|
| | | | Surface # | | |
| | 2 | 3 | 4 | 5 | 6 | 7 |
| k = | −1.2424E−01 | −7.1368E+01 | 2.5745E+01 | 1.2664E+00 | 9.0000E+01 | 1.7494E+01 |
| A4 = | 1.7833E−02 | 4.2233E−03 | −1.1260E−01 | −1.1306E−01 | 8.2297E−02 | 1.0361E−01 |
| A6 = | −1.6863E−02 | 1.1745E−01 | 3.1890E−01 | 4.7259E−01 | 1.3632E−01 | 1.6699E−01 |
| A8 = | 4.7831E−02 | −1.9367E−01 | −3.4712E−01 | −5.2266E−01 | 4.3014E−02 | −3.1348E−01 |
| A10 = | −4.6814E−02 | 1.9263E−01 | 3.0395E−01 | 1.0140E+00 | 2.6677E−02 | 4.6277E−01 |
| A12 = | 2.3748E−02 | −8.2053E−02 | −1.7591E−01 | −6.8379E−01 | −1.2408E−01 | −3.3833E−01 |

| | | | Surface # | | |
|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | 8.1769E+01 | 1.6376E+01 | 1.9446E+01 | −3.2014E+01 | −1.3373E+01 | −7.1541E+00 |
| A4 = | 1.9817E−02 | 6.9801E−03 | 2.9179E−02 | −5.8938E−03 | −3.4697E−01 | −2.5317E−01 |
| A6 = | 5.2101E−02 | 6.7154E−03 | −1.2480E−01 | −1.2779E−01 | 3.4664E−01 | 2.5999E−01 |
| A8 = | −1.6214E−04 | 3.1114E−03 | 7.9809E−02 | 9.5424E−02 | −1.7008E−01 | −1.3111E−01 |
| A10 = | 1.5099E−03 | −2.2673E−04 | −2.9983E−02 | −3.5913E−02 | 4.1232E−02 | 3.6197E−02 |
| A12 = | | | 6.0215E−03 | 5.6825E−03 | −3.8016E−03 | −5.3808E−03 |
| A14 = | | | 1.3508E−04 | −4.5709E−05 | 9.2328E−06 | 3.4221E−04 |

In the 7th embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 7th embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 13 and Table 14 as the following values and satisfy the following conditions:

32

| 7th Embodiment | | | |
|---|---|---|---|
| f [mm] | 6.01 | SD/TD | 0.88 |
| Fno | 2.84 | ΣAT/TD | 0.44 |
| HFOV [deg.] | 21.0 | TD/Dr6r9 | 2.69 |
| V5 | 21.4 | TD/f | 0.71 |

-continued

| 7th Embodiment | | | |
|---|---|---|---|
| Nmax | 1.650 | BL/f | 0.17 |
| (R7 − R8)/(R7 + R8) | 3.82 | |Dsr1/Dsr2| | 2.11 |
| (R10 + R11)/(R10 − R11) | 3.57 | SAG62 + CT6 [mm] | −0.11 |
| (R11 + R12)/(R11 − R12) | −1.37 | f/ImgH | 2.63 |
| f/R1 − f/R12 | 4.87 | EPD/ImgH | 0.93 |
| |f/f1| + |f/f2| + |f/f6| | 5.40 | TL/ImgH | 2.32 |

US 9,726,858 B2

33

## 8th Embodiment

FIG. **15** is a schematic view of an image capturing device according to the 8th embodiment of the present disclosure. FIG. **16** shows spherical aberration curves, astigmatic field curves and a distortion curve of the image capturing device according to the 8th embodiment. In FIG. **15**, the image capturing device includes a photographing optical lens assembly (its reference numeral is omitted) and an image sensor **890**. The photographing optical lens assembly includes, in order from an object side to an image side, a first lens element **810**, an aperture stop **800**, a second lens element **820**, a third lens element **830**, a fourth lens element **840**, a fifth lens element **850**, a sixth lens element **860**, an IR-cut filter **870** and an image surface **880**, wherein the image sensor **890** is disposed on the image surface **880** of the photographing optical lens assembly. The photographing optical lens assembly has a total of six lens elements (**810-860**) with refractive power. There is an air space in a paraxial region between any two of the first lens element **810**, the second lens element **820**, the third lens element **830**, the fourth lens element **840**, the fifth lens element **850**, and the sixth lens element **860** that are adjacent to each other, and there is no relative displacement among the lens elements (**810-860**) with refractive power.

The first lens element **810** with positive refractive power has an object-side surface **811** being convex in a paraxial region thereof and an image-side surface **812** being convex in a paraxial region thereof. The first lens element **810** is made of plastic material, and has the object-side surface **811** and the image-side surface **812** being both aspheric. Furthermore, the image-side surface **812** of the first lens element **810** includes at least one concave shape in an off-axial region thereof.

The second lens element **820** with negative refractive power has an object-side surface **821** being convex in a paraxial region thereof and an image-side surface **822** being concave in a paraxial region thereof. The second lens element **820** is made of plastic material, and has the object-side surface **821** and the image-side surface **822** being both aspheric.

The third lens element **830** with negative refractive power has an object-side surface **831** being convex in a paraxial region thereof and an image-side surface **832** being concave in a paraxial region thereof. The third lens element **830** is made of plastic material, and has the object-side surface **831** and the image-side surface **832** being both aspheric.

The fourth lens element **840** with positive refractive power has an object-side surface **841** being concave in a paraxial region thereof and an image-side surface **842** being convex in a paraxial region thereof. The fourth lens element **840** is made of plastic material, and has the object-side surface **841** and the image-side surface **842** being both aspheric.

The fifth lens element **850** with positive refractive power has an object-side surface **851** being concave in a paraxial region thereof and an image-side surface **852** being convex in a paraxial region thereof. The fifth lens element **850** is made of plastic material, and has the object-side surface **851** and the image-side surface **852** being both aspheric.

The sixth lens element **860** with negative refractive power has an object-side surface **861** being concave in a paraxial region thereof and an image-side surface **862** being convex in a paraxial region thereof. The sixth lens element **860** is made of plastic material, and has the object-side surface **861** and the image-side surface **862** being both aspheric. Furthermore, the object-side surface **861** of the sixth lens element **860** includes at least one convex shape in an off-axial region thereof.

The IR-cut filter **870** is made of glass material and located between the sixth lens element **860** and the image surface **880**, and will not affect a focal length of the photographing optical lens assembly.

The detailed optical data of the 8th embodiment are shown in Table 15 and the aspheric surface data are shown in Table 16 below.

TABLE 15

|  |  | 8th Embodiment | | | | | |
|  |  | f = 8.22 mm, Fno = 2.65, HFOV = 19.5 deg. | | | | | |
| Surface # |  | Curvature Radius | | Thickness | Material | Index | Abbe # | Focal Length |
|---|---|---|---|---|---|---|---|---|
| 0 | Object | Plano | | Infinity | | | | |
| 1 | Lens 1 | 2.084 | ASP | 1.161 | Plastic | 1.544 | 55.9 | 3.28 |
| 2 |  | -10.017 | ASP | 0.035 | | | | |
| 3 | Ape. Stop | Plano | | 0.037 | | | | |
| 4 | Lens 2 | 29.503 | ASP | 0.403 | Plastic | 1.639 | 23.5 | -5.55 |
| 5 |  | 3.147 | ASP | 0.476 | | | | |
| 6 | Lens 3 | 66.502 | ASP | 0.369 | Plastic | 1.544 | 55.9 | -12.14 |
| 7 |  | 5.999 | ASP | 1.005 | | | | |
| 8 | Lens 4 | -32.395 | ASP | 0.890 | Plastic | 1.514 | 56.8 | 58.94 |
| 9 |  | -15.794 | ASP | 0.654 | | | | |
| 10 | Lens 5 | -10.305 | ASP | 0.538 | Plastic | 1.650 | 21.4 | 14.57 |
| 11 |  | -5.035 | ASP | 0.287 | | | | |
| 12 | Lens 6 | -3.266 | ASP | 0.454 | Plastic | 1.535 | 55.7 | -7.08 |
| 13 |  | -24.977 | ASP | 0.600 | | | | |
| 14 | IR-cut filter | Plano | | 0.280 | Glass | 1.517 | 64.2 | — |
| 15 |  | Plano | | 0.513 | | | | |
| 16 | Image | Plano | | — | | | | |

Note:
Reference wavelength is 587.6 nm (d-line).

US 9,726,858 B2

35    36

TABLE 16

| Aspheric Coefficients | | | | | | |
|---|---|---|---|---|---|---|
| Surface # | | | | | | |
| | 1 | 2 | 4 | 5 | 6 | 7 |
| k = | −1.4948E−01 | −3.2920E+01 | −5.4431E+01 | 4.3644E−01 | 7.2256E+01 | 1.8014E+01 |
| A4 = | 5.0546E−03 | 1.2545E−03 | −4.4524E−02 | −4.8297E−02 | 3.2461E−02 | 4.3267E−02 |
| A6 = | −2.3207E−03 | 2.4069E−02 | 6.6924E−02 | 9.0658E−02 | 2.7135E−02 | 2.9822E−02 |
| A8 = | 4.7375E−03 | −2.0502E−02 | −3.8033E−02 | −5.4503E−02 | 2.7720E−03 | −3.5080E−02 |
| A10 = | −2.8841E−03 | 1.1152E−02 | 1.8586E−02 | 5.9610E−02 | 2.3807E−03 | 2.6032E−02 |
| A12 = | 6.8750E−04 | −2.3020E−03 | −4.8195E−03 | −2.2811E−02 | −3.8536E−03 | −9.6263E−03 |

| | Surface # | | | | | |
|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 |
| k = | −6.5135E+01 | 8.0905E+00 | 2.3301E+01 | −2.0741E+01 | −1.7252E+01 | 3.7102E+01 |
| A4 = | 3.2821E−03 | 1.6914E−03 | 1.9234E−02 | 4.7222E−03 | −1.3404E−01 | −9.6600E−02 |
| A6 = | 2.3665E−03 | 1.1639E−03 | −2.5360E−02 | −2.6174E−02 | 7.1202E−02 | 5.2990E−02 |
| A8 = | −3.2968E−04 | 3.5613E−04 | 8.7462E−03 | 1.0374E−02 | −1.8493E−02 | −1.4270E−02 |
| A10 = | −1.9637E−05 | −9.7043E−06 | −1.7264E−03 | −2.0701E−03 | 2.3822E−03 | 2.0920E−03 |
| A12 = | | | 1.8181E−04 | 1.7627E−04 | −1.1652E−04 | −1.6468E−04 |
| A14 = | | | −5.8729E−07 | −1.1150E−07 | 1.2989E−07 | 5.5464E−06 |

In the 8th embodiment, the equation of the aspheric surface profiles of the aforementioned lens elements is the same as the equation of the 1st embodiment. Also, the definitions of these parameters shown in the following table are the same as those stated in the 1st embodiment with corresponding values for the 8th embodiment, so an explanation in this regard will not be provided again.

Moreover, these parameters can be calculated from Table 15 and Table 16 as the following values and satisfy the following conditions:

| 8th Embodiment | | | |
|---|---|---|---|
| f [mm] | 8.22 | SD/TD | 0.81 |
| Fno | 2.65 | ΣAT/TD | 0.40 |
| HFOV [deg.] | 19.5 | TD/Dr6r9 | 2.48 |
| V5 | 21.4 | TD/f | 0.77 |
| Nmax | 1.650 | BL/f | 0.17 |
| (R7 − R8)/(R7 + R8) | 0.34 | \|Dsr1/Dsr2\| | 34.17 |
| (R10 + R11)/(R10 − R11) | 4.69 | SAG62 + CT6 [mm] | −0.03 |
| (R11 + R12)/(R11 − R12) | −1.30 | f/ImgH | 2.74 |
| f/R1 − f/R12 | 4.27 | EPD/ImgH | 1.03 |
| \|f/f1\| + \|f/f2\| + \|f/f6\| | 5.15 | TL/ImgH | 2.57 |

### 9th Embodiment

FIG. 20 is a schematic view of an electronic device 10 according to the 9th embodiment of the present disclosure. The electronic device 10 of the 9th embodiment is a smart phone, wherein the electronic device 10 includes an image capturing device 11. The image capturing device 11 includes a photographing optical lens assembly (its reference numeral is omitted) according to the present disclosure and an image sensor (its reference numeral is omitted), wherein the image sensor is disposed on an image surface of the photographing optical lens assembly.

### 10th Embodiment

FIG. 21 is a schematic view of an electronic device 20 according to the 10th embodiment of the present disclosure. The electronic device 20 of the 10th embodiment is a tablet personal computer, wherein the electronic device 20 includes an image capturing device 21. The image capturing device 21 includes a photographing optical lens assembly (its reference numeral is omitted) according to the present disclosure and an image sensor (its reference numeral is omitted), wherein the image sensor is disposed on an image surface of the photographing optical lens assembly.

### 11th Embodiment

FIG. 22 is a schematic view of an electronic device 30 according to the 11th embodiment of the present disclosure. The electronic device 30 of the 11th embodiment is a head-mounted display (HMD), wherein the electronic device 30 includes an image capturing device 31. The image capturing device 31 includes a photographing optical lens assembly (its reference numeral is omitted) according to the present disclosure and an image sensor (its reference numeral is omitted), wherein the image sensor is disposed on an image surface of the photographing optical lens assembly.

The foregoing description, for purpose of explanation, has been described with reference to specific embodiments. It is to be noted that TABLES 1-16 show different data of the different embodiments; however, the data of the different embodiments are obtained from experiments. The embodiments were chosen and described in order to best explain the principles of the disclosure and its practical applications, to thereby enable others skilled in the art to best utilize the disclosure and various embodiments with various modifications as are suited to the particular use contemplated. The embodiments depicted above and the appended drawings are exemplary and are not intended to be exhaustive or to limit the scope of the present disclosure to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings.

What is claimed is:

1. A photographing optical lens assembly comprising, in order from an object side to an image side:

a first lens element with positive refractive power having an object-side surface being convex in a paraxial region thereof;

a second lens element having negative refractive power;

APPL-1006 / Page 41 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

37

a third lens element with refractive power having an object-side surface and an image-side surface being both aspheric;

a fourth lens element with refractive power having an object-side surface and an image-side surface being both aspheric;

a fifth lens element with refractive power having an object-side surface and an image-side surface being both aspheric; and

a sixth lens element with negative refractive power having an object-side surface and an image-side surface being both aspheric; wherein the photographing optical lens assembly has a total of six lens elements with refractive power, and there is no relative displacement among the lens elements with refractive power, the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element are made of plastic material, a focal length of the photographing optical lens assembly is f, an axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, an axial distance between the image-side surface of the sixth lens element and an image surface is BL, a maximum image height of the photographing optical lens assembly is ImgH, and the following conditions are satisfied:

$$0.30 < TD/f < 0.90;$$

$$0 < BL/f < 0.25; \text{ and}$$

$$2.0 < f/ImgH < 5.0.$$

**2**. The photographing optical lens assembly of claim **1**, wherein the second lens element has an image-side surface being concave in a paraxial region thereof, a refractive index of the first lens element is N1, a refractive index of the second lens element is N2, a refractive index of the third lens element is N3, a refractive index of the fourth lens element is N4, a refractive index of the fifth lens element is N5, a refractive index of the sixth lens element is N6, a maximum of N1, N2, N3, N4, N5 and N6 is Nmax, and the following condition is satisfied:

$$Nmax < 1.70.$$

**3**. The photographing optical lens assembly of claim **1**, wherein the focal length of the photographing optical lens assembly is f, the maximum image height of the photographing optical lens assembly is ImgH, and the following condition is satisfied:

$$2.35 < f/ImgH < 4.5.$$

**4**. The photographing optical lens assembly of claim **1**, wherein the image-side surface of the third lens element is concave in a paraxial region thereof.

**5**. The photographing optical lens assembly of claim **1**, wherein an Abbe number of the fifth lens element is V5, and the following condition is satisfied:

$$V5 < 30.$$

**6**. The photographing optical lens assembly of claim **1**, further comprising:

an aperture stop, wherein an axial distance between the aperture stop and the image-side surface of the sixth lens element is SD, the axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, and the following condition is satisfied:

$$0.75 < SD/TD < 1.0.$$

38

**7**. The photographing optical lens assembly of claim **1**, wherein a distance in parallel with an optical axis from an axial vertex on the image-side surface of the sixth lens element to a maximum effective radius position on the image-side surface of the sixth lens element is SAG62, a central thickness of the sixth lens element is CT6, and the following condition is satisfied:

$$SAG62 + CT6 < 0 \text{ mm}.$$

**8**. The photographing optical lens assembly of claim **1**, wherein a curvature radius of the image-side surface of the fifth lens element is R10, a curvature radius of the object-side surface of the sixth lens element is R11, and the following condition is satisfied:

$$1.0 < (R10 + R11)/(R10 - R11) < 8.0.$$

**9**. The photographing optical lens assembly of claim **1**, wherein the focal length of the photographing optical lens assembly is f, a focal length of the first lens element is f1, a focal length of the second lens element is f2, a focal length of the sixth lens element is f6, and the following condition is satisfied:

$$5.0 < |f/f1| + |f/f2| + |f/f6|.$$

**10**. The photographing optical lens assembly of claim **1**, wherein the object-side surface of the sixth lens element is concave in a paraxial region thereof, and comprises at least one convex shape in an off-axial region thereof.

**11**. An image capturing device, comprising:

the photographing optical lens assembly of claim **1**; and an image sensor, wherein the image sensor is disposed on the image surface of the photographing optical lens assembly.

**12**. An electronic device, comprising:

the image capturing device of claim **11**.

**13**. A photographing optical lens assembly comprising, in order from an object side to an image side:

a first lens element with positive refractive power having an object-side surface being convex in a paraxial region thereof;

a second lens element having negative refractive power;

a third lens element with refractive power having an object-side surface and an image-side surface being both aspheric;

a fourth lens element with refractive power having an object-side surface and an image-side surface being both aspheric;

a fifth lens element with refractive power having an object-side surface and an image-side surface being both aspheric; and

a sixth lens element with negative refractive power having an object-side surface and an image-side surface being both aspheric;

wherein the photographing optical lens assembly has a total of six lens elements with refractive power, there is an air space between any two lens elements of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element that are adjacent to each other, and there is no relative displacement among the lens elements with refractive power, the photographing optical lens assembly further comprises an aperture stop, there is no lens element with refractive power between the aperture stop and the first lens element, a focal length of the photographing optical lens assembly is f, an axial distance between the object-side surface of the first lens element and the image-side surface of the

US 9,726,858 B2

**39**

sixth lens element is TD, a maximum image height of the photographing optical lens assembly is ImgH, a refractive index of the first lens element is N1, a refractive index of the second lens element is N2, a refractive index of the third lens element is N3, a refractive index of the fourt lens element is N4, a refractive index of the fifth lens element is N5, a refractive index of the sixth lens element is N6, and a maximum of N1, N2, N3, N4, N5 and N6 is Nmax, and the following conditions are satisfied:

$$0.30 < TD/f < 0.90;$$

$$2.35 < f/ImgH < 4.5; \text{ and}$$

$$Nmax < 1.70.$$

**14**. The photographing optical lens assembly of claim **13**, wherein the fifth lens element has positive refractive power.

**15**. The photographing optical lens assembly of claim **13**, wherein the focal length of the photographing optical lens assembly is f, the axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, and the following condition is satisfied:

$$0.50 < TD/f < 0.85.$$

**16**. The photographing optical lens assembly of claim **13**, wherein an entrance pupil diameter of the photographing optical lens assembly is EPD, the maximum image height of the photographing optical lens assembly is ImgH, and the following condition is satisfied:

$$0.8 < EPD/ImgH < 2.0.$$

**17**. The photographing optical lens assembly of claim **13**, wherein half of a maximal field of view of the photographing optical lens assembly is HFOV, and the following condition is satisfied:

$$7.5 \text{ degrees} < HFOV < 23.5 \text{ degrees}.$$

**18**. The photographing optical lens assembly of claim **13**, wherein at least two lens elements among the first lens element, the second lens element and the third lens element has an object-side surface being convex in a paraxial region thereof and an image-side surface being concave in a paraxial region thereof.

**19**. The photographing optical lens assembly of claim **13**, wherein a curvature radius of the object-side surface of the fourth lens element is R7, a curvature radius of the image-side surface of the fourth lens element is R8, and the following condition is satisfied:

$$-0.3 < (R7 - R8)/(R7 + R8) < 0.6.$$

**20**. The photographing optical lens assembly of claim **13**, wherein an axial distance between the aperture stop and the object-side surface of the first lens element is Dsr1, an axial distance between the aperture stop and an image-side surface of the first lens element is Dsr2, and the following condition is satisfied:

$$1.40 < |Dsr1/Dsr2|.$$

**21**. An image capturing device, comprising:

the photographing optical lens assembly of claim **14**;

a prism disposed on an optical path between an imaged object and the photographing optical lens assembly; and

an image sensor, wherein the image sensor is disposed on an image surface of the photographing optical lens assembly.

**40**

**22**. A photographing optical lens assembly comprising, in order from an object side to an image side:

a first lens element with positive refractive power having an object-side surface being convex in a paraxial region thereof;

a second lens element having negative refractive power;

a third lens element with refractive power having an object-side surface and an image-side surface being both aspheric;

a fourth lens element with refractive power having an object-side surface and an image-side surface being both aspheric;

a fifth lens element with refractive power having an object-side surface and an image-side surface being both aspheric; and

a sixth lens element with negative refractive power having an object-side surface and an image-side surface being both aspheric;

wherein the photographing optical lens assembly has a total of six lens elements with refractive power, and there is no relative displacement among the lens elements with refractive power, the photographing optical lens assembly further comprises an aperture stop, an axial distance between the aperture stop and the image-side surface of the sixth lens element is SD, a focal length of the photographing optical lens assembly is f, an axial distance between the object-side surface of the first lens element and the image-side side surface of the sixth lens element is TD, an axial distance between the image-side surface of the sixth lens element and an image surface is BL, a maximum image height of the photographing optical lens assmebly is ImgH, and the following conditions are satisfied:

$$0.30 < TD/f < 0.85;$$

$$0 < BL/f < 0.25; \text{ and}$$

$$2.0 < f/ImgH < 5.0; \text{ and}$$

$$0.75 < SD/TD < 1.0.$$

**23**. The photographing optical lens assembly of claim **22**, wherein the image-side surface of the fifth lens element is convex in a paraxial region thereof, and the object-side surface of the sixth lens element is concave in a paraxial region thereof.

**24**. The photographing optical lens assembly of claim **22**, wherein the object-side surface of the fifth lens element is concave in a paraxial region thereof, and the image-side surface of the sixth lens element is convex in a paraxial region thereof.

**25**. The photographing optical lens assembly of claim **22**, wherein the third lens element has negative refractive power, the first lens element has an image-side surface being convex in a paraxial region thereof and comprises at least one concave shape in an off-axial region thereof.

**26**. The photographing optical lens assembly of claim **22**, wherein the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element are made of plastic material, an axial distance between the object-side surface of the first lens element and the image surface is TL, a maximum image height of the photographing optical lens assembly is ImgH, and the following condition is satisfied:

$$2.0 < TL/ImgH < 3.0.$$

**27**. The photographing optical lens assembly of claim **22**, wherein the axial distance between the object-side surface of

APPL-1006 / Page 43 of 44
APPLE INC. v. COREPHOTONICS LTD.

US 9,726,858 B2

41

the first lens element and the image-side surface of the sixth lens element is TD, an axial distance between the image-side surface of the third lens element and the object-side surface of the fifth lens element is Dr6r9, and the following condition is satisfied:

$$TD/Dr6r9 < 3.1.$$

**28**. The photographing optical lens assembly of claim **22**, wherein each of the fourth lens element, the fifth lens element and the sixth lens element has a surface being concave in a paraxial region thereof and the other surface being convex in a paraxial region thereof.

**29**. The photographing optical lens assembly of claim **22**, wherein a curvature radius of the object-side surface of the sixth lens element is R11, a curvature radius of the image-side surface of the sixth lens element is R12, and the following condition is satisfied:

$$(R11+R12)/(R11-R12) < -1.0.$$

**30**. The photographing optical lens assembly of claim **22**, wherein the focal length of the photographing optical lens assembly is f, a focal length of the first lens element is f1,

42

a focal length of the second lens element is f2, a focal length of the sixth lens element is f6, and the following condition is satisfied:

$$5.0 < |f/f1| + |f/f2| + |f/f6|.$$

**31**. The photographing optical lens assembly of claim **22**, wherein a sum of axial distances between each two lens elements of the first lens element, the second lens element, the third lens element, the fourth lens element, the fifth lens element and the sixth lens element which are adjacent to each other is ΣAT, the axial distance between the object-side surface of the first lens element and the image-side surface of the sixth lens element is TD, and the following condition is satisfied:

$$0.40 < \Sigma AT/TD.$$

**32**. The photographing optical lens assembly of claim **22**, wherein the focal length of the photographing optical lens assembly is f, a curvature radius of the object-side surface of the first lens element is R1, a curvature radius of the image-side surface of the sixth lens element is R12, and the following condition is satisfied:

$$4.0 < f/R1 - f/R12 < 8.5.$$

\* \* \* \* \*



US007918398B2

(12) **United States Patent**
Li et al.

(10) **Patent No.:** **US 7,918,398 B2**
(45) **Date of Patent:** **Apr. 5, 2011**

(54) **INDICIA READING TERMINAL HAVING MULTIPLE SETTING IMAGING LENS**

(75) Inventors: **Jianhua Li**, Fremont, CA (US); **Chen Feng**, Snohomish, WA (US); **William H. Havens**, Syracuse, NY (US); **Ynjiun Wang**, Cupertino, CA (US)

(73) Assignee: **Hand Held Products, Inc.,** Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 375 days.

(21) Appl. No.: **12/132,480**

(22) Filed: **Jun. 3, 2008**

(65) **Prior Publication Data**

US 2009/0072038 A1     Mar. 19, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/933,022, filed on Jun. 4, 2007.

(51) **Int. Cl.**
*G06K 7/10* (2006.01)
*G06K 15/12* (2006.01)

(52) **U.S. Cl.** .......... **235/462.41**; 235/462.11; 235/462.24

(58) **Field of Classification Search** ............. 235/462.41, 235/462.11, 462.24
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,877,949 | A | 10/1989 | Danielson et al. |
| 5,019,699 | A | 5/1991 | Koenck |
| 5,406,062 | A | 4/1995 | Hasegawa et al. |
| 5,572,006 | A | 11/1996 | Wang et al. |
| 5,576,529 | A | 11/1996 | Koenck et al. |
| 5,591,955 | A | 1/1997 | Laser |
| 5,646,390 | A | 7/1997 | Wang et al. |
| 5,702,058 | A | 12/1997 | Dobbs et al. |
| 5,756,981 | A | 5/1998 | Roustaei et al. |
| 5,770,847 | A | 6/1998 | Olmstead |
| 5,784,102 | A | 7/1998 | Hussey et al. |
| 5,786,582 | A | 7/1998 | Roustaei et al. |
| 5,811,828 | A | 9/1998 | Laser |
| 5,815,200 | A | 9/1998 | Ju et al. |
| 5,821,518 | A | 10/1998 | Sussmeier et al. |
| 5,837,987 | A | 11/1998 | Koenck et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

CN     101031930     9/2007

(Continued)

OTHER PUBLICATIONS

Extended European Search Report for European Patent Application No. 08010217, Dated Oct. 17, 2008, 3 pages.

*Primary Examiner* — Edwyn Labaze
(74) *Attorney, Agent, or Firm* — Marjama Muldoon Blasiak & Sullivan LLP

(57) **ABSTRACT**

An indicia reading terminal can include a multiple setting imaging lens assembly and an image sensor having an image sensor array. In one embodiment, an indicia reading terminal in an active reading state can cycle through a set of different lens settings, expose pixels of an image sensor array during an exposure period when each new lens setting is achieved, and attempt to decode decodable indicia represented in frames of image data captured corresponding to each exposure period. In one embodiment, movement of an imaging lens assembly lens element can be provided with use of a hollow stepper motor.

**13 Claims, 10 Drawing Sheets**



10

SHORT RANGE - BEST FOCUS: 2"

APPL-1007 / Page 1 of 25
APPLE INC. v. COREPHOTONICS LTD.

**US 7,918,398 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,841,121 | A | 11/1998 | Koenck |
| 6,010,070 | A | 1/2000 | Mizuochi et al. |
| 6,073,851 | A | 6/2000 | Olmstead et al. |
| 6,223,988 | B1 | 5/2001 | Batterman et al. |
| 6,230,975 | B1 | 5/2001 | Colley et al. |
| 6,254,003 | B1 | 7/2001 | Pettinelli et al. |
| 6,315,203 | B1 | 11/2001 | Ikeda et al. |
| 6,386,452 | B1 | 5/2002 | Kawamura et al. |
| 6,522,441 | B1 | 2/2003 | Rudeen |
| 6,598,797 | B2 | 7/2003 | Lee |
| 6,681,994 | B1 | 1/2004 | Koenck |
| 6,695,209 | B1 | 2/2004 | La |
| 6,880,759 | B2 | 4/2005 | Wilde et al. |
| 7,044,378 | B2 | 5/2006 | Patel et al. |
| 7,055,747 | B2 | 6/2006 | Havens et al. |
| 7,073,715 | B2 | 7/2006 | Patel et al. |
| 7,083,098 | B2 | 8/2006 | Joseph et al. |
| 7,148,923 | B2 | 12/2006 | Harper et al. |
| 7,287,696 | B2 | 10/2007 | Attia et al. |
| 7,303,126 | B2 | 12/2007 | Patel et al. |
| 7,568,628 | B2 | 8/2009 | Wang et al. |
| 7,611,060 | B2 | 11/2009 | Wang et al. |
| 2001/0003346 | A1 | 6/2001 | Feng |
| 2004/0206825 | A1 | 10/2004 | Schmidt et al. |

| | | | |
|---|---|---|---|
| 2005/0001035 | A1 | 1/2005 | Hawley et al. |
| 2005/0103854 | A1 | 5/2005 | Zhu et al. |
| 2006/0011724 | A1 | 1/2006 | Joseph et al. |
| 2006/0043194 | A1 | 3/2006 | Barkan et al. |
| 2006/0113386 | A1 | 6/2006 | Olmstead |
| 2006/0163355 | A1 | 7/2006 | Olmstead et al. |
| 2006/0202038 | A1 | 9/2006 | Wang et al. |
| 2006/0249581 | A1 | 11/2006 | Smith |
| 2007/0181692 | A1 | 8/2007 | Barkan et al. |
| 2008/0223933 | A1 | 9/2008 | Smith |
| 2008/0265034 | A1 * | 10/2008 | Gibson .................... 235/462.25 |
| 2009/0108071 | A1 | 4/2009 | Carlson |
| 2010/0044440 | A1 | 2/2010 | Wang et al. |
| 2010/0090007 | A1 | 4/2010 | Wang et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101147157 | 3/2008 |
| EP | 1784761 | 5/2007 |
| EP | 1828957 | 9/2007 |
| EP | 1856651 | 11/2007 |
| JP | 2008511917 | 4/2008 |
| WO | WO-2006026141 | 3/2006 |
| WO | WO-2006065450 | 6/2006 |
| WO | WO-2006081466 | 8/2006 |

* cited by examiner

APPL-1007 / Page 2 of 25
APPLE INC. v. COREPHOTONICS LTD.

Appx1412

Case: 22-1324     Document: 20     Page: 405     Filed: 10/21/2022



SHORT RANGE - BEST FOCUS: 2"

*FIG. 1*

MEDIUM RANGE - BEST FOCUS: 7", $f_2 = f_1$

*FIG. 2*

Case: 22-1324    Document: 20    Page: 406    Filed: 10/21/2022



LONG RANGE - BEST FOCUS: 24", $f_3 \neq f_2, f_1$

*FIG. 3*

APPL-1007 / Page 4 of 25
APPLE INC. v. COREPHOTONICS LTD.
Appx1414



*FIG. 4*

APPL-1007 / Page 5 of 25
APPLE INC. v. COREPHOTONICS LTD.



*FIG. 5*



*FIG. 6*

APPL-1007 / Page 6 of 25
APPLE INC. v. COREPHOTONICS LTD.



*FIG. 7*

APPL-1007 / Page 7 of 25
APPLE INC. v. COREPHOTONICS LTD.



## FIG. 8



## FIG. 9

APPL-1007 / Page 8 of 25
APPLE INC. v. COREPHOTONICS LTD.



## FIG. 10



## FIG. 11

APPL-1007 / Page 9 of 25
APPLE INC. v. COREPHOTONICS LTD.



# FIG. 12

APPL-1007 / Page 10 of 25
APPLE INC. v. COREPHOTONICS LTD.

Appx1420



*FIG. 13*

APPL-1007 / Page 11 of 25
APPLE INC. v. COREPHOTONICS LTD.

Appx1421



*FIG. 14*

APPL-1007 / Page 12 of 25
APPLE INC. v. COREPHOTONICS LTD.

Appx1422

US 7,918,398 B2

1

# INDICIA READING TERMINAL HAVING MULTIPLE SETTING IMAGING LENS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims priority under 35 U.S.C. §119(e) to Provisional Patent Application No. 60/933,022, entitled "Indicia Reading Terminal Processing Plurality of Frames of Image Data Responsively To Trigger Signal Activation" filed Jun. 4, 2007. This application is also related to U.S. patent application Ser. No. 12/132,462 entitled "Indicia Reading Terminal Processing Plurality of Frames of Image Data Responsively to Trigger Signal Activation" filed concurrently herewith. Each of the above applications is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

The invention relates to an indicia reading terminal in general, and specifically, to an indicia reading terminal having a multiple setting imaging lens assembly.

## BACKGROUND OF THE PRIOR ART

A majority of commercially available image based indicia reading terminals are equipped with fixed position (single setting) imaging lens assemblies. Advances in lens technology, illumination technology, image sensor technology, and image processing technology have increased the depth of field of such terminals. However, the operational field of view of such terminals is limited by the single setting aspect of the lens assemblies of such terminals.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features described herein can be better understood with reference to the drawings described below. The drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention. In the drawings, like numerals are used to indicate like parts throughout the various views.

FIG. **1** is a schematic diagram illustrating an indicia reading terminal having a multiple setting imaging lens assembly, wherein the imaging lens assembly has a plurality of lens elements, and wherein the imaging lens assembly is set to a first setting.

FIG. **2** is a schematic diagram illustrating an indicia reading terminal having a multiple setting imaging lens assembly, wherein the imaging lens assembly has a plurality of lens elements, and wherein the imaging lens assembly is set to a second setting.

FIG. **3** is a schematic diagram illustrating an indicia reading terminal having a multiple setting imaging lens assembly, wherein the imaging lens assembly has a plurality of lens elements, and wherein the imaging lens assembly is set to a third setting.

FIG. **4** is an exemplary block diagram illustrating an exemplary component of an indicia reading terminal in one embodiment.

FIG. **5** is an exploded perspective assembly view of an imaging module in one embodiment.

FIG. **6** is a perspective view of an assembled imaging module in one embodiment.

FIG. **7** is a timing diagram illustrating operation of an indicia reading terminal in one embodiment.

2

FIG. **8** is a cutaway side view of a lens movement assembly in one embodiment.

FIG. **9** is a perspective view of a hollow stepper motor in one embodiment.

FIG. **10** is a cutaway side view illustrating a non-zooming imaging lens assembly which can be incorporated in an indicia reading terminal.

FIG. **11** is a cutaway side view illustrating another non-zooming imaging lens assembly which can be incorporated in an indicia reading terminal.

FIG. **12** is a cutaway side view illustrating a zooming imaging lens assembly which can be incorporated in an indicia reading terminal.

FIG. **13** is a perspective view of an indicia reading terminal incorporating a hand held housing in one embodiment.

FIG. **14** is a cutaway side view of an indicia reading terminal as shown in FIG. **13**.

## DETAILED DESCRIPTION OF THE INVENTION

There is provided an indicia reading terminal having a multiple setting imaging lens assembly (imaging lens). As shown in FIGS. **1**, **2**, and **3**, terminal **10** can have an image sensor **32** and an imaging lens assembly **40** (imaging lens) capable of multiple lens settings. A multiple setting imaging lens assembly can be provided e.g., with use of one or more lens elements capable of being moved into different multiple positions, with use of one or more lens elements having adjustable lens surface curvatures, with use of one or more lens elements having an adjustable index of refraction, or with use of any combination of the above. In the particular embodiment of FIGS. **1**, **2**, and **3**, a multiple lens setting indicia reading terminal comprises one or more multiple position lens elements. In the specific embodiment of FIGS. **1**, **2**, and **3**, imaging lens assembly **40** comprises seven lens elements; namely, elements **402**, **403**, **404**, **406**, **407**, **408**, **410** where the combination of elements **403** and **404** and the combination of lens elements **407** and **408** are lens doublets. In the embodiment of FIGS. **1**, **2**, and **3**, imaging lens assembly **40** focuses an image of a decodable indicia disposed on a target substrate **50** onto an active surface of image sensor **32**. In one embodiment, an active surface of an image sensor can be provided by an image sensor pixel array **33** (image sensor array).

A well-corrected lens assembly can be treated as a "black box" whose characteristics are defined by its cardinal points; namely, its first and second focal points, its first and second principal points, and its first and second nodal points. The first focal point is the point at which light rays (for example, coming from the left) from an infinitely distant object and parallel to the optical axis are brought to a common focus on the optical axis. If the rays entering the lens assembly and those emerging from the lens assembly are extended until they intersect, the points of intersection will define a surface, usually referred to as the principal plane. The intersection of this surface with the optical axis is the principal point. The "second" focal point and the "second" principal plane are those defined by rays approaching the system from the right. The "first" points are those defined by rays from the left.

The focal length of a lens assembly (also referred to as the effective focal length, EFL) is the distance from the principal point to the focal point. The back focal length (BFL) or the back focus is the distance from the vertex of the last surface of the system to the second focal point (again for light traveling through the lens assembly from left to right). The front focal length (FFL) is the distance from the front surface to the first focal point. The nodal points are two axial points such that a ray directed at the first nodal point appears (after passing

APPL-1007 / Page 13 of 25
APPLE INC. v. COREPHOTONICS LTD.

US 7,918,398 B2

**3**

through the system) to emerge from the second nodal point parallel to its original direction. When a lens assembly is bounded on both sides by air (as is true in the great majority of applications), the nodal points coincide with the principal points.

FIGS. **1**, **2** and **3** all show the respective effective focal points, nodal points, and field angles in both image and object space. Note that since the lens assembly is bounded on both sides by air, the nodal points coincide with the principal points. The field of view half angle is defined by the ray which originates at the most extreme field point of object **50** that projects to the point farthest removed from the optical axis of image sensor **32**. The focal point, nodal point and field of view angles in object space are noted as $f_n$, $n_n$, and $\theta_n$ and the corresponding points in object space are noted as $f_n'$, $n_n'$, and $\theta_n'$. The subscript "n" represents the example associated with FIGS. **1**, **2**, and **3** respectively.

In general, using paraxial approximations, the distance from the lens object space nodal point to the object $P_n$, the distance from the image space nodal point to the image $Q_n$, and the focal length $f_n$ are related through the lens equation:

$$1/f_n = 1/P_n + 1/Q_n \qquad \text{eq.1}$$

As the lens equation demonstrates, when the focal length is constant, the plane of nominal focus for the lens assembly can be changed simply by changing the separation between the object and the lens principal plane. If the focal length and image distance are similar in value, which is often the case in bar code imaging systems, then the image distance change will be minimal for a major shift in the object plane. The field of view for such lens assembly is determined by the size of the active surface of the image sensor. Similarly using paraxial approximations, the field angles for image space and object space are identical, thus:

$$\theta_n' = \theta_n$$

Referring again to FIGS. **1**, **2**, and **3**, the half field of view angle $\theta'_n$ is related to the optical configuration:

$$\text{Tan}(\theta'_n) = X_n/Q_n \qquad \text{eq. 2}$$

This can be substituted into the lens equation to eliminate $Q_n$ and giving:

$$\text{Tan}(\theta_n) = X_n * (1/f_n - 1/P_n) \qquad \text{eq. 3}$$

From this expression we can observe that the field of view for a lens assembly will not change strongly with object distance $P_n$ as long as the object distance is significantly larger than the lens focal length $f_n$. In bar code/indicia reading systems, this condition is usually satisfied. Conversely, if one wants to change the field of view, this can be most effectively done by changing the focal length $f_n$. In general, one can assert that if the lens curvatures, materials dimensions, and lens separations relative to each are unchanged, then the focal length of the lens assembly will be unchanged. Similarly, the focal length can be changed by varying any of these attributes either singularly or more likely together.

Where a focal length of an imaging lens assembly remains constant, a best focus distance of terminal **10** (the distance between the terminal and a substrate at which the terminal is optimally focused) can be adjusted by changing the distance between a focal point of imaging lens assembly **40** and the image plane, i.e., image sensor array **33** (the active surface of image sensor **32**). A focal length of imaging lens assembly **40** can be maintained at a constant value by maintaining the relative positions of lens elements **402**, **403**, **404**, **406**, **407**, **408**, **410**. A field of view (FOV) angle of an imaging lens assembly **40** is a function of an imaging lens assembly's focal

**4**

length (the FOV angle of a lens is typically expressed in terms of "half FOV" units) and image plane distance. Where image plane distances are significantly larger than an imaging lens assembly's focal length, an FOV angle of imaging lens assembly **40** can be maintained at a substantially constant value by retaining the relative positions between lens elements. A focal length of an imaging lens assembly **40** can be changed by adjusting a relative position between lens elements of an imaging lens assembly having multiple lens elements. Thus, changing a relative position between lens grouping **420** and grouping **430** changes a focal length of imaging lens assembly **40**. As mentioned, an FOV angle of imaging lens assembly **40** is a function of the imaging lens assembly's focal length. Accordingly, an FOV angle of imaging lens assembly **40** will change as grouping **420** is moved relative to grouping **430** or vice versa. Because the distance between a focal point and image sensor **32** (the image plane) will also change as one grouping is moved relative to another, a change in the relative position between grouping **420** and grouping **430** can be expected to produce a change in a best focus position of terminal **10** as well as a change in the focal length and field of view angle. The act of reducing a field of view angle of a lens while increasing a best focus distance is often referred to as "zooming". Where an imaging lens assembly is capable of zooming, it is often referred to as a "zoom lens".

In one embodiment, terminal **10** is configured so that a setting of imaging lens assembly **40** can be switched between a plurality of lens settings. In one embodiment, the plurality of lens settings is three lens settings.

Various lens settings of imaging lens assembly **40**, in one embodiment, are illustrated with reference to FIGS. **1**, **2**, and **3**. In setting (a), a short range setting, terminal **10** has a best focus distance of 2" and a half FOV angle of 35°. With lens **40** set to setting (b), a medium (intermediate) range setting, terminal **10** has a best focus distance of 7" and a half FOV angle of 36.9°. With lens **40** set to setting (c), a long range setting, terminal **10** has a best focus distance of 24" and a half FOV angle of 11.5°. A focal length of imaging lens assembly **40** can be unchanged relative to setting (a) and setting (b). Between setting (a) and setting (b), a focal length of lens assembly **40** can be maintained at a constant value by maintaining a constant spacing between lens elements. Between setting (a) and setting (b) in a specific embodiment, a focal length of lens assembly **40** can be maintained at a constant value by maintaining a constant spacing between lens groupings where the groupings are moved farther from an image sensor array between setting (a) and setting (b). By maintaining focal length at a constant value the FOV angle of lens assembly **40** will not change substantially provided the image plane distance is significantly larger than the lens focal length. Distance and angular measurements herein are given as approximate measurements. A summary of possible lens settings in one embodiment is summarized in Table 1.

TABLE 1

| Range | Lens Setting | Focal Length | Half FOV Angle | Best Focus Distance |
|---|---|---|---|---|
| Short | (a) | 4.7 mm | 35° | 2" |
| Intermediate | (b) | 4.7 mm | 36.9° | 7" |
| Long | (c) | 17.3 mm | 11.5° | 24" |

Regarding lens setting (c), it is advantageous for terminal **10** to have a reduced FOV angle at a long range setting so that a resolution of image data representing a target indicia is improved. Terminal **10** can be adapted so that when terminal

US 7,918,398 B2

**5**

10 operates to capture frames of image data for subjecting to decoding, terminal 10 cycles between three lens settings. Terminal 10 can cycle between lens settings such that for a certain exposure period, the lens setting is at a first lens setting; for a subsequent exposure period, the lens setting is at a second lens setting, and for a further subsequent exposure period, the lens setting is at a third lens setting, and continuing with the cycling so that during an exposure period after the further subsequent exposure period, the lens returns to a first or previous lens setting and so on. Frames that are captured corresponding to and representing light incident on an image sensor array during the certain, subsequent, and further subsequent exposure periods can be subject to an indicia decoding attempt such as a bar code decoding attempt.

In an alternative embodiment as shown in Table 2, imaging lens assembly 40 can have at least three lens settings. In each of the lens settings summarized in Table 2, imaging lens assembly 40 has a different focal length, a different half FOV angle, and a different best focus distance.

TABLE 2

| Range | Lens Setting | Focal Length | Half FOV Angle | Best Focus Distance |
|---|---|---|---|---|
| Short | (a) | 4.7 mm | 35° | 2″ |
| Intermediate | (b) | 8 mm | 23.4° | 7″ |
| Long | (c) | 17.3 mm | 11.5° | 24″ |

A multiple setting lens assembly for use with terminal 10 can be conveniently provided by employing a motor for moving lens elements relative to an image plane and/or relative to one another. It will be understood, however, that a multiple setting imaging lens can be provided utilizing alternative technologies. For example, spring-based actuators can be employed for moving lens elements to an image plane and/or each other. Also, fluid lens technologies can be employed. Fluid lens technologies can be employed for purposes of adjusting a curvature of a lens assembly lens element. Fluid lens technologies can also be employed in order to change an index of refraction of a lens assembly lens element by way of applying energy to the lens element to vary an optical property of a liquid included in the lens element.

A block diagram of an electrical component circuit diagram supporting operations of terminal 10 is shown in FIG. 4. Image sensor 32 can be provided on an integrated circuit having an image sensor pixel array 33 (image sensor array), column circuitry 34, row circuitry 35, a gain block 36, an analog-to-digital converter 37, and a timing and control block 38. Image sensor array 33 can be a two dimensional image sensor array having a plurality of light sensitive pixels formed in a plurality of rows and columns. Terminal 10 can further include a processor 60, an illumination control circuit 62, a lens control circuit 64, an imaging lens assembly 40, a direct memory access (DMA) unit 70, a volatile system memory 80 (e.g., a RAM), a nonvolatile system memory 82 (e.g., EPROM), a storage memory 84, a wireline input/output interface 90 (e.g., Ethernet), and an RF transceiver interface 92 (e.g., IEEE 802.11). Regarding illumination control circuit 62, illumination control circuit 62 can receive illumination control signals from processor 60 and can responsively deliver power to one or more illumination light sources such as light sources 604, and one or more aiming light sources such as aiming light source 610. Terminal 10 can also include a keyboard 94, a trigger button 95, and a pointer controller 96 for input of data and for initiation of various controls and a display 97 for output of information to an operator. Terminal 10 can also include a system bus 98 providing communication

**6**

between processor 60 and various components of terminal 10. DMA unit 70 can be provided by, e.g., a field programmable gate array (FPGA) or an application specific integrated circuit (ASIC). While shown as being separate units, DMA unit 70 and processor 60 can be provided on a common integrated circuit. In a further aspect, terminal 10 can include multiple image sensors and can include a plurality of light source banks. The light source banks can be controlled according to various control methods that can vary depending on which of a plurality of available operating configurations are active. An example of terminals that can include a plurality of image sensors and which can include plural light source banks that can be controlled in accordance with a variety of different settings depending on which of a plurality of different candidate configurations is active are described in U. S. patent application Ser. No. (not yet assigned) entitled, "Indicia Reading Terminal Processing Plurality of Frames of Image Data Responsively To Trigger Signal Activation," filed concurrently herewith and incorporated herein by reference.

In response to control signals received from processor 60, timing and control circuit 38 can send image sensor array timing signals to array 33 such as reset, exposure control, and readout timing signals. After an exposure period, a frame of image data can be read out. Analog image signals that are read out of array 33 can be amplified by gain block 36 converted into digital form by analog-to-digital converter 37 and sent to DMA unit 70. DMA unit 70, in turn, can transfer digitized image data into volatile memory 80. Processor 60 can address frames of image data retained in volatile memory 80 for decoding of decodable indicia represented therein.

Referring to FIGS. 5 and 6, an imaging module for supporting various components of terminal 10 is described. Mounted on first circuit board 602 can be image sensor 32, illumination light sources 604 (e.g., LEDs), and aiming light source 610 which can be provided by a laser diode assembly. A shroud 612 can be disposed forwardly of image sensor 32, and disposed forwardly of shroud 612 can be a lens moving assembly 302, which in the embodiment of FIG. 5 can be provided by a hollow stepper motor assembly having more than one hollow stepper motor. An optical plate 618 having light diffusers 620 for diffusing light from illumination light sources 604 can be disposed over lens moving assembly 302 so that hole 622 fits over outer barrel 304 as will be described in greater detail herein. An imaging module in an assembled form is shown in FIG. 6.

A timing diagram further illustrating operation of terminal 10, in one embodiment, is shown in FIG. 7. Timeline 202 shows a state of a trigger signal which may be made active by depression of trigger button 95. Terminal 10 can also be adapted so that a trigger signal can be made active by the terminal sensing that an object has been moved into a field of view thereof or by receipt of a serial command from an external computer. Terminal 10 can also be adapted so that a trigger signal is made active by a power up of terminal 10. For example, in one embodiment, terminal 10 can be supported on a scan stand and used for presentation reading. In such an embodiment, terminal 10 can be adapted so that a trigger signal represented by timeline 202 can be active for the entire time terminal 10 is powered up. With further reference to the timing diagram of FIG. 7, terminal 10 can be adapted so that after a trigger signal is made active at time 220, pixels of image sensor 32 are exposed during first exposure period $EXP_1$ occurring during a first time period followed by second exposure period $EXP_2$ occurring during a second time period, third exposure period $EXP_3$ occurring during a third time period and so on (after time 220 and prior to first exposure period $EXP_1$, parameter determination frames subject to

US 7,918,398 B2

7

parameter determination processing may be optionally captured subsequent to parameter determination exposure periods not indicated in FIG. 7). Referring to the timing diagram of FIG. 7, terminal **10** may expose, capture and subject to unsuccessful decode attempts N-1 frames of image data prior to successfully decoding a frame of image data corresponding to exposure period $EXP_N$. An exposure control signal in one embodiment is represented by timeline **204** of FIG. **7**.

Terminal **10** can be adapted so that after pixels of image sensor array **33** are exposed during an exposure period, a readout control pulse is applied to array **33** to read out analog voltages from image sensor **32** representative of light incident on each pixel of a set of pixels of array **33** during the preceding exposure period. Timeline **206** illustrates a timing of readout control pulses applied to image sensor array **33**. A readout control pulse can be applied to image sensor array **33** after each exposure period $EXP_1$, $EXP_2$, $EXP_3$, $EXP_{N-1}$, $EXP_N$. Readout control pulse **232** can be applied for reading out a frame of image data exposed during first exposure period $EXP_1$. Readout control pulse **234** can be applied for reading out a first frame of image data exposed during second exposure period $EXP_2$, and readout pulse **236** can be applied for reading out a frame of image data exposed during third exposure period, $EXP_3$. A readout control pulse **238** can be applied for reading out a frame of image data exposed during exposure period $EXP_{N-1}$ and readout control pulse **240** can be applied for reading out a frame of image data exposed during exposure period $EXP_N$.

Terminal **10** can be adapted so that making active trigger signal **202** drives terminal **10** into an active reading state. After analog voltages corresponding to pixels of image sensor array **33** are read out and digitized by analog-to-digital converter **37**, digitized pixel values corresponding to the voltages can be received (captured) into system volatile memory **80**. Terminal **10** can be adapted so that processor **60** can subject to a decode attempt a frame of image data retained in memory **80**. For example, in attempting to decode a 1 D bar code symbol represented in a frame of image data, processor **60** can execute the following processes. First, processor **60** can launch a scan line in the frame of image data, e.g., at a center of a frame, or a coordinate location determined to include a decodable indicia representation. Next, processor **60** can perform a second derivative edge detection to detect edges. After completing edge detection, processor **60** can determine data indicating widths between edges. Processor **60** can then search for start/stop character element sequences, and if found, derive element sequence characters character by character by comparing with a character set table. For certain symbologies, processor **60** can also perform a checksum computation. If processor **60** successfully determines all characters between a start/stop character sequence and successfully calculates a checksum (if applicable), processor **60** can output a decoded message. When outputting a decoded message, processor **60** can one or more of (a) initiate transfer of the decoded message to an external device, (b) initiate display of a decoded message on a display of terminal **10**, (c) attach a flag to a buffered decoded message determined by processor **60**, and (d) write the decoded message to an address on long term memory, e.g., **82** and/or **84**. At the time of outputting a decoded message, processor **60** can send a signal to an acoustic output device of terminal **10** (not shown) to emit a beep.

Still referring to the timing diagram of FIG. 7, timeline **208** indicates the time at which processor **60** attempts to decode a first frame of image data corresponding to exposure period $EXP_1$ (i.e., the frame of image data having image data representing light incident on pixels of image sensor array **33**

8

during first exposure period $EXP_1$). It is seen that processor **60** may commence attempting to decode using a first frame of image data a time after readout control pulse **232** to account for time delay in image data being captured into memory **80**. Referring to timeline **210**, timeline **210** indicates the time at which processor **60** attempts to decode a second frame of image data corresponding to and representing light incident on image sensor array **33** during second exposure period $EXP_2$. It is seen that processor **60** may commence attempting to decode using a second frame of image data a time after readout control pulse **234** to account for time delay in image data being captured into memory **80**. Referring to timeline **212**, timeline **212** indicates the time at which processor **60** attempts to decode a third frame of image data corresponding to and representing light incident on image sensor array **33** during third exposure period $EXP_3$. It is seen that processor **60** may commence attempting to decode using a third frame of image data a time after readout control pulse **236** to account for time delay in image data being captured into memory **80**. Referring to timeline **214**, timeline **214** indicates the time at which processor **60** attempts to decode an N-1th frame of image data corresponding to exposure period $EXP_{N-1}$. It is seen that processor **60** may commence attempting to decode using the N-1th frame of image data a time after readout control pulse **238** to account for a time delay in image data being captured into memory **80**. Referring to timeline **216**, timeline **216** indicates the time at which processor **60** attempts to decode an Nh frame of image data corresponding to exposure period $EXP_N$. It is seen that processor **60** may commence attempting to decode using the N$^{th}$ frame of image data a time after readout control pulse **240** to account for time delay in image data being captured into memory **80**.

In one embodiment, imaging lens assembly **40** can comprise moving lens elements which can be in a static (non-moving) state during exposure periods and in a moving state intermediate of exposure periods. Referring to timeline **218**, timeline **218** indicates static period and moving (in motion) periods of a lens. Terminal **10** can be adapted so that during exposure periods $EXP_1$, $EXP_2$, $EXP_3$, $EXP_{N-1}$, and $EXP_N$ lens elements are maintained in a static state and intermediate of exposure periods $EXP_1$, $EXP_2$, $EXP_3$, $EXP_{N-1}$, and $EXP_N$ lens elements are in motion. Terminal **10** can be adapted so that lens control circuit **64** initiates control signals to move a lens element at about the time of initiation of readout control signal **232**, **234**, **236**, **238**, **240** and further so that lens elements responsively move in response to receipt of the timing signals during motion periods **262**, **264**, **266**, **268**, **270** as indicated in timeline **218**. In the example of the timing diagram of FIG. **7**, it is seen that processor **60** attempts to decode for bar code symbols represented in a frame of image data during motion periods of imaging lens assembly **40**. Terminal **10** can be adapted so that lens elements of imaging lens assembly **40** are in motion while processor **60** attempts to decode a bar code symbol represented in a frame of image data.

Referring to FIGS. **8** and **9**, a lens moving assembly **302** is described. A lens moving assembly **302** can comprise one or more hollow stepper motors. A hollow stepper motor, in one embodiment, generally is characterized by a permanent magnet equipped inner barrel, forming the rotor portion of the motor. A hollow stepper motor, in one embodiment, can further be characterized by a coil equipped outer barrel, supporting the inner barrel. Hollow stepper motors exhibit reduced size relative to other types of motors and allow for precision adjustment of lens element positions. In one embodiment an inner barrel portion of a hollow stepper motor can include threads that are threadably received in threads of an outer

US 7,918,398 B2

9

barrel. With such a thread arrangement, the motor can sustain high impact relative to gear based motor arrangements. In one embodiment, threads for receiving an inner barrel in relation to an outer barrel can include threads complementarily configured so that an inner barrel is maintained at a position with respect to outer barrel 304 by way of frictional forces and without application of external energy. Accordingly, a lens setting can be controlled to remain at a certain setting simply by avoiding supplying current to a lens driver coil. By comparison, alternative lens moving assemblies, while desirable in some instances, require applied power for maintaining a fixed lens setting. For example, motion systems including spring loaded lens moving mechanisms such as voice coil motors and helimorph piezo actuators require power for maintaining of a certain lens setting. Accordingly, a major advantage of a hollow stepper motor, in one embodiment is reduced power consumption. In the embodiment of FIGS. 8 and 9, lens moving assembly 302 comprises the lens elements of imaging lens assembly 40 as shown in the particular embodiment of FIGS. 1, 2, and 3, stationary outer barrel 304, first inner barrel 306, and second inner barrel 308. In the embodiment of FIG. 8, imaging axis 30 extends perpendicularly through image sensor 32 and through a plane of each lens element.

Regarding outer barrel 304, outer barrel 304 can comprise a first set of coils 310 corresponding to first inner barrel 306 and a second set of coils 312 corresponding to second inner barrel 308. First set of coils 310 includes first coil 314 and second coil 316. Second set of coils 312 likewise can comprise first coil 318 and second coil 320. The combination of first inner barrel 306 and the first set of coils 310 form a first hollow stepper motor while the combination of second inner barrel 308 and a second set of coils 312 form a second hollow stepper motor.

Further regarding lens moving assembly 302, outer barrel 304 includes first teeth 350 for engaging teeth 351 of first inner barrel 306 and second teeth 352 for engaging teeth 353 of second inner barrel 308. The combination of teeth 350 and teeth 351 provide movement of first inner barrel 306 along axis 30 when the first inner barrel 306 is caused to rotate. The combination of teeth 352 and teeth 353 provide movement of second inner barrel 308 along axis 30 when second inner barrel 308 is caused to rotate.

Operation of an exemplary hollow stepper motor is further described with reference to FIG. 9. Each of first and second inner barrels 306 and 308 can be provided as shown in FIG. 9. While the description of FIG. 9 relates to inner barrel 306 and coil set 310, it is understood that the description is also applicable to the hollow stepper motor comprising barrel 308 and second coil set 312. Inner barrel 306 can have permanent magnets 330 of alternating north and south polarity, which are alternately formed about the circumference of barrel 306. First coil 314 can have alternating teeth 332, 334 defined by gap 336. When current flows through coil 314 in a forward direction, magnetic fields of opposite polarity are formed at successively adjacent teeth, e.g., teeth 332, 334 of coil 314. When current flows through coil 314 in a backward direction, magnetic fields of opposite polarity are again formed at successively adjacent teeth of coil 314, except the polarity of the magnetic field is the opposite of its polarity during forward direction current flow. Similarly, second coil 316 can have alternating teeth 342, 344 defined by gap 346. When current flows through coil 316 in a forward direction, magnetic fields of opposite polarity are formed at successively adjacent teeth. When current flows through coil 316 in a backward direction, magnetic fields of opposite polarity are again formed at suc-

10

cessively adjacent teeth of coil 316, except the polarity of the magnetic field is the opposite of its polarity during forward direction current flow.

For rotating inner barrel 306, current can be applied in forward and backward direction in first and second coil 314, 316 in a timed sequence coordinated manner to urge inner barrel 306 in a desired direction until a desired position of barrel 306 is achieved. When teeth of coil 314 or coil 316 have a certain polarity, it is seen that barrel 306 will have a certain position relative to barrel 304 such that permanent magnets thereof are aligned with teeth of coil 314 or coil 316. Thus, using the lens moving system of FIG. 8, precise positioning of lens elements can be achieved. The motor described with reference to FIG. 9 is referred to as a hollow stepper motor since discrete stepwise positions of barrel 306 relative to barrel 304 can be achieved wherein permanent magnets of the barrel are aligned with coil teeth having a certain polarity. Accordingly, with one of one or more hollow stepper motors, a lens setting of imaging lens assembly 40 can be a lens setting corresponding to certain positions of imaging lens assembly lens elements.

Still referring to the lens moving assembly of FIG. 8 and the specific exemplary imaging lens assembly 40 shown in FIGS. 1, 2, and 3, a first group of lens elements 420 can be disposed in first lens barrel 306 and a second group of lens elements 430 can be disposed in second lens barrel 308. By application of movement controlling control signals to first coil set 310 and second coil set 312 contemporaneously, imaging lens assembly 40 can be moved relative to the image plane defined by image sensor 32 without altering the relative positions of the lens elements of imaging lens assembly 40. Such movement is desirable in the case where it is desired to change a best focus position of imaging lens assembly 40 without changing a focal length of imaging lens assembly 40. By application of movement controlling control signals to only one of the first or second coil sets at a given time, relative movement between first group 420 and second group 430 can be achieved. Such movement is desirable in the case it is desired to change a best focus distance and a focal length of imaging lens assembly 40.

A major advantage of a hollow stepper motor configuration is reduced size. The size of lens moving assembly 40 can be reduced further utilizing one or more of the further miniaturized configurations as are described with reference to FIGS. 10-12.

In FIG. 10, there is described a non-zooming imaging lens assembly 40 having an associated hollow stepper motor lens moving assembly. Inner barrel 502 in the embodiment of FIG. 10 has a substantially uniformly diametered support 506 for receiving lens elements 510, 511, 512. As indicated in the view of FIG. 10, magnets 516 can be disposed at the outer surface of support 506. While the uniform diametered arrangement of support 506 might yield a reduction in manufacturing complexity and costs, further miniaturization can be achieved with use of the design as shown in FIG. 11.

In the embodiment of FIG. 11, support 507 for receiving lens elements 510, 511, 513 is not uniformly diametered; but rather, includes a wider diametered region 520 and a smaller diametered region 522. Where imaging lens assembly 40 includes an aperture 525, the multiple diametered support 507 can be provided without any change in the performance of imaging lens assembly 40 by providing aperture 525 in the narrow diametered region 522 of support 520 as shown in FIG. 11. With further reference to the embodiment of FIG. 11, threads 530 can be disposed at the outer surface of the wider diametered region 520 of support 507, lens elements 510, 511

US 7,918,398 B2

11

can be disposed in wider diametered region **520** and lens element **513** can be disposed in narrow diametered region **522**.

With still further reference to the embodiment of FIG. **11** having a multiple diametered support **507**, magnets **517** can be disposed at the outer surface of support **507** in the narrow diameter region of support **507** including lens aperture **525**. Comparing FIGS. **10** and **11**, it is seen that while the embodiment of FIG. **10** and FIG. **11** include identical optical acteristics, the embodiment of FIG. **11** can be of reduced diameter. Specifically, where magnets **517** are disposed about support **507** at narrow diameter region **522**, wherein aperture **525** is defined, the maximum diameter of inner barrel **503** (equal to the support outer diameter plus 2×the thickness of the magnets) about aperture **525** is reduced relative to the maximum inner barrel diameter about aperture **525** in the embodiment as shown in FIG. **10**.

Another embodiment of a hollow stepper motor that can be used in a bar code reading terminal is shown in FIG. **12**. In the embodiment of FIG. **12** showing a zoom imaging lens assembly having first group **540**, **541**, **542** and a second group **546**, **547**, **548** of lens elements, a first group of lens elements **540**, **541**, **542** is disposed in first inner barrel **550** and a second group of lenses **546**, **547**, **548** is disposed in second inner barrel **552**. Each of first and second barrels **550**, **552** in the embodiment of FIG. **12** have multiple diameter supports **551**, **553**, respectively as described in connection with the embodiment of FIG. **11**. Further regarding the embodiment of FIG. **12**, first inner barrel **550** and second inner barrel **552** can be driven by electromagnetic energy radiating from shared coil **560** disposed on outer barrel **566**. With respect to first inner barrel **550**, shared coil **560** can perform a function as provided by coil **316** as described relative to the embodiment of FIG. **8**. With respect to second inner barrel **308**, shared coil **560** can perform a function as provided by coil **318** as described in the embodiment of FIG. **8**. By combining a function of a plurality of coils into a single shared coil **560**, a size of hollow stepper motor lens moving assembly **568** is reduced. Also, with a reduction of a coil, a control input is eliminated simplifying control of the hollow stepper motor lens moving assembly **568**. The embodiment of FIG. **12** can be regarded as a lens moving assembly having first and second hollow stepper motors **569**, **570** wherein the hollow stepper motors share a common coil.

In another aspect, a system of camming surfaces can be formed complementarily on inner barrels **550**, **552** and outer barrel **566**, respectively. In one embodiment, camming surfaces **750**, **752** can be formed on an outer surface of inner barrels **550**, **552**, and complementary camming surfaces **762**, **764** can be formed on an inner surface of outer barrel **566**. Such camming surfaces can be provided so that barrels **550**, **552** move a desired distance in a direction co-extensive with imaging axis **30** when a barrel **550**, **552** is rotated about axis **30**. Camming surfaces between a barrel **550**, **552** and outer barrel **566** can be irregular so that a first time a barrel, e.g., barrel **550** is rotated an angle, α degrees, about axis **30**, the barrel moves x mm along axis **30** and further so that a second time barrel **550** is moved α degrees about axis **30**, the barrel moves y mm along axis **30**, x≠y. In one embodiment a camming surface of an inner barrel **550**, **552** comprise a camming pin and a camming surface of outer barrel **566** comprises a camming groove.

Terminal components illustrated in FIG. **4** can be disposed within and supported by a hand held housing. An exemplary hand held housing **11** for incorporating and supporting terminal components is shown and described in FIG. **13** and FIG. **14**. As seen in FIG. **14**, a plurality of circuit boards **402**

12

can be supported by housing **11** by way of struts **404** extending from interior walls of housing **11**. An imaging module **300** which comprises a lens moving assembly **302** having imaging axis **30** and image sensor **32** can be disposed within housing **11** and can be supported by housing **11** by way of support **406** extending from an interior wall of housing **11**.

Further aspects of terminal **10** are now described. Terminal **10** can be adapted so that when a trigger signal represented by timeline **202** (FIG. **7**) is active terminal **10** continually subjects newly captured frames of image data to decoding attempts until decoding is successful. Terminal **10** can be adapted so that when terminal **10** successfully decodes an encoded message from a frame of image data (at time **280** shown in the timing diagram of FIG. **7**), terminal **10** automatically deactivates trigger signal represented by timeline **202**, stops the application of exposure control pulses to image sensor array **33**, stops the application of readout control signals to image sensor array **33** and stops subjecting newly captured frames of image data to decode attempts. Where terminal **10** is a presentation reader, terminal **10** may be adapted to continually capture frames and subject such frames to a decode attempt after a first message is decoded. In addition to the above, terminal **10** after successfully decoding a message by processing a frame of image data can send a signal to an acoustic output device **99** to emit a good read beep, and can output a decoded message (e.g., by writing the decoded message to a specified memory address designated for retaining decoded messages, by writing the decoded message to display **97** and/or by sending the decoded message to an external computer). It has been mentioned that trigger signal represented by timeline **202** can be deactivated when there is a successful decode of a frame of image data. Terminal **10** can also be adapted so that trigger signal represented by timeline **202** is deactivated when a user releases a trigger button **95**.

Terminal **10** after trigger signal represented by timeline **202** is made active may subject several frames of image data to unsuccessful decode attempts before successfully decoding a message from a frame of image data. In the specific example of FIG. **7**, terminal **10** after trigger signal represented by timeline **202** is made active makes N-1 unsuccessful decode attempts by processing of frames **1** through N-1, until terminal **10** successfully decodes an encoded message by processing of frame N (the frame having image data representing light incident on pixel array pixels during exposure period $EXP_N$). It is understood that under one different illumination or decodable indicia quality condition, terminal **10** might successfully decode a first frame of image data subject to a decode attempt without unsuccessfully decoding any frames of image data. Under another different illumination or decodable indicia quality condition terminal **10** may successfully decode an Mth frame of image data after unsuccessfully decoding M-1 frames of image data, where M>>N.

Referring to the timing diagram of FIG. **7**, a specific cycling pattern for cycling imaging lens assembly **40** between various lens settings is shown. In the specific example of FIG. **7**, terminal **10** intermediate every successive exposure period, changes a setting of imaging lens assembly **40**. In changing an imaging lens assembly setting where imaging lens assembly **40** includes multiple lens elements the changing of a lens setting can include movement of one or more lens elements along imaging axis **30**. The lens setting cycling pattern shown in FIG. **7** has the characteristics of Configuration **1** as shown in Table A, below.

APPL-1007 / Page 18 of 25
APPLE INC. v. COREPHOTONICS LTD.

US 7,918,398 B2

13    14

TABLE A

| Configuration | | Exposure Period and Lens Setting Coordination | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | a | b | c | b | a | b | c | b | a | b | c | b | ... |
| 2 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | a | b | c | a | b | c | a | b | c | a | b | c | ... |
| 3 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | a | a | b | b | c | c | b | b | a | a | b | b | ... |
| 4 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | a | a | a | a | a | a | a | a | a | a | a | a | ... |
| 5 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | c | c | c | c | c | c | c | c | c | c | c | c | ... |
| 6 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | a | a' | b | b' | c | b' | b | a' | a | a' | b | b' | ... |
| 7 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | a | a | a | b | a | a | a | b | a | a | a | b | ... |
| 8 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ... |
| | Lens Setting | c | c | c | b | c | c | c | b | c | c | c | b | ... |
| 9 | Exposure Period | 1 | 2 | 3 | — | — | — | — | — | — | — | — | — | ... |
| | Lens Setting | c | c | c | c | c | c | c | c | c | c | c | c | c |
| 10 | Exposure Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | Lens Setting | c | c | c | c | c | c | c | c | c | c | c | c | c |

Still referring to Table A, terminal 10 can have alternative exposure period and lens setting coordination characteristics. For example, in Configuration 2, terminal 10 can be controlled so that a lens setting of lens 40 cycles back to setting (a) after reaching setting (c) instead of returning to setting (b) as indicated by Configuration 1. In Configuration 1 and Configuration 2, terminal 10 establishes a new lens setting for lens 40 intermediate every successive exposure period. However, as indicated by Configuration 3, terminal 10 can control lens settings of imaging lens assembly 40 such that a lens setting of imaging lens assembly 40 remains at a constant setting for more than one successive exposure period (e.g., 2, 3, 5, N) successive exposure periods before a lens setting is changed. As indicated by Configurations 4 and 5, terminal 10 can be controlled so that terminal 10 maintains a setting of imaging lens assembly 40 at a constant setting and does not change a lens setting unless a different configuration is made active. In Configuration 4, terminal 10 is particularly well adapted to read decodable indicia at close range. In Configuration 5, terminal 10 is particularly well adapted to decode indicia at long range.

Imaging lens assembly 40 can have less than or more than three settings. As indicated by Configuration 6, imaging lens assembly 40 can have a setting (a') intermediate of setting (a) and (b), and a setting (b') intermediate of setting (b), and setting (b) and the additional settings (a') and (b') can be included in the cycle of settings.

A set of three subsequent exposure periods are referred to herein as a certain exposure period, a subsequent exposure period, and a further subsequent time period. For example, referring to the timing diagram of FIG. 7 and Table A, exposure periods $EXP_1$, $EXP_2$, $EXP_3$ are in "certain frame," "subsequent frame," and "further subsequent frame" relation. Exposure periods $EXP_3$, $EXP_4$, $EXP_5$ are also in "certain," "subsequent," and "further subsequent" relation as well as the exposure periods $EXP_1$, $EXP_4$, $EXP_5$ and the exposure periods $EXP_3$, $EXP_5$, $EXP_N$ etc. The convention employing the terms "certain," "subsequent," and "further subsequent" as described is also used to designate subsequent captured frames and subsequent decoding periods herein.

As is shown in FIG. 13, terminal 10 can be adapted so that the Configurations of Table A and other configurations are user selectable. For example, in one embodiment a user interface of terminal 10 can include the presented menu as shown in FIG. 13 wherein terminal 10 displays buttons 802, 804, 806, 808 corresponding to each configuration option as shown in Table 1. Buttons for the remaining configurations can be accessed by actuating "more" button 810. When a user selects a particular button, terminal 10 is adapted to operate in accordance with the particular configuration selected until an operator selects another configuration.

In another embodiment, terminal 10 can be adapted to automatically cycle between one or more configurations described in Table A in response to failed decode attempts. For example, terminal 10 can be adapted so that after trigger signal represented by timeline 202 is made active and terminal 10 encounters X consecutive decode failures, (consecutive frames being subjected to a decode attempt without suc-

APPL-1007 / Page 19 of 25
APPLE INC. v. COREPHOTONICS LTD.

Appx1429

US 7,918,398 B2

**15**

cess) terminal **10** may automatically switch to another configuration without trigger signal represented by timeline **202** being deactivated. In another embodiment, terminal **10** can be adapted so that terminal **10** automatically cycles between Configurations of Table A between successive activations of trigger signal represented by timeline **202**. For example, terminal **10** can be adapted so that when trigger signal **202** is initiated a first time, Configuration **1** is active and when initiated a second time after said first time, another configuration e.g., Configuration **2** is active.

In still another embodiment, terminal **10** can be adapted so that the imaging lens assembly cycling configuration is responsive to a sensed condition other than the sensed condition mentioned above, wherein the mentioned sensed condition is an inability to decode a decodable indicia (indicated by consecutive frames being subjected to a decode attempt without success consecutive decode failures). A sensed condition can be e.g., a sensed terminal to target distance in one example. In one embodiment, terminal **10** can be adapted to project a spot of light onto a target substrate **50** carrying a bar code symbol **52** (bar code). For example, terminal **10** can be adapted so that aiming light source **610** projects spot **611** onto target substrate **50**. In such an embodiment, the terminal to target distance can be determined based on the location of the spot in a captured frame of image data provided the spot is projected at a known angle from terminal **10**. In one example, terminal **10** may automatically activate Configuration **7** when a short range terminal to target distance is detected and can automatically activate Configuration **8** when a long range terminal to target distance is detected. In accordance with Configuration **7**, terminal **10** primarily establishes the setting of imaging lens assembly **40** at setting (a) but occasionally establishes the lens setting at setting (b). In accordance with Configuration **8**, terminal **10** primarily establishes the setting of imaging lens assembly **40** at setting (c) but occasionally moves the setting to setting (b) during a decode attempt. Terminal **10** can be adapted so that if terminal **10** is moved a distance away from a target during a decode attempt while terminal **10** captures and attempts to decode a succession of frames of image data, terminal **10** may automatically change a configuration thereof from Configuration **7** to Configuration **8** so that a lens setting cycling pattern changes during a decode attempt while a trigger signal remains active.

With further reference to the configurations of Table A, Configuration **9** is an exemplary still image picture taking configuration. Terminal **10** can be adapted so that in a still image picture taking configuration, terminal **10** may capture a limited number of frames, e.g., 1 to J frames responsively to a trigger signal being made active. In the specific embodiment, terminal **10** captures three frames responsively to a trigger signal being made active in the still image picture taking configuration, and averages the frames for noise reduction, prior to outputting a still image frame.

Configuration **10** illustrates an exemplary motion video collection configuration. Terminal **10** can be adapted so that responsively to a trigger signal being made active in a motion video collection configuration, terminal **10** captures a plurality of frames in succession, and formats the frames into a motion video file format for storage and later viewing and/or into a live streaming video format for live viewing.

It is seen with reference to Table A that when in a still image picture taking configuration or in a motion video configuration, a lens setting of imaging lens assembly **40** is set to setting (c) wherein the imaging lens assembly has a long range focus. When operating in Configuration **9** (still image picture tak-

**16**

ing) or Configuration **10** (motion video), terminal **10**, in one embodiment, avoids subjecting captured frames of image data to decode attempts.

A small sample of the methods of an apparatus described herein are as follows.

A1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens elements, the multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said lens settings of said imaging lens assembly includes at least first, second, and third lens settings;

wherein said terminal when said lens setting is at said first lens setting has a first best focus distance and a first focal length;

wherein said terminal when said lens setting is at said second lens setting has a second best focus distance different from said first best focus distance and a focal length unchanged relative to said first focal length;

wherein said terminal when said lens setting is at said third lens setting has a third best focus distance different from either of said first or second best focus distance and a focal length different from said first focal length; and

wherein said terminal is adapted so that when a trigger signal is active, said terminal automatically cycles a lens setting of said multiple setting imaging lens assembly between said first, second, and third lens settings;

wherein said terminal is further adapted so that when a trigger signal is active, said terminal captures a certain subsequent and a further subsequent frame of image data, and subjects each of the certain, subsequent and further subsequent frames of image data to a decode attempt, the first frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at a first lens setting, the subsequent frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at said second lens setting, the further subsequent frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at said third lens setting.

A2. The bar code reading terminal of claim A1, wherein said image sensor is a 1D image sensor.

A3. The bar code reading terminal of claim A1, wherein said image sensor is a 2D image sensor.

A4. The bar code reading terminal of claim A1, wherein said bar code reading terminal includes a hollow stepper motor for facilitating motion of at least one lens element of said imaging lens assembly.

A5. The bar code reading terminal of claim A1, wherein said terminal in an active reading state cycles between said first, second, and third lens settings such that during a certain frame exposure period, said imaging lens assembly is set to said first lens setting, in a subsequent frame exposure period, said imaging lens assembly is set to a second lens setting, and further so that in a further subsequent frame exposure period occurring after said subsequent time period said imaging lens assembly is set to a third lens setting.

A6. The bar code reading terminal of claim A1, wherein said certain, subsequent, and further subsequent frames of image data are successively captured frames of image data.

A7. The bar code reading terminal of claim A1, wherein said terminal, has a plurality of groupings of lens elements, and wherein said terminal is adapted so that when cycling between said first and second lens setting, said terminal

APPL-1007 / Page 20 of 25
APPLE INC. v. COREPHOTONICS LTD.

US 7,918,398 B2

17

maintains a spacing between said groups while changing a distance between said plurality of groupings and said image sensor.

B1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly for focusing an image of target bar code onto an active surface of said image sensor, the multiple setting imaging lens assembly having a plurality of lens elements;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

at least one hollow stepper motor for moving at least one lens element of said multiple setting imaging lens assembly; and

wherein said terminal is further adapted so that said terminal in an active reading state subjects each of said first and subsequent frames of image data to a decode attempt for attempting to decode said target bar code.

B2. The bar code reading terminal of claim B1 wherein said lens settings of said imaging lens assembly include at least first, second, and third lens settings, wherein said terminal when said lens setting is at said first lens setting has a first best focus distance and a first focal length, wherein said terminal when said lens setting is at said second lens setting has a second best focus distance different from said first best focus distance and a focal length constant relative to said first focal length, wherein said terminal when said lens setting is at said third lens setting has a third best focus distance different from either of said first or second best focus distance and a focal length different from said first focal length, and wherein said terminal is adapted so that in an active reading state said terminal automatically cycles a lens setting of said multiple setting imaging lens assembly between said first, second, and third lens settings.

B3. The bar code reading terminal of claim B1, wherein said subsequent exposure period is an exposure period succeeding said first exposure period.

C1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly for focusing an image of target bar code onto an active surface of said image sensor, the multiple setting imaging lens assembly having a plurality of lens elements, the multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said terminal is adapted so that responsively to a trigger signal of said terminal being made active, said terminal captures at least a certain and subsequently a subsequent frame of image data, said certain frame of image data representing light incident on pixels of said image sensor during a certain exposure period, said subsequent frame of image data representing light incident on pixels of said image sensor during a subsequent exposure period occurring after said certain exposure period;

wherein said terminal is further adapted so that said imaging lens assembly has a first lens setting during said first exposure period and a second lens setting during said subsequent exposure period;

wherein said terminal is further adapted so that said terminal in an active reading state subjects each of said certain and subsequent frames of image data to a decode attempt for attempting to decode said target bar code, the terminal attempting to decode said certain frame of image data during a certain decoding period and attempting to decode said subsequent frame of image data during a subsequent decoding period;

18

wherein said imaging lens assembly is adapted so that said multiple lens settings of said multiple setting imaging lens are facilitated by movement of at least one lens element during a motion period of said imaging lens assembly; and

wherein said terminal in an active reading state is adapted in such manner that at least one of said certain and subsequent decoding periods is coincident with a motion period of said imaging lens assembly so that said terminal in an active reading state moves at least one lens element of said imaging lens assembly to achieve a different lens setting while simultaneously processing image data to attempt to decode said target bar code.

C2. The bar code reading terminal of claim C1 wherein said lens settings of said imaging lens assembly include at least first, second, and third lens settings, wherein said terminal when said lens setting is at said first lens setting has a first best focus distance and a first focal length, wherein said terminal when said lens setting is at said second lens setting has a second best focus distance different from said first best focus distance and a focal length unchanged relative to said first focal length, wherein said terminal when said lens setting is at said third lens setting has a third best focus distance different from either of said first or second best focus distance and a focal length different from said first focal length, and wherein said terminal is adapted so that in an active reading state said terminal automatically cycles a lens setting of said multiple setting imaging lens assembly between said first, second, and third lens settings.

C3. The bar code reading terminal of claim C1, wherein said bar code reading terminal includes at least one hollow stepper motor for moving at least one lens element of said multiple setting imaging lens assembly.

C4. The bar code reading terminal of claim C1, wherein said terminal is adapted so that further responding to a trigger signal being made active, said terminal captures a further subsequent frame of image data, said terminal further being adapted so that said terminal in an active ready state subjects ends of said certain, subsequent and further subsequent frames of image data to a decode attempt.

D1. A bar code reading terminal comprising:

an image sensor comprising a plurality of pixels;

an imaging lens assembly comprising lens elements for focusing an image onto an active surface of said image sensor;

a lens moving assembly for moving lens elements of said imaging lens assembly, wherein said lens moving assembly includes at least one inner barrel and an outer barrel, the inner barrel including a support for supporting at least some of said lens elements, the support having a narrower diameter section defining an aperture and a wider diameter section, the inner barrel having permanent magnets being driven by electromagnetic energy radiating from at least one coil disposed at said outer coil, wherein said magnets of said inner coil are disposed about said inner section of said said support;

wherein said bar code reading terminal is adapted to capture, responsively to a trigger signal being made active, a plurality of frames of image data representing light incident on said plurality of pixels; and

wherein said bar code reading terminal is further adapted so that responsively to trigger signal being made active said terminal subjects said plurality of frames to a decode process for decoding a bar code symbol.

E1. A bar code reading terminal comprising:

an image sensor comprising a plurality of pixels;

an imaging lens assembly comprising lens elements for focusing an image onto an active surface of said image sensor;

a lens moving assembly for moving lens elements of said imaging lens assembly, wherein said lens moving assembly

APPL-1007 / Page 21 of 25
APPLE INC. v. COREPHOTONICS LTD.

US 7,918,398 B2

**19**                                                        **20**

includes an outer barrel, a first inner barrel and a second inner barrel, wherein a first group of lens elements are disposed in said first inner barrel and a second group of lenses are disposed in said second inner barrel, the first and second inner barrels having magnets disposed about a circumference thereof, and wherein said outer barrel includes a common coil for radiating electromagnetic energy for simultaneously driving both of said first inner barrel and said second inner barrel;

wherein said bar code reading terminal is adapted to capture, responsively to a trigger signal being made active, a plurality of frames of image data representing light incident on said plurality of pixels; and

wherein said bar code reading terminal is further adapted so that responsively to trigger signal being made active said terminal subjects said plurality of frames to a decode process for decoding a bar code symbol.

F1. A bar code reading terminal comprising:

an image sensor comprising a plurality of pixels;

an imaging lens assembly comprising lens elements for focusing an image onto an active surface of said image sensor;

an imaging axis extending perpendicularly through said imaging lens assembly;

a lens moving assembly for moving lens elements of said imaging lens assembly, wherein said lens moving assembly includes an outer barrel and an inner barrel, wherein camming surfaces are disposed on said outer barrel and said inner barrel, wherein permanent magnets are disposed about said inner barrel, and wherein said outer barrel includes at least one coil radiating electromagnetic energy for rotating said inner barrel about said axis, the camming surfaces guiding moving in a direction coextensive with said axis as said inner barrel is rotated about said axis;

wherein said bar code reading terminal is adapted to capture, responsively to a trigger signal being made active, a plurality of frames of image data representing light incident on said plurality of pixels; and

wherein said bar code reading terminal is further adapted so that responsively to trigger signal being made active said terminal subjects said plurality of frames to a decode process for decoding a bar code symbol.

F2. The bar code reading terminal of claim F1, wherein said camming surfaces are arranged so that a first time said inner barrel is rotated a certain number of radians about said axis, said inner barrel moves a distance of x mm aligning said axis and further so that a second time said inner barrel is rotated a certain number of degrees about said axis, said inner barrel moves a distance of y along said axis, where x≠y.

G1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens elements, the multiple setting imaging lens assembly having a plurality of lens settings,

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said lens settings of said imaging lens assembly includes at least first, second, and third lens settings;

wherein said terminal when said lens setting is at said first lens setting has a first best focus distance and a first focal length;

wherein said terminal when said lens setting is at said second lens setting has a second best focus distance different from said first best focus distance and a second focal length different relative to said first focal length;

wherein said terminal when said lens setting is at said third lens setting has a third best focus distance different from

either of said first or second best focus distance and a focal length different from said first and said second focal length;

wherein said terminal is adapted so that when a trigger signal is active, said terminal automatically cycles a lens setting of said multiple setting imaging lens assembly between said first, second, and third lens settings; and

wherein said terminal is adapted further so that when a trigger signal is active, said terminal captures a certain, subsequent and a further subsequent frame of image data, and subjects each of the first subsequent and further subsequent frames of image data to a decode attempt, the first frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at first lens setting, the subsequent frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at said second lens setting, the further subsequent frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at said third lens setting.

G2. The bar code reading terminal of claim G1, wherein said image sensor is a 1D image sensor.

G3. The bar code reading terminal of claim G1, wherein said image sensor is a 2D image sensor.

G4. The bar code reading terminal of claim G1, wherein said bar code reading terminal includes a hollow stepper motor for facilitating motion of at least one lens element of said imaging lens assembly.

G5. The bar code reading terminal of claim G1, wherein said certain, subsequent, and further subsequent frames of image data are successively captured frames of image data.

G6. The bar code reading terminal of claim G1, wherein said terminal, has a plurality of groupings of lens elements, and wherein said terminal is adapted so that when cycling between said first and second lens setting, said terminal maintains a spacing between said groups while changing a distance between said plurality of groupings and said image sensor.

H1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed with said hand held housing;

wherein said bar code reading terminal is capable of operating according to a first configuration and a second configuration, wherein said terminal when said first configuration is active cycles between at least some of said plurality of lens settings when capturing frames of image data responsively to a trigger signal being made active;

wherein said terminal when said second configuration maintains a setting of said multiple setting lens assembly at a single setting when capturing at least one frame of image data responsively to a trigger, wherein said first configuration is a configuration in which said terminal is optimized for reading bar code symbols; and

wherein said second configuration is a configuration optimizing said terminal for one of still image picture taking or motion video collection, wherein said terminal has a user interface enabling operator selection of said first configuration and said second configuration.

I1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

APPL-1007 / Page 22 of 25
APPLE INC. v. COREPHOTONICS LTD.

21

wherein said bar code reading terminal is capable of operating according to a first configuration and a second configuration;

wherein said terminal when said first configuration is active cycles between at least some of said plurality of lens settings according to a first cycling pattern when capturing frames of image data;

wherein said terminal when said second configuration is active cycles between at least some of said plurality of lens settings according to a second cycling pattern when capturing frames of image data;

wherein said terminal when said first configuration is active is optimizing for reading bar code symbols at a relatively shorter range; and

wherein said terminal when said second configuration is active is optimized for reading bar code symbols at a relatively longer reading range.

I2. The bar code reading terminal of claim I1, wherein said terminal has a user interface enabling an operator to select between said first and second configurations.

I3. The bar code reading terminal of claim I1, wherein said terminal is adapted so that said terminal can switch between said first and second configurations responsively to a sensed condition while a trigger signal remains active.

I4. The bar code reading terminal of claim I1, wherein said terminal is adapted so that said terminal can switch between said first and second configurations responsively to a sensed condition while a trigger signal remains active, the sensed condition being a sensed distance of said terminal to a target.

I5. The bar code reading terminal of claim I1, wherein said terminal is adapted so that said terminal can switch between said first and second configurations responsively to a sensed condition while a trigger signal remains active, the sensed condition being an inability to decode an indicia.

J1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said bar code reading terminal is capable of operating according to a first configuration and a second configuration;

wherein said terminal when said first configuration is active cycles between at least some of said plurality of lens settings according to a first cycling pattern when capturing frames of image data;

wherein said terminal when said second configuration is active maintains a setting of said multiple setting lens assembly at a fixed lens setting when capturing frames of image data; and

wherein said terminal is adapted so that said terminal can switch from one said first configuration and said second configuration to the other of said first and second configurations responsively to a sensed condition that is sensed while a trigger signal is active.

J2. The terminal of claim J1, wherein said sensed condition is a distance from said terminal to a target.

J3. The terminal of claim J1, wherein said sensed condition is an inability to decode an indicia.

K1. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens settings;

22

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said bar code reading terminal is capable of operating according to a first configuration and a second configuration;

wherein said terminal when said first configuration is active cycles between at least some of said plurality of lens settings according to a first cycling pattern when capturing frames of image data;

wherein said terminal when said second configuration is active cycles between at least some of said plurality of lens settings according to a second cycling pattern when capturing frames of image data, the second cycling pattern being different from said first cycling pattern; and

wherein said terminal is adapted so that said terminal can switch from one said first configuration and said second configuration to the other of said first and second configurations responsively to a sensed condition that is sensed while a trigger signal is active.

K2. The terminal of claim K1, wherein said sensed condition is a distance from said terminal to a target.

K3. The terminal of claim K1, wherein said sensed condition is an inability to decode an indicia.

K4. The terminal of claim K1, wherein said multiple setting imaging lens assembly comprises a plurality of lens elements.

K5. The terminal of claim K1, wherein said multiple setting imaging lens assembly includes moving lens elements.

K6. The terminal of claim K1, wherein said multiple setting imaging lens assembly includes moving lens elements, and wherein movement of said moving lens elements is provided by a hollow stepper motor.

While the present invention has been particularly shown and described with reference to certain exemplary embodiments, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by claims that can be supported by the written description and drawings. Further, where exemplary embodiments are described with reference to a certain number of elements it will be understood that the exemplary embodiments can be practiced utilizing less than the certain number of elements.

We claim:

**1.** A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly for focusing an image of target bar code onto an active surface of said image sensor, the multiple setting imaging lens assembly having a plurality of lens elements, the multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said terminal is adapted so that responsively to a trigger signal of said terminal being made active, said terminal captures at least a current and subsequently a subsequent frame of image data, said certain frame of image data representing light incident on pixels of said image sensor during a certain exposure period, said subsequent frame of image data representing light incident on pixels of said image sensor during a subsequent exposure period occurring after said certain exposure period;

wherein said terminal is further adapted so that said imaging lens assembly has a first lens setting during said certain exposure period and a second lens setting during said subsequent exposure period;

US 7,918,398 B2

23      24

wherein said terminal is further adapted so that said terminal in an active reading state subjects each of said certain and subsequent frames of image data to a decode attempt for attempting to decode said target bar code, the terminal attempting to decode said certain frame of image data during a certain decoding period and attempting to decode said subsequent frame of image data during a subsequent decoding period;

wherein said multiple setting imaging lens assembly is adapted so that said plurality of lens settings of said multiple setting imaging lens assembly are facilitated by movement of at least one lens element during a motion period of said multiple setting imaging lens assembly; and

wherein said terminal in an active reading state is adapted in such manner that at least one of said certain and subsequent decoding periods is coincident with a motion period of said multiple setting imaging lens assembly so that said terminal in an active reading state moves at least one lens element of said multiple setting imaging lens assembly to achieve a different lens setting while simultaneously processing image data to attempt to decode said target bar code.

**2**. The bar code reading terminal of claim **1** wherein said lens settings of said multiple setting imaging lens assembly include at least first, second, and third lens settings, wherein said terminal when said lens setting is at said first lens setting has a first best focus distance and a first focal length, wherein said terminal when said lens setting is at said second lens setting has a second best focus distance different from said first best focus distance and a focal length unchanged relative to said first focal length, wherein said terminal when said lens setting is at said third lens setting has a third best focus distance different from either of said first or second best focus distance and a focal length different from said first focal length, and wherein said terminal is adapted so that in an active reading state said terminal automatically cycles a lens setting of said multiple setting imaging lens assembly between said first, second, and third lens settings.

**3**. The bar code reading terminal of claim **1**, wherein said terminal is adapted so that further responding to a trigger signal being made active, said terminal captures a further subsequent frame of image data, said terminal further being adapted so that said terminal in an active ready state subjects ends of said certain, subsequent and further subsequent frames of image data to a decode attempt.

**4**. A bar code reading terminal comprising:

an image sensor comprising a plurality of pixels;

an imaging lens assembly comprising lens elements for focusing an image onto an active surface of said image sensor;

a lens moving assembly for moving lens elements of said imaging lens assembly, wherein said lens moving assembly includes at least one inner barrel and an outer barrel, the inner barrel including a support for supporting at least some of said lens elements, the support having a narrower diameter section defining an aperture and a wider diameter section, the inner barrel having permanent magnets being driven by electromagnetic energy radiating from at least one coil disposed at said outer barrel, wherein said magnets of said inner barrel are disposed about said narrow diameter section of said support;

wherein said bar code reading terminal is adapted to capture, responsively to a trigger signal being made active, a plurality of frames of image data representing light incident on said plurality of pixels; and

wherein said bar code reading terminal is further adapted so that responsively to trigger signal being made active said terminal subjects said plurality of frames to a decode process for decoding a bar code symbol.

**5**. A bar code reading terminal comprising:

an image sensor comprising a plurality of pixels;

an imaging lens assembly comprising lens elements for focusing an image onto an active surface of said image sensor;

a lens moving assembly for moving lens elements of said imaging lens assembly, wherein said lens moving assembly includes an outer barrel, a first inner barrel and a second inner barrel, wherein a first group of lens elements are disposed in said first inner barrel and a second group of lenses are disposed in said second inner barrel, the first and second inner barrels having magnets disposed about a circumference thereof, and wherein said outer barrel includes a common coil for radiating electromagnetic energy for simultaneously driving both of said first inner barrel and said second inner barrel;

wherein said bar code reading terminal is adapted to capture, responsively to a trigger signal being made active, a plurality of frames of image data representing light incident on said plurality of pixels; and

wherein said bar code reading terminal is further adapted so that responsively to a trigger signal being made active said terminal subjects said plurality of frames to a decode process for decoding a bar code symbol.

**6**. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens elements, the multiple setting imaging lens assembly having a plurality of lens settings,

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said lens settings of said multiple setting imaging lens assembly includes at least first, second, and third lens settings;

wherein said terminal when said lens setting is at said first lens setting has a first best focus distance and a first focal length;

wherein said terminal when said lens setting is at said second lens setting has a second best focus distance different from said first best focus distance and a second focal length different relative to said first focal length;

wherein said terminal when said lens setting is at said third lens setting has a third best focus distance different from either of said first or second best focus distance and a focal length different from said first and said second focal length;

wherein said terminal is adapted so that when a trigger signal is active, said terminal automatically cycles a lens setting of said multiple setting imaging lens assembly between said first, second, and third lens settings; and

wherein said terminal is adapted further so that when a trigger signal is active, said terminal captures a certain, subsequent and a further subsequent frame of image data, and subjects each of the certain subsequent and further subsequent frames of image data to a decode attempt, the certain frame having image data representing light incident on pixels of said image sensor when said multiple setting imaging lens assembly is at first lens setting, the subsequent frame having image data representing light incident on pixels of said image sensor when said imaging lens assembly is at said second lens setting, the further subsequent frame having image

APPL-1007 / Page 24 of 25
APPLE INC. v. COREPHOTONICS LTD.

Appx1434

US 7,918,398 B2

**25**

data representing light incident on pixels of said image sensor when said multiple setting imaging lens assembly is at said third lens setting.

**7**. The bar code reading terminal of claim **6**, wherein said image sensor is a 1D image sensor.

**8**. The bar code reading terminal of claim **6**, wherein said image sensor is a 2D image sensor.

**9**. The bar code reading terminal of claim **6**, wherein said certain subsequent, and further subsequent frames of image data are successively captured frames of image data.

**10**. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed with said hand held housing;

wherein said bar code reading terminal is configured to operate according to a first configuration and a second configuration, wherein said terminal when said first configuration is active cycles between at least some of said plurality of lens settings when capturing frames of image data responsively to a trigger signal being made active;

wherein said terminal when said second configuration is active maintains a setting of said multiple setting lens assembly at a single setting when capturing at least one frame of image data responsively to a trigger signal being made active, wherein said first configuration is a configuration in which said terminal is optimized for reading bar code symbols; and

wherein said second configuration is a configuration optimizing said terminal for one of still image picture taking

**26**

or motion video collection, wherein said terminal has a user interface enabling operator selection of said first configuration and said second configuration.

**11**. A bar code reading terminal comprising:

an image sensor having a plurality of pixels;

a multiple setting imaging lens assembly having a plurality of lens settings;

a hand held housing, wherein said image sensor is disposed within said hand held housing;

wherein said bar code reading terminal is configured to operate according to a first configuration and a second configuration;

wherein said terminal when said first configuration is active cycles between at least some of said plurality of lens settings according to a first cycling pattern when capturing frames of image data;

wherein said terminal when said second configuration is active maintains a setting of said multiple setting lens assembly at a fixed lens setting when capturing frames of image data; and

wherein said terminal is adapted so that said terminal can switch from one of said first configuration and said second configuration to the other of said first configuration and second said configuration responsively to a sensed condition that is sensed while a trigger signal is active.

**12**. The terminal of claim **11**, wherein said sensed condition is a distance from said terminal to a target.

**13**. The terminal of claim **11**, wherein said sensed condition is an inability to decode an indicia.

\*   \*   \*   \*   \*



US008363337B2

(12) **United States Patent**
Tang et al.

(10) **Patent No.:** **US 8,363,337 B2**
(45) **Date of Patent:** **Jan. 29, 2013**

(54) **IMAGING LENS ASSEMBLY**

(75) Inventors: **Hsiang Chi Tang**, Taichung (TW);
**Chun Shan Chen**, Taichung (TW);
**Tsung Han Tsai**, Taichung (TW)

(73) Assignee: **Largan Precision Co., Ltd.**, Taichung
(TW)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 257 days.

(21) Appl. No.: **12/823,713**

(22) Filed: **Jun. 25, 2010**

(65) **Prior Publication Data**

US 2011/0249346 A1      Oct. 13, 2011

(30) **Foreign Application Priority Data**

Apr. 8, 2010 (TW) .............................. 99110860 A

(51) **Int. Cl.**
*G02B 9/60* (2006.01)
*G02B 13/18* (2006.01)

(52) **U.S. Cl.** ....................................... 359/764; 359/714

(58) **Field of Classification Search** ......... 359/763–764,
359/754–757, 771–773, 776–778, 713–714
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,365,920 | B2 | 4/2008 | Noda |
| 7,643,225 | B1 | 1/2010 | Tsai |

| | | | | |
|---|---|---|---|---|
| 7,864,454 | B1 * | 1/2011 | Tang et al. | ................... 359/764 |
| 7,965,454 | B2 * | 6/2011 | Tanaka et al. | .............. 359/754 |
| 2010/0220229 | A1 * | 9/2010 | Sano | .......................... 348/340 |
| 2010/0253829 | A1 * | 10/2010 | Shinohara | ............... 348/340 |
| 2010/0254029 | A1 * | 10/2010 | Shinohara | ............... 359/764 |
| 2011/0013069 | A1 * | 1/2011 | Chen | ........................ 348/335 |
| 2011/0115965 | A1 * | 5/2011 | Engelhardt et al. | .......... 348/345 |
| 2011/0134305 | A1 * | 6/2011 | Sano et al. | ................. 348/340 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| TW | | M369459 | 11/2009 |
| WO | WO 2010/024198 | * | 3/2010 |

* cited by examiner

*Primary Examiner* — Jordan Schwartz

(74) *Attorney, Agent, or Firm* — Morris, Manning & Martin,
LLP; Tim Tingkang Xia, Esq.

(57) **ABSTRACT**

This invention provides an imaging lens assembly including
five lens elements with refractive power, in order from an
object side toward an image side: a first lens with positive
refractive power having a convex object-side surface, a sec-
ond lens with negative refractive power, a third lens having a
concave object-side surface, a fourth lens with positive
refractive power having an object-side surface and a convex
image-side surface, and at least one of both surfaces thereof
being aspheric, a fifth lens with negative refractive power
having a concave image-side surface with at least one inflec-
tion point formed thereon. An aperture stop is positioned
between an imaged object and the second lens. The imaging
lens assembly further comprises an electronic sensor on
which an object is imaged. With such arrangement, the size
and the optical sensitivity of the lens assembly can be
reduced. A high image resolution is also obtained.

**23 Claims, 25 Drawing Sheets**





Fig. 1A



Fig. 1B

APPL-1009 / Page 3 of 36
APPLE INC. v. COREPHOTONICS LTD.

Appx1461



Fig. 2A



Fig. 2B



Fig. 3A



Fig. 3B



Fig. 4A



Fig. 4B



Fig. 5A

APPL-1009 / Page 10 of 36
APPLE INC. v. COREPHOTONICS LTD.



Fig. 5B



Fig. 6A



Fig. 6B

| TABLE 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 1) | | | | | | | |
| f = 4.34 mm, Fno = 2.85, HFOV = 33.2 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.424400 (ASP) | 0.562 | Plastic | 1.544 | 55.9 | 2.55 |
| 2 | | -43.791100 (ASP) | -0.010 | | | | |
| 3 | Ape. Stop | Plano | 0.096 | | | | |
| 4 | Lens 2 | -15.543700 (ASP) | 0.351 | Plastic | 1.632 | 23.4 | -5.28 |
| 5 | | 4.287000 (ASP) | 0.559 | | | | |
| 6 | Lens 3 | -3.112200 (ASP) | 0.302 | Plastic | 1.632 | 23.4 | -26.30 |
| 7 | | -3.973100 (ASP) | 0.274 | | | | |
| 8 | Lens 4 | -3.011300 (ASP) | 0.790 | Plastic | 1.544 | 55.9 | 2.03 |
| 9 | | -0.881520 (ASP) | 0.250 | | | | |
| 10 | Lens 5 | -2.171820 (ASP) | 0.360 | Plastic | 1.530 | 55.8 | -1.73 |
| 11 | | 1.674970 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.334 | | | | |
| 14 | Image | Plano | | | | | |

Fig.7

APPL-1009 / Page 14 of 36
APPLE INC. v. COREPHOTONICS LTD.

| TABLE 2A | | | | | |
|---|---|---|---|---|---|
| Aspheric Coefficients | | | | | |
| Surface # | 1 | 2 | 4 | 5 | 6 |
| k = | -5.03747E+00 | -9.00000E+01 | -9.00000E+01 | 2.12386E+01 | -2.47567E+00 |
| A4 = | 2.14865E-01 | -5.07469E-02 | 9.34335E-03 | 3.54189E-02 | -1.85260E-01 |
| A6 = | -2.00756E-01 | 6.72433E-02 | 3.30155E-02 | 3.28807E-02 | -1.30889E-01 |
| A8 = | 2.35011E-01 | -2.65004E-01 | 2.41725E-01 | 1.03737E-01 | 3.47995E-01 |
| A10= | -2.26327E-01 | 3.66614E-01 | -9.28831E-01 | -2.81785E-01 | -4.39597E-01 |
| A12= | 3.78911E-02 | -2.95155E-01 | 1.42201E+00 | 4.36516E-01 | 3.31819E-01 |
| A14= | -1.40446E-02 | 7.10802E-02 | -7.15280E-01 | -1.65618E-01 | |
| Surface # | 7 | 8 | 9 | 10 | |
| k = | 1.30836E+00 | 2.54690E+00 | -3.55591E+00 | -2.10680E+01 | |
| A4 = | -1.07942E-01 | 8.04230E-03 | -6.26096E-02 | -1.85407E-02 | |
| A6 = | -9.36666E-02 | 3.84691E-02 | 9.50058E-02 | -2.83403E-02 | |
| A8 = | 1.46098E-01 | -2.24302E-01 | -1.17097E-01 | 1.23311E-02 | |
| A10= | -4.68426E-02 | 3.02684E-01 | 6.74457E-02 | -7.53760E-04 | |
| A12= | 2.44880E-02 | -1.70694E-01 | -1.72145E-02 | -2.09606E-04 | |
| A14= | | 3.64635E-02 | 1.49999E-03 | 2.15227E-05 | |

Fig.8A

| TABLE 2B | |
|---|---|
| Aspheric Coefficients | |
| Surface # | 11 |
| k = | -1.45741E+01 |
| A1 = | |
| A2 = | |
| A3 = | |
| A4 = | -5.89149E-02 |
| A5 = | |
| A6 = | 1.64455E-02 |
| A7 = | |
| A8 = | -5.94048E-03 |
| A9 = | |
| A10 = | 1.44523E-03 |
| A11 = | |
| A12 = | -2.18721E-04 |
| A13 = | |
| A14 = | 1.54195E-05 |

Fig.8B

| TABLE 3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 2) | | | | | | | |
| f = 4.19 mm, Fno = 2.60, HFOV = 34.0 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.571920 (ASP) | 0.676 | Plastic | 1.544 | 55.9 | 2.73 |
| 2 | | -23.121400 (ASP) | 0.048 | | | | |
| 3 | Ape. Stop | Plano | 0.022 | | | | |
| 4 | Lens 2 | 12.150700 (ASP) | 0.292 | Plastic | 1.650 | 21.4 | -5.81 |
| 5 | | 2.853260 (ASP) | 0.556 | | | | |
| 6 | Lens 3 | -6.283400 (ASP) | 0.326 | Plastic | 1.650 | 21.4 | -19.97 |
| 7 | | -12.432900 (ASP) | 0.258 | | | | |
| 8 | Lens 4 | -2.500840 (ASP) | 0.688 | Plastic | 1.544 | 55.9 | 2.55 |
| 9 | | -0.980050 (ASP) | 0.150 | | | | |
| 10 | Lens 5 | -11.177200 (ASP) | 0.681 | Plastic | 1.530 | 55.8 | -2.41 |
| 11 | | 1.469280 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.283 | | | | |
| 14 | Image | Plano | | | | | |

Fig.9

| TABLE 4A | | | | |
|---|---|---|---|---|
| Aspheric Coefficients | | | | |
| Surface # | 1 | 2 | 4 | 5 | 6 |
| k   = | -6.50001E+00 | -1.00000E+00 | -1.00000E+00 | -7.60424E+00 | 0.00000E+00 |
| A4 = | 2.00906E-01 | -6.63627E-02 | -8.73985E-02 | -1.55910E-02 | -2.17817E-01 |
| A6 = | -1.82304E-01 | 1.64269E-01 | 2.18896E-01 | 9.85914E-02 | -1.49415E-01 |
| A8 = | 1.76311E-01 | -2.97652E-01 | -7.79705E-02 | -1.12267E-03 | 2.42150E-01 |
| A10= | -1.32426E-01 | 3.16695E-01 | -4.44971E-01 | -2.20387E-01 | -2.90155E-01 |
| A12= | 3.44944E-02 | -1.82173E-01 | 1.02314E+00 | 3.80280E-01 | 1.43366E-01 |
| A14= | 1.25591E-03 | 4.41557E-02 | -6.59333E-01 | -1.75174E-01 | |
| Surface # | 7 | 8 | 9 | 10 | |
| k   = | 0.00000E+00 | 2.30246E+00 | -3.32916E+00 | -8.80951E+00 | |
| A4 = | -1.48716E-01 | 2.07187E-02 | -8.80091E-02 | -1.10587E-02 | |
| A6 = | -8.37144E-02 | 4.03194E-02 | 1.00182E-01 | -2.29816E-02 | |
| A8 = | 1.08256E-01 | -2.04141E-01 | -9.82521E-02 | 1.10219E-02 | |
| A10= | -2.95477E-02 | 3.06164E-01 | 6.46503E-02 | -1.04015E-03 | |
| A12= | 1.66616E-02 | -1.72754E-01 | -1.95080E-02 | -1.76243E-04 | |
| A14= | | 3.45768E-02 | 1.88250E-03 | 2.78399E-05 | |

## Fig.10A

| TABLE 4B | |
|---|---|
| Aspheric Coefficients | |
| Surface # | 11 |
| k   = | -9.60219E+00 |
| A1 = | |
| A2 = | |
| A3 = | |
| A4 = | -5.52140E-02 |
| A5 = | |
| A6 = | 1.78677E-02 |
| A7 = | |
| A8 = | -6.88010E-03 |
| A9 = | |
| A10 = | 1.53372E-03 |
| A11 = | |
| A12 = | -1.91127E-04 |
| A13 = | |
| A14 = | 1.05203E-05 |

## Fig.10B

APPL-1009 / Page 17 of 36
APPLE INC. v. COREPHOTONICS LTD.

**U.S. Patent**　　　Jan. 29, 2013　　　Sheet 17 of 25　　　US 8,363,337 B2

| TABLE 5 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 3) | | | | | | | |
| f = 4.35 mm, Fno = 2.80, HFOV = 33.2 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.421730 (ASP) | 0.636 | Plastic | 1.544 | 55.9 | 2.45 |
| 2 | | -18.098000 (ASP) | 0.016 | | | | |
| 3 | Ape. Stop | Plano | 0.078 | | | | |
| 4 | Lens 2 | -14.976300 (ASP) | 0.300 | Plastic | 1.632 | 23.4 | -4.32 |
| 5 | | 3.368400 (ASP) | 0.483 | | | | |
| 6 | Lens 3 | -5.243800 (ASP) | 0.302 | Plastic | 1.632 | 23.4 | -76.12 |
| 7 | | -6.016600 (ASP) | 0.320 | | | | |
| 8 | Lens 4 | -1.873900 (ASP) | 0.665 | Plastic | 1.544 | 55.9 | 2.72 |
| 9 | | -0.930010 (ASP) | 0.220 | | | | |
| 10 | Lens 5 | 24.743600 (ASP) | 0.401 | Plastic | 1.530 | 55.8 | -2.43 |
| 11 | | 1.217630 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.460 | | | | |
| 14 | Image | Plano | | | | | |

# Fig.11

APPL-1009 / Page 18 of 36
APPLE INC. v. COREPHOTONICS LTD.

**U.S. Patent**    Jan. 29, 2013    Sheet 18 of 25    US 8,363,337 B2

| TABLE 6A | | | | |
|---|---|---|---|---|
| Aspheric Coefficients | | | | |
| Surface # | 1 | 2 | 4 | 5 | 6 |
| k    = | -5.26517E+00 | -1.00000E+01 | 1.00000E+00 | -6.82413E-01 | 0.00000E+00 |
| A4 = | 2.15207E-01 | -6.79263E-02 | -2.04501E-02 | 2.93137E-02 | -2.72749E-01 |
| A6 = | -1.82036E-01 | 1.18010E-01 | 2.01484E-01 | 1.76780E-01 | -1.33984E-01 |
| A8 = | 1.62877E-01 | -2.55074E-01 | -5.45787E-02 | -1.54056E-01 | 3.11282E-01 |
| A10= | -1.39998E-01 | 3.17407E-01 | -4.92283E-01 | 2.87216E-03 | -5.08400E-01 |
| A12= | 2.64129E-02 | -2.73173E-01 | 1.11138E+00 | 3.36307E-01 | 2.56690E-01 |
| A14= | -6.48581E-03 | 1.05820E-01 | -6.96535E-01 | -1.70744E-01 | |
| Surface # | 7 | 8 | 9 | 10 | |
| k    = | 0.00000E+00 | 6.51876E-01 | -3.67070E+00 | 9.99629E-01 | |
| A4 = | -2.19697E-01 | 1.77486E-02 | -7.16624E-02 | -1.99381E-02 | |
| A6 = | -1.64572E-02 | 6.59271E-02 | 1.07323E-01 | -2.91861E-02 | |
| A8 = | 9.06411E-02 | -2.06221E-01 | -1.15810E-01 | 1.19631E-02 | |
| A10= | -6.21708E-02 | 3.01437E-01 | 6.69969E-02 | -8.02955E-04 | |
| A12= | 5.70379E-02 | -1.75580E-01 | -1.75127E-02 | -2.24956E-04 | |
| A14= | | 3.71142E-02 | 1.33893E-03 | 2.94410E-05 | |

## Fig.12A

| TABLE 6B | |
|---|---|
| Aspheric Coefficients | |
| Surface # | 11 |
| k    = | -8.93377E+00 |
| A1 = | |
| A2 = | |
| A3 = | |
| A4 = | -6.26500E-02 |
| A5 = | |
| A6 = | 1.54085E-02 |
| A7 = | |
| A8 = | -5.76500E-03 |
| A9 = | |
| A10 = | 1.43824E-03 |
| A11 = | |
| A12 = | -2.09108E-04 |
| A13 = | |
| A14 = | 1.43252E-05 |

## Fig.12B

APPL-1009 / Page 19 of 36
APPLE INC. v. COREPHOTONICS LTD.

| TABLE 7 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 4) | | | | | | | |
| f = 4.33 mm, Fno = 2.60, HFOV = 33.2 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Lens 1 | 1.396360 (ASP) | 0.708 | Plastic | 1.544 | 55.9 | 2.88 |
| 2 | | 10.488800 (ASP) | 0.072 | | | | |
| 3 | Ape. Stop | Plano | 0.032 | | | | |
| 4 | Lens 2 | 10.467100 (ASP) | 0.270 | Plastic | 1.650 | 21.4 | -5.22 |
| 5 | | 2.535670 (ASP) | 0.465 | | | | |
| 6 | Lens 3 | -14.285700 (ASP) | 0.302 | Plastic | 1.650 | 21.4 | 29.01 |
| 7 | | -8.193500 (ASP) | 0.324 | | | | |
| 8 | Lens 4 | -2.028110 (ASP) | 0.738 | Plastic | 1.544 | 55.9 | 3.24 |
| 9 | | -1.064940 (ASP) | 0.144 | | | | |
| 10 | Lens 5 | 9.881400 (ASP) | 0.513 | Plastic | 1.530 | 55.8 | -2.91 |
| 11 | | 1.309360 (ASP) | 0.700 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.414 | | | | |
| 14 | Image | Plano | | | | | |

Fig.13

| TABLE 8A | | | | | |
|---|---|---|---|---|---|
| Aspheric Coefficients | | | | | |
| Surface # | 1 | 2 | 4 | 5 | 6 |
| k    = | -5.00633E+00 | -1.00000E+00 | -1.00000E+00 | -7.49719E+00 | 0.00000E+00 |
| A4 = | 2.32204E-01 | -7.35021E-02 | -1.28418E-01 | 1.00889E-02 | -1.52207E-01 |
| A6 = | -1.58394E-01 | 1.39743E-01 | 2.25881E-01 | 1.77925E-01 | -1.10405E-01 |
| A8 = | 1.73248E-01 | -2.03752E-01 | -1.65227E-02 | -4.27130E-02 | 2.18028E-01 |
| A10= | -1.22634E-01 | 3.14988E-01 | -5.50431E-01 | -1.57746E-01 | -2.75464E-01 |
| A12= | 5.87457E-02 | -3.54165E-01 | 1.02314E+00 | 3.84135E-01 | 1.27539E-01 |
| A14= | -1.23741E-02 | 1.71260E-01 | -6.59499E-01 | -1.74964E-01 | |
| Surface # | 7 | 8 | 9 | 10 | |
| k    = | 0.00000E+00 | 9.18047E-01 | -4.22959E+00 | -6.41687E+00 | |
| A4 = | -9.71476E-02 | 7.01281E-02 | -5.12756E-02 | -3.34585E-02 | |
| A6 = | -8.11331E-02 | 2.92123E-02 | 7.23839E-02 | -2.38064E-02 | |
| A8 = | 1.07277E-01 | -2.10911E-01 | -9.95429E-02 | 1.07164E-02 | |
| A10= | -4.27833E-02 | 3.08682E-01 | 6.60561E-02 | -9.57510E-04 | |
| A12= | 1.05082E-02 | -1.72128E-01 | -1.93006E-02 | -1.71937E-04 | |
| A14= | | 3.42333E-02 | 1.89104E-03 | 2.66446E-05 | |

Fig.14A

| TABLE 8B | |
|---|---|
| Aspheric Coefficients | |
| Surface # | 11 |
| k    = | -8.50861E+00 |
| A1 = | |
| A2 = | |
| A3 = | |
| A4 = | -5.34583E-02 |
| A5 = | |
| A6 = | 1.42727E-02 |
| A7 = | |
| A8 = | -5.88607E-03 |
| A9 = | |
| A10 = | 1.47381E-03 |
| A11 = | |
| A12 = | -2.07677E-04 |
| A13 = | |
| A14 = | 1.25263E-05 |

Fig.14B

APPL-1009 / Page 21 of 36
APPLE INC. v. COREPHOTONICS LTD.

| TABLE 9 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 5) | | | | | | | |
| f = 4.30 mm, Fno = 2.80, HFOV = 33.5 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Ape. Stop | Plano | -0.237 | | | | |
| 2 | Lens 1 | 1.257430 (ASP) | 0.607 | Plastic | 1.544 | 55.9 | 2.18 |
| 3 | | -17.382200 (ASP) | 0.085 | | | | |
| 4 | Lens 2 | -5.890300 (ASP) | 0.280 | Plastic | 1.650 | 21.4 | -4.25 |
| 5 | | 5.297300 (ASP) | 0.427 | | | | |
| 6 | Lens 3 | -4.889000 (ASP) | 0.325 | Plastic | 1.650 | 21.4 | -53.79 |
| 7 | | -5.833000 (ASP) | 0.417 | | | | |
| 8 | Lens 4 | -2.060770 (ASP) | 0.381 | Plastic | 1.544 | 55.9 | 5.06 |
| 9 | | -1.254960 (ASP) | 0.241 | | | | |
| 10 | Lens 5 | -4.149800 (ASP) | 0.717 | Plastic | 1.530 | 55.8 | -2.69 |
| 11 | | 2.307850 (ASP) | 0.500 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.203 | | | | |
| 14 | Image | Plano | | | | | |

Fig.15

APPL-1009 / Page 22 of 36
APPLE INC. v. COREPHOTONICS LTD.

| TABLE 10A | | | | | |
|---|---|---|---|---|---|
| Aspheric Coefficients | | | | | |
| Surface # | 2 | 3 | 4 | 5 | 6 |
| k  = | -4.16503E+00 | -1.00000E+00 | -1.00000E+00 | 1.00000E+00 | 0.00000E+00 |
| A4 = | 2.52514E-01 | -4.73140E-02 | 1.80336E-02 | 6.06816E-02 | -2.78926E-01 |
| A6 = | -1.56241E-01 | 1.31073E-01 | 2.13945E-01 | 1.35275E-01 | -7.86865E-02 |
| A8 = | 1.11054E-01 | -3.37418E-01 | -2.33519E-01 | 5.47458E-02 | 1.32807E-01 |
| A10= | -1.77887E-01 | 2.19568E-01 | -3.31830E-01 | -2.44028E-01 | 3.68821E-03 |
| A12= | 4.83160E-01 | 6.99161E-02 | 1.13289E+00 | 9.95190E-02 | -1.21131E-01 |
| A14= | -6.49618E-01 | -2.57807E-01 | -7.66733E-01 | 5.77923E-01 | |
| A16= | 0.00000E+00 | | | | |
| A18= | 2.07000E-01 | | | | |
| Surface # | 7 | 8 | 9 | 10 | |
| k  = | 0.00000E+00 | -3.25031E-01 | -3.71937E+00 | -1.00325E+00 | |
| A4 = | -2.28580E-01 | -3.21544E-02 | 1.35154E-02 | 1.19929E-02 | |
| A6 = | -6.31907E-03 | 5.63934E-04 | 5.46366E-02 | -2.28009E-02 | |
| A8 = | 8.72537E-02 | -2.05601E-01 | -1.01751E-01 | 1.06486E-02 | |
| A10= | -5.79243E-03 | 2.95230E-01 | 6.73690E-02 | -1.09325E-03 | |
| A12= | 4.85584E-02 | -1.76582E-01 | -1.86841E-02 | -1.81772E-04 | |
| A14= | | 4.43478E-02 | 1.61631E-03 | 3.01233E-05 | |

## Fig.16A

| TABLE 10B | |
|---|---|
| Aspheric Coefficients | |
| Surface # | 11 |
| k  = | -1.82664E+01 |
| A1 = | |
| A2 = | |
| A3 = | |
| A4 = | -5.34936E-02 |
| A5 = | |
| A6 = | 1.18156E-02 |
| A7 = | |
| A8 = | -5.74831E-03 |
| A9 = | |
| A10 = | 1.55616E-03 |
| A11 = | |
| A12 = | -2.34573E-04 |
| A13 = | |
| A14 = | 1.52092E-05 |

## Fig.16B

APPL-1009 / Page 23 of 36
APPLE INC. v. COREPHOTONICS LTD.

| TABLE 11 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Embodiment 6) | | | | | | | |
| f = 4.20 mm, Fno = 2.80, HFOV = 34.0 deg. | | | | | | | |
| Surface # | | Curvature Radius | Thickness | Material | Index | Abbe # | Focal length |
| 0 | Object | Plano | Infinity | | | | |
| 1 | Ape. Stop | Plano | -0.220 | | | | |
| 2 | Lens 1 | 1.316260 (ASP) | 0.523 | Plastic | 1.544 | 55.9 | 2.62 |
| 3 | | 14.534000 (ASP) | 0.061 | | | | |
| 4 | Lens 2 | 7.019500 (ASP) | 0.280 | Plastic | 1.650 | 21.4 | -5.72 |
| 5 | | 2.391790 (ASP) | 0.469 | | | | |
| 6 | Lens 3 | -2.641690 (ASP) | 0.323 | Plastic | 1.544 | 55.9 | 26.23 |
| 7 | | -2.325110 (ASP) | 0.245 | | | | |
| 8 | Lens 4 | -1.588400 (ASP) | 0.543 | Plastic | 1.544 | 55.9 | 5.15 |
| 9 | | -1.135790 (ASP) | 0.636 | | | | |
| 10 | Lens 5 | -4.887700 (ASP) | 0.400 | Plastic | 1.544 | 55.9 | -2.95 |
| 11 | | 2.460040 (ASP) | 0.500 | | | | |
| 12 | IR-filter | Plano | 0.300 | Glass | 1.517 | 64.2 | - |
| 13 | | Plano | 0.302 | | | | |
| 14 | Image | Plano | | | | | |

Fig.17

APPL-1009 / Page 24 of 36
APPLE INC. v. COREPHOTONICS LTD.

**U.S. Patent**     Jan. 29, 2013     Sheet 24 of 25     US 8,363,337 B2

| TABLE 12A | | | | |
|---|---|---|---|---|
| Aspheric Coefficients | | | | |
| Surface # | 2 | 3 | 4 | 5 | 6 |
| k = | -4.08671E+00 | -1.00000E+00 | -1.00000E+00 | -6.37628E+00 | 0.00000E+00 |
| A4 = | 2.27279E-01 | -1.74239E-01 | -2.09727E-01 | 8.91131E-03 | -1.78188E-01 |
| A6 = | -1.27123E-01 | 3.64308E-01 | 4.51316E-01 | 2.71747E-01 | -8.02245E-02 |
| A8 = | 1.42039E-01 | -5.36251E-01 | -1.83316E-01 | -7.59948E-02 | 4.85349E-01 |
| A10= | -3.20230E-01 | 6.38368E-01 | -3.82148E-01 | 1.11837E-01 | -3.55472E-01 |
| A12= | 7.15413E-01 | -8.11801E-01 | 3.80411E-01 | 5.39964E-02 | 1.98246E-01 |
| A14= | -7.65740E-01 | 3.07833E-01 | -1.18724E-01 | 7.43244E-02 | |
| A16= | 0.00000E+00 | | | | |
| A18= | 2.07000E-01 | | | | |
| Surface # | 7 | 8 | 9 | 10 | |
| k = | 0.00000E+00 | 7.14887E-01 | -2.64319E+00 | 1.00000E+00 | |
| A4 = | -4.68181E-02 | 1.55372E-01 | -1.85691E-02 | -3.48270E-02 | |
| A6 = | 1.76791E-03 | 6.82914E-02 | 7.08880E-02 | -1.60463E-02 | |
| A8 = | 1.20073E-01 | -1.88479E-01 | -9.23223E-02 | 1.14931E-02 | |
| A10= | 4.74770E-02 | 2.75548E-01 | 6.89068E-02 | -1.13596E-03 | |
| A12= | -6.80992E-02 | -1.75047E-01 | -2.01860E-02 | -2.18294E-04 | |
| A14= | | 4.60463E-02 | 1.07214E-03 | 3.28237E-05 | |

Fig.18A

| TABLE 12B | |
|---|---|
| Aspheric Coefficients | |
| Surface # | 11 |
| k = | -1.44713E+01 |
| A1 = | |
| A2 = | |
| A3 = | |
| A4 = | -7.55231E-02 |
| A5 = | |
| A6 = | 2.09199E-02 |
| A7 = | |
| A8 = | -7.50029E-03 |
| A9 = | |
| A10 = | 1.80991E-03 |
| A11 = | |
| A12 = | -2.51370E-04 |
| A13 = | |
| A14 = | 1.48859E-05 |

Fig.18B

APPL-1009 / Page 25 of 36
APPLE INC. v. COREPHOTONICS LTD.

Appx1483

| TABLE 13 | | | | | | |
|---|---|---|---|---|---|---|
| | Embodiment 1 | Embodiment 2 | Embodiment 3 | Embodiment 4 | Embodiment 5 | Embodiment 6 |
| f | 4.34 | 4.19 | 4.35 | 4.33 | 4.30 | 4.20 |
| Fno | 2.85 | 2.60 | 2.80 | 2.60 | 2.80 | 2.80 |
| HFOV | 33.2 | 34.0 | 33.2 | 33.2 | 33.5 | 34.0 |
| V1-V2 | 32.5 | 34.5 | 32.5 | 34.5 | 34.5 | 34.5 |
| V1-((V1+V2+V3)/3) | 21.7 | 23.0 | 21.7 | 23.0 | 23.0 | 11.5 |
| f1/f | 0.59 | 0.65 | 0.56 | 0.67 | 0.51 | 0.62 |
| f1/f4 | 1.26 | 1.07 | 0.90 | 0.89 | 0.43 | 0.51 |
| R1/f | 0.33 | 0.38 | 0.33 | 0.32 | 0.29 | 0.31 |
| (CT2/f)*10 | 0.81 | 0.70 | 0.69 | 0.62 | 0.65 | 0.67 |
| (T12/f)*10 | 0.20 | 0.17 | 0.22 | 0.24 | 0.20 | 0.15 |
| Td/f | 0.81 | 0.88 | 0.79 | 0.82 | 0.81 | 0.83 |
| SL/TTL | 0.88 | 0.85 | 0.86 | 0.84 | 0.95 | 0.95 |
| TTL/ImgH | 1.67 | 1.71 | 1.67 | 1.71 | 1.53 | 1.57 |

Fig.19

US 8,363,337 B2

1

## IMAGING LENS ASSEMBLY

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an imaging lens assembly, and more particularly, to a compact imaging lens assembly used in portable electronic devices.

2. Description of the Prior Art

In recent years, with the popularity of mobile phone cameras, the demand for compact imaging lenses is increasing, and the sensor of a general photographing camera is none other than CCD (charge coupled device) or CMOS device (Complementary Metal Oxide Semiconductor device). Furthermore, as advanced semiconductor manufacturing technology has allowed the pixel size of sensors to be reduced and the resolution of compact imaging lenses has gradually increased, there is an increasing demand for compact imaging lenses featuring better image quality.

A conventional imaging lens assembly for mobile phone cameras, such as the one disclosed in U.S. Pat. No. 7,365,920, generally comprises four lens elements and an aperture stop disposed in front of the four lens elements, wherein two spherical-surface glass lenses are used as the first and second lens elements, and being adhered together to form a doublet and thereby to correct the chromatic aberration. Such an arrangement of optical elements, however, has the following disadvantages: (1) the freedom of the system is curtailed due to the employment of excess number of spherical-surface glass lenses, thus the total track length of the system cannot be reduced easily; (2) the process of making the glass lenses adhered together is complicated, posing difficulties in manufacture. In addition, a four independent lens elements optical system is disclosed by U.S. Pat. No. 7,643,225, comprising multiple aspheric lens elements, which effectively shortens the total track length and obtains high image quality.

However, due to the popularity of high standard mobile devices such as smart phones and PDAs (Personal Digital Assistant) driving the rapid improvements in high resolution and image quality of the current compact imaging lens systems, conventional four lens elements systems no longer satisfy the higher level camera modules. Furthermore, with the current trend for high performance and compact design in electronic products, the need for high resolution and high performance compact imaging lens assembly is very crucial in high level electronics development.

Therefore, a need exists in the art for an imaging lens assembly that features better image quality, maintains a moderate total track length and is applicable to compact portable electronic products.

### SUMMARY OF THE INVENTION

The present invention provides an imaging lens assembly comprising: in order from an object side to an image side: a first lens element with positive refractive power having a convex object-side surface; a second lens element with negative refractive power; a third lens element having a concave object-side surface,; a fourth lens element with positive refractive power having a convex image-side surface, at least one of the object-side and image-side surfaces thereof being aspheric; and a fifth lens element with negative refractive power having a concave image-side surface on which at least one inflection point is formed; wherein the imaging lens assembly further comprises an aperture stop and an electronic sensor for image formation, wherein the aperture stop is disposed between the imaged object and the second lens

2

element; and wherein the distance on the optical axis between the aperture stop and the electronic sensor is SL, the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, and they satisfy the relation: 0.75<SL/TTL<1.20.

According to another aspect of the present invention, an imaging lens assembly comprises, in order from an object side to an image side: a first lens element with positive refractive power having a convex object-side surface; a second lens element with negative refractive power having a concave image-side surface; a third lens element having a concave object-side surface and a convex image-side surface; a fourth lens element with positive refractive power having a concave object-side surface and a convex image-side surface, both of the object-side and image-side surfaces thereof being aspheric; a fifth lens element with negative refractive power having a concave image-side surface on which at least one inflection point is formed, both of the object-side and image-side surfaces thereof being aspheric; wherein there is an air distance between the first lens element and the second lens element; wherein the air distance on the optical axis between the first lens element and the second lens element is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: 0.05<(T12/f)*10<0.85.

Such an arrangement of optical elements can reduce the size as well as the sensitivity of the imaging lens assembly and enables the lens assembly to obtain higher resolution.

In the present imaging lens assembly, the first lens element has positive refractive power so that the total track length of the imaging lens assembly can be effectively reduced; the second lens element has negative refractive power so that the aberration generated from the positive refractive power of the first lens element and the chromatic aberration of the system can be favorably corrected; the third lens element can have either negative or positive refractive power; when the third lens element has negative refractive power, the Petzval Sum of the system can be corrected effectively and the peripheral image plane becomes flatter; when the third lens element has positive refractive power, the high order aberration of the system can be favorably corrected; the fourth lens element with positive refractive power can effectively distribute positive refractive power contributed by the first lens element in order to mitigate the sensitivity of the system; the fifth lens element with negative refractive power can place the principal point of the optical system away from the image plane, reducing the total track length in order to maintain a compact imaging lens system.

In the present imaging lens assembly, the first lens element may be a bi-convex lens element or a meniscus lens element having a convex object-side surface and a concave image-side surface. When the first lens element is a bi-convex lens element, the refractive power thereof can be effectively enhanced, thus allowing a shortening of the total track length of the imaging lens assembly. When the first lens element is a meniscus lens element, the astigmatism of the system can be corrected more favorably. The second lens element has a concave object-side surface so as to favorably extend the back focal length of the system, thereby providing sufficient space to accommodate other components. The third lens element has a concave object-side surface so as to facilitate the correction of the astigmatism and high order aberrations of the system. Moreover, the third lens element preferably has a concave object-side surface and a convex image-side surface; and the fourth lens element has a convex image-side surface and can effectively reduce the incident angle of the system on the electronic sensor and increase the photo sensitivity of the system; preferably, the fourth lens element has a concave

APPL-1009 / Page 27 of 36
APPLE INC. v. COREPHOTONICS LTD.

Appx1485

US 8,363,337 B2

**3**

object-side surface and a convex image-side surface, which can effectively correct the aberration of the system at the same time; the fifth lens element has a concave image-side surface so that the principal point of the system can be away from the image plane, and the total track length of the system can be reduced, in order to maintain the compact size of the lens assembly; preferably, the fifth lens element has a concave object-side surface and a concave image-side surface.

In the aforementioned imaging lens assembly, the aperture stop can be disposed between the imaged object and the first lens element or between the first lens element and the second lens element. The first lens element provides positive refractive power, and the aperture stop is disposed near the object side of the imaging lens assembly, thereby the total track length of the imaging lens assembly can be reduced effectively. The aforementioned arrangement also enables the exit pupil of the imaging lens assembly to be positioned far away from the image plane, thus light will be projected onto the electronic sensor at a nearly perpendicular angle, and this is the telecentric feature of the image side. The telecentric feature is very important to the photosensitive power of the current solid-state sensor as it can improve the photosensitivity of the sensor to reduce the probability of the occurrence of shading. Moreover, the fifth lens element is provided with at least one inflection point, thereby the angle at which the light is projected onto the sensor from the off-axis field can be effectively reduced to further correct the off-axis aberrations. In addition, when the aperture stop is disposed closer to the second lens elements, a wide field of view can be favorably achieved. Such stop placement facilitates the correction of the distortion and chromatic aberration of magnification, and the mitigation of the system's sensitivity. Therefore, in the present imaging lens assembly, the aperture stop is placed between the imaged object and the second lens element for the purpose of achieving a balance between the telecentric feature and wide field of view of the imaging lens assembly; when the aperture stop is disposed between the imaged object and the first lens element, telecentric feature of the system is emphasized and the total track length can be shortened; when the aperture stop is disposed between the first lens element and the second lens element, the wide field of view can be emphasized and the sensitivity of the system can be effectively reduced.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** shows an imaging lens assembly in accordance with a first embodiment of the present invention.

FIG. **1B** shows the aberration curves of the first embodiment of the present invention.

FIG. **2A** shows an imaging lens assembly in accordance with a second embodiment of the present invention.

FIG. **2B** shows the aberration curves of the second embodiment of the present invention.

FIG. **3A** shows an imaging lens assembly in accordance with a third embodiment of the present invention.

FIG. **3B** shows the aberration curves of the third embodiment of the present invention.

FIG. **4A** shows an imaging lens assembly in accordance with a fourth embodiment of the present invention.

FIG. **4B** shows the aberration curves of the fourth embodiment of the present invention.

FIG. **5A** shows an imaging lens assembly in accordance with a fifth embodiment of the present invention.

FIG. **5B** shows the aberration curves of the fifth embodiment of the present invention.

**4**

FIG. **6A** shows an imaging lens assembly in accordance with a sixth embodiment of the present invention.

FIG. **6B** shows the aberration curves of the sixth embodiment of the present invention.

FIG. **7** is TABLE 1 which lists the optical data of the first embodiment.

FIGS. **8A** and **8B** are TABLES 2A and 2B which list the aspheric surface data of the first embodiment.

FIG. **9** is TABLE 3 which lists the optical data of the second embodiment.

FIGS. **10A** and **10B** are TABLES 4A and 4B which list the aspheric surface data of the second embodiment.

FIG. **11** is TABLE 5 which lists the optical data of the third embodiment.

FIGS. **12A** and **12B** are TABLES 6A and 6B which list the aspheric surface data of the third embodiment.

FIG. **13** is TABLE 7 which lists the optical data of the fourth embodiment.

FIGS. **14A** and **14B** are TABLES 8A and 8B which list the aspheric surface data of the fourth embodiment.

FIG. **15** is TABLE 9 which lists the optical data of the fifth embodiment.

FIGS. **16A** and **16B** are TABLES 10A and 10B which list the aspheric surface data of the fifth embodiment.

FIG. **17** is TABLE 11 which lists the optical data of the sixth embodiment.

FIGS. **18A** and **18B** are TABLES 12A and 12B which list the aspheric surface data of the sixth embodiment.

FIG. **19** is TABLE 13 which lists the data of the respective embodiments resulting from the equations.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention provides an imaging lens assembly comprising, in order from the object side to the image side: a first lens element with positive refractive power having a convex object-side surface; a second lens element with negative refractive power; a third lens element having a concave object-side surface; and a fourth lens element with positive refractive power having a convex image-side surface, at least one of the object-side and image-side surfaces thereof being aspheric ; a fifth lens element with negative refractive power having a concave image-side surface on which at least one inflection point is formed; wherein the imaging lens assembly further comprises an aperture stop and an electronic sensor for image formation; wherein the aperture stop is disposed between the imaged object and the second lens element; and wherein the distance on the optical axis between the aperture stop and the electronic sensor is SL, the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, and they satisfy the relation: 0.75<SL/TTL<1.20.

When the aforementioned imaging lens assembly satisfies the above relation: 0.75<SL/TTL<1.20, the imaging lens assembly can obtain a good balance between the telecentric feature and wide field of view; preferably, the aperture stop is disposed between the first lens element and the second lens element, and they satisfy the relation: 0.75<SL/TTL<0.92.

In the aforementioned imaging lens assembly, it is preferable that the second lens element has a concave image-side surface so as to effectively increase the back focal distance in order to obtain enough space for additional components; preferably, the fourth lens element has a concave object-side surface; wherein a meniscus fourth lens element having a concave object-side surface and a convex image-side surface can favorably correct the aberration of the system; preferably,

US 8,363,337 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

the fifth lens element has a concave object-side surface; wherein a bi-concave fifth lens element can place the principal point of the optical system further away from the image plane, which reduces the total track length of the system in order to stay compact.

In the aforementioned imaging lens assembly, it is preferable that the object-side and image-side surfaces of the fifth lens elements are aspheric. Aspheric surfaces can be easily made into non-spherical profiles, allowing more design parameter freedom which can be used to reduce aberrations and the number of the lens elements, so that the total track length of the imaging lens assembly can be effectively reduced; preferably, the fifth lens element is made of plastic material. Plastic material is favorable for the reduction in the weight of the lens assembly and also in the production cost.

In the aforementioned imaging lens assembly, the focal length of the first lens element is f1, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.40 < f1/f < 0.80$. When the above relation is satisfied, the refractive power of the first lens element is more balanced so that the total track length of the system can be effectively controlled to keep the imaging lens assembly compact. The above relation also prevents the high order spherical aberration from becoming too large, so that the image quality can be improved. And preferably they satisfy the relation: $0.50 < f1/f < 0.70$.

In the aforementioned imaging lens assembly, the thickness on the optical axis of the second lens element is CT2, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.30 < (CT2/f)*10 < 1.00$. When the above relation is satisfied, the thickness of the second lens element is appropriate when trying to achieve a good balance between the manufacturing yield and the correction of the system aberration.

In the aforementioned imaging lens assembly, the Abbe number of the first lens element is V1, the Abbe number of the second lens element is V2, and they preferably satisfy the relation: $25.0 < V1 - V2 < 45.0$. The above relation facilitates the correction of the chromatic aberration of the imaging lens assembly. And it will be more preferable that V1 and V2 satisfy the relation: $30.0 < V1 - V2 < 42.0$.

In the aforementioned imaging lens assembly, the radius of curvature of the object-side surface of the first lens element is R1, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.25 < R1/f < 0.45$. When the above relation is satisfied, the first lens element is provided with sufficient positive refractive power while preventing high order aberration from becoming too large.

In the aforementioned imaging lens assembly, the focal length of the first lens element is f1, the focal length of the fourth lens element is f4, and they preferably satisfy the relation: $0.80 < f1/f4 < 1.40$. When the above relation is satisfied, the distribution of refractive power from the first lens element and the fourth lens element is more balanced, which reduces the sensitivity of the system and the generation of aberration.

In the aforementioned imaging lens assembly, with air distance between the first lens element and the second lens element, the distance on the optical axis between the first and second lens elements is T12, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.05 < (T12/f)*10 < 0.85$. When the above relation is satisfied, the distance on the optical axis between the first lens element and the second lens element is more appropriate, which avoids the difficulties of lens element insertion due to overly tight spacing or maintaining compact size due to overly large spacing.

In the aforementioned imaging lens assembly, the Abbe number of the first lens element is V1, the Abbe number of the second lens element is V2, the Abbe number of the third lens element is V3, and they preferably satisfy the relation: $15.0 < V1 - ((V1 + V2 + V3)/3) < 30.0$. When the above relation is satisfied, the correction of the chromatic aberration of the imaging lens assembly is even more favorable in order to increase the resolution of the system.

In the aforementioned imaging lens assembly, the distance on the optical axis between the object-side surface of the first lens element and the image-side surface of the fifth lens element is Td, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.70 < Td/f < 1.00$. When the above relation is satisfied, the lens elements are placed closer together in order to maintain the compact size of the imaging lens system.

In the aforementioned imaging lens assembly, the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they preferably satisfy the relation: $TTL/ImgH < 1.95$. The above relation makes the imaging lens assembly to maintain a compact form so that it can be installed in compact portable electronic products.

The present invention provides another imaging lens assembly comprising, in order from the object side to the image side: a first lens element with positive refractive power having a convex object-side surface; a second lens element with negative refractive power having a concave image-side surface; a third lens element having a concave object-side surface and a convex image-side surface; a fourth lens element with positive refractive power having a concave object-side surface and a convex image-side surface, both of the object-side and image-side surfaces thereof being aspheric; and a fifth lens element with negative refractive power having a concave image-side surface on which at least one inflection point is formed, both of the object-side and image-side surfaces thereof being aspheric; wherein there is an air distance between the first lens element and the second lens element, and the distance on the optical axis between the first lens element and the second lens element is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: $0.05 < (T12/f)*10 < 0.85$.

When the aforementioned imaging lens assembly satisfies the relation: $0.05 < (T12/f)*10 < 0.85$, the air distance on the optical axis between the first lens element and the second lens element is more appropriate for avoiding difficulties lens element insertions due to overly tight spacing or maintaining the compact size of the lens assembly due to overly large spacing.

In the aforementioned imaging lens assembly, it is preferable that the fifth lens element has a concave image-side surface, which makes the fifth lens element a bi-concave lens element, so as to move the principal point of the optical system further away from the image plane, in order to reduce the total track length of the system and maintain the compact size of the system.

In the aforementioned imaging lens assembly, the fifth lens element is made of plastic material. Plastic material is favorable for the reduction in weight of the lens assembly and also the production cost.

In the aforementioned imaging lens assembly, the radius of curvature of the object-side surface of the first lens element is R1, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.25 < R1/f < 0.45$. When the above relation is satisfied, the first lens element is provided

APPL-1009 / Page 29 of 36
APPLE INC. v. COREPHOTONICS LTD.

Appx1487

US 8,363,337 B2

7

with sufficient refractive power while preventing high order aberration from becoming too large.

In the aforementioned imaging lens assembly, the thickness on the optical axis of the second lens element is CT2, the focal length of the imaging lens assembly is f, and they preferably satisfy the relation: $0.30 < (CT2/f) \ast 10 < 1.00$. When the above relation is satisfied, the thickness of the second lens element is appropriate when trying to achieve a balance between the manufacturing yield and the correction of the system aberration.

In the aforementioned imaging lens assembly, the Abbe number of the first lens element is $V1$, the Abbe number of the second lens element is $V2$, and they preferably satisfy the relation: $30.5 < V1 - V2 < 42.0$. When the above relation is satisfied, the chromatic aberration of the imaging lens assembly can be favorably corrected.

In the aforementioned imaging lens assembly, the Abbe number of the first lens element is $V1$, the Abbe number of the second lens element is $V2$, the Abbe number of the third lens element is $V3$, and they preferably satisfy the relation: $15.0 < V1 - ((V1 + V2 + V3)/3) < 30.0$. When the above relation is satisfied, the chromatic aberration can be further corrected in order to increase the resolution of the system.

In the aforementioned imaging lens assembly, the imaging lens assembly further comprises an aperture stop and an electronic sensor for image formation; wherein the aperture stop is disposed between the imaged object and the second lens element; and wherein the distance on the optical axis between the aperture stop and the electronic sensor is SL, the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, and they satisfy the relation: $0.75 < SL/TTL < 1.20$. When the above relation is satisfied, the imaging lens assembly can achieve a good balance between the telecentric feature and the wide field of view.

In the aforementioned imaging lens assembly, the imaging lens assembly further comprises an electronic sensor for image formation; wherein the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they preferably satisfy the relation: $TTL/ImgH < 1.95$. When the above relation is satisfied, the imaging lens assembly can maintain a compact form so that it can be installed in compact portable electronic products.

In the present imaging lens assembly, the lens elements can be made of glass or plastic material. If the lens elements are made of glass, there is more freedom in distributing the refractive power of the system. If plastic material is adopted to produce the lens elements, the production cost will be reduced effectively. Additionally, the surfaces of the lens elements can be aspheric and easily made into non-spherical profiles, allowing more design parameter freedom which can be used to reduce aberrations and the number of the lens elements, so that the total track length of the imaging lens assembly can be effectively reduced and the image quality can be improved as well.

In the present imaging lens assembly, if a lens element has a convex surface, it means the portion of the surface in proximity to the axis is convex; if a lens element has a concave surface, it means the portion of the surface in proximity to the axis is concave.

Preferred embodiments of the present invention will be described in the following paragraphs by referring to the accompanying drawings.

FIG. **1**A shows an imaging lens assembly in accordance with a first embodiment of the present invention, and FIG. **1**B

8

shows the aberration curves of the first embodiment of the present invention. The imaging lens assembly of the first embodiment of the present invention mainly comprises five lens elements, in order from the object side to the image side: a plastic first lens element **100** with positive refractive power having a convex object-side surface **101** and a convex image-side surface **102**, the object-side and image-side surfaces **101** and **102** thereof being aspheric; a plastic second lens element **110** with negative refractive power having a concave object-side surface **111** and a concave image-side surface **112**, the object-side and image-side surfaces **111** and **112** thereof being aspheric; a plastic third lens element **120** with negative refractive power having a concave object-side surface **121** and a convex image-side surface **122**, the object-side and image-side surfaces **121** and **122** thereof being aspheric; a plastic fourth lens element **130** with positive refractive power having a concave object-side surface **131** and a convex image-side surface **132**, the concave object-side surface **131** and the convex image-side surface **132** thereof being aspheric; a plastic fifth lens element **140** with negative refractive power having a concave object-side surface **141** and a concave image-side surface **142** on which at least one inflection point is formed, the concave object-side surface **141** and the concave image-side surface **142** thereof being aspheric; wherein an aperture stop **150** is disposed between the first and second lens elements **100** and **110**; wherein an IR filter **160** is disposed between the image-side surface **142** of the fifth lens element **140** and an image plane **170**; and wherein the IR filter **160** is made of glass and has no influence on the focal length of the imaging lens assembly.

The equation of the aspheric surface profiles is expressed as follows:

$$X(Y) = (Y^2/R)/(1 + \mathrm{sqrt}(1 - (1 + k) \ast (Y/R)^2)) + \sum_i (Ai) \ast (Y^i)$$

wherein:

X: the height of a point on the aspheric surface at a distance Y from the optical axis relative to the tangential plane at the aspheric surface vertex;

Y: the distance from the point on the curve of the aspheric surface to the optical axis;

k: the conic coefficient;

Ai: the aspheric coefficient of order i.

In the first embodiment of the present imaging lens assembly, the focal length of the imaging lens assembly is f, and it satisfies the relation: $f = 4.34$ (mm).

In the first embodiment of the present imaging lens assembly, the f-number of the imaging lens assembly is Fno, and it satisfies the relation: $Fno = 2.85$.

In the first embodiment of the present imaging lens assembly, half of the maximal field of view of the imaging lens assembly is HFOV, and it satisfies the relation: $HFOV = 33.2$ deg.

In the first embodiment of the present imaging lens assembly, the Abbe number of the first lens element **100** is $V1$, the Abbe number of the second lens element **110** is $V2$, and they satisfy the relation: $V1 - V2 = 32.5$.

In the first embodiment of the present imaging lens assembly, the Abbe number of the first lens element **100** is $V1$, the Abbe number of the second lens element **110** is $V2$, the Abbe number of the third lens element **120** is $V3$, and they satisfy the relation: $V1 - ((V1 - V2 + V3)/3) = 21.7$.

APPL-1009 / Page 30 of 36
APPLE INC. v. COREPHOTONICS LTD.

US 8,363,337 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

In the first embodiment of the present imaging lens assembly, the focal length of the first lens element **100** is f1, the focal length of the imaging lens assembly is f, and they satisfy the relation: f1/f=0.59.

In the first embodiment of the present imaging lens assembly, the focal length of the first lens element **100** is f1, the focal length of the fourth lens element **130** is f4, and they satisfy the relation: f1/f4=1.26.

In the first embodiment of the present imaging lens assembly, the radius of curvature of the object-side surface **101** of the first lens element **100** is R1, the focal length of the imaging lens assembly is f, and they satisfy the relation: R1/f=0.33.

In the first embodiment of the present imaging lens assembly, the thickness on the optical axis of the second lens element **110** is CT2, the focal length of the imaging lens assembly is f, and they satisfy the relation: (CT2/f)*10=0.81.

In the first embodiment of the present imaging lens assembly, the distance on the optical axis between the first lens element **100** and the second lens element **110** is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: (T12/f)*10=0.20.

In the first embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **101** of the first lens element **100** and the image-side surface **142** of the fifth lens element **140** is Td, the focal length of the imaging lens assembly is f, and they satisfy the relation: Td/f=0.81.

In the first embodiment of the present imaging lens assembly, an electronic sensor is disposed at the image plane **170** for image formation. The distance on the optical axis between the aperture stop **150** and the electronic sensor is SL, the distance on the optical axis between the object-side surface **101** of the first lens element **100** and the electronic sensor is TTL, and they satisfy the relation: SL/TTL=0.88.

In the first embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **101** of the first lens element **100** and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH=1.67.

The detailed optical data of the first embodiment is shown in FIG. **7** (TABLE 1), and the aspheric surface data is shown in FIGS. **8**A and **8**B (TABLES 2A and 2B), wherein the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view.

FIG. **2**A shows an imaging lens assembly in accordance with a second embodiment of the present invention, and FIG. **2**B shows the aberration curves of the second embodiment of the present invention. The imaging lens assembly of the second embodiment of the present invention mainly comprises five lens elements, in order from the object side to the image side: a plastic first lens element **200** with positive refractive power having a convex object-side surface **201** and a convex image-side surface **202**, the object-side and image-side surfaces **201** and **202** thereof being aspheric; a plastic second lens element **210** with negative refractive power having a convex object-side surface **211** and a concave image-side surface **212**, the object-side and image-side surfaces **211** and **212** thereof being aspheric; a plastic third lens element **220** with negative refractive power having a concave object-side surface **221** and a convex image-side surface **222**, the object-side and image-side surfaces **221** and **222** thereof being aspheric; a plastic fourth lens element **230** with positive refractive power having a concave object-side surface **231** and a convex image-side surface **232**, the object-side and image-side surfaces **231** and **232** thereof being aspheric; and

a plastic fifth lens element **240** with negative refractive power having a concave object-side surface **241** and a concave image-side surface **242** on which at least one inflection point is formed, the object-side and image-side surfaces **241** and **242** thereof being aspheric; wherein an aperture stop **250** is disposed between the first and second lens elements **200** and **210**; wherein an IR filter **260** is disposed between the image-side surface **242** of the fifth lens element **240** and an image plane **270**; and wherein the IR filter **260** is made of glass and has no influence on the focal length of the imaging lens assembly.

The equation of the aspheric surface profiles of the second embodiment has the same form as that of the first embodiment.

In the second embodiment of the present imaging lens assembly, the focal length of the imaging lens assembly is f, and it satisfies the relation: f=4.19 (mm).

In the second embodiment of the present imaging lens assembly, the f-number of the imaging lens assembly is Fno, and it satisfies the relation: Fno=2.60.

In the second embodiment of the present imaging lens assembly, half of the maximal field of view of the imaging lens assembly is HFOV, and it satisfies the relation: HFOV=34.0 deg.

In the second embodiment of the present imaging lens assembly, the Abbe number of the first lens element **200** is V1, the Abbe number of the second lens element **210** is V2, and they satisfy the relation: V1−V2=34.5.

In the second embodiment of the present imaging lens assembly, the Abbe number of the first lens element **200** is V1, the Abbe number of the second lens element **210** is V2, the Abbe number of the third lens element, and they satisfy the relation: V1−((V1−V2+V3)/3)=23.0.

In the second embodiment of the present imaging lens assembly, the focal length of the first lens element **200** is f1, the focal length of the imaging lens assembly is f, and they satisfy the relation: f1/f=0.65.

In the second embodiment of the present imaging lens assembly, the focal length of the first lens element **200** is f1, the focal length of the fourth lens element **230** is f4, and they satisfy the relation: f1/f4=1.07.

In the second embodiment of the present imaging lens assembly, the radius of curvature of the object-side surface **201** of the first lens element **200** is R1, the focal length of the imaging lens assembly is f, and they satisfy the relation: R1/f=0.38.

In the second embodiment of the present imaging lens assembly, the thickness on the optical axis of the second lens element **210** is CT2, the focal length of the imaging lens assembly is f, and they satisfy the relation: (CT2/f)*10=0.70.

In the second embodiment of the present imaging lens assembly, the distance on the optical axis between the first lens element **200** and the second lens element **210** is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: (T12/f)*10=0.17.

In the second embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **201** of the first lens element **200** and the image-side surface **242** of the fifth lens element **240** is Td, the focal length of the imaging lens assembly is f, and they satisfy the relation: Td/f=0.88.

In the second embodiment of the present imaging lens assembly, an electronic sensor is disposed at the image plane **270** for image formation. The distance on the optical axis between the aperture stop **250** and the electronic sensor is SL, the distance on the optical axis between the object-side sur-

APPL-1009 / Page 31 of 36
APPLE INC. v. COREPHOTONICS LTD.

**11**

face **201** of the first lens element **200** and the electronic sensor is TTL, and they satisfy the relation: SL/TTL=0.85.

In the second embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **201** of the first lens element **200** and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH=1.71.

The detailed optical data of the second embodiment is shown in FIG. **9** (TABLE 3), and the aspheric surface data is shown in FIGS. **10**A and **10**B (TABLES 4A and 4B), wherein the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view.

FIG. **3**A shows an imaging lens assembly in accordance with a third embodiment of the present invention, and FIG. **3**B shows the aberration curves of the third embodiment of the present invention. The imaging lens assembly of the third embodiment of the present invention mainly comprises five lens elements, in order from the object side to the image side: a plastic first lens element **300** with positive refractive power having a convex object-side surface **301** and a convex image-side surface **302**, the object-side and image-side surfaces **301** and **302** thereof being aspheric; a plastic second lens element **310** with negative refractive power having a concave object-side surface **311** and a concave image-side surface **312**, the object-side and image-side surfaces **311** and **312** thereof being aspheric; a plastic third lens element **320** with negative refractive power having a concave object-side surface **321** and a convex image-side surface **322**, the object-side and image-side surfaces **321** and **322** thereof being aspheric; a plastic fourth lens element **330** with positive refractive power having a concave object-side surface **331** and a convex image-side surface **332**, the object-side and image-side surfaces **331** and **332** thereof being aspheric; and a plastic fifth lens element **340** with negative refractive power having a convex object-side surface **341** and a concave image-side surface **342** on which at least one inflection point is formed, the object-side and image-side surfaces **341** and **342** thereof being aspheric; wherein an aperture stop **350** is disposed between the first and second lens elements **300** and **310**; wherein an IR filter **360** is disposed between the image-side surface **342** of the fifth lens element **340** and an image plane **370**; and wherein the IR filter **360** is made of glass and has no influence on the focal length of the imaging lens assembly.

The equation of the aspheric surface profiles of the third embodiment has the same form as that of the first embodiment.

In the third embodiment of the present imaging lens assembly, the focal length of the imaging lens assembly is f, and it satisfies the relation: f=4.35 (mm). In the third embodiment of the present imaging lens assembly, the f-number of the imaging lens assembly is Fno, and it satisfies the relation: Fno=2.80.

In the third embodiment of the present imaging lens assembly, half of the maximal field of view of the imaging lens assembly is HFOV, and it satisfies the relation: HFOV=33.2 deg.

In the third embodiment of the present imaging lens assembly, the Abbe number of the first lens element **300** is V1, the Abbe number of the second lens element **310** is V2, and they satisfy the relation: V1−V2=32.5.

In the third embodiment of the present imaging lens assembly, the Abbe number of the first lens element **300** is V1, the Abbe number of the second lens element **310** is V2, the Abbe number of the third lens element **320** is V3, and they satisfy the relation: V1−((V1−V2+V3)/3=21.7.

**12**

In the third embodiment of the present imaging lens assembly, the focal length of the first lens element **300** is f1, the focal length of the imaging lens assembly is f, and they satisfy the relation: f1/f=0.56.

In the third embodiment of the present imaging lens assembly, the focal length of the first lens element **300** is f1, the focal length of the fourth lens element **330** is f4, and they satisfy the relation: f1/f4=0.90.

In the third embodiment of the present imaging lens assembly, the radius of curvature of the object-side surface **301** of the first lens element **300** is R1, the focal length of the imaging lens assembly is f, and they satisfy the relation: R1/f=0.33.

In the third embodiment of the present imaging lens assembly, the thickness on the optical axis of the second lens element **310** is CT2, the focal length of the imaging lens assembly is f, and they satisfy the relation: (CT2/f)*10=0.69.

In the third embodiment of the present imaging lens assembly, the distance on the optical axis between the first lens element **300** and the second lens element **310** is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: (T12/f)*10=0.22.

In the third embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **301** of the first lens element **300** and the image-side surface **342** of the fifth lens element **340** is Td, the focal length of the imaging lens assembly is f, and they satisfy the relation: Td/f=0.79.

In the third embodiment of the present imaging lens assembly, an electronic sensor is disposed at the image plane **370** for image formation. The distance on the optical axis between the aperture stop **350** and the electronic sensor is SL, the distance on the optical axis between the object-side surface **301** of the first lens element **300** and the electronic sensor is TTL, and they satisfy the relation: SL/TTL=0.86.

In the third embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **301** of the first lens element **300** and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH=1.67.

The detailed optical data of the third embodiment is shown in FIG. **11** (TABLE 5), and the aspheric surface data is shown in FIGS. **12**A and **12**B (TABLES 6A and 6B), wherein the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view.

FIG. **4**A shows an imaging lens assembly in accordance with a fourth embodiment of the present invention, and FIG. **4**B shows the aberration curves of the fourth embodiment of the present invention. The imaging lens assembly of the fourth embodiment of the present invention mainly comprises five lens elements, in order from the object side to the image side: a plastic first lens element **400** with positive refractive power having a convex object-side surface **401** and a concave image-side surface **402**, the object-side and image-side surfaces **401** and **402** thereof being aspheric; a plastic second lens element **410** with negative refractive power having a convex object-side surface **411** and a concave image-side surface **412**, the object-side and image-side surfaces **411** and **412** thereof being aspheric; a plastic third lens element **420** with positive refractive power having a concave object-side surface **421** and a convex image-side surface **422**, the object-side and image-side surfaces **421** and **422** thereof being aspheric; a plastic fourth lens element **430** with positive refractive power having a concave object-side surface **431** and a convex image-side surface **432**, the object-side and image-side surfaces **431** and **432** thereof being aspheric; and

APPLE INC. v. COREPHOTONICS LTD.

US 8,363,337 B2

13

14

a plastic fifth lens element **440** with negative refractive power having a convex object-side surface **441** and a concave image-side surface **442** on which at least one inflection point is formed, the object-side and image-side surfaces **441** and **442** thereof being aspheric; wherein an aperture stop **450** is disposed between the first and second lens elements **400** and **410**; wherein an IR filter **460** is disposed between the image-side surface **442** of the fifth lens element **440** and an image plane **470**; and wherein the IR filter **460** is made of glass and has no influence on the focal length of the imaging lens assembly.

The equation of the aspheric surface profiles of the fourth embodiment has the same form as that of the first embodiment.

In the fourth embodiment of the present imaging lens assembly, the focal length of the imaging lens assembly is f, and it satisfies the relation: f=4.33 (mm).

In the fourth embodiment of the present imaging lens assembly, the f-number of the imaging lens assembly is Fno, and it satisfies the relation: Fno=2.60.

In the fourth embodiment of the present imaging lens assembly, half of the maximal field of view of the imaging lens assembly is HFOV, and it satisfies the relation: HFOV=33.2 deg.

In the fourth embodiment of the present imaging lens assembly, the Abbe number of the first lens element **400** is V1, the Abbe number of the second lens element **410** is V2, and they satisfy the relation: V1−V2=34.5.

In the fourth embodiment of the present imaging lens assembly, the Abbe number of the first lens element **400** is V1, the Abbe number of the second lens element **410** is V2, the Abbe number of the third lens element **420** is V3, and they satisfy the relation: V1−((V1−V2+V3)/3=23.0.

In the fourth embodiment of the present imaging lens assembly, the focal length of the first lens element **400** is f1, the focal length of the imaging lens assembly is f, and they satisfy the relation: f1/f=0.67.

In the fourth embodiment of the present imaging lens assembly, the focal length of the first lens element **400** is f1, the focal length of the fourth lens element **430** is f4, and they satisfy the relation: f1/f4=0.89.

In the fourth embodiment of the present imaging lens assembly, the radius of curvature of the object-side surface **401** of the first lens element **400** is R1, the focal length of the imaging lens assembly is f, and they satisfy the relation: R1/f=0.32.

In the fourth embodiment of the present imaging lens assembly, the thickness on the optical axis of the second lens element **410** is CT2, the focal length of the imaging lens assembly is f, and they satisfy the relation: (CT2/f)*10=0.62.

In the fourth embodiment of the present imaging lens assembly, the distance on the optical axis between the first lens element **400** and the second lens element **410** is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: (T12/f)*10=0.24.

In the fourth embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **401** of the first lens element **400** and the image-side surface **442** of the fifth lens element **440** is Td, the focal length of the imaging lens assembly is f, and they satisfy the relation: Td/f=0.82.

In the fourth embodiment of the present imaging lens assembly, an electronic sensor is disposed at the image plane **470** for image formation. The distance on the optical axis between the aperture stop **450** and the electronic sensor is SL, the distance on the optical axis between the object-side sur-

face **401** of the first lens element **400** and the electronic sensor is TTL, and they satisfy the relation: SL/TTL=0.84.

In the fourth embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **401** of the first lens element **400** and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH=1.71.

The detailed optical data of the fourth embodiment is shown in FIG. **13** (TABLE 7), and the aspheric surface data is shown in FIGS. **14**A and **14**B (TABLES 8A and 8B), wherein the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view.

FIG. **5**A shows an imaging lens assembly in accordance with a fifth embodiment of the present invention, and FIG. **5**B shows the aberration curves of the fifth embodiment of the present invention. The imaging lens assembly of the fifth embodiment of the present invention mainly comprises five lens elements, in order from the object side to the image side: a plastic first lens element **500** with positive refractive power having a convex object-side surface **501** and a convex image-side surface **502**, the object-side and image-side surfaces **501** and **502** thereof being aspheric; a plastic second lens element **510** with negative refractive power having a concave object-side surface **511** and a concave image-side surface **512**, the object-side and image-side surfaces **511** and **512** thereof being aspheric; a plastic third lens element **520** with negative refractive power having a concave object-side surface **521** and a convex image-side surface **522**, the object-side and image-side surfaces **521** and **522** thereof being aspheric; a plastic fourth lens element **530** with positive refractive power having a concave object-side surface **531** and a convex image-side surface **532**, the object-side and image-side surfaces **531** and **532** thereof being aspheric; and a plastic fifth lens element **540** with negative refractive power having a concave object-side surface **541** and a concave image-side surface **542** on which at least one inflection point is formed, the object-side and image-side surfaces **541** and **542** thereof being aspheric; wherein an aperture stop **550** is disposed between the imaged object and the first lens elements **500**; wherein an IR filter **560** is disposed between the image-side surface **542** of the fifth lens element **540** and an image plane **570**; and wherein the IR filter **560** is made of glass and has no influence on the focal length of the imaging lens assembly.

The equation of the aspheric surface profiles of the fifth embodiment has the same form as that of the first embodiment.

In the fifth embodiment of the present imaging lens assembly, the focal length of the imaging lens assembly is f, and it satisfies the relation: f=4.30 (mm).

In the fifth embodiment of the present imaging lens assembly, the f-number of the imaging lens assembly is Fno, and it satisfies the relation: Fno=2.80.

In the fifth embodiment of the present imaging lens assembly, half of the maximal field of view of the imaging lens assembly is HFOV, and it satisfies the relation: HFOV=33.5 deg.

In the fifth embodiment of the present imaging lens assembly, the Abbe number of the first lens element **500** is V1, the Abbe number of the second lens element **510** is V2, and they satisfy the relation: V1−V2=34.5.

In the fifth embodiment of the present imaging lens assembly, the Abbe number of the first lens element **500** is V1, the Abbe number of the second lens element **510** is V2, the Abbe number of the third lens element **520** is V3, and they satisfy the relation: V1−((V1−V2+V3)/3=23.0.

APPL-1009 / Page 33 of 36
APPLE INC. v. COREPHOTONICS LTD.

US 8,363,337 B2

<table>
<tr><td>15</td><td>16</td></tr>
</table>

In the fifth embodiment of the present imaging lens assembly, the focal length of the first lens element **500** is f1, the focal length of the imaging lens assembly is f, and they satisfy the relation: f1/f=0.51.

In the fifth embodiment of the present imaging lens assembly, the focal length of the first lens element **500** is f1, the focal length of the fourth lens element **530** is f4, and they satisfy the relation: f1/f4=0.43.

In the fifth embodiment of the present imaging lens assembly, the radius of curvature of the object-side surface **501** of the first lens element **500** is R1, the focal length of the imaging lens assembly is f, and they satisfy the relation: R1/f=0.29.

In the fifth embodiment of the present imaging lens assembly, the thickness on the optical axis of the second lens element **510** is CT2, the focal length of the imaging lens assembly is f, and they satisfy the relation: (CT2/f)*10=0.65.

In the fifth embodiment of the present imaging lens assembly, the distance on the optical axis between the first lens element **500** and the second lens element **510** is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: (T12/f)*10=0.20.

In the fifth embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **501** of the first lens element **500** and the image-side surface **542** of the fifth lens element **540** is Td, the focal length of the imaging lens assembly is f, and they satisfy the relation: Td/f=0.81.

In the fifth embodiment of the present imaging lens assembly, an electronic sensor is disposed at the image plane **570** for image formation. The distance on the optical axis between the aperture stop **550** and the electronic sensor is SL, the distance on the optical axis between the object-side surface **501** of the first lens element **500** and the electronic sensor is TTL, and they satisfy the relation: SL/TTL=0.95.

In the fifth embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **501** of the first lens element **500** and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH=1.53.

The detailed optical data of the fifth embodiment is shown in FIG. **15** (TABLE 9), and the aspheric surface data is shown in FIGS. **16**A and **16**B (TABLES 10A and 10B), wherein the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view.

FIG. **6**A shows an imaging lens assembly in accordance with a sixth embodiment of the present invention, and FIG. **6**B shows the aberration curves of the sixth embodiment of the present invention. The imaging lens assembly of the sixth embodiment of the present invention mainly comprises five lens elements, in order from the object side to the image side: a plastic first lens element **600** with positive refractive power having a convex object-side surface **601** and a concave image-side surface **602**, the object-side and image-side surfaces **601** and **602** thereof being aspheric; a plastic second lens element **610** with negative refractive power having a convex object-side surface **611** and a concave image-side surface **612**, the object-side and image-side surfaces **611** and **612** thereof being aspheric; a plastic third lens element **620** with positive refractive power having a concave object-side surface **621** and a convex image-side surface **622**, the object-side and image-side surfaces **621** and **622** thereof being aspheric; a plastic fourth lens element **630** with positive refractive power having a concave object-side surface **631** and a convex image-side surface **632**, the object-side and image-side surfaces **631** and **632** thereof being aspheric; and a plastic fifth lens element **640** with negative refractive power having a concave object-side surface **641** and a concave image-side surface **642** on which at least one inflection point is formed, the object-side and image-side surfaces **641** and **642** thereof being aspheric; wherein an aperture stop **650** is disposed between the imaged object and the first lens elements **600**; wherein an IR filter **660** is disposed between the image-side surface **642** of the fifth lens element **640** and an image plane **670**; and wherein the IR filter **660** is made of glass and has no influence on the focal length of the imaging lens assembly.

The equation of the aspheric surface profiles of the sixth embodiment has the same form as that of the first embodiment.

In the sixth embodiment of the present imaging lens assembly, the focal length of the imaging lens assembly is f, and it satisfies the relation: f=4.20 (mm).

In the sixth embodiment of the present imaging lens assembly, the f-number of the imaging lens assembly is Fno, and it satisfies the relation: Fno=2.80.

In the sixth embodiment of the present imaging lens assembly, half of the maximal field of view of the imaging lens assembly is HFOV, and it satisfies the relation: HFOV=34.0 deg.

In the sixth embodiment of the present imaging lens assembly, the Abbe number of the first lens element **600** is V1, the Abbe number of the second lens element **610** is V2, and they satisfy the relation: V1−V2=34.5.

In the sixth embodiment of the present imaging lens assembly, the Abbe number of the first lens element **600** is V1, the Abbe number of the second lens element **610** is V2, the Abbe number of the third lens element **620** is V3, and they satisfy the relation: V1−((V1−V2+V3)/3=11.5.

In the sixth embodiment of the present imaging lens assembly, the focal length of the first lens element **600** is f1, the focal length of the imaging lens assembly is f, and they satisfy the relation: f1/f=0.62.

In the sixth embodiment of the present imaging lens assembly, the focal length of the first lens element **600** is f1, the focal length of the fourth lens element **630** is f4, and they satisfy the relation: f1/f4=0.51.

In the sixth embodiment of the present imaging lens assembly, the radius of curvature of the object-side surface **601** of the first lens element **600** is R1, the focal length of the imaging lens assembly is f, and they satisfy the relation: R1/f=0.31.

In the sixth embodiment of the present imaging lens assembly, the thickness on the optical axis of the second lens element **610** is CT2, the focal length of the imaging lens assembly is f, and they satisfy the relation: (CT2/f)*10=0.67.

In the sixth embodiment of the present imaging lens assembly, the distance on the optical axis between the first lens element **600** and the second lens element **610** is T12, the focal length of the imaging lens assembly is f, and they satisfy the relation: (T12/f)*10=0.15.

In the sixth embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **601** of the first lens element **600** and the image-side surface **642** of the fifth lens element **640** is Td, the focal length of the imaging lens assembly is f, and they satisfy the relation: Td/f=0.83.

In the sixth embodiment of the present imaging lens assembly, an electronic sensor is disposed at the image plane **670** for image formation. The distance on the optical axis between the aperture stop **650** and the electronic sensor is SL, the distance on the optical axis between the object-side surface **601** of the first lens element **600** and the electronic sensor is TTL, and they satisfy the relation: SL/TTL=0.95.

US 8,363,337 B2

| 17 | 18 |

In the sixth embodiment of the present imaging lens assembly, the distance on the optical axis between the object-side surface **601** of the first lens element **600** and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH=1.57.

The detailed optical data of the sixth embodiment is shown in FIG. **17** (TABLE 11), and the aspheric surface data is shown in FIGS. **18**A and **18**B (TABLES 12A and 12B), wherein the units of the radius of curvature, the thickness and the focal length are expressed in mm, and HFOV is half of the maximal field of view.

It is to be noted that TABLES 1-12 (illustrated in FIGS. **7**-**18** respectively) show different data of the different embodiments, however, the data of the different embodiments are obtained from experiments. Therefore, any imaging lens assembly of the same structure is considered to be within the scope of the present invention even if it uses different data. The embodiments depicted above and the appended drawings are exemplary and are not intended to limit the claim scope of the present invention. TABLE 13 (illustrated in FIG. **19**) shows the data of the respective embodiments resulting from the equations.

What is claimed is:

**1**. An imaging lens assembly comprising five lens elements with refractive power, in order from an object side to an image side:

    a first lens element with positive refractive power having a convex object-side surface;

    a second lens element with negative refractive power;

    a third lens element having a concave object-side surface;

    a fourth lens element with positive refractive power having a convex image-side surface, at least one of the object-side and image-side surfaces thereof being aspheric; and

    a fifth lens element with negative refractive power having a concave image-side surface on which at least one inflection point is formed; wherein the imaging lens assembly further comprises an aperture stop disposed between the imaged object and the second lens element, and an electronic sensor for image formation; and wherein a distance on the optical axis between the aperture stop and the electronic sensor is SL, a distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, a distance between the object-side surface of the first lens element and the image-side surface of the fifth lens element is Td, a focal length of the imaging lens assembly is f, and they satisfy the relations: 0.75<SL/TTL <1.20, 0.70<Td/f≦0.79.

**2**. The imaging lens assembly according to claim **1**, wherein the second lens element has a concave image-side surface, the object-side and image-side surfaces of the fifth lens element are aspheric, and the fifth lens element is made of plastic material.

**3**. The imaging lens assembly according to claim **2**, wherein the fourth lens element has a concave object-side surface.

**4**. The imaging lens assembly according to claim **3**, wherein a focal length of the first lens element is f1, and f and f1 satisfy the relation: 0.40<f1/f<0.80.

**5**. The imaging lens assembly according to claim **4**, wherein the focal length of the first lens element is f1, and f and f1 satisfy the relation: 0.50<f1/f<0.70.

**6**. The imaging lens assembly according to claim **4**, wherein a thickness on the optical axis of the second lens element is CT**2**, and f and CT**2** satisfy the relation: 0.30< (CT**2**/f)*10<1.00.

**7**. The imaging lens assembly according to claim **4**, wherein an Abbe number of the first lens element is V**1**, an Abbe number of the second lens element is V**2**, and they satisfy the relation: 25.0<V**1**–V**2**<45.0.

**8**. The imaging lens assembly according to claim **7**, wherein the Abbe number of the first lens element is V**1**, the Abbe number of the second lens element is V**2**, and they satisfy the relation: 30.5<V**1**–V**2**<42.0.

**9**. The imaging lens assembly according to claim **7**, wherein a radius of curvature of the object-side surface of the first lens element is R**1**, and f and R**1** satisfy the relation: 0.25<R**1**/f<0.45.

**10**. The imaging lens assembly according to claim **7**, wherein an aperture stop is disposed between the first lens element and the second lens element; wherein a distance on the optical axis between the aperture stop and the electronic sensor is SL, a distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, and they satisfy the relation: 0.75<SL/TTL <0.92.

**11**. The imaging lens assembly according to claim **3**, wherein the focal length of the first lens element is f1, the focal length of the fourth lens element is f**4**, and they satisfy the relation: 0.80<f1/f**4**<1.40.

**12**. The imaging lens assembly according to claim **3**, wherein a distance on the optical axis between the first lens element and the second lens element is T**12**, and f and T**12** satisfy the relation: 0.05<(T**12**/f)*10<0.85.

**13**. The imaging lens assembly according to claim **2**, wherein the Abbe number of the first lens element is V**1**, the Abbe number of the second lens element is V**2**, the Abbe number of the third lens element is V**3**, and they satisfy the relation: 15.0<V**1**–((V**1**+V**2**+V**3**)/3)<30.0.

**14**. The imaging lens assembly according to claim **2**, wherein the fifth lens element has a concave object-side surface.

**15**. The imaging lens assembly according to claim **1**, wherein the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL/ImgH<1.95.

**16**. An imaging lens assembly comprising five lens elements with refractive power, in order from an object side to an image side:

    a first lens element with positive refractive power having a convex object-side surface;

    a second lens element with negative refractive power having a concave image-side surface;

    a third lens element having a concave object-side surface and a convex image-side surface;

    a fourth lens element with positive refractive power having a concave object-side surface and a convex image-side surface, at least one of the object-side and image-side surfaces thereof being aspheric; and

    a fifth lens element with negative refractive power having a concave image-side surface on which at least one inflection point is formed, at least one of the object-side and image-side surfaces thereof being aspheric; and wherein there is an air distance between the first lens element and the second lens element, and the distance on the optical axis between the first lens element and the second lens element is T**12**, a distance between the object-side surface of the first lens element and the image-side surface of the fifth lens element is Td, a focal length of the imaging lens assembly is f, and they satisfy the relations: 0.05<(T**12**/f)*10<0.85, 0.70 <Td/f≦0.79.

APPL-1009 / Page 35 of 36
APPLE INC. v. COREPHOTONICS LTD.

US 8,363,337 B2

**19**

**17**. The imaging lens assembly according to claim **16**, wherein the fifth lens element has a concave object-side surface and is made of plastic material.

**18**. The imaging lens assembly according to claim **16**, wherein a radius of curvature of the object-side surface of the first lens element is R**1**, and f and R**1** satisfy the relation: 0.25<R1/f<0.45.

**19**. The imaging lens assembly according to claim **18**, wherein a thickness on the optical axis of the second lens element is CT**2**, and f and CT**2** satisfy the relation: 0.30< (CT**2**/f)*10<1.00.

**20**. The imaging lens assembly according to claim **16**, wherein the Abbe number of the first lens element is V**1**, the Abbe number of the second lens element is V**2**, and they satisfy the relation: 30.5<V**1**−V**2**<42.0.

**21**. The imaging lens assembly according to claim **16**, wherein the Abbe number of the first lens element is V**1**, the Abbe number of the second lens element is V**2**, the Abbe number of the third lens element is V**3**, and they satisfy the relation: 15.0<V**1**−((V**1**−V**2**+V**3**)/3)<30.0.

**20**

**22**. The imaging lens assembly according to claim **16**, wherein the imaging lens assembly further comprises an aperture stop disposed between the imaged object and the second lens element, and an electronic sensor for image formation; wherein a distance on the optical axis between the aperture stop and the electronic sensor is SL, a distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, and they satisfy the relation: 0.75<SL/TTL<1.20.

**23**. The imaging lens assembly according to claim **18**, wherein the imaging lens assembly further comprises an electronic sensor for image formation, the distance on the optical axis between the object-side surface of the first lens element and the electronic sensor is TTL, half of the diagonal length of the effective pixel area of the electronic sensor is ImgH, and they satisfy the relation: TTL /ImgH<1.95.

\*    \*    \*    \*    \*



US007561191B2

(12) **United States Patent**     (10) **Patent No.:**    **US 7,561,191 B2**
May et al.                             (45) **Date of Patent:**        **Jul. 14, 2009**

(54) **CAMERA PHONE USING MULTIPLE LENSES AND IMAGE SENSORS TO PROVIDE AN EXTENDED ZOOM RANGE**

(75) Inventors: **Michael J. May**, Rocheter, NY (US); **Paul D. Ludington**, Brockport, NY (US); **Kenneth A. Parulski**, Rochester, NY (US); **Wilbert F. Janson, Jr.**, Shortsville, NY (US)

(73) Assignee: **Eastman Kodak Company**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 775 days.

(21) Appl. No.: **11/060,845**

(22) Filed: **Feb. 18, 2005**

(65) **Prior Publication Data**

US 2006/0187338 A1     Aug. 24, 2006

(51) **Int. Cl.**
    *H04N 5/262*       (2006.01)
    *H04N 9/09*        (2006.01)
(52) **U.S. Cl.** .................................. **348/240.2**; 348/262
(58) **Field of Classification Search** ................. 348/262, 348/240.99, 240.2, 240.1, 374, 375, 376
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,497,614 A | 2/1970 | Petrocelli et al. |
| 4,097,882 A | 6/1978 | Engelsmann |
| 4,199,785 A | 4/1980 | McCullough et al. |
| 4,989,078 A | 1/1991 | Paxton |
| 5,051,830 A | 9/1991 | von Hoessle |
| 5,164,831 A | 11/1992 | Kuchta et al. |
| 5,668,597 A | 9/1997 | Parulski et al. |
| 5,929,903 A | 7/1999 | Kiesow |
| 6,288,742 B1 | 9/2001 | Ansari et al. |
| 6,611,289 B1 | 8/2003 | Yu et al. |

| | | | |
|---|---|---|---|
| 6,804,460 B1 | 10/2004 | Oshima et al. | |
| 2002/0163582 A1 | 11/2002 | Gruber et al. | |
| 2003/0020814 A1 | 1/2003 | Ono | |
| 2003/0160886 A1 | 8/2003 | Misawa et al. | |
| 2003/0202113 A1 | 10/2003 | Yoshikawa | |
| 2004/0240052 A1 * | 12/2004 | Minefuji et al. | ............. 359/435 |
| 2005/0041123 A1 * | 2/2005 | Ansari et al. | ................. 348/264 |
| 2005/0253951 A1 * | 11/2005 | Fujimoto et al. | ............ 348/335 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 04304781 A | * | 10/1992 |
| JP | 05191690 A | * | 7/1993 |

(Continued)

*Primary Examiner*—John M Villecco
(74) *Attorney, Agent, or Firm*—Pamela R. Crocker

(57) **ABSTRACT**

A camera phone includes a phone stage for generating voice signals, a first image sensor for generating a first sensor output, a first fixed focal length wide angle lens for forming a first image of the scene on the first image sensor, a second image sensor for generating a second sensor output, and a second fixed focal length telephoto lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor. A control element selects either the first sensor output from the first image sensor or the second sensor output from the second image sensor. A processing section produces the output image signals from the selected sensor output, and a cellular stage processes the image and voice signals for transmission over a cellular network.

**14 Claims, 22 Drawing Sheets**



**US 7,561,191 B2**

Page 2

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 07286964 A | * | 10/1995 |
| JP | 11311832 A | * | 11/1999 |
| JP | 2003189168 A | * | 7/2003 |
| JP | 2004260787 A | * | 9/2004 |
| JP | 2006093858 A | * | 4/2006 |
| JP | 2006093859 A | * | 4/2006 |
| JP | 2006093860 A | * | 4/2006 |

* cited by examiner



FIG. 1

APPL-1011 / Page 3 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 2A



FIG. 2B

APPL-1011 / Page 4 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1543



FIG. 3



FIG. 4

APPL-1011 / Page 6 of 38
APPLE INC. v. COREPHOTONICS LTD.



**FIG. 5A**



**FIG. 5B**

APPL-1011 / Page 7 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 6

APPL-1011 / Page 8 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 7

APPL-1011 / Page 9 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1548



FIG. 8A



FIG. 8B

APPL-1011 / Page 10 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 9



FIG. 10A



FIG. 10B



FIG. 10C

APPL-1011 / Page 12 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1551

Case: 22-1324    Document: 20    Page: 476    Filed: 10/21/2022



FIG. 10D



FIG. 10E



FIG. 10F

APPL-1011 / Page 13 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1552



FIG. 11



FIG. 12



FIG. 13

APPL-1011 / Page 15 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 14A

FIG. 14B

FIG. 14C

FIG. 15A

FIG. 15B

FIG. 15C

APPL-1011 / Page 16 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 16A



FIG. 16B



FIG. 17

APPL-1011 / Page 17 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1556



FIG. 18

APPL-1011 / Page 18 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1557



FIG. 19

APPL-1011 / Page 19 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1558



FIG. 20

APPL-1011 / Page 20 of 38
APPLE INC. v. COREPHOTONICS LTD.



FIG. 21

APPL-1011 / Page 21 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1560



FIG. 22



FIG. 23A



FIG. 23B

APPL-1011 / Page 23 of 38
APPLE INC. v. COREPHOTONICS LTD.

Appx1562



FIG. 24A

FIG. 24B

US 7,561,191 B2

### CAMERA PHONE USING MULTIPLE LENSES AND IMAGE SENSORS TO PROVIDE AN EXTENDED ZOOM RANGE

#### FIELD OF THE INVENTION

The present invention relates to a digital camera that produces digital image files and, more particularly, to a digital camera that uses multiple lenses and image sensors to provide an extended zoom range.

#### BACKGROUND OF THE INVENTION

Currently, most digital cameras use a zoom lens and a single color image sensor to capture still and motion images. The captured images are then digitally processed to produce digital image files, which are stored in a digital memory in the camera. The digital image files can then be transferred to a computer, displayed, and shared via the Internet. The digital camera can be included as part of a mobile telephone, to form a so-called "camera phone". The camera phone can transmit the digital image files to another camera phone, or to service providers, via a mobile telephone network.

Small camera size and a large "optical zoom range" are two very important features of digital cameras. Users prefer to have a large zoom range (e.g. 5:1 or greater) rather than a limited zoom range (e.g. 3:1 or smaller). Unfortunately, providing a large zoom range lens, without sacrificing the quality of the captured images, increases the size of the digital camera. Large zoom range lenses are also more costly. Thus, there are fundamental trade-offs between small camera size, large zoom range, and low camera cost which must be made when designing a digital camera. With higher cost cameras, such as single lens reflex cameras, these problems are sometimes addressed by using multiple interchangeable zoom lenses, such as two 3:1 zoom lenses, e.g., a 28-70 mm zoom and a 70-210 zoom. Such an option, which has its own problems in user inconvenience, is nonetheless not available for low cost digital cameras.

The prior art of most interest can be separated into two categories: image capture systems that use multiple lenses, usually two, having the same focal length and image capture systems that utilize multiple lenses, also usually two, having different focal lengths.

Addressing the first category, some digital cameras use multiple image sensors to form a color image. In most cameras of this type, a single lens is used to provide an image of the scene, which is then separated into multiple colors by a prism beam splitter. Multiple monochrome image sensors are used to capture red, green, and blue color separation images. However, as disclosed in U.S. Pat. No. 6,611,289, entitled "Digital Cameras Using Multiple Sensors with Multiple Lenses" and issued Aug. 26, 2003 in the name of Yu et al., it is possible to use multiple image sensors and multiple lenses to provide color separation. However, this patent disclosure teaches that the lenses all have the same focal length, and are all used together, in order to simultaneously capture the different color components of the image

Some digital imaging systems also use multiple image sensors and multiple lenses to capture different portions of the digital image. Such a system is disclosed in U.S. Published Patent Application No. US20020163582 A1, entitled "Self-calibrating, Digital, Large Format Camera with Single or Multiple Detector Arrays and Single or Multiple Optical Systems" and published Nov. 7, 2002 in the names of Gruber et al. In one embodiment disclosed in this published patent application, a large format digital camera exposes multiple

detector arrays using multiple lens systems to acquire sub-images of overlapping sub-areas of large area objects. The sub-images are stitched together to form a large format digital macro-image. However, all of the lenses have the same focal length, and all are used simultaneously to capture the different sub-areas of the image.

Stereo film cameras and stereo electronic cameras are known in the prior art. These cameras typically have two horizontally separated lenses of the same focal length, which focus two slightly different images of the scene onto two image sensors or two frames of film. Such a system is disclosed in commonly assigned U.S. Pat. No. 4,989,078, entitled "Still Video Camera for Recording Stereo Images on a Video Disk" and issued on Jan. 21, 1991 in the name of K. Bradley Paxton. The two images provide a so-called "stereo pair", which simulates the slightly different perspectives that a person's left and right eyes would see when viewing the scene. In the aforementioned patent disclosure, the two lenses are designed to provide the same magnification, and both are used to simultaneously capture the left and right eye images on a pair of image sensors in order to achieve a stereo effect.

Film cameras that use multiple lenses to capture multiple images at the same time are also known in the prior art. For example, some instant film cameras used to produce identification pictures can capture four small images simultaneously on the same piece of instant film. The four lenses in these cameras provide the same magnification, and all are used to simultaneously capture the four images.

According to the second category of prior art, film cameras that include two or more lenses to provide two or more different focal lengths are also known in the prior art. For example, such cameras can use two different fixed focal length lenses which are slid in front of the same film plane. This provides an inexpensive "two-position zoom" capability, that is, two fixed focal length lenses that provide, e.g., the wide angle and telephoto angle settings of a corresponding zoom lens. In another example, in U.S. Pat. No. 4,097,882, entitled "Multiple Lens Camera Having Lens-position Controlled Focal-length Adjustment" and issued Jun. 27, 1978 in the name of Engelsmann, a "110" size pocket film camera has a carrier mounting three or more lenses of different focal lengths that can be selectively moved transverse to the optical axis of the camera so as to place any one of the lenses in an operating position relative to a film plane.

Digital cameras that include two lenses to provide two different focal lengths are also known in the prior art. A lens turret is popularly used to obtain multiple focal lengths in a camera. However, in the case of a digital still camera or especially in the case of mobile phone digital camera, lens modules are required to be extremely small due to the limited space for the lens module. U.S. Pat. No. 6,804,460, entitled "Lens Turret with Back Focal Length Adjustment" and issued Oct. 12, 2004 in the names of Oshima et al., describes a lens turret that is said to be extremely compact and flat in size and suitable for digital still cameras and mobile phone digital cameras. The lens turret is rotatable around an axis and has a wide-angle lens and a telephoto-angle lens mounted thereon, and a driving mechanism rotates the lens turret so that one of the lenses can be set at a picture taking position opposite an image sensor. By means of back focal length adjustment, the position of the lens with the shorter focal length can be fixed on the lens turret at the same level thereon as the lens with the longer focal length.

It is also known to use a two lens arrangement in a film scanner, where two lenses with different combinations of focal lengths are used to capture variable sized images. For instance, in commonly assigned U.S. Pat. No. 5,929,903,

US 7,561,191 B2

<table>
<tr><td>3</td><td>4</td></tr>
</table>

entitled "Multiposition Lens Mechanism for a Scanner" and issued Jul. 27, 1999 in the name of R. H. Kiesow, a removable digital camera, which is tethered to a computer, is supported in a housing in a film scanner in the optical path of a multiposition lens assembly having a single focal length lens and a zoom lens. The lens assembly positions the lenses in the optical path of the camera for scanning different sized images, e.g., two or more film format sizes. However, these cameras; both film and digital, that use multiple focal length lenses share the characteristic of using only a single "sensor", that is, a single film or a single electronic image sensor.

In U.S. Pat. No. 6,288,742, entitled "Video Camera Including Multiple Image Sensors" and issued Sep. 11, 2001 in the names of Ansari et el., a digital motion camera useful in teleconferencing includes two lenses and two image sensors. As disclosed in this patent, the first lens is an 8 mm fixed focus lens for providing a relatively wide-angle view of a room and the second lens is a 16 mm lens with manual focus control for providing high resolution document transmission capability. The first lens is oriented for a room view of a conference participant to provide face-to-face communication during a videotelephone conference, and the second lens is oriented at a substantial angle to the first lens for viewing a document, e.g., on a table. During a videotelephone conference, such a camera permits fast switching between an image of the room as seen through the first lens or an image of a document as seen through the second lens, without the need for expensive and tediously slow moving pan/tilt stages and/or a plurality of complete camera units. Another camera, the Sanyo S750 UMTS cellphone camera, has a similar kind of dual imaging capability, where an inwardly facing VGA imager captures an image of the caller using the cellphone while an outwardly facing 1 megapixel imager captures an image of a scene that the caller is looking at. Such cameras, however, are not useful in the environment of the present invention because the lenses are not collecting images from the same scene.

In U.S. Pat. No. 4,199,785, entitled "Electronic Zoom Feature" and issued Apr. 22, 1980 in the name of McCullough et al., a television system employs two (or more) fixed focal length vidicon cameras, one camera with a wide angle field of view and the other camera with a narrow angle field of view, and an electronic zoom feature for zooming between the two fields of view. The cameras are boresighted such that the field of view of the smaller field camera is within, and usually centered in the field of view of the larger field camera. The "zoom" is accomplished by manipulating the scan generators of the two cameras and expanding the central portion of the display with the image from the smaller field camera as the zoom amount is progressively increased. This system, of course, is an alternative to a single optical zoom lens, whose usage the patent disclosure discourages as they (optical zooms) are lower quality, more expensive and mechanically more complex than fixed focal length lenses. However, the inherent drawback of an electronic zoom is also low quality since the resolution of the electronic zoom feature ordinarily is limited by the number of scan lines available for zooming. Consequently, this patent disclosure is devoted to controlling the scan lines of the two vidicon cameras so as so as to be able to zoom without an effective loss of resolution.

In U.S. Pat. No. 5,051,830, entitled "Dual Lens System for Electronic Camera" and issued Sep. 24, 1991 in the name of Hoessle, a double focal length electronic camera (used on board a guided missile) includes a single lens system component having a short focal length section integrated into the center of a surrounding lens section having a long focal length, where each focal length section has its own dedicated picture array sensor. Here too, this lens system is a substitute for a single motor driven zoom, which the disclosure denigrates because of size, expense, heaviness, inherent complexity; furthermore, an optical zoom is "which is important—much too slow with respect to its use" (col. 2, line 1 of the Hoessle patent).

None of these prior art systems, and especially the multifocal length prior art systems, provide a sufficiently compact, low cost, large zoom range optical system for a small, lightweight and relatively inexpensive consumer digital camera. As especially pointed out in the aforementioned Hoessle patent, it is additionally desirable to avoid the slowness so typical of zoom usage and to be able to traverse a large zoom range quickly. What is therefore needed is a digital camera that provides a rapidly-operating extended zoom range without unduly increasing the size or cost of the digital camera.

## SUMMARY OF THE INVENTION

The object of this invention is to provide an extended zoom range in a camera phone without unduly increasing the size or cost of the camera phone.

Another object of this invention is to provide an extended optical zoom range in a camera phone by means of a plurality of separate lenses and corresponding image sensors.

The present invention is directed to overcoming one or more of the problems set forth above. Briefly summarized, the invention comprises a camera phone for processing voice signals and producing output image signals of a scene, where the camera phone comprises: a phone stage for generating voice signals, a first image sensor for generating a first sensor output, a first fixed focal length wide angle lens for forming a first image of the scene on the first image sensor, a second image sensor for generating a second sensor output; a second fixed focal length telephoto lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output, a processing section for producing the output image signals from the selected sensor output, and a cellular stage for processing the image and voice signals for transmission over a cellular network.

These various aspects of the invention provide significant technical advantages. By providing a plurality of optical image capture modalities within a digital camera, wherein each modality includes a lens-sensor combination with a distinctive different focal length or combination of focal lengths (i.e., a zoom), the conflicted requirements (namely, large size, high cost and compromised optical quality) engendered by digital camera consumer desire for a large zoom ratio, e.g., 10:1, can be accomplished in a smaller scale space at lower cost with higher quality optical results than heretofore achieved.

These and other aspects, objects, features and advantages of the present invention will be more clearly understood and appreciated from a review of the following detailed description of the preferred embodiments and appended claims, and by reference to the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a block diagram of a first embodiment of a digital camera using a fixed focal length, wide-angle lens with a first image sensor, and a zoom lens with a second image sensor.

APPL-1011 / Page 26 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

5

6

FIGS. **2**A and **2**B are two perspective views of the digital camera shown in FIG. **1**.

FIG. **3** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **1**.

FIG. **4** depicts a block diagram of a second embodiment of a digital camera using a first zoom lens with a first image sensor, and a second zoom lens with a second image sensor.

FIGS. **5**A and **5**B are two perspective views of the digital camera shown in FIG. **4**.

FIG. **6** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **4**.

FIG. **7** depicts a block diagram of a third embodiment of a digital camera using a first zoom lens with a first image sensor, a second zoom lens with a second image sensor and a fixed focal length lens with a third image sensor.

FIGS. **8**A and **8**B are two perspective views of the digital camera shown in FIG. **7**.

FIG. **9** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **7**.

FIGS. **10**A, **10**B, **10**C, **10**D, **10**E and **10**F diagram the optical layout of several embodiments of the image capture assembly used in the cameras shown in FIGS. **1**, **4**, **7**, **19** and **21**.

FIG. **11** is a frontal view of a digital camera employing two image capture assemblies, one fixed focal length and the other zoom, of the type shown in FIGS. **10**A-**10**F.

FIG. **12** is a top view of the digital camera shown in FIG. **11**.

FIG. **13** is a side view of the digital camera shown in FIG. **11**.

FIGS. **14**A, **14**B and **14**C are three views of a digital camera employing two image capture assemblies, both zoom, of the type shown in FIGS. **10**A-**10**F.

FIGS. **15**A, **15**B and **15**C are three views of a digital camera employing three image capture assemblies of the type shown in FIGS. **10**A-**10**F.

FIGS. **16**A and **16**B show two views of the optical relay subassembly shown in the various embodiments of FIGS. **10**A-**10**F for supporting a fixed focal length lens in relation to an image sensor along a folded optical path.

FIG. **17** shows the optical relay subassembly shown in the various embodiments of FIGS. **10**A-**10**F for supporting a zoom lens in relation to an image sensor along a folded optical path.

FIGS. **18**A and **18**B show two imagers with different panoramic aspect ratios and the effect obtained by changing the aspect ratio.

FIG. **19** depicts a block diagram of a further embodiment of a digital camera using a first fixed focal length lens with a first sensor, a second fixed focal length lens with a second sensor, and a third fixed focal length lens with a third sensor.

FIG. **20** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **19**.

FIG. **21** depicts a block diagram of a further embodiment of a digital camera using a first lens with a first sensor having pixels of one size. e.g., three micron pixels, and a second lens with a second sensor having pixels of another size, e.g., five micron pixels.

FIG. **22** is a diagram useful for explaining an express zooming feature.

FIGS. **23**A and **23**B are perspective views of the front and back of a cell phone including a camera with multiple lenses and multiple sensors according to the invention.

FIGS. **24**A and **24**B are two views of the image capture assembly used in the cell phone shown in FIGS. **23**A and **23**B.

DETAILED DESCRIPTION OF THE INVENTION

Because digital cameras employing imaging devices and related circuitry for signal processing are well known, the present description will be directed in particular to elements forming part of, or cooperating more directly with, apparatus in accordance with the present invention. Elements not specifically shown or described herein may be selected from those known in the art. Certain aspects of the embodiments to be described may be provided in software. Given the system as shown and described according to the invention in the following materials, software not specifically shown, described or suggested herein that is useful for implementation of the invention is conventional and within the ordinary skill in such arts.

Each embodiment of the present invention includes an image capture assembly having multiple lenses and multiple image sensors mounted within a digital camera in order to provide an extended zoom range. This can reduce the cost and size of the camera, and improve its optical performance, compared with a camera having a single sensor and a large range zoom lens (e.g. having a 10:1 zoom range). While not in an exactly coaxial arrangement with respect to each other, the multiple lenses and sensors are generally aligned with respect to each other so as to be viewing substantially the same object, albeit with different fields of view. Each image capture assembly comprises two or more optical relay subassemblies having a lens and an image sensor disposed at opposing ends thereof and a folded optical path for directing the light from the lens to the sensor. This configuration can further reduce the size of the optical components, thereby enabling the design and manufacture of a very thin and compact camera. While the folded optics are used in many of the preferred embodiments, a folded optical path is not generally necessary for practice of the invention. This is particularly true for the wide angle optical subassemblies since the focal length of such wide angle lenses is very short to begin with Also, the size of the sensor, and consequently the size of the image that must be produced to fill the sensor, may be small enough to reduce the focal length to an acceptable front-to-back dimension—even for normal and short telephoto focal lengths.

In each embodiment, the camera includes a control element for selecting either the first sensor output from the first image sensor or a sensor output from one of the other image sensors, thereby providing a selected sensor output that may be provided to a processing section in the camera for producing an output image. Moreover, each embodiment includes some type of user control that allows a user to select a focal length, either directly or via some marking (e.g., "panoramic" or "portrait") indicative of a focal length; the aforementioned control element is then responsive to the user control for selecting a corresponding sensor output. In some embodiments, a single "zoom lens" user control is used, e.g., where the "wide" setting selects a wide angle fixed focal length lens and the "tele" setting(s) select various positions of a zoom lens. The user control output is then provided to the control element, which selects the image sensor that is used to produce the output image. When the selected sensor is for the zoom lens, the user control (or the control element) also enables the zoom and focus motors for the zoom lens to drive the zoom lens to the selected focal length. In addition, digital zooming may be used to zoom "up" from the wide angle setting to the minimum focal length setting of the zoom lens.

US 7,561,191 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

All this, of course, may be transparent to the user, who simply manipulates the "zoom lens" user control between the "wide" and "tele" settings.

Referring first to FIGS. **10A-10**F, several diagrams are shown of the optical layout of several embodiments of an image capture assembly **1**, which is included within the various embodiments of a digital camera (which will be described later). These diagrams include the optical relay subassemblies **1**a, **1**b and **1**c containing the aforementioned folded optical elements. In each of the FIGS. **10A-10**F, a circle **1**d delineates an optical profile of a front surface of a digital camera through which the respective lenses protrude. The optical relay subassemblies **1**a, **1**b and **1**c are positioned behind the lenses and, as will be described, covered by the front surface of the camera.

In a first embodiment, a digital camera employs a first fixed focal length wide angle lens **2** with a first image sensor **12**, and a zoom lens **3** with a second image sensor **14**. In the first embodiment as shown in FIG. **10**A, an image capture assembly **1** includes the first lens **2** and the first image sensor **12** mounted at opposing ends of a first optical relay subassembly **1**a having a folded optical path arranged between the first image sensor **12** and the lens **2**. The first lens **2**, which preferably is a fixed focal length wide angle lens, forms a first image of a scene on the first image sensor **12**. The image capture assembly **1** also includes the zoom lens **3** and the second image sensor **14** mounted at opposing ends of a second optical relay subassembly **1**b having a folded optical path arranged between the second image sensor **14** and the zoom lens **3**. The zoom lens **3**, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a second image of the scene on the second image sensor **14**. In this embodiment, the first lens **2** is a wide angle lens having a focal length less, and preferably substantially less, than the minimum focal length of the zoom lens **3**.

In a second embodiment, a digital camera employs a first zoom lens **3** with an image sensor **14**, and a second zoom lens **4** with an image sensor **16**. In the second embodiment as shown in FIG. **10**B, the image sensor **14** will be characterized as the first image sensor **14** and the image sensor **16** will be characterized as the second image sensor **16**. Accordingly, the image capture assembly **1** includes the first zoom lens **3** and the first image sensor **14** mounted at opposing ends of a first optical relay subassembly **1**b having a folded optical path arranged between the first image sensor **14** and the first zoom lens **3**. The first zoom lens **3**, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a first image of the scene on the first image sensor **14**. The image capture assembly **1** also includes the second zoom lens **4** and the second image sensor **16** mounted at opposing ends of a second optical relay subassembly **1**c having a folded optical path arranged between the second image sensor **16** and the zoom lens **4**. The zoom lens **4**, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a second image of the scene on the second image sensor **16**. In this embodiment, the maximum focal length of the first zoom lens **3** is less than or equal to the minimum focal length of the second zoom lens **4**.

In a third embodiment, the digital camera employs a first zoom lens **3** with an image sensor **14**, a second zoom lens **4** with an image sensor **16** and a fixed focal length, wide angle lens **2** with an image sensor **12**. In the third embodiment as shown in FIG. **10**C, the image sensor **14** will be characterized as the first image sensor **14**, the image sensor **16** will be characterized as the second image sensor **16**, and the image sensor **12** will be characterized as the third image sensor.

Accordingly, the first zoom lens **3** forms a first image of the scene on the first image sensor **14**, and the second zoom lens **4** forms a second image of the scene on the second image sensor **16**, similarly to what is shown and described in FIG. **10**B. In addition, a third lens, the fixed focal length lens **2**, and the third image sensor **12** are mounted at opposing ends of a third optical relay subassembly **1**a having a folded optical path arranged between the third image sensor **12** and the third lens **2**. In this embodiment, the third lens **2** preferably is a fixed focal length wide angle lens having a focal length less, and preferably substantially less, than the minimum focal length of the first zoom lens **3**, and the maximum focal length of the first zoom lens **3** is less than or equal to the minimum focal length of the second zoom lens **4**.

In a fourth embodiment, the digital camera employs a first fixed focal length lens **2**a with a first image sensor **12**a, and a second fixed focal length lens **2**b with a second image sensor **12**b. In the fourth embodiment as shown in FIG. **10**D, an image capture assembly **1** includes the first fixed focal length lens **2**a and the first image sensor **12**a mounted at opposing ends of a first optical relay subassembly **1**a(**1**) having a folded optical path arranged between the first image sensor **12**a and the first fixed focal length lens **2**a. The image capture assembly **1** also includes the second fixed focal length lens **2**b and the second image sensor **12**b mounted at opposing ends of a second optical relay subassembly **1**a(**2**) having a folded optical path arranged between the second image sensor **12**b and the second fixed focal length lens **2**b. In this embodiment, the first fixed focal length lens **2**a is preferably a wide angle lens and the second fixed focal length lens **2**b is a telephoto lens.

In a fifth embodiment, the digital camera employs a first fixed focal length lens **2**a with a first image sensor **12**a, a second fixed focal length lens **2**b with a second image sensor **12**b and a third fixed focal length lens **2**c with a third image sensor **12**c. In the fifth embodiment as shown in FIG. **10**E, the first lens **2**a and the first image sensor **12**a are mounted at opposing ends of a first optical relay subassembly **1**a(**1**) having a folded optical path arranged between the first image sensor **12**a and the first lens **2**a. The first lens **2**a, which preferably is a fixed focal length ultra wide angle lens, forms a first image of the scene on the first image sensor **12**a. The second lens **2**b and the second image sensor **12**b are mounted at opposing ends of a second optical relay subassembly **1**a(**2**) having a folded optical path arranged between the second image sensor **12**b and the second lens **2**b. The second lens **2**b, which preferably is a fixed focal length medium angle lens, forms a second image of the scene on the second image sensor **12**b. The third lens **2**c and the third image sensor **12**c are mounted at opposing ends of a third optical relay subassembly **1**a(**3**) having a folded optical path arranged between the third image sensor **12**c and the third lens **2**c. The third lens **2**c, which preferably is a fixed focal length narrow angle (telephoto) lens, forms a third image of the scene on the third image sensor **12**c.

In a sixth embodiment, the digital camera employs a first fixed focal length lens **2**a with a first image sensor **12**a, a second fixed focal length lens **2**b with a second image sensor **12**b, a third fixed focal length lens **2**c with a third image sensor **12**c, and a fourth fixed focal lens **2**d with a fourth image sensor **12**d. In the sixth embodiment as shown in FIG. **10**F, the first lens **2**a and the first image sensor **12**a are mounted at opposing ends of a first optical relay subassembly **1**a(**1**) having a folded optical path arranged between the first image sensor **12**a and the first lens **2**a. The first lens **2**a, which preferably is a fixed focal length ultra wide angle lens, forms a first image of the scene on the first image sensor **12**a. The second lens **2**b and the second image sensor **12**b are mounted

APPL-1011 / Page 28 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

9

at opposing ends of a second optical relay subassembly $1a(2)$ having a folded optical path arranged between the second image sensor $12b$ and the second lens $2b$. The second lens $2b$, which preferably is a fixed focal length medium angle lens, forms a second image of the scene on the second image sensor $12b$. The third lens $2c$ and the third image sensor $12c$ are mounted at opposing ends of a third optical relay subassembly $1a(3)$ having a folded optical path arranged between the third image sensor $12c$ and the third lens $2c$. The third lens $2c$, which preferably is a fixed focal length narrow angle (tele-photo) lens, forms a third image of the scene on the third image sensor $12c$. The fourth lens $2d$ and the fourth image sensor $12d$ are mounted at opposing ends of a fourth optical relay subassembly $1a(4)$ having a folded optical path arranged between the fourth image sensor $12d$ and the fourth lens $2d$. The fourth lens $2d$, which preferably is a fixed focal length very narrow angle (long telephoto) lens, forms a fourth image of the scene on the fourth image sensor $12d$.

These embodiments may be carried as far as possible—i.e., more than four lenses, four sensors and four optical relay subassemblies—as long as their arrangement is practically possible within the spatial confines of the digital camera.

FIG. 11 provides a spatial layout of a digital camera, showing how the various components described in FIG. 10A fits within the confined space of the digital camera 10A. For example, FIGS. 11 and 12 show how the image capture assembly 1 is arranged within the width-wise dimension 201 of a digital camera 10A for the first embodiment shown in FIG. 10A. FIG. 11 is a frontal view of the digital camera 10A showing how the fixed focal length lens subassembly $1a$ and the zoom lens subassembly $1b$ are positioned to one side of the lenses 2 and 3 beneath an electronic flash 48. A battery compartment 204 is located on the other side of the lenses 2 and 3. FIG. 12 is a top view of the digital camera 10A taken along lines 12-12 in FIG. 11, and further shows the location of a removable memory card 54 and a color LCD image display 70. FIG. 13 is a side view of the digital camera 10A taken along the lines 13-13 in FIG. 12, and further shows the vertical spacing of the fixed focal length lens subassembly $1a$, the zoom lens subassembly $1b$, and the flash 48. It is particularly noteworthy that the folded optics employed in the subassemblies $1a$ and $1b$ enable the image capture assembly 1 to fit within a compact front to rear dimension 210 of the camera 10A. It is also noteworthy that the embodiment of FIG. 10D, employing two fixed focal length lens subassemblies $1a(1)$ and $1a(2)$, could be substituted into the arrangement shown in FIG. 11, thereby enabling a camera with even a lesser width-wise dimension 201.

FIGS. 14A, 14B, and 14C show an arrangement of components in the second embodiment shown in FIG. 10B within the digital camera 10B, where FIG. 14B is a top view taken along the lines 14B-14B in FIG. 14A, and FIG. 14C is a side view taken along the lines 14C-14C in FIG. 14B. Note that, because of the larger size of the second zoom subassembly $1c$, the spatial relationship of the components has been rearranged. The battery compartment 204 has now been moved under the flash 48, thereby freeing up more room on the opposite side of the lenses 3 and 4 for the folded optics. Similarly, FIGS. 15A, 15B and 15C show an arrangement of the components in the third embodiment shown in FIG. 10C, where FIG. 15B is a top view taken along the lines 15B-15B in FIG. 15A, and FIG. 15C is a side view taken along the lines 15C-15C in FIG. 15B. It should be clear from these illustrations that the front-to-back folding of the optical systems offers significant advantages over the prior art, and over even such an optical system as shown in the aforementioned Hoe-

10

ssle reference (U.S. Pat. No. 5,051,830), which shows two optical paths integrated into one system. The narrow front-to-back dimension 210 produces a pocket-sized camera, and in the context of this invention, a pocket-sized camera with zoom, or zoom-like, features.

In each of the above embodiments, the image capture assembly may be integrated into the manufacture of the digital camera or it may stand alone as a fungible component that is, e.g., separately manufactured and supplied to a camera manufacturer for insertion into the camera. The image capture assembly may further include a control section for driving the sensors and selecting either the first sensor output from the first image sensor or a sensor output from one of the other image sensors. In addition, in some embodiments the sensors in the image capture assembly may be positioned next to each other on a common circuit board assembly, or may be packaged in a common integrated circuit package, and the lenses in the image capture assembly may be provided in a common lens assembly that mounts onto the circuit board or the integrated circuit package. In some preferred embodiments, the separate imaging arrays are part of the same CCD or CMOS integrated circuit, and the two lenses are assembled together and aligned with the sensor package.

Moreover, in the foregoing embodiments providing a plurality of three or more image sensors for generating three or more sensor outputs, and a plurality of three or more lenses for forming a corresponding three or more images of the scene on the corresponding three or more image sensors, the lenses employed may be provided in different spatial arrangements within the front optical profile $1d$ of the digital camera. Where three lenses are employed, the three lenses may be provided within the optical profile $1d$ on the camera in a triangular arrangement, as shown in FIG. 10C or 10E. Where four lenses are employed, the four lenses may be provided within the optical profile $1d$ on the camera in a rectangular arrangement as shown in FIG. 10F.

Furthermore, in each of the embodiments, when the fixed, or maximum, focal length of one lens is less than the minimum focal length of the next greater focal length lens, there is a focal length gap left between the two lenses. In that case, the processing section in the camera may include an electronic zooming capability for electronically zooming over at least a portion of the focal length gap. Consequently, if a single "zoom lens" user control is used, a transition between some settings of the user control will cause a zoom lens to move to a particular optical zoom position, while a transition between other settings of the user control will cause the processor to digitally zoom up from an optical image output of the wide angle lens. For example, where the electronic camera provides a zoom setting over a range including a wide angle optical focal length and a group of optical focal lengths provided by at least one tele zoom lens, at least some of the intervening focal lengths in the gap between the wide angle focal length and the zoom focal lengths of the tele zoom are provided by electronically zooming up from an image captured at the wide angle optical focal length. Furthermore, the wide angle optical focal length that is being zoomed can be provided by the maximum focal length of another (wide angle) zoom lens.

FIGS. 16A and 16B show two views of the optical relay subassembly $1a$ shown in FIGS. 10A, and 10C-10F for supporting a fixed focal length lens 2 in relation to an image sensor 12 along a folded optical path. FIG. 16A shows a lens barrel $6a$ for supporting the outer objective of the fixed focal length lens 2, the image sensor 12 and associated relay lens components $7a$ in an optical path that is folded by a mirror prism $8a$. In addition, the lens barrel $6a$ supports an aperture

US 7,561,191 B2

11

shutter assembly **9***a* in the optical path. FIG. **16**B is a view taken along the line 16B-16B in FIG. **16**A, showing an appearance of the optical subassembly 1*a* from the face of the camera (as shown generally in FIG. **10**A). FIG. **17** shows the optical relay subassembly 1*b* (or 1*c*) shown in FIGS. **10**A, **10**B and **10**C for supporting a zoom lens **3** (or **4**) in relation to an image sensor **14** (or **16**) along a folded optical path. FIG. **17**A shows a fixture **6***b* for supporting the outer objective of the zoom lens **3** (or **4**), the second image sensor **14** (or third image sensor **16**), and movable relay (zoom) lens components **7***b* in an optical path that is folded by a mirror prism **8***b*. In addition, the fixture **6***b* supports an aperture shutter assembly **9***b* in the optical path. FIG. **17** also shows the zoom and focus motors **5***a* for controlling the movement of the lens components **7***b*.

FIG. **1** depicts a block diagram of a digital camera **10**A according to the first embodiment. The digital camera **10**A is a portable battery operated device, small enough to be easily handheld by a user when capturing and reviewing images. In the preferred embodiment, the digital camera **10**A produces still digital images that are stored on a removable memory card **54**. The digital camera may produce motion digital images, either exclusively or in addition to the still images, that are also stored on the memory card **54**.

The digital camera **10**A includes the aforementioned image capture assembly **1** described in FIGS. **10**A and **11**, comprising a fixed focal length lens **2** that focuses an image of a scene (not shown) onto a first image sensor **12**, and a zoom lens **3** which focuses an image of the scene onto a second image sensor **14**. The image capture assembly **1** provides a first image output **12***e* from the first image sensor **12** and a second image output **14***e* from the second image sensor **14**. In one preferred embodiment, the images sensors **12** and **14** are identical in size, both as to aspect ratio and pixel size, the lens **2** is an ultra-wide angle lens with a "35 mm film equivalent focal length" of 22 mm (written as 22 mm equiv., where 22 mm is the focal length of a 35 mm photographic film camera that provides the same field of view as the fixed lens **2** provides to the image sensor **12**, as defined in the ANSI/I3A IT10.7000-2004 standard available from the American National Standards Institute, Inc., New York, N.Y.), and the zoom lens **3** is a 3:1 zoom lens having a 38 mm-114 mm equiv. focal length range.

The 35 mm film equivalent focal length (f.l.) can be calculated using the formula:

$$35 \text{ mm-equiv. f.l.} = \frac{\text{(actual lens f.l. (in mm)} \times 43.27 \text{ mm)}}{\text{(diagonal sensor focal plane distance (in mm))}}.$$

For example, if the image sensor uses a ½" type optical format, it has a focal plane of 6.4 mm (width)×4.8 mm (height), with a diagonal distance of 8.0 mm. If this type of image sensor is used with a lens having an actual focal length of 4.0 mm, the 35 mm equiv. focal length is 22 mm.

Because the focal length of the fixed lens **2** generates an ultra-wide angle field of view, e.g., 22 mm equiv., it has a fixed focus set to a distance near the lens hyperfocal distance of 8 feet, so that objects from 4 feet to infinity are in focus. Therefore, fixed lens **2** does not need to include a focus adjustment. The fixed focal length lens **2** includes an adjustable aperture and shutter assembly **9***a* (as shown FIGS. **16**A and **16**B) to control the exposure of the image sensor **12**. The zoom lens **3** is controlled by zoom and focus motors **5***a* and an adjustable aperture and shutter assembly **9***b* (as shown in FIGS. **17**A and **17**B) to control the exposure of the image sensor.

In a preferred embodiment, the image sensors **12** and **14** are single-chip color Megapixel CCD sensors, using the well-

12

known Bayer color filter pattern to capture color images. The image sensors **12** and **14** can have, for example, a 4:3 image aspect ratio and a total of 3.1 effective megapixels (million pixels), with 2048 active columns of pixels×1536 active rows of pixels. The image sensors **12** and **14** can use a ½" type optical format, so that each pixel is approximately 3.1 microns tall by 3.1 microns wide. A control processor and timing generator **40** controls the first image sensor **12** by supplying signals to clock drivers **13**, and controls the second image sensor **14** by supplying signals to clock drivers **15**.

The control processor and timing generator **40** also controls the zoom and focus motors **5***a*, and a flash **48** for emitting light to illuminate the scene. The control processor and timing generator **40** also receives signals from automatic focus and automatic exposure detectors **46**. In an alternative embodiment, instead of using the automatic focus and automatic exposure detectors **46**, the image sensor **14** could be used to provide exposure detection and "through-the-lens" autofocus, as described in commonly-assigned U.S. Pat. No. 5,668,597, which is entitled "Electronic Camera with Rapid Automatic Focus of an Image upon a Progressive Scan Image Sensor" and which issued Sep. 26, 1997 in the names of Kenneth A. Parulski, Masaki Izumi, Seiichi Mizukoshi and Nobuyuki Mori, and which is incorporated herein by reference. User controls **42** are used to control the operation of the digital camera **10**A.

The analog output signal **12***e* from the first image sensor **12** is amplified by a first analog signal processor (ASP1) **22** and provided to a first input of a control element **34**, e.g., an analog multiplexer control element. The analog output signal **14***e* from the second image sensor **14** is amplified by a second analog signal processor (ASP 2) **24** and provided to a second input of the control element **34**, that is, the analog multiplexer control element. The function of the control element **34** is to select either the first sensor output **12***e* from the first image sensor **12** or the second sensor output **14***e* from the second image sensor **14**, thereby providing a selected sensor output from the image capture assembly **1**.

The control processor and timing generator **40** controls the analog multiplexer control element **34** in order to provide the output of either the (ASP1) **22** or the (ASP 2) **24** to an analog-to-digital (A/D) converter circuit **36**. The digital data provided by the A/D converter **36** is stored in a DRAM buffer memory **38** and subsequently processed by an image processor **50**. The processing performed by the image processor **50** is controlled by firmware stored in a firmware memory **58**, which can be flash EPROM memory. The processor **50** processes the input digital image file, which is buffered in a RAM memory **56** during the processing stage.

In an alternative embodiment (not shown), two A/D converter circuits are connected to the outputs of ASP 1 (**22**) and ASP 2 (**24**) and the analog mux **34** is not used. Instead, a digital multiplexer is used to select which one of the outputs of the two A/D converters is connected to the DRAM buffer memory **38**.

The processed digital image file is provided to a memory card interface **52**, which stores the digital image file on the removable memory card **54**. Removable memory cards **54** are one type of removable digital image storage medium, and are available in several different physical formats. For example, the removable memory card **54** can include (without limitation) memory cards adapted to well-known formats, such as the Compact Flash, SmartMedia, MemoryStick, MMC, SD, or XD memory card formats. Other types of removable digital image storage media, such as magnetic hard drives, magnetic tape, or optical disks, can alternatively be used to store the still and motion digital images. Alternatively, the digital camera

APPL-1011 / Page 30 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

13

10A can use internal non-volatile memory (not shown), such as internal Flash EPROM memory to store the processed digital image files. In such an embodiment, the memory card interface **52** and the removable memory card **54** are not needed.

The image processor **50** performs various housekeeping and image processing functions, including color interpolation followed by color and tone correction, in order to produce rendered sRGB image data. The rendered sRGB image data is then JPEG compressed and stored as a JPEG image file on the removable memory card **54**. The rendered sRGB image data may also be provided to a host PC **66** via a host interface **62** communicating over a suitable interconnection, such as a SCSI connection, a USB connection or a Firewire connection. The JPEG file uses the so-called "Exif" image format defined in "Digital Still Camera Image File Format (Exif)" version 2.1, July 1998 by the Japan Electronics Industries Development Association (JEIDA), Tokyo, Japan. This format includes an Exif application segment that stores particular image metadata, including the date/time the image was captured, as well as the f/number and other camera settings.

It should be noted that the image processor **50**, while typically a programmable image processor, can alternatively be a hard-wired custom integrated circuit (IC) processor, a general purpose microprocessor, or a combination of hard-wired custom IC and programmable processors.

The image processor **50** also creates a low-resolution "thumbnail" size image, which can be created as described in commonly-assigned U.S. Pat. No. 5,164,831, entitled "Electronic Still Camera Providing Multi-Format Storage Of Full And Reduced Resolution Images" and issued in the name of Kuchta, et al., the disclosure of which is herein incorporated by reference. After images are captured, they can be quickly reviewed on a color LCD image display **70** by using the thumbnail image data. The graphical user interface displayed on the color LCD image display **70** is controlled by the user controls **42**.

In some embodiments, according to the present invention, the digital camera **10**A is included as part of a camera phone. In such embodiments, the image processor **50** also interfaces to a cellular processor **90**, which uses a cellular modem **92** to transmit digital images to a cellular network (not shown) using radio frequency transmissions via an antenna **94**. In some embodiments of the present invention, the image capture assembly **1** may be an integrated assembly including the lenses **2** and **3**, the image sensors **12** and **14**, and zoom and focus motors **5**a. In addition, the clock drivers **13** and **15**, as well as the analog signal processors **22** and **24**, the analog mux **34**, and the A/D converter **36**, may be part of the integrated assembly.

FIGS. 2A and 2B show perspective views of the digital camera **10**A described in relation to FIG. 1. FIG. 2A is a frontal view of the camera **10**A, showing the fixed focal length lens **2**, the zoom lens **3** and the flash **48**. The fixed focal length lens is preferably an ultra wide angle lens; a suitable lens has a 22 mm equiv. focal length and an f/2 maximum aperture. The zoom lens is preferably an ultra-thin lens, e.g., a prism lens; a suitable zoom would be a 3:1 zoom ratio lens, such as a 38-114 mm equiv. focal length zoom lens. A prism lens is a lens configuration, such as shown in FIGS. **16**A, **16**B, and **17**, that incorporates a prism **8**a, **8**b for folding the optical path, thereby creating a very compact optical construction. Clearly, other lens focal lengths and lens type constructions are within the scope of the invention. FIG. 2B is a rear view of the camera **10**A, showing the color (LCD) display **70** and a number of user controls **42**, including a shutter button **42**a for enabling an image capture sequence, a panoramic

14

button **42**b for enabling a panoramic mode, a zoom button **42**c for enabling a selection of a zoom setting, and a multi-position selector **42**d for navigating through images, menu choices and the like that are displayed on the color LCD display **70**.

In a further embodiment, the aspect ratio of the image provided by the fixed focal length lens **2** and the image sensor **12** may be different than the aspect ratio of the image provided by the zoom lens **3** and the image sensor **14**. For example the image sensor **12** can have a 16:9 image aspect ratio, with 2730 active columns of pixels×1536 active rows of pixels, for a total of 4.2 effective megapixels. Consequently, the display **70** is preferably a wide aspect ratio (e.g., 16:9) format display. As shown in FIGS. **18**A and **18**B, the aspect ratio of the image sensor **12** (shown in broken line) may represent a panoramic image **18** (e.g., a 16:9 aspect ratio panoramic image as shown in FIG. **18**A) and the aspect ratio of the image sensor **14** (shown in broken line) may represent a typical television aspect ratio image **19** (e.g., a 4:3 aspect ratio image as shown in FIG. **18**B). In this case, the user control **42** may input user commands to the control processor and timing generator **40** for changing the aspect ratio of the stored images which are provided by the image sensor **12** in order to obtain a variable panoramic effect that transitions from the wide angle of the lens **2** toward a narrower angle approaching the effect of the 4:3 aspect ratio of the zoom lens **3**. This is accomplished by cropping the image data which has been stored in DRAM buffer memory **38**, so that only a center subset of the image data provided from the image sensor **12** is processed by image processor **50** and stored on removable memory card **54**. For example, and as shown in FIG. **18**A, the vertical margins **18**b of the image may be continuously adjusted, from the normal 16:9 aspect ratio to a wider aspect ratio image, by pressing on the wide control section of the zoom button **42**c. In response, the top and bottom of the image in DRAM buffer memory **38** is cropped by image processor **50** to produce increasingly wider aspect ratios, such as 17:9, 18:9 (2:1), 19:9, etc. image aspect ratios. Alternatively, the horizontal margins **18**a of the image may be adjusted, from the normal 16:9 aspect ratio to a narrower aspect ratio image by instead pressing on the telephoto control section of the zoom button **42**c. In response, the left and right sides of the image in DRAM buffer memory **38** are cropped by image processor **50** to produce increasingly narrower aspect ratios, such as 15:9, 14:9, 3:2, etc. image aspect ratios. In this manner, a variable panoramic effect may be digitally effected using the image data from the first image sensor **12**.

FIG. 3 depicts a flow diagram showing a method for capturing digital images using the digital camera of FIG. 1. In lens setting block **100**, when the camera **10**A is turned on using a power switch (not shown), the zoom lens **3** is set to a default position, which is preferably a wide angle position (e.g., the 38 mm position). In panoramic decision block **102**, if the user presses the panoramic button **42**b (i.e., a yes response to block **102**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (first sensor block **114**) the output of the analog signal processor (ASP1) **22**, so that the output of the first image sensor **12** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **12** is captured and displayed in preview block **116**. If the zoom button is pressed at this point (having specified that the wide angle image is being used), the aspect ratio of the image is modified in the aspect ratio adjustment block **118** so as to obtain a variable panoramic effect from the wide angle of the lens **2**. Then, if the shutter button is pressed, a still image is captured in capture block **120** using the output of the first sensor **12**.

APPL-1011 / Page 31 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

**15**

In panoramic decision block **102**, if the user does not press the panoramic button **42**b (i.e., a no response to block **102**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (second sensor block **104**) the output of the analog signal processor (ASP2) **24**, so that the output of the second image sensor **14** is provided to A/D converter **36**. Thereupon, a preview image from the image sensor **14** is captured and displayed in preview block **106**. If the zoom button is pressed at this point (having specified that the zoom image is being used), the position of the zoom lens is adjusted in the zoom adjustment block **108** so as to obtain a zooming effect from the minimum focal length to the maximum focal length of the zoom lens **3**. Then, if the shutter button is pressed, a still image is captured in capture block **110** using the output of the second sensor **14**.

In a further variation on this embodiment, after the panoramic button **42**b is pressed (having thus specified that the wide angle image is being used) or if the zoom button **42**c is pressed without first pressing the panoramic button **42**b (having thus specified that the zoom image is being used), the image sensor that is not being used may optionally be powered down (in the power down block **112**) to reduce the power drain and conserve the battery supply.

FIG. **4** depicts a block diagram of a digital camera **10A** according to the second embodiment. In the second embodiments a digital camera **10B** includes two zoom lenses, each providing an image to a corresponding image sensor. The first zoom lens **3** is controlled by zoom and focus motors **5**a, and provides an image to the first image sensor **14**. The second zoom lens **4** is controlled by zoom and focus motors **5**b, and provides an image to the second image sensor **16**. A user zoom control on the camera selects, depending on its setting, either the output **14**e of the first image sensor **14** or the output **16**e of the second image sensor **16**. The remaining aspects of the digital camera **10B** are similar to the digital camera **10A** shown in FIG. **1**, and retain the same reference characters. Reference is therefore made to FIG. **1** for further description of these aspects of the digital camera **10B**.

FIGS. **5A** and **5B** show perspective views of the digital camera **10B** described in relation to FIG. **4**. FIG. **5A** is a front view of the camera **10B**, showing the first zoom lens **3**, the second zoom lens **4** and the flash **48**. The first zoom lens **3** is preferably an ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 38-114 mm equiv. focal length zoom lens. The second zoom lens **4** is preferably another ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 133-380 mm equiv. focal length zoom lens. Preferably a total zoom ratio of approximately 10:1 may be obtained from the usage of both of the zoom lens. Furthermore, in a preferred embodiment, and since the motorized zooming is typically done between discrete zoom steps rather than continuously, the small gap in focal length between first zoom lens **3** and the second zoom lens **4** is equivalent to a focal length zoom step. Clearly, other lens focal lengths and lens type constructions are within the scope of the invention.

FIG. **5B** is a rear view of the camera **10B**, and similar in all respects, except for the lack of the panoramic button **42**b, to FIG. **2B**. Since neither imager has a panoramic aspect ratio, the display **70** is preferably a 4:3 aspect ratio display.

FIG. **6** depicts a flow diagram showing a method for capturing digital images using the digital camera of FIG. **4**. In lens setting block **100**, when the camera **10B** is turned on using a power switch (not shown), the first zoom lens **3** is set to a default position, which is preferably a wide angle position (e.g., the 38 mm position).

**16**

In zoom position block **122**, if the user presses the zoom button **42**c and obtains a position beyond X (i.e., something greater than 125 mm and therefore a yes response to block **122**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (second sensor block **134**) the output of the analog signal processor (ASP1) **24**, so that the output of the second image sensor **16** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **16** is captured and displayed in preview block **136**. Then, if the shutter button is pressed, a still image is captured in capture block **140** using the output of the second sensor **16**. If the zoom button is pressed at this point in the zoom button block **138**, control is returned to the zoom position block **122**.

In zoom position block **122**, if the user presses the zoom button **42**c and obtains a position less than a position X (i.e., something less than 125 mm and therefore a no response to block **122**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (first sensor block **124**) the output of the analog signal processor (ASP2) **22**, so that the output of the first image sensor **14** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **14** is captured and displayed in preview block **126**. Then, if the shutter button **42**a is pressed, a still image is captured in capture block **130** using the output of the first sensor **16**. If the zoom button is pressed at this point in the zoom button block **128**, control is returned to the zoom position block **122**, and the process is repeated.

FIG. **7** depicts a block diagram of a digital camera **10C** according to the third embodiment. In the third embodiment, a digital camera **10C** includes two zoom lenses **3** and **4** and a fixed focal length lens **2**, each providing an image to a corresponding image sensor. The first zoom lens **3** is controlled by zoom and focus motors **5**a, and provides an image to the first image sensor **14**. The second zoom lens **4** is controlled by zoom and focus motors **5**b, and provides an image to the second image sensor **16**. The fixed focal length lens **2** provides an image to the third image sensor **12**. A user zoom control on the camera selects, depending on its setting, either the output **14**e of the first image sensor **14**, the output **16**e of the second image sensor **16**, or the output **12**e of the third image sensor **12**. The remaining aspects of the digital camera **10C** are similar to the digital camera **10B** shown in FIG. **4**, and retain the same reference characters. Reference is therefore made to FIG. **4** for further description of these aspects of the digital camera **10C**.

FIGS. **8A** and **8B** show perspective views of the digital camera **10C** described in relation to FIG. **7**. FIG. **8A** is a frontal view of the camera **10C**, showing the first zoom **3**, the second zoom lens **4**, the fixed focal length lens **2** and the flash **48**. The first zoom lens **3** is preferably an ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 38-114 mm equiv. focal length zoom lens. The second zoom lens **4** is preferably another ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 133-380 mm equiv. focal length zoom lens. Preferably a total zoom ratio of approximately 10:1 may be obtained from the usage of both of the zoom lens. Furthermore, in a preferred embodiment, the small gap in focal length between first zoom lens **3** and the second zoom lens **4** is equivalent to a focal length zoom step. The fixed focal length lens is preferably an ultra wide angle lens; a suitable lens has a 22 mm equiv. focal length and an f/2 maximum aperture. Clearly, other lens focal lengths and lens type constructions are within the scope of the invention.

FIG. **8B** is a rear view of the camera **10C**, and similar in all respects to FIG. **2B**. In a further (optional) variation on the

APPL-1011 / Page 32 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

17                                   18

third embodiment, the aspect ratio (e.g., 16:9) of the image provided by the fixed focal length lens 2 may be different than the aspect ratio of the image provided by the zoom lenses 3 or 4. In this case, as was shown in FIG. 2B, the user control 42 (e.g., the zoom button 42c) may input user commands for changing the aspect ratio of the image sensor 2 in order to obtain a variable panoramic effect that transitions from the wide angle of the lens 2 toward a narrower angle approaching the effect of the 4:3 aspect ratio of the zoom lens 3.

FIG. 9 depicts a flow diagram showing a method for capturing digital images using the digital camera of FIG. 7. This figure is mostly a composite of the blocks in FIGS. 3 and 6, and most of the blocks retain the same reference characters for the same block functions and steps. In lens setting block 100, when the camera 10B is turned on using a power switch (not shown), the first and second zoom lenses 3 and 4 are set to default positions, which are preferably the wide angle position of each lens (e.g., the 38 mm position for lens 3 and the 125 mm position for lens 4).

In panoramic decision block 102, if the user presses the panoramic button 42b (i.e., a yes response to block 102), the control processor and timing generator 40 controls the analog multiplexer 34 to use (third sensor block 115) the output of the analog signal processor (ASP1) 26, so that the output of the third image sensor 12 is provided to the A/D converter 36. Thereupon, a preview image from the image sensor 12 is captured and displayed in preview block 116. If the zoom button is pressed at this point (having specified that the wide angle image is being used), the aspect ratio of the image is modified in the aspect ratio adjustment block 118 so as to obtain a variable panoramic effect from the wide angle of the lens 2. Then, if the shutter button is pressed, a still image is captured in capture block 120 using the output of the third sensor 12.

If the panoramic decision block 102 is not engaged (i.e., the user has not pressed the panoramic button 42b), control is transferred to the zoom position block 122. In zoom position block 122, if the user presses the zoom button 42c and obtains a position beyond X (i.e., something greater than 125 mm and therefore a yes response to block 122), the control processor and timing generator 40 controls the analog multiplexer 34 to use (second sensor block) 24, the output of the analog signal processor (ASP1) 26, so that the output of the second image sensor 16 is provided to the A/D converter 36. Thereupon, a preview image from the image sensor 16 is captured and displayed in preview block 136. Then, if the shutter button is pressed, a still image is captured in capture block 140 using the output of the second sensor 16. If the zoom button is pressed at this point in the zoom button block 138, control is returned to the zoom position block 122.

In zoom position block 122, if the user presses the zoom button 42c and obtains a position less than a position X (i.e., something less than 125 mm and therefore a no response to block 122), the control processor and timing generator 40 controls the analog multiplexer 34 to use (first sensor block 124) the output of the analog signal processor (ASP2) 27, so that the output of the first image sensor 14 is provided to the A/D converter 36. Thereupon, a preview image from the image sensor 14 is captured and displayed in preview block 126. Then, if the shutter button 42a is pressed, a still image is captured in capture block 130 using the output of the first sensor 16. If the zoom button is pressed at this point in the zoom button block 128, control is returned to the zoom position block 122, and the process is repeated.

FIG. 19 represents the fourth and fifth embodiments, where a digital camera 10D includes two (the fourth embodiment) fixed focal length lenses or a digital camera 10E includes three (the fifth embodiment) fixed focal length lenses, each providing an image to a corresponding imaging array. FIG. 19 specifically depicts a block diagram of a digital camera 10E according to the fifth embodiment. In the fifth embodiment, a digital camera 10E includes three fixed focal length lens, each providing an image to a corresponding image sensor. The first fixed focal length lens 2a provides an image to the first image sensor 12a. The second fixed focal length lens 2b provides an image to the second image sensor 12b. The third fixed focal length lens 2c provides an image to the third image sensor 12c. A user zoom control on the camera selects, depending on its setting, either the output of the first image sensor 12a, the output of the second image sensor 12b, or the output of the third image sensor 12c. More specifically, the user zoom control on the camera selects either the output of one of the three image sensors to provide a rough magnification setting, and in addition uses a digital zoom provided by the image processor 50 to provide fine magnification control. For example, the first focal length lens 2a may have a focal length of 30 mm equiv. (35 mm equivalent), the second fixed focal length 2b lens may have a focal length of 90 mm equiv., and the third fixed focal length lens 2c may have a focal length of 135 mm equiv. The zoom lens control may provide settings from 30 mm to 270 mm. When the user selects 60 mm, for example, the output from the first sensor 12a is selected, along with a 2× digital zoom. When the user selects 270 mm, the output of the third sensor 12c is selected, along with 2× digital zoom.

In the fourth embodiment, a digital camera 10D includes two fixed focal length lens, each providing an image to a corresponding image sensor. Consequently, for the fourth embodiment, FIG. 19 is modified such that the third fixed focal length lens 2c, and its ancillary components and circuitry, is eliminated. A user zoom control on the camera selects, depending on its setting, either the output of the first image sensor 12a, or the output of the second image sensor 12b. For example, the first focal length lens 2a may have a focal length of 30 mm equiv. (35 mm equivalent), and the second fixed focal length 2b lens may have a focal length of 90 mm equiv. The zoom lens control 42c may provide settings from 30 mm to 270 mm. When the user selects 60 mm, for example, the output from the first sensor 12a is selected, along with a 2× digital zoom. When the user selects 270 mm, the output of the second sensor 12b is selected, along with 3× digital zoom. The remaining aspects of the digital cameras 10D and 10E are similar to the digital camera 10B shown in FIG. 4, and retain the same reference characters. Reference is therefore made to FIG. 4 for further description of these aspects of the digital cameras 10D and 10E.

The perspective views of digital cameras 10D and 10E are not shown, as they are substantially similar to the perspective views of FIGS. 5A and 5B, except that another optical relay subassembly is included for the digital camera 10E.

FIG. 20 depicts a flow diagram showing a method for capturing digital images using the digital camera 10E of FIG. 20. In a power up block 300, the camera 10E is turned on using a power switch (not shown). In zoom position block 302, if the user presses the zoom button 42c and obtains a position beyond X (i.e., something equal to or greater than 90 mm equiv. and therefore a yes response to block 302), control is transferred to the second zoom position block 314. There, if the zoom button 42c is indicating a position beyond Y (e.g., something equal to or greater than 135 mm equiv. and therefore a yes response to block 314), the control processor and timing generator 40 controls the analog multiplexer 34 to use (third sensor block 318) the output of the analog signal processor (ASP3) 26, so that the output of the third image sensor

US 7,561,191 B2

19

12$c$ is provided to the A/D converter 36. If the zoom control 42$c$ is requesting a focal length other than the optical 135 mm equiv., digital zoom is applied to the image in the zoom block 306 to bring the image up to the requested focal length. Thereupon, a preview image from the image sensor 12$c$ is captured and displayed in preview block 308. Then, if the shutter button is pressed, a still image is captured in capture block 312 using the output of the third sensor 12$c$. If the zoom button is pressed at this point in the zoom button block 310, control is instead returned to the zoom position block 302.

If the zoom button 42$c$ is indicating a position less than Y (i.e., something less than 135 mm equiv. and therefore a no response to block 314), the control processor and timing generator 40 controls the analog multiplexer 34 to use (second sensor block 316) the output of the analog signal processor (ASP2) 24, so that the output of the second image sensor 12$b$ is provided to the A/D converter 36. If the zoom control 42$c$ is requesting a focal length other than the optical 90 mm equiv., digital zoom is applied to the image in the zoom block 306 to bring the image up to the requested focal length. Thereupon, a preview image from the image sensor 12$b$ is captured and displayed in preview block 308. Then, if the shutter button is pressed, a still image is captured in capture block 312 using the output of the second sensor 12$b$. If the zoom button is pressed at this point in the zoom button block 310, control is instead returned to the zoom position block 302.

In zoom position block 302, if the user presses the zoom button 42$c$ and obtains a position less than a position X (i.e., something less than 90 mm and therefore a no response to block 302), the control processor and timing generator 40 controls the analog multiplexer 34 to use (first sensor block 304) the output of the analog signal processor (ASP1) 22, so that the output of the first image sensor 12$a$ is provided to the A/D converter 36. If the zoom control 42$c$ is requesting a focal length other than the optical 30 mm equiv., digital zoom is applied to the image in the zoom block 306 to bring the image up to the requested focal length. Thereupon, a preview image from the image sensor 12$a$ is captured and displayed in preview block 308. Then, if the shutter button 42$a$ is pressed, a still image is captured in capture block 312 using the output of the first sensor 12$a$. If the zoom button is pressed at this point in the zoom button block 310, control is returned to the zoom position block 302, and the process is repeated.

A number of advantages may be obtained by use of the fixed focal length lenses in the fourth and fifth embodiments. The aperture of each lens can be kept quite large (e.g., f/2.8 at least for the widest angle lens), thereby providing a high speed, low light lens. In addition, the image quality can be kept higher than for a comparable zoom lens. When digital zooming is employed, there are no moving parts for the zoom—even though there are two (or three) optical settings—and the zoom is completely silent and relatively fast in zoom focal length transitions.

In the sixth embodiment (which is not shown as a separate block diagram), a digital camera 10F includes four fixed focal length lenses, each providing an image to a corresponding image sensor. Consequently, for the sixth embodiment, FIG. 19 is modified such that a fourth fixed focal length lens 2$d$, and its ancillary components and circuitry, is added. A user zoom control on the camera selects, depending on its setting, either the output of the first image sensor 12$a$, the output of the second image sensor 12$b$, the output of the third sensor 12$c$, or the output of the fourth sensor 12$d$. For example, the first focal length lens 2$a$ may have a focal length of 30 mm equiv. (35 mm equivalent), and the second fixed focal length 2$b$ lens may have a focal length of 60 mm equiv., the third

20

fixed focal length 2$b$ lens may have a focal length of 120 mm equiv., and the fourth fixed focal length 2$b$ lens may have a focal length of 270 mm equiv. The zoom lens control 42$c$ may provide settings from 30 mm to 400 mm. When the user selects 45 mm, for example, the output from the first sensor 12$a$ is selected, along with a 1.5× digital zoom. When the user selects 90 mm, for example, the output from the second sensor 12$b$ is selected, along with a 1.5× digital zoom. When the user selects 240 mm, for example, the output from the third sensor 12$c$ is selected, along with a 2× digital zoom. When the user selects 400 mm, the output of the fourth sensor 12$d$ is selected, along with 1.5× digital zoom. The remaining aspects of the digital camera 10F are similar to the digital camera 10E shown in FIG. 19, and reference is therefore made to FIG. 19 for further description of these aspects of the digital camera. The perspective views and flow diagram of the digital camera 10F are not shown, as they are substantially similar to the perspective views of FIGS. 5A and 5B and the flow diagram of FIG. 20, except that yet another optical relay subassembly, and another flow column in FIG. 20 for the fourth sensor 12$c$, is included for the digital camera 10F.

In many of the foregoing embodiments, digital zooming is used. Digital zooming is a well-known process and any of a variety of techniques may be used. One such digital zooming capability is described in commonly-assigned pending U.S. Patent Application Publication No. 2003/0202113, "Electronic Still Camera and Image Processing Method" filed on Aug. 1, 2002 in the name of Sumito Yoshikawa and which is incorporated herein by reference. For the type of system disclosed in this pending patent application, as well as for the system according to the present invention, the image sensor includes an array of discrete light sensitive picture elements overlaid with a color filter array (CFA) pattern to produce color image data corresponding to the CFA pattern. The output data from the image sensor is applied to an analog signal processing (ASP) and analog/digital (A/D) conversion section, which produces digital CFA data from the color image data.

The resultant digital data is applied to a digital signal processor, such as the image processor 50 (referring to FIG. 1 of the present disclosure), which interpolates red, green, and blue (RGB) color image data for all of the pixels of the color image sensor. The CFA image data represents an image of a fixed size, such as 2048 columns of pixels×1536 rows of pixels. A digitally zoomed image is provided by taking the center section of the CFA image data and interpolating additional pixels that fall in between the pixels provided by the image sensor. For example, a 2:1 digital zoom is provided by using only the center 1024 columns×768 rows of the CFA image data, and by interpolating one additional row and column in between each of the rows and columns of the center CFA image data, so as to enlarge the center of the image. The output of the image processor 50 is a color interpolated and digitally zoomed image, with 2048 columns and 1536 rows of RGB data, provided from the center 1024 columns×768 rows of CFA image data.

In operation of the present imaging system according to the aforementioned Yoshikawa patent disclosure, the user operates the digital camera, e.g., the digital camera 10E (FIG. 19), to take pictures while observing the image on the color LCD image display 70. The digital CFA image for each of the captured images is processed by the image processor 50 and displayed in a "thumbnail" or subsampled format in the preview step (e.g., steps 308 in FIG. 20). If the observed zoom amount is not desired, the user then changes the zooming/cropping setting in a zoom selection/cropping step (e.g., steps 302, 314 in FIG. 20) by using the zoom button 42$c$. The

APPL-1011 / Page 34 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

**21**

amount of digital zooming is determined by the control processor and timing generator **40** and provided to the image processor **50**. The control processor and timing generator **40** selects which of the image sensor outputs to use (by controlling the analog mux **34**), and the amount of digital zoom needed, which in combination provide the desired overall zoom setting. For example, a 2.5:1 overall zoom setting can be provided by selecting (using the analog mux **34**) a lens and image sensor that provides a 2:1 optical zoom and also instructing the image processor **50** to provide a 5:4 digital zoom setting, which uses the center 1638 columns×1230 rows (from the 2048 columns×1536 rows of CFA image data).

In an additional embodiment shown in FIG. **21**, the two (or three) lenses have identical focal lengths, and the imaging arrays are different sizes (e.g. both sensors are, e.g., 3.1 effective megapixel sensors with 2048 columns×1536 rows of pixels, but the first image sensor **412a** has 3.1 micron square pixels and the second image sensor **412b** has 6.2 micron square pixels, so that the diagonal of the second image sensor is twice as large as the first image sensor). With the differently sized imaging arrays, each lens is designed to fill the area of the imaging array and each lens-array combination can have substantially the same actual focal length, i.e., the same lens to array distance. However, the 35 mm equiv. of each lens will be different, in proportion to the difference in the diagonal size of the array; consequently, each lens will have a different field of view. In FIG. **21**, in this additional embodiment, a digital camera **10G** includes a first fixed focal length lens **402a** that provides an image to a first image sensor **412a**, which has 3.1 micron pixels. A second fixed focal length lens **402b** provides an image to a second image sensor **412b**, which has 6.2 micron pixels. A user zoom control **42** on the camera selects, depending on its setting, either the output of the first image sensor **412a** or the output of the second image sensor **412b**. More specifically, the user zoom control on the camera selects the output of one of the two image sensors to provide a rough magnification setting based on the 35 mm equiv. focal length of the lenses **402a** and **402b**, and in addition uses a digital zoom provided by the image processor **50** to provide fine magnification control. For example, the first focal length lens **402a** may have an actual focal length of 16 mm, which provides a 35 mm equiv. focal length of about 80 mm because the pixels are 3.1 mm so that the diagonal size is about 8 mm. The second fixed focal length **402b** lens may also have an actual focal length of 16 mm, but it provides a 35 mm equivalent focal length of about 40 mm, because the pixels are 6.2 mm so that the diagonal size is about 16 mm. The zoom lens control may provide settings from 40 mm to 160 mm. When the user selects 60 mm, for example, the output from the second sensor **412b** is selected, along with a 1.5× digital zoom. When the user selects 160 mm, for example, the output of the first sensor **412a** is selected, along with 2× digital zoom.

The remaining aspects of the digital cameras **10G** are similar to the digital camera **10B** shown in FIG. **4**, and retain the same reference characters. Reference is therefore made to FIG. **4** for further description of these aspects of the digital camera **10G**.

A further advantage of the invention is that use of dual zooms provides an extended optical zoom range in a digital camera where the movement between user-requested zoom positions may be undertaken in an expedited manner. Since motorized zooming is typically done between discrete zoom steps rather than continuously, the full range of a zoom system is divided into a finite number of discrete steps. For example, as shown in FIG. **22**, a two zoom system may be

**22**

divided into a first zoom range **500** providing a 38 mm-114 mm equiv. zoom lens range and a second zoom range **502** providing a 133 mm-380 mm equiv. zoom lens range Such an arrangement may be provided by the digital camera **10B** shown in FIG. **4**. According to this arrangement, the zoom and focus motors **5a** and **5b** drive the respective zoom lenses **3** and **4** through a finite series of discrete steps, where each step represents, for the example shown in FIG. **22**, 0.5× zoom steps over the lower zoom range, and 1× zoom steps over the higher zoom range More particularly, the zoom and focus motor **5a** drives the zoom lens **3** from 38 mm to 114 mm in five discrete steps, with the steps corresponding to 1× (38 mm), 1.5× (57 mm), 2× (76 mm), 2.5× (95 mm) and 3× (114 mm) zoom steps. The zoom and focus motor **5b** drives the zoom lens **4** from 133 mm to 380 mm in seven discrete steps, with the steps corresponding to 3.5× (133 mm), 4× (152 mm), 5× (190 mm), 6× (228 mm), 7× (266 mm), 8× (304 mm), 9× (342 mm), and 10× (380 mm) zoom steps. The two lenses are separated in focal length by a one step gap **503** (i.e., by 19 mm, corresponding to the 0.5× gap between the 3× zoom focal length and the 3.5× zoom focal length.).

In operation, the user operates the user control **42** in order to select a zoom setting, whereby the zoom and focus motors **5a** and **5b** are responsive to the user control **42** for adjusting the zoom lenses through the first plurality of discrete zoom positions **500** for the first zoom lens **3** and through the second plurality **502** of discrete zoom positions for the second zoom lens **4**. The control processor and timing generator **40**, acting as a zoom controller, controls the zoom and focus motors **5a** and **5b** and enables an express mode when a user initiated change in the user control specifies a zoom transition from a present zoom setting within one of the plurality of discrete zoom positions in one of the ranges to a target zoom setting within the other plurality of discrete zoom positions in the other range. The control processor and timing generator **40** causes the zoom and focus motor of the lens containing the target position to immediately move the corresponding zoom lens to the target zoom position without powering the other zoom and position motor through any intervening discrete zoom positions, thereby enabling an express zooming sequence in which the zoom and focus motors of the lens not containing the target position do not have to traverse all of the intervening zoom positions between the present zoom setting and the target zoom setting.

An example is shown in FIG. **22**. In the power up mode, both zoom lenses will be brought to their minimum focal length positions, i.e., the zoom lens **3** will be driven to the 38 mm position and the zoom lens **4** will be driven to the 133 mm position. If the user initially chooses to view a subject at the widest angle position, say 38 mm equiv., the zoom lens **3** will provide its widest angle image to the image sensor **14** (FIG. **4**) and the analog multiplexer **34** will select the first image output **14e** from the first image sensor **14**. If the user then presses the zoom button **42c** to a tele position, say 228 mm equiv., the usual response in a single zoom lens that spanned the range from 38 mm to 228 mm would be to drive the zoom lens through an 8 step sequence **504** as shown in FIG. **22**. However, in the express mode according to the invention, the control processor and timing generator **40** immediately directs the zoom and focus motor **5b** to drive the lens **4** through a 3 step sequence **506** from 133 mm to 228 mm. Meanwhile, the zoom lens **3** remains at its widest setting. Consequently, five steps of movement are saved and the movement between user-requested zoom positions is undertaken in an expedited manner compared to the prior art situations. Clearly, FIG. **22** is only an example, and many other variations of step length and zoom ranges are within the scope

APPL-1011 / Page 35 of 38
APPLE INC. v. COREPHOTONICS LTD.

US 7,561,191 B2

**23**

of the invention. For example, in power up mode, the lens **4** could be set to the maximum focal length (380 mm) rather than the widest focal length (133 mm). Then the camera could be immediately switched from the wide-angle position (38 mm equiv.) to the maximum telephoto position (380 mm equiv.) immediately, simply by switching the analog mux **34** to provide the output of the 2nd image sensor **16**.

The concept of multiple lenses and multiple sensors, and the use of an integrated image capture assembly, may be adapted for use in a cell phone of the type having a picture taking capability. Accordingly, and as shown according to the present invention in FIG. **23**A, a cell phone **600** includes a phone stage comprising a microphone **602** for capturing the voice of a caller, related electronics (not shown) for processing the voice signals of the caller and the person called, and a speaker **604** for reproducing the voice of the one called. A keypad **606** is provided for entering phone numbers and image capture commands, and a (LCD) display **608** for showing phone-related data and for reproducing images captured by the phone or received over the cellular network. The rear view of the cell phone **600** shown in FIG. **23**B identifies some of the internal components, including a cellular image capture assembly **610** connected via the image processor **50** (as shown in FIG. **1**) to a cellular processing stage comprising the cellular processor **90** and the modem **92**. The cellular processor **90** receives and processes the image data from the image processor **50** and the voice data captured by the microphone **602**, and transfers the image and voice data to the cellular modem **92**. The cellular modem **92** converts the digital image and voice data into the appropriate format for transmission by the antenna **94** to a cellular network.

As the cellular image capture assembly **610** is shown in FIGS. **24**A and **24**B, where FIG. **24**B is a top view of the assembly **610** taken along the lines **24**B-**24**B in FIG. **24**A, the assembly **610** comprises an integrated packaging of the optical and imaging components on a common substrate **620**. More specifically, the assembly **610** includes a first fixed focal length lens **612** and a first image sensor **614**, and a second fixed focal length lens **616** and a second image sensor **618**. The first lens **612**, preferably a fixed focal length wide angle lens (such as a 40 mm equiv. lens), forms an image on the first image sensor **614**, and the second lens **616**, preferably a fixed focal length telephoto lens (such as 100 mm equiv. lens), forms an image on the second image sensor **618**. Both of the lenses are oriented in the same direction in order to form images of the same portion of the overall scene in front of them, albeit with different fields of view.

Each lens **612** and **616** and each associated image sensor **614** and **618** are mounted to the substrate **620** with an IR cut filter in between to reduce the incidence of IR radiation on the image pixels. Electronic components **624**, such as resistors, capacitors and power management components, are also mounted on the substrate **620**. The image signals are taken from the substrate **620** via a flex connector **626**. The data taken from the assembly **610** may be raw image data, or if suitable processors (not shown) are on board the substrate **620**, the data could be YUV image data or JPEG image data. Moreover, the image processor **50** may provide digital zooming between the wide angle and the telephoto focal lengths; the user may initiate such zooming via a user interface displayed on the (LCD) display **608** and by keying appropriate buttons on the keypad **606**. Furthermore, the wide angle image sensor **614** may have high resolution, e.g., higher than that of the telephoto image sensor **618**, in order to provide a higher quality source image for the digital zooming.

In one embodiment of the present invention, the wide angle lens **612** is set to its hyperfocal distance, which means it is in

**24**

focus from a few feet to infinity without need for any focus adjustment by the user. The telephoto lens **616** is automatically focused by an auto focus subsystem **628**. This is required because the hyperfocal distance increases as the focal length increases, and so the focus needs to be adjusted in order to obtain proper focus for objects at typical (e.g. 4' to 12') distances. By using only one focusing subsystem **628** for the telephoto lens **616**, the cost and size can be reduced.

An important constraint in any embodiment of the present invention is the "z" dimension **630**, which must be held to a very small figure consistent with a cell phone layout and architecture. This may be obtained by careful choice of the telephoto focal length and the size of the sensor. For example, the size of the sensor **616**, and consequently the size of the image that must be produced to fill the sensor, may be made small enough to reduce the focal length to an acceptable z dimension **630**.

In a further embodiment of the present invention, as discussed in connection with FIG. **21**, the two lenses may have approximately identical focal lengths, with the imaging arrays being of different sizes. With the differently sized imaging arrays, each lens is designed to fill the area of the imaging array and each lens-array combination will have substantially the same actual focal length, i.e., the same lens to array distance. However, the 35 mm equiv. of each lens will be different; consequently, each lens will have a different field of view.

While not shown in detail in FIGS. **24**A and **24**B, but similarly as was explained in connection with FIG. **1**, an analog output signal from the first image sensor **614** is amplified by a first analog signal processor and provided to a first input of a control element, e.g., an analog multiplexer control element provided as one of the electronic components **624** on the substrate **620**. The analog output signal from the second image sensor **618** is amplified by a second analog signal processor and provided to a second input of the control element. The function of the control element is to select either the first sensor output from the first image sensor **614** or the second sensor output from the second image sensor **618**, depending on user input from the keypad **606** as to zoom selection, thereby providing a selected sensor output from the cellular image capture assembly **600** to the image processor **50**.

The invention has been described in detail with particular reference to certain preferred embodiments thereof, but it will be understood that variations and modifications can be effected within the spirit and scope of the invention.

PARTS LIST

**1** image capture assembly
**1**a optical relay subassembly
**1**b optical relay subassembly
**1**c optical relay subassembly
**1**a(**1**) first optical relay subassembly
**1**a(**2**) second optical relay subassembly
**1**a(**3**) third optical relay subassembly
**1**a(**4**) fourth optical relay subassembly
**1**d front optical profile of the camera
**2** fixed focal length lens
**2**a first fixed focal length lens
**2**b second fixed focal length lens
**2**c third fixed focal length lens
**2**d fourth fixed focal length lens
**2**e first image sensor output
**3** first zoom lens
**4** (second) zoom lens

US 7,561,191 B2

<div style="display:flex">

**25**

5*a* zoom and focus motors
5*b* zoom and focus motors
5*c* connecting gear train
6*a* lens barrel
6*b* fixture
7*a* relay lens components
7*b* movable relay (zoom) lens components
8*a* mirror prism
8*b* mirror prism
9*a* aperture shutter assembly
9*b* aperture shutter assembly
10A digital camera (first embodiment)
10B digital camera (second embodiment)
10C digital camera (third embodiment)
10D digital camera (fourth embodiment)
10E digital camera (fifth embodiment)
10F digital camera (sixth embodiment)
10G digital camera (seventh embodiment)
12 first image sensor
12*a* first image sensor
12*b* second image sensor
12*c* third image sensor
12*d* fourth image sensor
12*e* first image output
13 clock drivers
14 second image sensor
14*e* second image output
15 clock drivers
16 third image sensor
16*e* third image output
17 clock drivers
18 16:9 aspect ratio panoramic image
18*a* horizontal margin
18*b* vertical margin
19 4:3 aspect ratio image
22 first analog signal processor (ASP1)
24 second analog signal processor (ASP2)
26 third analog signal processor (ASP3)
34 control element (analog multiplexer)
36 analog-to-digital converter
38 DRAM buffer memory
40 control processor and timing generator
42 user controls
42*a* shutter button
42*b* panoramic button
42*c* zoom button
42*d* multi-position selector
46 automatic focus and automatic exposure detectors
48 electronic flash
50 image processor
52 memory card interface
54 removable memory card
56 RAM memory
58 firmware memory
62 host interface
64 interconnection
66 host PC
70 color LCD image display
90 cellular processor
92 cellular modem
94 antenna
100 lens setting block
102 panoramic decision block
104 second sensor block
106 preview block
108 zoom adjustment block
110 capture block

**26**

112 power down block
114 first sensor block
115 third sensor block
116 preview block
118 aspect ratio adjustment block
120 capture block
122 zoom position block
124 first sensor block
126 preview block
128 zoom button block
130 capture block
134 second sensor block
136 preview block
138 zoom button block
140 capture block
201 width-wise dimension
204 battery
210 front to rear dimension
300 power up block
302 zoom position X block
304 first sensor block
306 digital zoom block
308 preview block
310 zoom button block
312 capture block
314 zoom position Y block
316 second sensor block
318 third sensor block
320 removed section
322 yes response
402*a* first lens
402*b* second lens
412*a* first (smaller) sensor
412*b* second (larger) sensor
500 first zoom range
502 second zoom range
503 one step gap
504 17 step zoom sequence
506 9 step zoom sequence
600 cell phone
602 microphone
604 speaker
606 keypad
608 (LCD) display
610 cellular image capture assembly
612 first fixed focal length lens
614 first image sensor
616 second fixed focal length lens
618 second image sensor
620 substrate
622 IR cut filter
624 electronic components
626 flex connector
628 auto focus subsystem
630 z dimension

The invention claimed is:

1. A camera phone for processing voice signals and producing output image signals of a scene, said camera phone comprising:

a phone stage for generating voice signals;
a first image sensor for generating a first sensor output;
a first fixed focal length wide angle lens for forming a first image of the scene on the first image sensor;
a second image sensor for generating a second sensor output;
a second fixed focal length telephoto lens pointing in the same direction as the first lens and forming a second

</div>

US 7,561,191 B2

27

image of the same scene on the second image sensor, wherein the first and second image sensors are differently sized thereby setting the focal lengths to acceptable dimensions;

a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output;

a processing section for producing the output image signals from the selected sensor output;

a cellular stage for processing the image and voice signals for transmission over a cellular network; and

wherein the differently sized image sensors have differently sized image pixels.

**2**. The camera phone as claimed in claim **1** further comprising a keypad that allows a user to input a user selection to select a lens and wherein the control element is responsive to the user selection for selecting a corresponding sensor output.

**3**. The camera phone as claimed in claim **1** wherein the processing section includes an electronic zooming capability for electronically zooming up from the focal length of the first wide angle lens over at least a portion of the focal length gap between the two lens.

**4**. The camera phone as claimed in claim **3** wherein the first image sensor is a high resolution image sensor that provides a high quality source image for the electronic zooming.

**5**. The camera phone as claimed in claim **1** wherein the first and second image sensors are differently sized and an optical pat distance between each lens and its image sensor is substantially the same, thereby providing a pair of lens systems which have different effective focal lengths for the same optical path distances.

**6**. The camera phone as claimed in claim **1** further comprising a cellular optical image capture assembly, wherein said assembly includes an integrated packaging of the first and second lenses and the first and second image sensors on a common substrate.

**7**. The camera phone as claimed in claim **6** wherein the cellular image capture assembly has a z dimension from the front of the lenses to the back of the substrate, and wherein said z dimension is constrained to a hand-held dimension of the cellular camera phone.

**8**. A camera phone for processing voice signals and producing output image signals of a scene, said camera phone comprising:

a phone stage for generating voice signals;

a first image sensor for generating a first sensor output;

a first fixed focal length lens having a wide angle focal length for forming a wide angle image of the scene on the first image sensor;

28

a second image sensor for generating a second sensor output;

a second fixed focal length lens having a telephoto focal length, and pointing in the same direction as the first lens, for forming a telephoto image of the same scene on the second image sensor;

a display including a user interface denoting an electronic zooming capability for initiating digital zooming through at least a portion of the focal lengths from the wide angle focal length to the telephoto focal length;

a keypad interacting with the user interface to provide a user-selected zoom setting;

a control element responsive to the user-selected zoom setting for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output;

a processing section for producing the output image signals for the user-selected zoom setting from the selected sensor output; and

a cellular stage for processing the image and voice signals for transmission over a cellular network.

**9**. The camera phone as claimed in claim **8** wherein the user-selected zoom setting encompasses a focal length range including the wide angle focal length and the telephoto focal length.

**10**. The camera phone as claimed in claim **8** wherein the user-selected zoom setting comprises a focal length between the wide angle focal length and the telephoto focal length.

**11**. The camera phone as claimed in claim **8** wherein the first image sensor is a high resolution image sensor that provides a high quality source image for the electronic zooming.

**12**. The camera phone as claimed in claim **8** wherein the first and second image sensors are differently sized and an optical path distance between each lens and its image sensor is substantially the same, thereby providing a pair of lens systems which have different effective focal lengths for the same optical path distances.

**13**. The camera phone as claimed in claim **8** further comprising a cellular optical image capture assembly, wherein said assembly includes an integrated packaging of the first and second lenses and the first and second image sensors on a common substrate.

**14**. The camera phone as claimed in claim **13** wherein the cellular image capture assembly has a z dimension from the front of the lenses to the back of the substrate, and wherein said z dimension is constrained to a hand-held dimension of the cellular camera phone.

\*    \*    \*    \*    \*



US007556504B2

(12) **United States Patent** 　　　　　(10) **Patent No.:** 　**US 7,556,504 B2**
Ryu 　　　　　　　　　　　　　　　(45) **Date of Patent:** 　　　**Jul. 7, 2009**

(54) **CAMERA MODULE AND CAMERA MODULE ASSEMBLY**

(75) Inventor: **Chung Sang Ryu**, Ansan-si (KR)

(73) Assignee: **LG Innotek Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/753,630**

(22) Filed: **May 25, 2007**

(65) **Prior Publication Data**

US 2007/0275596 A1 　　Nov. 29, 2007

(30) **Foreign Application Priority Data**

May 25, 2006 　(KR) ...................... 10-2006-0047193

(51) **Int. Cl.**
　　*H01R 12/00* 　　　(2006.01)
(52) **U.S. Cl.** .......................................... **439/70**; 439/71
(58) **Field of Classification Search** .................. 439/70, 439/71
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,905,344 B2 * | 6/2005 | Nishio et al. | ................... 439/68 |
| 7,121,864 B1 * | 10/2006 | Yang | ........................... 439/331 |
| 2004/0247311 A1 * | 12/2004 | Ajiki et al. | .................. 396/535 |
| 2006/0098969 A1 * | 5/2006 | Asai et al. | ..................... 396/89 |
| 2006/0189216 A1 * | 8/2006 | Yang | .......................... 439/680 |

* cited by examiner

*Primary Examiner*—Briggitte R Hammond
*Assistant Examiner*—Vanessa Girardi
(74) *Attorney, Agent, or Firm*—Saliwanchik, Lloyd & Saliwanchik

(57) **ABSTRACT**

Disclosed are a camera module and a camera module assembly. The camera module can include a Printed Circuit Board (PCB) provided on an outer side thereof with contact terminals connected to a corresponding socket module, an image sensor mounted on the PCB, and a housing disposed on the PCB. The camera module assembly includes a camera module provided on a lower surface thereof with contact terminals, and a socket module in which the camera module is coupled.

**13 Claims, 8 Drawing Sheets**





# FIG. 1

APPL-1012 / Page 2 of 13
APPLE INC. v. COREPHOTONICS LTD.
Appx1579



# FIG. 2

APPL-1012 / Page 3 of 13
APPLE INC. v. COREPHOTONICS LTD.



# FIG. 3



**FIG. 4**

APPL-1012 / Page 5 of 13
APPLE INC. v. COREPHOTONICS LTD.

Appx1582



# FIG. 5



**FIG. 6**

APPL-1012 / Page 7 of 13
APPLE INC. v. COREPHOTONICS LTD.

Appx1584



# FIG. 7

APPL-1012 / Page 8 of 13
APPLE INC. v. COREPHOTONICS LTD.



**FIG. 8**

APPL-1012 / Page 9 of 13
APPLE INC. v. COREPHOTONICS LTD.

Appx1586

US 7,556,504 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**CAMERA MODULE AND CAMERA MODULE ASSEMBLY**

## CROSS-REFERENCE TO RELATED APPLICATION

The present application claims the benefit under 35 U.S.C. § 119 to Korean Patent Application No. 10-2006-0047193, filed May 25, 2006.

## BACKGROUND

Recently, portable electronic appliances have been fabricated in small sizes with multi-functions, such as communication, photographing and sound replay functions realized in a module unit, and the size of each module has been significantly miniaturized. Specifically, portable electronic appliances, such as cell phones and PDAs, are equipped with a small Compact Camera Module (CCM) to provide photographing functions and such portable electronic appliances have been extensively used.

The camera module includes an image sensor such as a Charge Coupled Device (CCD) or a Complementary Metal Oxide Semiconductor (CMOS) image sensor, and converts optical energy into electrical signals through the image sensor, thereby acquiring image data of a subject.

FIG. 1 is a perspective view of a camera module according to the related art. The camera module will be briefly described below.

Referring to FIG. 1, the camera module 10 includes a Printed Circuit Board (PCB) 12, a header connector 14, a housing 16 and a lens unit 18.

An image sensor (not shown) is connected to one end of the upper surface of the PCB 12 by wire, and the header connector 14 is mounted on the other end of the upper surface thereof through Surface Mount Technology (SMT). The header connector 14 is connected to the connector of a main PCB in a portable terminal so as to transmit various signals.

The housing 16 is coupled to one end of the upper surface of the PCB 12. The housing 16 seals the outer side of the image sensor (not shown). The lens unit 18 is coupled to the upper surface of the housing 16. The lens unit 18 includes a glass filter (not shown) and a lens 20, and can be screw-coupled to the housing 16.

In such a camera module 10, since the PCB 12 has an image sensor area and a header connector area, there is a limitation in reducing the size of the PCB 12. Therefore, reducing the size of the camera module 10 is difficult.

In addition, since the PCB 12 has a connector structure, work efficiency for the camera module 10 deteriorates.

## BRIEF SUMMARY

An embodiment provides a camera module, in which a contact terminal is formed on the outer side of the camera module.

An embodiment provides a camera module that forms a contact terminal on the outer side of a PCB and can be coupled in a socket module, and a camera module assembly.

An embodiment provides a camera module comprising: a Printed Circuit Board (PCB) provided on an outer side thereof with contact terminals connected to a corresponding module; an image sensor mounted on the PCB; a housing disposed on the PCB; and a lens unit coupled in the housing.

An embodiment provides a camera module comprising: an image sensor; a housing for sealing an outer side of the image sensor; a lens unit coupled to an upper portion of the housing; and a Printed Circuit Board (PCB) having a size corresponding to a size of an under portion of the housing, in which the image sensor and the housing are arranged and contact terminals connected to a corresponding module are formed.

An embodiment provides a camera module assembly comprising: a camera module included a Printed Circuit Board (PCB) provided on an outer side thereof with contact terminals, an image sensor mounted on the PCB, a housing fixed to an upper part and an edge part of the PCB, and a lens unit coupled in the housing; a camera module provided on a lower surface thereof with contact terminals; and a socket module in which the camera module is coupled.

According to embodiments, a camera module can be connected by a self-contact point of a PCB without a connector, so that the work efficiency and productivity of the camera module can be improved.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a camera module according to the related art;

FIG. 2 is a cross-sectional view of a camera module according to an embodiment;

FIG. 3 is a perspective view of a camera module according to an embodiment;

FIG. 4 is an exploded perspective view of a camera module assembly according to an embodiment;

FIG. 5 is a perspective view illustrating a terminal contact of a socket module according to an embodiment;

FIG. 6 is a cross-sectional view illustrating a camera module assembly according to an embodiment;

FIG. 7 is an exploded perspective view illustrating another example in which a camera module is mounted on a socket module in a camera module assembly according to an embodiment; and

FIG. 8 is an exploded perspective view illustrating yet another example in which a camera module is coupled in a socket module in a camera module assembly according to an embodiment.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

FIG. 2 is a cross-sectional view of a camera module according to an embodiment, and FIG. 3 is a perspective view of a camera module according to an embodiment.

Referring to FIGS. 2 and 3, the camera module 100 includes a Printed Circuit Board (PCB) 110, an image sensor 120, a housing 130 and a lens unit 140.

The PCB 110 can be fabricated as a multi-layer PCB, and a plurality of device parts can be mounted thereon by a predetermined circuit pattern. A plurality of electrode terminals 112, and first and second contact terminals 114 and 116 are formed on the PCB 110 in such a manner that the first and second contact terminals 114 and 116 can be connected to a corresponding module. The electrode terminals 112 are formed on the top layer of the PCB 110, the first contact terminals 114 are formed on the bottom layer thereof, and the second contact terminals 116 are formed on the sidewall thereof.

The electrode terminals 112 and the first contact terminals 114 can include conductive pads obtained by plating a copper thin film with predetermined metal, i.e. gold and/or nickel.

The second contact terminals 116 can be formed on at least one sidewall of the PCB 110, this sidewall may have a concave-convex shape, in which vias or via holes corresponding to the second contact terminals 116 are formed in the concave

APPL-1012 / Page 10 of 13
APPLE INC. v. COREPHOTONICS LTD.

US 7,556,504 B2

**3**

section. In addition, the second contact terminals **116** of the PCB **110** can be formed on the left/right sidewall or the front/rear sidewall.

In the PCB **110**, the first contact terminals **114** can be formed in various positions in the bottom layer.

The first and second contact terminals **114** and **116** are interconnected by an internal pattern, so that they can function as a terminal. The first and second contact terminals **114** and **116** can be connected to the electrode terminals **112** according to the structures of a circuit pattern.

An image sensor **120** is mounted on the PCB **110**. The image sensor **120** can be realized, for example, as a CCD or a CMOS image sensor, and can be provided as a semiconductor chip of Ball Grid Array (BGA), Chip Scale (Size) Package (CSP) and Chip On Board (COB) types, but is not limited to these types.

The image sensor **120**, for example, can be bonded to the top layer of the PCB **110** by using an adhesion member, i.e. epoxy, and the pads **122** of the image sensor **120** can be connected to the electrode terminals **112** of the PCB **110** by wire **124**. The image sensor **120** can be mounted on the PCB **110** in a flip type.

A housing **130** is fixed to the outer side of the image sensor **120**, and a lens unit **140** is coupled to the upper surface of the housing **130**. For example, a housing thread **134** can be formed in the inner side **132** of the housing **130**, and a lens unit thread **144** can be formed on the outer side of the lens unit **140**, so that the lens unit **140** can be screw-coupled to the inner side **132** of the housing **130**. The lens unit **140** may also be integrally formed with the housing **130**.

The lens unit **140** can be embodied in the form of a barrel and can include a filter **146** and a lens **148**. The filter **146** can be disposed between the image sensor **120** and the lens **148**, and can include a glass filter or an IR filter. The lens **148** can include one or more lenses and condenses incident light to the image sensor **120**.

The lens unit **140** provides the image sensor **120** with an optical path, and the image sensor **120** converts an image formed on a sensor device (not shown) through the lens unit **140** into electrical signals.

As shown in FIG. **3**, at least one edge part **136** of the housing **130** is disposed at the edge part of the PCB **110**. Thus, since the housing **130** is supported by the edge part of the PCB **110**, the housing **130** can be prevented from being tilted. The PCB **110** can have a size corresponding to the size (or size of a sidewall) of the housing **130**, and the housing **130** can have a stepped sidewall such that at least a portion of the sidewall of the PCB **110** is exposed out of the housing **130**.

The camera module **100** can use the first contact terminals **114** and/or the second contact terminals **116** formed on the outer side of the PCB **110** as connection terminals, and can be mounted on an apparatus such as a socket module **200** (as illustrated in FIG. **4**). For example, as the camera module **100** is mounted on the socket module **200**, the first and second contact terminals **114** and **116** make electrical contact with the socket module **200**, so that the first and second contact terminals **114** and **116** can transfer various signals such as DATA, CLOCK, SCL, SDA and SYNC of the camera module **100**.

FIG. **4** is an exploded perspective view of a camera module assembly according to an embodiment.

Referring to FIGS. **3** and **4**, the camera module assembly **300** includes the camera module **100** and the socket module **200**.

The camera module **100** can be coupled in the socket module **200**. The socket module **200** includes a module receiving portion **210** and terminal contacting portion **230**.

**4**

The module receiving portion **210** can have the same shape as the lower shape of the camera module **100**, and the PCB **110** and the housing **130** can be partially inserted into the module receiving portion **210**.

The terminal contacting portion **230** can include first terminal contact members **231** formed on the module receiving portion **210** and second terminal contact members **232** formed on an inner sidewall **220** of the socket module **200**. The first terminal contact members **231** and the second terminal contact members **232** can be integrally formed with each other, or can be formed with an independent structure.

The first terminal contact members **231** can correspond to the first contact terminals (reference numeral **114** in FIG. **3**) of the PCB **110**, and the second terminal contact members **232** can correspond to the second contact terminals (reference numeral **116** in FIG. **3**). The first and second contact terminals **114** and **116** of the PCB **110** make contact with the first and second terminal contact members **231** and **232** of the socket module **200**, respectively, thereby improving the electrical reliability by a dual contact structure.

As the camera module **100** is coupled in the socket module **200**, the second terminal contact members **232** of the socket module **200** provide elasticity to the concave section of the sidewall having the concave-convex shape of the PCB **110**. Accordingly, the PCB **110** can be inhibited from moving upward by means of the second terminal contact members **232** of the socket module **200**.

In the embodiment, the first and second contact terminals **114** and **116** of the PCB **110** can be formed in various areas or positions. Further, the shape or formation position of the terminal contacting portion **230** in the socket module **200** can change depending on the structure of the first and second contact terminals **114** and **116**. The fixed structure of the camera module **100** and the socket module **200** may also be formed on the housing **130**.

FIG. **5** is a perspective view illustrating an embodiment of the terminal contact **230** of the socket module employed in FIG. **4**.

Referring to FIGS. **4** and **5**, each of the terminal contacting portion **230** can include the first terminal contact member **231**, the second terminal contact members **232**, a support member **233**, and a socket terminal **234**. The first terminal contact member **231** is horizontally bent to protrude into the module receiving portion **210** of the socket module **200**. The second terminal contact member **232** is bent vertically with respect to the first terminal contact member **231**, and is formed along the inner sidewall of the socket module **200**. The support member **233** is bent perpendicularly to the second terminal contact member **232**, and is supported to the inner sidewall of the socket module **200**. The socket terminal **234** is connected to the support member **233** and can be exposed out of the socket module **200**.

The first terminal contact member **231** provides elasticity in the up and down directions of the socket module **200**, and the second terminal contact member **232** provides elasticity in the left and right directions of the socket module **200**.

FIG. **6** is a cross-sectional view illustrating an example in which the camera module assembly is mounted according to an embodiment.

Referring to FIG. **6**, the socket module **200** can be mounted on a main PCB **260** of a portable terminal through SMT, and the camera module **100** can be mounted on the socket module **200**. The camera module **100** makes electrical contact with the socket module **200** by using the contact terminal with a dual structure formed on the lower surface of the camera module **100**. The portable terminal can be, for example, a cell phone, a digital camera, a PDA, etc.

APPL-1012 / Page 11 of 13
APPLE INC. v. COREPHOTONICS LTD.

5             6

Multiple socket modules **200** can be mounted on the main PCB **260**, and multiple camera modules **100** mounted on the socket modules **200** can include modules having the same number of pixels, or modules having a low-pixel level or a high-pixel level.

Since the camera module **100** can be mounted on or detached from the socket module **200**, the camera module **100** can be easily replaced with another camera module.

FIG. **7** is an exploded perspective view illustrating another example in which a camera module is mounted on a socket module in the camera module assembly according to an embodiment.

Referring to FIG. **7**, the camera module **100**A uses the second contact terminals **116** formed on the sidewall of the PCB **110** as connector terminals.

As the camera module **100**A is mounted on the socket module **200**A, the second contact terminals **116** of the camera module **100**A make contact with the second terminal contact members **232** formed on the inner sidewall **220** of the socket module **200**A, respectively. Further, the outer side of the camera module **100**A is pressed by elasticity of the second terminal contact members **232** of the socket module **200**A, so that the camera module **100**A can be inhibited from moving upward.

FIG. **8** is an exploded perspective view illustrating yet another example in which a camera module is mounted on a socket module in the camera module assembly according to an embodiment.

Referring to FIG. **8**, the camera module **100**B uses the first contact terminals **114** formed on the bottom layer of the PCB **110** as connector terminals. The sidewall of the PCB **110** has a simple concave-convex structure **116**A for fixation.

As the camera module **100**B is coupled in the socket module **200**B, the first contact terminals **114** of the PCB **110** make contact with the first electrode contact members **231**A of the socket module **200**B, and the concave-convex structure **116**A formed on the sidewall of the PCB **110** can be fixed in place by the contact members **232**A formed on the inner sidewall **220** of the socket module **200**B.

According to an embodiment as described above, the camera modules **100**, **100**A and **100**B use the self-contact point of the PCB **110** as a connector terminal, so that the size of the camera module and the camera module assembly can be minimized.

Any reference in this specification to "one embodiment," "an embodiment," "example embodiment," etc., means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of such phrases in various places in the specification are not necessarily all referring to the same embodiment. Further, when a particular feature, structure, or characteristic is described in connection with any embodiment, it is submitted that it is within the purview of one skilled in the art to effect such a feature, structure, or characteristic in connection with other ones of the embodiments.

Although embodiments have been described with reference to a number of illustrative embodiments thereof, it should be understood that numerous other modifications and embodiments can be devised by those skilled in the art that will fall within the spirit and scope of the principles of this disclosure. More particularly, various variations and modifications are possible in the component parts and/or arrangements of the subject combination arrangement within the scope of the disclosure, the drawings and the appended claims. In addition to variations and modifications in the

component parts and/or arrangements, alternative uses will also be apparent to those skilled in the art.

What is claimed is:

**1**. A camera module comprising:
    a Printed Circuit Board (PCB) comprising:
        a plurality of first contact terminals provided on an outer side of the PCB for contact with a corresponding module; and
        a plurality of second contact terminals provided on a bottom surface of the PCB for contact with the corresponding module;
    an image sensor mounted on the PCB;
    a housing disposed on the PCB; and
    a lens unit coupled in the housing,
    wherein the plurality of first contact terminals are interconnected with the plurality of second contact terminals.

**2**. The camera module according to claim **1**, wherein the PCB comprises a multi-layer PCB having a size corresponding to the size of the housing.

**3**. The camera module according to claim **1**, wherein the plurality of first contact terminal of the PCB comprises a via or a via hole formed on at least one sidewall of the PCB.

**4**. The camera module according to claim **1**, wherein the corresponding module is a socket module which is coupled to the outer side of the PCB and the housing.

**5**. The camera module according to claim **4**, wherein the socket module comprises a terminal contacting portion corresponding to the plurality of first contact terminals and the plurality of second contact terminals.

**6**. The camera module according to claim **5**, wherein the socket module comprises a contact member formed to an inner side of the socket module to inhibit the PCB from being separated from the socket module in an upward direction.

**7**. A camera module comprising:
    an image sensor;
    a housing for sealing an outer side of the image sensor;
    a lens unit coupled to an upper portion of the housing; and
    a Printed Circuit Board (PCB) having a size corresponding to a size of an under portion of the housing,
    wherein the image sensor and the housing are arranged upon the PCB;
    wherein the PCB comprises a plurality of first contact terminals provided on at least one sidewall and a plurality of second contact terminals provided on a bottom layer of the PCB, for connecting to a corresponding module; and
    wherein the plurality of first convict terminals are interconnected with the plurality of second contact terminals.

**8**. The camera module according to claim **7**, wherein a lower edge part of the housing is disposed at an edge part of the PCB.

**9**. A camera module assembly comprising:
    a camera module comprising a Printed Circuit Board (PCB), an image sensor mounted on the PCB, a housing fixed to an upper part and an edge part of the PCB, and a lens unit coupled in the housing; and
    a socket module in which the camera module is coupled;
    wherein the PCB comprises a plurality of first contact terminals provided on an outer side of the PCB, and a plurality of second contact terminals provided on a bottom layer of the PCB;
    wherein the socket module comprises a terminal contacting portion connected to the plurality of first contact terminals and the plurality of second contact terminals;
    wherein the plurality of first contact terminals of the PCB comprises a via hole formed in at least one sidewall of

APPL-1012 / Page 12 of 13
APPLE INC. v. COREPHOTONICS LTD.

Appx1589

US 7,556,504 B2

7

PCB, and wherein the plurality of second contact terminals comprises conductive pads on a bottom layer of the PCB; and

wherein the plurality of first contact terminals and the plurality of second contact terminals are interconnected.

**10**. The camera module assembly according to claim **9**, wherein the terminal contacting portion of the socket module comprises:

a first terminal contact member formed into a module receiving portion of the socket module to contact a contact terminal of the plurality of first contact terminals;

a second terminal contact member vertically formed to the first terminal contact member and formed along an inner sidewall of the socket module, to contact a contact terminal of the plurality of second contact terminals;

8

a support member perpendicularly formed to the second terminal contact member and supported to the inner sidewall of the socket module;

and a socket terminal connected to the support member and exposed out of the socket module.

**11**. The camera module assembly according to claim **9**, further comprising a main PCB on which at least one socket module is mounted through Surface Mount Technology (SMT).

**12**. The camera module assembly according to claim **9**, wherein the lens unit comprises at least one lens and at least one filter.

**13**. The camera module assembly according to claim **9**, wherein the PCB has a size equal to a sidewall size of the housing.

\* \* \* \* \*



US007206136B2

(12) **United States Patent**
Labaziewicz et al.

(10) Patent No.: **US 7,206,136 B2**
(45) **Date of Patent:** **Apr. 17, 2007**

(54) **DIGITAL CAMERA USING MULTIPLE LENSES AND IMAGE SENSORS TO PROVIDE AN EXTENDED ZOOM RANGE**

(75) Inventors: **Peter Labaziewicz**, Tokyo (JP); **Wilbert F. Janson, Jr.**, Shortsville, NY (US); **Kenneth A. Parulski**, Rochester, NY (US)

(73) Assignee: **Eastman Kodak Company**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/062,174**

(22) Filed: **Feb. 18, 2005**

(65) **Prior Publication Data**

US 2006/0187312 A1     Aug. 24, 2006

(51) **Int. Cl.**
*G02B 15/14* (2006.01)
*G03B 41/00* (2006.01)
*H04N 5/225* (2006.01)

(52) **U.S. Cl.** .................. **359/676**; 396/322; 348/207.99

(58) **Field of Classification Search** ........ 359/676–692, 359/72, 85, 60, 322, 435, 436; 348/240.99, 348/240.1, 239, 240.3, 262–264, 207.99, 348/34, 369, 360, 361, 344; 396/72, 85, 396/60, 322, 435, 436
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,497,614 A    2/1970  Petrocelli et al. ........... 348/704

| | | | |
|---|---|---|---|
| 4,097,882 A | 6/1978 | Engelsmann | ................. 396/73 |
| 4,199,785 A | 4/1980 | McCullough et al. | ....... 348/704 |
| 4,989,078 A * | 1/1991 | Paxton | ........................ 348/47 |
| 5,051,830 A | 9/1991 | von Hoessle | ............... 348/335 |
| 5,164,831 A | 11/1992 | Kuchta et al. | ........... 348/231.7 |
| 5,668,597 A | 9/1997 | Parulski et al. | ............. 348/350 |
| 5,929,903 A | 7/1999 | Keisow | ....................... 348/97 |
| 6,288,742 B1 * | 9/2001 | Ansari et al. | ......... 348/211.14 |
| 6,611,289 B1 * | 8/2003 | Yu et al. | .................... 348/265 |
| 6,804,460 B1 | 10/2004 | Oshima et al. | ........... 396/74 |
| 2002/0163582 A1 | 11/2002 | Gruber et al. | ........... 348/218.1 |
| 2003/0020814 A1 | 1/2003 | Ono | .................... 348/220.1 |
| 2003/0160886 A1 | 8/2003 | Misawa et al. | ........... 348/347 |
| 2003/0202113 A1 | 10/2003 | Yoshikawa | .................. 348/272 |

* cited by examiner

*Primary Examiner*—Scott J. Sugarman
*Assistant Examiner*—M. Hasan
(74) *Attorney, Agent, or Firm*—Pamela R. Crocker

(57) **ABSTRACT**

A digital camera includes a first image sensor, a first wide angle lens for forming a first image of a scene on the first image sensor, a second image sensor, a zoom lens for forming a second image of the same scene on the second image sensor, a control element for selecting either a first sensor output from the first image sensor or a second sensor output from the second image sensor, and a processing section for producing the output image from the selected sensor output. In one variation of this embodiment, the first lens is also a zoom lens, where the maximum focal length of the first lens is less than or equal to the minimum focal length of the second zoom lens.

**55 Claims, 22 Drawing Sheets**





FIG. 1

APPL-1020 / Page 2 of 40
APPLE INC v. COREPHOTONICS LTD.



**FIG. 2A**



**FIG. 2B**

APPL-1020 / Page 3 of 40
APPLE INC v. COREPHOTONICS LTD.



FIG. 3



FIG. 4

APPL-1020 / Page 5 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2336



FIG. 5A



FIG. 5B

APPL-1020 / Page 6 of 40
APPLE INC v. COREPHOTONICS LTD.



FIG. 6

APPL-1020 / Page 7 of 40
APPLE INC v. COREPHOTONICS LTD.



FIG. 7

APPL-1020 / Page 8 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2339



FIG. 8A



FIG. 8B

APPL-1020 / Page 9 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2340



FIG. 9

APPL-1020 / Page 10 of 40
APPLE INC v. COREPHOTONICS LTD.

Case: 22-1324    Document: 20    Page: 525    Filed: 10/21/2022



FIG. 10A



FIG. 10B



FIG. 10C



FIG. 10D



FIG. 10E



FIG. 10F



FIG. 11

Case: 22-1324    Document: 20    Page: 528    Filed: 10/21/2022



FIG. 12



FIG. 13

APPL-1020 / Page 14 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2345



FIG. 14A

FIG. 14B

FIG. 14C

FIG. 15A

FIG. 15B

FIG. 15C



## FIG. 16A



## FIG. 16B



## FIG. 17

APPL-1020 / Page 16 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2347



FIG. 18



FIG. 19

APPL-1020 / Page 18 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2349



FIG. 20



FIG. 21

APPL-1020 / Page 20 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2351



FIG. 22



**FIG. 23A**



**FIG. 23B**

APPL-1020 / Page 22 of 40
APPLE INC v. COREPHOTONICS LTD.



FIG. 24A

FIG. 24B

APPL-1020 / Page 23 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2354

**1**

## DIGITAL CAMERA USING MULTIPLE LENSES AND IMAGE SENSORS TO PROVIDE AN EXTENDED ZOOM RANGE

### FIELD OF THE INVENTION

The present invention relates to a digital camera that produces digital image files and, more particularly, to a digital camera that uses multiple lenses and image sensors to provide an extended zoom range.

### BACKGROUND OF THE INVENTION

Currently, most digital cameras use a zoom lens and a single color image sensor to capture still and motion images. The captured images are then digitally processed to produce digital image files, which are stored in a digital memory in the camera. The digital image files can then be transferred to a computer, displayed, and shared via the Internet. The digital camera can be included as part of a mobile telephone, to form a so-called "camera phone". The camera phone can transmit the digital image files to another camera phone, or to service providers, via a mobile telephone network.

Small camera size and a large "optical zoom range" are two very important features of digital cameras. Users prefer to have a large zoom range (e.g. 5:1 or greater) rather than a limited zoom range (e.g. 3:1 or smaller). Unfortunately, providing a large zoom range lens, without sacrificing the quality of the captured images, increases the size of the digital camera. Large zoom range lenses are also more costly. Thus, there are fundamental trade-offs between small camera size, large zoom range, and low camera cost which must be made when designing a digital camera. With higher cost cameras, such as single lens reflex cameras, these problems are sometimes addressed by using multiple inter-changeable zoom lenses, such as two 3:1 zoom lenses, e.g., a 28–70 mm zoom and a 70–210 zoom. Such an option, which has its own problems in user inconvenience, is nonetheless not available for low cost digital cameras.

The prior art of most interest can be separated into two categories: image capture systems that use multiple lenses, usually two, having the same focal length and image capture systems that utilize multiple lenses, also usually two, having different focal lengths.

Addressing the first category, some digital cameras use multiple image sensors to form a color image. In most cameras of this type, a single lens is used to provide an image of the scene, which is then separated into multiple colors by a prism beam splitter. Multiple monochrome image sensors are used to capture red, green, and blue color separation images. However, as disclosed in U.S. Pat. No. 6,611,289, entitled "Digital Cameras Using Multiple Sensors with Multiple Lenses" and issued Aug. 26, 2003 in the name of Yu et al., it is possible to use multiple image sensors and multiple lenses to provide color separation. However, this patent disclosure teaches that the lenses all have the same focal length, and are all used together, in order to simultaneously capture the different color components of the image

Some digital imaging systems also use multiple image sensors and multiple lenses to capture different portions of the digital image. Such a system is disclosed in U.S. Published Patent Application No. US20020163582 A1, entitled "Self-calibrating, Digital, Large Format Camera with Single or Multiple Detector Arrays and Single or Multiple Optical Systems" and published Nov. 7, 2002 in the names of Gruber et al. In one embodiment disclosed in this

**2**

published patent application, a large format digital camera exposes multiple detector arrays using multiple lens systems to acquire sub-images of overlapping sub-areas of large area objects. The sub-images are stitched together to form a large format digital macro-image. However, all of the lenses have the same focal length, and all are used simultaneously to capture the different sub-areas of the image.

Stereo film cameras and stereo electronic cameras are known in the prior art. These cameras typically have two horizontally separated lenses of the same focal length, which focus two slightly different images of the scene onto two image sensors or two frames of film. Such a system is disclosed in commonly assigned U.S. Pat. No. 4,989,078, entitled "Still Video Camera for Recording Stereo Images on a Video Disk" and issued on Jan. 21, 1991 in the name of K. Bradley Paxton. The two images provide a so-called "stereo pair", which simulates the slightly different perspectives that a person's left and right eyes would see when viewing the scene. In the aforementioned patent disclosure, the two lenses are designed to provide the same magnification, and both are used to simultaneously capture the left and right eye images on a pair of image sensors in order to achieve a stereo effect.

Film cameras that use multiple lenses to capture multiple images at the same time are also known in the prior art. For example, some instant film cameras used to produce identification pictures can capture four small images simultaneously on the same piece of instant film. The four lenses in these cameras provide the same magnification, and all are used to simultaneously capture the four images.

According to the second category of prior art, film cameras that include two or more lenses to provide two or more different focal lengths are also known in the prior art. For example, such cameras can use two different fixed focal length lenses which are slid in front of the same film plane. This provides an inexpensive "two-position zoom" capability, that is, two fixed focal length lenses that provide, e.g., the wide angle and telephoto angle settings of a corresponding zoom lens. In another example, in U.S. Pat. No. 4,097,882, entitled "Multiple Lens Camera Having Lens-position Controlled Focal-length Adjustment" and issued Jun. 27, 1978 in the name of Engelsmann, a "110" size pocket film camera has a carrier mounting three or more lenses of different focal lengths that can be selectively moved transverse to the optical axis of the camera so as to place any one of the lenses in an operating position relative to a film plane.

Digital cameras that include two lenses to provide two different focal lengths are also known in the prior art. A lens turret is popularly used to obtain multiple focal lengths in a camera. However, in the case of a digital still camera or especially in the case of mobile phone digital camera, lens modules are required to be extremely small due to the limited space for the lens module. U.S. Pat. No. 6,804,460, entitled "Lens Turret with Back Focal Length Adjustment" and issued Oct. 12, 2004 in the names of Oshima et al., describes a lens turret that is said to be extremely compact and flat in size and suitable for digital still cameras and mobile phone digital cameras. The lens turret is rotatable around an axis and has a wide-angle lens and a telephoto-angle lens mounted thereon, and a driving mechanism rotates the lens turret so that one of the lenses can be set at a picture taking position opposite an image sensor. By means of back focal length adjustment, the position of the lens with the shorter focal length can be fixed on the lens turret at the same level thereon as the lens with the longer focal length.

It is also known to use a two lens arrangement in a film scanner, where two lenses with different combinations of

US 7,206,136 B2

**3**

focal lengths are used to capture variable sized images. For instance, in commonly assigned U.S. Pat. No. 5,929,903, entitled "Multiposition Lens Mechanism for a Scanner" and issued Jul. 27, 1999 in the name of R. H. Kiesow, a removable digital camera, which is tethered to a computer, is supported in a housing in a film scanner in the optical path of a multiposition lens assembly having a single focal length lens and a zoom lens. The lens assembly positions the lenses in the optical path of the camera for scanning different sized images, e.g., two or more film format sizes. However, these cameras, both film and digital, that use multiple focal length lenses share the characteristic of using only a single "sensor", that is, a single film or a single electronic image sensor.

In U.S. Pat. No. 6,288,742, entitled "Video Camera Including Multiple Image Sensors" and issued Sep. 11, 2001 in the names of Ansari et al., a digital motion camera useful in teleconferencing includes two lenses and two image sensors. As disclosed in this patent, the first lens is an 8 mm fixed focus lens for providing a relatively wide-angle view of a room and the second lens is a 16 mm lens with manual focus control for providing high resolution document transmission capability. The first lens is oriented for a room view of a conference participant to provide face-to-face communication during a videotelephone conference, and the second lens is oriented at a substantial angle to the first lens for viewing a document, e.g., on a table. During a videotelephone conference, such a camera permits fast switching between an image of the room as seen through the first lens or an image of a document as seen through the second lens, without the need for expensive and tediously slow moving pan/tilt stages and/or a plurality of complete camera units. Another camera, the Sanyo S750 UMTS cellphone camera, has a similar kind of dual imaging capability, where an inwardly facing VGA imager captures an image of the caller using the cellphone while an outwardly facing 1 megapixel imager captures an image of a scene that the caller is looking at. Such cameras, however, are not useful in the environment of the present invention because the lenses are not collecting images from the same scene.

In U.S. Pat. No. 4,199,785, entitled "Electronic Zoom Feature" and issued Apr. 22, 1980 in the name of McCullough et al., a television system employs two (or more) fixed focal length vidicon cameras, one camera with a wide angle field of view and the other camera with a narrow angle field of view, and an electronic zoom feature for zooming between the two fields of view. The cameras are boresighted such that the field of view of the smaller field camera is within, and usually centered in the field of view of the larger field camera. The "zoom" is accomplished by manipulating the scan generators of the two cameras and expanding the central portion of the display with the image from the smaller field camera as the zoom amount is progressively increased. This system, of course, is an alternative to a single optical zoom lens, whose usage the patent disclosure discourages as they (optical zooms) are lower quality, more expensive and mechanically more complex than fixed focal length lenses. However, the inherent drawback of an electronic zoom is also low quality since the resolution of the electronic zoom feature ordinarily is limited by the number of scan lines available for zooming. Consequently, this patent disclosure is devoted to controlling the scan lines of the two vidicon cameras so as to be able to zoom without an effective loss of resolution.

In U.S. Pat. No. 5,051,830, entitled "Dual Lens System for Electronic Camera" and issued Sep. 24, 1991 in the name of Hoessle, a double focal length electronic camera (used on board a guided missile) includes a single lens system com-

**4**

ponent having a short focal length section integrated into the center of a surrounding lens section having a long focal length, where each focal length section has its own dedicated picture array sensor. Here too, this lens system is a substitute for a single motor driven zoom, which the disclosure denigrates because of size, expense, heaviness, inherent complexity; furthermore, an optical zoom is "which is important—much too slow with respect to its use" (col. 2, line 1 of the Hoessle patent).

None of these prior art systems, and especially the multifocal length prior art systems, provide a sufficiently compact, low cost, large zoom range optical system for a small, lightweight and relatively inexpensive consumer digital camera. As especially pointed out in the aforementioned Hoessle patent, it is additionally desirable to avoid the slowness so typical of zoom usage and to be able to traverse a large zoom range quickly. What is therefore needed is a digital camera that provides a rapidly-operating extended zoom range without unduly increasing the size or cost of the digital camera.

## SUMMARY OF THE INVENTION

The object of this invention is to provide an extended zoom range in a digital camera without unduly increasing the size or cost of the camera.

Another object of this invention is to provide an extended optical zoom range in a digital camera by means of a plurality of separate lenses and corresponding image sensors.

Another object of this invention is to provide an extended optical zoom range in a digital camera where the movement between user-requested zoom positions may be undertaken in an expedited manner.

The present invention is directed to overcoming one or more of the problems set forth above. Briefly summarized, the invention comprises an electronic camera for producing an output image of a scene, where the camera comprises: a first image sensor for generating a first sensor output: a first lens for forming a first image of the scene on the first image sensor; a second image sensor for generating a second sensor output; a zoom lens for forming a second image of the same scene on the second image sensor, wherein the zoom lens is adjustable between a minimum focal length and a maximum focal length to provide the second image; a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output; and a processing section for producing the output image from the selected sensor output. In one variation of this embodiment, the first lens is also a zoom lens, where the maximum focal length of the first lens is less than or equal to the minimum focal length of the second zoom lens.

These various aspects of the invention provide significant technical advantages. By providing a plurality of optical image capture modalities within a digital camera, wherein each modality includes a lens-sensor combination with a distinctive different focal length or combination of focal lengths (i.e., a zoom), the conflicted requirements (namely, large size, high cost and compromised optical quality) engendered by digital camera consumer desire for a large zoom ratio, e.g., 10:1, can be accomplished in a smaller scale space at lower cost with higher quality optical results than heretofore achieved.

These and other aspects, objects, features and advantages of the present invention will be more clearly understood and appreciated from a review of the following detailed descrip-

APPL-1020 / Page 25 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

**5**

tion of the preferred embodiments and appended claims, and by reference to the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a first embodiment of a digital camera using a fixed focal length, wide-angle lens with a first image sensor, and a zoom lens with a second image sensor according to the invention.

FIGS. **2**A and **2**B are two perspective views of the digital camera shown in FIG. **1**.

FIG. **3** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **1**.

FIG. **4** depicts a block diagram of a second embodiment of a digital camera using a first zoom lens with a first image sensor, and a second zoom lens with a second image sensor according to the invention.

FIGS. **5**A and **5**B are two perspective views of the digital camera shown in FIG. **4**.

FIG. **6** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **4**.

FIG. **7** depicts a block diagram of a third embodiment of a digital camera using a first zoom lens with a first image sensor, a second zoom lens with a second image sensor and a fixed focal length lens with a third image sensor according to the invention.

FIGS. **8**A and **8**B are two perspective views of the digital camera shown in FIG. **7**.

FIG. **9** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **7**.

FIGS. **10**A, **10**B, **10**C, **10**D, **10**E and **10**F diagram the optical layout of several embodiments of the image capture assembly used in the cameras shown in FIGS. **1**, **4**, **7**, **19** and **21**.

FIG. **11** is a frontal view of a digital camera employing two image capture assemblies, one fixed focal length and the other zoom, of the type shown in FIGS. **10**A–**10**F.

FIG. **12** is a top view of the digital camera shown in FIG. **11**.

FIG. **13** is a side view of the digital camera shown in FIG. **11**.

FIGS. **14**A, **14**B and **14**C are three views of a digital camera employing two image capture assemblies, both zoom, of the type shown in FIGS. **10**A–**10**F.

FIGS. **15**A, **15**B and **15**C are three views of a digital camera employing three image capture assemblies of the type shown in FIGS. **10**A–**10**F.

FIGS. **16**A and **16**B show two views of the optical relay subassembly shown in the various embodiments of FIGS. **10**A–**10**F for supporting a fixed focal length lens in relation to an image sensor along a folded optical path.

FIG. **17** shows the optical relay subassembly shown in the various embodiments of FIGS. **10**A–**10**F for supporting a zoom lens in relation to an image sensor along a folded optical path.

FIGS. **18**A and **18**B show two imagers with different panoramic aspect ratios and the effect obtained by changing the aspect ratio.

FIG. **19** depicts a block diagram of a further embodiment of a digital camera using a first fixed focal length lens with a first sensor, a second fixed focal length lens with a second sensor, and a third fixed focal length lens with a third sensor.

**6**

FIG. **20** depicts a flow diagram showing a method for capturing digital images using the digital camera shown in FIG. **19**.

FIG. **21** depicts a block diagram of a further embodiment of a digital camera using a first lens with a first sensor having pixels of one size. e.g., three micron pixels, and a second lens with a second sensor having pixels of another size, e.g., five micron pixels.

FIG. **22** is a diagram useful for explaining an express zooming feature.

FIGS. **23**A and **23**B are perspective views of the front and back of a cell phone including a camera with multiple lenses and multiple sensors.

FIGS. **24**A and **24**B are two views of the image capture assembly used in the cell phone shown in FIGS. **23**A and **23**B.

### DETAILED DESCRIPTION OF THE INVENTION

Because digital cameras employing imaging devices and related circuitry for signal processing are well known, the present description will be directed in particular to elements forming part of, or cooperating more directly with, apparatus in accordance with the present invention. Elements not specifically shown or described herein may be selected from those known in the art. Certain aspects of the embodiments to be described may be provided in software. Given the system as shown and described according to the invention in the following materials, software not specifically shown, described or suggested herein that is useful for implementation of the invention is conventional and within the ordinary skill in such arts.

Each of the several embodiments of the present invention include an image capture assembly having multiple lenses and multiple image sensors mounted within a digital camera in order to provide an extended zoom range. This can reduce the cost and size of the camera, and improve its optical performance, compared with a camera having a single sensor and a large range zoom lens (e.g. having a 10:1 zoom range). While not in an exactly coaxial arrangement with respect to each other, the multiple lenses and sensors are generally aligned with respect to each other so as to be viewing substantially the same object, albeit with different fields of view. Each image capture assembly comprises two or more optical relay subassemblies having a lens and an image sensor disposed at opposing ends thereof and a folded optical path for directing the light from the lens to the sensor. This configuration can further reduce the size of the optical components, thereby enabling the design and manufacture of a very thin and compact camera. While the folded optics are used in many of the preferred embodiments, a folded optical path is not generally necessary for practice of the invention. This is particularly true for the wide angle optical subassemblies since the focal length of such wide angle lenses is very short to begin with. Also, the size of the sensor, and consequently the size of the image that must be produced to fill the sensor, may be small enough to reduce the focal length to an acceptable front-to-back dimension—even for normal and short telephoto focal lengths.

In each embodiment, the camera includes a control element for selecting either the first sensor output from the first image sensor or a sensor output from one of the other image sensors, thereby providing a selected sensor output that may be provided to a processing section in the camera for producing an output image. Moreover, each embodiment includes some type of user control that allows a user to select

APPL-1020 / Page 26 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

**7**

a focal length, either directly or via some marking (e.g., "panoramic" or "portrait") indicative of a focal length; the aforementioned control element is then responsive to the user control for selecting a corresponding sensor output. In some embodiments, a single "zoom lens" user control is used, e.g., where the "wide" setting selects a wide angle fixed focal length lens and the "tele" setting(s) select various positions of a zoom lens. The user control output is then provided to the control element, which selects the image sensor that is used to produce the output image. When the selected sensor is for the zoom lens, the user control (or the control element) also enables the zoom and focus motors for the zoom lens to drive the zoom lens to the selected focal length. In addition, digital zooming may be used to zoom "up" from the wide angle setting to the minimum focal length setting of the zoom lens. All this, of course, may be transparent to the user, who simply manipulates the "zoom lens" user control between the "wide" and "tele" settings.

Referring first to FIGS. **10**A–**10**F, several diagrams are shown of the optical layout of several embodiments of an image capture assembly **1**, which is included within the various embodiments of a digital camera (which will be described later). These diagrams include the optical relay subassemblies **1**a, **1**b and **1**c containing the aforementioned folded optical elements. In each of the FIGS. **10**A–**10**F, a circle **1**d delineates an optical profile of a front surface of a digital camera through which the respective lenses protrude. The optical relay subassemblies **1**a, **1**b and **1**c are folded behind the lenses and, as will be described, covered by the front surface of the camera.

In a first embodiment of the present invention, a digital camera employs a first fixed focal length wide angle lens **2** with a first image sensor **12**, and a zoom lens **3** with a second image sensor **14**. In the first embodiment as shown in FIG. **10**A, an image capture assembly **1** includes the first lens **2** and the first image sensor **12** mounted at opposing ends of a first optical relay subassembly **1**a having a folded optical path arranged between the first image sensor **12** and the lens **2**. The first lens **2**, which preferably is a fixed focal length wide angle lens, forms a first image of a scene on the first image sensor **12**. The image capture assembly **1** also includes the zoom lens **3** and the second image sensor **14** mounted at opposing ends of a second optical relay subassembly **1**b having a folded optical path arranged between the second image sensor **14** and the zoom lens **3**. The zoom lens **3**, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a second image of the scene on the second image sensor **14**. In this embodiment, the first lens **2** is a wide angle lens having a focal length less, and preferably substantially less, than the minimum focal length of the zoom lens **3**.

In a second embodiment of the present invention, a digital camera employs a first zoom lens **3** with an image sensor **14**, and a second zoom lens **4** with an image sensor **16**. In the second embodiment as shown in FIG. **10**B, the image sensor **14** will be characterized as the first image sensor **14** and the image sensor **16** will be characterized as the second image sensor **16**. Accordingly, the image capture assembly **1** includes the first zoom lens **3** and the first image sensor **14** mounted at opposing ends of a first optical relay subassembly **1**b having a folded optical path arranged between the first image sensor **14** and the first zoom lens **3**. The first zoom lens **3**, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a first image of the scene on the first image sensor **14**. The image capture assembly **1** also includes the second zoom lens **4** and the second image sensor **16**

**8**

mounted at opposing ends of a second optical relay subassembly **1**c having a folded optical path arranged between the second image sensor **16** and the zoom lens **4**. The zoom lens **4**, which has a range of focal lengths adjustable between a minimum focal length and a maximum focal length, forms a second image of the scene on the second image sensor **16**. In this embodiment, the maximum focal length of the first zoom lens **3** is less than or equal to the minimum focal length of the second zoom lens **4**.

In a third embodiment of the present invention, the digital camera employs a first zoom lens **3** with an image sensor **14**, a second zoom lens **4** with an image sensor **16** and a fixed focal length, wide angle lens **2** with an image sensor **12**. In the third embodiment as shown in FIG. **10**C, the image sensor **14** will be characterized as the first image sensor **14**, the image sensor **16** will be characterized as the second image sensor **16**, and the image sensor **12** will be characterized as the third image sensor. Accordingly, the first zoom lens **3** forms a first image of the scene on the first image sensor **14**, and the second zoom lens **4** forms a second image of the scene on the second image sensor **16**, similarly to what is shown and described in FIG. **10**B. In addition, a third lens, the fixed focal length lens **2**, and the third image sensor **12** are mounted at opposing ends of a third optical relay subassembly **1**a having a folded optical path arranged between the third image sensor **12** and the third lens **2**. In this embodiment, the third lens **2** preferably is a fixed focal length wide angle lens having a focal length less, and preferably substantially less, than the minimum focal length of the first zoom lens **3**, and the maximum focal length of the first zoom lens **3** is less than or equal to the minimum focal length of the second zoom lens **4**.

In a fourth embodiment, the digital camera employs a first fixed focal length lens **2**a with a first image sensor **12**a, and a second fixed focal length lens **2**b with a second image sensor **12**b. In the fourth embodiment as shown in FIG. **10**D, an image capture assembly **1** includes the first fixed focal length lens **2**a and the first image sensor **12**a mounted at opposing ends of a first optical relay subassembly **1**a(1) having a folded optical path arranged between the first image sensor **12**a and the first fixed focal length lens **2**a. The image capture assembly **1** also includes the second fixed focal length lens **2**b and the second image sensor **12**b mounted at opposing ends of a second optical relay subassembly **1**a(2) having a folded optical path arranged between the second image sensor **12**b and the second fixed focal length lens **2**b. In this embodiment, the first fixed focal length lens **2**a is preferably a wide angle lens and the second fixed focal lens **2**b is a telephoto lens.

In a fifth embodiment, the digital camera employs a first fixed focal length lens **2**a with a first image sensor **12**a, a second fixed focal length lens **2**b with a second image sensor **12**b and a third fixed focal length lens **2**c with a third image sensor **12**c. In the fifth embodiment as shown in FIG. **10**E, the first lens **2**a and the first image sensor **12**a are mounted at opposing ends of a first optical relay subassembly **1**a(1) having a folded optical path arranged between the first image sensor **12**a and the first lens **2**a. The first lens **2**a, which preferably is a fixed focal length ultra wide angle lens, forms a first image of the scene on the first image sensor **12**a. The second lens **2**b and the second image sensor **12**b are mounted at opposing ends of a second optical relay subassembly **1**a(2) having a folded optical path arranged between the second image sensor **12**b and the second lens **2**b. The second lens **2**b, which preferably is a fixed focal length medium angle lens, forms a second image of the scene on the second image sensor **12**b. The third lens **2**c and the third

APPL-1020 / Page 27 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

9
10

image sensor **12**c are mounted at opposing ends of a third optical relay subassembly **1**a(**3**) having a folded optical path arranged between the third image sensor **12**c and the third lens **2**c. The third lens **2**c, which preferably is a fixed focal length narrow angle (telephoto) lens, forms a third image of the scene on the third image sensor **12**c.

In a sixth embodiment, the digital camera employs a first fixed focal length lens **2**a with a first image sensor **12**a, a second fixed focal length lens **2**b with a second image sensor **12**b, a third fixed focal length lens **2**c with a third image sensor **12**c, and a fourth fixed focal lens **2**d with a fourth image sensor **12**d. In the sixth embodiment as shown in FIG. **10**F, the first lens **2**a and the first image sensor **12**a are mounted at opposing ends of a first optical relay subassembly **1**a(**1**) having a folded optical path arranged between the first image sensor **12**a and the first lens **2**a. The first lens **2**a, which preferably is a fixed focal length ultra wide angle lens, forms a first image of the scene on the first image sensor **12**a. The second lens **2**b and the second image sensor **12**b are mounted at opposing ends of a second optical relay subassembly **1**a(**2**) having a folded optical path arranged between the second image sensor **12**b and the second lens **2**b. The second lens **2**b, which preferably is a fixed focal length medium angle lens, forms a second image of the scene on the second image sensor **12**b. The third lens **2**c and the third image sensor **12**c are mounted at opposing ends of a third optical relay subassembly **1**a(**3**) having a folded optical path arranged between the third image sensor **12**c and the third lens **2**c. The third lens **2**c, which preferably is a fixed focal length narrow angle (telephoto) lens, forms a third image of the scene on the third image sensor **12**c. The fourth lens **2**d and the fourth image sensor **12**d are mounted at opposing ends of a fourth optical relay subassembly **1**a(**4**) having a folded optical path arranged between the fourth image sensor **12**d and the fourth lens **2**d. The fourth lens **2**d, which preferably is a fixed focal length very narrow angle (long telephoto) lens, forms a fourth image of the scene on the fourth image sensor **12**d.

These embodiments may clearly be carried as far as possible—i.e., more than four lenses, four sensors and four optical relay subassemblies—as long as their arrangement is practically possible within the spatial confines of the digital camera.

FIG. **11** provides a spatial layout of a digital camera, showing how the various components described in FIG. **10**A fits within the confined space of the digital camera **10**A. For example, FIGS. **11** and **12** show how the image capture assembly **1** is arranged within the width-wise dimension **201** of a digital camera **10**A for the first embodiment shown in FIG. **10**A. FIG. **11** is a frontal view of the digital camera **10**A showing how the fixed focal length lens subassembly **1**a and the zoom lens subassembly **1**b are positioned to one side of the lenses **2** and **3** beneath an electronic flash **48**. A battery compartment **204** is located on the other side of the lenses **2** and **3**. FIG. **12** is a top view of the digital camera **10**A taken along lines **12**—**12** in FIG. **11**, and further shows the location of a removable memory card **54** and a color LCD image display **70**. FIG. **13** is a side view of the digital camera **10**A taken along the lines **13**—**13** in FIG. **12**, and further shows the vertical spacing of the fixed focal length lens subassembly **1**a, the zoom lens subassembly **1**b, and the flash **48**. It is particularly noteworthy that the folded optics employed in the subassemblies **1**a and **1**b enable the image capture assembly **1** to fit within a compact front to rear dimension **210** of the camera **10**A. It is also noteworthy that the embodiment of FIG. **10**D, employing two fixed focal length lens subassemblies **1**a(**1**) and **1**a(**2**), could be substi-

tuted into the arrangement shown in FIG. **1**, thereby enabling a camera with even a lesser width-wise dimension **201**.

FIGS. **14**A, **14**B, and **14**C show an arrangement of the components in the second embodiment shown in FIG. **10**B within the digital camera **10**B, where FIG. **14**B is a top view taken along the lines **14**B—**14**B in FIG. **14**A, and FIG. **14**C is a side view taken along the lines **14**C—**14**C in FIG. **14**B. Note that, because of the larger size of the second zoom subassembly **1**c, the spatial relationship of the components has been rearranged. The battery compartment **204** has now been moved under the flash **48**, thereby freeing up more room on the opposite side of the lenses **3** and **4** for the folded optics. Similarly, FIGS. **15**A, **15**B and **15**C show an arrangement of the components in the third embodiment shown in FIG. **10**C, where FIG. **15**B is a top view taken along the lines **15**B—**15**B in FIG. **15**A, and FIG. **15**C is a side view taken along the lines **15**C—**15**C in FIG. **15**B. It should be clear from these illustrations that the front-to-back folding of the optical systems offers significant advantages over the prior art, and over even such an optical system as shown in the aforementioned Hoessle reference (U.S. Pat. No. 5,051, 830), which shows two optical paths integrated into one system. The narrow front-to-back dimension **210** produces a pocket-sized camera, and in the context of this invention, a pocket-sized camera with zoom, or zoom-like, features.

In each of the above embodiments, the image capture assembly may be integrated into the manufacture of the digital camera or it may stand alone as a fungible component that is, e.g., separately manufactured and supplied to a camera manufacturer for insertion into the camera. The image capture assembly may further include a control section for driving the sensors and selecting either the first sensor output from the first image sensor or a sensor output from one of the other image sensors. In addition, in some embodiments the sensors in the image capture assembly may be positioned next to each other on a common circuit board assembly, or may be packaged in a common integrated circuit package, and the lenses in the image capture assembly may be provided in a common lens assembly that mounts onto the circuit board or the integrated circuit package. In some preferred embodiments, the separate imaging arrays are part of the same CCD or CMOS integrated circuit, and the two lenses are assembled together and aligned with the sensor package.

Moreover, in the foregoing embodiments providing a plurality of three or more image sensors for generating three or more sensor outputs, and a plurality of three or more lenses for forming a corresponding three or more images of the scene on the corresponding three or more image sensors, the lenses employed may be provided in different spatial arrangements within the front optical profile **1**d of the digital camera. Where three lenses are employed, the three lenses may be provided within the optical profile **1**d on the camera in a triangular arrangement, as shown in FIG. **10**C or **10**E. Where four lenses are employed, the four lenses may be provided within the optical profile **1**d on the camera in a rectangular arrangement as shown in FIG. **10**F.

Furthermore, in each of the embodiments, when the fixed, or maximum, focal length of one lens is less than the minimum focal length of the next greater focal length lens, there is a focal length gap left between the two lenses. In that case, the processing section in the camera may include an electronic zooming capability for electronically zooming over at least a portion of the focal length gap. Consequently, if a single "zoom lens" user control is used, a transition between some settings of the user control will cause a zoom

APPL-1020 / Page 28 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

**11**

lens to move to a particular optical zoom position, while a transition between other settings of the user control will cause the processor to digitally zoom up from an optical image output of the wide angle lens. For example, where the electronic camera provides a zoom setting over a range including a wide angle optical focal length and a group of optical focal lengths provided by at least one tele zoom lens, at least some of the intervening focal lengths in the gap between the wide angle focal length and the zoom focal lengths of the tele zoom are provided by electronically zooming up from an image captured at the wide angle optical focal length. Furthermore, the wide angle optical focal length that is being zoomed can be provided by the maximum focal length of another (wide angle) zoom lens.

FIGS. 16A and 16B show two views of the optical relay subassembly 1a shown in FIGS. 10A, and 10C–10F for supporting a fixed focal length lens 2 in relation to an image sensor 12 along a folded optical path. FIG. 16A shows a lens barrel 6a for supporting the outer objective of the fixed focal length lens 2, the image sensor 12 and associated relay lens components 7a in an optical path that is folded by a mirror prism 8a. In addition, the lens barrel 6a supports an aperture, shutter assembly 9a in the optical path. FIG. 16B is a view taken along the line 16B—16B in FIG. 16A, showing an appearance of the optical subassembly 1a from the face of the camera (as shown generally in FIG. 10A). FIG. 17 shows the optical relay subassembly 1b (or 1c) shown in FIGS. 10A, 10B and 10C for supporting a zoom lens 3 (or 4) in relation to an image sensor 14 (or 16) along a folded optical path. FIG. 17 shows a fixture 6b for supporting the outer objective of the zoom lens 3 (or 4), the second image sensor 14 (or third image sensor 16), and movable relay (zoom) lens components 7b in an optical path that is folded by a mirror prism 8b. In addition, the fixture 6b supports an aperture shutter assembly 9b in the optical path. FIG. 17 also shows the zoom and focus motors 5a for controlling the movement of the lens components 7b.

FIG. 1 depicts a block diagram of a digital camera 10A according to the first embodiment of the present invention. The digital camera 10A is a portable battery operated device, small enough to be easily handheld by a user when capturing and reviewing images. In the preferred embodiment, the digital camera 10A produces still digital images that are stored on a removable memory card 54. The digital camera may produce motion digital images, either exclusively or in addition to the still images, that are also stored on the memory card 54.

The digital camera 10A includes the aforementioned image capture assembly 1 described in FIGS. 10A and 11, comprising a fixed focal length lens 2 that focuses an image of a scene (not shown) onto a first image sensor 12, and a zoom lens 3 which focuses an image of the scene onto a second image sensor 14. The image capture assembly 1 provides a first image output 12e from the first image sensor 12 and a second image output 14e from the second image sensor 14. In one preferred embodiment, the images sensors 12 and 14 are identical in size, both as to aspect ratio and pixel size, the lens 2 is an ultra-wide angle lens with a "35 mm film equivalent focal length" of 22 mm (written as 22 mm equiv., where 22 mm is the focal length of a 35 mm photographic film camera that provides the same field of view as the fixed lens 2 provides to the image sensor 12, as defined in the ANSI/I3A IT10.7000-2004 standard available from the American National Standards Institute, Inc., New York, N.Y.), and the zoom lens 3 is a 3:1 zoom lens having a 38 mm–114 mm equiv. focal length range.

**12**

The 35 mm film equivalent focal length (f.l.) can be calculated using the formula: 35 mm-equiv. f.l=(actual lens f.l. (in mm)×43.27 mm)/(diagonal sensor focal plane distance (in mm)). For example, if the image sensor uses a ½" type optical format, it has a focal plane of 6.4 mm (width)× 4.8 mm (height), with a diagonal distance of 8.0 mm. If this type of image sensor is used with a lens having an actual focal length of 4.0 mm, the 35 mm equiv. focal length is 22 mm.

Because the focal length of the fixed lens 2 generates an ultra-wide angle field of view, e.g., 22 mm equiv., it has a fixed focus set to a distance near the lens hyperfocal distance of 8 feet, so that objects from 4 feet to infinity are in focus. Therefore, fixed lens 2 does not need to include a focus adjustment. The fixed focal length lens 2 includes an adjustable aperture and shutter assembly 9a (as shown FIGS. 16A and 16B) to control the exposure of the image sensor 12. The zoom lens 3 is controlled by zoom and focus motors 5a and an adjustable aperture and shutter assembly 9b (as shown in FIG. 17) to control the exposure of the image sensor.

In a preferred embodiment, the image sensors 12 and 14 are single-chip color Megapixel CCD sensors, using the well-known Bayer color filter pattern to capture color images. The image sensors 12 and 14 can have, for example, a 4:3 image aspect ratio and a total of 3.1 effective mega-pixels (million pixels), with 2048 active columns of pixels× 1536 active rows of pixels. The image sensors 12 and 14 can use a ½" type optical format, so that each pixel is approximately 3.1 microns tall by 3.1 microns wide. A control processor and timing generator 40 controls the first image sensor 12 by supplying signals to clock drivers 13, and controls the second image sensor 14 by supplying signals to clock drivers 15.

The control processor and timing generator 40 also controls the zoom and focus motors 5a, and a flash 48 for emitting light to illuminate the scene. The control processor and timing generator 40 also receives signals from automatic focus and automatic exposure detectors 46. In an alternative embodiment, instead of using the automatic focus and automatic exposure detectors 46, the image sensor 14 could be used to provide exposure detection and "through-the-lens" autofocus, as described in commonly-assigned U.S. Pat. No. 5,668,597, which is entitled "Electronic Camera with Rapid Automatic Focus of an Image upon a Progressive Scan Image Sensor" and which issued Sep. 26, 1997 in the names of Kenneth A. Parulski, Masaki Izumi, Seiichi Mizukoshi and Nobuyuki Mori, and which is incorporated herein by reference. User controls 42 are used to control the operation of the digital camera 10A.

The analog output signal 12e from the first image sensor 12 is amplified by a first analog signal processor (ASP1) 22 and provided to a first input of a control element 34, e.g., an analog multiplexer control element. The analog output signal 14e from the second image sensor 14 is amplified by a second analog signal processor (ASP 2) 24 and provided to a second input of the control element 34, that is, the analog multiplexer control element. The function of the control element 34 is to select either the first sensor output 12e from the first image sensor 12 or the second sensor output 14e from the second image sensor 14, thereby providing a selected sensor output from the image capture assembly 1.

The control processor and timing generator 40 controls the analog multiplexer control element 34 in order to provide the output of either the (ASP1) 22 or the (ASP 2) 24 to an analog-to-digital (A/D) converter circuit 36. The digital data provided by the A/D converter 36 is stored in a DRAM buffer memory 38 and subsequently processed by an image

APPL-1020 / Page 29 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

13

processor **50**. The processing performed by the image processor **50** is controlled by firmware stored in a firmware memory **58**, which can be flash EPROM memory. The processor **50** processes the input digital image file, which is buffered in a RAM memory **56** during the processing stage.

In an alternative embodiment (not shown), two A/D converter circuits are connected to the outputs of ASP1 (**22**) and ASP 2 (**24**) and the analog mux **34** is not used. Instead, a digital multiplexer is used to select which one of the outputs of the two A/D converters is connected to the DRAM buffer memory **38**.

The processed digital image file is provided to a memory card interface **52**, which stores the digital image file on the removable memory card **54**. Removable memory cards **54** are one type of removable digital image storage medium, and are available in several different physical formats. For example, the removable memory card **54** can include (without limitation) memory cards adapted to well-known formats, such as the Compact Flash, SmartMedia, Memory-Stick, MMC, SD, or XD memory card formats. Other types of removable digital image storage media, such as magnetic hard drives, magnetic tape, or optical disks, can alternatively be used to store the still and motion digital images. Alternatively, the digital camera **10**A can use internal non-volatile memory (not shown), such as internal Flash EPROM memory to store the processed digital image files. In such an embodiment, the memory card interface **52** and the removable memory card **54** are not needed.

The image processor **50** performs various housekeeping and image processing functions, including color interpolation followed by color and tone correction, in order to produce rendered sRGB image data. The rendered sRGB image data is then JPEG compressed and stored as a JPEG image file on the removable memory card **54**. The rendered sRGB image data may also be provided to a host PC **66** via a host interface **62** communicating over a suitable interconnection, such as a SCSI connection, a USB connection or a Firewire connection. The JPEG file uses the so-called "Exif" image format defined in "Digital Still Camera Image File Format (Exif)" version 2.1, July 1998 by the Japan Electronics Industries Development Association (JEIDA), Tokyo, Japan. This format includes an Exif application segment that stores particular image metadata, including the date/time the image was captured, as well as the lens f/number and other camera settings.

It should be noted that the image processor **50**, while typically a programmable image processor, can alternatively be a hard-wired custom integrated circuit (IC) processor, a general purpose microprocessor, or a combination of hardwired custom IC and programmable processors.

The image processor **50** also creates a low-resolution "thumbnail" size image, which can be created as described in commonly-assigned U.S. Pat. No. 5,164,831, entitled "Electronic Still Camera Providing Multi-Format Storage Of Full And Reduced Resolution Images" and issued in the name of Kuchta, et al., the disclosure of which is herein incorporated by reference. After images are captured, they can be quickly reviewed on a color LCD image display **70** by using the thumbnail image data. The graphical user interface displayed on the color LCD image display **70** is controlled by the user controls **42**.

In some embodiments of the present invention, the digital camera **10**A is included as part of a camera phone. In such embodiments, the image processor **50** also interfaces to a cellular processor **90**, which uses a cellular modem **92** to transmit digital images to a cellular network (not shown) using radio frequency transmissions via an antenna **94**. In

14

some embodiments of the present invention, the image capture assembly **1** may be an integrated assembly including the lenses **2** and **3**, the image sensors **12** and **14**, and zoom and focus motors **5**a. In addition, the clock drivers **13** and **15**, as well as the analog signal processors **22** and **24**, the analog mux **34**, and the A/D converter **36**, may be part of the integrated assembly.

FIGS. **2**A and **2**B show perspective views of the digital camera **10**A described in relation to FIG. **1**. FIG. **2**A is a frontal view of the camera **10**A, showing the fixed focal length lens **2**, the zoom lens **3** and the flash **48**. The fixed focal length lens is preferably an ultra wide angle lens; a suitable lens has a 22 mm equiv. focal length and an f/2 maximum aperture. The zoom lens is preferably an ultra-thin lens, e.g., a prism lens; a suitable zoom would be a 3:1 zoom ratio lens, such as a 38–114 mm equiv. focal length zoom lens. A prism lens is a lens configuration, such as shown in FIGS. **16**A, **16**B, and **17**, that incorporates a prism **8**a, **8**b for folding the optical path, thereby creating a very compact optical construction. Clearly, other lens focal lengths and lens type constructions are within the scope of the invention. FIG. **2**B is a rear view of the camera **10**A, showing the color (LCD) image display **70** and a number of user controls **42**, including a shutter button **42**a for enabling an image capture sequence, a panoramic button **42**b for enabling a panoramic mode, a zoom button **42**c for enabling a selection of a zoom setting, and a multi-position selector **42**d for navigating through images, menu choices and the like that are displayed on the color LCD display **70**.

In a further embodiment, the aspect ratio of the image provided by the fixed focal length lens **2** and the image sensor **12** may be different than the aspect ratio of the image provided by the zoom lens **3** and the image sensor **14**. For example the image sensor **12** can have a 16:9 image aspect ratio, with 2730 active columns of pixels×1536 active rows of pixels, for a total of 4.2 effective megapixels. Consequently, the display **70** is preferably a wide aspect ratio (e.g., 16:9) format display. As shown in FIGS. **18**A and **18**B, the aspect ratio of the image sensor **12** (shown in broken line) may represent a panoramic image **18** (e.g., a 16:9 aspect ratio panoramic image as shown in FIG. **18**A) and the aspect ratio of the image sensor **14** (shown in broken line) may represent a typical television aspect ratio image **19** (e.g., a 4:3 aspect ratio image as shown in FIG. **18**B). In this case, the user control **42** may input user commands to the control processor and timing generator **40** for changing the aspect ratio of the stored images which are provided by the image sensor **12** in order to obtain a variable panoramic effect that transitions from the wide angle of the lens **2** toward a narrower angle approaching the effect of the 4:3 aspect ratio of the zoom lens **3**. This is accomplished by cropping the image data which has been stored in DRAM buffer memory **38**, so that only a center subset of the image data provided from the image sensor **12** is processed by image processor **50** and stored on removable memory card **54**. For example, and as shown in FIG. **18**A, the vertical margins **18**b of the image may be continuously adjusted, from the normal 16:9 aspect ratio to a wider aspect ratio image, by pressing on the wide control section of the zoom button **42**c. In response, the top and bottom of the image in DRAM buffer memory **38** is cropped by image processor **50** to produce increasingly wider aspect ratios, such as 17:9, 18:9 (2:1), 19:9, etc. image aspect ratios. Alternatively, the horizontal margins **18**a of the image may be adjusted, from the normal 16:9 aspect ratio to a narrower aspect ratio image by instead pressing on the telephoto control section of the zoom button **42**c. In response, the left and right sides of the image in DRAM

APPL-1020 / Page 30 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

<table>
<tr><td>15</td><td>16</td></tr>
</table>

buffer memory **38** are cropped by image processor **50** to produce increasingly narrower aspect ratios, such as 15:9, 14:9, 3:2, etc. image aspect ratios. In this manner, a variable panoramic effect may be digitally effected using the image data from the first image sensor **12**.

FIG. **3** depicts a flow diagram showing a method for capturing digital images using the digital camera of FIG. **1**. In lens setting block **100**, when the camera **10**A is turned on using a power switch (not shown), the zoom lens **3** is set to a default position, which is preferably a wide angle position (e.g., the 38 mm position). In panoramic decision block **102**, if the user presses the panoramic button **42**b (i.e., a yes response to block **102**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (first sensor block **114**) the output of the analog signal processor (ASP1) **22**, so that the output of the first image sensor **12** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **12** is captured and displayed in preview block **116**. If the zoom button is pressed at this point (having specified that the wide angle image is being used), the aspect ratio of the image is modified in the aspect ratio adjustment block **118** so as to obtain a variable panoramic effect from the wide angle of the lens **2**. Then, if the shutter button is pressed, a still image is captured in capture block **120** using the output of the first sensor **12**.

In panoramic decision block **102**, if the user does not press the panoramic button **42**b (i.e., a no response to block **102**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (second sensor block **104**) the output of the analog signal processor (ASP2) **24**, so that the output of the second image sensor **14** is provided to A/D converter **36**. Thereupon, a preview image from the image sensor **14** is captured and displayed in preview block **106**. If the zoom button is pressed at this point (having specified that the zoom image is being used), the position of the zoom lens **3** is adjusted in the zoom adjustment block **108** so as to obtain a zooming effect from the minimum focal length to the maximum focal length of the zoom lens **3**. Then, if the shutter button is pressed, a still image is captured in capture block **110** using the output of the second sensor **14**.

In a further variation on this embodiment, after the panoramic button **42**b is pressed (having thus specified that the wide angle image is being used) or if the zoom button **42**c is pressed without first pressing the panoramic button **42**b (having thus specified that the zoom image is being used), the image sensor that is not being used may optionally be powered down (in the power down block **112**) to reduce the power drain and conserve the battery supply.

FIG. **4** depicts a block diagram of a digital camera **10**A according to the second embodiment of the present invention. In the second embodiment, a digital camera **10**B includes two zoom lenses, each providing an image to a corresponding image sensor. The first zoom lens **3** is controlled by zoom and focus motors **5**a, and provides an image to the first image sensor **14**. The second zoom lens **4** is controlled by zoom and focus motors **5**b, and provides an image to the second image sensor **16**. A user zoom control on the camera selects, depending on its setting, either the output **14**e of the first image sensor **14** or the output **16**e of the second image sensor **16**. The remaining aspects of the digital camera **10**B are similar to the digital camera **10**A shown in FIG. **1**, and retain the same reference characters. Reference is therefore made to FIG. **1** for further description of these aspects of the digital camera **10**B.

FIGS. **5**A and **5**B show perspective views of the digital camera **10**B described in relation to FIG. **4**. FIG. **5**A is a front view of the camera **10**B, showing the first zoom lens

**3**, the second zoom lens **4** and the flash **48**. The first zoom lens **3** is preferably an ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 38–114 mm equiv. focal length zoom lens. The second zoom lens **4** is preferably another ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 133–380 mm equiv. focal length zoom lens. Preferably a total zoom ratio of approximately 10:1 may be obtained from the usage of both of the zoom lens. Furthermore, in a preferred embodiment, and since the motorized zooming is typically done between discrete zoom steps rather than continuously, the small gap in focal length between first zoom lens **3** and the second zoom lens **4** is equivalent to a focal length zoom step. Clearly, other lens focal lengths and lens type constructions are within the scope of the invention.

FIG. **5**B is a rear view of the camera **10**B, and similar in all respects, except for the lack of the panoramic button **42**b, to FIG. **2**B. Since neither imager has a panoramic aspect ratio, the display **70** is preferably a 4:3 aspect ratio display.

FIG. **6** depicts a flow diagram showing a method for capturing digital images using the digital camera of FIG. **4**. In lens setting block **100**, when the camera **10**B is turned on using a power switch (not shown), the first zoom lens **3** is set to a default position, which is preferably a wide angle position (e.g., the 38 mm position).

In zoom position block **122**, if the user presses the zoom button **42**c and obtains a position beyond X (i.e., something greater than 125 mm and therefore a yes response to block **122**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (second sensor block **134**) the output of the analog signal processor (ASP1) **24**, so that the output of the second image sensor **16** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **16** is captured and displayed in preview block **136**. Then, if the shutter button is pressed, a still image is captured in capture block **140** using the output of the second sensor **16**. If the zoom button is pressed at this point in the zoom button block **138**, control is returned to the zoom position block **122**.

In zoom position block **122**, if the user presses the zoom button **42**c and obtains a position less than position X (i.e., something less than 125 mm and therefore a no response to block **122**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (first sensor block **124**) the output of the analog signal processor (ASP2) **22**, so that the output of the first image sensor **14** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **14** is captured and displayed in preview block **126**. Then, if the shutter button **42**a is pressed, a still image is captured in capture block **130** using the output of the first sensor **16**. If the zoom button is pressed at this point in the zoom button block **128**, control is returned to the zoom position block **122**, and the process is repeated.

FIG. **7** depicts a block diagram of a digital camera **10**C according to the third embodiment of the present invention. In the third embodiment, a digital camera **10**C includes two zoom lenses **3** and **4** and a fixed focal length lens **2**, each providing an image to a corresponding image sensor. The first zoom lens **3** is controlled by zoom and focus motors **5**a, and provides an image to the first image sensor **14**. The second zoom lens **4** is controlled by zoom and focus motors **5**b, and provides an image to the second image sensor **16**. The fixed focal length lens **2** provides an image to the third image sensor **12**. A user zoom control on the camera selects, depending on its setting, either the output **14**e of the first image sensor **14**, the output **16**e of the second image sensor

US 7,206,136 B2

**17**

**16**, or the output **12**e of the third image sensor **12**. The remaining aspects of the digital camera **10**C are similar to the digital camera **10**B shown in FIG. **4**, and retain the same reference characters. Reference is therefore made to FIG. **4** for further description of these aspects of the digital camera **10**C.

FIGS. **8**A and **8**B show perspective views of the digital camera **10**C described in relation to FIG. **7**. FIG. **8**A is a frontal view of the camera **10**C, showing the first zoom **3**, the second zoom lens **4**, the fixed focal length lens **2** and the flash **48**. The first zoom lens **3** is preferably an ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 38–114 mm equiv. focal length zoom lens. The second zoom lens **4** is preferably another ultra-thin lens, e.g., a prism lens; a suitable zoom would be an approximately 3:1 zoom ratio lens, such as a 133–380 mm equiv. focal length zoom lens. Preferably a total zoom ratio of approximately 10:1 may be obtained from the usage of both of the zoom lens. Furthermore, in a preferred embodiment, the small gap in focal length between first zoom lens **3** and the second zoom lens **4** is equivalent to a focal length zoom step. The fixed focal length lens is preferably an ultra wide angle lens; a suitable lens has a 22 mm equiv. focal length and an f/2 maximum aperture. Clearly, other lens focal lengths and lens type constructions are within the scope of the invention.

FIG. **8**B is a rear view of the camera **10**C, and similar in all respects to FIG. **2**B. In a further (optional) variation of the third embodiment, the aspect ratio (e.g., 16:9) of the image provided by the fixed focal length lens **2** may be different than the aspect ratio of the image provided by the zoom lenses **3** or **4**. In this case, as was shown in FIG. **2**B, the user control **42** (e.g., the zoom button **42**c) may input user commands for changing the aspect ratio of the image sensor **2** in order to obtain a variable panoramic effect that transitions from the wide angle of the lens **2** toward a narrower angle approaching the effect of the 4:3 aspect ratio of the zoom lens **3**.

FIG. **9** depicts a flow diagram showing a method for capturing digital images using the digital camera of FIG. **4**. This figure is mostly a composite of the blocks in FIGS. **3** and **6**, and most of the blocks retain the same reference characters for the same block functions and steps. In lens setting block **100**, when the camera **10**B is turned on using a power switch (not shown), the first and second zoom lenses **3** and **4** are set to default positions, which are preferably the wide angle position of each lens (e.g., the 38 mm position for lens **3** and the 125 mm position for lens **4**).

In panoramic decision block **102**, if the user presses the panoramic button **42**b (i.e., a yes response to block **102**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (third sensor block **115**) the output of the analog signal processor (ASP**1**) **26**, so that the output of the third image sensor **12** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **12** is captured and displayed in preview block **116**. If the zoom button is pressed at this point (having specified that the wide angle image is being used), the aspect ratio of the image is modified in the aspect ratio adjustment block **118** so as to obtain a variable panoramic effect from the wide angle of the lens **2**. Then, if the shutter button is pressed, a still image is captured in capture block **120** using the output of the third image sensor **12**.

If the panoramic decision block **102** is not engaged (i.e., the user has not pressed the panoramic button **42**b), control is transferred to the zoom position block **122**. In zoom position block **122**, if the user presses the zoom button **42**c

**18**

and obtains a position beyond X (i.e., something greater than 125 mm and therefore a yes response to block **122**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (second sensor block **134**) the output of the analog signal processor (ASP**1**) **24**, so that the output of the second image sensor **16** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **16** is captured and displayed in preview block **136**. Then, if the shutter button is pressed, a still image is captured in capture block **140** using the output of the second sensor **16**. If the zoom button is pressed at this point in the zoom button block **138**, control is returned to the zoom position block **122**.

In zoom position block **122**, if the user presses the zoom button **42**c and obtains a position less than a position X (i.e., something less than 125 mm and therefore a no response to block **122**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (first sensor block **124**) the output of the analog signal processor (ASP**2**) **27**, so that the output of the first image sensor **14** is provided to the A/D converter **36**. Thereupon, a preview image from the image sensor **14** is captured and displayed in preview block **126**. Then, if the shutter button **42**d is pressed, a still image is captured in capture block **130** using the output of the first sensor **16**. If the zoom button is pressed at this point in the zoom button block **128**, control is returned to the zoom position block **122**, and the process is repeated.

FIG. **19** represents additional embodiments, where a digital camera **10**D includes two (the fourth embodiment) fixed focal length lenses or a digital camera **10**E includes three (the fifth embodiment) fixed focal length lenses, each providing an image to a corresponding imaging array. FIG. **19** specifically depicts a block diagram of a digital camera **10**E according to the fifth embodiment. In the fifth embodiment, a digital camera **10**E includes three fixed focal length lens, each providing an image to a corresponding image sensor. The first fixed focal length lens **2**a provides an image to the first image sensor **12**a. The second fixed focal length lens **2**b provides an image to the second image sensor **12**b. The third fixed focal length lens **2**c provides an image to the third image sensor **12**c. A user zoom control on the camera selects, depending on its setting, either the output of the first image sensor **12**a, the output of the second image sensor **12**b, or the output of the third image sensor **12**c. More specifically, the user zoom control on the camera selects either the output of one of the three image sensors to provide a rough magnification setting, and in addition uses a digital zoom provided by the image processor **50** to provide fine magnification control. For example, the first focal length lens **2**a may have a focal length of 30 mm equiv. (35 mm equivalent), the second fixed focal length **2**b lens may have a focal length of 90 mm equiv., and the third fixed focal length lens **2**c may have a focal length of 135 mm equiv. The zoom lens control may provide settings from 30 mm to 270 mm. When the user selects 60 mm, for example, the output from the first sensor **12**a is selected, along with a 2× digital zoom. When the user selects 270 mm, the output of the third sensor **12**c is selected, along with 2× digital zoom.

In the fourth embodiment, a digital camera **10**D includes two fixed focal length lens, each providing an image to a corresponding image sensor. Consequently, for the fourth embodiment, FIG. **19** is modified such that the third fixed focal length lens **2**c, and its ancillary components and circuitry, is eliminated. A user zoom control on the camera selects, depending on its setting, either the output of the first image sensor **12**a, or the output of the second image sensor **12**b. For example, the first focal length lens **2**a may have a

APPL-1020 / Page 32 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

**19**

focal length of 30 mm equiv. (35 mm equivalent), and the second fixed focal length **2***b* lens may have a focal length of 90 mm equiv. The zoom lens control **42***c* may provide settings from 30 mm to 270 mm. When the user selects 60 mm, for example, the output from the first sensor **12***a* is selected, along with a 2× digital zoom. When the user selects 270 mm, the output of the second sensor **12***b* is selected, along with 3× digital zoom. The remaining aspects of the digital cameras **10**D and **10**E are similar to the digital camera **10**B shown in FIG. **4**, and retain the same reference characters. Reference is therefore made to FIG. **4** for further description of these aspects of the digital cameras **10**D and **10**E.

The perspective views of digital cameras **10**D and **10**E are not shown, as they are substantially similar to the perspective views of FIGS. **5**A and **5**B, except that another optical relay subassembly is included for the digital camera **10**E.

FIG. **20** depicts a flow diagram showing a method for capturing digital images using the digital camera **10**E of FIG. **20**. In a power up block **300**, the camera **10**E is turned on using a power switch (not shown). In zoom position block **302**, if the user presses the zoom button **42***c* and obtains a position beyond X (e.g., something equal to or greater than 90 mm equiv. and therefore a yes response to block **302**), control is transferred to the second zoom position block **314**. There, if the zoom button **42***c* is indicating a position beyond Y (e.g., something equal to or greater than 135 mm equiv. and therefore a yes response to block **314**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (third sensor block **318**) the output of the analog signal processor (ASP3) **26**, so that the output of the third image sensor **12***c* is provided to the A/D converter **36**. If the zoom control **42***c* is requesting a focal length other than the optical 135 mm equiv., digital zoom is applied to the image in the zoom block **306** to bring the image up to the requested focal length. Thereupon, a preview image from the image sensor **12***c* is captured and displayed in preview block **308**. Then, if the shutter button is pressed, a still image is captured in capture block **312** using the output of the third sensor **12***c*. If the zoom button is pressed at this point in the zoom button block **310**, control is instead returned to the zoom position block **302**.

If the zoom button **42***c* is indicating a position less than Y (i.e., something less than 135 mm equiv. and therefore a no response to block **314**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (second sensor block **316**) the output of the analog signal processor (ASP2) **24**, so that the output of the second image sensor **12***b* is provided to the A/D converter **36**. If the zoom control **42***c* is requesting a focal length other than the optical 90 mm equiv., digital zoom is applied to the image in the zoom block **306** to bring the image up to the requested focal length. Thereupon, a preview image from the image sensor **12***b* is captured and displayed in preview block **308**. Then, if the shutter button is pressed, a still image is captured in capture block **312** using the output of the second sensor **12***b*. If the zoom button is pressed at this point in the zoom button block **310**, control is instead returned to the zoom position block **302**.

In zoom position block **302**, if the user presses the zoom button **42***c* and obtains a position less than a position X (i.e., something less than 90 mm and therefore a no response to block **302**), the control processor and timing generator **40** controls the analog multiplexer **34** to use (first sensor block **304**) the output of the analog signal processor (ASP1) **22**, so that the output of the first image sensor **12***a* is provided to the A/D converter **36**. If the zoom control **42***c* is requesting

**20**

a focal length other than the optical 30 mm equiv., digital zoom is applied to the image in the zoom block **306** to bring the image up to the requested focal length. Thereupon, a preview image from the image sensor **12***a* is captured and displayed in preview block **308**. Then, if the shutter button **42***a* is pressed, a still image is captured in capture block **312** using the output of the first sensor **12***a*. If the zoom button is pressed at this point in the zoom button block **310**, control is returned to the zoom position block **302**, and the process is repeated.

A number of advantages may be obtained by use of the fixed focal length lenses in the fourth and fifth embodiments. The aperture of each lens can be kept quite large (e.g., f/2.8 at least for the widest angle lens), thereby providing a high speed, low light lens. In addition, the image quality can be kept higher than for a comparable zoom lens. When digital zooming is employed, there are no moving parts for the zoom—even though there are two (or three) optical settings—and the zoom is completely silent and relatively fast in zoom focal length transitions.

In the sixth embodiment (which is not shown as a separate block diagram), a digital camera **10**F includes four fixed focal length lenses, each providing an image to a corresponding image sensor. Consequently, for the sixth embodiment, FIG. **19** is modified such that a fourth fixed focal length lens **2***d*, and its ancillary components and circuitry, is added. A user zoom control on the camera selects, depending on its setting, either the output of the first image sensor **12***a*, the output of the second image sensor **12***b*, the output of the third sensor **12***c*, or the output of the fourth sensor **12***d*. For example, the first focal length lens **2***a* may have a focal length of 30 mm equiv. (35 mm equivalent), and the second fixed focal length **2***b* lens may have a focal length of 60 mm equiv., the third fixed focal length **2***b* lens may have a focal length of 120 mm equiv., and the fourth fixed focal length **2***b* lens may have a focal length of 270 mm equiv. The zoom lens control **42***c* may provide settings from 30 mm to 400 mm. When the user selects 45 mm, for example, the output from the first sensor **12***a* is selected, along with a 1.5× digital zoom. When the user selects 90 mm, for example, the output from the second sensor **12***b* is selected, along with a 1.5× digital zoom. When the user selects 240 mm, for example, the output from the third sensor **12***c* is selected, along with a 2× digital zoom. When the user selects 400 mm, the output of the fourth sensor **12***d* is selected, along with 1.5× digital zoom. The remaining aspects of the digital camera **10**F are similar to the digital camera **10**E shown in FIG. **19**, and reference is therefore made to FIG. **19** for further description of these aspects of the digital camera. The perspective views and flow diagram of the digital camera **10**F are not shown, as they are substantially similar to the perspective views of FIGS. **5**A and **5**B and the flow diagram of FIG. **20**, except that yet another optical relay subassembly, and another flow column in FIG. **20** for the fourth sensor **12***c*, is included for the digital camera **10**F.

In many of the foregoing embodiments, digital zooming is used. Digital zooming is a well-known process and any of a variety of techniques may be used. One such digital zooming capability is described in commonly-assigned pending U.S. Patent Application Publication No. 2003/0202113, "Electronic Still Camera and Image Processing Method" filed on Aug. 1, 2002 in the name of Sumito Yoshikawa and which is incorporated herein by reference. For the type of system disclosed in this pending patent application, as well as for the system according to the present invention, the image sensor includes an array of discrete light sensitive picture elements overlaid with a color

APPL-1020 / Page 33 of 40
APPLE INC v. COREPHOTONICS LTD.

filter array (CFA) pattern to produce color image data corresponding to the CFA pattern. The output data from the image sensor is applied to an analog signal processing (ASP) and analog/digital (A/D) conversion section, which produces digital CFA data from the color image data.

The resultant digital data is applied to a digital signal processor, such as the image processor **50** (referring to FIG. **1** of the present disclosure), which interpolates red, green, and blue (RGB) color image data for all of the pixels of the color image sensor. The CFA image data represents an image of a fixed size, such as 2048 columns of pixels×1536 rows of pixels. A digitally zoomed image is provided by taking the center section of the CFA image data and interpolating additional pixels that fall in between the pixels provided by the image sensor. For example, a 2:1 digital zoom is provided by using only the center 1024 columns×768 rows of the CFA image data, and by interpolating one additional row and column in between each of the rows and columns of the center CFA image data, so as to enlarge the center of the image. The output of the image processor **50** is a color interpolated and digitally zoomed image, with 2048 columns and 1536 rows of RGB data, provided from the center 1024 columns×768 rows of CFA image data.

In operation of the present imaging system according to the aforementioned Yoshikawa patent disclosure, the user operates the digital camera, e.g., the digital camera **10**E (FIG. **19**), to take pictures while observing the image on the color LCD image display **70**. The digital CFA image for each of the captured images is processed by the image processor **50** and displayed in a "thumbnail" or subsampled format in the preview step (e.g., steps **308** in FIG. **20**). If the observed zoom amount is not desired, the user then changes the zooming/cropping setting in a zoom selection/cropping step (e.g., steps **302**, **314** in FIG. **20**) by using the zoom button **42**c. The amount of digital zooming is determined by the control processor and timing generator **40** and provided to the image processor **50**. The control processor and timing generator **40** selects which of the image sensor outputs to use (by controlling the analog mux **34**), and the amount of digital zoom needed, which in combination provide the desired overall zoom setting. For example, a 2.5:1 overall zoom setting can be provided by selecting (using the analog mux **34**) a lens and image sensor that provides a 2:1 optical zoom and also instructing the image processor **50** to provide a 5:4 digital zoom setting, which uses the center 1638 columns×1230 rows (from the 2048 columns×1536 rows of CFA image data).

In an additional embodiment of the invention shown in FIG. **21**, the two (or three) lenses have identical focal lengths, and the imaging arrays are different sizes (e.g. both sensors are, e.g., 3.1 effective megapixel sensors with 2048 columns×1536 rows of pixels, but the first image sensor **412**a has 3.1 micron square pixels and the second image sensor **412**b has 6.2 micron square pixels, so that the diagonal of the second image sensor is twice as large as the first image sensor). With the differently sized imaging arrays, each lens is designed to fill the area of the imaging array and each lens-array combination can have substantially the same actual focal length, i.e., the same lens to array distance. However, the 35 mm equiv. of each lens will be different, in proportion to the difference in the diagonal size of the array; consequently, each lens will have a different field of view. In FIG. **21**, in this additional embodiment, a digital camera **10**G includes a first fixed focal length lens **402**a that provides an image to a first image sensor **412**a, which has 3.1 micron pixels. A second fixed focal length lens **402**b provides an image to a second image sensor **412**b,

which has 6.2 micron pixels. A user zoom control **42** on the camera selects, depending on its setting, either the output of the first image sensor **412**a or the output of the second image sensor **412**b. More specifically, the user zoom control on the camera selects the output of one of the two image sensors to provide a rough magnification setting based on the 35 mm equiv. focal length of the lenses **402**a and **402**b, and in addition uses a digital zoom provided by the image processor **50** to provide fine magnification control. For example, the first focal length lens **402**a may have an actual focal length of 16 mm, which provides a 35 mm equiv. focal length of about 80 mm because the pixels are 3.1 mm so that the diagonal size is about 8 mm. The second fixed focal length **402**b lens may also have an actual focal length of 16 mm, but it provides a 35 mm equivalent focal length of about 40 mm, because the pixels are 6.2 mm so that the diagonal size is about 16 mm. The zoom lens control may provide settings from 40 mm to 160 mm. When the user selects 60 mm, for example, the output from the second sensor **412**b is selected, along with a 1.5× digital zoom. When the user selects 160 mm, for example, the output of the first sensor **412**a is selected, along with 2× digital zoom.

The remaining aspects of the digital cameras **10**G are similar to the digital camera **10**B shown in FIG. **4**, and retain the same reference characters. Reference is therefore made to FIG. **4** for further description of these aspects of the digital camera **10**G.

A further advantage of the invention is that use of dual zooms provides an extended optical zoom range in a digital camera where the movement between user-requested zoom positions may be undertaken in an expedited manner. Since motorized zooming is typically done between discrete zoom steps rather than continuously, the full range of a zoom system is divided into a finite number of discrete steps. For example, as shown in FIG. **22**, a two zoom system in accordance with the invention may be divided into a first zoom range **500** providing a 38 mm–114 mm equiv. zoom lens range and a second zoom range **502** providing a 133 mm –380 mm equiv. zoom lens range Such an arrangement may be provided by the digital camera **10**B shown in FIG. **4**. According to this arrangement, the zoom and focus motors **5**a and **5**b drive the respective zoom lenses **3** and **4** through a finite series of discrete steps, where each step represents, for the example shown in FIG. **22**, 0.5× zoom steps over the lower zoom range, and 1× zoom steps over the higher zoom range More particularly, the zoom and focus motor **5**a drives the zoom lens **3** from 38 mm to 114 mm in five discrete steps, with the steps corresponding to 1× (38 mm), 1.5× (57 mm), 2× (76 mm), 2.5× (95 mm) and 3× (114 mm) zoom steps. The zoom and focus motor **5**b drives the zoom lens **4** from 133 mm to 380 mm in seven discrete steps, with the steps corresponding to 3.5× (133 mm), 4× (152 mm), 5× (190 mm), 6× (228 mm), 7× (266 mm), 8× (304 mm), 9× (342 mm), and 10× (380 mm) zoom steps. The two lenses are separated in focal length by a one step gap **503** (i.e., by 19 mm, corresponding to the 0.5× gap between the 3× zoom focal length and the 3.5× zoom focal length.).

In operation, the user operates the user control **42** in order to select a zoom setting, whereby the zoom and focus motors **5**a and **5**b are responsive to the user control **42** for adjusting the zoom lenses through the first plurality of discrete zoom positions **500** for the first zoom lens **3** and through the second plurality **502** of discrete zoom positions for the second zoom lens **4**. The control processor and timing generator **40**, acting as a zoom controller, controls the zoom and focus motors **5**a and **5**b and enables an express mode when a user initiated change in the user control specifies a

US 7,206,136 B2

    

zoom transition from a present zoom setting within one of the plurality of discrete zoom positions in one of the ranges to a target zoom setting within the other plurality of discrete zoom positions in the other range. The control processor and timing generator 40 causes the zoom and focus motor of the lens containing the target position to immediately move the corresponding zoom lens to the target zoom position without powering the other zoom and position motor through any intervening discrete zoom positions, thereby enabling an express zooming sequence in which the zoom and focus motors of the lens not containing the target position do not have to traverse all of the intervening zoom positions between the present zoom setting and the target zoom setting.

An example is shown in FIG. 22. In the power up mode, both zoom lenses will be brought to their minimum focal length positions, i.e., the zoom lens 3 will be driven to the 38 mm position and the zoom lens 4 will be driven to the 133 mm position. If the user initially chooses to view a subject at the widest angle position, say 38 mm equiv., the zoom lens 3 will provide its widest angle image to the image sensor 14 (FIG. 4) and the analog multiplexer 34 will select the first image output 14e from the first image sensor 14. If the user then presses the zoom button 42c to a tele position, say 228 mm equiv., the usual response in a single zoom lens that spanned the range from 38 mm to 228 mm would be to drive the zoom lens through an 8 step sequence 504 as shown in FIG. 22. However, in the express mode according to the invention, the control processor and timing generator 40 immediately directs the zoom and focus motor 5b to drive the lens 4 through a 3 step sequence 506 from 133 mm to 228 mm. Meanwhile, the zoom lens 3 remains at its widest setting. Consequently, five steps of movement are saved and the movement between user-requested zoom positions is undertaken in an expedited manner compared to the prior art situations. Clearly, FIG. 22 is only an example, and many other variations of step length and zoom ranges are within the scope of the invention. For example, in power up mode, the lens 4 could be set to the maximum focal length (380 mm) rather than the widest focal length (133 mm). Then the camera could be immediately switched from the wide-angle position (38 mm equiv.) to the maximum telephoto position (380 mm equiv.) immediately, simply by switching the analog mux 34 to provide the output of the 2nd image sensor 16.

The concept of multiple lenses and multiple sensors, and the use of an integrated image capture assembly, may be adapted for use in a cell phone of the type having a picture taking capability. Accordingly, and as shown in FIG. 23A, a cell phone 600 includes a phone stage comprising a microphone 602 for capturing the voice of a caller, related electronics (not shown) for processing the voice signals of the caller and the person called, and a speaker 604 for reproducing the voice of the one called. A keypad 606 is provided for entering phone numbers and image capture commands, and a (LCD) display 608 for showing phone-related data and for reproducing images captured by the phone or received over the cellular network. The rear view of the cell phone 600 shown in FIG. 23B identifies some of the internal components, including a cellular image capture assembly 610 connected via the image processor 50 (as shown in FIG. 1) to a cellular processing stage comprising the cellular processor 90 and the modem 92. The cellular processor 90 receives and processes the image data from the image processor 50 and the voice data captured by the microphone 602, and transfers the image and voice data to the cellular modem 92. The cellular modem 92 converts the digital image and voice data into the appropriate format for transmission by the antenna 94 to a cellular network.

As the cellular image capture assembly 610 is shown in FIGS. 24A and 24B, where FIG. 24B is a top view of the assembly 610 taken along the lines 24B—24B in FIG. 24A, the assembly 610 comprises an integrated packaging of the optical and imaging components on a common substrate 620. More specifically, the assembly 610 includes a first fixed focal length lens 612 and a first image sensor 614, and a second fixed focal length lens 616 and a second image sensor 618. The first lens 612, preferably a fixed focal length wide angle lens (such as a 40 mm equiv. lens), forms an image on the first image sensor 614, and the second lens 616, preferably a fixed focal length telephoto lens (such as 100 mm equiv. lens), forms an image on the second image sensor 618. Both of the lenses are oriented in the same direction in order to form images of the same portion of the overall scene in front of them, albeit with different fields of view.

Each lens 612 and 616 and each associated image sensor 614 and 618 are mounted to the substrate 620 with an IR cut filter in between to reduce the incidence of IR radiation on the image pixels. Electronic components 624, such as resistors, capacitors and power management components, are also mounted on the substrate 620. The image signals are taken from the substrate 610 via a flex connector 626. The data taken from the assembly 610 may be raw image data, or if suitable processors (not shown) are on board the substrate 620, the data could be YUV image data or JPEG image data. Moreover, the image processor 50 may provide digital zooming between the wide angle and the telephoto focal lengths; the user may initiate such zooming via a user interface displayed on the (LCD) display 608 and by keying appropriate buttons on the keypad 606. Furthermore, the wide angle image sensor 614 may have high resolution, e.g., higher than that of the telephoto image sensor 618, in order to provide a higher quality source image for the digital zooming.

In one embodiment, the wide angle lens 612 is set to its hyperfocal distance, which means it is in focus from a few feet to infinity without need for any focus adjustment by the user. The telephoto lens 616 is automatically focused by an auto focus subsystem 628. This is required because the hyperfocal distance increases as the focal length increases, and so the focus needs to be adjusted in order to obtain proper focus for objects at typical (e.g. 4' to 12') distances. By using only one focusing subsystem 628 for the telephoto lens 616, the cost and size can be reduced.

An important constraint in this embodiment is the "z" dimension 630, which must be held to a very small figure consistent with a cell phone layout and architecture. This may be obtained by careful choice of the telephoto focal length and the size of the sensor. For example, the size of the sensor 616, and consequently the size of the image that must be produced to fill the sensor, may be made small enough to reduce the focal length to an acceptable z dimension 630.

In a further embodiment, as discussed in connection with FIG. 21, the two lenses may have approximately identical focal lengths, with the imaging arrays being of different sizes. With the differently sized imaging arrays, each lens is designed to fill the area of the imaging array and each lens-array combination will have substantially the same actual focal length, i.e., the same lens to array distance. However, the 35 mm equiv. of each lens will be different; consequently, each lens will have a different field of view.

While not shown in detail in FIGS. 24A and 24B, but similarly as was explained in connection with FIG. 1, an analog output signal from the first image sensor 614 is

APPL-1020 / Page 35 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

**25**

amplified by a first analog signal processor and provided to a first input of a control element, e.g., an analog multiplexer control element provided as one of the electronic components **624** on the substrate **620**. The analog output signal from the second image sensor **618** is amplified by a second analog signal processor and provided to a second input of the control element. The function of the control element is to select either the first sensor output from the first image sensor **614** or the second sensor output from the second image sensor **618**, depending on user input from the keypad **606** as to zoom selection, thereby providing a selected sensor output from the cellular image capture assembly **600** to the image processor **50**.

The invention has been described in detail with particular reference to certain preferred embodiments thereof, but it will be understood that variations and modifications can be effected within the spirit and scope of the invention.

PARTS LIST

1 image capture assembly
1*a* optical relay subassembly
1*b* optical relay subassembly
1*c* optical relay subassembly
1*a*(**1**) first optical relay subassembly
1*a*(**2**) second optical relay subassembly
1*a*(**3**) third optical relay subassembly
1*a*(**4**) fourth optical relay subassembly
1*d* front optical profile of the camera
2 fixed focal length lens
2*a* first fixed focal length lens
2*b* second fixed focal length lens
2*c* third fixed focal length lens
2*d* fourth fixed focal length lens
2*e* first image sensor output
3 first zoom lens
4 (second) zoom lens
5*a* zoom and focus motors
5*b* zoom and focus motors
5*c* connecting gear train
6*a* lens barrel
6*b* fixture
7*a* relay lens components
7*b* movable relay (zoom) lens components
8*a* mirror prism
8*b* mirror prism
9*a* aperture shutter assembly
9*b* aperture shutter assembly
10A digital camera (first embodiment)
10B digital camera (second embodiment)
10C digital camera (third embodiment)
10D digital camera (fourth embodiment)
10E digital camera (fifth embodiment)
10F digital camera (sixth embodiment)
10G digital camera (seventh embodiment)
12 first image sensor
12*a* first image sensor
12*b* second image sensor
12*c* third image sensor
12*d* fourth image sensor
12*e* first image output
13 clock drivers
14 second image sensor
14*e* second image output
15 clock drivers
16 third image sensor
16*e* third image output

**26**

17 clock drivers
18 16:9 aspect ratio panoramic image
18*a* horizontal margin
18*b* vertical margin
19 4:3 aspect ratio image
22 first analog signal processor (ASP**1**)
24 second analog signal processor (ASP**2**)
26 third analog signal processor (ASP**3**)
34 control element (analog multiplexer)
36 analog-to-digital converter
38 DRAM buffer memory
40 control processor and timing generator
42 user controls
42*a* shutter button
42*b* panoramic button
42*c* zoom button
42*d* multi-position selector
46 automatic focus and automatic exposure detectors
48 electronic flash
50 image processor
52 memory card interface
54 removable memory card
56 RAM memory
58 firmware memory
62 host interface
64 interconnection
66 host PC
70 color LCD image display
90 cellular processor
92 cellular modem
94 antenna
100 lens setting block
102 panoramic decision block
104 second sensor block
106 preview block
108 zoom adjustment block
110 capture block
112 power down block
114 first sensor block
115 third sensor block
116 preview block
118 aspect ratio adjustment block
120 capture block
122 zoom position block
124 first sensor block
126 preview block
128 zoom button block
130 capture block
134 second sensor block
136 preview block
138 zoom button block
140 capture block
201 width-wise dimension
204 battery
210 front to rear dimension
300 power up block
302 zoom position X block
304 first sensor block
306 digital zoom block
308 preview block
310 zoom button block
312 capture block
314 zoom position Y block
316 second sensor block
318 third sensor block
320 removed section
322 yes response

APPL-1020 / Page 36 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

27

402*a* first lens
402*b* second lens
412*a* first (smaller) sensor
412*b* second (larger) sensor
500 first zoom range
502 second zoom range
503 one step gap
504 17 step zoom sequence
506 9 step zoom sequence
600 cell phone
602 microphone
604 speaker
606 keypad
608 (LCD) display
610 cellular image capture assembly
612 first fixed focal length lens
614 first image sensor
616 second fixed focal length lens
618 second image sensor
620 substrate
622 IR cut filter
624 electronic components
626 flex connector
628 auto focus subsystem
630 z dimension

The invention claimed is:

**1**. An electronic camera for producing an output image of a scene, said electronic camera comprising:

a first image sensor for generating a first sensor output;

a first lens for forming a first image of the scene on the first image sensor, wherein the first lens has a fixed focal length;

a second image sensor for generating a second sensor output;

a zoom lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, wherein the zoom lens is adjustable between a minimum focal length and a maximum focal length to provide the second image, wherein the first and second images formed on the first and second image sensors have different aspect ratios, including a panoramic aspect ratio for the first image sensor, and wherein the panoramic aspect ratio of the first image sensor is adjustable;

a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output;

a first user control for enabling a panoramic mode and a second user control for setting a zoom position for the camera; and

a processing section for producing the output image from the selected sensor output.

**2**. The electronic camera as claimed in claim **1** wherein the second user control allows a user to select a focal length and wherein the control element is responsive to the second user control for selecting a corresponding sensor output.

**3**. The electronic camera as claimed in claim **2** wherein the fixed focal length of the first lens is less than the minimum focal length of the zoom lens, thereby leaving a focal length gap therebetween.

**4**. The electronic camera as claimed in claim **3** wherein the processing section includes an electronic zooming capability for electronically zooming over at least a portion of the focal length gap.

**5**. The electronic camera as claimed in claim **4** wherein the second user control allows for selecting a zoom position,

28

whereby the zoom position is characterized as (a) an optical focal length when it is the fixed focal length of the first lens or within the focal lengths of the zoom lens and (b) an electronic zoom amount when within the gap between the fixed focal length of the first lens and the minimum focal length of the zoom lens.

**6**. The electronic camera as claimed in claim **1** wherein, when the panoramic mode is enabled, the setting of the second user control engages the processing stage to modify the aspect ratio of the first image captured by the first sensor.

**7**. The electronic camera as claimed in claim **1** wherein the first and second image sensors are differently sized and an optical path distance between each lens and its image sensor is substantially the same, thereby providing a pair of lens systems which have different effective focal lengths for the same optical path distances.

**8**. The electronic camera as claimed in claim **1** further comprising:

a plurality of additional image sensors for generating a corresponding plurality of additional sensor outputs; and

a plurality of additional lenses for forming a corresponding plurality of additional images of the scene on the plurality of additional image sensors; wherein the control element selects either the first sensor output from the first image sensor, the second sensor output from the second image sensor or any one of the plurality of additional sensor outputs from the plurality of additional image sensors, thereby providing a selected image output.

**9**. The electronic camera as claimed in claim **8** wherein at least one of the additional lenses is a zoom lens.

**10**. The electronic camera as claimed in claim **1** wherein the fixed focal length of the first lens has a 35 mm equivalent focal length of less than 25 mm.

**11**. The electronic camera as claimed in claim **10** wherein the minimum focal length of the zoom lens has a 35 mm equivalent focal length of greater than 30 mm.

**12**. An electronic camera for producing a output image of a scene, said electronic camera comprising:

a first image sensor for generating a first sensor output;

a first lens having a fixed focal length for forming a first image of the scene on the first image sensor;

a second image sensor for generating a second sensor output;

a wide zoom lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, wherein the wide zoom lens is adjustable through a first set of focal lengths between a minimum focal length and a maximum focal length to provide the second image;

a third image sensor for generating a third sensor output;

a tele zoom lens pointing in the same direction as the first lens and forming a third image of the same scene on the third image sensor, wherein the tele zoom lens is adjustable through a second set of focal lengths between a minimum focal length and a maximum focal length to provide the third image;

a control element for selecting either the first sensor output from the first image sensor, the second sensor output from the second image sensor or the third sensor output from the third image sensor, thereby providing a selected sensor output; and

a processing section for producing the output image from the selected sensor output.

**13**. The electronic camera as claimed in claim **12** further comprising a user control that allows a user to select an

APPL-1020 / Page 37 of 40
APPLE INC v. COREPHOTONICS LTD.

Appx2368

US 7,206,136 B2

29 30

appropriate focal length and wherein the control element is responsive to the user control for selecting a corresponding image output.

**14**. The electronic camera as claimed in claim **13** wherein the fixed focal length of the first lens is less than the minimum focal length of the wide zoom lens, thereby leaving a focal length gap therebetween, and wherein the processing section includes an electronic zooming capability for electronically zooming over at least a portion of the focal length gap.

**15**. An electronic camera that provides a zoom setting over a range including a wide angle optical focal length and a group of optical focal lengths provided by at least one tele zoom lens, wherein at least some of the intervening focal lengths in the gap between the wide angle optical focal length and the zoom focal lengths of the tele zoom are provided by electronically zooming up from an image captured at the wide angle optical focal length, wherein the wide angle optical focal length is provided by an additional zoom lens and the intervening focal lengths in the gap between the wide angle focal length and the zoom focal lengths are provided by electronically zooming up from an image captured at a maximum focal length of the additional zoom lens.

**16**. An electronic camera for producing an output image of a scene, said electronic camera comprising:
  a first image sensor for generating a first sensor output;
  a first lens for forming a first image of the scene on the first image sensor;
  a second image sensor for generating a second sensor output;
  a zoom lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, wherein the zoom lens is adjustable between a minimum focal length and a maximum focal length to provide the second image, and wherein the first and second image sensors are differently sized and an optical path distance between each lens and its image sensor is substantially the same, thereby providing a pair of lens systems which have different effective focal lengths for the same optical path distances;
  a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output; and
  a processing section for producing the output image from the selected sensor output.

**17**. The electronic camera as claimed in claim **16** wherein the first lens has a fixed focal length.

**18**. The electronic camera as claimed in claim **17** wherein the fixed focal length of the first lens has a 35 mm equivalent focal length of less than 25 mm.

**19**. The electronic camera as claimed in claim **18** wherein the minimum focal length of the zoom lens has a 35 mm equivalent focal length of greater than 30 mm.

**20**. The electronic camera as claimed in claim **17** further comprising a user control that allows a user to select a focal length and wherein the control element is responsive to the user control for selecting a corresponding sensor output.

**21**. The electronic camera as claimed in claim **20** wherein the fixed focal length of the first lens is less than the minimum focal length of the zoom lens, thereby leaving a focal length gap therebetween.

**22**. The electronic camera as claimed in claim **21** wherein the processing section includes an electronic zooming capability for electronically zooming over at least a portion of the focal length gap.

**23**. The electronic camera as claimed in claim **22** wherein the user control allows for selecting a zoom position, whereby the zoom position is characterized as (a) an optical focal length when it is the fixed focal length of the first lens or within the focal lengths of the zoom lens and (b) an electronic zoom amount when within the gap between the fixed focal length of the first lens and the minimum focal length of the zoom lens.

**24**. The electronic camera as claimed in claim **17** wherein the image provided by the first image sensor is a panoramic image.

**25**. The electronic camera as claimed in claim **17** wherein the first and second images formed on the first and second image sensors have different aspect ratios, including a panoramic aspect ratio for the first image sensor.

**26**. The electronic camera as claimed in claim **25** wherein the panoramic aspect ratio of the first image sensor is adjustable.

**27**. The electronic camera as claimed in claim **26** further including a first user control for enabling a panoramic mode and a second user control for setting a zoom position for the camera.

**28**. The electronic camera as claimed in claim **27** wherein, when the panoramic mode is enabled, the setting of the second user control engages the processing stage to modify the aspect ratio of the first image captured by the first sensor.

**29**. The electronic camera as claimed in claim **16** wherein the first lens is an additional zoom lens adjustable between a minimum focal length and a maximum focal length to provide the first image, wherein the maximum focal length of the first lens is less than or equal to the minimum focal length of the zoom lens.

**30**. The electronic camera as claimed in claim **29** wherein the maximum focal length of the first lens is less than the minimum focal length of the zoom lens, thereby leaving a focal length gap therebetween, and wherein the processing section includes an electronic zooming capability for electronically zooming over at least a portion of the focal length gap.

**31**. The electronic camera as claimed in claim **16** further comprising:
  a plurality of additional image sensors for generating a corresponding plurality of additional sensor outputs; and
  a plurality of additional lenses for forming a corresponding plurality of additional images of the scene on the plurality of additional image sensors; wherein the control element selects either the first sensor output from the first image sensor, the second sensor output from the second image sensor or any one of the plurality of additional sensor outputs from the plurality of additional image sensors, thereby providing a selected image output.

**32**. The electronic camera as claimed in claim **31** wherein at least one of the additional lenses is a zoom lens.

**33**. An electronic camera for producing an output image of a scene, said electronic camera comprising:
  a first image sensor for generating a first sensor output;
  a first lens for forming a first image of the scene on the first image sensor;
  a second image sensor for generating a second sensor output;
  a zoom lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, wherein the zoom lens is adjustable between a minimum focal length and a maximum focal length to provide the second image;

APPL-1020 / Page 38 of 40
APPLE INC v. COREPHOTONICS LTD.

US 7,206,136 B2

31

wherein the first lens is an additional zoom lens adjustable between a minimum focal length and a maximum focal length to provide the first image, wherein the maximum focal length of the first lens is less than or equal to the minimum focal length of the zoom lens;

a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output; and

a processing section for producing the output image from the selected sensor output.

**34**. The electronic camera as claimed in claim **33** further comprising a user control that allows a user to select a focal length and wherein the control element is responsive to the user control for selecting a corresponding sensor output.

**35**. The electronic camera as claimed in claim **34** wherein the maximum focal length of the first lens is less than minimum focal length of the zoom lens, thereby leaving a focal length gap therebetween.

**36**. The electronic camera as claimed in claim **35** wherein the processing section includes an electronic zooming capability for electronically zooming over at least a portion of the focal length gap.

**37**. The electronic camera as claimed in claim **36** wherein the user control allows for selecting a zoom position, whereby the zoom position is characterized as (a) an optical focal length when it is within the focal lengths of the first lens or within the focal lengths of the zoom lens and (b) an electronic zoom amount when within the gap between the maximum focal length of the first lens and the minimum focal length of the zoom lens.

**38**. The electronic camera as claimed in claim **33** wherein the first and second image sensors are differently sized and an optical path distance between each lens and its image sensor is substantially the same, thereby providing a pair of lens systems which have different effective focal lengths for the same optical path distances.

**39**. The electronic camera as claimed in claim **33** further comprising:

a plurality of additional image sensors for generating a corresponding plurality of additional sensor outputs; and

a plurality of additional lenses for forming a corresponding plurality of additional images of the scene on the plurality of additional image sensors; wherein the control element selects either the first sensor output from the first image sensor, the second sensor output from the second image sensor or any one of the plurality of additional sensor outputs from the plurality of additional image sensors, thereby providing a selected image output.

**40**. The electronic camera as claimed in claim **39** wherein at least one of the additional lenses is a zoom lens.

**41**. An electronic camera for producing an output image of a scene, said electronic camera comprising:

a first sensor for generating a first sensor output;

a first lens for forming a first image of the scene on the first image sensor, wherein the first lens has a fixed focal length, and wherein the fixed focal length of the first lens has a 35 mm equivalent focal length of less than 25 mm;

a second image sensor for generating a second sensor output;

a zoom lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, wherein the zoom lens is adjust-

32

able between a minimum focal length and a maximum focal length to provide the second image;

a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output; and

a processing section for producing the output image from the selected sensor output.

**42**. The electronic camera as claimed in claim **41** further comprising a user control that allows a user to select a focal length and wherein the control element is responsive to the user control for selecting a corresponding sensor output.

**43**. The electronic camera as claimed in claim **42** wherein the fixed focal length of the first lens is less than the minimum focal length of the zoom lens, thereby leaving a focal length gap therebetween.

**44**. The electronic camera as claimed in claim **43** wherein the processing section includes an electronic zooming capability for electronically zooming over at least a portion of the focal length gap.

**45**. The electronic camera as claimed in claim **44** wherein the user control allows for selecting a zoom position, whereby the zoom position is characterized as (a) an optical focal length when it is the fixed focal length of the first lens or within the focal lengths of the zoom lens and (b) an electronic zoom amount when within the gap between the fixed focal length of the first lens and the minimum focal length of the zoom lens.

**46**. The electronic camera as claimed in claim **41** wherein the image provided by the first image sensor is a panoramic image.

**47**. The electronic camera as claimed in claim **41** wherein the first and second images formed on the first and second image sensors have different aspect ratios, including a panoramic aspect ratio for the first image sensor.

**48**. The electronic camera as claimed in claim **47** wherein the panoramic aspect ratio of the first image sensor is adjustable.

**49**. The electronic camera as claimed in claim **48** further including a first user control for enabling a panoramic mode and a second user control for setting a zoom position for the camera.

**50**. The electronic camera as claimed in claim **49** wherein, when the panoramic mode is enabled, the setting of the second user control engages the processing stage to modify the aspect ratio of the first image captured by the first sensor.

**51**. The electronic camera as claimed in claim **41** wherein the first and second image sensors are differently sized and an optical path distance between each lens and its image sensor is substantially the same, thereby providing a pair of lens systems which have different effective focal lengths for the same optical path distances.

**52**. The electronic camera as claimed in claim **41** further comprising:

a plurality of additional image sensors for generating a corresponding plurality of additional sensor outputs; and

a plurality of additional lenses for forming a corresponding plurality of additional images of the scene on the plurality of additional image sensors; wherein the control element selects either the first sensor output from the first image sensor, the second sensor output from the second image sensor or any one of the plurality of additional sensor outputs from the plurality of additional image sensors, thereby providing a selected image output.

US 7,206,136 B2

**33**

**53**. The electronic camera as claimed in claim **52** wherein at least one of the additional lenses is a zoom lens.

**54**. The electronic camera as claimed in claim **41** wherein the minimum focal length of the zoom lens has a 35 mm equivalent focal length of greater than 30 mm.

**55**. An electronic camera for producing an output image of a scene, said electronic camera comprising:

a first image sensor for generating a first sensor output;

a first lens for forming a first image of the scene on the first image sensor, wherein the first lens has a fixed focal length, and wherein the fixed focal length of the first lens has a 35 mm equivalent focal length of less than 25 mm;

a second image sensor for generating a second sensor output;

**34**

a zoom lens pointing in the same direction as the first lens and forming a second image of the same scene on the second image sensor, wherein the zoom lens is adjustable between a minimum focal length and a maximum focal length to provide the second image, wherein the minimum focal length of the zoom lens has a 35 mm equivalent focal length of greater than 30 mm;

a control element for selecting either the first sensor output from the first image sensor or the second sensor output from the second image sensor, thereby providing a selected sensor output; and

a processing section for producing the output image from the selected sensor output.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

APPLE INC.,
Petitioner,

v.

COREPHOTONICS LTD.,
Patent Owner

_____

**Declaration of José Sasián, PhD**
**under 37 C.F.R. § 1.68**
**in Support of Petitioner Reply**

12.    ***First***, May teaches that its optical assemblies are mounted on a PCB (which I understand is undisputed).  For example, Fig. 24A of May shows a **combined** optical assembly for a first focal length lens 612 with image sensor 614, as well as a second fixed focal length lens 616 and second image sensor 618 mounted on a substrate 620, which a POSITA would have understood to be a PCB. *See* APPL-1003, ¶67; APPL-1011, 23:32-40.



**Printed Circuit Board**

**Image Sensors mounted to the Printed Circuit Board**

FIG. 24A

APPL-1011, Fig. 24A (annotated).

13.    A POSITA would have also recognized that May's other optical assemblies would also include image sensors mounted on a PCB. *See* APPL-1003, ¶67; APPL-1011, Fig. 17 (also showing image sensor 14 mounted on a PCB).

14.    ***Second***, given the placement of the image sensor for each camera subassembly in Figs. 10D-10F, it is evident that each sensor would necessitate its own PCB for mounting. My previous declaration explained why a POSITA would

thus understand May to disclose multiple PCBs and I understand that no evidence has been provided to the contrary. *See* APPL-1003, ¶¶66, 74.

15.     Specifically, a POSITA would have understood that the image sensors being **in different planes** in May's embodiments shows that **the image sensor on each subassembly is mounted on its own PCB**. *See* APPL-1003, ¶¶66-67,86; APPL-1005, Figs. 15A-15C, 16A-16B, 23:28-40; APPL-1011, Figs. 10D-10F. The fact that the image sensors are in different planes is evidenced by May teaching that "[e]ach embodiment of the present invention includes an image capture assembly having multiple lenses and **multiple image sensors mounted within a digital camera**. APPL-1011, 6:20-22. For example, as shown in annotated Fig. 10D below, the sensors 12a, and 12b are mounted along different planes shown by the red lines labeled "substantially parallel planes."





FIG. 10E

FIG. 10F

APPL-1003, ¶65; APPL-1011, Figs. 10D-10F.

18.     Since each subassembly has a sensor mounted in a different orientation, a POSITA would have understood each sensor to be mounted on a different PCB due to the image sensors not being parallel and in the same plane.

19.     ***Third***, May's teachings that these camera subassemblies are modular would have indicated to a POSITA that the camera subassemblies in these embodiments use multiple printed circuit boards.  For example, in the examples above, May's camera assembly embodiments have multiple modular camera subassemblies, each with a fixed focal length lens (2a-2d) mounted on separate "optical relay subassemblies" 1a(1)-1a(4). APPL-1011, Figs. 10D-10F, 24:51-64. Figs. 10D-10F of May show that these camera subassemblies are spaced apart from

APPL-1011, Figs. 10A-15C (showing modular subassemblies), 9:54-59

(discussing subassemblies and components "rearranged" in various layouts).

21.     Thus, a POSITA would have understood that May teaches

independent, modular optical assemblies that may be reconfigured as needed

within a camera system. *See* APPL-1003 ¶¶73-74. A POSITA would have

understood May to teach that the camera subassemblies are mounted on separate

PCBs to maintain their modular nature. *See* APPL-1003, ¶¶66, 74.

22.     ***Fifth***, the inclusion of independent camera subassemblies mounted on

PCBs in this fashion was well-known in the art, as evidenced by U.S. Patent No.

7,556,504 to Ryu (APPL-1012) which shows a camera module 10 including a lens

unit 18 and **image sensor mounted on a printed circuit board 12**. *See* APPL-

1003, ¶74; APPL-1012, Fig. 1 (showing the camera module 10 and PCB 12), Fig. 6

(showing a side view of the camera module including image sensor 120). A

POSITA would understand that a typical CCD or CMOS sensor is fabricated using

optical micro-lithography technology in a semiconductor substrate such as silicon

which in turn is mounted on a PCB. In order to read the sensor, there are a plurality

of electrical connections between the sensor and the PCB which may be included

in a flex connector. Thus, each sensor typically has its own miniature PCB.

23.     ***Finally***, Patent Owner cites the statement in May that "in some

embodiments the sensors in the image capture assembly may be positioned next to

each other on a common circuit board assembly, … ,” and the Figure 24A layout as teaching only a single circuit board, and implies that May cannot therefore teach multiple PCBs. (Response at 9.) However, as the passage above explains, it is only “*in some embodiments*” that the subassemblies may be placed on a common circuit board. In these embodiments (including May's Fig. 24A), image sensors may be on a common plane, meaning that they could also be placed on a common board.

24.     However, in *other* embodiments as discussed above in which the subassemblies are *not* on a common plane (such as Figs. 10D-10F), a POSITA would understand that the camera subassemblies in May would not be mounted on a common circuit board.

**B.     A POSITA would have been motivated to apply May's teachings to Parulski, Huang, and Tang.**

25.     It is my opinion that a POSITA would have been motivated to mount Huang's telephoto lens and Tang's wide-angle lens on independent subassemblies (including their own PCBs) such as those shown in Figs. 10D-10F of May to achieve modularity, ease of repair, and account for the different track lengths of the telephoto and wide-angle lenses. *See* APPL-1003, ¶¶74-75; APPL-1006, Table 1; APPL-1009, Table 1. The shared disclosure, figures, and inventors of Parulski and May would have motivated a POSITA to rely on the teachings of both patents in designing or implementing a multi-lens photographic camera. *See* APPL-1003,

¶71. Moreover, a POSITA would also have been motivated to combine the teachings of Parulski and May with the addition of Huang's telephoto lens and Tang's wide-angle lens as such a combination would have yielded the predictable result of a compact and easily manufacturable device. *See* APPL-1003, ¶70; APPL-1005, 9:8-10; APPL-1006, 8:44-51; APPL-1009, 1:6-8; APPL-1011, 4:27-28.

### C.    May's modular optical assemblies provide increased flexibility leading to cost savings.

26.    As previously discussed in my declaration, a POSITA would have been motivated to provide modular camera subassemblies for both of Huang's telephoto lens Tang's wide-angle lenses to provide increased flexibility for the design of a digital camera. *See* APPL-1003, p.93. For example, May's modular subassemblies would have made it easier to rearrange lenses to accommodate other components such as electronics, screens, and batteries within the "confined space of the digital camera." *See* APPL-1011, 9:19-26; The use of modular subassemblies on different boards would also allow the use of wide-angle and telephoto lenses optimized for their specific purposes, without trying to align them on the same plane so that they are mounted on the same PCB. Moreover, the use of modular subassemblies mounted on different PCBs would also have allowed for increased design flexibility, as well as allowing for different lens assemblies from different sources to be used within a camera. *See* APPL-1011, 10:6-10.

27.    A POSITA would have known that ease of camera module replacement is an important feature that leads to lower cost to the consumer as it is cheaper to replace a camera module than to replace an entire camera device. Furthermore, PCB modularity is a well-known practice in the electronic device industry where different device functions are performed by electronics assembled in different printed boards that can be replaced. It is well-known that component modularity is an important factor in designing and building devices as it impacts fabrication, reparability and cost. PCB modularity is also important in the automotive industry as well as in other fields.

28.    Patent Owner's arguments comparing the camera systems of Parulski and May to an older version of Apple's IMAC with many components on the same PCB does not account for this flexibility and is not relevant to the lenses of Huang and Tang as implemented in a digital camera as taught in Parulski and May and not a desktop computer system. *See* Response at 11. Instead, a POSITA would have understood that the increased flexibility and modularity from using the modular optical assemblies as taught by May would have been cost-effective for a camera system. *See* APPL-1003, ¶76. As discussed above, the use of separated PCBs to accomplish different functions has been a standard practice in the electronics industry.

**D.    May is relied on for the teaching of camera assemblies mounted on separate printed circuit boards.**

29.     As discussed in my original declaration, May is relied on for its teaching that the cameras may be mounted on multiple PCBs. *See* Declaration, ¶66. In a camera incorporating the lens designs of Huang and Tang (each with a different track length), sensors would be placed at different distances from the lens, as in the May examples. *See* Declaration, ¶75. A POSITA would look to May's ***teachings*** of alternative ways to assembling those camera modules, including having them on the same plane or separate planes. In the case that the camera modules are on separate planes, they would also be on different PCBs.

30.     Moreover, the disclosure of May and Parulski is not limited to folded designs. *See* APPL-1011, 6:26-49 ("a folded optical path is not generally necessary for practice of the invention"); APPL-1005, 13:3-20 ("folded optical paths are not necessary for practice of the present invention"). Based on these teachings, a POSITA would have understood May's modular camera subassemblies (e.g., as shown in Figs. 10D-10F) to apply to both folded and non-folded fixed-lens configurations. *See* APPL-1003, p.96; APPL-1011, 23:8-11. A POSITA would have been motivated to apply the teachings of May in a non-folded configuration to the wide-angle lens of Tang and the telephoto lens of Huang, at least because these lenses have non-folded layouts. *See* APPL-1006, Table 1; APPL-1009, Table 1.