No. 22-1324

In The
# United States Court of Appeals for the Federal Circuit

Apple Inc.,

*Appellant,*

v.

Corephotonics, Ltd.,

*Appellee.*

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board No. IPR2020-00877

**JOINT STATEMENT OF COMPLIANCE WITH
FEDERAL CIRCUIT RULE 33(a)**

Pursuant to Rule 33(a)(2)(A) of this Court's Rules of Practice, Appellant Apple Inc. and Appellee Corephotonics, Ltd. state that they have discussed settlement of the above-referenced appeal in compliance with Rule 33(a)(1).  The parties have not reached an agreement regarding settlement of this appeal.

1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Neil A. Rubin*           * | */s/ James Anglin Flynn* |
| Marc A. Fenster | James Anglin Flynn |
| Neil A. Rubin | Mark S. Davies |
| James S. Tsuei | ORRICK, HERRINGTON & |
| RUSS AUGUST & KABAT LLP |   SUTCLIFFE LLP |
| 12424 Wilshire Blvd, 12th Floor | 1152 15th Street, NW |
| Los Angeles, CA  90025 | Washington, DC  20005 |
| (310) 826-7474 | (202) 339-8400 |
| *Counsel for Appellee* | *Counsel for Appellant* |

*Counsel for Appellee Corephotonics, Ltd. consents to the use of his electronic signature herein.

October 21, 2022