| | |
|---|---|
| FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32<br>July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS**

Case Number: 22-1324

Short Case Caption: Apple Inc. v. Corephotonics, Ltd.

| **Party Name(s)** | Apple Inc. |
|---|---|
| **Name of Arguing Counsel** | James Anglin Flynn |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/06/2023<br><br>04/07/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/25/2023      Signature: /s/ James Anglin Flynn

              Name:      James Anglin Flynn

No. 22-1324

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC.,

        Appellant,

        v.

COREPHOTONICS, LTD.,

        Appellee.

**STATEMENT OF GOOD CAUSE**

Counsel for Apple Inc. ("Apple") hereby provides the following statement of good cause to support each listed day on Apple's Response to Notice to Advise of Scheduling Conflicts. Good cause exists not to schedule oral argument April 6-7, 2023.

    1.    I am arguing counsel for Apple in the above-captioned matter.

    2.    The Court has asked arguing counsel to advise of scheduling conflicts for its sessions from April 2023 through September 2023.

3. I have pre-planned travel scheduled over the dates of April 6-7, 2023. I therefore believe that good cause exists not to schedule argument in this case for April 6-7, 2023.

Date: January 25, 2023

Respectfully submitted,

*/s/ James Anglin Flynn*
James Anglin Flynn
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*