

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

February 1, 2023

2022-1324 - Apple Inc. v. Corephotonics, Ltd.

# NOTICE OF NON-COMPLIANCE

Corephotonics, Ltd.'s Response to Notice to Advise of Scheduling Conflicts is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The name of the individual who electronically signed the document (Marc A. Fenster) does not match the name on the account used to file the document electronically (Brian Ledahl), and no affidavit or declaration of signature authority is attached. Fed. Cir. R. 25(g)(1)(B); Fed. Cir. R. 32(g)(2).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>  
Peter R. Marksteiner  
Clerk of Court  
By: M. Lichtenberg, Deputy Clerk