NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Appellee*

---

2022-1324

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00877.

---

**JUDGMENT**

---

JAMES ANGLIN FLYNN, Orrick, Herrington & Sutcliffe LLP, Boston, MA, argued for appellant. Also represented by MARK S. DAVIES, Washington, DC.

MARC A. FENSTER, Russ August & Kabat, Los Angeles, CA, argued for appellee. Also represented by NEIL RUBIN, JAMES S. TSUEI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (STOLL, LINN, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>July 14, 2023</u> | <u>/s/ Jarrett B. Perlow</u> |
| Date | Jarrett B. Perlow |
| | Clerk of Court |